FILED

2015 FEB 27 PM 12:17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2015 Grand Jury

| UNITED STATES OF AMERICA, | CR No. CR 15 00095 |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 115(a)(1)(B), (b)(4): Threatening a Federal Law Enforcement Officer] |
| RICHARD DOUGLAS LATKA, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 115(a)(1)(B), (b)(4)]

On or about October 12, 2014, in Riverside County, within the Central District of California, defendant RICHARD DOUGLAS LATKA knowingly threatened to assault and murder a Federal law enforcement officer, namely, United States Forest Service Law Enforcement Officer C.E., with the intent to impede, intimidate,

//
//
//
//

MAW:maw

and interfere with C.E. while C.E. was engaged in the performance of official duties.

A TRUE BILL

/S/
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental Crimes Section