1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4         THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6   UNITED STATES OF AMERICA,          )
                                       )
7                      Plaintiff,      )
                                       )
8            vs.                       ) NO. CR 15-95 DSF
                                       )
9   RICHARD DOUGLAS LATKA,             )
                                       )
10                     Defendant.      )
    _____)
11

12

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                 Los Angeles, California

16

17              Monday, June 1, 2015, 1:32 P.M.

18

19         Pretrial Conference & Motions in Limine

20

21                            PAT CUNEO CSR 1600, CRR-CM
                              Official Reporter
22                            Royal Federal Building
                              255 East Temple Street
23                            Room 181-E
                              Los Angeles, CA  90012
24                            213-894-1782
                              patcuneo1600@gmail.com
25                            www.patcuneo.com

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:     STEPHANIE YONEKURA
                             ACTING UNITED STATES ATTORNEY
 3                           BY:  CHRISTOPHER KENDALL
                             and  CASSIE PALMER
 4                           and  JENNIFER WILLIAMS
                             ASSISTANT UNITED STATES ATTORNEYS
 5                           United States Courthouse
                             312 N. Spring Street
 6                           Los Angeles, California 90012

 7    FOR THE DEFENDANT:     HILARY L. POTASHNER
                             FEDERAL PUBLIC DEFENDER
 8                           By:  SUMMER LACEY, DEPUTY
                             and  LILIANA CORONADO, DEPUTY
 9                           321 East Second Street
                             Los Angeles, California 90012
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1    LOS ANGELES, CALIFORNIA; MONDAY, JUNE 1, 2015; 1:32 P.M.
2                              -oOo-
3              THE CLERK:  Calling Item No. 4, Criminal 15-95,
4    USA vs. Richard Douglas Latka.
5              Counsel, please state your appearances.
6              MR. KENDALL:  Good afternoon, Your Honor.
7    Chris Kendall, Cassie Palmer, and Jennifer Williams on
8    behalf of the United States.
9              THE COURT:  Good afternoon.
10             MS. LACEY:  Good afternoon, Your Honor.
11   Summer Lacey and Liliana Coronado on behalf of Mr. Latka who
12   is present in court and in custody.
13             THE COURT:  Excellent.  Thank you.
14             MS. CORONADO:  Good afternoon.
15             THE COURT:  All right.  Maybe the first thing to
16   talk about is the notice of expert evidence of mental
17   condition and the government's motion in the alternative for
18   an order precluding the testimony of Dr. Victoroff or
19   continuing the trial and finding excludable time.
20             I'm not entirely sure -- and I guess the
21   government isn't either -- what the nature of the doctor's
22   testimony will be or whether it will be relevant and
23   admissible.
24             But it certainly seems as if the defense should
25   have the opportunity to make a thorough showing on that
```

1    subject.  So is the report ready yet?  And if not, when do

2    you expect it to be?

3            MS. LACEY:  The report unfortunately is not ready

4    yet.  We expect that it is going to be ready very soon

5    within the next couple of days.

6            THE COURT:  And does the doctor have all the

7    information, at least as far as he knows, that he needs to

8    prepare the report?

9            MS. LACEY:  Yes.  To our knowledge, yes.

10           THE COURT:  And was he a treating physician or is

11   he an expert that you retained to --

12           MS. LACEY:  I believe he's both.  I know he's

13   still -- oh, yeah.  Yeah.  He's not Mr. Latka's treating

14   physician -- excuse me -- but, yeah, he's an expert that we

15   obtained for the trial.

16           THE COURT:  Okay.  So he needed to get other

17   information?

18           MS. LACEY:  Yes, exactly.  I'm sorry.  I

19   misunderstood the Court's question.

20           THE COURT:  That's all right.

21           So it seems to me then that the most appropriate

22   thing to do is to continue the trial to ensure that

23   Mr. Latka has the best defense possible and also give the

24   government the opportunity to do what it needs to do and has

25   a right to do under the federal rules.

1      So I'll hear from the defense.

2      MS. LACEY:  Your Honor, just in reference to that,

3  specifically about the continuance, if the Court were to

4  find -- as the Court has already stated that it is the best

5  thing to have a continuance -- we would ask for either a

6  briefing schedule or an ability to reply to the government's

7  brief in reference not only the continuance but a calling of

8  their own expert to evaluate Mr. Latka.

9      THE COURT:  Well, as to having a briefing

10  schedule, if you're going to object to the continuance, I

11  guess you should have it in tomorrow morning because the

12  trial is set for the 9th.

13      Are you suggesting that even though a report has

14  yet to be provided that the government is not entitled to a

15  continuance?

16      MS. LACEY:  The first thing, if the Court finds

17  that the government is entitled to a continuance, we would

18  like to be able to brief the question of whether or not

19  they're entitled to have an expert evaluate Mr. Latka.

20      THE COURT:  That's a different issue.

21      MS. LACEY:  Exactly.

22      THE COURT:  Okay.  I just want to make sure.

23      So are you saying then that you recognize that so

24  long as I'm going to allow the doctor to testify, or at

25  least before I see the report and before I conclude that

1   perhaps the testimony wouldn't be relevant, that the

2   government is entitled to at least a continuance to look at

3   that and decide what it needs to do.

4         MS. LACEY:  We do understand the Court's position

5   on that.  We'd ask that the continuance be short.

6         THE COURT:  Well, I don't know.  I don't know if

7   the government even can look for somebody until they know

8   what the report is going to say.

9         But I don't think that it needs to be overly long

10   but we do need to have possibly an examination and then a

11   report.  Maybe after they see the report, they won't find

12   any of that is necessary so I'm not sure that we can really

13   do much.

14         I mean, I can certainly set a date today but

15   depending on what that date is, it may need to be continued

16   again after they see the report.

17         MS. LACEY:  We did send them a summary on Friday

18   also that encapsulates Dr. Victoroff's testimony or at least

19   his anticipated testimony; and that will supplement -- or

20   that will be supplemented -- excuse me -- by the report.

21         THE COURT:  Yes.  The report -- the letter didn't

22   seem all that helpful to me in figuring out either what the

23   doctor was actually saying, what he would be testifying to

24   or how that would be relevant.

25         So I think there's a lot more the government -- a

1    lot more detail the government needs and I hope that the

2    report will be thorough enough and you should do everything

3    you can to make sure it's thorough enough so that the

4    government doesn't need to come in to me and make a motion

5    to have a more detailed report so they can figure out what

6    they really need to do and what the purpose of this is for.

7            MS. LACEY:   We understand and we'll figure that

8    out.

9            THE COURT:   It may be on a related issue.   Is the

10   Alaniz case the case that you were referring to that you

11   were waiting for from the Supreme Court?

12           MS. PALMER:   Yes, Your Honor.

13           THE COURT:   And, obviously, that just came out.

14           MS. PALMER:   Correct.

15           THE COURT:   Okay.

16           MS. PALMER:   So we had already been exchanging

17   jury instructions and those obviously will have to change;

18   but given this Court's posture with respect to the

19   continuance, that's something that we can continue to

20   discuss amongst ourselves.

21           THE COURT:   Okay; fine.

22           MS. LACEY:   And just in response to that, I don't

23   know how the Alaniz case will change our jury instructions

24   but, I mean, we can discuss it.

25           THE COURT:   I don't know either, but I'm confident

1   that you can at least meet and confer about it.

2           And, obviously, if you can't agree, then I will

3   decide.  All right.  So does the government have a suggested

4   trial date?  I'm not available on June 22.

5           Other than that, although I almost always have

6   trials set and almost always have criminal trials set, we

7   can figure out what works for another date.

8           MR. KENDALL:  Your Honor, the government's

9   position is that at a bare minimum it should be on

10  June 30th or later.  That would put the notice within a

11  four-week window from it.

12          Per Rule 12.2, the notice should be at the

13  pretrial motion schedule.  So just so it all fits in terms

14  of compliance, we believe that four weeks would be

15  sufficient or at least presumptively sufficient.

16          If the Court would be willing to go after that, of

17  course the government would be amenable to that as well.

18          THE COURT:  Well, I'm sure the defense would want

19  the earliest feasible date and then we'll see what happens

20  once you get the report, et cetera.

21          MS. LACEY:  Yes, we would like June 30th.

22          THE COURT:  Okay.  And I think for the reason

23  stated in the -- yes.

24              *(Court and the clerk conferred.)*

25          THE COURT:  I can't continue it beyond that for

1  calendar matters.  I guess I could but let's keep it on

2  June 30 for now.

3        For the reasons stated in the government's papers

4  and here, the Court finds that the interests of justice

5  served by continuing the trial to June 30 outweigh the best

6  interests of the public and the defendant in a speedy trial.

7        The defense has presented to the Court information

8  suggesting that expert evidence of a mental condition is

9  important to the defense; and under Rule of Criminal

10  Procedure 12.2, the government is entitled to consider that

11  and evaluate whether it needs an expert and a mental

12  examination.

13        What date would you like for the further briefing?

14  I suppose you should let the government figure out whether

15  they really do want an expert and a mental examination

16  before you brief the objection.

17        MS. PALMER:  We would ask that the date be based

18  off of when they actually provide us the report, Your Honor,

19  because we -- right now there's not a clear determination

20  and we really can't do anything without the report.  What we

21  have right now isn't -- we can't give it to an expert to

22  evaluate.

23        THE COURT:  I think that's what I said.

24        MS. PALMER:  Oh, sorry, Your Honor.

25        MS. LACEY:  Your Honor, as I stated before, we

1    anticipate being able to give the report to the government

2    within the next couple of days, at least by the end of the

3    week, I would say, confidently.

4              So from that could we decide a date is -- I guess

5    is the 15th too late?  I don't know how long the

6    government would need.

7              THE COURT:  All right.  So you're going to provide

8    the report, you hope, no later than the 5th?

9              MS. LACEY:  Exactly.

10             THE COURT:  And then you want till the 15th.

11   I'm not sure the government then has a whole lot of time to

12   reply and then give you all an opportunity to -- and have me

13   rule on it because, as I said, I won't be here on the

14   22nd.

15             I can maybe rule on it without a hearing or have

16   an earlier hearing.  But I just want to make sure you all

17   have enough time to figure out whether you really do need to

18   have those witnesses that you've subpoenaed or otherwise

19   have agreed to come.

20             So it seems to me you'll have the report before

21   the government so I think the 11th or 12th should be

22   enough time for you to file any opposition.  Maybe you won't

23   have one.

24             MS. LACEY:  That's fine.  We can do the 11th.

25             THE COURT:  I'm not sure there's-- I mean, I

1    looked at the rule but maybe not closely enough.  I'm not

2    sure there's really an opportunity for you to object.  If

3    the government asks, you asked for the expert and the

4    government says:  We need an examination.

5              MR. KENDALL:  Yes, Your Honor.

6              If I may, under Rule 12.2(c)(1)(B) it's really

7    "may."  It's at the discretion of the Court.  So the

8    government has made its request.

9              The government wouldn't oppose the defendants

10   having at least an opportunity to say why not but I don't

11   think the rule actually contemplates that.

12             THE COURT:  Even before reading the rule, my first

13   thought when seeing the notice was:  Well, I guess we won't

14   be going to trial because the government will need an

15   examination.

16             So even without knowing that that was provided for

17   in the rule, it seemed to me to be obvious that it would

18   need that.  But I don't want to preclude you from filing an

19   opposition or presenting information --

20             MS. LACEY:  Thank you.

21             THE COURT:  -- if you'd like.

22             So how about the 12th at noon for the

23   opposition?  And then if the government can get any reply in

24   probably by the 18th would be best.  I'll be out from the

25   19th to the 23rd but I may or may not have a chance to

1    review it remotely.  I'll be in court-related meetings.

2          And then I'll get my -- you know, there's simply

3    no way that we can go to trial on the 30th if you don't

4    file an opposition until the 12th and they have a

5    reasonable time to even convince me, if that's what they

6    have to do, to allow an exam and an expert and then

7    basically only a week to have an exam and an expert?  I'm

8    trying to accommodate you but I don't know how those

9    timeframes even work.

10         MS. LACEY:  Well, I understand.  Can we try to

11   find a date that we're filing it sooner?  Possibly the 9th,

12   our original trial date?

13         THE COURT:  I mean, I'm trying to give you as much

14   time as possible.  So if you can do it by the 9th?

15         MS. LACEY:  I understand, yeah.  I mean, we were

16   thinking, too, we wanted to give the government time to be

17   able to read the report to make sure if this is necessary.

18         But if by filing on the 9th that makes it more

19   likely that we can go to trial on the 30th, that would be

20   our objective.

21         THE COURT:  All right.  So why don't you file it

22   on the 9th.  Government try to get yours in by the 15th,

23   no later than the 16th.  And we'll try to take a look at

24   it right away and, of course, if I were to deny the

25   government's request, then we certainly could go to trial on

1    the 30th.

2         If the report is not adequate and I have to order

3    more information or the government convinces me that it's

4    entitled to an expert and an examination, then I think it's

5    pretty iffy.

6         So for now we'll have it on the 30th and let's

7    tentatively -- I think the 29th is getting filled up but

8    let's tentatively have a pretrial again on the 29th to

9    clear up anything else we have to clear up.

10        What about the issue of the Forest Service Manual?

11   Has that been resolved?

12        MS. LACEY:  Yes, it has.

13        THE COURT:  Excellent.  Okay.

14        The exhibit and witness list, to the extent that

15   this thing is still in flux, I guess you can't identify the

16   experts at least; but has the government provided exhibit

17   and witness list?

18        MS. PALMER:  We've provided the witness list, Your

19   Honor.

20        THE COURT:  Okay.  And you're working on jury

21   instructions.  You had mentioned photographs as exhibits.

22   Have you identified those to the defense?

23        MS. PALMER:  We produced all of the discovery.  We

24   haven't let them know which parts of the discovery we're

25   using.

1        THE COURT:   Okay.   And I think you also mentioned

2   something about a Google map or other way to show where this

3   location was.   Have you come up with that yet?

4        MS. PALMER:   Not yet, Your Honor.

5        THE COURT:   Okay.   Well, whenever you do, make

6   sure they get a chance to see that.

7        MS. PALMER:   Yes.

8        THE COURT:   We had the lingering motion in limine

9   about trash dump evidence and now I have all of the papers,

10  I think.   Would anyone like to be heard further on that

11  subject?

12       MS. PALMER:   The government would submit on its

13  brief unless the Court has any questions.   I believe the

14  Court's tentative was to grant.

15       THE COURT:   Right.

16       MS. LACEY:   Your Honor, yes, I do have a few words

17  just in reference to the trash dump.

18       THE COURT:   Okay.

19       MS. LACEY:   I mean, our motion is specifically

20  related to any evidence that would be brought in about

21  Mr. Latka and his involvement in trash dumping.

22       I mean, we stated in our papers that we're willing

23  to stipulate that on October 12th, 2014, the officer went

24  to the location, Mr. Morales' house, in order to investigate

25  trash dumping.

And we're fine with that and we feel that would satisfy the government in allowing them to present a complete narrative without pulling in irrelevant evidence in reference to Mr. Latka.

The government papers state that they intend that the testimony will show that supposedly on the day of the incident the officer arrived at the location where Mr. Latka was staying.

They had an encounter that was specifically in reference to Fred Morales, who he was, if he lived there. Didn't go very far.  There is no admission by the government at all that they even discussed trash dumping so I don't understand how it could be relevant.

THE COURT:  Sure you do.  Yes, you do.

MS. LACEY:  Maybe the Court does but from my perspective it really isn't relevant to showing --

THE COURT:  That's a different issue.

MS. LACEY:  It really isn't relevant to showing that Mr. Latka is guilty of the charged offense.  The charged offense is threatening a federal officer.

So how would bringing in this evidence of his supposed or alleged involvement in trash dumping have any bearing on that, especially given the fact the officer at the time of the incident or encounter with Mr. Latka didn't know who he has, had no reason to even think that he was

1  involved in the trash dumping, and never even broached trash

2  dumping with Mr. Latka.

3          So then to say that from this encounter where they

4  only discussed Fred Morales by name, Mr. Latka knew that

5  this person would have been there to investigate trash

6  dumping and then that compelled him to allegedly impede or

7  interfere with this person and then threatened him in order

8  to do so, excuse me, is a wee bit speculative and it relies

9  on assumptions and it just seems like it just opens the door

10 to allowing us to have a trial within trial about trash

11 dumping when that's not the issue.  We're fine with talking

12 about the fact that the officer came there to investigate

13 trash.

14         But given that the officer had no knowledge of

15 Mr. Latka's involvement, did not discuss it at all, there's

16 no reason to think that any evidence in reference to his

17 alleged involvement in any sort of trash dumping is

18 relevant.

19         THE COURT:  Well, if it weren't clear before,

20 Alaniz has certainly made it abundantly clear that it's not

21 only to some degree and for some element, though, witnesses

22 of the victim's state of mind but, very importantly, the

23 defendant's state of mind.

24         So I don't think there is any question at all that

25 evidence concerning the trash dump is admissible, and it

1    certainly is not more prejudicial than probative when

2    weighed against the particular charge which is threatening a

3    federal officer.  Trash dumping pales by comparison to that

4    so I'm going to deny the motion and that testimony will be

5    admissible.

6              I have two other motions in limine, I think.  One

7    about -- I guess the person that was staying at the house;

8    and there's a concern, I think, on the part of the

9    defense -- which may or may not be justifiable, I don't

10   know -- that the witness will say more than is required.

11             So I guess I would say to the government two

12   things:  One, you should seriously consider whether you

13   actually need this witness or whether the danger that the

14   witness will say something inappropriate is going to just

15   cause problems for us.

16             And, two, if you decide the call the witness, that

17   you should very strenuously advise the witness of what is

18   and is not appropriate to say unless the Court determines

19   that the door has been opened in some way.

20             But other than that, the testimony itself as the

21   government presents it is certainly relevant and admissible

22   so that will be permitted.

23             I haven't done anymore really than skim the

24   government's Motion in Limine No. 3 and the defense

25   obviously hasn't had an opportunity to oppose it.

1            I don't know why the defense isn't being more

2    forthcoming with what they intend to ask this person

3    especially since he's a federal officer and not someone who

4    would be antagonistic to the government.

5            So it's not like you really are keeping any great

6    secrets but certainly you don't have to provide the

7    information if you don't want to.

8            But at this point I can't really tell if the

9    government's legal analyses are correct.  I can't really

10   tell what the person is going to say or from whence his

11   information will come so I can't rule on it obviously.

12           Hearsay evidence without an exception, evidence

13   not based on personal knowledge, and irrelevant evidence are

14   not admissible.  But beyond those conclusory statements that

15   are of no use to you probably, I can't say.

16           If the defense prefers simply to let the Court

17   know what kinds of evidence you intend to elicit in an in

18   camera showing, at least that would help me make the best

19   decisions that I can on the subject.

20           Otherwise, I'll simply await your opposition to

21   consider that particular motion.

22           Have there been any offers or plea discussions?  I

23   don't want to know the content or what the offer was.  I

24   just want to know for the record whether any other offers

25   have been made.

1          MS. PALMER:  Not since last time, Your Honor.

2          THE COURT:  All right.  Thank you.

3          Anything else that we should discuss at this time?

4   Or can everything else wait until June 29 or until you

5   submit it in writing?

6          MS. PALMER:  Your Honor, the only other thing is

7   that the government has repeatedly requested reciprocal

8   discovery.

9          It's our understanding that defense investigators

10  were taking notes, for example, during the interview with

11  the supervisor; and we have yet to receive any reciprocal

12  discovery.

13         So I just wanted to put on the record that we have

14  requested such.  It's our understanding that notes were

15  created; and to the extent that those exist, we would be

16  entitled at some point to those.

17         THE COURT:  Not at this point; right?

18         MS. PALMER:  No, Your Honor, not at this point.

19         THE COURT:  Not until they testify.

20         MS. PALMER:  Correct.

21         THE COURT:  And so you would like for the defense

22  kindly to extend the courtesy to you; but since I don't know

23  of any legal authority I have to order them to do it, I

24  won't.

25         MS. PALMER:  Yes, Your Honor.

1         And as to the expert report, it's our

2    understanding that we should -- that for any expert that we

3    would hire to evaluate that report, we may need all of the

4    underlying data that the expert relied on.

5         That is something we can bring up with the Court

6    later if it's not provided; but in order to move forward at

7    the pace that defense is seeking, we just wanted to put on

8    the record that that is something that our -- in speaking

9    with experts, that they ask for typically.

10        THE COURT:  Well, it sounds perfectly logical to

11   me.  Does the defense have any reason at this point to think

12   you're not going to turn over all the information that you

13   will have given to your expert?

14        MS. LACEY:  We're actually compiling it at this

15   time.  It might be en route to the AUSA's office right now

16   but we anticipate being able to turn it over by the end of

17   the day.

18        THE COURT:  Okay; excellent.

19        Anything else we should talk about?

20        MS. PALMER:  Not from the government, Your Honor.

21        MS. LACEY:  (Shaking head from side to side.)

22        THE COURT:  You're shaking your head but that's

23   not helping.

24        MS. LACEY:  No, nothing.  Thank you.

25        THE COURT:  All right.  Thank you.  We'll see you

1    on the 29th.

2              (At 1:57 p.m., proceedings were concluded.)

3

4                            -oOo-

5

6                          CERTIFICATE

7

8         I, PAT CUNEO, CSR 1600, hereby certify that

9    pursuant to Section 753, Title 28, United States Code, the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is

13   in conformance with the regulations of the Judicial

14   Conference of the United States.

15

16   Date:   September 8, 2015

17

18

19

20

21                            /s/ PAT CUNEO                    _

22                            PAT CUNEO, OFFICIAL REPORTER
                             CSR NO. 1600
23

24

25

MR. KENDALL: **[3]**  3/5 8/7 11/4
MS. CORONADO: **[1]**  3/13
MS. LACEY: **[27]**
MS. PALMER: **[16]**  7/11 7/13 7/15
 9/16 9/23 13/17 13/22 14/3 14/6 14/11
 18/25 19/5 19/17 19/19 19/24 20/19
THE CLERK: **[1]**  3/2
THE COURT: **[46]**

**-**
-oOo **[2]**  3/2 21/4

**/**
/s **[1]**  21/21

**1**
11th **[2]**  10/21 10/24
12.2 **[3]**  8/12 9/10 11/6
12th **[4]**  10/21 11/22 12/4 14/23
15-95 **[2]**  1/8 3/3
15th **[3]**  10/5 10/10 12/22
1600 **[3]**  1/21 21/8 21/22
16th **[1]**  12/23
1782 **[1]**  1/24
181-E **[1]**  1/23
18th **[1]**  11/24
19th **[1]**  11/25
1:32 **[2]**  1/17 3/1
1:57 **[1]**  21/2

**2**
2014 **[1]**  14/23
2015 **[3]**  1/17 3/1 21/16
213-894-1782 **[1]**  1/24
22 **[1]**  8/4
22nd **[1]**  10/14
23rd **[1]**  11/25
255 **[1]**  1/22
28 **[1]**  21/9
29 **[1]**  19/4
29th **[3]**  13/7 13/8 21/1

**3**
30 **[2]**  9/2 9/5
30th **[6]**  8/10 8/21 12/3 12/19 13/1 13/6
312 **[1]**  2/5
321 **[1]**  2/9

**5**
5th **[1]**  10/8

**7**
753 **[1]**  21/9

**9**
90012 **[3]**  1/23 2/6 2/9
95 **[2]**  1/8 3/3
9th **[5]**  5/12 12/11 12/14 12/18 12/22

**A**
ability **[1]**  5/6
able **[4]**  5/18 10/1 12/17 20/16
about **[12]**  3/16 5/3 8/1 11/22 13/10
 14/2 14/9 14/20 16/10 16/12 17/7
 20/19
above **[1]**  21/12
above-entitled **[1]**  21/12

abundantly **[1]**  16/20
accommodate **[1]**  12/8
ACTING **[1]**  2/2
actually **[5]**  6/23 9/18 11/11 17/13
 20/14
adequate **[1]**  13/2
admissible **[5]**  3/23 16/25 17/5 17/21
 18/14
admission **[1]**  15/11
advise **[1]**  17/17
after **[3]**  6/11 6/16 8/16
afternoon **[4]**  3/6 3/9 3/10 3/14
again **[2]**  6/16 13/8
against **[1]**  17/2
agree **[1]**  8/2
agreed **[1]**  10/19
Alaniz **[3]**  7/10 7/23 16/20
all **[19]**  3/15 4/6 4/20 6/22 8/3 8/13
 10/7 10/12 10/16 12/21 13/23 14/9
 15/12 16/15 16/24 19/2 20/3 20/12
 20/25
alleged **[2]**  15/22 16/17
allegedly **[1]**  16/6
allow **[2]**  5/24 12/6
allowing **[2]**  15/2 16/10
almost **[2]**  8/5 8/6
already **[2]**  5/4 7/16
also **[3]**  4/23 6/18 14/1
alternative **[1]**  3/17
although **[1]**  8/5
always **[2]**  8/5 8/6
amenable **[1]**  8/17
AMERICA **[1]**  1/6
amongst **[1]**  7/20
analyses **[1]**  18/9
Angeles **[5]**  1/15 1/23 2/6 2/9 3/1
another **[1]**  8/7
antagonistic **[1]**  18/4
anticipate **[2]**  10/1 20/16
anticipated **[1]**  6/19
any **[16]**  6/12 10/22 11/23 14/13 14/20
 15/22 16/16 16/17 16/24 18/5 18/22
 18/24 19/11 19/23 20/2 20/11
anymore **[1]**  17/23
anyone **[1]**  14/10
anything **[4]**  9/20 13/9 19/3 20/19
appearances **[2]**  2/1 3/5
appropriate **[2]**  4/21 17/18
are **[6]**  5/13 5/23 18/5 18/9 18/13 18/15
arrived **[1]**  15/7
as **[14]**  3/24 4/7 4/7 5/4 5/9 5/24 8/17
 9/25 10/13 12/13 12/14 13/21 17/20
 20/1
ask **[5]**  5/5 6/5 9/17 18/2 20/9
asked **[1]**  11/3
asks **[1]**  11/3
ASSISTANT **[1]**  2/4
assumptions **[1]**  16/9
at **[32]**
ATTORNEY **[1]**  2/2
ATTORNEYS **[1]**  2/4
AUSA's **[1]**  20/15
authority **[1]**  19/23
available **[1]**  8/4
await **[1]**  18/20
away **[1]**  12/24

**B**
bare **[1]**  8/9
based **[2]**  9/17 18/13
basically **[1]**  12/7
be **[39]**
bearing **[1]**  15/23
because **[4]**  5/11 9/19 10/13 11/14
been **[6]**  7/16 13/11 16/5 17/19 18/22
 18/25
before **[7]**  5/25 5/25 9/16 9/25 10/20
 11/12 16/19
behalf **[2]**  3/8 3/11
being **[3]**  10/1 18/1 20/16
believe **[3]**  4/12 8/14 14/13
best **[5]**  4/23 5/4 9/5 11/24 18/18
beyond **[2]**  8/25 18/14
bit **[1]**  16/8
both **[1]**  4/12
brief **[4]**  5/7 5/18 9/16 14/13
briefing **[3]**  5/6 5/9 9/13
bring **[1]**  20/5
bringing **[1]**  15/21
broached **[1]**  16/1
brought **[1]**  14/20
Building **[1]**  1/22
but **[30]**

**C**
CA **[1]**  1/23
calendar **[1]**  9/1
CALIFORNIA **[5]**  1/2 1/15 2/6 2/9 3/1
call **[1]**  17/16
calling **[2]**  3/3 5/7
came **[2]**  7/13 16/12
camera **[1]**  18/18
can **[19]**  6/7 6/12 6/14 7/3 7/5 7/19
 7/24 8/1 8/7 10/15 10/24 11/23 12/3
 12/10 12/14 12/19 18/19 19/4 20/5
can't **[9]**  8/2 8/25 9/20 9/21 13/15 18/8
 18/9 18/11 18/15
case **[3]**  7/10 7/10 7/23
CASSIE **[2]**  2/3 3/7
Cassie Palmer **[1]**  3/7
cause **[1]**  17/15
CENTRAL **[1]**  1/2
certainly **[7]**  3/24 6/14 12/25 16/20
 17/1 17/21 18/6
CERTIFICATE **[1]**  21/6
certify **[1]**  21/8
cetera **[1]**  8/20
chance **[2]**  11/25 14/6
change **[2]**  7/17 7/23
charge **[1]**  17/2
charged **[2]**  15/19 15/20
Chris **[1]**  3/7
CHRISTOPHER **[1]**  2/3
clear **[5]**  9/19 13/9 13/9 16/19 16/20
clerk **[1]**  8/24
closely **[1]**  11/1
CM **[1]**  1/21
Code **[1]**  21/9
come **[4]**  7/4 10/19 14/3 18/11
comparison **[1]**  17/3
compelled **[1]**  16/6
compiling **[1]**  20/14
complete **[1]**  15/3
compliance **[1]**  8/14

## C

concern [1]  17/8
concerning [1]  16/25
conclude [1]  5/25
concluded [1]  21/2
conclusory [1]  18/14
condition [2]  3/17 9/8
confer [1]  8/1
Conference [2]  1/19 21/14
conferred [1]  8/24
confident [1]  7/25
confidently [1]  10/3
conformance [1]  21/13
consider [3]  9/10 17/12 18/21
contemplates [1]  11/11
content [1]  18/23
continuance [9]  5/3 5/5 5/7 5/10 5/15
 5/17 6/2 6/5 7/19
continue [3]  4/22 7/19 8/25
continued [1]  6/15
continuing [2]  3/19 9/5
convince [1]  12/5
convinces [1]  13/3
CORONADO [2]  2/8 3/11
correct [4]  7/14 18/9 19/20 21/10
could [4]  9/1 10/4 12/25 15/13
Counsel [1]  3/5
couple [2]  4/5 10/2
course [2]  8/17 12/24
court [17]  1/1 3/12 5/3 5/4 5/16 7/11
 8/16 8/24 9/4 9/7 11/7 12/1 14/13
 15/15 17/18 18/16 20/5
Court's [4]  4/19 6/4 7/18 14/14
court-related [1]  12/1
courtesy [1]  19/22
Courthouse [1]  2/5
CR [1]  1/8
created [1]  19/15
criminal [3]  3/3 8/6 9/9
CRR [1]  1/21
CRR-CM [1]  1/21
CSR [3]  1/21 21/8 21/22
CUNEO [4]  1/21 21/8 21/21 21/22
custody [1]  3/12

## D

DALE [1]  1/4
danger [1]  17/13
data [1]  20/4
date [11]  6/14 6/15 8/4 8/7 8/19 9/13
 9/17 10/4 12/11 12/12 21/16
day [2]  15/6 20/17
days [2]  4/5 10/2
decide [4]  6/3 8/3 10/4 17/16
decisions [1]  18/19
defendant [3]  1/10 2/7 9/6
defendant's [1]  16/23
defendants [1]  11/9
DEFENDER [1]  2/7
defense [15]  3/24 4/23 5/1 8/18 9/7
 9/9 13/22 17/9 17/24 18/1 18/16 19/9
 19/21 20/7 20/11
degree [1]  16/21
deny [2]  12/24 17/4
depending [1]  6/15
DEPUTY [2]  2/8 2/8
detail [1]  7/1

## E

detailed [1]  7/5
determination [1]  9/19
determines [1]  17/18
did [2]  6/17 16/15
didn't [3]  6/21 15/11 15/24
different [3]  5/20 15/17
discovery [4]  13/23 13/24 19/8 19/12
discretion [1]  11/7
discuss [4]  7/20 7/24 16/15 19/3
discussed [2]  15/12 16/4
discussions [1]  18/22
DISTRICT [2]  1/1 1/2
DIVISION [1]  1/3
do [23]
doctor [3]  4/6 5/24 6/23
doctor's [1]  3/21
does [4]  4/6 8/3 15/15 20/11
doesn't [1]  7/4
don't [19]  6/6 6/6 6/9 7/22 7/25 10/5
 11/10 11/18 12/3 12/8 12/21 15/12
 16/24 17/9 18/1 18/6 18/7 18/23 19/22
done [1]  17/23
door [2]  16/9 17/19
DOUGLAS [2]  1/9 3/4
Dr. [2]  3/18 6/18
Dr. Victoroff [1]  3/18
Dr. Victoroff's [1]  6/18
DSF [1]  1/8
dump [3]  14/9 14/17 16/25
dumping [10]  14/21 14/25 15/12 15/22
 16/1 16/2 16/6 16/11 16/17 17/3
during [1]  19/10

## E

earlier [1]  10/16
earliest [1]  8/19
East [2]  1/22 2/9
either [4]  3/21 5/5 6/22 7/25
element [1]  16/21
elicit [1]  18/17
else [4]  13/9 19/3 19/4 20/19
en [1]  20/15
encapsulates [1]  6/18
encounter [3]  15/9 15/24 16/3
end [2]  10/2 20/16
enough [5]  7/2 7/3 10/17 10/22 11/1
ensure [1]  4/22
entirely [1]  3/20
entitled [8]  5/14 5/17 5/19 6/2 9/10
 13/4 19/16 21/12
especially [2]  15/23 18/3
et [1]  8/20
et cetera [1]  8/20
evaluate [5]  5/8 5/19 9/11 9/22 20/3
even [9]  5/13 6/7 11/12 11/16 12/5
 12/9 15/12 15/25 16/1
everything [2]  7/2 19/4
evidence [12]  3/16 9/8 14/9 14/20 15/3
 15/21 16/16 16/25 18/12 18/12 18/13
 18/17
exactly [3]  4/18 5/21 10/9
exam [2]  12/6 12/7
examination [6]  6/10 9/12 9/15 11/4
 11/15 13/4
example [1]  19/10
excellent [3]  3/13 13/13 20/18
exception [1]  18/12
exchanging [1]  7/16

## F

excludable [1]  3/19
excuse [3]  4/14 6/20 16/8
exhibit [3]  13/14 13/16
exhibits [1]  13/21
exist [1]  19/15
expect [2]  4/2 4/4
expert [17]  3/16 4/11 4/14 5/8 5/19 9/8
 9/11 9/15 9/21 11/3 12/6 12/7 13/4
 20/1 20/2 20/4 20/13
experts [2]  13/16 20/9
extend [1]  19/22
extent [2]  13/14 19/15

## F

fact [2]  15/23 16/12
far [2]  4/7 15/11
feasible [1]  3/19
federal [6]  1/22 2/7 4/25 15/20 17/3
 18/3
feel [1]  15/1
few [1]  14/16
figure [5]  7/5 7/7 8/7 9/14 10/17
figuring [1]  6/22
file [3]  10/22 12/4 12/21
filing [3]  11/18 12/11 12/18
filled [1]  13/7
find [3]  5/4 6/11 12/11
finding [1]  3/19
finds [2]  5/16 9/4
fine [4]  7/21 10/24 15/1 16/11
first [3]  3/15 5/16 11/12
FISCHER [1]  1/4
fits [1]  8/13
flux [1]  13/15
foregoing [1]  21/10
Forest [1]  13/10
format [1]  21/12
forthcoming [1]  18/2
forward [1]  20/6
four [2]  8/11 8/14
four-week [1]  8/11
Fred [2]  15/10 16/4
Friday [1]  6/17
further [2]  9/13 14/10

## G

get [6]  4/16 8/20 11/23 12/2 12/22 14/6
getting [1]  13/7
give [6]  4/23 9/21 10/1 10/12 12/13
 12/16
given [4]  7/18 15/23 16/14 20/13
gmail.com [1]  1/24
go [5]  8/16 12/3 12/19 12/25 15/11
going [10]  4/4 5/10 5/24 6/8 10/7
 11/14 17/4 17/14 18/10 20/12
Good [4]  3/6 3/9 3/10 3/14
Google [1]  14/2
government [36]
government's [7]  3/17 5/6 8/8 9/3
 12/25 17/24 18/9
grant [1]  14/14
great [1]  18/5
guess [8]  3/20 5/11 9/1 10/4 11/13
 13/15 17/7 17/11
guilty [1]  15/19

## H

had [7]  7/16 13/21 14/8 15/9 15/25

**H**

had... [2] 16/14 17/25
happens [1] 8/19
has [15] 4/23 4/24 5/4 5/13 9/7 10/11
11/8 13/11 13/12 13/16 14/13 15/25
16/20 17/19 19/7
hasn't [1] 17/25
have [43]
haven't [2] 13/24 17/23
having [2] 5/9 11/10
he [10] 4/7 4/7 4/10 4/11 4/16 6/23
15/10 15/10 15/25 15/25
he's [5] 4/12 4/12 4/13 4/14 18/3
head [2] 20/21 20/22
hear [1] 5/1
heard [1] 14/10
hearing [2] 10/15 10/16
Hearsay [1] 18/12
held [1] 21/11
help [1] 18/18
helpful [1] 6/22
helping [1] 20/23
here [2] 9/4 10/13
hereby [1] 21/8
HILARY [1] 2/7
him [2] 16/6 16/7
hire [1] 20/3
his [5] 6/19 14/21 15/21 16/16 18/10
Honor [17] 3/6 3/10 5/2 7/12 8/8 9/18
9/24 9/25 11/5 13/19 14/4 14/16 19/1
19/6 19/18 19/25 20/20
HONORABLE [1] 1/4
hope [2] 7/1 10/8
house [2] 14/24 17/7
how [7] 6/24 7/23 10/5 11/22 12/8
15/13 15/21

**I**

I'll [5] 5/1 11/24 12/1 12/2 18/20
I'm [13] 3/20 4/18 5/24 6/12 7/25 8/4
8/18 10/11 10/25 11/1 12/7 12/13 17/4
identified [1] 13/22
identify [1] 13/15
if [26]
iffy [1] 13/5
impede [1] 16/6
important [1] 9/9
importantly [1] 16/22
inappropriate [1] 17/14
incident [2] 15/7 15/24
information [8] 4/7 4/17 9/7 11/19
13/3 18/7 18/11 20/12
instructions [3] 7/17 7/23 13/21
intend [3] 15/5 18/2 18/17
interests [2] 9/4 9/6
interfere [1] 16/7
interview [1] 19/10
investigate [3] 14/24 16/5 16/12
investigators [1] 19/9
involved [1] 16/1
involvement [4] 14/21 15/22 16/15
16/17
irrelevant [2] 15/3 18/13
is [48]
isn't [5] 3/21 9/21 15/16 15/18 18/1
issue [5] 5/20 7/9 13/10 15/17 16/11
it [53]

it's [11] 7/3 11/6 11/7 13/3 13/4 16/20
18/5 19/9 19/14 20/1 20/8
Item [1] 3/3
Item No. 4 [1] 3/3
its [2] 11/8 14/12
itself [1] 17/20

**J**

JENNIFER [2] 2/4 3/7
Jennifer Williams [1] 3/7
JUDGE [1] 1/4
Judicial [1] 21/13
June [8] 1/17 3/1 8/4 8/10 8/21 9/2 9/5
19/4
June 22 [1] 8/4
June 29 [1] 19/4
June 30 [2] 9/2 9/5
June 30th [2] 8/10 8/21
jury [3] 7/17 7/23 13/20
just [13] 5/2 5/22 7/13 7/22 8/13 10/16
14/17 16/9 16/9 17/14 18/24 19/13
20/7
justice [1] 9/4
justifiable [1] 17/9

**K**

keep [1] 9/1
keeping [1] 18/5
KENDALL [2] 2/3 3/7
kindly [1] 19/22
kinds [1] 18/17
knew [1] 16/4
know [17] 4/12 6/6 6/6 6/7 7/23 7/25
10/5 12/2 12/8 13/24 15/25 17/10 18/1
18/17 18/23 18/24 19/22
knowing [1] 11/16
knowledge [3] 4/9 16/14 18/13
knows [1] 4/7

**L**

LACEY [2] 2/8 3/11
last [1] 19/1
late [1] 10/5
later [4] 8/10 10/8 12/23 20/6
LATKA [13] 1/9 3/4 3/11 4/23 5/8 5/19
14/21 15/4 15/7 15/19 15/24 16/2 16/4
Latka's [2] 4/13 16/15
least [10] 4/7 5/25 6/2 6/18 8/1 8/15
10/2 11/10 13/16 18/18
legal [2] 18/9 19/23
let [3] 9/14 13/24 18/16
let's [3] 9/1 13/6 13/8
letter [1] 6/21
like [8] 5/18 8/21 9/13 11/21 14/10
16/9 18/5 19/21
likely [1] 12/19
LILIANA [2] 2/8 3/11
limine [4] 1/19 14/8 17/6 17/24
lingering [1] 14/8
list [3] 13/14 13/17 13/18
lived [1] 15/10
location [3] 14/3 14/24 15/7
logical [1] 20/10
long [3] 5/24 6/9 10/5
look [3] 6/2 6/7 12/23
looked [1] 11/1
Los [5] 1/15 1/23 2/6 2/9 3/1
lot [3] 6/25 7/1 10/11

**M**

made [3] 11/8 16/20 18/25
make [8] 3/25 5/22 7/3 7/4 10/16 12/17
14/5 18/18
makes [1] 12/18
Manual [1] 13/10
map [1] 14/2
matter [1] 21/12
matters [1] 9/1
may [6] 6/15 7/9 11/6 11/7 11/25 11/25
17/9 17/9 20/3
maybe [6] 3/15 6/11 10/15 10/22 11/1
15/15
me [13] 4/14 4/21 6/20 6/22 7/4 10/12
10/20 11/17 12/5 13/3 16/8 18/18
20/11
mean [7] 6/14 7/24 10/25 12/13 12/15
14/19 14/22
meet [1] 8/1
meetings [1] 12/1
mental [4] 3/16 9/8 9/11 9/15
mentioned [2] 13/21 14/1
might [1] 20/15
mind [2] 16/22 16/23
minimum [1] 8/9
misunderstood [1] 4/19
Monday [2] 1/17 3/1
Morales [2] 15/10 16/4
Morales' [1] 14/24
more [8] 6/25 7/1 7/5 12/18 13/3 17/1
17/10 18/1
morning [1] 5/11
most [1] 4/21
motion [8] 3/17 7/4 8/13 14/8 14/19
17/4 17/24 18/21
motions [2] 1/19 17/6
move [1] 20/6
Mr. [14] 3/11 4/13 4/23 5/8 5/19 14/21
14/24 15/4 15/7 15/19 15/24 16/2 16/4
16/15
Mr. Latka [11] 3/11 4/23 5/8 5/19
14/21 15/4 15/7 15/19 15/24 16/2 16/4
Mr. Latka's [2] 4/13 16/15
Mr. Morales' [1] 14/24
much [2] 6/13 12/13
my [3] 11/12 12/2 15/15

**N**

name [1] 16/4
narrative [1] 15/3
nature [1] 3/21
necessary [2] 6/12 12/17
need [11] 6/10 6/15 7/4 7/6 10/6 10/17
11/4 11/14 11/18 17/13 20/3
needed [1] 4/16
needs [6] 4/7 4/24 6/3 6/9 7/1 9/11
never [2] 16/1
next [2] 4/5 10/2
no [12] 1/8 10/8 12/3 12/23 15/11
15/25 16/14 16/16 18/15 19/18 20/24
21/22
No. [2] 3/3 17/24
No. 3 [1] 17/24
noon [1] 11/22
not [36]
notes [2] 19/10 19/14
nothing [1] 20/24

**N**

notice [4]  3/16 8/10 8/12 11/13
now [6]  9/2 9/19 9/21 13/6 14/9 20/15

**O**

object [2]  5/10 11/2
objection [1]  9/16
objective [1]  12/20
obtained [1]  4/15
obvious [1]  11/17
obviously [5]  7/13 7/17 8/2 17/25
 18/11
October [1]  14/23
October 12th [1]  14/23
off [1]  9/18
offense [2]  15/19 15/20
offer [1]  18/23
offers [2]  18/22 18/24
office [1]  20/15
officer [8]  14/23 15/7 15/20 15/23
 16/12 16/14 17/3 18/3
Official [2]  1/21 21/22
oh [2]  4/13 9/24
Okay [11]  4/16 5/22 7/15 7/21 8/22
 13/13 13/20 14/1 14/5 14/18 20/18
on [35]
once [1]  8/20
one [3]  10/23 17/6 17/12
only [5]  5/7 12/7 16/4 16/21 19/6
oOo [2]  3/2 21/4
opened [1]  17/19
opens [1]  16/9
opportunity [6]  3/25 4/24 10/12 11/2
 11/10 17/25
oppose [2]  11/9 17/25
opposition [5]  10/22 11/19 11/23 12/4
 18/20
or [28]
order [6]  3/18 13/2 14/24 16/7 19/23
 20/6
original [1]  12/12
other [7]  4/16 8/5 14/2 17/6 17/20
 18/24 19/6
otherwise [2]  10/18 18/20
our [10]  4/9 7/23 12/12 12/20 14/19
 14/22 19/9 19/14 20/1 20/8
ourselves [1]  7/20
out [8]  6/22 7/5 7/8 7/13 8/7 9/14
 10/17 11/24
outweigh [1]  9/5
over [2]  20/12 20/16
overly [1]  6/9
own [1]  5/8

**P**

p.m [3]  1/17 3/1 21/2
pace [1]  20/7
page [1]  21/12
pales [1]  17/3
PALMER [2]  2/3 3/7
papers [4]  9/3 14/9 14/22 15/5
part [1]  17/8
particular [2]  17/2 18/21
parts [1]  13/24
PAT [4]  1/21 21/8 21/21 21/22
patcuneo1600 [1]  1/24
Per [1]  8/12
perfectly [1]  20/10

perhaps [1]  6/1
permitted [1]  7/22
person [5]  16/5 16/7 17/7 18/2 18/10
personal [1]  18/13
perspective [1]  15/16
photographs [1]  13/21
physician [2]  4/10 4/14
Plaintiff [1]  1/7 2/2
plea [1]  18/22
please [1]  3/5
point [5]  18/8 19/16 19/17 19/18 20/11
position [2]  6/4 8/9
possible [2]  4/23 12/14
possibly [2]  6/10 12/11
posture [1]  7/18
POTASHNER [1]  2/7
preclude [1]  11/18
precluding [1]  3/18
prefers [1]  18/16
prejudicial [1]  17/1
prepare [1]  4/8
present [2]  3/12 15/2
presented [1]  9/7
presenting [1]  11/19
presents [1]  17/21
PRESIDING [1]  1/4
presumptively [1]  8/15
pretrial [1]  1/19 8/13 13/8
pretty [1]  13/5
probably [2]  11/24 18/15
probative [1]  17/1
problems [1]  17/10
Procedure [1]  9/10
proceedings [3]  1/14 21/2 21/11
produced [1]  13/23
provide [3]  9/18 10/7 18/6
provided [5]  5/14 11/16 13/16 13/18
 20/6
public [2]  2/7 9/6
pulling [1]  15/3
purpose [1]  7/6
pursuant [1]  21/9
put [3]  8/10 19/13 20/7

**Q**

question [3]  4/19 5/18 16/24
questions [1]  14/13

**R**

read [1]  12/17
reading [1]  11/12
ready [3]  4/1 4/3 4/4
really [13]  6/12 7/6 9/15 9/20 10/17
 11/2 11/6 15/16 15/18 17/23 18/5 18/8
 18/9
reason [4]  8/22 15/25 16/16 20/11
reasonable [1]  12/5
reasons [1]  9/3
receive [1]  19/11
reciprocal [2]  19/7 19/11
recognize [1]  5/23
record [3]  18/24 19/13 20/8
reference [6]  5/2 5/7 14/17 15/4 15/10
 16/16
referring [1]  7/10
regulations [1]  21/13
related [3]  7/9 12/1 14/20
relevant [8]  3/22 6/1 6/24 15/13 15/16

15/18 16/18 17/21
relied [1]  20/4
relies [1]  16/8
remotely [1]  12/1
repeatedly [1]  19/7
reply [3]  5/6 10/12 11/23
report [23]
reported [1]  21/11
Reporter [2]  1/21 21/22
REPORTER'S [1]  1/14
request [1]  11/8 12/25
requested [2]  19/7 19/14
required [1]  17/10
resolved [1]  13/11
respect [1]  7/18
response [1]  7/22
retained [1]  4/11
review [1]  12/1
RICHARD [2]  1/9 3/4
right [14]  3/15 4/20 4/25 8/3 9/19 9/21
 10/7 12/21 12/24 14/15 19/2 19/17
 20/15 20/25
Room [1]  1/23
route [1]  20/15
Roybal [1]  1/22
rule [10]  8/12 9/9 10/13 10/15 11/1
 11/6 11/11 11/12 11/17 18/11
Rule 12.2 [1]  8/12 11/6
rules [1]  4/25

**S**

said [2]  9/23 10/13
satisfy [1]  15/2
say [10]  6/8 10/3 11/10 16/3 17/10
 17/11 17/14 17/18 18/10 18/15
saying [2]  5/23 6/23
says [1]  11/4
schedule [3]  5/6 5/10 8/13
Second [1]  2/9
secrets [1]  18/6
Section [1]  21/9
see [6]  5/25 6/11 6/16 8/19 14/6 20/25
seeing [1]  11/13
seeking [1]  20/7
seem [1]  6/22
seemed [1]  11/17
seems [4]  3/24 4/21 10/20 16/9
send [1]  6/17
September [1]  21/16
seriously [1]  17/12
served [1]  9/5
Service [1]  13/10
set [4]  5/12 6/14 8/6 8/6
shaking [2]  20/21 20/22
short [1]  6/5
should [12]  3/24 5/11 7/2 8/9 8/12
 9/14 10/21 17/12 17/17 19/3 20/2
 20/19
show [2]  14/2 15/6
showing [4]  3/25 15/16 15/18 18/18
side [2]  20/21 20/21
simply [3]  12/2 18/16 18/20
since [3]  18/3 19/1 19/22
skim [1]  17/23
so [36]
some [4]  16/21 16/21 17/19 19/16
somebody [1]  6/7
someone [1]  18/3

**S**

something [5]  7/19 14/2 17/14 20/5
 20/8
soon [1]  4/4
sooner [1]  12/11
sorry [2]  4/18 9/24
sort [1]  16/17
sounds [1]  20/10
speaking [1]  20/8
specifically [3]  5/3 14/19 15/9
speculative [1]  16/8
speedy [1]  9/6
Spring [1]  2/5
state [4]  3/5 15/5 16/22 16/23
stated [5]  5/4 8/23 9/3 9/25 14/22
statements [1]  18/14
STATES [8]  1/1 1/6 2/2 2/4 2/5 3/8
 21/9 21/14
staying [2]  15/8 17/7
stenographically [1]  21/11
STEPHANIE [1]  2/2
still [2]  4/13 13/15
stipulate [1]  14/23
Street [3]  1/22 2/5 2/9
strenuously [1]  17/17
subject [3]  4/1 14/11 18/19
submit [2]  14/12 19/5
subpoenaed [1]  10/18
such [1]  19/14
sufficient [2]  8/15 8/15
sufficient or [1]  8/15
suggested [1]  8/3
suggesting [2]  5/13 9/8
summary [1]  6/17
SUMMER [2]  2/8 3/11
Summer Lacey [1]  3/11
supervisor [1]  19/11
supplement [1]  6/19
supplemented [1]  6/20
suppose [1]  9/14
supposed [1]  15/22
supposedly [1]  15/6
Supreme [1]  7/11
sure [12]  3/20 5/22 6/12 7/3 8/18
 10/11 10/16 10/25 11/2 12/17 14/6
 15/14

**T**

take [1]  12/23
taking [1]  19/10
talk [2]  3/16 20/19
talking [1]  16/11
tell [2]  18/8 18/10
Temple [1]  1/22
tentative [1]  14/14
tentatively [2]  13/7 13/8
terms [1]  8/13
testify [2]  5/24 19/19
testifying [1]  6/23
testimony [8]  3/18 3/22 6/1 6/18 6/19
 15/6 17/4 17/20
than [7]  8/5 10/8 12/23 17/1 17/10
 17/20 17/23
Thank [5]  3/13 11/20 19/2 20/24 20/25
that [120]
that's [9]  4/20 5/20 7/19 9/23 10/24
 12/5 15/17 16/11 20/22

their [1]  5/8
them [4]  6/17 13/24 15/2 19/23
then [16]  4/21 5/23 6/10 8/2 8/19
 10/10 10/11 10/12 11/23 12/2 12/6
 12/25 13/4 16/3 16/6 16/7
there [6]  15/10 15/11 16/5 16/12 16/24
 18/22
there's [7]  6/25 9/19 10/25 11/2 12/2
 16/15 17/8
they [18]  6/7 6/11 6/11 6/16 7/5 7/6
 9/15 9/18 12/4 12/5 14/6 15/5 15/9
 15/12 16/3 18/2 19/19 20/9
they're [1]  5/19
thing [6]  3/15 4/22 5/5 5/16 13/15 19/6
things [1]  17/12
think [16]  6/9 6/25 8/22 9/23 10/21
 11/11 13/4 13/7 14/1 14/10 15/25
 16/16 16/24 17/6 17/8 20/11
thinking [1]  12/16
this [17]  7/6 7/18 12/17 13/15 14/2
 15/21 16/3 16/5 16/7 17/13 18/2 18/8
 19/3 19/17 19/18 20/11 20/14
thorough [3]  3/25 7/2 7/3
those [7]  7/17 10/18 12/8 13/22 18/14
 19/15 19/16
though [2]  5/13 16/21
thought [1]  11/13
threatened [1]  16/7
threatening [2]  15/20 17/2
till [1]  10/10
time [11]  3/19 10/11 10/17 10/22 12/5
 12/14 12/16 15/24 19/1 19/3 20/15
timeframes [1]  12/9
Title [1]  21/9
today [1]  6/14
tomorrow [1]  5/11
too [2]  10/5 12/16
transcript [3]  1/14 21/10 21/12
trash [14]  14/9 14/17 14/21 14/25
 15/12 15/22 16/1 16/1 16/5 16/10
 16/13 16/17 16/25 17/3
treating [2]  4/10 4/13
trial [14]  3/19 4/15 4/22 5/12 8/4 9/5
 9/6 11/14 12/3 12/12 12/19 12/25
 16/10 16/10
trials [2]  8/6 8/6
true [1]  21/10
try [3]  12/10 12/22 12/23
trying [2]  12/8 12/13
turn [2]  20/12 20/16
two [3]  17/6 17/11 17/16
typically [1]  20/9

**U**

under [3]  4/25 9/9 11/6
underlying [1]  20/4
understand [5]  6/4 7/7 12/10 12/15
 15/13
understanding [3]  19/9 19/14 20/2
unfortunately [1]  4/3
UNITED [8]  1/1 1/6 2/2 2/4 2/5 3/8 21/9
 21/14
unless [2]  14/13 17/18
until [5]  6/7 12/4 19/4 19/4 19/19
up [5]  13/7 13/9 13/9 14/3 20/5
us [3]  9/18 16/10 17/15
USA [1]  3/4
use [1]  18/15

using [1]  13/25

**V**

very [4]  4/4 15/11 16/22 17/17
victim's [1]  16/22
Victoroff [1]  3/18
Victoroff's [1]  6/18

**W**

wait [1]  19/4
waiting [1]  7/11
want [9]  5/22 8/18 9/15 10/10 10/16
 11/18 18/7 18/23 18/24
wanted [3]  12/16 19/13 20/7
was [12]  4/10 6/23 11/13 11/16 14/3
 14/14 15/8 15/9 15/10 15/25 17/7
 18/23
way [3]  12/3 14/2 17/19
we [48]
We'd [1]  6/5
we'll [5]  7/7 8/19 12/23 13/6 20/25
we're [6]  12/11 13/24 14/22 15/1 16/11
 20/14
We've [1]  13/18
wee [1]  16/8
week [3]  8/11 10/3 12/7
weeks [1]  8/14
weighed [1]  17/2
well [9]  5/9 6/6 8/17 8/18 11/13 12/10
 14/5 16/19 20/10
went [1]  14/23
were [8]  5/3 7/10 7/11 12/15 12/24
 19/10 19/14 21/2
weren't [1]  16/19
WESTERN [1]  1/3
what [21]  3/21 4/24 6/3 6/8 6/15 6/22
 6/23 7/5 7/6 8/7 8/19 9/13 9/20 9/23
 12/5 13/10 17/17 18/2 18/10 18/17
 18/23
when [5]  4/1 9/18 11/13 16/11 17/1
whence [1]  18/10
whenever [1]  14/5
where [3]  14/2 15/7 16/3
whether [8]  3/22 5/18 9/11 9/14 10/17
 17/12 17/13 18/24
which [3]  13/24 17/2 17/9
who [4]  3/11 15/10 15/25 18/3
whole [1]  10/11
why [3]  11/10 12/21 18/1
will [16]  3/22 3/22 6/19 6/20 7/2 7/17
 7/23 8/2 11/14 15/6 17/4 17/10 17/14
 17/22 18/11 20/13
WILLIAMS [2]  2/4 3/7
willing [2]  8/16 14/22
window [1]  8/11
within [4]  4/5 8/10 10/2 16/10
without [5]  9/20 10/15 11/16 15/3
 18/12
witness [8]  13/14 13/17 13/18 17/10
 17/13 17/14 17/16 17/17
witnesses [2]  10/18 16/21
won't [5]  6/11 10/13 10/22 11/13 19/24
words [1]  14/16
work [1]  12/9
working [1]  13/20
works [1]  8/7
would [29]
wouldn't [2]  6/1 11/9

**W**

**writing [1]**  19/5
**www.patcuneo.com [1]**  1/25

**Y**

**yeah [4]**  4/13 4/13 4/14 12/15
**yes [13]**  4/9 4/9 4/18 6/21 7/12 8/21
 8/23 11/5 13/12 14/7 14/16 15/14
 19/25
**yet [6]**  4/1 4/4 5/14 14/3 14/4 19/11
**YONEKURA [1]**  2/2
**you [59]**
**you'd [1]**  11/21
**you'll [1]**  10/20
**you're [5]**  5/10 10/7 13/20 20/12 20/22
**you've [1]**  10/18
**your [21]**  3/5 3/6 3/10 5/2 7/12 8/8
 9/18 9/24 9/25 11/5 13/18 14/4 14/16
 18/20 19/1 19/6 19/18 19/25 20/13
 20/20 20/22
**yours [1]**  12/22