1        UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA

3            WESTERN DIVISION

4    THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6  UNITED STATES OF AMERICA,           )
                                       )
7                   Plaintiff,         )
                                       )
8           vs.                        ) NO. CR 15-95 DSF
                                       )
9  RICHARD DOUGLAS LATKA,              )
                                       )
10                  Defendant.         )
   _____)

11

12

13

14          REPORTER'S TRANSCRIPT ON APPEAL

15             Los Angeles, California

16

17        Tuesday, October 27, 2015, 8:15 A.M.

18

19   Day 1 of Jury Trial, Page 1 through 249, Inclusive

20

21                          PAT CUNEO CSR 1600, CRR-CM
                            Official Reporter
22                          Roybal Federal Building
                            255 East Temple Street
23                          Room 181-E
                            Los Angeles, CA  90012
24                          213-894-1782
                            patcuneo1600@gmail.com
25                          www.patcuneo.com

2

```
1    APPEARANCES:

2    FOR THE PLAINTIFF:    EILEEN M. DECKER
                           UNITED STATES ATTORNEY
3                          BY:  CHRISTOPHER C. KENDALL
                           and  CASSIE D. PALMER
4                          and  JENNIFER L. WILLIAMS
                           ASSISTANT UNITED STATES ATTORNEYS
5                          United States Courthouse
                           312 N. Spring Street
6                          Los Angeles, California 90012

7    FOR THE DEFENDANT:    KAYE, McLANE, BEDNARSKI & LITT
                           BY:  MARILYN E. BEDNARSKI
8                          and  CAITLIN WEISBERG
                                ATTORNEYS AT LAW
9                          234 E. Colorado Boulevard
                           Suite 230
10                         Pasadena, California  91101
                           626-844-7660
11                         mbednarski@kmbllaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3    PROCEEDINGS                                      PAGE

4    VOIR DIRE EXAMINATION                              14

5    VOIR DIRE EXAMINATION RESUMED                     124

6    PRELIMINARY JURY INSTRUCTIONS BY THE COURT        171

7    OPENING STATEMENT BY MR. KENDALL                  183

8    OPENING STATEMENT BY MS. BEDNARSKI                189

9    GOVERNMENT'S CASE-IN-CHIEF                        195

10

11              **CHRONOLOGICAL INDEX OF WITNESSES**

12

| **GOVERNMENT'S WITNESS** | **DIRECT** | **CROSS** | **REDIRECT** | **RECROSS** | **VOIR DIRE** | **VOL** |
|---|---|---|---|---|---|---|
| CHAD ELLSWORTH | 196 | 224 | | | | 1 |

15

16              **ALPHABETICAL INDEX OF WITNESSES**

17

| **WITNESS** | **DIRECT** | **CROSS** | **REDIRECT** | **RECROSS** | **VOIR DIRE** | **VOL** |
|---|---|---|---|---|---|---|
| ELLSWORTH, CHAD | 196 | 224 | | | | 1 |

20

21                        **EXHIBITS**

22

| DEFENDANT'S EXHIBIT | DESCRIPTION | FOR IDENTIFICATION | IN EVIDENCE | VOL |
|---|---|---|---|---|
| 518 | Document Document . . . . | 228 | 229 | 1 |

25

*Day 1 of Jury Trial, October 27, 2015*

1  LOS ANGELES, CALIF.; TUESDAY, OCTOBER 27, 2015; 8:22 A.M.

2                              -oOo-

3        *(The following was held outside the prospective jurors'*

4                          *presence:)*

5            MS. BEDNARSKI:  Your Honor, my client's brother is

6   going to watch the trial and I'm wondering, when the jury

7   comes in, I asked him to sit in the back row until they're

8   selected.  Do you have a preference where the non-jurors

9   should sit during jury selection?

10           THE COURT:  Ms. Plato, what works for you when you

11  bring in the jurors?

12               *(Court and the clerk conferred.)*

13           THE COURT:  All right.  And I will remind him --

14  welcome -- that there should be no comments under the

15  breath, out loud.  Otherwise, no facial expressions, no

16  gestures, nothing at all, to indicate what your thoughts

17  are.

18           As I was looking over the jury instructions, both

19  the ones that were previously submitted and the new ones, it

20  occurs to me we should come up with some kind of protocol

21  with regard to Mr. Latka and Officer Ellsworth.

22           I'm not going to have the defendant described

23  throughout the instructions as Mr. Latka and then call

24  Ellsworth, Ellsworth or something else.

25           It doesn't matter to me whether we refer to him as

1    the defendant, as Mr. Latka, or Latka; but if you want

2    Mr. Latka, it's going to be Officer Ellsworth because if I

3    use the words "Mr. Ellsworth," it's going to suggest to the

4    jury he's not an officer which would be entirely

5    inappropriate.

6              MS. BEDNARSKI:  I would say just last names only,

7    then.

8              THE COURT:  Okay.

9              And I take it, Ms. Bednarski, you don't want me to

10   say anything about the defendant being in custody?

11             MS. BEDNARSKI:  That's correct.

12             THE COURT:  Do you have any objection to my

13   telling the jury that he has a right not to testify?

14             MS. BEDNARSKI:  No, I don't.

15             THE COURT:  Okay.  I think you can see what the

16   seating order is and the last group of the six-pack will be

17   out in the front row there because this courtroom doesn't

18   have enough room really to put the extra row in front of the

19   jury box.

20             Are there things we should discuss before the jury

21   comes?

22             MS. PALMER:  Your Honor, I had one issue.  I just

23   wanted to disclose to the Court that --

24             THE COURT:  I don't like the word "disclose."

25             MS. PALMER:  Well, yesterday as I was leaving, I

1    noticed -- I believe the woman who is your new law clerk is

2    someone who I worked with when I was a law clerk for the

3    Honorable Judge Alarcon.   Michelle Roberts was an extern.

4             So I generally supervised her though never

5    specifically, and I've kept track of her only loosely since

6    then; and so I was somewhat surprised to see her but I just

7    wanted to put it on the record.   I've already told defense

8    counsel, and I believe that there is not a problem but --

9             MS. BEDNARSKI:   I don't have a problem with that.

10            THE COURT:   If there was a problem, this is

11   James Fellers.   He's my career clerk and he's been working

12   on the case.   He's put up with me for all these years and

13   I'm not letting him go, either.

14                        *(Laughter.)*

15            MS. BEDNARSKI:   Your Honor, I have a list, a

16   defense witness list.   I don't know if I would call these

17   people but I know that you like to ask people if they

18   recognize names so I brought two copies.

19            One is for the Court.

20            THE COURT:   Great.

21                   *(Pause in the proceedings.)*

22            MS. BEDNARSKI:   The first witness is already on

23   the government's list.

24            THE COURT:   Right.   As is Dr. Victoroff and Briot.

25            MS. PALMER:   Your Honor, one other thing before

1  the jury comes.

2          THE COURT:  Okay.

3          MS. PALMER:  We learned that Ms. Alvarez would

4  strongly prefer a Spanish Language Interpreter.  We arranged

5  for one to be present tomorrow morning.

6          But in light of that, I think we should have the

7  instruction, the Ninth Circuit model instruction that

8  relates to interpretation.

9          THE COURT:  All right.  Have each of you had the

10  opportunity to look at the other's proposed instructions?

11          MS. WEISBERG:  Briefly, Your Honor, yes.

12          MS. PALMER:  Yes, Your Honor.

13          THE COURT:  Did you want to add anything to what

14  you've got?  I've only had a chance to look briefly at them.

15          MS. WEISBERG:  Defense position remains the same

16  as previously.

17          THE COURT:  I'm sorry?

18          MS. WEISBERG:  The defense's position is the same

19  as before.

20          MS. PALMER:  I have nothing additional to add.

21          THE COURT:  All right.  Then I will work with them

22  and decide what I want to do.

23          By the way, I do not mention the specific statute.

24  It should be totally irrelevant to the jury which provision

25  of Title 18 the defendant is being charged with.

1      It's just a jumble of numbers; and if I tell them

2   what the section is, they are probably slightly more likely

3   to get curious and try to find it as some jurors,

4   fortunately not in my court have done, but I'll relieve the

5   temptation by not telling them.

6      And despite the defense's argument, I do think

7   that Elonis is certainly sufficient for me to conclude that

8   I should use "or" and not "and."

9      And just to shout out to Judge Alito for

10  recognizing that when they don't decide things, it just

11  makes the lives of the court trial judges who don't get to

12  pick which cases they have, more difficult.

13     So I'll be working on revising those further and

14  I'll get you a set as soon as I can.

15     And there was one more we had the issue of the

16  unanimity instruction.  I know Ms. Weisberg didn't get a

17  chance to do that yesterday.  So as soon as we've -- I got

18  that addressed, then we'll be closer.

19     I'll have the interpreter instructions.

20     Anything else that we need to discuss?  The jurors

21  are coming over from Spring Street so it will be a while.

22     Are there objections to the government's exhibit,

23  Ms. Bednarski?  Have you had a chance to look at those?

24     MS. BEDNARSKI:  I have looked.  I have no

25  objection to them.

1        THE COURT:  Okay.  So will they be admitted then
2    without objection so we don't have to go through the whole
3    rigmarole?
4        MS. BEDNARSKI:  It seems repetitive.  I'm not
5    quite sure what --
6        THE COURT:  Well, I don't mean wholesale because
7    we don't need quite so many documents, et cetera.  But if
8    Mr. Kendall wants to use one, is it all right to say
9    Exhibit 4 that's been admitted into evidence and show it to
10   the witness?
11       MS. BEDNARSKI:  Yes.
12       THE COURT:  Okay.  I meant more broadly than No. 4
13   which I'm sure you understood.
14       MR. KENDALL:  Just briefly, Your Honor, before the
15   jurors or potential jurors come.
16       While we're doing jury selection, would you like
17   us to confer with defense counsel saying we're planning on
18   striking beforehand so then we can take up a Batson
19   challenge before that at sidebar?  I know different judges
20   do different things.
21       THE COURT:  No.  That takes too much time and I'm
22   very hopeful there will be no Batson challenges.
23       MR. KENDALL:  Me, too, Your Honor.
24       THE COURT:  Because then I would have to get out
25   my script and figure out how to deal with them which is

1    always annoying.  This doesn't seem like a case where there
2    would be Batson issues.
3         MS. BEDNARSKI:  Your Honor, I have provided the
4    government with my exhibit book this morning.  I didn't get
5    their exhibits until almost 6:00 -- around 5:00 o'clock last
6    night or 6:00, whenever the messenger was able to pick them
7    up and get back.
8         So some of my exhibits are duplicative except I
9    think they're better quality.  I'd prefer to use my own
10   photographs to the extent that I like quality better.  They
11   all come from the government discovery.
12        I have affixed my exhibit tags by staple to the
13   original but not covering over anything important.  If I use
14   those in my opening statement, do you want me to take the
15   exhibit tabs off?  Okay.
16        THE COURT:  Does the government have any
17   objection?  Why don't you take a look.  I mean, some of
18   these things are not coming in:  Victoroff's report, summary
19   opinions, CV, Buddig report.
20        Those aren't coming in so . . . .
21        MS. BEDNARSKI:  The ones that I would expect for
22   identification only to make it easier were 511 through 514
23   and then -- I think the list actually doesn't include 517
24   but it should.
25        There's a declaration of the business records

1   custodian and I don't think the jury needs that.  I think

2   that's just foundational.  So I would say 517 also is not

3   something that -- I marked it so it would be convenient for

4   everybody but --

5          THE COURT:  Okay.

6          MS. BEDNARSKI:  So with those exceptions, I would

7   say then just up to 510.  If I choose to use them in my

8   opening statement, I'd like not have to take the exhibit

9   tabs off.

10         THE COURT:  If the government doesn't have an

11  objection, why don't you look at them.  Some of them are the

12  same as yours.  I'm not going to comment on which has the

13  better quality.

14         But why don't you take a look at those and see if

15  you have any objection.  Otherwise, Ms. Bednarski would be

16  able to do the same thing that you'll be able to do which is

17  just say they've been admitted into evidence.

18         MS. BEDNARSKI:  And we've already talked, the

19  government and I, about 515, the audio recordings.  I told

20  them I intend to play it in my opening.  It comes in that

21  later series of numbers but it's not a physical document but

22  I intend to play it.

23         THE COURT:  Okay.

24         Anything else for now?

25         MR. KENDALL:  I assume it goes without saying that

1    you're going to play the whole recording?

2            MS. BEDNARSKI:  Yes.  The whole recording is a

3    minute.

4            MR. KENDALL:  Yes.

5            THE COURT:  Okay.  Well, then, we will let you

6    know when the jurors -- will they call us when they're on

7    their way, Deb?

8            THE CLERK:  I asked them yesterday, Your Honor, to

9    try to have them here as close to 9:00 as possible.  I will

10   e-mail the jury department and try to make sure that they're

11   on their way.  I'll send an e-mail.

12           THE COURT:  Okay.

13           MS. BEDNARSKI:  Did you, Your Honor, write up your

14   own statement of the case?

15           THE COURT:  Yes.

16           MS. BEDNARSKI:  Would you tell us what you're

17   going to say?

18           THE COURT:  "This is a criminal case brought by

19   the United States Government.  The government charges

20   Richard Latka with threatening a federal law enforcement

21   officer and specifically alleges that Richard Latka

22   threatened to assault or murder Chad Ellsworth with the

23   intent to impede, intimidate, or interfere with Ellsworth

24   while he was engaged in the performance of his duties with

25   the Unified States Forest Service.  Ellsworth and Latka

1   interacted on October 12, 2014.  The circumstances will be

2   the subject of the trial.

3          "The charge is contained in a document we call an

4   Indictment.  The Indictment simply describes the charge the

5   government brings against the defendant.  An Indictment is

6   not evidence and does not prove anything.  You won't even

7   have it.

8          "Mr. Latka denies the charge and has pleaded not

9   guilty."

10          MS. BEDNARSKI:  Thank you, Your Honor.

11          THE COURT:  All right.  We'll let you know when

12   the jury is on their way.

13                    *(Recess.)*

14        *(The prospective jurors entered the courtroom.)*

15          THE CLERK:  Please be seated and come to order.

16          THE COURT:  Good morning.

17          (The prospective jurors responded.)

18          THE COURT:  Now that you've had a seat, I'm going

19   to ask you to stand again and raise your right hands and,

20   Ms. Plato, will you swear our prospective jurors, please.

21          THE CLERK:  Yes, Your Honor.

22          Ladies and gentlemen, do you and each of you

23   solemnly swear or affirm that you will truthfully answer

24   each question that may be asked of you by this Court

25   touching upon your qualifications to serve as jurors upon

1    the trial of the cause now pending before this Court so help
2    you God?
3              THE PROSPECTIVE JURORS:   I do.
4              THE COURT:   Thank you.   Have a seat.
5                   VOIR DIRE EXAMINATION
6              THE COURT:   Ladies and gentlemen, welcome to
7    Courtroom 840 of the United States District Court.   We all
8    want to thank you in advance for the time and attention that
9    you're going to be giving our case.
10             We're here to select a jury to try a criminal case
11   that we refer to as United States vs. Richard Douglas Latka.
12   Has anybody heard anything about this case by any chance?
13                   *(No response.)*
14             THE COURT:   Okay.   Great.   Thank you.
15             In future, if I ask a question that you have a yes
16   answer to, raise your hand.   If I move on without
17   acknowledging you, please flail your arms in the air because
18   I don't want to miss anybody.
19             The first thing I want to do is ask you to turn
20   off your cellphones or other mobile devices.   So take them
21   out and turn them off.   I don't mean put them on vibrate OR
22   silent.   I mean turn them off.
23             If you are waiting for a transplant or someone
24   about as to give birth, you may leave them on silent.   I'm
25   not joking.   I've had both of those things in my prospective

jurors.

Before we do anything else, there are some very important rules I need to tell you about that apply to your conduct outside of the courtroom and the courthouse.

I think they describe some of these in the jury assembly room but they're so important that I need to repeat them; and I don't want to sound mean but what I'm going to tell you is not what I'm asking you to do.  It's what I'm ordering you to do, and my orders have the same effect as laws, so if you violate those orders, it's the same as violating the law and for some reason jurors seem to have difficulty with these so please listen closely.

First, keep an open mind throughout the trial and don't decide what the verdict should be until you and your fellow jurors have completed your deliberations at the end of the case.

Second, don't talk to anyone about the case or about anyone who has anything to do with it until you go to the jury room to deliberate and decide your verdict.

In this case, includes anything you see or hear in the courtroom such as the testimony of witnesses, the physical evidence, and anything said by the lawyers, the Court, court staff, and anyone else in the courtroom such as spectators.

And that means you're ordered not to have any

1    conversation at all with the attorneys, the parties, or any

2    witness called in this proceeding.

3           When you see any of these people in the hall or

4    anywhere else, you're not to greet them, don't ask for

5    directions to anywhere, don't ask how much longer the trial

6    will take.  There should be no conversation of any kind.

7           And, of course, you probably won't know who the

8    witnesses are so it's best not to talk to anyone who isn't

9    wearing a juror's badge.

10          If you're in the hall or the restroom and you hear

11   someone talking about the case, please ask them not to talk

12   about it in your presence or just walk away.

13          The parties and the attorneys won't be offended if

14   you ignore them and please don't be offended if they ignore

15   you because they're also under orders not to speak to you.

16          Now, don't be concerned if you see witnesses

17   talking to each other or to the attorneys.  That's

18   permissible.  Just stay far enough away from them that you

19   won't overhear any of their conversation.

20          Don't talk with anyone outside the jury about the

21   case or about anyone who has anything to do with it until

22   the trial has ended and you've been discharged as a juror.

23          And anyone else includes your spouse, your

24   partner, your family, anyone at home, your employer, anyone

25   at work, your friends, and your neighbors; the media and the

1    press, anyone at all.

2            You may tell them you are a juror on a case but

3    say nothing else about it until you're discharged by the

4    Court.

5            Third, don't let anyone talk to you about the case

6    or about anyone who has anything to do with it.  If someone

7    does try to talk with you about it, tell them you will not

8    speak to them and then immediately inform our bailiff when

9    we have one or Ms. Plato of that conduct.

10           Fourth, you must not independently investigate the

11   facts or the law or consider or discuss facts as to which

12   there is no evidence.

13           And that means, for example, that you may not

14   visit or view any place that you hear described in the case.

15           Don't search for information on any of the

16   parties, the witnesses, the attorneys, the law firms, or me,

17   at least until the case is over.  If you look for these

18   people, you may accidentally find information about the

19   case.

20           Don't conduct experiments, don't read any news

21   stories or articles or listen to or watch any radio or

22   television reports about the case or about anyone who has

23   anything to do with it.

24           Don't Google or otherwise research on the Internet

25   or look up any information about the case or anyone who has

1   anything to do with it.

2   Don't do any research with any electronic device

3   that includes Droids, iPhones iPads, Blackberrys, Palm

4   Pilots, or any other web devices.

5   Don't communicate by e-mail or text message or

6   blog or by Google+ or MySpace or Facebook or LinkedIn or

7   YouTube or any other electronic bulletin board or chatroom

8   or message board or anything they've invented in the last

9   two weeks since I last used this.

10   You can't ask anyone for information relating to

11   the case even if you don't say that it has anything to do

12   with the case or that you're on a jury.

13   You can't even look up a word in the dictionary if

14   you don't know or don't all agree on the meaning of the

15   word.  If you have any questions at all, send them in

16   writing to me and I'll try to help you answer them.

17   And these and my other orders are not just my

18   preferences or requests.  They're serious.  They're

19   important and, as I said, they are the law.

20   The law requires these restrictions to ensure that

21   the parties have a fair trial with a fair and unbiased jury,

22   and that's a jury that will base its decision only on the

23   evidence presented in this courtroom.

24   It's common for the media, whether television or

25   radio or newspaper or online source, to report about

1    lawsuits or parties or witnesses or their lawyers; and the
2    media coverage might be accurate or it might be inaccurate.
3            For example, I'll occasionally see or hear media
4    reports about a case of mine and they generally refer to me
5    as a man.
6            I guess that's because of my name but clearly it's
7    not very accurate.  So you need to be sure that what you're
8    relying on is only what you saw and heard in the courtroom.
9            If you do your own research or look on the
10   Internet or you view any media coverage relating to this
11   case, you won't have any way of knowing whether what you're
12   reading is accurate or complete or fair and, in addition,
13   the parties and the Court will have no way of knowing what
14   you've seen or read and they'll be deprived of the
15   opportunity to confront and explain whatever is said in
16   those accounts; and you'll have more information, possibly
17   inaccurate information, than your fellow jurors.
18           And that's why your information about the case
19   must be limited to what's presented in the courtroom.  In
20   that way all the jurors will see and hear the same evidence
21   and the parties will have an opportunity to address that
22   evidence, engage in what we call cross-examination, and talk
23   to you about the evidence in their opening statements and
24   closing arguments.
25           And by the way, you can't fix the problem by

1   sharing with your fellow jurors information that you
2   shouldn't have in the first place.
3               A juror who violates these restrictions
4   jeopardizes the fairness of the proceedings and a mistrial
5   could result; and a mistrial means that no matter how far we
6   are into the case, we have to start over and it means that
7   the jurors, the court staff, the attorneys, and the parties
8   will all have wasted their time and you will have wasted
9   your time as well.
10              So if you hear any other juror talking about
11  having done research, seen news coverage, or learned
12  information about the case outside of the courtroom or if
13  you do so accidentally yourself, you must inform Ms. Plato
14  immediately so that we can address the situation.
15              And I really can't emphasize these rules enough.
16  I know judges in every court around the country are telling
17  jurors the same kinds of things, and more and more often
18  jurors are ignoring them.
19              Sometimes it's because the jurors believe they
20  need to know more about the case than the lawyers have told
21  them in order to do their jobs and sometimes it's just
22  curiosity.
23              But there's absolutely no excuse or justification
24  for violating these rules so don't even try to think of one.
25  If you have any question at all when whether something

1    you're about to do is okay, just don't do it.

2         Okay.  I will now introduce our court staff now.

3    I'm Judge Fischer as you can see.  Our courtroom deputy

4    clerk is Debra Plato and our court reporter is Pat Cuneo.

5         You'll be given a phone number to call in case an

6    emergency arises and you need to contact the Court.  Please

7    make every effort to be on time because now that you've been

8    sworn in as our panel of prospective jurors, we can't get

9    started until everyone is here.

10        If something beyond your control happens, please

11   call and let us know when you'll be able to get here.  Don't

12   just assume that if you can't get here quickly you're not on

13   our jury anymore.

14        Depending on where we are in the trial, we may

15   decide to wait for you even if you can't get here the same

16   day.  So it's important that we know how to reach you.

17        Is anyone having any trouble hearing me?

18                    *(No response.)*

19        THE COURT:  Great.  If you do have trouble hearing

20   me or anyone else during the course of the trial, let us

21   know immediately and we'll do something about it.

22        It's important that the jurors hear everything

23   unless, of course, the attorneys and I are having a

24   discussion at sidebar.  That's what we refer to when we walk

25   over there and talk to each other outside of your hearing.

1           If we do that either now or during the trial, you
2     can stand up and stretch.   Please don't leave your seats.
3     We do try to keep sidebars as short as possible and also, if
4     we're having a sidebar in the courtroom, Ms. Cuneo may be
5     listening to us from her desk so please keep her voices down
6     so she can hear what we're saying.
7           I know it can be annoying when you're sitting in
8     the jury room or sitting here in the courtroom waiting while
9     the attorneys and I talk; and one of the most stressful
10    things about this job is taking the time to do that because
11    I know you have places you'd rather be and things you'd
12    rather be doing.
13          But sometimes it is necessary for the attorneys
14    and I to discuss things that you can't hear, and we're not
15    trying to keep things from you but occasionally it's
16    necessary for me to decide how to handle evidence or some
17    other issues before it's presented to you; and we try to
18    keep these conferences as short as possible and to have as
19    few as possible.
20          And by the way if an attorney asks for a sidebar
21    conference and I deny their request, that shouldn't
22    influence you in any way.
23          We've estimated that the trial may take four or
24    five days.   That's just an estimate, never a promise.   Those
25    of you who believed you had a reason to be excused from jury

1    service had an opportunity to speak to one of our magistrate

2    judges.  So unless something happened on the way over here,

3    all of you or most of you should be available for the trial.

4              In a moment I'm going to ask if serving on a jury

5    for that length of time would be a personal or financial

6    hardship for you.  Let me tell you first that generally

7    we're in session from 8:00 in the morning until 2:00 p.m.

8    every day.

9              We won't take a lunch break but we'll take three

10   fifteen-minute breaks so you should bring a snack or

11   something to drink for the breaks if you'd like.

12             You can go back to work in the afternoon if you

13   need to.  I'm sure that's good news for you all.  Because

14   we're starting later today, we'll stay today until about

15   4:30 or so.  We'll take a morning and an afternoon break and

16   we'll break from about 12:00 to 1:30 for lunch.

17             We may not be in session on Monday.  I handle all

18   of my other matters on Monday; but once the testimony and

19   the arguments have been completed, you'll be deliberating

20   every day and including Mondays because you won't need me to

21   be available to you.

22             So at least at this point you should plan on being

23   here on Monday too but we may be able to get the case to you

24   for deliberation so that you can work on that on Monday.

25             When I asked if serving on this trial would be a

hardship, please tell me about anything that would cause you a problem between now and November 4 just to be safe.

I'll try to be fair but I also have to be firm in excusing jurors for hardships.  Please understand that the defendant and the government have a right to trial by jury drawn from a fair cross-section of our community; and that right wouldn't mean anything if we excused everyone who would prefer to be somewhere else.

Also, if something unexpected comes up during the trial, please let Ms. Plato know as soon as possible.  If you tell us about something at 2:00 o'clock as you're walking out the door, there may not be anything I can do about it; and I apologize for that but I don't have any alternative in order to ensure fairness to the defendant, the government, and your fellow jurors and citizens.

Now, as I said, the case is expected to take about four to five days and we will all do everything we can to use all of your time efficiently and to ensure that it's completed within the timeframe or earlier.

So if you believe that serving on a jury for this period of time would be a personal or a financial hardship, not a hardship to your employer, to you, then please raise your hand.

If I call on you or when I call on you, I'll ask you for just your first name and the first initial of your

1    last name.

2              Is there anybody who wants to be excused?

3                        (No response.)

4              THE COURT:  Going once, going twice.

5                 *(The prospective jurors responded.)*

6              THE COURT:  Once I say that, people raise their

7    hands.  At the end there, sir.

8              THE PROSPECTIVE JUROR:  Yes.

9              THE COURT:  Either one of you.  Start -- go ahead.

10   First name and last initial.

11             THE PROSPECTIVE JUROR:  Nathan E.  I live in

12   Ventura County and it took me two hours to get here because

13   we're that far away.

14             THE COURT:  We can put you up in a wonderful motel

15   room.

16             THE PROSPECTIVE JUROR:  Then that's no problem.

17             THE COURT:  Okay; great.

18             And ma'am?

19             THE PROSPECTIVE JUROR:  I just have a concern

20   about Friday.  I have a commitment with my teenage son who's

21   a varsity athlete; and I would really not want to tell the

22   coach and tell him I couldn't be here.

23             So if I could be out on Friday.  I'm also from

24   Ventura County which is about a two-hour drive home.  I

25   don't want to recuse myself but I also -- it's important

1    that I have that commitment that I've made.

2            THE COURT:   And your first name and your last

3    initial, please.

4            THE PROSPECTIVE JUROR:   Shelly T.

5            THE COURT:   I really can't do that.  It's going to

6    be a very short trial and we can't just have one juror not

7    be here for a day.  So that sounds like it's very important

8    to you.

9            THE PROSPECTIVE JUROR:   It's just the afternoon,

10   Your Honor.  I have to be at our stadium at 3:00 o'clock.

11   So I don't know.  I don't know how it all works but --

12           THE COURT:   And I don't know what the timing is

13   going to be like.

14           THE PROSPECTIVE JUROR:   Okay.

15           THE COURT:   What I can offer you is this won't

16   count as your jury duty and you can go back to the jury room

17   and schedule it for a different time.

18           THE PROSPECTIVE JUROR:   Unfortunately, I'm not

19   allowed to do that, Your Honor.  I was in a severe accident

20   when I was first called for jury duty so this is my -- I was

21   told I had to come today.

22           THE COURT:   You did have to come today but when I

23   tell them to reschedule you, that's what they'll do.

24           THE PROSPECTIVE JUROR:   So I get the privilege of

25   doing this again, Your Honor?

1     THE COURT:  Or you can stay and take the chance

2   that you'll have to stay till 2:00 o'clock on Friday because

3   that's -- if I could predict, I would but I can't and I

4   can't inconvenience everybody else because of you.

5          THE PROSPECTIVE JUROR:  I don't know what to do.

6          THE COURT:  Well, why don't you sit there and

7   think about it; and if we call your name, we'll deal with it

8   then.

9          THE PROSPECTIVE JUROR:  All right.

10          THE COURT:  Anybody else?

11               (No response.)

12          THE COURT:  Great;  thank you.

13          Why don't we have the people at our table here

14   introduce themselves.

15          MR. KENDALL:  Good morning.  I'm

16   Christopher Kendall on behalf of the United States.

17          MS. PALMER:  Cassie Palmer on behalf of the United

18   States.

19          MS. WILLIAMS:  And Jennifer Williams for the

20   United States.

21          THE COURT:  And over here?

22          MS. WEISBERG:  I'm Caitlin Weisberg on behalf of

23   Mr. Latka.

24          MS. BEDNARSKI:  And I'm Marilyn Bednarski and this

25   is Mr. Latka.

```
1          THE DEFENDANT:  I'm the defendant.

2          THE COURT:   Thank you.

3          Does anybody recognize any of the attorneys or

4    Mr. Latka or any of the staff that I mentioned before?

5                      (No response.)

6          THE COURT:   Great.

7          You may also hear the names of the following other

8    people or they may be called as witnesses; and I'm going to

9    ask at the end whether you know any of them or recognize the

10   names.

11         Luisa Alvarez, Patrick Brown, Chad Ellsworth,

12   Jeff Victoroff, Saul Faerstein, Daniel Haug, Russ Tercero,

13   Martin True, Alfredo Morales, Daniel Briot, Branson Graham,

14   Scott Sergeant, John Taylor, Frederick Allison.

15         Do those names sound familiar to anybody?

16                     (No response.)

17         THE COURT:   Okay.  I see no hands.

18         The parties aren't required to call all of those

19   people.  If by chance we have another witness that we didn't

20   expect and you happen to know that person, let us know right

21   away when that witness comes in.

22         Would anyone have any difficulty evaluating the

23   testimony of all witnesses in the same way regardless of who

24   they are?

25                     (No response.)
```

```
 1              THE COURT:   No hands.   Thank you.
 2              A language other than English may be used for some
 3    evidence in the trial; and when a witness testifies in
 4    another language, that witness will do so through an
 5    official court interpreter.
 6              And the evidence you're to consider and on which
 7    you must base your decision is only the English language
 8    interpretation provided through the official court
 9    interpreter.
10              Is there anybody here who speaks Spanish?
11                   (The jurors responded.)
12              THE COURT:   Okay.   So all of you who speak
13    Spanish, you've heard the rule.   Even though you might
14    disagree with how the interpreter interprets the witness, if
15    in fact the witness testifies in Spanish, you must use as
16    the evidence what the interpreter said because that's simply
17    the law.
18              Now, sometimes I understand that people have
19    difficulty with that concept if they speak the other
20    language very fluently; and so I would just ask if you find
21    yourself unable to do that when the testimony is being
22    given, that you let us know right away so we can resolve the
23    issue.   Everybody who raised their hands, is that all right
24    with you?
25                   (No response.)
```

1          THE COURT:   All right.   I don't see anybody saying

2     no.   Thank you.

3          And, certainly, you shouldn't make any assumptions

4     about a witness based solely on the use of an interpreter to

5     assist that witness.

6          You'll hear evidence about the following

7     locations:   Forest Service Road 5S07 in the Bee Canyon

8     Staging Area of the San Bernardino National Forest; and

9     43611 Persimmons Lane in Hemet.

10          Is anyone familiar with either of those locations?

11                    *(No response.)*

12          THE COURT:   Okay.   Thank you.

13          This is a criminal case brought by the United

14     States Government.   The government charges Richard Latka

15     with threatening a federal law enforcement officer and

16     specifically alleges that Richard Latka threatened to

17     assault or murder Chad Ellsworth with the intent to impede,

18     intimidate, or interfere with Ellsworth while he was engaged

19     in the performance of his duties with the United States

20     forest service.   Ellsworth and Latka interacted on

21     October 12, 2014, and the circumstances will be the subject

22     of this trial.

23          The charge is contained in a document we call an

24     Indictment.   An Indictment simply describes the charge the

25     government brings against the defendant.   The Indictment is

not evidence and does not prove anything.  In fact, you won't even have it.  Mr. Latka denies the charge and has pleaded not guilty.

It's the duty of the Court to instruct the jury on the law that applies to this case and it's the duty of the jurors to follow those instructions whether or not they agree with them or approve or disapprove of them.

You may not substitute your own idea of what you think the law should be.

Is there anyone here who will have any difficulty following my instructions and applying the law to the case whether you approve or disapprove of the law as I state it to you in those instructions.

(The prospective jurors responded.)

THE PROSPECTIVE JUROR:  I didn't understand everything.

THE COURT:  Are you having difficulty with English?

THE PROSPECTIVE JUROR:  Yes.  This kind of English, yes.

THE COURT:  I'm sorry?

THE PROSPECTIVE JUROR:  In this kind of English.

THE COURT:  The volunteer vocabulary Larry.  Okay. So what I said was you have to follow the law.

THE PROSPECTIVE JUROR:  Okay.

1          THE COURT:  The law is what I say it is even if

2  you don't agree with it.

3          THE PROSPECTIVE JUROR:  Okay.

4          THE COURT:  Can you do that?

5          THE PROSPECTIVE JUROR:  Yes.

6          THE COURT:  Okay; great.  Thank you.

7          Is there anyone who feels that he or she can't

8  give Mr. Latka a fair trial due to the nature of the

9  charges?

10                    *(No response.)*

11          THE COURT:  Great; thank you.

12          And I'm not asking whether you think threatening a

13  law enforcement officer should be against the law -- it is

14  -- and the question is just whether you can follow my

15  instructions and keep an open mind until all of the evidence

16  has been presented.

17          Is there anyone who believes they'll have

18  difficulty keeping an open mind until you've heard all the

19  evidence and the arguments of counsel and until the Court

20  has given you all the instructions?

21                    *(No response.)*

22          THE COURT:  All right.  Thank you.

23          Mr. Latka is presumed innocent unless and until

24  the government proves him guilty beyond a reasonable doubt.

25  In addition, a defendant has the right to remain silent and

1    never has to prove innocence or present any evidence.

2           If Mr. Latka decides not to testify, you may not

3    draw any inference of any kind from that fact or consider it

4    in any way.

5           The presumption of innocence places on the

6    government the burden of proving the defendant guilty beyond

7    a reasonable doubt.

8           Proof beyond a reasonable doubt is proof that

9    leaves you firmly convinced that the defendant is guilty.

10   It's not required that the government prove guilt beyond all

11   possible doubt.

12          A reasonable doubt is a doubt based on reason and

13   common sense and is not based purely on speculation.  It may

14   arise from a careful and impartial consideration of all the

15   evidence or from lack of evidence.

16          If, after a careful and impartial consideration of

17   all the evidence, you are not convinced beyond a reasonable

18   doubt that the defendant is guilty, it's your duty to find

19   the defendant not guilty.

20          On the other hand, if after a careful and

21   impartial consideration of all the evidence you're convinced

22   beyond a reasonable doubt that the defendant is guilty, it's

23   your duty to find the defendant guilty.

24          Is there any reason that someone -- anyone out

25   there cannot follow the law and the instructions that I give

```
 1  to you including my instructions on the presumption of
 2  innocence and the burden of proof?
 3                      (No response.)
 4          THE COURT:  I see no hands.   Thank you.
 5          Does anyone have any difficulty accepting the
 6  principle that the defendant is presumed innocent until and
 7  unless proven guilty beyond a reasonable doubt?
 8                      (No response.)
 9          THE COURT:  Good.   That is the bedrock of our
10  system.
11          All right.  We're now going to begin selecting the
12  jury and the purpose of the jury is to find and determine
13  the facts.  Under our system of justice, the jurors are the
14  sole judges of the facts and, therefore, it's extremely
15  important that you perform your duty diligently and
16  conscientiously.
17          In the trial of this case, each side is entitled
18  to have a fair, unbiased, and unprejudiced jury.  The goal
19  of jury selection is to choose 12 jurors and an appropriate
20  number of alternates who can be fair and impartial jurors to
21  both sides of the case and who will be able to decide the
22  questions presented to them based only on the evidence
23  presented during the course of the trial.
24          As we go through the process of jury selection, if
25  there's any fact or reason why any of you might be biased or
```

1   edges prejudiced in any way, you must disclose the facts or
2   reasons when you're asked to do so and it is your duty to
3   make that disclosure.
4           During jury selection, the Court and the attorneys
5   will ask you about your background and experience to help us
6   determine whether you're qualified to be a juror in this
7   case; and "qualified" just means that you can be a fair and
8   impartial juror and that you can decide the case based on
9   the evidence presented in the courtroom and on nothing else.
10          There's no such thing as a right or a wrong
11  answer.  Answers are only complete or incomplete.  And
12  please err on the side of giving us too much information
13  rather than too little.
14          If you don't fully understand a question, please
15  ask me or the attorneys to explain and, of course, you've
16  sworn to tell the truth.
17          So I'm going to ask the first group of jurors
18  called to provide the information that's listed on the piece
19  of paper on the chairs in the jury box and in that first row
20  out there; and that's your general area of residence, your
21  highest level of education or any specialized training, your
22  employer and occupation, your marital status, that's whether
23  you're married, single, divorced, or widowed.
24          The occupation of your spouse or former spouse or
25  any other person with a similar close relationship to you.

1    The occupation of any adults living in the same residence.

2            I'll ask whether you have adult children and what

3    their occupations are and whether you've served on a jury

4    before.  If you've served on a jury, I'll ask whether the

5    case was civil or criminal and what the type of claim or

6    charge was.

7            I'll also ask whether you reached a verdict.

8    Don't tell us what the verdict was.

9            Now, if you have served on a civil jury, you must

10   understand that there are substantial differences in the

11   rules that apply to the trial of a criminal case to those

12   that apply to civil trials and that's particularly true

13   regard to the burden of proof.

14           In a civil case, the burden of proof is usually

15   preponderance of the evidence.  In a criminal case, as I

16   said and as I'll tell you again at the end, the defendant is

17   presumed to be innocent; and before he may be found guilty,

18   the government must prove guilt beyond a reasonable doubt.

19   And, again, I'll tell you more about that later.

20           After you answer the initial questions that I

21   mentioned, I'll review the list of questions that I think

22   Ms. Plato gave to you.

23           I may also ask some follow-up questions and then

24   the attorneys will have a little bit of time to ask you some

25   questions.

Now, I know it's rather boring to be sitting out
in the audience while the attorneys and I are focusing on
the people that we're questioning.  But it's very important
that you pay close attention to all of my questions.

Make a mental note of the answers you would give
if these questions were put to you because it's possible
that some of the jurors initially called will be excused and
will be replaced by others of you who then will have to
answer the same questions; and it will go quickly if I can
just ask whether your answers would be pretty much the same.

Please understand that in asking the questions
we're just trying to select a fair, impartial, and unbiased
jury.  We're not trying to pry.  It is very important that
you be honest in your answers and you have taken an oath to
answer truthfully and fully.

We know that some of the questions call for rather
personal information so if you feel that any answer might be
embarrassing, you may ask to answer privately and we'll hear
your answer at sidebar; and that's really semi-private
because both counsel are entitled to hear your answer and
the court reporter is required to record it and we don't
want to embarrass anybody but we do need to have our
questions answered.

Please don't ask for a sidebar to tell us that
your brother-in-law's uncle's friend had a DUI in New York

1    ten years ago.  Believe me, the lawyers and I have heard it

2    all and you're probably never going to see the other jurors

3    again.

4            So unless the information is really personal or

5    would really cause you to be embarrassed, please tell us

6    about it from your seat.

7            As we ask questions, Ms. Cuneo is taking down

8    every word that is said in the courtroom; and to assist her

9    in getting an accurate transcript, please answer out loud.

10           Don't just nod or shake your head or shrug your

11   shoulders.  Please try to say "yes" or "no" rather than

12   "uh-huh" or "huh-uh" because then it's very difficult for us

13   to tell what it means.

14           Also as terrific as Ms. Cuneo is, she can only

15   take down one person at a time.  So please be patient and

16   let me and the attorneys finish our questions before you

17   respond and we'll all try not to interrupt your answers.

18           Ms. Plato, are you ready?

19           THE CLERK:  Yes, Your Honor.

20           THE COURT:  All right.

21           Ms. Plato is going to be calling your first name

22   and the first initial of your last name.  We just do that so

23   at the end of the trial Ms. Cuneo doesn't have to go back

24   into the transcript and remove all the names.

25           And the first juror will go to -- all the way to

1    the back and all the way down to the end.  We'll fill up six

2    seats.   That will leave a couple empty.  Don't worry about

3    that.

4           Then the second row will be 7 to 12 and then the

5    front row will have 13 to 18; and I'm going to call you by

6    your numbers once you sit down there because it will save me

7    from looking back and forth and maybe trying to pronounce

8    some names that I might have some difficulty with so,

9    Ms. Plato, take it away.

10          THE CLERK:  Yes, Your Honor.

11          Joshua F.

12          Brittany S.

13          Lisa O.

14          Adriana L.

15          Regina R.

16          Robb R.

17          THE COURT:  And the second row.

18          THE CLERK:  Kaela C.

19          THE PROSPECTIVE JUROR:  What's that?

20          THE CLERK:  Kaela C.

21          David C.

22          Miguel R.

23          Shelley T.

24          Jennifer A.

25          And Reginald B.

1          THE COURT:   Now we'll start with that row out
2    there.
3          THE CLERK:   Jeanine R.
4          Suzanne D.
5          Guy A.
6          Jose D.
7          Stephanie T.
8          And Jennifer B.
9          THE COURT:   All right.  I think Juror No. 1 has a
10   microphone so why don't you just start and give us the
11   information.  First we're just going to do that single sheet
12   and then, after everybody goes over that single sheet, then
13   we'll go back to the longer list of questions so Juror
14   No. 1.
15         THE PROSPECTIVE JUROR:   Just answer the area of
16   residence question?
17         THE COURT:   Right.  Well, no, all the questions on
18   that one page but not on the multiple pages.
19         THE PROSPECTIVE JUROR:   Area of residence, Hermosa
20   Beach.  Highest educational degree, Master's in education.
21   My employer is the Redondo Beach Unified School District.
22   My occupation is high school math teacher.  Single, no
23   children, and no prior jury service.
24         THE COURT:   Thank you.
25         Juror No. 2.

1           THE PROSPECTIVE JUROR:   Area of residence,

2    Inglewood, California.   Highest educational degree or

3    training, Bachelor's Degree in sociology.   Employer, Cal

4    State University Northridge, events coordinator.   Marital

5    status single, no adult children, no prior jury duty ever.

6           THE COURT:   Thank you.

7           Juror No. 3.

8           THE PROSPECTIVE JUROR:   Area of residence is

9    Agoura Hills.   Highest education is Bachelor's in finance

10   and accounting.   On assignment.   I'm a CPA and a corporate

11   assistant controller.   Married.   My husband is a CFO and a

12   CPA.   No children and no prior jury service.

13          THE COURT:   Thank you.

14          Juror No. 4.

15          THE PROSPECTIVE JUROR:   Area of residence is West

16   Covina, California.   Highest educational degree is

17   Bachelor's Degree in sociology.   My employer is Social

18   Security Admission.   My occupation is a Title II claims

19   representative.   I am married.   My husband is in banking,

20   customer service.   No adult children and no prior jury

21   service.

22          THE COURT:   Thank you.

23          Juror No. 5.

24          THE PROSPECTIVE JUROR:   Area of residence is

25   Culver City.   My highest education is a Bachelor's Degree.

1    I am self-employed as an journalist and author.  I'm single,
2    no adult children, and no prior jury service.
3              THE COURT:   Thank you.
4              Juror No. 6.
5              THE PROSPECTIVE JUROR:   Area of residence is
6    Long Beach.  I have a chiropractic degree and work for
7    Southern California University of Health Sciences.  I'm the
8    executive director of the University's Centers of
9    Excellence.  I'm married.  My wife owns a pilates studio.
10   Adult children, one is a marketing -- Internet marketing
11   consultant.  The other is an English teacher.  And I have no
12   prior jury experience.
13             THE COURT:   Thank you.  And down to Juror No. 7.
14   Can we get the microphone down there?
15             THE PROSPECTIVE JUROR:   I live in Los Angeles.  I
16   have a Bachelor's Degree.  I'm a personal assistant.  I'm
17   single.  I live with my boyfriend.  He's a lawyer,
18   subrogation; and I have no prior jury service.
19             THE COURT:   Your boyfriend, you said, does
20   subrogation work?
21             THE PROSPECTIVE JUROR:   Right.
22             THE COURT:   Has he always done that as opposed --
23             THE PROSPECTIVE JUROR:   As long as we've dated.
24             THE COURT:   Do you know whether he's ever handled
25   any criminal law?

```
 1              THE PROSPECTIVE JUROR:  I don't know.  I should
 2    know.
 3              THE COURT:  Okay.  We won't tell him you don't
 4    know; and you know that you can't talk to him about the case
 5    or ask him if I'm doing this right.
 6              THE PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  Okay.  Thank you.
 8              Juror No. 8.
 9              THE PROSPECTIVE JUROR:  Area of residence,
10    Los Angeles.  Highest education, a JD.  Employer, retired.
11    Occupation, attorney.  Marital status, single.  No adult
12    children.  No prior jury service.
13              THE COURT:  Thank you.  When you were practicing,
14    what was your field.
15              THE PROSPECTIVE JUROR:  Bankruptcy?
16              THE COURT:  Did you ever do any criminal law?
17              THE PROSPECTIVE JUROR:  I appeared in criminal
18    court a couple of times but that's it.
19              THE COURT:  Okay.  And you know that you can't do
20    your own research or figure out whether there's something
21    else going on that I'm not telling you about.
22              THE PROSPECTIVE JUROR:  I understand.
23              THE COURT:  Thank you.
24              And Juror No. 9.
25              THE PROSPECTIVE JUROR:  Reside in Los Angeles.
```

1    Education, high school.  I'm a driver for a delivery

2    company.  Marital status, single.  No adult children.  Prior

3    jury service, I believe it was criminal.  I don't remember

4    the details.

5           THE COURT:  Okay.  When you say you had jury

6    service, did you go back in the jury room and deliberate?

7           THE PROSPECTIVE JUROR:  Yes.

8           THE COURT:  And do you remember what the case was

9    about?

10          THE PROSPECTIVE JUROR:  Hmm, not exactly.

11          THE COURT:  Okay.  And without telling me what it

12   was, did the jury reach a verdict?

13          THE PROSPECTIVE JUROR:  No.

14          THE COURT:  Okay.  Thank you.

15          And Juror No. 10.

16          THE PROSPECTIVE JUROR:  I'm from Camarillo.  I

17   have a Bachelor's Degree in psychology.  I'm employed by the

18   County of Ventura.  I work for Children and Family Services.

19   I investigate child abuse for a living.

20          I'm married.  My husband is currently unemployed.

21   I have an adult child who's a full-time student and I have

22   no prior jury service.

23          THE COURT:  Thank you.  What did your husband do

24   when he was employed?

25          THE PROSPECTIVE JUROR:  He has been a chef and he

```
1    has been a contractor.
2              THE COURT:   Thank you.
3              Juror No. 11.
4              THE PROSPECTIVE JUROR:   I'm from Moorpark,
5    California.  I have a high school diploma.  My employer is
6    Sturdy Built.  I'm office manager.  I am married and my
7    husband is the owner of Sturdy Built and I don't have any
8    adult children and no prior jury service.
9              THE COURT:   Okay.  And where do you work?
10             THE PROSPECTIVE JUROR:   Sturdy Built Construction.
11             THE COURT:   Oh, Sturdy Built.  Okay.  Thank you.
12             Juror No. 12.
13             THE PROSPECTIVE JUROR:   I'm from Lakewood.  I have
14   a Ph.D. in clinical psychology.  I'm retired.  I'm single
15   and I have one son who's a vice principal and no prior jury
16   service.
17             THE COURT:   Tell me what you did as a clinical
18   psychologist.
19             THE DEFENDANT:   Therapy, family and groups,
20   individual therapy.  Mostly schizophrenics and bipolar.  And
21   I also worked at LACCD as director of international
22   students.
23             THE COURT:   Okay.  Thank you.
24             And have you ever testified in court?
25             THE PROSPECTIVE JUROR:   No.
```

```
1              THE COURT:   Thank you.
2              And out there, Juror No. 13.
3              THE PROSPECTIVE JUROR:  I live in -- I'm from
4     San Luis Obispo.   My highest education is Associates Degree
5     in liberal arts.   My employer is Robert Haft -- (inaudible)
6              THE COURT REPORTER:   Could we have the microphone
7     turned on, please, Your Honor.
8              THE COURT:   Try again.
9              THE PROSPECTIVE JUROR:  I --
10             THE COURT:   That's it.
11             THE PROSPECTIVE JUROR:  My marital status is
12    widowed and I have no adults living with me and I did serve
13    on a prior jury service in the City of San Marino.
14             THE COURT:   Was it criminal?
15             THE PROSPECTIVE JUROR:  Criminal.
16             THE COURT:   Okay.   Do you remember what the charge
17    was?
18             THE PROSPECTIVE JUROR:  I don't.
19             THE COURT:   Okay.   And without telling me what it
20    was, did the jury reached a verdict?
21             THE PROSPECTIVE JUROR:  No.
22             THE COURT:   Okay.   And what did your husband do
23    while he was alive?
24             THE PROSPECTIVE JUROR:  He worked for Chevron.
25             THE COURT:   Thank you.
```

1       Juror No. 14.

2       THE PROSPECTIVE JUROR:  I live in Sierra Madre.

3  My highest educational degree, I'm a doctor of engineering.

4  I worked as an engineer for the Aerospace Corporation.  I

5  teach part-time at USC and I also am a union officer.  I'm

6  single, no adult children, and no prior jury service.

7       THE COURT:  Thank you.

8       Juror No. 15.

9       THE PROSPECTIVE JUROR:  I'm from Hawthorne,

10  California.  I have a Bachelor's in sociology.  I work for a

11  cell tower lease firm as a data specialist.  Single.  I live

12  with my boyfriend who does customer service in a retail

13  store.  No adult children.  No prior jury service.

14       THE COURT:  Thank you.

15       And Juror 16.

16       THE PROSPECTIVE JUROR:  Area of residence is

17  Lomita, California.  Highest education is high school.

18  Employer AutoNation Ford.  Occupation is a technician and

19  I'm married.  Wife is a nurse teaching -- she's teaching

20  now.  No children and I did Number 6, yes, criminal for 30

21  days.

22       THE COURT:  Were you on a jury?

23       THE PROSPECTIVE JUROR:  Yes.

24       THE COURT:  Okay.

25       THE PROSPECTIVE JUROR:  For 30 days in Supreme

1    Court.

2              THE COURT:   In California?

3              THE PROSPECTIVE JUROR:   Yes.

4              THE COURT:   Okay.

5              THE PROSPECTIVE JUROR:   Across the street.

6              THE COURT:   Across the street and you were there

7    for 30 days?

8              THE PROSPECTIVE JUROR:   30 days.

9              THE COURT:   And do you remember what floor you

10   were on?

11             THE PROSPECTIVE JUROR:   Six, I believe.

12             THE COURT:   The 6th floor?  That's a long trial

13   for the 6th floor over there.  Do you remember what the

14   charge was?

15             THE PROSPECTIVE JUROR:   Arson, rape, extortion.

16             THE COURT:   Without telling us what --

17             THE PROSPECTIVE JUROR:   There was like six or

18   seven charges.

19             THE COURT:   That's why it took 30 days.

20             THE PROSPECTIVE JUROR:   Yes.

21             THE COURT:   Without telling us what it was, was

22   there a verdict?

23             THE PROSPECTIVE JUROR:   Oh, yes.

24             THE COURT:   Okay.  Thank you.

25             And Juror No. 17.

```
 1            THE PROSPECTIVE JUROR:   Area of residence is
 2    Bellflower.  I have a Bachelor's Degree in business.  I'm
 3    single but I live with my boyfriend who is a heavy equipment
 4    operator.  No children.  Oh, I skipped employer.  Sorry.  I
 5    work for the gas company.  I'm an HR project specialist and
 6    I have no prior jury service.
 7            THE COURT:   Thank you.
 8            And Juror No. 18.
 9            THE PROSPECTIVE JUROR:   I live in Long Beach.  I
10    have a Master's Degree in education.  I work for
11    Los Alamitos Unified as a 4ᵗʰ grade teacher.  I'm married.
12    My husband is unemployed.  When he was working, he was in
13    business and marketing.  No adult children and no prior jury
14    service.
15            THE COURT:   Thank you.
16            All right.  We're going to go then to that longer
17    list of questions Ms. Plato gave you, and I'm going to ask
18    you the questions as a group and ask you to raise your hand
19    if you have a yes answer.  While I'm talking to someone with
20    a yes answer, you don't have to keep your arm in the air.
21    You can let it down and I'll ask again whether there's
22    anyone else before I move on to the next question.
23            So let's start with question No. 1.  It's a very
24    broad question.  Have you, a relative, or a close friend had
25    law enforcement training or experience, worked as lawyers or
```

law enforcement officers, been employed by any law

enforcement agency, or had any involvement in law

enforcement?

          And that includes any police department, sheriff's

office, highway patrol, district attorney's office, city

attorney's office, Attorney General's office, United States

Attorney's office, U.S. Forest Service, FBI, IRS, ICE.  Any

other group with initials.  Probation department.  Anything

that sounds like law enforcement.

          If you've already given us the information, we've

had a couple of lawyers already, you don't need to do that

again.  But if you have any other information about friends,

relatives, et cetera, then you should give us that

information as well.  So anybody over here?  We'll start

with Juror No. 1.

          THE PROSPECTIVE JUROR:  Yes, Your Honor.  My

cousin is employed as a L.A. Superior Court judge and former

district attorney at the Torrance courthouse.

          THE COURT:  Who is the judge?

          THE PROSPECTIVE JUROR:  Amy Carter.

          THE COURT:  Okay.  And do you talk to her about

what she does?

          THE PROSPECTIVE JUROR:  Yes.

          THE COURT:  Is she in a criminal assignment now?

          THE PROSPECTIVE JUROR:  No.  She's assigned as

1    judge, I believe, in that traffic court right now.

2                THE COURT:  Okay.

3                THE PROSPECTIVE JUROR:  I could be mistaken.

4                THE COURT:  That's okay.  I forget where she is

5    but you understand you can't talk to her about the case

6    while you're on the jury?

7                THE PROSPECTIVE JUROR:  Yeah, I understand.

8                THE COURT:  Anybody else?  Family or friends?

9                THE PROSPECTIVE JUROR:  Attorneys outside law

10   enforcement, yes.  Workers' Compensation.  My mother was a

11   Workers' Compensation attorney both for advocates and

12   defense.

13               THE COURT:  Okay.  Great.  Thanks.

14               And I saw Juror No. 2.

15               THE PROSPECTIVE JUROR:  My grandfather worked with

16   the district attorney for Inglewood.  He's now retired.  His

17   name is Cal Sanders.  My brother was in law enforcement and

18   was just released.  I have a few cousins that are attorneys

19   as well but they do civil and Workers' Comp.

20               THE COURT:  Okay.  And the D.A., did you talk to

21   him much about what he did?

22               THE PROSPECTIVE JUROR:  Yes.

23               THE COURT:  Okay.  And was that quite a while ago?

24               THE PROSPECTIVE JUROR:  I talked to him recently.

25               THE COURT:  And you understand you can't talk to

1    him or these other people about the case?

2              THE PROSPECTIVE JUROR:   Correct.

3              THE COURT:   Now, you said something about brother

4    being in law enforcement and you said he was just released?

5              THE PROSPECTIVE JUROR:   Correct.

6              THE COURT:   What does that mean?

7              THE PROSPECTIVE JUROR:   Could I do sidebar?

8              THE COURT:   All right.

9              (The following was held at the bench:)

10             THE COURT:   Ms. Plato, your job is to make sure

11   people don't walk in the well.

12                  (Pause in the proceedings.)

13             THE COURT:   Okay.  Tell me what that means.

14             THE PROSPECTIVE JUROR:   Oh, he was a Long Beach

15   police officer and he didn't make probation.  He got

16   released on -- I want to say is it domestic violence?

17             THE COURT:   Okay.  So he was charged with domestic

18   violence?

19             THE PROSPECTIVE JUROR:   So that's the thing.  I'm

20   not sure he was charged or not.

21             THE COURT:   But he didn't become a police officer?

22             THE PROSPECTIVE JUROR:   Well, he became a police

23   officer and then when -- I think you're on a year probation

24   and then, I guess if you don't make probation, you don't

25   become a full-time officer.  So he didn't make it.

1      THE COURT:   Okay.   Thanks.

2      Any questions?

3                     *(No response.)*

4    *(The following was in the prospective jurors' presence:)*

5      THE COURT:   All right.   You saw people taking the

6   long way around.   The reason for that is the area in front

7   of Ms. Plato's desk is what we refer to as "the well."

8      I don't know why it's referred to as "the well."

9   It's a tradition from England.   Our black robes came from

10  English tradition and that and some other things come from

11  England as well.

12     I always imagine it as some kind of moat that's

13  going to open up and swallow you if you walk in front of the

14  clerk's desk.   It's just tradition that no one other than

15  the court staff walks in that area unless I specifically

16  allow them to do that; and since we sometimes have wires

17  there, we try to keep people out of that area.

18     So who else has a yes answer to question No. 1?

19        (The prospective jurors responded.)

20     THE COURT:   I saw Juror No. 6.

21     THE PROSPECTIVE JUROR:   Yes.   My brother was a

22  Los Angeles County marshal which was quite a while ago.   It

23  no longer exists.

24     THE COURT:   That's right.

25     THE PROSPECTIVE JUROR:   And my neighbor and friend

1    is a federal marshal and serves at this court.  He's in

2    security.  I didn't see him here today.

3              THE COURT:  Okay.  And he's an actual marshal.

4              THE PROSPECTIVE JUROR:  He's a marshal.  He was

5    for -- he retired as a Long Beach police officer and then

6    decided he needed something else to do.

7              THE COURT:  Okay.  And do you understand that you

8    can't talk to either one of those people about the trial?

9              THE PROSPECTIVE JUROR:  Yes.

10             THE COURT:  All right.  Thank you.

11             And Juror No. -- do we have another?

12                 (The prospective jurors responded.)

13             THE COURT:  Juror No. 7.

14             THE PROSPECTIVE JUROR:  My brother is a lawyer.

15    Employment for corporate law.  That's all I really know.

16             THE COURT:  Okay.  And who else?

17                 (The prospective jurors responded.)

18             THE COURT:  All right.  Juror No. 11.

19             THE PROSPECTIVE JUROR:  My father was a highway

20    patrolman in Wyoming.  It's been a while.

21             THE COURT:  Thank you.

22             And Juror No. 10.

23             THE PROSPECTIVE JUROR:  My childhood best friend's

24    father was a detective for the Orange County Police

25    Department.  He did burglary.  My son's baseball coach for

1    the last 12 years, my neighbor and good friend, is a

2    criminal defense attorney.

3              I, in the nature of my job, work with law

4    enforcement every day whether it's sheriff's department or

5    Ojai.  We do joint investigations.

6              I've had assignments in dependency court where I

7    was the court liaison where I sat in the courtroom every day

8    with the dependent child advocate.

9              We're the dependent family advocate for the County

10   Counsel.  I'm good friends with all of those.  Judge Conroy

11   has written me letters of recommendation for promotional

12   opportunities within the county, and my daughter is studying

13   in criminology and forensics to be an FBI agent when she

14   gets done with college.

15             THE COURT:  Great.  Anybody else over here?

16             And let's go out there.  Yes.  Juror No. 13.

17             THE PROSPECTIVE JUROR:  My brother-in-law he's a

18   retired --

19             THE COURT:  Let's get that microphone down.

20             Brother-in-law is retired.

21             THE PROSPECTIVE JUROR:  He works with the City of

22   L.A.  My brother-in-law was a city detective.  He's now

23   retired.

24             THE COURT:  Great.  Thank you.

25             THE PROSPECTIVE JUROR:  And my ex-brother-in-law

1    was also a retired LAPD.

2              THE COURT:   Okay.   Anybody else?

3                (The prospective jurors responded.)

4              THE COURT:   Juror No. 14.

5              THE PROSPECTIVE JUROR:   I spent extensive time

6    with labor attorneys, security clearance attorneys, and

7    Workers' Compensation attorneys.

8              THE COURT:   Okay.   And Juror No. 15?

9              THE PROSPECTIVE JUROR:   My last boyfriend was a

10   federal police officer.

11             THE COURT:   Okay.   And 17?

12             THE PROSPECTIVE JUROR:   I used to work for the

13   City of Bell Gardens and worked with the police department

14   as their HR person.

15             THE COURT:   Okay.   Does that cover everybody?

16             Of the people that spoke, is there anything about

17   having those contacts or relationships that makes you

18   believe that you could not be fair in this case?

19                           (No response.)

20             THE COURT:   I don't see any hands.   Thank you.

21             Would anyone have any difficulty measuring the

22   testimony of a law enforcement officer by the same standards

23   that you use to judge the credibility of any other witness?

24             And I'll give you some suggestions as to how to

25   judge the credibility of the witnesses but, basically, it's

1    pretty much the same thing that you would use outside the

2    courtroom in evaluating people that you speak to during the

3    course of your daily lives.

4            And a similar question:  Do you believe that a law

5    enforcement officer's testimony is more likely to be

6    truthful than that of a civilian witness?

7            Anybody have yes answers over here?

8                    *(No response.)*

9            THE COURT:  Anybody out here?

10           (The prospective jurors responded.)

11           THE COURT:  Juror No. 15.

12           THE PROSPECTIVE JUROR:  To the question 2, do I

13   believe that law enforcement testimony is more likely

14   truthful?  No.  Question 1, yes.

15           THE COURT:  Okay.  And is there some particular

16   reason for that?

17           THE PROSPECTIVE JUROR:  Yeah.  I studied a lot

18   into community organizing and advocacy for civil rights

19   groups so I kind of hold a different standard towards

20   institutions and bosses and chain of management especially

21   in regards to enforcement of law.

22           THE COURT:  I'm not sure I understand exactly what

23   you're saying.  You would hold them more accountable for

24   the --

25           THE PROSPECTIVE JUROR:  Yeah.  I would probably be

1   more stringent on the law enforcement side and a lot more

2   critical on the U.S. government side as opposed to the

3   defendant, I guess.

4           THE COURT:   So would you really expect them to be

5   right on point and know exactly what their facts are?  I'm

6   trying to narrow down what it is that you --

7           THE PROSPECTIVE JUROR:   No.  I kind of just have a

8   bias against it.  I don't -- I guess I'd probably hear it

9   the same and be open to it.  But I would be a lot more

10  critical of what -- where the law or law enforcement's

11  approach and the interests behind it, yeah.

12          THE COURT:   Critical of what?  The approach law

13  enforcement was taking to a situation?

14          THE PROSPECTIVE JUROR:   Yeah.  From who is giving

15  the orders, from where those orders come from, and that sort

16  of thing.

17          THE COURT:   So if a case didn't have anything to

18  do with somebody giving orders to lower-level law

19  enforcement officers, do you think you would have an issue

20  with that?

21          THE PROSPECTIVE JUROR:   No.  No, I guess I

22  wouldn't if that weren't the case, no.

23          THE COURT:   Okay.  Thank you.

24          Anybody else?

25                     *(No response.)*

```
 1              THE COURT:  Okay.  Number 3, do you have any
 2   strong feelings, beliefs, or opinions about law enforcement
 3   officers in general?  Anybody have a yes answer to that?
 4              We've heard a little bit from Juror No. 15.
 5   Anybody else?
 6                       (No response.)
 7              THE COURT:  All right.
 8         Do you have any strong feelings, beliefs, or
 9   opinions about altercations that involve law enforcement
10   officers and civilians?
11                       (No response.)
12              THE COURT:  I don't see any hands.  Would you have
13   any concern or hesitation about returning a verdict either
14   not guilty or guilty in a trial in which there was testimony
15   from law enforcement officers and employees of the United
16   States Forest Service?
17              (The prospective jurors responded.)
18              MR. KENDALL:  Your Honor, I think Juror No. 2
19   raised her hand.
20              THE COURT:  I'm sorry.  Did I miss a hand?
21              THE PROSPECTIVE JUROR:  You had asked do you have
22   any strong feelings or opinions about altercations that
23   involve law enforcement?
24              THE COURT:  Yes.
25              THE PROSPECTIVE JUROR:  So, I mean, my opinion is
```

1   I have views but I think it depends on the situation, I

2   guess.  So I think depending on the situation, then it

3   judge -- predict my judgment, I would say.

4              THE COURT:  Okay.  So if you heard testimony, some

5   of which might be conflicting, would you feel that you could

6   sit and listen to the testimony and evaluate it and then

7   judge fairly?

8              THE PROSPECTIVE JUROR:  Sure.

9              THE COURT:  Can you hold the government to its

10  burden of proof which is beyond a reasonable doubt?

11             THE PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Okay.  Anybody else?

13                        *(No response.)*

14             THE COURT:  Okay.  Has anyone had any experience,

15  positive or negative, with the United States Forest Service

16  or its officers or employees or do you have any positive or

17  negative feelings, beliefs, or opinions about the U.S.

18  Forest Service or any of its officers or employees?

19             (The prospective jurors responded.)

20             THE COURT:  Juror No. 6.

21             THE PROSPECTIVE JUROR:  I'm a backpacker so I

22  frequently run into forest service personnel and my

23  experience has generally been good.

24             THE COURT:  Any particular instances or --

25             THE PROSPECTIVE JUROR:  Well, no.  I don't think

any.  None that related to law enforcement other than being asked for my wilderness permit or something like that.

Just, again, experiences have just been generally good and the type of thing they're doing or the enforcement of environmental laws or maintaining access to wilderness, things of that nature.

THE COURT:  Is there anything about that, that makes you think that you would be more favorable toward or maybe even more negative toward the side that called a law enforcement officer from the forest service?

THE PROSPECTIVE JUROR:  Not necessarily because it's what the facts that I hear.

THE COURT:  Okay.  Anyone else?

(The prospective jurors responded.)

THE COURT:  Yes.  Juror No. 10.

THE PROSPECTIVE JUROR:  I am also a hiker and I ride off-road vehicles so I have had very limited experience with the forest service and it's basically just handing out trail maps or coming in and, you know, making sure everything -- that the rules are being followed or whatever but nothing more than that.

THE COURT:  Okay.  Thank you.

Anybody else over here?

*(No response.)*

THE COURT:  Anybody out here?

1          *(No response.)*

2          THE COURT:   Okay.   Are you a member of any group

3    or organization for which a main purpose is the suppression

4    of crime or a group or organization that advocates for

5    criminal justice reform.   Anybody have any groups or

6    organizations they belong to like that?

7          *(No response.)*

8          THE COURT:   Anybody out here?

9          (The prospective jurors responded.)

10          THE COURT:   Yes.   Juror No. 15.

11          THE PROSPECTIVE JUROR:   I support or I'm close

12    friends with leaders in Black Lives Matter in Pasadena.   I

13    guess I don't know if I'm considered a member or not but I

14    volunteered with the ACLU before.

15          THE COURT:   Okay.   Thank you.

16          Number 8, have you, a relative, or close friend

17    ever been stopped or questioned by a law enforcement officer

18    or accused of, charged with, or convicted of a crime?

19          Anybody over here.

20          (The prospective jurors responded.)

21          THE COURT:   Juror No. 1.

22          THE PROSPECTIVE JUROR:   Yes.   My brother at one

23    point years ago was charged with and pled on an assault

24    charge when he was on his own property, and I believe that

25    the officer that was called on was to some degree negligent

1  in obtaining the proper facts and that this affected the

2  outcome of this case.

3          THE COURT:  Okay.  When was that?

4          THE PROSPECTIVE JUROR:  This would have been

5  probably around 2001.

6          THE COURT:  And did you -- you said he pled so

7  there was no trial; is that right?

8          THE PROSPECTIVE JUROR:  No, there was not.

9          THE COURT:  Okay.  Did you get involved with --

10          THE PROSPECTIVE JUROR:  No, I didn't get involved

11  with the process.

12          THE COURT:  Okay.  So are you basing your

13  statement on what he told you had happened?

14          THE PROSPECTIVE JUROR:  Yes, I'm basing my bias on

15  what my brother told me.

16          THE COURT:  Okay.  Knowing what this case is

17  about, the little bit that I've told you, do you think that

18  you could be a fair and impartial juror in this case?

19          THE PROSPECTIVE JUROR:  I think if there's enough

20  differences in the context here, that I could do that.

21          THE COURT:  Okay.  Thank you.

22          Anybody else over here?

23              (The prospective jurors responded.)

24          THE COURT:  Juror No. 5.

25          THE PROSPECTIVE JUROR:  I was stopped with a

1    friend years ago and I'm not sure of the reason why but we

2    were asked if the car used to be a different color; and it

3    kind of goes back to No. 3 or 4.  I'm not very comfortable

4    with law enforcement.

5            THE COURT:  Okay.  Do you think that you could put

6    that incident aside and judge this case fairly if there are

7    officers that come to the stand or employees of the federal

8    government that come to the stand and testify?

9            THE PROSPECTIVE JUROR:  Umm, I'm not really sure.

10           THE COURT:  So something specific that's causing

11   you concern or it's just because you haven't been on a jury

12   before?

13           THE PROSPECTIVE JUROR:  Umm, part of it is not

14   having been on a jury before and, you know, I can't say that

15   I completely, you know, not to make a general statement, I

16   don't know if I really trust law enforcement when it comes

17   to, you know, altercations with civilians.

18           THE COURT:  Okay.  And everybody is entitled to

19   their views whatever they are and so nothing is a criticism

20   of anybody's personal views.  You can have whatever thoughts

21   you have outside of the courtroom so long as inside the

22   courtroom, if you're on our jury, you can be fair to both

23   sides and evaluate the case based on what you see and hear

24   in the courtroom.

25           And you can be skeptical if you want of all the

1    witnesses.  Just we need to make sure there's not an extra

2    thumb on the scale so that it's -- you're favoring one side

3    over the other before we even get started.

4          So can you help me out a little bit?  What's your

5    state of mind with regard to that?

6          THE PROSPECTIVE JUROR:  You know, it's funny but

7    it goes to No. 14.  I didn't want to skip ahead.  But I

8    don't feel comfortable being -- deciding someone's fate.

9          THE COURT:  Okay.  Good to know.  Not an excuse

10   from jury duty.

11         THE PROSPECTIVE JUROR:  No.  Like I said, I didn't

12   want to jump around.

13         THE COURT:  No, that's fine.

14         Okay.  But do you understand what I'm saying about

15   not having a thumb on the scale there.  You need to be able

16   to listen to what's going on in the courtroom and the

17   witnesses and evaluate them based on what you see and hear

18   in this courtroom.  Can you do that?

19         THE PROSPECTIVE JUROR:  Umm, I would try to but --

20         THE COURT:  Okay.  And that's a valid answer

21   especially for people who haven't been on a jury service

22   before.  You don't know what it's like to listen to

23   testimony, go back in the jury room, and then talk to the

24   other eleven jurors and see what everybody thinks and

25   finally come to a verdict if you can do that.

```
 1            Will you do something for me, though?  If you're
 2   on our jury and as you're listening to the testimony, if you
 3   just say:  You know, I'm trying but I just cannot be fair.
 4   I know it's a bias as opposed to really an evaluation of the
 5   evidence, would you let me know right away?
 6            THE PROSPECTIVE JUROR:  Absolutely.
 7            THE COURT:  Thank you.  And I'll ask everybody
 8   else to do that as well.
 9            Anybody else have a yes answer to question No. 8?
10                (The prospective jurors responded.)
11            THE COURT:  I'm sorry.  I skipped Juror No. 4.
12            THE PROSPECTIVE JUROR:  Charged with or convicted
13   of a crime.  I have an uncle who was convicted of drug
14   trafficking.
15            THE COURT:  How long ago was that?
16            THE PROSPECTIVE JUROR:  Maybe about ten years ago.
17            THE COURT:  Do you have any thoughts or concerns
18   about being fair in this case because of that situation?
19            THE PROSPECTIVE JUROR:  No.
20            THE COURT:  Okay.  Thank you.
21            And I think Juror No. 7 had a hand up.
22            THE PROSPECTIVE JUROR:  My brother, the other
23   brother, he got a DUI ten years ago.
24            THE COURT:  Any positive or negative feelings
25   about that situation?
```

```
1          THE PROSPECTIVE JUROR:  No, I don't.

2          THE COURT:  Okay.  Thank you.

3          Anybody else?

4              (The prospective jurors responded.)

5          THE COURT:  Juror No. 9.

6          THE PROSPECTIVE JUROR:  I was accused of a crime

7   about a year ago and I actually went to a police station

8   because I received a letter in the mail about the crime I

9   was being accused of.

10             And just the way the police officers reacted, it

11  was not a good experience.  I was thrown in the back of a

12  police car, about two hours detained, and then they just let

13  me go but I still had to go to court.  The past year I've

14  been to court and it's just I feel that it's not really

15  fair, the system.

16         THE COURT:  Okay.  So you got a letter which said

17  you were being accused of a crime?

18         THE PROSPECTIVE JUROR:  Yes.

19         THE COURT:  And then you voluntarily went to the

20  police station?

21         THE PROSPECTIVE JUROR:  Yes.  To get more

22  information on it.

23         THE COURT:  Okay.  Did the letter say:  Come to

24  the police station?

25         THE PROSPECTIVE JUROR:  No.
```

1          THE COURT:  Didn't require you to do anything?

2          THE PROSPECTIVE JUROR:  Well, what happened was

3     the police officer contacted my girlfriend asked where was I

4     at?  So then we were trying to get more information on it so

5     we decided to go down to the police station to get any info.

6          About a month later is when I got the letter.  But

7     when I first went to talk to the police officers, that's

8     when that incident happened.

9          THE COURT:  Let's see if we can get the microphone

10    over there.

11              *(Pause in the proceedings.)*

12         THE COURT:  Okay.  So then you went to the police

13    station and you said something about sitting in a police car

14    for two hours?

15         THE PROSPECTIVE JUROR:  Yeah, I was being detained

16    waiting for the detectives to come question me.  But the way

17    the police officers treated me and my girlfriend was very

18    rude and it was just a bad experience.

19         THE COURT:  So you were in the car with the police

20    officers and your girlfriend waiting to be questioned?

21         THE PROSPECTIVE JUROR:  Yes.

22         THE COURT:  Okay.  You didn't like the way they

23    treated you?

24         THE PROSPECTIVE JUROR:  No.

25         THE COURT:  Was there ever any charge filed?

1        THE PROSPECTIVE JUROR:   Yes.

2        THE COURT:   Okay.   And what happened with that?

3        THE PROSPECTIVE JUROR:   I had to take a

4  misdemeanor deal.

5        THE COURT:   Okay.   What was the charge?

6        THE PROSPECTIVE JUROR:   Abuse.

7        THE COURT:   Okay.   And do you think that that's

8  going to affect your ability to be fair in this case?

9        THE PROSPECTIVE JUROR:   Yes.   I feel like maybe I

10  would just be taking up space in a chair because I have a

11  different view of law enforcement now.

12        THE COURT:   What is your view now?

13        THE PROSPECTIVE JUROR:   Umm, basically, I just --

14  they treat you as if you're guilty until proven innocent in

15  my point of view.

16        THE COURT:   Okay.   And so does that mean that you

17  would not require the government to prove its case beyond a

18  reasonable doubt?

19        THE PROSPECTIVE JUROR:   Sorry.   What was that?

20        THE COURT:   I'm trying to figure out whether you

21  would -- let's say in this case the -- as I said, it's a

22  charge of threatening an officer.

23        So if you believed that the government had proved

24  its case beyond a reasonable doubt, would you still find the

25  defendant not guilty or vote not guilty even though you

believed the government had proved its case beyond a
reasonable doubt?

THE PROSPECTIVE JUROR:   Yes, because in my case,
for example, there was not enough evidence but there wasn't
enough evidence to prove my innocence either.   So they
just -- I can't really prove -- say someone is guilty or not
because I actually just recently went through something like
that.

THE COURT:   Okay.   But the defendant, you
understand, just so everybody is clear, the defendant
doesn't have to prove innocence.   The defendant never has to
say anything, do anything, submit any evidence.   They can
all just sit there and watch as the world goes by.   They
don't have to do anything because the government has the
burden of proof.

So I guess I'm not sure -- you said they didn't
have evidence.   So if you find that there's no evidence here
or much more seriously than that, the government would have
to provide evidence for each element of the crime to prove
each element beyond a reasonable doubt.   So do you think
that you couldn't fairly judge that?

THE PROSPECTIVE JUROR:   Correct.

THE COURT:   Okay.   Thank you.

And who else had a hand up?   Juror No. 10.

THE PROSPECTIVE JUROR:   I have been stopped and

1   questioned by law enforcement.  I've never been accused or

2   charged or convicted of a crime.  Those interactions have

3   been both positive and negative.

4           I have -- my husband was convicted of a

5   misdemeanor battery about -- I guess 25, maybe 30 years ago

6   when he was 18 years old.

7           I have a cousin who's a two-strike felon.  I have

8   another cousin who is under the eyes of probation for -- I

9   think he has three strikes.  I'm not sure how that works

10  because he's out.  But he has a multitude of strikes on his

11  record as well.

12          THE COURT:  Okay.  For your personal experiences,

13  you said you were stopped but never arrested or charged.

14  Was that like a traffic stop type of thing?

15          THE PROSPECTIVE JUROR:  I had -- one night I was

16  working on over 20 hours straight on the job and I got

17  pulled over for a suspected DUI.

18          And once they realized and saw my badge and knew

19  who I was, they actually just escorted me to the jail where

20  I was going to meet a client.

21          I thought that positive.  They made sure that I

22  safely got to where I needed to be and then actually I had

23  another sheriff escort me home for the end of my shift

24  because I was not in any position to be driving at that

25  point.

1    My negative experience, I have been camping out in

2    the middle of the desert and I have had law enforcement come

3    and knock on my door for no apparent reason in my opinion

4    nobody being in camp.

5    I've had moments like that where I felt that there

6    were reasons being looked for to come into our camp in the

7    desert.  Most of those experiences have been out in a place

8    called Glamis which is a big riding community.

9    Nothing has ever become of it, but I felt like

10   there was a stretch as to why we were having interactions at

11   that time.  Do I feel like it makes me feel bias?  No.  I

12   work with police officers every day.  I see the good, the

13   bad, and the ugly.

14   THE COURT:   Thank you.

15   Anybody else over here?

16   *(A prospective juror responded.)*

17   THE COURT:   Juror No. 1.

18   THE PROSPECTIVE JUROR:   Your Honor, I apologize

19   for not mentioning it before but it's an incident I don't

20   really like to talk about because I think of myself as a

21   pretty strait-laced and law-abiding citizen.

22   But ten years ago I was given an open alcohol

23   container with no open alcohol container in my hand, and I

24   argued with the officer a little bit who immediately called

25   backup and put me in handcuffs and put me in the drunk tank

1   for the night.

2          And I ended up having to get a lawyer to plead

3   down to a littering ticket so it wouldn't be a misdemeanor.

4   But hearing some of the other testimony here, I could feel

5   my blood boiling again over the experience and I felt

6   extremely mistreated by several officers when, despite the

7   fact that there was zero evidence and I was not publicly

8   intoxicated, I spent the night in a drunk tank and at this

9   moment right now my blood is boiling again so I felt there

10  was a --

11          THE COURT:  Well, we're going to take a break in

12  just a minute and you can calm down.  Do you think that

13  would prevent you from being fair in this case?

14          THE PROSPECTIVE JUROR:  I mean, yeah, I would like

15  to think that my logic would overrule my emotions.  But, you

16  know, in these moments there's always a bias and I feel like

17  I do have a tinge of mistrust in law enforcement for that

18  reason.

19          And when you said "put a finger on the scale,"

20  that resonated with me in a way I thought I'm already

21  thinking that I don't think I would be open to the testimony

22  of a law enforcement officer to be honest.

23          THE COURT:  Okay.  Thank you.

24          All right, ladies and gentlemen, we're going to

25  take a fifteen-minute break.  Don't talk about the case.

1    Don't form or express any opinions about the case until it's

2    finally submitted to you.

3              Please don't come in until Ms. Plato calls you.

4    When you do come in, everybody who's seated here in these 18

5    seats come to the same seats; and everybody else out in the

6    audience make sure you come back.  You're still on our jury

7    and just sit anywhere out there in the audience there.

8              Thank you.

9              THE CLERK:  All rise.

10              *(The prospective jurors exited the courtroom.)*

11                        *(Recess.)*

12         *(The prospective jurors entered the courtroom.).*

13              THE COURT:  All right.  You may be seated.

14              All right.  Let's continue.  Was there anyone else

15    who had a yes answer over here?

16                   *(No response.)*

17              THE COURT:  How about out here?

18              *(A prospective juror responded.)*

19              THE COURT:  All right.  Juror No. 14.

20              THE PROSPECTIVE JUROR:  I have a brother who was

21    apparently convicted of some drug crime but I don't know any

22    of the details.

23              THE COURT:  Okay.  And anybody else?

24              *(A prospective juror responded.)*

25              THE COURT:  Juror No. 15.

1    THE PROSPECTIVE JUROR:  Yes.  Some of my friends

2  in Black Lives Matter in Pasadena are currently in some deal

3  that hasn't been resolved.  They're awaiting trial, I guess.

4  That's the closest.

5    THE COURT:  Do you know what for?

6    THE PROSPECTIVE JUROR:  A few things.  It's

7  failure to turn down noise, obstruction, terrorism, a bunch

8  of things that come along with yelling with a megaphone out

9  in the streets kind of and rallying people.

10    THE COURT:  Okay.  And do you expect to be a

11  witness of any kind in that?

12    THE PROSPECTIVE JUROR:  No.

13    THE COURT:  All right.  Who else?

14    (The prospective jurors responded.)

15    THE COURT:  16, Juror No. 16.

16    THE PROSPECTIVE JUROR:  My brother was deported

17  after doing twelve years in U.S. Marines for drug charges.

18    THE COURT:  I'm sorry.  He was in the marines?

19    THE PROSPECTIVE JUROR:  He was in the marines.

20  Served in the military for twelve years, came out, and was

21  in possession of drugs, marijuana, and actually it was his

22  friend and he was the driver and he was deported.

23    THE COURT:  Okay.  And anybody else?

24    *(No response.)*

25    THE COURT:  Okay.  Thank you.

1          Number 9, if we've already heard this, you don't

2     need to repeat it.  Do you believe that you, a relative, or

3     close friend has ever been treated badly by the government,

4     law enforcement, or the courts; and have you, a relative, or

5     a close friend ever filed any kind of formal or informal

6     complaint or a lawsuit against a law enforcement officer?

7          Anybody over here have a yes answer?

8          (The prospective jurors responded.)

9     THE COURT:   Juror No. 6.

10    THE PROSPECTIVE JUROR:   No lawsuit filed but my

11    son, five years ago upon returning home from a trip in the

12    Middle East that included visiting Syria prior to the civil

13    war and Israel, was detained by ICE and the FBI for about

14    seven hours.

15         My wife and I were not allowed to find out why he

16    was being interrogated.  He was repeatedly asked whether he

17    had converted to Islam.  For the next two years

18    approximately when we traveled together internationally or

19    when he traveled by himself, he would be detained usually

20    for hours again.

21         If I was with him, which I was on some occasions,

22    I would typically not be told what was going on, not being

23    given answers as to whether I should wait five minutes or

24    come back the next day.

25         Anyway, ultimately, he stopped being detained but

1    it certainly did not give me a good impression of law

2    enforcement or authority and it was generally ICE, although

3    the initial time was ICE and the FBI.

4                THE COURT:  Okay.  Thank you.

5                Do you think that would affect your ability to be

6    fair in this case?

7                THE PROSPECTIVE JUROR:  I don't think so but you

8    asked the question so that --

9                THE COURT:  Absolutely.

10               THE PROSPECTIVE JUROR:  -- I answered it.

11               THE COURT:  Okay.  Anybody else?

12                        *(No response.)*

13               THE COURT:  Anybody out here?

14                  (The prospective jurors responded.)

15               THE COURT:  Yes.  Juror No. 14.

16               THE PROSPECTIVE JUROR:  I have a pending matter in

17   the State of Massachusetts over an estate issue, and the

18   words that triggered me was "treated badly" and I think the

19   courts are extremely inefficient and so I'm not very happy

20   with that process.

21               THE COURT:  What kind of issue did you say?

22               THE PROSPECTIVE JUROR:  Settling an estate.

23               THE COURT:  Oh, I thought you said "escape" and I

24   was wondering why.  Okay.  All right.  Thank you.

25               And did I see another hand out there?

1          *(A prospective juror responded.)*

2          THE COURT:   Juror No. 15.

3          THE PROSPECTIVE JUROR:   Related to the associates

4    I know with BLM Pasadena.   Their reaction as to what they

5    consider unjustifiable shooting of people to which the

6    officers don't receive much consequence.   So I'm kind of

7    supportive, I guess, on their side of it.

8          THE COURT:   Okay.   So you think consequences

9    should be more serious in appropriate cases for officers?

10         THE PROSPECTIVE JUROR:   Yes.

11         THE COURT:   Okay.   Thank you.

12         Anybody else?

13                   *(No response.)*

14         THE COURT:   All right.   Question No. 10, were you

15   or a relative or close friend ever been the victim of a

16   crime or assault or violence of any kind?

17         Anybody over here?

18         (The prospective jurors responded.)

19         THE COURT:   And we have Juror No. 7.

20         THE PROSPECTIVE JUROR:   My best friend was

21   physically abused and held at knifepoint by her boyfriend.

22         THE COURT:   Was anything done about that?   Was he

23   arrested?

24         THE PROSPECTIVE JUROR:   She has a restraining

25   order against him and yeah.

1              THE COURT:  Okay.  Thank you.

2              Anybody else?

3                  (The prospective jurors responded.)

4              THE COURT:  Juror No. 10.

5              THE PROSPECTIVE JUROR:  I have been the victim of

6    a crime, my husband's been a victim of a crime, and I have

7    multiple friends that have been victims of crimes.

8              THE COURT:  What kinds of crimes generally?

9              THE PROSPECTIVE JUROR:  I was the victim of a

10   burglary or robbery.  My husband was a victim of an assault

11   and I have multiple friends that have been sexually abused.

12             THE COURT:  Tell me about your husband's assault.

13   When was that?

14             THE PROSPECTIVE JUROR:  The assault was directly

15   related to the battery.  That it was actually an incident

16   where my husband was assaulted in the parking lot.  The

17   person who assaulted him left the scene so when my husband

18   caught up with him and -- pardon the expression -- settled

19   the argument or the situation, law enforcement saw the first

20   fight didn't constitute the second fight so the -- his

21   victimology was not taken into consideration so he was

22   arrested on the battery.

23             THE COURT:  All right.  Thank you.

24             Anybody else over here?

25                  *(No response.)*

1    THE COURT:  Okay.  And anybody out here?

2        *(A prospective juror responded.)*

3    THE COURT:  Juror No. 14.

4    THE PROSPECTIVE JUROR:  I had a close friend who

5    was the victim of assault and I was the victim of sexual  and

6    physical abuse.

7    THE COURT:  All right.  Thank you.

8        And with regard to the assault, do you know what

9    the circumstances were?

10    THE PROSPECTIVE JUROR:  Yes, I do.

11    THE COURT:  Can you tell us generally?

12    THE PROSPECTIVE JUROR:  Yes.  Person was walking

13    on a public pathway.  Man came and assaulted her.  And she

14    went through the Court system.  She tried to get a result.

15    THE COURT:  Criminally or civilly?

16    THE PROSPECTIVE JUROR:  I think it was criminal

17    and then it ended up also in a civil case.

18    THE COURT:  Thank you.  Anybody else?

19        *(No response.)*

20    THE COURT:  Okay.  Next question:  Have you, a

21    relative, or a close friend ever been involved in a

22    situation where you or that person felt threatened by

23    someone?  We're talking about some significant kind of

24    threat.

25        *(The prospective jurors responded.)*

1          THE COURT:   Juror No. 10.

2          THE PROSPECTIVE JUROR:   I worked for Child

3    Protective Services.   Unfortunately, part of my job is to

4    take people's children away from them.

5          I have been threatened for my person in the

6    moment.   I've been threatened for my safety.   I've had my

7    children's lives threatened.   It's, unfortunately, I guess,

8    just part of the job but I -- I mean, the threats are

9    serious.   I don't underestimate what I do and those threats;

10   but I don't want to say it's a regular occurrence but people

11   don't respond as you all can imagine when I take their kids,

12   the multitude of reactions and threats that come with that.

13         THE COURT:   And this case, as you heard, is

14   about -- the government has charged a threat against a

15   federal officer.   Do you think that you can be fair in a

16   case involving that kind of charge?

17         THE PROSPECTIVE JUROR:   I mean, that's what I do

18   on a daily basis is I have to put my biases aside and be

19   fair and impartial.

20         THE COURT:   Thank you.   Anybody else?

21                    *(No response.)*

22         THE COURT:   Anybody out here?

23                    *(No response.)*

24         THE COURT:   Okay.   Thank you.

25         Have you, a relative, or close friend ever sought

```
 1   or received a protective order or had such an order issued
 2   against another person at your request or issued against
 3   you?  Anybody have that kind of experience?
 4                  (The prospective jurors responded.)
 5             THE COURT:   Juror No. 10.
 6             THE PROSPECTIVE JUROR:   I have had to issue
 7   protective custody orders against some of my clients and
 8   protecting them from me, my building -- my home, my
 9   building, my children, my place of business.
10             THE COURT:   Okay.   Anybody else over here?
11                       (No response.)
12             THE COURT:   Anybody out here?
13                       (No response.)
14             THE COURT:   Okay.   Thank you.
15             Does anyone have such strong feelings or beliefs
16   or opinions about the American criminal justice system in
17   general that criminal laws of the United States or the
18   charges in this case that would make it difficult for you to
19   be a fair and impartial juror?  Anybody over here?
20                       (No response.)
21             THE COURT:   Anybody out here?
22                  (The prospective jurors responded.)
23             THE COURT:   Juror No. 15.
24             THE PROSPECTIVE JUROR:   Yeah.   My belief is that
25   the criminal justice system tends to favor the highest
```

1    bidder.  The strongest most established favored institution

2    involved usually being, say, law enforcement or the

3    government or whatever bigger body is charging an

4    individual, for example.

5              THE COURT:  Okay.  And recognizing that bias,

6    would you be able to be fair in this case considering your

7    now having the opportunity to make sure that justice is

8    done, whichever way that turns out, and do you think you

9    could judge the facts in this case fairly and put the

10   government to its burden of proof beyond a reasonable doubt

11   and vote for guilty if they do that and not guilty if they

12   don't do that?

13             THE PROSPECTIVE JUROR:  It would be difficult.

14   I'd have to see -- I'll try my best answer.

15             THE COURT:  Okay.  And why do you think it would

16   be difficult?  Because you just don't even want to be part

17   of the system?

18             I mean, this would really be your opportunity, if

19   you think that's what goes on, to see exactly what happens

20   and to be one of the people responsible for making sure that

21   the system works correctly.

22             THE PROSPECTIVE JUROR:  Yeah, I guess.  It's one

23   among many, though.  I'll do my best.  I'll lean towards --

24   no, I guess that -- hmm, that's a tough one.  No, I guess.

25   I guess my biases really wouldn't be that much of an issue,

1    I guess, if I just isolate it to the charge versus not
2    charged.
3             THE COURT:  Okay.  So in other words, you can look
4    at this case and judge this case, which is your
5    responsibility as a juror, and decide whether the government
6    has proved the case, as I said, beyond a reasonable doubt or
7    not?
8             THE PROSPECTIVE JUROR:  Yeah, I could.
9             THE COURT:  All right.  Thank you.
10            Anybody else?
11                      *(No response.)*
12            THE COURT:  Okay.  And we heard a little bit about
13   this before.  Does anyone have reservations about sitting in
14   judgment of another person and returning a verdict?
15            And it's certainly not necessarily an easy issue
16   but Juror No. 2.
17            THE PROSPECTIVE JUROR:  I just don't like the
18   responsibility -- I can speak loudly.  I don't like the
19   responsibility of -- or having the responsibility to decide
20   someone's fate.
21            I do understand that it's our civil duty.  I don't
22   know.  Sometimes having partial beliefs and sometimes it can
23   kind of alter your judgment.
24            Granted, I know that given the evidence, I could
25   try to make the most logical decision but, you know,

1    emotions sometimes over -- overpowers, I would say.  But,

2    you know, a logical decision.

3             So I could be impartial but, again, it's just that

4    reservation of having the fate of someone, you know, of

5    someone's life or liberty to decide.

6             THE COURT:  Well, it certainly is a very serious

7    thing to do.  I mean, you're the judges.  You're wearing the

8    imaginary black robes over there when we have jury trials.

9             Anybody else.

10             (The prospective jurors responded.)

11             THE COURT:  Juror No. 7.

12             THE PROSPECTIVE JUROR:  I just in general go

13    towards the not guilty because I feel guilty putting someone

14    away so that's just --

15             THE COURT:  Well, that works fine because the

16    presumption is that the defendant is not guilty.

17             THE PROSPECTIVE JUROR:  Right.

18             THE COURT:  The question is if the government

19    proves --

20             THE PROSPECTIVE JUROR:  Right.

21             THE COURT:  -- each element of the crime and I'm

22    going to explain to you all what those elements are and what

23    the government has to prove.  If the government does prove

24    each element of the charge beyond a reasonable doubt --

25             THE PROSPECTIVE JUROR:  Yes.

```
1           THE COURT:  -- would you be able to vote guilty?
2           THE PROSPECTIVE JUROR:  I don't know.
3           THE COURT:  All right.  Looking at Juror No. 2.
4           THE PROSPECTIVE JUROR:  I guess I kind of feel the
5    same way.  I think emotions come in and these feelings,
6    guilt about making, you know, deciding somebody's fate, I
7    guess.
8           THE COURT:  It will be you and eleven others.
9           THE PROSPECTIVE JUROR:  Right, yes.
10          THE COURT:  Right.  Can you do that?
11          THE PROSPECTIVE JUROR:  Yeah.
12          THE COURT:  Okay.  Thank you.
13          Anybody else over here?
14                        (No response.)
15          THE COURT:  Anybody out here?
16               (A prospective juror responded.)
17          THE COURT:  Juror No. 14.
18          THE PROSPECTIVE JUROR:  I have concerns with the
19   integrity of the data through the process.  As an engineer,
20   I'm concerned that I would expect to see more data so it
21   would be a challenge for me to just take the data that I
22   have and feel like it was enough.
23          THE COURT:  Okay.  Well, if you feel that the
24   government hasn't proven its case beyond a reasonable
25   doubt --
```

1          THE PROSPECTIVE JUROR:  I understand.

2          THE COURT:  And as I mentioned, lack of evidence

3    would be one factor.

4          THE PROSPECTIVE JUROR:  It just said reservations

5    and that's --

6          THE COURT:  All right.  So that's your concern?

7          THE PROSPECTIVE JUROR:  Yes.

8          THE COURT:  All right.  And that's fine.  We have

9    had engineers on juries before so I know what you're saying.

10         All right.  Anybody else out there?

11                    *(No response.)*

12         THE COURT:  Okay.  Great.  Thank you.

13         Has anyone -- and we've heard from one person

14   already -- has anyone ever studied psychology or psychiatry

15   or worked this those fields in any capacity?

16         And why don't we look at the next couple of

17   questions as well.

18         Have you or anyone close to you ever had a

19   experience with or contact with psychologists or

20   psychiatrists?

21         And do you have any strong feelings, beliefs, or

22   opinions about the psychiatric profession or the place of

23   psychological testimony in a criminal trial?  So those three

24   questions.  Does anybody have yes answers?

25                    *(A prospective juror responded.)*

```
1            THE COURT:  I see Juror No. 6.

2            THE PROSPECTIVE JUROR:  I have a Bachelor's Degree

3    in psychology and I've not worked in that field but I work

4    with people in chronic pain, and we employ a lot of what we

5    call psychosocial assessment tools in the diagnosis and

6    management of those patients.

7            I professionally worked with psychologists and

8    psychiatrists as I've had a considerable amount of

9    experience with complex injuries, medicolegal personal

10   injury, Workers' Compensation.

11           So psychologists and psychiatrists are often

12   involved in the cases as well as I.  With regard to opinions

13   about inclusion of psychology or psychiatry in testimony, I

14   think with respect to my fellow juror psychologist, I think

15   there's a somewhat of a lack of what I would consider to be

16   evidence-based opinions in much of what is presented or what

17   I have seen from psychologists and psychiatrists in

18   medicolegal cases that I've been involved.

19           Much more opinion than scientific evidence.  But I

20   do believe I think I could be reasonably impartial if the

21   evidence that's presented seems to meet I think reasonable

22   standards.

23           THE COURT:  Okay.  Thank you.

24           Anybody else?

25                (A prospective juror responded.)
```

1        THE COURT:   Juror No. 10.

2        THE PROSPECTIVE JUROR:   I have a Bachelor's Degree

3   in psychology.   I use it every day in working with children

4   and families.   Whether I'm doing psychosocial assessments or

5   determining the need for mental health or behavioral

6   enhancement services.

7            I'm familiar working with psychologists and

8   psychiatrists with meds assessments; being on their

9   treatment teams as well as being involved in psychological

10  assessment.   I guess, as far as their testimony in a

11  criminal trial, I don't really have an opinion either way.

12       THE COURT:   Okay.   Thank you.

13       And I think I saw Juror No. 4.

14           (A prospective juror responded.)

15       THE PROSPECTIVE JUROR:   We -- working for Social

16  Security Administration, sometimes we have to contact either

17  psychologists or psychiatrists to evaluate -- to help

18  evaluate the capability of our claimants to see if they're

19  capable of their financial affairs.

20       THE COURT:   Okay.   And have those contacts

21  generally been positive?

22       THE PROSPECTIVE JUROR:   For the most part.   I

23  mean, they cooperate with completing forms or answering

24  questions.

25       THE COURT:   Okay.   Anybody else?

1          *(No response.)*

2          THE COURT:   Anything out here?

3             (The prospective jurors responded.)

4          THE COURT:   Juror No. 14.

5          THE PROSPECTIVE JUROR:   I had extensive course

6    work in psychology courses as a human factors engineer.   I

7    worked with many psychologists in the design and evaluation

8    of complex systems.

9             And I've done extensive work recently in the area

10   of human error, social issues, psychological issues relating

11   to cyber security.

12          THE COURT:   Okay.   Thank you.

13          Juror No. 15.

14          THE PROSPECTIVE JUROR:   The question 15, yeah, my

15   AA I guess is in behavioral science psychology.   I'm

16   actually in a study now or enrolled in a study with

17   psychologists, psychiatrists for new psychiatric medicine.

18             And I -- my beliefs about psychiatric profession

19   is that -- or my opinion might be biased about psychological

20   testimony just because of what -- how it might be presented.

21             It comes from a certain framework or view of the

22   world that psychology or modern psychology and medicine is

23   rooted in that I don't believe is where it should be or is

24   skewed or I guess is inherently flawed.

25          THE COURT:   Tell me more about your last statement

1  again.

2          THE PROSPECTIVE JUROR:   My reasons are what's

3  popular in psychology and psychiatry is pretty flawed.   I'm

4  transitioning to get my Master's in spiritual psychology;

5  and the more I find out about it, the more I figure out that

6  our system, psychology and psychiatric and mental health

7  efforts are lacking and are not keeping up, I guess, aren't

8  fulfilling what it should be.

9          THE COURT:   Okay.   And anybody else?

10                  *(No response.)*

11         THE COURT:   All right.   Have you or anyone else

12  close to you ever suffered from or taken care of someone who

13  suffered from a mental, emotional, or psychological illness

14  or disorder?   Anybody over here?

15              (The prospective jurors responded.)

16         THE COURT:   Juror No. 10.

17         THE PROSPECTIVE JUROR:   The cousin who I mentioned

18  earlier that is, I believe, a three-strike felon has a long

19  history of mental illness as well as his mother.

20         THE COURT:   Okay.   Anybody else over here?

21                  *(No response.)*

22         THE COURT:   Anybody out here?

23                  *(No response.)*

24         THE COURT:   Okay.   Have you or anyone close to you

25  ever had any experience, positive or negative, with any

1   mental healthcare professional or mental healthcare

2   provider?

3                           *(No response.)*

4           THE COURT:  Any personal experiences?

5           Anybody over here?

6               *(A prospective juror responded.)*

7           THE COURT:  Juror No. 10.

8           THE PROSPECTIVE JUROR:  Like I said earlier, I

9   have worked with mental health providers on a regular basis.

10  Most, in my experiences, have been relatively neutral

11  because they were just based on my clients and getting their

12  needs met.

13          I did have a -- I can't remember if she was a

14  psychologist or psychiatrist.  She did testify under oath on

15  one of my child abuse cases that she failed to report prior

16  incidents of molestation of this child.

17          So that was a big awareness to me that, as I know,

18  there are big gaps in the system but that made me very aware

19  of questions.  It was our county counsel that brought that

20  out of just wanting to make sure I learned a lesson that day

21  and making sure when attorneys ask very good and thorough

22  questions, good information comes out and that was unrelated

23  to my case.

24          But the damage that this woman had probably done

25  not only to my child in that case and other children by

```
 1    failing to report, it's a big red flag for me and a trigger.
 2    This case is not involving children so I don't think that
 3    that would come up but I'm just aware of that.
 4                THE COURT:   Thank you.   Anybody else?
 5                        (No response.)
 6                THE COURT:   Anybody out here?
 7                   (The prospective jurors responded.)
 8                THE COURT:   Juror No. 15.
 9                THE PROSPECTIVE JUROR:   Just to backtrack on the
10    autism spectrum.   That was one of my screening things for
11    the study that I'm in and I'm having positive experiences
12    with the psychiatrist -- psychologist and research doctors
13    I'm working with now.
14                THE COURT:   Okay.   Great.   Thank you.
15                Anybody else?
16                        (No response.)
17                THE COURT:   All right.   And has anyone had any
18    experience in your own life that would interfere with or
19    make it difficult for you to evaluate testimony concerning
20    mental conditions or brain damage if we had such testimony?
21    Anybody have that view?
22                        (No response.)
23                THE COURT:   Anybody out here?
24                        (No response.)
25                THE COURT:   Okay.   Thank you.
```

```
 1              And the potential punishment for the offense
 2    charged is not something that the jury is permitted to
 3    consider in determining whether a defendant is guilty or not
 4    guilty of an offense.
 5              Is there anyone who cannot put aside those
 6    concerns or any concerns you might have about potential
 7    punishment in arriving at a fair and just verdict?
 8              In other words, sentencing is for the judge not
 9    for the jury to be considering.
10                   (A prospective juror responded.)
11              THE COURT:   Juror No. 5.
12              THE PROSPECTIVE JUROR:   I think that goes back to
13    sort of how I feel about No. 14.   I just wanted to --
14              THE COURT:   Okay.   But you understand that you're
15    not allowed to consider that?   In the first place, you won't
16    know what it is and, second place, you can't be sitting back
17    there talking about what the sentence might be or what the
18    might happen if the defendant is found guilty with regard to
19    sentencing.   Do you understand that?
20              THE PROSPECTIVE JUROR:   I understand that but
21    it --
22              THE COURT:   You're not happy about it.
23              THE PROSPECTIVE JUROR:   It's not that I'm not
24    happy about it.   But it goes back to I feel like it ties
25    into 14 for me.
```

```
 1              THE COURT:  All right.

 2              And Juror No. 6.

 3              THE PROSPECTIVE JUROR:  I do have a concern and I

 4    realize the punishment sounds like it's not in our hands but

 5    I think we've collectively agreed on certain things in our

 6    system particularly if it results in a sentence that

 7    involves jail.

 8              Because jail, I understand we've collectively

 9    agreed civilly to include both punishment and

10    rehabilitation.  What I'm concerned about are the

11    extrajudicial punishments that are not well controlled in

12    the jail system which include things such as sexual crimes,

13    drug trafficking, gang activity that's not well-monitored;

14    and that does give me some concern because we have

15    collectively not agreed on those punishments but we know

16    they exist and they're not being -- they're just continuing

17    so.

18              THE COURT:  All right.  So do you understand,

19    though, that if you're on our jury you're back in the jury

20    room --

21              THE PROSPECTIVE JUROR:  Right.

22              THE COURT:  -- that aspect of sentencing can't

23    impact you?

24              THE PROSPECTIVE JUROR:  I understand.  You asked

25    the question so I'm giving you my concern.  I get that.
```

1        THE COURT:   Anybody else here?

2                    *(No response.)*

3        THE COURT:   Anybody out here?

4                    *(No response.)*

5        THE COURT:   All right.   Thank you.

6            And just take a moment now and sit back and look

7    at these two tables in front of me.   If you were sitting at

8    either one of those tables, is there something you would

9    want to know choosing a jury that I haven't brought out

10   somehow in my questioning?

11           Anything you're sitting there thinking:   Oh, if

12   only she asked me this question, I'd have an answer she'd be

13   interested in?

14                   *(No response.)*

15       THE COURT:   I don't see hands.

16               *(A prospective juror responded.)*

17       THE COURT:   Yes.   Juror No. 15.

18       THE PROSPECTIVE JUROR:   Not to answer a question,

19   I'm just mulling over 21 thinking if I could talk myself in

20   or out of a definite answer; and I don't think I can extract

21   my feelings from the potential punishment that I don't know

22   what it is for charges for which I don't know what the

23   common charges are.   Knowing people anecdotally whose lives

24   have been ruined by relatively small charges in other cases.

25           It's hard for me to take my feelings away from a

1    judgment that results in the next whatever many years of

2    someone's life left.  I just can't.  I don't think I can.

3            THE COURT:  So -- and how would that relate if you

4    were in the jury room discussing whether the government had

5    proven its case beyond a reasonable doubt, if you all

6    thought that the government had proven its case beyond a

7    reasonable doubt, would you be saying:  Well, that's too bad

8    because I don't know what the punishment is so I'm not --

9            THE PROSPECTIVE JUROR:  Well, I feel like my bias

10   would think:  Well, okay.  But it's not a reasonable doubt

11   for me.  I can think of enough doubts that I think are

12   reasonable for me personally.

13           THE COURT:  So you would try to find doubt just

14   because you don't know what the punishment is.

15           THE PROSPECTIVE JUROR:  No.  Just because I don't

16   feel like the information I'd be given from that the side

17   that needs to prove itself beyond a reasonable doubt is

18   enough for me to make my -- to decide whether they support

19   themselves or not.

20           I don't know if I would -- I'd feel like I would

21   need more evidence, I guess.  My bias would lead me to think

22   that I would need more evidence from particularly, I guess,

23   the government.

24           THE COURT:  Because you don't know what the

25   sentence is?

1          THE PROSPECTIVE JUROR:  Yeah.  Because of any
2    unknown factors I don't know the fate of the person on the
3    other end of the law.
4          THE COURT:  Okay.  So even though you know that's
5    not something that the jury is permitted to get involved
6    with and that would be my job if and only if, obviously, if
7    the defendant were found guilty, you're not willing to go
8    along with that and you're going to find the defendant not
9    guilty regardless of what the government proves because you
10   won't know what the sentence could be?
11         THE PROSPECTIVE JUROR:  Not that I don't trust
12   you, Judge.  I don't know if I'd be a hundred percent
13   invested -- I wouldn't -- I feel like I'd walk away -- walk
14   out of the deliberation room or whatever -- second, third,
15   fourth, fifth, sixth, guessing myself and thinking like this
16   would be a big life event for me more than anything else so
17   maybe but probably not.
18         THE COURT:  Okay.  Thank you.
19         From the government, would you like a few minutes
20   with the jury?
21         MS. PALMER:  Juror No. 12, you said that you have
22   a background in psychology; correct?
23         THE PROSPECTIVE JUROR:  Yes.
24         MS. PALMER:  And given your background in
25   psychology, do you think that if you were to sit as a juror

1   in this case and heard testimony from someone who is trained

2   in psychology, would you be able to listen to what they said

3   and not use your own judgments in assessing that testimony?

4          THE PROSPECTIVE JUROR:   Yes.

5          MS. PALMER:   Do you think you would be able to

6   treat that testimony like any other testimony?

7          THE PROSPECTIVE JUROR:   Maybe not.

8          MS. PALMER:   And why is that?

9          THE PROSPECTIVE JUROR:   Because if someone was

10  given -- and by the way, I think you asked me if I had ever

11  given psychological testimony and I did a long, long time

12  ago.  I forgot to tell you about that.

13         To have a sort of like a layperson give testimony

14  about something psychological is quite different from a

15  professional psychology person.

16        MS. PALMER:   Oh, I was probably not clear.  If it

17  were someone who were a professional psychologist or

18  psychiatrist who gave testimony, do you think you would give

19  that testimony greater weight from the other evidence in the

20  case or would you treat it like any other testimony?

21        THE PROSPECTIVE JUROR:   I might give it greater

22  weight.

23        MS. PALMER:   And why is that?

24        THE PROSPECTIVE JUROR:   Because I am a

25  psychologist.

1          MS. PALMER:  Do you think that you would use your

2     own judgments in assessing that testimony?

3          THE PROSPECTIVE JUROR:  Probably.

4          MS. PALMER:  Thank you.

5          Juror No. 16, you mentioned that your brother had

6     been deported and is that -- was a negative experience for

7     you, I mean, with law enforcement specifically?

8          THE PROSPECTIVE JUROR:  It's costing me right now

9     because I've got to support him.

10          MS. PALMER:  Supporting him like what?

11          THE PROSPECTIVE JUROR:  Financially instead of the

12     United States.

13          MS. PALMER:  But is that something that you then

14     hold law enforcement accountable for?

15          THE PROSPECTIVE JUROR:  Oh, I couldn't tell you.

16     I mean, my feelings have changed.  He was already deported

17     at that time but I did a month, you know.  It's different

18     once you start seeing everything so.

19          MS. PALMER:  Do you think you could be fair to the

20     law enforcement in this case?

21          THE PROSPECTIVE JUROR:  To law enforcement?  If

22     they bring their A team.  If they have good evidence.

23          MS. PALMER:  Juror No. 14, you said that you

24     would -- you said that you would be concerned about the

25     integrity of the data.

1           If the Court were to instruct you that the

2   government must prove it beyond a reasonable doubt but that

3   that doesn't mean all doubt, would you be able to follow

4   that instruction?

5           THE PROSPECTIVE JUROR:  I would do my best but I

6   will tell you as an engineer who is responsible for the

7   integrity of satellites, I have a standard of data that's

8   difficult for me.  I mean, I can try.

9           MS. PALMER:  And you think you would be able to

10  follow it?

11          THE PROSPECTIVE JUROR:  Yes, I would try.

12          MS. PALMER:  May I confer?

13          (Plaintiff's counsel conferred.)

14          MS. PALMER:  That's all, Your Honor.

15          THE COURT:  Thank you.

16          And from the defense?

17          MS. BEDNARSKI:  It's hard to see Juror No. 1.

18          The judge has given us a few minutes to talk to

19  you; and by a few I really mean a few.  And what both sides

20  are trying to do is figure out who can be fair in this

21  particular case.  Because everybody can be fair --

22          THE COURT:  Ms. Bednarski, ask a question, please.

23          MS. BEDNARSKI:  Sure.  So I want to know if --

24  some people have been quiet.  Has anybody had any feelings

25  while we've been talking this morning about -- that you'd

1    tend to lean towards the police, you'd tend to believe their

2    version of events because they're a police officer?

3                    *(No response.)*

4              MS. BEDNARSKI:  Does anybody have that sort of

5    feeling inside themselves or, just as a starting point,

6    before hearing any evidence, that they may lean towards the

7    police or towards what the police have reported?

8                    *(No response.)*

9              THE COURT:  There are no hands.

10             MS. BEDNARSKI:  And there have been, just before

11   the break, Juror No. 1, you had mentioned that you had some

12   strong feelings about what had happened with you; and now

13   that some time has passed, do you feel like you could sit as

14   a fair juror in this case and listen to the evidence in this

15   case and judge it based on what you hear in the courtroom?

16             THE PROSPECTIVE JUROR:  Yeah.  I believe in a

17   general sense I could do that.  But you never know when a

18   detail of the case strikes a note with you that could

19   connect with an experience that you've already had.

20             So if you feel that law enforcement isn't

21   responsive to individuals who have, you know, certain issues

22   or complaints and something like that comes up in a case,

23   yeah, it would tend to bias your opinion about the case.

24   I'd like to believe that, in general, I could put that

25   aside.

1    MS. BEDNARSKI:  And all of us come from different

2    backgrounds.  Does anybody have a background and experience

3    that maybe we haven't asked an exact question about that you

4    think:  Well, that might influence me here.  Maybe it's a

5    good thing to bring up just so that the parties and the

6    judge can determine whether this is the right case for you.

7         Does anybody have that kind of feeling at all

8    while you're sitting here.  I mean, it's hard to talk to

9    talk in public.  Raise your hand.

10         (The prospective jurors responded.)

11    THE COURT:  Juror No. 6.

12    THE PROSPECTIVE JUROR:  This didn't come up in any

13    of the questions.  I don't know if it's relevant.  I have

14    served as an expert witness in civil personal injury cases

15    both for defense and for plaintiff or applicant.  I'm

16    currently an expert witness on a malpractice case and I've

17    been asked to be the witness on a very large Workers'

18    Compensation fraud case.  None have anything to do with

19    criminal but that was maybe something that would be of

20    interest to know.

21         THE COURT:  And what's the area of your expertise?

22         THE PROSPECTIVE JUROR:  I'm an chiropractor so

23    these are cases that typically involve injury in work, car

24    accidents, or potential malpractice.  The other case is a

25    multi-million-dollar Workers' Compensation fraud case with

1    many things.

2           So I've testified as an expert witness in court as

3    well as administrative law court for the state on behalf of

4    the state.

5           THE COURT:   Thank you.

6           MS. BEDNARSKI:   Thank you, Your Honor.

7           THE COURT:   All right.   Counsel approach.

8            *(The following was held at the bench:)*

9           THE COURT:   All right.   Challenges for cause?

10          MS. BEDNARSKI:   Not from the defense.

11          THE COURT:   Challenge for cause?

12          MS. PALMER:   Yes, Your Honor, we would challenge

13   for cause 1, 5, 9, and 15.   Juror No.  1 expressly used the

14   word "bias" because he has a tinge of mistrust for law

15   enforcement.   He said his brother was falsely accused by law

16   enforcement.

17          Do you want me to do one at a time?

18          THE COURT:   Yes.

19          MS. PALMER:   Okay.   Should I ask for a response?

20          THE COURT:   No.

21          MR. KENDALL:   He also said that, when you

22   mentioned the thumb on the scale, that really resonated with

23   him.   He was thinking that from the beginning and then when

24   he was also talking about whether or not you have bias in

25   this case, he brought out whether or not he thought law

1    enforcement was responsive to concerns expressed by a

2    potential person he was talking to which I think very well

3    could be an argument that is made in this case.

4            THE COURT:  Go ahead.  Next one.

5            MS. PALMER:  Number 5, she said that she was not

6    comfortable with law enforcement; that she does not trust

7    law enforcement.  She used the word "bias" and when you

8    asked her if she could do it she could only say she would

9    try.

10           THE COURT:  I have scores of jurors who say they

11   can try.  That's all they can do.  Okay.  I'm not excusing

12   No. 5.  Go ahead.

13           MS. PALMER:  Number 9 said the system isn't fair.

14           THE COURT:  Yeah.  Number 9 I'm going to excuse

15   unless you want be to be heard on 9.  The one who said he'd

16   be an empty chair.

17           MS. BEDNARSKI:  Okay.

18           MS. PALMER:  And then No. 15, he said he is biased

19   against the government, biased against law enforcement.  He

20   said he would lean towards not.  He said that he would start

21   sort of would require the government present additional

22   evidence.  He said that he has biases and gave different

23   answers as to whether he could overcome them or could not

24   but he said, no, I don't think so in response to the Court's

25   inquiry.

1        Let's see.

2        THE COURT:   Do you want to be heard on 15?

3        MS. BEDNARSKI:   Where I think it ended up is he

4    expressed reservations.   I think he ended up he saying that

5    he thought he could kind of be fair.   The things he

6    mentioned would be things that all humans would find hard to

7    do.

8        THE COURT:   I have real concerns about him.   I've

9    been watching him.   I think he's under a psychiatrist's care

10   at the moment apparently.   Not that that means he can't be

11   on a jury, but I have serious concerns about him and I

12   just -- I don't think he's stable.

13       MS. BEDNARSKI:   What he said is that he's been

14   recently diagnosed on the autism spectrum through the work

15   that he's doing and I think what we all know now is that the

16   autism spectrum is huge.

17       THE COURT:   I don't want to hear a long

18   dissertation on autism.

19       MS. BEDNARSKI:   He's intelligent, he understands

20   the questions and expressed in the end that he thinks he can

21   listen to the evidence in the court.

22       THE COURT:   You know what?   I just didn't believe

23   him.   He's not going to find the view of the government

24   because he doesn't believe it's a sound system.   He said

25   what he needed to say to be on the jury but I didn't believe

1    him.  So I'm going to excuse him.  I'm going to ask No. 1 a

2    follow-up question and then decide on 1 unless you want to

3    be heard on No. 1.

4             MS. BEDNARSKI:  No.

5             THE COURT:  Okay.

6             MS. BEDNARSKI:  I think he said he could be fair.

7             MS. PALMER:  Your Honor, may I add one more thing

8    about No. 5?  Can you follow up what he said:  I'm not sure

9    I could be impartial.  I'm not sure I trust law enforcement.

10            THE COURT:  You said 1 --

11            MS. PALMER:  1, 5, 9, and 15.

12            THE COURT:  Okay.  I'm going to excuse 9 and 15.

13   I'm not going to excuse 5 and I'll ask a follow-up question

14   of No. 1.

15    (The following was in the prospective jurors' presence:)

16            THE COURT:  All right.  Juror No. 1, just one

17   follow-up question.  Maybe I wasn't listening carefully

18   enough but at first you said you did not think you could be

19   fair.  You mentioned that I said something about the thumb

20   on the scales.

21            But when Ms. Bednarski talked to you, you said you

22   could be fair.  You would try to be fair and you referred to

23   maybe if something came up during the course of the trial

24   that was more similar to your situation, then you wouldn't

25   be able to be fair.

1          Could you explain that a little better for us
2    please a little more.
3          THE PROSPECTIVE JUROR:  Well, Your Honor, when I
4    first spoke about that incident, I mentioned that I didn't
5    speak about it before.  But as I heard other potential
6    juror's testimony about their experience and I said it kind
7    of struck a nerve with me, this experience that I had had,
8    and kind of recounted a little bit of that feeling of what I
9    described as blood boiling.
10         So I guess what made me a little bit resentful
11   about the experience was that ultimately when I got this
12   lawyer to reduce the charge, he said that my crime was
13   failing the attitude test with the police officer; and I
14   thought that's not really what his job is to determine if I
15   had a good attitude.  His job was to determine if I had an
16   open alcohol container.
17         So I thought nobody wanted to hear that so I had
18   to just go through the system, play ball the best I could,
19   get it reduced to a littering ticket so it wouldn't be on my
20   record so that when I applied for jobs such as the current
21   one I have as a school teacher, that it wouldn't come up;
22   and I thought that was incredibly unfair considering it was
23   a he-said he-said situation.
24         So for me if this case is about what a police
25   officer said what someone else said, immediately I'm

1    thinking:  Well, maybe he did and maybe he didn't.  Who

2    knows what was said so, yes, that would form my bias.

3          THE COURT:  And so is that the kind of thing,

4    because we're going to have people come and testify about

5    what one person said and there may be evidence to the

6    contrary --

7          THE PROSPECTIVE JUROR:  Sure.

8          THE COURT:  -- so if there are federal employees

9    or law enforcement officers that take the stand, are you

10   going to be able to judge them based on what you see of them

11   in the courtroom or are you going to say:  It doesn't matter

12   if he sort of looks honest to me, I know police lie and

13   police lied or had this situation with me and that's just a

14   bias I'm not going to be able to overcome?

15         THE PROSPECTIVE JUROR:  No, I don't have a bias

16   where I believe police lie.  But you're asking me if I could

17   separate an experience I've had from what I would experience

18   in the courtroom and I'm not sure anyone can truly do that.

19   I could do it to the best of my ability I could try to

20   separate the two.

21         THE COURT:  And maybe it was a term people can't

22   separate everything that's happened in their lives from the

23   courtroom and, in fact, you're supposed to.  That's why we

24   have people from all different walks of life to come in and

25   make those decisions with all sorts of different

1    experiences.

2           But if the experience has caused you to be biased

3    against anyone who is in authority or anyone who's a law

4    enforcement officer so that you just automatically doubt

5    that person before they come to the stand, but you don't --

6    I mean, you could either doubt everybody or nobody.

7           THE PROSPECTIVE JUROR:  Sure.

8           THE COURT:  If you're neutral all along, that's

9    fine.  But if just because someone works for the government

10   or is a law enforcement officer, you're saying:  No, that's,

11   as I said, the finger on the scale.  I'm much less likely to

12   believe that person, whether it's because of your experience

13   or not, then a different kind of case is a more appropriate

14   case for you.

15          If you can judge all the people who come to the

16   stand based on what you see and hear from them in this case,

17   even though you had that very unfortunate situation, then

18   that's what we ask of our jurors.

19          THE PROSPECTIVE JUROR:  I understand what you're

20   asking.

21          THE COURT:  Which are you?

22          THE PROSPECTIVE JUROR:  Sorry.  But you -- there's

23   a lot of information in that.

24          THE COURT:  Are you the person who can judge the

25   witnesses that come to the stand without negatives against

1    them before they even take the stand and testify just

2    because they're law enforcement officers?

3              In other words, can you being fair or are you

4    sitting there saying:  I just really am not likely to be

5    fair if a law enforcement officer takes the stand.

6              THE PROSPECTIVE JUROR:  Well, ultimately, I will

7    do my best and I understand that the burden of proof is on

8    the government and I think that the burden will be a little

9    bit greater in this particular instance.  But I will weigh

10   the facts appropriately and do my best to make an unpartial

11   decision.

12             THE COURT:  Well, the burden is what it is.  We

13   can't may it any greater.  That's pretty much the highest

14   burden we have.

15             THE PROSPECTIVE JUROR:  I think it's your metaphor

16   of a thumb on the scale that I'm still thinking about; and

17   if my experience leads me to believe that law enforcement

18   officers are often not a hundred percent truthful, then that

19   will affect my beliefs in this case.

20             THE COURT:  Will it affects your beliefs about

21   other people too?

22             THE PROSPECTIVE JUROR:  Quite possibly.

23             THE COURT:  Okay.  So we know sometimes people

24   tell the truth and sometimes people lie.

25             THE PROSPECTIVE JUROR:  I understand.  I'm an

1    authority figure in my own right, you know.

2              THE COURT:  Right.

3              THE PROSPECTIVE JUROR:  So I understand the

4    nuance.  But in this particular situation, I think that

5    there is some impartiality here.

6              THE COURT:  Okay.  Let me ask you this.  You're a

7    teacher.  What grade do you teach?

8              THE PROSPECTIVE JUROR:  I teach high school math,

9    geometry and algebra too.

10             THE COURT:  Suppose you have a situation with two

11   kids and you call in the parents of both kids; and the

12   parents of one kid is a police officer and the parents of

13   another kid is not a police officer and they're making a

14   pitch to you.

15             Are you going to be more likely to believe the

16   non-police officer parent and go with him?

17             THE PROSPECTIVE JUROR:  Not in this case, Your

18   Honor.

19             THE COURT:  Okay.  Thank you.

20             All right.  Juror No. 9, you're excused.  You're

21   ordered to return to the jury room.  Probably get you back

22   on another jury today.

23             And Juror No. 15, you're excused.  You're ordered

24   to return to the jury room.  Just leave your papers there on

25   the seat.

```
 1              And we'll have the peremptory with the government.
 2              MR. FAUSTMAN:  Your Honor, the government would
 3    like to thank and excuse Juror No. 1.
 4              THE COURT:  Juror No. 1, thank you very much.
 5    You're excused.  You're ordered to return to the jury room.
 6              (The prospective juror exited the courtroom.)
 7              THE COURT:  Peremptory with the defense.
 8              MS. BEDNARSKI:  Thank you, Your Honor.  The
 9    defense would like to thank and excuse Juror No. 8.
10              THE COURT:  Juror No. 8, thank you very much.
11    You're excused.  You're ordered to return to the jury room.
12              (The prospective juror exited the courtroom.)
13              THE COURT:  And another peremptory with the
14    defense.
15              MS. BEDNARSKI:  Thank you, Your Honor.  The
16    defense would like to thank and excuse Juror No. 10.
17              THE COURT:  Juror No. 10, I know you're sorry to
18    have to leave us but you're excused and you're ordered to
19    return to the jury room.
20              (The prospective juror exited the courtroom.)
21              THE COURT:  Peremptory with the government.
22              MS. PALMER:  Your Honor, the government would like
23    to thank and excuse Juror No. 5.
24              THE COURT:  Juror No. 5, you're excused.  You're
25    ordered to return to the jury room.  Thank you very much.
```

1          THE PROSPECTIVE JUROR:  Your Honor, where is the

2   jury room?

3          THE COURT:  Back where you came from.  Just two

4   blocks.  I don't even know which direction it is because I'm

5   geographically challenged.

6          (The prospective juror exited the courtroom.)

7          MS. BEDNARSKI:  May I have one minute to confer

8   with Ms. Weisberg?

9          THE COURT:  Sure.

10          Ms. Bednarski, before you do that, let me fill up

11   the empty seats.

12          MS. BEDNARSKI:  All right.

13          THE COURT:  Juror No. 13, would you take seat

14   No. 1 and we'll call you Juror No. 1 for now.

15          And Juror No. 14, please take seat No. 5.  You're

16   Juror No. 5.

17          And Juror No. 16, please take seat No. 8.  You're

18   now Juror No. 8.

19          Juror No. 17, please take seat No. 9.  You're now

20   Juror No. 9.

21          And Juror No. 18, please take seat No. 10.  You're

22   now No. 10.

23                    *(Counsel conferred.)*

24          THE COURT:  All right, Ms. Bednarski.

25          MS. BEDNARSKI:  Thank you.

1          Your Honor, the defense would ask to thank and

2    excuse the new Juror No. 9.

3          THE COURT:  Juror No. 9, thank you very much.

4    You're excused.  You're ordered to return to the jury room.

5          (The prospective juror exited the courtroom.)

6          THE COURT:  And this is a good time to break for

7    lunch so, ladies and gentlemen, don't talk about the case or

8    form or express any opinions about the case until it's

9    finally submitted to you.

10         I'm going to order you to return at 1:30.  When

11   you return, again wait out in the hall until we call you in.

12   When you return, you should all sit in exactly those seats

13   that you're in now.

14         Everybody out in the audience, make sure you come

15   back.  You are not excused because we'll be filling up the

16   empty seats and starting to ask you some questions and so

17   you can sit out anywhere in the audience until we call your

18   names and put you in those seats.

19         So you're ordered to return at 1:30.  You're

20   ordered to have a good lunch.

21         *(The prospective jurors exited the courtroom.)*

22      *(The following was held outside the prospective jurors'*

23                    *presence:)*

24         THE COURT:  All right.  You may be seated.  Thank

25   you, Ms. Bednarski, for excusing the juror who kept putting

1    her feet up on my jury box.

2              MS. BEDNARSKI:   Which one was that?

3              THE CLERK:   Number 10.

4              THE COURT:   I've never had that happen before but

5    please don't use the last names.

6              MS. BEDNARSKI:   Oh, okay.

7              THE COURT:   Anything else we need to talk about

8    before we come back?

9              MS. PALMER:   No, Your Honor.

10              THE COURT:   All right.  Well, have a wonderful

11    lunch for Mr. Latka I'm sure.   You have your hand raised.

12    You want to talk to Ms. Bednarski?

13              MS. BEDNARSKI:   Yes.

14              *(Counsel and her client conferred.)*

15              MS. BEDNARSKI:   Thank you, Your Honor.

16              THE COURT:   All right.  We'll see you at 1:15 for

17    counsel and 1:15 for Mr. Latka.

18         *(At 12:05 p.m., a luncheon recess was taken.)*

19

20

21

22

23

24

25

1    LOS ANGELES, CALIF.; TUESDAY, OCTOBER 27, 2016; 1:15 P.M.

2                              -oOo-

3        *(The following was held outside the prospective jurors'*

4                          *presence:)*

5              THE COURT:  Good afternoon.

6              MS. BEDNARSKI:  Good afternoon.

7              THE COURT:  I just want to make clear that I was

8    not suggesting that I was going to excuse Juror 15 because

9    he was seeing a therapist.  He had originally said he had

10   now negative views about psychology and psychiatry and then

11   at the end came around again and said now he had a positive

12   experience.

13           He did that with a number of categories and seemed

14   to have an answer for almost all of the questions, some of

15   which were sort of went both ways; and the reason, as I

16   said, that I excused him for cause was that ultimately I

17   believed what he said about not finding the defendant guilty

18   because he wouldn't feel he had all the information if he

19   didn't know or because he wouldn't know about the sentence;

20   and I did not accept his later statement that he could

21   evaluate the case even not knowing that information.

22           I've looked a little bit at the jury instructions,

23   the additional jury instructions that you've provided, and I

24   haven't really had enough time to go over the comments from

25   yesterday and in the new instructions.

1        One issue, though, that I don't think I agree with

2    the defense about has to do with the defense's suggestion

3    that the defendant had to intend that, if he was speaking to

4    a third party, had to intend that the threat be communicated

5    by that third person to the law enforcement officer; and I

6    don't know if the government agreed or disagreed with that

7    analysis.

8        MS. PALMER:   The government disagrees and I

9    believe the government's jury instruction comes right from

10    the case law which just says communication to a third party

11    is sufficient.

12        THE COURT:   I think -- no, that's not really

13    helpful really --

14        MS. PALMER:   Let me grab it, Your Honor.   I'm

15    sorry.

16        THE COURT:   I don't need to hear about it.   It's

17    only helpful if an issue is actually considered.   But I

18    think there are circumstances in which -- the essential

19    element is the intent to interfere, impede, whatever that

20    language is.

21        And I can see a circumstance where someone would

22    intend to -- would intentionally make a threat knowing that

23    the threat would be taken seriously by the third person and

24    intend that the threat to the third person would cause an

25    interference or impeding with the law enforcement officer

1    even if the threat might not be communicated.

2            It seems to me, for example, that if someone were

3    to go to my fiance and say:  If she takes the bench

4    tomorrow, I'm going to kill her.

5            My fiance might not want to scare me by telling me

6    about the threat.  But he might call and say:  I'm very ill

7    so you can't take the bench tomorrow.

8            That would, in fact, have the desired effect.  It

9    would impede or interfere with my duties even though the

10   threat per se had not been communicated to me.

11           Certainly, the argument about the necessary intent

12   would be legitimate and you certainly could argue that it

13   couldn't have been intended for that purpose because it was

14   made to a third person.

15           So I certainly wouldn't interfere with nor should

16   the government interfere with your making that kind of

17   argument.  But I don't think that precise requirement is

18   necessarily included in the statute.

19           MS. WEISBERG:  I understand Your Honor's example.

20           Certainly, you could imagine circumstances where

21   it would not -- if you intend to interference, he would be

22   there even without the intent being communicated to a third

23   party.  I think the example you gave doesn't sound like it

24   would be the norm in most cases.

25           THE COURT:  One can only hope.

1          MS. WEISBERG:  And I think in the cases where this

2     issue has come up, it's much more similar to our case.  But

3     in my recollection of the jury instruction, annotation to

4     the jury instruction, I think both sides were looking at, it

5     was an unsettled area and that's why the Court should

6     consider including this language.

7          I think in our case it's very much an issue and

8     part of the -- part of the reason why we want that sentence

9     there is because there's an affirmative sentence in the jury

10    instruction.  It does not even need to be communicated

11    directly to the person.  It can be communicated to a third

12    party and so that standing alone implies that there's no

13    other consideration along, you know, on that factor.

14         THE COURT:  All right.  Well, if there's something

15    in the way the instruction is phrased that suggests that,

16    then maybe that needs to be clarified.

17         But I think each element needs to be proven beyond

18    a reasonable doubt obviously so the -- clearly the purpose

19    and intent would have had to be to interfere so I think

20    that's -- if they believe that that was the defendant's

21    intent, assuming they believed all the four things that had

22    to come before that, then I think that would justify a

23    finding of guilty.

24         But all of these are tentative so if something

25    comes out different in the evidence that suggests that one

1    of my tentative rulings should be changed, then certainly

2    we'll do that when we get to jury instructions.

3            MS. BEDNARSKI:  Your Honor, could I clarify or at

4    least state what my understanding of something was from this

5    morning so that the parties don't run afoul?

6            THE COURT:  Okay.

7            MS. BEDNARSKI:  My understanding is that where the

8    parties have agreed upon the exhibits of each other; that

9    the lawyers then don't need to go through marking it for

10   identification and then laying the foundation and then

11   offering it as an exhibit.  They can use the exhibit as if

12   it has been admitted.

13           THE COURT:  That's exactly my intention, and you

14   don't need to ask if you can publish it.  Exhibits that are

15   in evidence can be published.  Just save all that extra

16   time.

17           Any other questions?

18           How was your lunch, Mr. Latka?

19           THE DEFENDANT:  Thumb up.

20           THE COURT:  Really?  Okay.  Good.

21           THE DEFENDANT:  The baloney sandwiches (laughing).

22           THE COURT:  Okay.  Just because we have a few

23   minutes, I was picking a jury on the state court and

24   explaining that we were going to fill up 18 chairs and

25   somebody in the audience yelled out:  No, that's wrong.

1          I said:  Excuse me?

2          And he said:  There's only twelve jurors on a

3    jury.  Thanks but when we're done, we'll only have twelve.

4    I promise you.

5          THE DEFENDANT:  Judge, I'm sure your lunch was

6    better than mine.

7          THE COURT:  I don't know.  I just have lunch at my

8    desk.  I had a little bit of yogurt.

9          THE DEFENDANT:  Well, it was better than mine.

10         THE COURT:  Well, I don't doubt that for a moment,

11   Mr. Latka.

12         All right.  It looks like we have five minutes so

13   you can continue to collaborate to the extent you can.

14                         *(Recess.)*

15     *(The following was held outside the prospective jurors'*

16                         *presence:)*

17         THE COURT:  Do you want to have preference as to

18   one or two alternates?

19         MS. BEDNARSKI:  I'd like to have two just because

20   to be safe.

21         THE COURT:  To be safe.

22         MS. PALMER:  Yes.

23         THE CLERK:  I'm missing one.

24         THE COURT:  Okay.  One of them seated up here?

25         THE CLERK:  No.

```
 1              THE COURT:  All right.  Well, we'll wait and hope
 2    that person comes back.
 3              THE CLERK:  Okay.
 4                   (Pause in the proceedings.)
 5              THE CLERK:  They're getting restless.
 6              THE COURT:  Who is it?
 7              THE CLERK:  It's towards the end, No. 38.
 8              THE COURT:  Anybody have a thought as to what to
 9    do?
10              THE CLERK:  I'll be right back.
11              MS. BEDNARSKI:  My form doesn't have numbers on
12    it.  Oh, 38.  I see.  No, I don't see the numbers.
13              THE COURT:  The left-hand column.  You probably
14    don't because I have a random list.
15              MS. BEDNARSKI:  I'm just wondering if it's a
16    person they're not in the box.
17              THE COURT:  No, they're not in the box.  The
18    person hasn't been called to the box yet.
19              MS. BEDNARSKI:  Which name is it?
20              THE COURT:  That shouldn't be relevant to your
21    determination.
22              MS. BEDNARSKI:  Well, only because some people
23    from the audience have responded.
24              THE COURT:  No, it's not somebody who has
25    responded.
```

1          MS. BEDNARSKI:  I'd say let's start.

2          MS. PALMER:  Fine with us, Your Honor.

3          THE COURT:  All right.  And then if that person

4    comes back, we'll see if we want to keep them available or

5    else it won't count as their jury service.

6          *(The prospective jurors entered the courtroom.)*

7                   VOIR DIRE EXAMINATION RESUMED

8          THE COURT:  All right.  You may be seated.

9          THE CLERK:  Your Honor, he did show up.

10         THE COURT:  Just so you know, you've seen what

11   happens when people aren't here on time.  If our juror had

12   not shown up, this would not count as his jury service and

13   he would have had to come back and do jury duty on another

14   day.  So it doesn't help for you to decide not to come back.

15         But all right.  So, Ms. Plato, you're going to

16   fill up those empty chairs.

17         THE CLERK:  Let's see.  We have --

18         THE COURT:  Seat No. 9.

19         THE CLERK:  That's going to be Cindy S.

20         THE COURT:  And then we're going to start in that

21   front row again.  No. 13.

22         THE CLERK:  Emerita P.

23         Benjamin R.

24         MS. BEDNARSKI:  What seat number is that, Your

25   Honor?

```
1          THE COURT:    14.
2          THE CLERK:    Kakie M.
3      Nathan E.
4      Daniel R.
5      And Karissa K.
6          THE COURT:    All right.  We're going to start off
7  with Juror No. 9 and, again, we're going to start with just
8  that single sheet that starts with area of residence so
9  please give us that information.
10         THE PROSPECTIVE JUROR:    What about a microphone?
11         THE COURT:    There we go.   Thank you.
12         THE PROSPECTIVE JUROR:    My area of residence is in
13  Echo Park.   My highest degree is a Bachelor's Degree in
14  neuroscience and I'm an accountant and I'm single.  I have
15  no children and no prior jury service.
16         THE COURT:    Thanks.   You said your Bachelor's
17  Degree is in neuroscience but you're an accountant?
18         THE PROSPECTIVE JUROR:    Yes.
19         THE COURT:    Okay.   Works for me.
20         And let's start with Juror No. 13 out here.
21         THE PROSPECTIVE JUROR:    I live in Glendale.   Two
22  years in college.   My employer is Green Aerospace
23  Electronics and I'm a production control scheduler.   I'm
24  married.   I have two adult children not living with us.   I
25  have no prior jury service.
```

1          THE COURT:   Thank you.

2          What does your spouse do?

3          THE PROSPECTIVE JUROR:   He's a nurse.

4          THE COURT:   All right.   And is that in a hospital

5    or private?

6          THE PROSPECTIVE JUROR:   Private.

7          THE COURT:   Okay.   And your two adult children,

8    what do they do?

9          THE PROSPECTIVE JUROR:   My daughter is a

10   salesclerk and my son is in IT.

11         THE COURT:   Great.   Thanks.

12         Juror No. 14.

13         THE PROSPECTIVE JUROR:   I live in Norwalk.   I have

14   a Master's Degree in teaching.   I work for the Leafling

15   Center which is -- where I'm a clinical director for the

16   applied behavior analysis section.

17         I am in a domestic relationship, domestic partner,

18   and he is a customer service rep.   I don't have any

19   children.   I have been on a jury before and it was criminal

20   and the jury did not reach a verdict.

21         THE COURT:   All right.   Thank you.

22         And tell me a little bit more about what you do

23   with regard to the behavioral analysis.

24         THE PROSPECTIVE JUROR:   Well, my particular --

25   applied behavioral analysis covers all different areas.   My

1    particular one is working with families with autism.

2         THE COURT:  Okay.  And do you do the -- any

3    diagnosis or do they come to you after the diagnosis?

4         THE PROSPECTIVE JUROR:  They come to us after the

5    diagnosis.

6         THE COURT:  Okay.  So no testing or anything like

7    that?

8         THE PROSPECTIVE JUROR:  We do functional behavior

9    assessments so if a family is experiencing challenging

10   behaviors, they'll contact our office.  If the child already

11   has a diagnosis, then we'll go to the home, do the

12   assessment, try to create a treatment plan in regards to how

13   to reduce those behaviors and then we work with the families

14   to implement them.

15        THE COURT:  Great.  Thank you.

16        Juror No. 15.

17        THE PROSPECTIVE JUROR:  I live in Torrance.  I

18   have two years of college.  I work for Ralphs supermarket.

19   I'm a recruiter.  I'm married.  I have two adult children.

20   They do not live with me.  My oldest is a school teacher.

21   My youngest is a personal trainer.  I have been on a jury.

22   It was criminal and, yes, we did reach a verdict.

23        THE COURT:  Thank you.

24        And you said you're married.  What does your

25   spouse do?

1    THE PROSPECTIVE JUROR:  He owns his own business.
2  It's a carpet and upholstery cleaning business.
3    THE COURT:  Okay.  Thanks.
4    And Juror No. 16.
5    THE PROSPECTIVE JUROR:  I live in Ventura County,
6  Newbury Park.  Various computer degrees for computer
7  networking.  My employer is a healthcare provider.  It's in
8  the IT department.
9    I'm married and my wife works for a freight and
10  tools company in Calabasas, payroll department.  No
11  children.  I did have jury duty service on a trial, civil
12  trial or criminal trial about two years ago and there was a
13  charge.
14    THE COURT:  There was a verdict?
15    THE PROSPECTIVE JUROR:  Yes.
16    THE COURT:  Do you remember what the charge was?
17    THE PROSPECTIVE JUROR:  It was like domestic
18  violence and child endangering.
19    THE COURT:  Thank you.
20    And Juror No. 15, I don't think I asked you what
21  the charge was.  Do you remember in your case?
22    THE PROSPECTIVE JUROR:  Yes.  It was armed
23  robbery.
24    THE COURT:  Okay.  Thank you.
25    Juror No. 17.

```
1              THE PROSPECTIVE JUROR:  Los Angeles.  I tried to
2      graduate high school.  Didn't.  I'm self-employed.  I manage
3      actors and I do some producing.  Married.  No adult kids
4      with me.  No prior jury service.
5              THE COURT:  Thanks.
6              What does your spouse do?
7              THE PROSPECTIVE JUROR:  Bookkeeper.
8              THE COURT:  Thank you.
9              And Juror No. 18.
10             THE PROSPECTIVE JUROR:  I live in Torrance.  Can
11     you hear me?
12             THE COURT:  Yes.
13             THE PROSPECTIVE JUROR:  Okay.
14             I have a Bachelor's in Spanish.  I'm currently
15     only working part-time as a coach for new teachers.  But I'm
16     usually a full-time teacher.  However, we're moving.  My
17     husband and I are moving at the end of November so I'm
18     looking for a full-time teaching job in Denver, Colorado.
19             And so I'm married.  My husband is in the coast
20     guard.  We do not have any adult children and no prior jury
21     service.
22             THE COURT:  Is there water around Denver?
23             THE PROSPECTIVE JUROR:  No.  He's actually getting
24     out of the coast guard.
25             THE COURT:  Okay.
```

1          (Laughter.)

2          THE COURT:  Okay.  Thank you.

3          All right.  Let's go to that longer list of

4  questions now and we'll try to move through them quickly but

5  we don't want to miss anybody's answers.

6          So why don't we look at the first question first

7  and that was the really broad question about you or a

8  relative or close friend having any law enforcement training

9  or experience working as a lawyer or law enforcement officer

10  or employed by any law enforcement agency or having

11  involvement with law enforcement.

12          And, again, any agency at all that might come

13  within that category let us know.

14          Juror No. 9, anything?

15          THE PROSPECTIVE JUROR:  Yes.  My cousin, he's a

16  police officer.

17          THE COURT:  Where is that?

18          THE PROSPECTIVE JUROR:  I don't know which

19  department he works for but I know he's a police officer.

20          THE COURT:  Is it in LAPD?

21          THE PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Okay.

23          So you know you can't talk to him about the case

24  at all?

25          THE PROSPECTIVE JUROR:  Yes.

 1          THE COURT:  Okay.  Thank you.

 2          Anybody out here?

 3              (The prospective jurors responded.)

 4          THE COURT:  I see Juror No. 18.

 5          THE PROSPECTIVE JUROR:  I don't know if this

 6   counts or not but I will just say it.  My brother worked for

 7   a little bit, actually just volunteering as a community

 8   police officer; and he worked for a short amount of time as

 9   a security guard in prison.

10          THE COURT:  Okay.  Great.  Thanks.

11          Anybody I missed?

12              (The prospective jurors responded.)

13          THE COURT:  Juror No. 15.

14          THE PROSPECTIVE JUROR:  We have a lot of friends

15   that are police officers.

16          THE COURT:  Okay.  And do you talk to them much

17   about what they do?

18          THE PROSPECTIVE JUROR:  Yeah.

19          THE COURT:  You know you can't talk to them about

20   the case if you're on the jury.

21          THE PROSPECTIVE JUROR:  Yeah, I know.

22          THE COURT:  Did I miss anybody?

23                        *(No response.)*

24          THE COURT:  Okay.  And next couple of questions

25   let's take them together:  2, 3, and 4.  Would you have any

1    difficulty measuring the testimony of a law enforcement

2    officer by the same standards you use to judge the

3    credibility of any other witness?

4              Do you believe that a law enforcement officer's

5    testimony is more likely to be truthful than that of a

6    civilian witness?

7              I suppose I should ask:  Do you believe it's less

8    likely to be truthful?

9              Do you have any strong feelings, beliefs, or

10   opinions about law enforcement officers in general or any

11   strong feelings, beliefs, or opinions about altercations

12   between law enforcement officers and civilians?

13             Juror No. 9, any yes answers to those?

14             THE PROSPECTIVE JUROR:   No.

15             THE COURT:   Okay.   Anybody out here?

16             (The prospective jurors responded.)

17             THE COURT:   And Juror No. 16.

18             THE PROSPECTIVE JUROR:   I'd have to side with the

19   police officers because they're trained observers that are

20   trained to observe and report the facts that they see so I

21   tend to lean on their side of the truth.

22             THE COURT:   Okay.   So I think what you're saying

23   is because of their training and experience, that if someone

24   in law enforcement testified to something, you would believe

25   that their observations were likely to be more accurate than

1    someone else's?

2            THE PROSPECTIVE JUROR:   Yes.   And I used to be a

3    security officer so I kind of had to do the same detailing.

4    So I kind of side with them.

5            THE COURT:   Do you think there could be situations

6    where police officer observed something one way and somebody

7    else observed it a different way and maybe the truth is

8    either somewhere in between or it was really the civilian

9    who perceived it as it actually happened?

10           THE PROSPECTIVE JUROR:   Well, as I said, they're

11   trained observers; that they tend to, you know -- they tend

12   to be more detailed and knowledgeable on the facts that they

13   see or are presented with that I tend to side with them on

14   that.

15           THE COURT:   So do I hear you saying that just

16   because someone is a police officer, if he takes the stand

17   and he says:   I saw X and some non-police officer witness

18   says:   I saw it differently or I saw it not X, that you're

19   automatically going to follow or accept the credibility of

20   the police officer's statement?

21           Or are you going to judge those two individuals,

22   watch how they appear on the stand, what their vantage point

23   was, whether they were able to see the same thing in the

24   same way before you decide who is being more accurate?

25           THE PROSPECTIVE JUROR:   Well, I would trust the

1   trained observer.

2            THE COURT:   Okay.   So you're telling me if it's a

3   law enforcement officer and that officer testifies to

4   something, then in your view that must be accurate?

5            Doesn't necessarily mean they're lying but that

6   must be accurate even if someone else testifies that they

7   saw something different?

8            THE PROSPECTIVE JUROR:   Yes.   But also I don't

9   know the individual if he has a record of having problems in

10  the department.   It could be different.

11           THE COURT:   Okay.   So I'm trying to make sure that

12  I understand what you're saying.   Are you going to be able

13  to judge the testimony based on what you see and hear in the

14  courtroom and judge their credibility?

15           It's okay to consider whether any witness,

16  including a law enforcement officer, has a better vantage

17  point or is more likely to be able to perceive things in a

18  certain way.   They were wearing glasses.   Maybe they weren't

19  wearing glasses.   That kind of thing.

20           But the question is:   Do they get the extra

21  benefit of the doubt regardless of how you view them in the

22  courtroom just because they're police officers?

23           THE PROSPECTIVE JUROR:   Of course not.   They

24  wouldn't get the extra benefit of the doubt.

25           THE COURT:   Okay.   Thank you.

1    Anybody else?

2    (The prospective jurors responded.)

3    THE COURT:   Yes.   Juror No. 17.

4    THE PROSPECTIVE JUROR:   I -- I have a mistrust of

5    police officers and, you know, from the stuff I see on TV

6    sometimes, I think that they go from zero to 60 really,

7    really quickly.   You know, too quickly I think.

8    And I have a problem with police officers.   I

9    truly believe that if you ask, if you get stopped and you

10   ask five questions, you are going to be bullied and you're

11   going to be:   Step out of the car, please.   Just by asking

12   five questions.   I truly believe that.

13   The other thing, I think, is I kind of think that

14   this is rigged a little bit.   I mean, he's innocent; right?

15   We start from that?

16   THE COURT:   Correct.

17   THE PROSPECTIVE JUROR:   And where's the other

18   person?   I don't understand why -- why there's one, you

19   know.   It's supposed to be a confrontation that happened.

20   Where is the other person?

21   THE COURT:   Well, we haven't had the trial yet.

22   THE PROSPECTIVE JUROR:   So he's innocent.

23   THE COURT:   The defendant is always, in a criminal

24   case, the defendant is always presumed innocent until and

25   unless the government can prove guilt beyond a reasonable

1    doubt.

2              THE PROSPECTIVE JUROR:   Yes.

3              And in 2015, to me I think it's very difficult

4    without some sort of videotape; that the government has

5    videotape to show something, you know, what's reasonable

6    doubt then?  That's my answer.

7              So, anyway, I have doubts.  That's, you know --

8    you know, big doubts.

9              THE COURT:   Okay.  So the questions for the flip

10   side of the other witness -- the other juror.  So if we have

11   people come to the stand and testify and some of them are

12   law enforcement officers, are you going to look at the

13   individuals who come to the stand and decide, based on what

14   you see and hear in this courtroom, whether they're credible

15   and how much weight to give to their testimony; and even if

16   you believe them, that wouldn't necessarily mean that the

17   government would have proved its case beyond a reasonable

18   doubt because they have to prove certain things.

19             So the question again is whether you will evaluate

20   the officers based on what you see and hear in this

21   courtroom or are you going to say:  I don't believe officers

22   in general.  I think officers have all these problems.  I've

23   seen things on TV and so, therefore, even if the government

24   has proved its case beyond a reasonable doubt, if some of it

25   came out with testimony from officers, I'm just not going to

```
1   believe it and I'm just going to find the defendant not
2   guilty.
3          THE PROSPECTIVE JUROR:  If there's video, I
4   definitely would believe it.
5          THE COURT:  Okay.  We don't have video.
6          THE PROSPECTIVE JUROR:  Then I can't.  I can't.
7   There's no way.  There's no way I can go with a he said/he
8   said or he said/she said.  There's no way.  It has to be --
9   I just always -- I mean, we inherently start with
10  innocence --
11         THE COURT:  Correct.
12         THE PROSPECTIVE JUROR:  -- so.
13         THE COURT:  Okay.  Thank you.
14         THE PROSPECTIVE JUROR:  Thank you.
15         THE COURT:  Anybody else?
16                  (No response.)
17         THE COURT:  All right.
18         And would anybody have any concern or hesitation
19  about returning a verdict either way, guilty or not guilty,
20  in a trial where there was testimony from law enforcement
21  officers and employees of the United States Forest Service?
22         Also, we have a couple of other questions about
23  experience, positive or negative, with the forest service or
24  any of its officers or employees and any positive or
25  negative feelings, beliefs, or opinions about the forest
```

1    service or any of its officers or employees.

2            Anybody have thoughts on the forest service in

3    those questions?  Anybody out here?

4                        *(No response.)*

5            THE COURT:  Okay.  Is anyone a member of any group

6    or organization for which a main purpose is the suppression

7    of crime or that advocates for criminal justice reform?

8            Anybody have that kind of connection?

9                        *(No response.)*

10           THE COURT:  I don't see any hands.

11           All right.  Let's take the next couple together

12   again.  Have you, a relative, or close friend ever been

13   stopped or questioned by law enforcement?

14           Accused of, charged with, or convicted of a crime?

15           Been treated badly by government, law enforcement,

16   or the courts?

17           Filed a formal or informal complaint or lawsuit

18   against law enforcement or been the victim of a crime,

19   assault, or violence?

20           Anybody have yes answers to those questions?

21               *(The prospective jurors responded.)*

22           THE COURT:  Juror No. 9.

23           THE PROSPECTIVE JUROR:  I do actually.

24           THE COURT:  Okay.  Tell me about that.

25           THE PROSPECTIVE JUROR:  I have two cousins who

1    have been accused wrongly by police officers.  I think it's

2    just sort of the association of who they hung out with that

3    pretty much puts them in the position to be pulled over and

4    wrongly accused.

5            And I don't know.  I just think that it's based on

6    appearance and stereotypes that a person gets pulled over

7    and then gets, you know, held up.

8            THE COURT:  And when you say accused, does that

9    mean --

10           THE PROSPECTIVE JUROR:  I think it's assumptions,

11   assumptions that are made because they hang out, maybe gang

12   affiliation or the people that they hang around with.  Maybe

13   they're not.  But because they're by association, it's

14   already like, you know, tagged on them and so they feel that

15   they're guilty.

16           And they handcuffed my cousin, my female cousin.

17   They were really forceful on her.  I didn't really like

18   that.  So I know that there are some police officers that

19   are like that and others that are not so.

20           THE COURT:  Okay.  And was there an actual arrest?

21           THE PROSPECTIVE JUROR:  Yeah, they arrested her.

22           THE COURT:  Okay.  And what happened with that

23   case?

24           THE PROSPECTIVE JUROR:  It's still ongoing.  She

25   still has to pay some fees.  I think she was fined.  Because

1   of the bail bond, like she has to pay fees for that.

2           THE COURT:   Okay.   But was she convicted of a

3   charge?

4           THE PROSPECTIVE JUROR:   No, she wasn't.   But the

5   fact is the way they handled her being a female and just

6   very forceful on her.

7           THE COURT:   Okay.   Anyone else out here?

8           (The prospective jurors responded.)

9           THE COURT:   And Juror No. 14.

10          THE PROSPECTIVE JUROR:   I have both my brother and

11  my nephew who have both served time for drug use.

12          THE COURT:   Thank you.

13          Anybody else?

14          (The prospective jurors responded.)

15          THE COURT:   Juror No. 17.

16          THE PROSPECTIVE JUROR:   I've been stopped a few

17  times.   One time, one for seatbelt.   The police officer told

18  me to get out of the car.   I did.

19          He asked me:   What are you?

20          What do you mean what am I?

21          What are you?

22          I said:   Native American.

23          I thought that was inappropriate.   I mean,

24  that's -- and I've been, you know, stopped a few times

25  with -- well, one time I was trying to get out of a -- I'm

1   always respectful, too, by the way.

2          But I tried to get out of the parking lot.  There

3   was a cop in front of me and he was talking to this female

4   and he, you know, wasn't looked like he --

5          I said:  Excuse me.  We need to, please.

6          And he came up, chest out, ready to, you know,

7   very aggressive.  It was very scary so, yeah, I've had some

8   conflicts.

9          THE COURT:  And Juror No. 18, you had a hand up?

10          THE PROSPECTIVE JUROR:  So this is for No. 10?

11          THE COURT:  Okay.

12          THE PROSPECTIVE JUROR:  I was the victim of a

13   crime but it wasn't a violent crime so I don't know if I

14   need to share it.

15          THE COURT:  Okay.

16          THE PROSPECTIVE JUROR:  Should I share it?

17          THE COURT:  If you'd like to share it.

18          THE PROSPECTIVE JUROR:  Okay.  I was the victim of

19   a crime where I was scammed and money was stolen from me.

20          THE COURT:  And was there anything done about

21   that?  They didn't find who did it?

22          THE PROSPECTIVE JUROR:  No.

23          THE COURT:  Did I miss anybody?

24                    *(No response.)*

25          THE COURT:  Okay.  Number 11:  Have you, a

1    relative, or close friend ever been involved in a situation

2    where you, the family member or friend felt threatened by

3    someone?

4            And the next question:  Have you ever sought or

5    received a protective order or had such an order issued

6    against another person at your request or issued against you

7    or a relative or close friend?

8            Anybody have any yes answers to those questions?

9                        (No response.)

10           THE COURT:  Okay.  Next question:  Does anyone

11   have any strong feelings, beliefs, or opinions about the

12   American criminal justice system in general, the criminal

13   laws of the United States, or the charge in this case that

14   would make it difficult for you to be a fair and impartial

15   juror?

16                       (No response.)

17           THE COURT:  Over here?  Anybody out here?

18             (The prospective jurors responded.)

19           THE COURT:  Juror No. 17.

20           THE PROSPECTIVE JUROR:  Yes.

21           THE COURT:  Tell me about that.

22           THE PROSPECTIVE JUROR:  I think I kind of

23   explained it.

24           THE COURT:  Just what you already told us?

25           THE PROSPECTIVE JUROR:  Yes.

1          THE COURT:   Okay.   Anybody else?

2                        *(No response.)*

3          THE COURT:   Okay.   And any reservations about

4    sitting in judgment of another person and returning a

5    verdict?

6                        *(No response.)*

7          THE COURT:   All right.   Next couple of questions:

8    Have you ever studied psychology or psychiatry or worked in

9    these fields?

10         Have you or anyone close to you ever had any

11   experience with or contact with psychologists or

12   psychiatrists?

13         Do you have any strong feelings, beliefs, or

14   opinions about the psychiatric profession or about the place

15   of psychological testimony in a criminal trial?

16         Do you have any yes answers to that?

17             (The prospective jurors responded.)

18         THE COURT:   Juror No. 14.

19         THE PROSPECTIVE JUROR:   My only experience is that

20   I have a Bachelor's Degree in psychology.

21         THE COURT:   Okay.   Anybody else?

22                       *(No response.)*

23         THE COURT:   Okay.   And have you or anyone close to

24   you ever suffered from or taken care of someone who suffered

25   from a mental, emotional, or psychological illness or

1    disorder?

2            And have you or anyone close to you ever had any

3    experience, whether positive or negative, with any mental

4    healthcare professional or mental health provider?

5            MR. KENDALL:  Your Honor.

6            THE COURT:  Did I miss somebody?

7            MR. KENDALL:  Your Honor, I believe No. 18 had an

8    answer to the last question.

9            THE COURT:  Okay, No. 18, why don't you tell us

10   about that?

11           THE PROSPECTIVE JUROR:  Okay.  So I just took -- I

12   don't know if this counts -- but studying psychology in

13   college.  And then for No. 16, I had a psychologist for a

14   few months in high school.

15           THE COURT:  Okay.

16           Anybody have yes answers to any of those

17   questions?

18                        *(No response.)*

19           THE COURT:  All right.  And has anybody had any

20   experience in your life that would interfere with or make it

21   difficult for you to evaluate testimony concerning mental

22   conditions or brain damage?

23                        *(No response.)*

24           THE COURT:  I don't see any hands.

25           The potential punishment, as I said before, can

1    never be considered by the jury in determining whether the

2    defendant is guilty or not guilty of the offense.

3            Is there anyone who can't put aside any concerns

4    you might have about the potential punishment in arriving at

5    a fair and just verdict?

6                        *(No response.)*

7            THE COURT:   Great.   Thank you.

8            Again, sort of a catchall question.   Even if I

9    haven't been smart enough to ask the question that would

10   bring it out, is there any reason that you think you can't

11   be a completely fair and impartial juror in the case?

12           Anything you think you would want to know if you

13   were sitting at either of these tables picking a jury?

14               (The prospective jurors responded.)

15           THE COURT:   Juror No. 16.

16           THE PROSPECTIVE JUROR:   I just wanted to mention

17   that you mentioned about the hotel stay.   I did more

18   research on our break on the hotel stay.   They're mentioning

19   it would be an upfront cost that I'd have to pay out of my

20   pocket of probably $400 for four days' worth of jury service

21   and I'm not sure if I can financially do that.

22           THE COURT:   is that right, Deb?   Do you know?

23           THE CLERK:   I don't know but I will check.

24           THE PROSPECTIVE JUROR:   This is on your website.

25   It said you would be up to a week before you get paid from

1    the service.  But I'd have to come up with that.  And, you

2    know, at the end of the month I just paid bills and it would

3    be hard to support my wife.

4              THE COURT:  I didn't know that was the case.

5    We'll doublecheck on that.  Thank you.

6              All right.  From the government, any questions?

7              MS. PALMER:  Juror No. 14, you're a behavioral

8    analyst?

9              THE PROSPECTIVE JUROR:  Yes.

10             MS. PALMER:  Do you work with law enforcement

11   officers at all?

12             THE PROSPECTIVE JUROR:  No.

13             MS. PALMER:  Do you work with psychologists and

14   psychiatrists?

15             THE PROSPECTIVE JUROR:  I wouldn't say I worked

16   full on-site, if you know what I mean?  I staff with them at

17   meetings to discuss the clients that we've had but usually

18   just to get ideas about maybe what kinds of medications

19   they're taking or if they have any input on the plan.

20             MS. PALMER:  And Juror No. 9, you said that your

21   husband is a police officer; right?  Oh, sorry.  Your cousin

22   was a police officer?

23             THE PROSPECTIVE JUROR:  Yes, my cousin is a police

24   officer.

25             MS. PALMER:  Okay.  And then you also had two

1    cousins who had negative situations with a police officer?

2           THE PROSPECTIVE JUROR:   That's right.

3           MS. PALMER:   So, generally, you don't have a

4    negative feeling for police officers overall; right?

5           THE PROSPECTIVE JUROR:   It's kind of conflicting

6    because I know my cousin is a different person but from the

7    experiences that I've had with my cousins, it kind of gets

8    you angry to know that the system or people -- not the

9    system but just individuals that are out there as

10   authoritative figures to protect and serve who don't protect

11   and serve because they can be brutal.

12          How that when the person said they can go from

13   zero to 60 really quickly because they can -- it's a power

14   trip; that they feel that they can be forceful on you and I

15   think that's inappropriate.

16          MS. PALMER:   Do you think that your cousin is a

17   good cop?

18          THE PROSPECTIVE JUROR:   My cousin, yes.

19          MS. PALMER:   So you think officers are like other

20   people?  Some are good officers and some are bad officers?

21          THE PROSPECTIVE JUROR:   I agree.  I did say that.

22   I do believe there are some that are good and some that are

23   bad.  They take their powers too much to their head.

24          MS. PALMER:   And do you think some -- just like

25   some officers might be honest and some might be not honest?

1    THE PROSPECTIVE JUROR:   Yes.

2    MS. PALMER:   So do you think that you would be

3  able to -- the law enforcement officers who might testify,

4  you would be able to just consider whatever they said today

5  and observe them and kind of make that decision?

6    THE PROSPECTIVE JUROR:   Based on what is presented

7  like fact, you know, I could -- I can go based on what I see

8  as evidence and go on that than what my perception of what I

9  think about what cops are in general.   But I think -- I

10  don't know if I will be --

11    I have to be put in a situation to actually know

12  if I'd be able to make the right choice, not being biased

13  about certain, you know, things that I see presented.

14    I don't know if that made sense.

15    THE COURT:   All right.   And if during the course

16  of the trial all the sudden you decide:   Well, gee, no, it's

17  not that I'm evaluating the evidence.   I'm just biased and I

18  can't really listen to the evidence.   Would you let me know

19  right away?

20    THE PROSPECTIVE JUROR:   Yes.

21    THE COURT:   Okay.   Thank you.

22    (Plaintiff's counsel conferred.)

23    MS. PALMER:   Juror No. 14, one more question for

24  you.   So in your work that you've done with psychologists

25  and psychiatrists, if there's testimony from psychologists

1    or psychiatrists, would you evaluate it just like any other

2    testimony?

3              THE PROSPECTIVE JUROR:  Yes, absolutely.

4              MS. PALMER:  Thank you.

5              THE COURT:  Thank you.

6              And for the defense?

7              MS. BEDNARSKI:  No, thank you.

8              THE COURT:  All right.  Thank you.  Let's

9    approach.

10             *(The following was held at the bench:)*

11             THE COURT:  All right.

12             MS. PALMER:  Number 17, Your Honor, he said --

13             THE COURT:  You don't need to say anything about

14   17.  Do you have an objection about 17?

15             MS. BEDNARSKI:  No.

16             THE COURT:  Okay.  17 will be excused.

17             Stipulation to excuse No. 16?

18             MS. PALMER:  Yes.

19             MS. BEDNARSKI:  Yes.

20     *(The following was in the prospective jurors' presence:)*

21             THE COURT:  All right.

22             Juror No. 16, you're excused.  You're ordered to

23   return to the jury room.  Thank you very much.

24         (The prospective juror exited the courtroom.)

25             THE COURT:  And Juror No. 17, you're excused.

1    You're ordered to return to the jury room.

2           (The prospective juror exited the courtroom.)

3               THE COURT:  And the peremptory is with the

4    defense.

5               MS. BEDNARSKI:  Moment, Your Honor?

6               THE COURT:  Sure.

7                    (Defense counsel conferred.)

8               MS. BEDNARSKI:  Your Honor, we'll accept the panel

9    as presently constituted.

10              THE COURT:  Thank you.

11              Peremptory with the government.

12              MS. PALMER:  Your Honor, we'd like to thank and

13   excuse Juror No. 5.

14              THE COURT:  Juror No. 5, thank you very much.

15   You're excused.  You're ordered to return to the jury room.

16          (The prospective juror exited the courtroom.)

17              THE COURT:  Juror No. 13, please take seat No. 5.

18   You'll be Juror No. 5.

19              And the peremptory will be with the defense.

20              MS. BEDNARSKI:  Your Honor, we'll accept the panel

21   as presently constituted.

22              THE COURT:  Peremptory is with the government.

23              MS. PALMER:  Your Honor, the government would like

24   to thank and excuse Juror No. 2.

25              THE COURT:  Juror No. 2, thank you very much.

1    You're excused.   You're ordered to return to the jury room.

2           (The prospective juror exited the courtroom.)

3           THE COURT:   Juror No. 14, would you please take

4    seat No. 2.   You are now Juror No. 2.

5           And Juror No. 15, would you take seat No. -- wait

6    a minute.   Am I confused here?

7           Are we okay?   Yes.   All right.

8           Peremptory with the defense.

9           MS. BEDNARSKI:   Thank you, Your Honor.   The

10   defense will thank and excuse Juror No. 5.

11          THE COURT:   Juror No. 5, thank you very much.

12   You're excused.   You're ordered to return to the jury room.

13          (The prospective juror exited the courtroom.)

14          THE COURT:   Juror No. 15, would you please take

15   seat No. 5.   You are now Juror No. 5.

16          And the peremptory is with the defense.

17          MS. BEDNARSKI:   I'm sorry to have had you walk but

18   the defense would like to thank and excuse Juror No. 15 now

19   No. 5.

20          THE COURT:   All right.   Juror No. 5, you're out of

21   here.

22                          *(Laughter.)*

23          (The prospective juror exited the courtroom.)

24          THE COURT:   And Juror No. 18, please take seat

25   No. 5.   You're now Juror No. 5.

1          And the peremptory is still with the defense.

2          MS. BEDNARSKI:  Thank you, Your Honor.  The

3     defense would thank and excuse Juror No. 5.

4          THE COURT:  Okay.  Caught you this time.

5          (The prospective juror exited the courtroom.)

6          THE COURT:  All right, Ms. Plato.

7          THE CLERK:  Yes, Your Honor.

8     Robert A., Juror No. 5.

9          THE COURT:  And for our front row there,

10    Juror No. 13.

11         THE CLERK:  Phillip Q.

12    Number 14, Stephanie M.  No, wait.  Nope.  Sorry.

13    Christopher K., No. 14.

14         THE COURT:  You're next.

15         THE CLERK:  Number 15, Stephanie M.

16    Number 16, Tal A.

17    Number 17, Francisco D.

18    And No. 18, Lillian L.

19         THE COURT:  All right.  Let's do the same thing

20    again.  Let's start off with our new juror who was

21    Juror No. 5 and just give us the information on that single

22    sheet starting off with residence.

23         Do you have the microphone, sir?

24         THE PROSPECTIVE JUROR:  Yes, sir.  I mean yes,

25    ma'am.  So sorry.  That's how nervous I am.

1          Okay.  I live in San Dimas.  I went two years

2   junior college and two years of a four-year college.  I work

3   for Ironworkers Local 416, the Union.  My occupation is

4   business agent.

5          I am married with two children.  My youngest,

6   23-year-old living at home going to junior college himself

7   and working at Buffalo Wild Wings having a good old time;

8   and my daughter is married and she's into the restaurant

9   business with my son-in-law.

10          THE COURT:  And does your spouse work outside the

11   home?

12          THE PROSPECTIVE JUROR:  Yeah.  No, she doesn't.

13   She's at home.

14          THE COURT:  Okay.  And any jury service?

15          THE PROSPECTIVE JUROR:  Yes, I did.  I had a prior

16   one in Pomona probably about six years ago.

17          THE COURT:  Okay.  Civil or criminal?

18          THE PROSPECTIVE JUROR:  I believe it was civil.

19          THE COURT:  And do you remember what the case was

20   about?

21          THE PROSPECTIVE JUROR:  Yes.  It was a Caruso

22   Christmastime Santa Claus that wasn't -- didn't have a

23   background check but got the job.  Found out later on the

24   owner Caruso kicked him out, took his equipment, his chair,

25   his presents, and microphone and the whole nine yards.  Used

1    it and the guy came back even though he wasn't allowed the

2    job.  He came back to fight the usage of his possessions.

3              THE COURT:  Okay.  And was there a verdict without

4    telling us what it was?

5              THE PROSPECTIVE JUROR:  Yes, there was.

6              THE COURT:  All right.  Thanks.

7              THE PROSPECTIVE JUROR:  You're welcome.

8              THE COURT:  And Juror No. 13.

9              THE PROSPECTIVE JUROR:  I live in the San Fernando

10   Valley.  I have a Bachelor of business administration.  No

11   employer as I am retired.  Unemployed from the motion

12   picture business.  I'm single.  No children.  I've been

13   called three times for civil jury service but never made it

14   on to a jury.

15             THE COURT:  All right.  And Juror No. 14.

16             THE PROSPECTIVE JUROR:  Area of residence, Ventura

17   County.  Associates of Science.  I work at Los Robles

18   Hospital as an x-ray assistant.  Single.  No adult children.

19   And I had prior jury service but I didn't get put on -- I

20   didn't get selected to be on the jury.

21             THE COURT:  Okay.  Juror No. 15.

22             THE PROSPECTIVE JUROR:  I live in Redondo Beach.

23   I have a Bachelor's Degree.  I work for Fowler & Moore

24   Interiors as an interior designer.  I'm married and my

25   husband owns a plumbing contracting business.  We have no

1  children and no prior jury service.

2           THE COURT:   Thank you.

3           Juror No. 16.

4           THE PROSPECTIVE JUROR:   I live in San Fernando

5  Valley.   High school degree.   I working only two hours a

6  week as a TA.   Married.   Two kids.   My husband is a CPA.   I

7  was on a civil one.

8           THE COURT:   You were on a civil jury?

9           THE PROSPECTIVE JUROR:   Yeah, but they didn't

10 choose me.

11          THE COURT:   Okay.   And are your children younger?

12          THE PROSPECTIVE JUROR:   14 and 15.

13          THE COURT:   And is the 20-year-old working?

14          THE PROSPECTIVE JUROR:   Part-time and community

15 college.

16          THE COURT:   Okay.   Great.   Thanks.

17          Juror No. 17.

18          THE PROSPECTIVE JUROR:   I live in Azusa.   I'm

19 currently part-time in community college.   I work as a

20 dispatcher at a trash company.   I'm single.   I don't have

21 any children.   And I don't have any prior jury service.

22          THE COURT:   Thank you.

23          Juror No. 18.

24          THE PROSPECTIVE JUROR:   I live in Temple City.   My

25 highest education is business administration.   Bachelor's

1  Degree and my employee is FDB USA.  Occupation is

2  accounting.  I am married.  I have -- my husband is a

3  realtor.  I have one adult son, 21.  He's working in the

4  bank.  I don't have jury service before.

5          THE COURT:  All right.  Thank you.

6          And let's look at that longer list of questions

7  again; and the first question is whether you have any

8  contacts yourself or relative or close friend, law

9  enforcement training or experience, working as a lawyer or

10 in law enforcement, been employed by any law enforcement

11 agency or had any involvement in law enforcement.  That

12 broad question about all sorts of agencies.

13          *(The prospective jurors responded.)*

14          THE COURT:  Juror No. 5.

15          THE PROSPECTIVE JUROR:  Yes, I do have contact

16 with liaison officers for ticket lines in different cities.

17 Labor lawyers.  Protect the members.  And Workers' Comp

18 lawyers also for disabilities and stuff like that.  And

19 negotiations, I'm a part of too for a contract every three

20 years.

21          THE COURT:  Anybody who works in the criminal law

22 field?

23          THE PROSPECTIVE JUROR:  Umm, no, not that I know

24 personally.

25          THE COURT:  Okay.  Anybody out here?

1           (The prospective jurors responded.)

2           THE COURT:  Juror No. 15.

3           THE PROSPECTIVE JUROR:  My best friend is a

4  criminal defense lawyer.

5           THE COURT:  Locally?

6           THE PROSPECTIVE JUROR:  In the Torrance area.

7           THE COURT:  Okay.  And do you talk to that person,

8  he or she, about the work that you do?

9           THE PROSPECTIVE JUROR:  I do and she has helped

10  with me with charges I had against myself before.

11           THE COURT:  Okay.  And we'll probably get to that

12  later.

13           And Juror No. 17.

14           THE PROSPECTIVE JUROR:  I worked for a year and a

15  half, two years, at a tow truck company.  We're official

16  police tow.  We did a lot of police checkpoints and other

17  services.

18           I was in constant contact and I would kind of hang

19  out with the dispatchers in the office during the day

20  whenever they filed paperwork or picked paperwork up.

21           THE COURT:  Okay.  Thanks.  Did I miss anybody?

22           (The prospective jurors responded.)

23           THE COURT:  Yes, Juror No. 14.

24           THE PROSPECTIVE JUROR:  My best friend is a police

25  officer for Ventura County.

1          THE COURT:  Is that person out on the streets
2    doing patrol or some other function?
3          THE PROSPECTIVE JUROR:  He was a -- he's now in
4    the academy.  He was on patrol.  It's kind of like a parking
5    ticket officer.
6          THE COURT:  Okay.  Is he now teaching at the
7    academy?
8          THE PROSPECTIVE JUROR:  No.  He's in the academy.
9          THE COURT:  Okay.  Anybody else?
10                    (No response.)
11         THE COURT:  All right.  The next couple of
12   questions together.  Would you have any difficulty measuring
13   the testimony of law enforcement officers by the same
14   standards as any other witness?
15         Do you believe a law enforcement officer's
16   testimony is more likely or -- let's say -- less likely to
17   be truthful than that of a civilian witness?
18         Any strong feelings, beliefs, or opinions about
19   law enforcements officers in general or about altercations
20   that involve law enforcement officers and civilians?
21         Anybody have a yes answer to those?
22                    (No response.)
23         THE COURT:  I don't see any hands.
24         Okay.  Would anyone have any concern or hesitation
25   about returning a verdict, guilty or not guilty, in a trial

1    in which there was testimony from law enforcement officers

2    and employees of the U.S. Forest Service?

3              Have you had positive or negative experiences with

4    the U.S. Forest Service?

5              Any positive or negative feelings, beliefs,

6    opinions about that service or its officers or employees?

7              Any yes answers to those questions?

8                        *(No response.)*

9         THE COURT:  Okay.  Anyone a member of a group or

10   organization for which a main purpose is the suppression of

11   crime or a group that advocates for criminal justice reform?

12             Do we have any of those?

13                       *(No response.)*

14        THE COURT:  Okay.  No hands.

15             Next group of questions:  Have you, a relative, or

16   close friend been stopped or questioned by law enforcement

17   officers, accused of, charged with, or convicted of a crime?

18             Do you believe you, relative, or a close friend

19   has been treated badly by the government, law enforcement or

20   the courts?

21             Ever filed a formal or informal complaint or

22   lawsuit against a law enforcement officer or been the victim

23   of a crime or assault of violence of any kind?

24                  *(The prospective jurors responded.)*

25        THE COURT:  Anybody had that experience?  And I

1    see Juror No. 15.

2            THE PROSPECTIVE JUROR:  I have been arrested six

3    times.  One was domestic violence.  One was DUI.  There were

4    a couple of other charges.  I was only ever accused of the

5    DUI charge.

6            I've also been a victim of a crime.  I went

7    through a four-year court case.  It was a sexual harassment

8    with a Los Angeles County lifeguard.

9            THE COURT:  All right.  So with regard to the

10   charges, were you convicted of any of those crimes?

11           THE PROSPECTIVE JUROR:  I was only convicted of

12   the DUI.

13           THE COURT:  Okay.  How long ago was that?

14           THE PROSPECTIVE JUROR:  The most recent time was

15   three years ago.

16           THE COURT:  Okay.

17           THE PROSPECTIVE JUROR:  And I wasn't -- I wasn't

18   convicted of anything but I did spend time in jail for it.

19           THE COURT:  Okay.  Obviously, those are not

20   pleasant experiences.  Do you believe that you could be fair

21   in this case despite those?

22           THE PROSPECTIVE JUROR:  I was treated very poorly

23   by a police officer and was actually pretty abused and had

24   some bumps and bruises from it.  But I think that I can --

25   not all cops are bad so I think that I can separate that.

1           THE COURT:  Okay.  Thank you.

2           Anybody else?

3               (The prospective jurors responded.)

4           THE COURT:  Juror No. 17.  Okay.

5           THE PROSPECTIVE JUROR:  Yeah.  My sister's fiance

6   was accused of illegal weapon trafficking and possession of

7   an illegal weapon and convicted of possession and attempted

8   sales of methamphetamines in 2009.

9           THE COURT:  Did you have any personal knowledge?

10  Did you go to court or --

11          THE PROSPECTIVE JUROR:  Our house was raided while

12  he was living there at like at 2:00 a.m. so I spent a couple

13  of hours outside because of it, and then I went to the court

14  proceedings with my sister.

15          THE COURT:  What happened with that case?

16          THE PROSPECTIVE JUROR:  He's serving time.  He was

17  given a ten-year sentence.

18          THE COURT:  Okay.  And do you think that you could

19  be fair even though that happened to you?

20          THE PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Okay.  Did I miss anybody?

22              (The prospective jurors responded.)

23          THE COURT:  Yes, Juror No. 13.

24          THE PROSPECTIVE JUROR:  A long time ago I was

25  arrested and convicted of DUI 30 years ago in Utah.

1          THE COURT:   Okay.   Thank you.

2          Anybody else?

3                         *(No response.)*

4          THE COURT:   Okay.   Have you, a relative, or close

5    friend ever been involved in a situation where you were that

6    person felt threatened by someone or have you or relative or

7    q close friend ever sought or received a protective order or

8    had such an order issued against another person at your

9    request or issued against you?

10         Anybody have yes answers to those questions?

11             (The prospective jurors responded.)

12         THE COURT:   Juror No. 15.

13         THE PROSPECTIVE JUROR:   I did have a restraining

14   order against the lifeguard that I went to court with for a

15   sexual harassment case and I was threatened by him.

16         THE COURT:   Threatened my him?

17         THE PROSPECTIVE JUROR:   Yes.

18         THE COURT:   Okay.   What kind of threat was it?

19         THE PROSPECTIVE JUROR:   Just that if I ever said

20   anything or if I took it to court that he would do harm to

21   me.

22         THE COURT:   Okay.   Anybody else?

23                         *(No response.)*

24         THE COURT:   All right.   Does anyone have such

25   strong feelings or have any strong feelings, beliefs, or

1    opinions about the American criminal justice system in

2    general, the criminal laws of the United States, or the

3    charge in this case that would make it difficult for you to

4    be fair and impartial?

5                          *(No response.)*

6            THE COURT:   Does anybody have any reservations

7    about sitting in judgment of another person and returning a

8    verdict?

9                          *(No response.)*

10           THE COURT:   Has anybody studied psychology or

11   psychiatry or worked in those fields?  You or anyone close

12   to you had any experience with or contact with psychologists

13   or psychiatrists?

14           Do you have such strong feelings, beliefs, or

15   opinions or any strong feelings, beliefs, or opinions about

16   the psychiatric profession or about the place of

17   psychological testimony in a criminal trial?

18           Anybody have any yes answers to that?

19               (The prospective jurors responded.)

20           THE COURT:   Juror No. 13.

21           THE PROSPECTIVE JUROR:   Yeah.   35 years ago I

22   studied three or four psychology courses, and I'm currently

23   under the care of a psychiatrist for depression and anxiety.

24           THE COURT:   Okay.   Thank you.

25           And Juror No. 15, did I see your hand?

1    THE PROSPECTIVE JUROR:  I was under the care of

2    psychologists and psychiatrists when I was going through the

3    sexual abuse case but I no longer am.

4    THE COURT:  Okay.  Anybody else?

5    *(No response.)*

6    THE COURT:  All right.  And other than what we've

7    heard, has anybody here, anyone close to you ever suffered

8    from or taken care of someone who suffered from a mental,

9    emotional, or psychological illness or disorder where you or

10   anyone close to you had any experience, positive or

11   negative, with any mental health professional or mental

12   healthcare provider?  Anybody have a yes answer to that?

13   (The prospective jurors responded.)

14   THE COURT:  And Juror No. 3, you thought of

15   something.

16   THE PROSPECTIVE JUROR:  I've seen a counselor in

17   the past and I'm currently seeing a counselor.

18   THE COURT:  Okay.  And do you know whether that

19   person is a psychologist or psychiatrist?

20   THE PROSPECTIVE JUROR:  They're not a

21   psychiatrist.  I have seen a psychiatrist in the past for

22   anxiety.

23   THE COURT:  Okay.  Thank you.

24   Anybody else?

25   (The prospective jurors responded.)

1        THE COURT:  Yes.  Juror No. 15.

2        THE PROSPECTIVE JUROR:  I have a boss who is

3   bipolar.  She takes medication.

4        THE COURT:  Okay.  Thanks.

5        And anybody else?

6            *(A prospective juror responded.)*

7        THE COURT:  Juror No. 17.

8        THE PROSPECTIVE JUROR:  I suffer from depression

9   and I see a psychiatrist.  No, psychologist.

10        THE COURT:  Okay.  Thank you.

11        Anybody else?

12            *(No response.)*

13        THE COURT:  Okay.  Anybody have any experience in

14   your life that would interfere with or make it difficult for

15   you to evaluate testimony concerning mental conditions or

16   brain damage?

17            *(No response.)*

18        THE COURT:  I don't see any hands and, again, the

19   potential punishment for the offense charged can't be

20   considered by the jury in determining whether the defendant

21   is guilty or not guilty.

22        Is there anyone who can't put aside any concerns

23   you might have about potential punishment in arriving at a

24   fair and just verdict in this case?

25            *(No response.)*

1          THE COURT:   No hands.

2          And then sort of our catchall question, even if I

3    haven't thought of a question that would bring it out, do

4    you know of any reason at all you can't be a completely fair

5    and impartial juror?

6          Is there anything you would want to know if you

7    were picking a jury on either table here, either the

8    prosecution or the defense?  Anything I haven't asked?

9          (The prospective jurors responded.)

10         THE COURT:   Juror No. 16.

11         THE PROSPECTIVE JUROR:   Like I said in the

12   beginning, I can't understand the English.

13         THE COURT:   Okay.  Have you been understanding

14   what we've been saying or are you just concerned about --

15         THE PROSPECTIVE JUROR:   No, I'm just -- the law.

16   I don't know about what they say.

17         THE COURT:   So you don't --

18         THE PROSPECTIVE JUROR:   I don't understand.

19         THE COURT:   You don't know what we're saying?

20         THE PROSPECTIVE JUROR:   Most of the time.

21         THE COURT:   What do you do for a living?  Remind

22   me again.

23         THE PROSPECTIVE JUROR:   I'm a CPA but it's two

24   hours a week.

25         THE COURT:   And do you speak English in that job?

1    THE PROSPECTIVE JUROR:   No.   Hebrew.

2    THE COURT:   Igbo?

3    THE PROSPECTIVE JUROR:   Hebrew.   Okay.

4    THE COURT:   But do you work with people who speak

5    English?

6    THE PROSPECTIVE JUROR:   Most of the time I speak

7    Hebrew.

8    THE COURT:   There are that many kids who speak

9    Igbo?

10   THE PROSPECTIVE JUROR:   Hebrew.

11   THE COURT:   Oh, Hebrew.

12   THE PROSPECTIVE JUROR:   Hebrew.   My accent.

13   THE COURT:   Okay.   A lot more people speaking

14   Hebrew than Igbo.

15   THE PROSPECTIVE JUROR:   I guess so.

16                           *(Laughter.)*

17   THE COURT:   It's not funny.   I've had people who

18   needed an Igbo interpreter.   It's very hard to find one of

19   those.   We usually have to have them by telephone from some

20   other part of the country.

21   Okay.   Thank you.

22   From the government, any questions?

23   MS. PALMER:   No, Your Honor.

24   THE COURT:   And from the defense?

25   MS. BEDNARSKI:   No, thank you.

1        THE COURT:  All right.  Shall we approach?

2           *(The following was held at the bench:)*

3        THE COURT:  The parties have stipulated to excuse

4    16.  There are no other challenges for cause.  That's it.

5              *(Pause in the proceedings.)*

6        MS. BEDNARSKI:  While we're here, do we know which

7    challenge we're on?

8        THE COURT:  The defense has used six challenges.

9    The government has used four challenges.

10     *(The following was in the prospective jurors' presence:)*

11       THE COURT:  The peremptory is with the defense.

12       MS. BEDNARSKI:  The defense will accept the panel

13   as presently constituted.

14       THE COURT:  Thank you.  Peremptory with the

15   government.

16              *(Pause in the proceedings.)*

17       MS. PALMER:  Your Honor, the government accepts

18   the panel as presently constituted.

19       THE COURT:  All right, ladies and gentlemen,

20   please stand and raise your right hands.

21       Ms. Plato, will you swear in our jurors?

22       THE CLERK:  Yes, Your Honor.

23                   JURORS SWORN

24       THE CLERK:  Do you and each of you solemnly swear

25   or affirm that you will well and truly try the cause now

1   before the Court and that a true verdict therein render

2   according to the evidence and instructions of this Court so

3   help you God?

4           THE JURORS:  I do.

5           THE COURT:  Thank you.  Have a seat.

6           Juror No. 16, you're excused.  You should return

7   to the jury room.  Thank you very much.

8           (The prospective juror exited the courtroom.)

9           THE COURT:  Each side gets one peremptory.

10          Peremptory to 13 and 14.  Let's use two

11  alternates.

12          The government.

13          MS. PALMER:  Your Honor, the government accepts

14  the alternate jurors.

15          THE COURT:  For the defense.

16          MS. BEDNARSKI:  The defense would ask the Court to

17  thank and excuse Juror No. 14.

18          THE COURT:  All right.  Juror No. 14, you're

19  excused.

20          (The prospective juror exited the courtroom.)

21          THE COURT:  You're ordered to return to the jury

22  room.  Peremptory with the government to 13 and 14.

23          MS. PALMER:  Your Honor, the government would

24  thank and excuse Juror No. 15.

25          THE COURT:  Juror No. 15, thank you very much.

1    You're excused.

2           (The prospective juror exited the courtroom.)

3           THE COURT:   Juror 13, would you take the seat up

4    here, please.   And you, sir, would you take the next seat up

5    here.

6           And, Ms. Plato, would you swear in our alternate

7    jurors.

8           THE CLERK:   Yes, Your Honor.

9                  ALTERNATE JURORS SWORN

10          THE CLERK:   Again, raise your right hand.

11          Do you and each of you solemnly swear or affirm

12   that you will well and truly try the cause now before the

13   Court and a true verdict render therein according to the

14   evidence and instructions of this Court so help you God?

15          THE JURORS:   I do.

16          THE COURT:   Thank you very much.   Have a seat.

17          Ladies and gentlemen in the audience, thank you

18   very much for being with us.   I know sometimes if you're not

19   selected for the jury you're very disappointed and you also

20   feel that your time has been wasted.

21          But I hope you realize we can never really figure

22   out how many more jurors we're going to need and so we

23   always call a few extras.   We hope we don't run out.   So you

24   have all served a valuable purpose here.

25          You are now excused.   You're ordered to return to

1  the jury room.  Make sure you go back there or they will not

2  count this as your jury service and they may call you again.

3              So make sure you get back there and bring your

4  badges.  You can leave those lists of questions just right

5  where you are.

6      *(The remaining prospective jurors exited the courtroom.)*

7              THE COURT:  All right, ladies and gentlemen, sit

8  back and relax.

9              You are now the jurors and the alternate jurors in

10  this case and I'm going to take a few minutes to tell you

11  about your duties as jurors and to give you some preliminary

12  instructions.

13          PRELIMINARY JURY INSTRUCTIONS BY THE COURT

14              THE COURT:  At the end of the trial, I'll give you

15  more detailed written instructions that will control your

16  deliberations.

17              All of the Court instructions, whether given

18  before, during, or after the taking of testimony, including

19  the instructions I gave you before you were chosen as

20  jurors, are important.

21              When you deliberate, it will be your duty to weigh

22  and to evaluate all the evidence in the case and, in that

23  process, to decide the facts.

24              You must apply the law as I state it to you to the

25  facts as you determine them and in this way arrive at your

1   verdict.

2           You must decide the case solely on the evidence

3   received in the trial and not from any other source and on

4   the law, as I have given it to you, whether you agree with

5   the law or not.

6           And you must not be influenced by any personal

7   likes or dislikes, opinions, prejudices, or sympathy.

8           Do not take anything I may say or do during the

9   trial as indicating what I think of the evidence or what

10  your verdict should be.  That is a matter entirely up to

11  you.

12          Evidence is the sworn testimony of witnesses, the

13  exhibits that are received into evidence, and any facts to

14  which the parties may agree; and if they do agree to facts,

15  I'll tell you specifically what those are.

16          And in deciding the facts in this case, you may

17  have to decide which testimony to believe and which

18  testimony not to believe.  You may believe everything a

19  witness says or part of it or none of it.

20          In evaluating the testimony of witnesses, you

21  should consider the following questions.  How well could the

22  witness see or hear or otherwise sense the things about

23  which the witness testified?

24          How well was the witness able to remember and

25  describe what happened?

1          What was the witness's behavior while testifying?

2          Did the witness understand the questions and

3     answer them directly?

4          Did the witness have a reason to lie such as bias

5     or prejudice or personal interest in how the case is

6     decided?

7          What was the witness's attitude about the case or

8     about testifying?

9          How reasonable is the testimony when you consider

10    all the other evidence in the case?

11         Did other evidence in the case prove or disprove

12    any fact about which the witness testified?

13         You should use your common sense and good judgment

14    to evaluate the testimony based on all the circumstances.

15         There are two kinds of evidence, direct and

16    circumstantial.  Direct evidence is direct proof of a fact

17    such as testimony by a witness about what that person

18    personally saw or heard or did.

19         Circumstantial evidence is indirect evidence, that

20    is, it's proof of one or more facts from which you could

21    conclude that other facts exist.

22         You are to consider direct and circumstantial

23    evidence.  Either can be used to prove any fact.

24         The law makes no distinction between the weight to

25    be given to either direct or circumstantial evidence.  It's

1   for you to decide how much weight to give to any evidence.

2          At times I might find it necessary to direct one

3   or more of the attorneys to do or not to do certain things.

4   I may even find it necessary to make some criticism of an

5   attorney's conduct.

6          If I do so, you must not show prejudice toward the

7   attorney or the side the attorney represents simply because

8   I have found it necessary to say something to the attorney.

9          And as I said, you must accept and follow the law

10  as I state it to you whether or not you agree with the law.

11         If anything concerning the law said by the

12  attorneys in their arguments or at any other time during the

13  trial conflicts with my instructions on the law, you must

14  follow my instructions.

15         The following things are not evidence and you must

16  not consider them as evidence in deciding the facts of the

17  case.

18         Statements or arguments by attorneys are not

19  evidence.

20         Questions and objections are not evidence.

21         Do not assume to be true any insinuation suggested

22  by a question asked a witness.

23         A question may be considered only as it helps you

24  to understand the answer.

25         There are rules that control what can be presented

1    in a case; and when an attorney asks a question or offers an

2    exhibit in evidence and the attorney on the other side

3    thinks it be permitted by the rules, that attorney may

4    object.

5              If a question is objected to and the objection is

6    sustained, which means the witness may not respond, you must

7    not guess about what the answer might have been or the

8    reason for the objection.

9              Of course if the objection overruled and the

10   witness is allowed to answer, you may consider that answer

11   as you would any other evidence in the case.

12             And please remember that it's an attorney's duty

13   to object to questions that the attorney believes are not

14   proper; and you should not show prejudice toward the

15   attorney or the side the attorney represents because the

16   attorney makes an objection.

17             You can't consider as evidence anything you may

18   see or hear when the Court is not in session even if what

19   you see or hear is done or said by one of the parties or by

20   one of the witnesses.

21             Sometimes I may order that evidence be stricken

22   and that you disregard or ignore the evidence.  That means

23   that when you're deciding the case you must not consider the

24   evidence for any purpose.  Treat it as though you had never

25   heard of it.

Some evidence might be admitted only for a limited purpose; and when I tell you that certain evidence has been admitted for a limited purpose, you may consider it for that purpose only and not for any other purpose.

You'll be given notebooks and pencils.  If you wish, you may take notes to help you remember the evidence. If you do take notes, keep them to yourself until you and your fellow jurors go to the jury room to decide the case. And you should not permit notetaking to distract you or prevent you from listening carefully to other testimony.

Remember you are the judges of the believability of the witnesses and notes are only to assist your memory and they shouldn't take the place of your memory.  Jurors shouldn't be overly influenced by what that juror or any other juror writes down.

Some testimony might have seemed unimportant at the time it was presented and, therefore, it wasn't written down.  But it might turn out to be important later in the trial after all the evidence is submitted and you've heard the arguments of counsel and the jury instructions.

A juror who does not take notes should rely on his or her own recollection of the evidence and not be influenced by the fact that other jurors do take notes.

Leave your notebooks on your seat when you leave each day and at each recess.  You will be able to take them

1    into the jury room when you deliberate.

2           And by the way, you may see me taking notes during

3    the trial but I take notes for different reasons.  So when

4    you see me writing something down, it doesn't necessarily

5    mean that you should write it down.

6           At the end of the trial, you'll have to make your

7    decision based on what you recall of the evidence.  You will

8    not have a written transcript of the trial so please pay

9    close attention to the testimony as it's given.

10          Sometimes there's a tendency on the part of juries

11   immediately to request that the testimony of one or more

12   witnesses be read back; and as you can see, Ms. Cuneo is

13   taking down everything we say while we're on the record.

14          But she doesn't take her notes or her computer

15   home every night and translate what she's taken down into a

16   transcript.  So there's nothing that can be provided to you.

17          If you ask for something to be read back, she has

18   to go back through all her notes, find what you ask for,

19   take out objections and sidebars and things like that; and

20   she'd only read back the testimony that was heard in court

21   and she is terrific and computers speed things up but that

22   still does take a lot of time.

23          Now, if there's any disagreement among you as to

24   testimony, I will of course try to comply with your request

25   but please don't ask for testimony that isn't necessary to

1    your decision.

2              And somehow the shorter a trial is, the more often

3    jurors ask for things to be read back.  Maybe it's because

4    it takes a little while to start paying attention.  This is

5    going to be a relatively short trial so please try to pay

6    attention right away.

7              In my court I allow jurors to ask questions.  I'll

8    explain how we do that.  If you have a question during the

9    trial, you can write it down on a piece of paper and raise

10   your hand until I acknowledge you or Ms. Plato does.

11             Don't sign your name.  Ms. Plato will come over

12   and get your question.

13             Your question may or may not be asked.  As they do

14   with each other, the attorneys might have an objection to

15   your question.  We're not trying to hide anything from you

16   but we have to be sure that all the rules of evidence are

17   followed.

18             And if your question is not asked or it's asked

19   and objected to, just forget about it.  Don't try to guess

20   what the answer might have been or why it wasn't asked.

21             It might be the question will be asked of another

22   witness or that nobody knows the answer or that the question

23   just isn't legally permissible or a proper matter for you to

24   consider.

25             If the question is answered, you can consider the

1   answer as you would any other evidence in the case; but

2   remember in asking questions you're not to act as advocates.

3   We don't need any extra attorneys.  We need impartial triers

4   of the facts.

5            And remember you need to get our attention to ask

6   your question before the witness leaves because once a

7   witness leaves, I can't call the witness back to the stand

8   because you thought of a question.

9            You will be permitted to separate at recesses and

10  you must return following the recesses at such times as I

11  instruct you.  During the recesses, you must not discuss

12  with anyone any subject connected with the trial.  You can't

13  even discuss it among yourselves.

14           When you're together in the hall or the jury room

15  or anywhere else, you must speak only of matters entirely

16  unrelated to the trial.

17           And during the course of the trial and before you

18  begin your deliberations, you must keep an open mind on the

19  case and on all the issues you'll be asked to decide.

20           In other words, you must not form or express any

21  opinion on the case until the matter is finally submitted to

22  you.

23           And remember all the other orders that I gave you

24  at the start of the proceedings.  Don't talk to anyone or

25  allow anyone to talk to you and don't attempt to do any

1    research of any kind on the Internet or otherwise on any

2    subject connected with this trial.

3            And please keep wearing your juror badges where

4    they can be seen so nobody accidentally talks to you or in

5    front of you.

6            If you need to communicate with me at any time,

7    just give a signed note to our bailiff when we have one or

8    to Ms. Plato.

9            By the way, as you may know, all of our courtrooms

10   are public courtrooms.  People sometimes like to come and

11   watch trials.  That's perfectly all right.  You shouldn't

12   let it distract you if people come in and out.

13           Sometimes my law clerks come in to watch portions

14   of the trial and they may sit over there in the audience.

15   Please be sure, though, that none of your friends or

16   relatives are present in the courtroom unless I know about

17   it.

18           It's very important that you don't hear from them

19   anything that happened during the times the jury is not in

20   the courtroom and that you not discuss with them what

21   happened when you were here.

22           So if at any time you see someone you know come

23   into the courtroom, just be sure to send a note through

24   Ms. Plato or the bailiff and let me know about that.

25           As for our alternate jurors, you're bound by all

1    of these rules.  You must not converse with each other or

2    with anyone else on any subject connected with this trial;

3    and you must not form or express any opinion on it until the

4    case is submitted to you which means until such time as you

5    are substituted in for one of the 12 jurors and begin

6    deliberating on the case.

7              And it means that you must not decide how you

8    would vote if you were deliberating with the other jurors

9    and you must not form or express an opinion about the case

10   unless and until you've been substituted in as a juror in

11   the case.

12             We're now ready for the next phase of the trial.

13   We're going to take a break first.  This is a convenient

14   time.  When we come back, each side may make an opening

15   statement and then the government will present evidence and

16   the defense can cross-examine the witnesses called by the

17   government.  The defendant may present evidence after that

18   and the government may cross-examine the witnesses.

19             Witnesses don't necessarily testify about things

20   in the order in which they happened and sometimes I allow

21   witnesses to testify out of what might seem like a

22   chronological order to accommodate their schedules so,

23   again, be sure to keep an open mind until you've heard all

24   the evidence.

25             After the evidence has been presented, I'll

1  instruct you on the law that applies to the case and the

2  attorneys will make their closing arguments and then you'll

3  begin your deliberations.  That's when you go into the jury

4  room to deliberate on a verdict.

5           So as I said, we'll now take a fifteen-minute

6  break.  Don't talk about the case or form or express any

7  opinions about the case until it's finally submitted to you.

8           Remember you are all required to come back here in

9  fifteen minutes.

10          You want to talk to them first?  So Ms. Plato will

11 take you in and show you the jury room and give you a few

12 specific instructions.

13          THE CLERK:  All rise.

14              *(The jurors exited the courtroom.)*

15    *(The following was held outside the jury's presence:)*

16          THE COURT:  Anything anyone needs to talk about?

17                  *(No response.)*

18          THE COURT:  All right.  See you in fifteen

19 minutes.

20                  *(Recess.)*

21    *(The following was held outside the jury's presence:)*

22          THE COURT:  You can have a seat.

23          Ready?

24          THE CLERK:  Yes.

25          THE COURT:  All right.

1        THE CLERK:  All rise.

2            *(The jurors entered the courtroom.)*

3        THE CLERK:  Please be seated.

4        THE COURT:  All right.  Everyone is back and at

5   this time the lawyers will be permitted to make an opening

6   statement if they choose to do so.   Neither side is required

7   to make an opening statement.

8            An opening statement is not evidence.   It's also

9   not argument.   Counsel are not permitted to argue the case

10  at this point in the proceedings.

11           An opening statement is simply an outline by

12  counsel of what he or she believes the evidence will show in

13  the trial and its purpose is to assist you in understanding

14  the case as it's presented to you.

15           Mr. Kendall.

16             OPENING STATEMENT BY MR. KENDALL

17       MR. KENDALL:  Thank you, Your Honor.

18       "The next time I see you, you're dead."  Those

19  were the words that the defendant Richard Latka said to

20  Officer Chad Ellsworth of the United States Forest Service

21  on October 12th, 2014.

22           Officer Ellsworth had been investigating large

23  piles of trash found in the San Bernardino National Forest.

24  As an United States Forest Service officer, it's his job to

25  do exactly those sorts of investigations.

1        He found an address on some pieces of mail amongst

2    those large piles of trash and he drove to that address

3    where he encountered the defendant.

4        The defendant yelled at him.  Charged at him with

5    his fists raised.  He pounded on his car with his fists.  He

6    chased him in his car, in his own car.  He shouted out of

7    his car to witnesses that he was going to kill

8    Officer Ellsworth and then he said directly to

9    Officer Ellsworth, he screamed at him, "The next time I see

10   you, you're dead."

11       Ladies and gentlemen, the defendant in this case

12   is charged with making threats against a federal officer, in

13   this case Chad Ellsworth.

14       The evidence will show how he threatened to

15   assault and murder Officer Ellsworth in order to impede,

16   intimidate, and interfere with the performance of his

17   official duties.  In other words, preventing him from doing

18   his job.

19       And the evidence will show that he didn't just

20   threaten him once or twice but at least three times during

21   this one continuous encounter.

22       During this trial you'll hear from a number of

23   witnesses including Officer Ellsworth, eyewitnesses to the

24   threats and the pursuit of Officer Ellsworth as well as

25   people who can provide information about the large amount of

1    trash that was found in the San Bernardino National Forest

2    including Luisa Alvarez who knew that the defendant was

3    renovating her now deceased husband's home or not husband.

4    Ex-boyfriend's home.

5           And Special Agent Patrick Brown will testify that

6    law enforcement found the defendant's business card amongst

7    the trash as well as items purchased by the defendant.

8           The first witness you'll hear from is

9    Officer Ellsworth and he will tell you that on

10   October 12th of last year, just a little over a year ago,

11   he responded to the Bee Canyon Staging Area in Hemet,

12   California, just at the edge of the San Bernardino National

13   Forest to investigate this large dump of trash.

14          When he arrived, he did what he was trained to do.

15   He investigated.  He searched through all the trash and

16   found several pieces of mail addressed to a man named

17   Alfredo Morales.  That is Luisa Alvarez's then boyfriend.

18          The address led him to 43611 Persimmons Lane just

19   about five minutes away.  When he arrived at the home, he

20   saw the defendant standing outside the home.

21          Officer Ellsworth pulled up in his car, a marked

22   law enforcement vehicle.  He then exited the car wearing a

23   green uniform, vest with a badge on it.

24          He stood on the sidewalk and asked the defendant

25   if he lived in the house and the defendant said yes.

1    Officer Ellsworth then asked if he was

2    Alfredo Morales.  The defendant then exclaimed -- and these

3    are his words.  "No.  What the fuck do you want and who the

4    fuck are you?"

5    Officer Ellsworth explained that he was an officer

6    of the United States Forest Service and he wanted to speak

7    to Mr. Morales.  At that point the defendant demanded to

8    know why and began screaming.

9    Officer Ellsworth couldn't make out much of what

10   he was saying but one thing he did hear was the defendant

11   saying that he used to be a cop.

12   The defendant then only about 20 feet away from

13   the officer started running towards him.  You'll hear from

14   Officer Ellsworth that the defendant's face was red, that

15   both of his hands were balled up in fists and that

16   Officer Ellsworth was scared that the defendant might punch

17   him or even shoot him because Officer Ellsworth was thinking

18   he could have a gun because he's a retired cop.

19   You'll hear that Officer Ellsworth back-peddled

20   with his arms out and his palms facing the defendant.  Then

21   drew his taser, a non-lethal alternative to using a gun, and

22   ordered the defendant to stop.

23   Upon seeing the taser, the defendant did stop.

24   Officer Ellsworth put the taser away, never discharging it.

25   Officer Ellsworth then walked back to his marked

1   law enforcement vehicle while the defendant continued to

2   yell.

3          Once Officer Ellsworth got to his car, the

4   defendant ran over to the driver's side window and began to

5   bang (demonstrating) on the window right where

6   Officer Ellsworth was sitting.

7          Officer Ellsworth told the defendant that he

8   needed to stop and he started to get out of the car to take

9   a more defensive position.  At that point the defendant ran

10  away from the car but continued to scream.

11         Officer Ellsworth, trying to defuse the situation,

12  then drove away.  However, Officer Ellsworth was quickly

13  flagged down about a half a block later by two men including

14  Russ Tercero who is one of the witnesses you'll hear from at

15  this trial.

16         Officer Ellsworth said he talked to them only

17  briefly because he wanted to leave the area to defuse the

18  situation.  However, right as he was saying that, he looked

19  in his rearview mirror and he saw the defendant was now in

20  his own car immediately behind his.

21         Officer Ellsworth could hear the defendant

22  screaming and then he started to drive away.  But the

23  defendant followed Officer Ellsworth, block by block and

24  turn by turn.

25         Officer Ellsworth pulled up to an intersection

1   several blocks away from the home and then the defendant

2   pulled up, no longer tailgating from behind but on the

3   passenger side, with his window down he yelled at him, "Next

4   time you're dead."

5           Officer Ellsworth will testify that he was scared.

6   He thought the defendant might try and shoot him and he

7   began to get out of the car again to take a more defensive

8   position.  Right as he began to get out though, the

9   defendant drove off.

10          You'll also hear from two eyewitnesses to the

11  event that day:  Mr. Tercero who I mentioned before as well

12  as Martin True.  Mr. True was going door-to-door as a

13  missionary that day and will testify that when he first met

14  the defendant at his home, that's before Officer Ellsworth

15  arrived, the defendant was calm and he showed Mr. True

16  renovations he was doing in the house.

17          Both Mr. True and Mr. Tercero will testify that

18  they heard the defendant screaming at Officer Ellsworth.

19  Both Mr. True and Mr. Tercero will testify that they saw the

20  defendant banging repeatedly on the car with both fists.

21          As for Mr. Tercero, he'll also testify that when

22  he saw the defendant chasing after Officer Ellsworth in his

23  own car, he passed by Mr. Tercero and shouted that he was

24  going to kill Officer Ellsworth.

25          Then about ten minutes later, the defendant

1    returned to the neighborhood right by Mr. Tercero again and

2    again he shouted, "If I see him again, I'm going to kill

3    him."

4           He then made a turn, swung back around and said to

5    Mr. Tercero for a third time, "If I see him again, I'm going

6    to kill him."

7           Ladies and gentlemen, after hearing all of this

8    evidence from the eyewitnesses, from Ms. Alvarez and Special

9    Agent Patrick Brown, from Officer Ellsworth, at the end of

10   this trial my colleague Ms. Palmer will ask you to find the

11   only verdict consistent with the evidence.   Guilty.

12          Thank you.

13          THE COURT:   Thank you.   Would the defense like to

14   make an opening statement?

15          MS. BEDNARSKI:   Thank you, yes.

16             OPENING STATEMENT BY MS. BEDNARSKI

17          MS. BEDNARSKI:   Your Honor, can I slightly turn

18   the screen so the juror in the top corner can see it?

19          THE COURT:   Sure.

20          MS. BEDNARSKI:   This case is about two men.   One

21   man, Mr. Latka, who was watering outside in the front yard

22   of his house on that Sunday morning.   When a guy comes up, a

23   guy he doesn't know, a guy he doesn't trust and demands

24   answers to questions.   Do you live here?   Are you

25   Alfredo Morales?   Where is Alfredo Morales?

1          And when Mr. Latka tells him Alfredo, who you'll

2     learn through the course of the trial is his good friend

3     who's been sick who's in the hospital, he asks him, "Why are

4     you looking for him?  Why?  Why do you want to talk to him?"

5          And that man refuses to give him information,

6     refuses to provide him details of why he's there, refuses to

7     tell him the nature of the investigation or why he's there.

8     Doesn't even tell him it's an investigation.  Just demands

9     Alfredo Morales.

10         That man has a name.  It's Mr. Ellsworth.  And he

11    will admit to you that he would not give Mr. Latka any

12    explanation or any information and he will admit that he

13    could see it upset Mr. Latka.

14         Mr. Latka demanded that he leave.  "Well, then

15    leave the property.  Do you have a warrant?  Leave the

16    property."

17         His voice was loud and witnesses came out of their

18    homes on that Sunday morning.  Hearing loud voices, they

19    came out to see the commotion.

20         This case is about that other man whose name is

21    Ellsworth, the man who pulled up in his government SUV on

22    the side of the house before he started demanding these

23    answers, the man who pulled up with his vest and his two

24    weapons.  Wearing two weapons, a gun and an object that

25    looks like a gun, a taser.

```
 1            (A photograph was displayed on the screen.)
 2            MS. BEDNARSKI:  Two weapons, black handles, black
 3    projections, worn in holsters.  A man armed with these.
 4            Now, the government told you that Mr. -- it said
 5    the evidence would show Mr. Latka charged at this officer.
 6    Ran at him.  I expect Mr. Ellsworth will tell you that but I
 7    expect there will be no other witness that says that.  No
 8    other witness who says that occurred.
 9            There was several witnesses who were awake and
10    alert that morning in the neighborhood.  No one saw anything
11    like that and no one else will testify to anything like
12    that.
13            Now, Mr. Latka did not run at the man; but when
14    the man pulled his taser and pointed it at him, he started
15    yelling and people started coming out of their house and
16    they heard him complaining immediately right while Ellsworth
17    is there still at the house on Persimmons.
18            Mr. Latka starts yelling at him, "You pointed a
19    gun.  You pointed a gun" over and over.  He complains to the
20    neighbors who come out.  A woman comes from a couple doors
21    down the street on Persimmons.  He complains to her.
22            There were a couple of people who were going
23    door-to-door who the government commented on were in a
24    bluish-green car driving away at the time.
25            He jumps out in front of their car and complains
```

1    to them and asks to use their phone and asks to call 911;

2    and when they won't give him their phone, he asks them to

3    call 911.

4           And he races back and forth across the lawn and

5    runs over to the government SUV and starts pounding on the

6    windows complaining, asking for a supervisor's name asking

7    to know who to call.

8           He complains repeatedly.  He doesn't have a phone

9    so he gets into his car seeing that the officer is leaving

10   in his car because he needs a name or he needs a license

11   number.  He is going to continue to complain.  And he gets

12   in his car and he follows the man.

13          And you will hear that it's a few blocks down to

14   the intersection where Florida is and you'll hear that

15   Florida is the first street that has any commercial

16   businesses on it.

17          (An exhibit was displayed on the screen.)

18          MS. BEDNARSKI:  And what you'll hear is that he

19   follows the officer's car down White Oak Drive and then over

20   and down 8th Street to Florida and that the officer turns

21   left on Florida going this direction (indicating) and then

22   Mr. Latka turns right on Florida going this direction

23   (indicating) and goes directly to Little Louie's Bar just a

24   couple doors down.

25          And he goes inside and he borrows the phone that

1    the man in the car wouldn't give him, and he picks up the

2    phone and he complains.  He complains to the sheriffs.  He

3    calls 911 and he complains about what had just occurred and

4    about that man who had just pointed that weapon at him.

5           And he tells that 911 operator that this man had

6    just pointed the gun and he wants somebody to respond.  He

7    wants the sheriff to come out.  He wants to make a report.

8           And you will hear the dispatch operator trying to

9    get information from him, trying to find out what address

10   and it's like:  Well, what address?  Persimmon or Florida?

11   I see that you're on Florida.  Persimmon is where?

12          And you'll hear because you'll be able to listen

13   to the voices, the tone of voice that Mr. Latka had.  You

14   will hear his anxiety.  You will hear his repetition of

15   things.  You will hear the difficulty he's having.  You'll

16   hear the trouble he's having answering questions.

17          But he wants that officer to come and he tells the

18   911 operator:  Just there.  Just go there.  Just go there.

19   And she's trying to slow him down and trying to get that

20   address and that's her job.

21          And he gets frustrated and he yells at her.  He

22   yells.

23          And you will know from listening to this what the

24   tone and demeanor was at the time, and this is the 911 call

25   from Little Louie's Bar right there when he directly went.

1        (The recording was played.)

2        MS. BEDNARSKI:  And you can hear at the end the

3   phone either dropping or being thrown and you can hear a

4   woman's voice in the background.  Someone else in the bar.

5        And Mr. Latka immediately goes back home to

6   Persimmons and there at Persimmons he meets with the

7   sheriff's deputy and he tells that sheriff's deputy his

8   complaint and he tells him what had just happened.

9        And the deputies name is Bronson Graham.  He

10  writes a report.  This is just a couple minutes after this

11  911 call, and that was only a couple of minutes after the

12  incident in the home.  Everything happens within probably a

13  ten-minute period of time.

14       And Officer Graham observes Mr. Latka and observes

15  his demeanor and his face and his voice and his physicality

16  and, Mr. Latka complains of chest pains and Deputy Graham

17  calls the EMTs and he called an ambulance and they take some

18  tests and they take him to a hospital.

19       Now, later that afternoon, Mr. Latka returns home

20  to Persimmons.  And on the next day, the very first business

21  day, he calls Deputy Graham again and again complains; and

22  he asks for Graham's supervisor and he talks to that person

23  and he again complains.

24       And he somehow tracks down through those people

25  the supervisor of the man who had come who he didn't know

1    and he complains to him.

2           You'll be the judges of what happened.  You'll be

3    the judges of these repeated efforts.  You will be the

4    judges of what words were spoken and what the purpose was.

5           And I will ask you, after all the evidence and at

6    the end of this case, to find Mr. Latka not guilty.

7           THE COURT:  Thank you.

8           Is the government ready to call its first witness?

9           MS. PALMER:  Yes, Your Honor.  The government

10   calls Officer Ellsworth.

11                  GOVERNMENT'S CASE-IN-CHIEF

12          THE COURT:  Step forward, please, over here.

13        CHAD ELLSWORTH, GOVERNMENT'S WITNESS, SWORN

14          THE CLERK:  Please step forward and raise your

15   right hand.

16          Do you swear that the testimony you're about to

17   give in the matter before this Court will be the truth, the

18   whole truth, and nothing but the truth, so help you God?

19          THE WITNESS:  I do.

20          THE CLERK:  Please step forward to the witness

21   stand, state your full name for the record and spell it.

22          THE WITNESS:  Around here?

23          THE COURT:  Right there, yes.

24          THE CLERK:  Yes.

25          THE WITNESS:  My name is Chad Ellsworth.  That's

1  spelled C-h-a-d, E-l-l-s-w-o-r-t-h.

2        THE COURT:  You may proceed.

3              **DIRECT EXAMINATION**

4  BY MS. PALMER:

5  Q.    Where do you work?

6  A.    I work for the U.S. Forest Service.

7  Q.    And what is your official job title?

8  A.    I'm a federal law enforcement officer.

9  Q.    And which department do you work for?

10  A.    The forest service.

11  Q.    And what is that?  What is the forest service part of?

12  Is it part of a bigger department?

13  A.    Yeah, we work under the Department of Agriculture.

14  Q.    Is the Department of Agriculture a part of the United

15  States Government?

16  A.    Yes.

17  Q.    And how long have you been in that particular job?

18  A.    Umm, I became a sworn officer in March of 2013.

19  Q.    And before that, did you work for the forest service?

20  A.    I did but not in a sworn capacity.  I wasn't in law

21  enforcement at that time.  Preceding that for a little over

22  two years, I worked in the recreation department.

23  Q.    What did you do in the recreation department?

24  A.    I tended the campgrounds, made sure folks that were in

25  campgrounds paid their fees.  Cleaned bathrooms.  Picked up

1    trash.   Anything that would go on in a campground or a

2    picnic area, we were there to take care of it.

3    Q.   And then when you become a sworn officer, how did your

4    duties change?

5    A.   Some of the duties remained the same.   We were still

6    there in picnic areas and campground areas but it became

7    more of an enforcement role.   When somebody was breaking the

8    law, I would take action to correct that whether that be

9    with just a warning or perhaps a citation.

10   Q.   So as a sworn forest service officer, what type of

11   duties do you have typically?

12   A.   We do investigations.   So, for example, we all know

13   there are a lots of fires in the forest so we'll investigate

14   the fires -- we're trained to do that -- to see if the fire

15   was started by a natural-occurring event or if it was

16   man-made or human cause, that is.

17          The primary job basically is to protect the

18   employees of the forest service and our visitors, and we get

19   hundreds of thousands of visitors so our job is to protect

20   them from wildlife and others; and then the second part of

21   that is just to protect the natural resources of the forest

22   itself.

23   Q.   What types of duties would that entail, protecting the

24   natural resources?

25   A.   Well, so, for example, a common thing is that if people

1    are fishing, they're required to have a fishing license so

2    we check for fishing license.

3         We -- a big thing right now because it's so dry

4    and the drought is we are making sure that people don't have

5    illegal campfires to spark off forest fires.  Again, making

6    sure people pay their fees.  We deal with people littering.

7    Dogs off leash.  Lots of kind of lower level you might say

8    law enforcement kind of things.

9    Q.    Do your investigations ever take you off of forest

10   land?

11   A.    Yes.

12   Q.    And why would you need to go off of forest land to

13   investigate something?

14   A.    So the example I gave before with the fire.  If, for

15   example, there was a camper that was camping in an area, he

16   would register that he was there and say, for example, that

17   he had a campfire that got away.

18        Well, I would have his contact information and I

19   would further that investigation to find out what happened.

20   I would go off-forest and talk to that individual and find

21   out if he knew what the situation was with the campfire.

22   Q.    Did you have to go through training to become a sworn

23   officer?

24   A.    Yeah.  There's a federal training facility.  It's in

25   Glencoe, Georgia, and it's called LMPT.  It's a land

1  management.  It's law enforcement but it's specific to being

2  out in the wilderness and out in the forest.

3  Q.     And how long was your training?

4  A.     It's approximately 17 weeks.

5  Q.     Where were you stationed on October 12th, 2014?

6  A.     Umm, I was -- my duty station was in Idyllwild in the

7  national forest, San Bernardino National Forest.

8  Q.     And were you working on October 12th, 2014.

9  A.     Yes.

10  Q.     Do you recall something that happened that morning?

11  A.     That morning I got a call from one of our recreation

12  officers which is the job I was telling you earlier that I

13  used to do, an unarmed officer, a rec tech.  We usually call

14  him a recreational tech.  And he told me that he had a large

15  trash dump on one of our forest service roads and that he

16  wanted me to investigate it.

17  Q.     And when you say a "trash dump," this is in an area for

18  dumping or is it --

19  A.     No.  What it's popular for in this particular area is

20  for people who like to ride quads, off-highway vehicles like

21  four-wheelers and motorcycles.

22          And what he had there, when I arrived, was just

23  piles of trash.  What appeared to me is probably somebody

24  had dumped it off of their truck and left it there instead

25  of taking it to the landfill which, unfortunately, is pretty

1  common in the national forest.

2  Q.    And where was the trash dump located?

3  A.    It was in what's commonly referred to as the Bee Canyon

4  Staging Area, staging area meaning people will drive their

5  motorcycles and quads and they'll take them there and

6  offload them off of their trucks and then they'll go driving

7  up on our forest service roads.

8        So that staging area right there is really popular

9  for all of the folks who want to use that area to park their

10  vehicles and get their motorcycles off of their trucks or

11  trailers.

12  Q.    And where is the San Bernardino forest from here?

13  A.    Well, it's in San Bernardino County.  I mean, it's also

14  in Riverside.  It's a little confusing because the San

15  Bernardino National Forest encompasses both San Bernardino

16  County and Riverside County.

17  Q.    Is it how far away about?

18  A.    From here?

19  Q.    Yeah.

20  A.    Oh, a couple-hour drive, yeah, depending on traffic.

21  Q.    And so once you got to the Bee Canyon Staging Area,

22  what did you do?

23  A.    I started looking at the trash dumps.  Like I said,

24  it's a common occurrence so for him to ask me to come there

25  indicated there was more to it so -- and there was.  It was

1    a large trash dump.  It wasn't just a bag of trash.

2         It was three large piles of trash.  They were

3    deliberately dumped there.  I know that the situation -- or

4    they were dumped there between the previous night and that

5    morning because I was there in that same area the night

6    before.

7         And so I started investigating and looking through

8    the trash dump to see if I could find any evidence of who

9    the trash belonged to.

10   Q.   What type of items did you find in the trash?

11   A.   There was a lot of like building materials.  Looked

12   like maybe somebody was remodeling their house or something

13   and there was also quite a bit of mail there.

14   Q.   Turning to Exhibit 1 in your binder there, we'll put it

15   up on the screen.

16        (The exhibit was displayed on the screen.)

17   BY MS. PALMER:

18   Q.   What is this?

19   A.   That's the trash dutch that I'm referring to.

20   Q.   And turning to Exhibit 2.

21        (The exhibit was displayed on the screen.)

22        THE COURT:  It may just be easier to look at the

23   screen.

24        THE WITNESS:  Exactly.

25

1  BY MS. PALMER:

2  Q.    What is that?

3  A.    More of the trash.  You can see how they're in piles

4  and I suspect that somebody came with a pickup truck.

5            MS. BEDNARSKI:  Objection.  Speculation.

6            THE COURT:  Stricken.

7            Ask another question, Ms. Palmer.

8  BY MS. PALMER:

9  Q.    Turning to Exhibit 3.

10            (The exhibit was displayed on the screen.)

11  BY MS. PALMER:

12  Q.    What is that?

13  A.    More of the trash that I found that day.

14  Q.    Okay.  And Exhibit 6.

15            (The exhibit was displayed on the screen.)

16  A.    Again, more of the trash that I found on the day in

17  question.

18  Q.    You said amongst the items in the trash you found

19  ripped-out carpets and mail.  Did you find -- what was on

20  the mail that you found?

21  A.    All of the mail that I collected all came back to an

22  address in the City of Hemet on Persimmons Way; and all of

23  it was addressed to a Morales family, Mr. And Mrs. Morales.

24            And I collected, I think I found about fifteen

25  pieces and I didn't find any other mail that was addressed

1    to anybody else.

2    Q.    After you found the mail, what did you do next?

3    A.    I went to the home on Persimmons to continue my

4    investigation to find out why Mr. Morales's mail ended up in

5    the national forest at these dump sites.

6    Q.    How far away was the house from where you were?

7    A.    Not far.  Driving-wise, it's probably a three- or

8    four-minute drive.  It's down the street.

9    Q.    And once you arrived, what did you do first?

10   A.    I arrived.  I pulled up and I notified my dispatch

11   where I was and that I was going to get out of my car and

12   attempt to make contact with the homeowner.

13   Q.    And where did you park when you pulled up?

14   A.    I parked just on the corner, I guess you could say, of

15   where the house was located.

16   Q.    Turning to Exhibit 8.

17         (The exhibit was displayed on the screen.)

18   BY MS. PALMER:

19   Q.    Do you recognize that?

20   A.    Umm, yeah.  I believe that's the house on Persimmons

21   that I pulled up to.

22   Q.    And can you mark on the screen -- if you just touch it

23   where you parked your vehicle?

24   A.    So I would have parked my patrol vehicle right around

25   here (indicating) alongside the curb like you would normally

1    park.

2    Q.    So it was on the right side of the house if we're

3    looking at the photo?

4    A.    From the way we're looking at it from our perspective,

5    yeah.

6    Q.    And what vehicle were you driving?

7    A.    I was driving my patrol rig.  It's a Chevy Tahoe, fully

8    marked patrol vehicle.

9    Q.    Turning to Exhibit 29.

10             (The exhibit was displayed on the screen.)

11   BY MS. PALMER:

12   Q.    Do you recognize this?

13   A.    That's my patrol vehicle.

14   Q.    And is that how -- is that the vehicle you were driving

15   that day?

16   A.    Yes.

17   Q.    And turning to Exhibit 30.

18             (The exhibit was displayed on the screen.)

19   BY MS. PALMER:

20   Q.    What is that?

21   A.    That's the rear of my patrol vehicle.

22   Q.    Can you describe the markings on your patrol vehicle?

23   A.    Yeah.  Looking at it here, the 12E7, that's my call

24   sign.  So when my dispatch wants to get ahold of me, that's

25   how they'll identify me as 12 Edward 7.

1            Law enforcement, I'm obviously a law enforcement

2    officer with the forest service and there are these marks

3    that say "law enforcement" all the way around the vehicle in

4    different spots.

5    Q.    Is there a symbol of your department on the vehicle as

6    well?

7    A.    On the side on the door there's a badge, if you will,

8    that says "Department of Agriculture."

9    Q.    So going back to Exhibit 29.

10            (The exhibit was displayed on the screen.)

11   BY MS. PALMER:

12   Q.    The badge on the door?

13   A.    Yes.  It's right there on the driver's door.

14   Q.    And what were you wearing on October 12th?

15   A.    I was wearing this exact uniform.

16            MS. PALMER:  Your Honor, may the witness stand up?

17            THE COURT:  Certainly.

18   BY MS. PALMER:

19   Q.    And turn around for the jury.

20   A.    (Witness complies.)  So this is my issued vest that I

21   wear every day with the markings.

22   Q.    And for the record it says "Police" on the front?

23   A.    "Police" and I believe it says it on the back as well.

24   Q.    And it has a badge on the left shoulder?

25   A.    Here (indicating), yes.

1    Q.    Is anything different than what you are wearing, what

2    you're wearing today is anything different from that day?

3    A.    This is the exact uniform that I wore.

4    Q.    Were you carrying weapons that day?

5    A.    I was carrying -- yeah, I was carrying my defensive

6    weapons, yes.

7    Q.    And what are those?

8    A.    I have a firearm.  It's a Glock, .40 caliber Glock.  I

9    have an asp which is a collapsible stick.  I have a taser

10   and I have pepper spray or OC spray.

11   Q.    Turning to Exhibit 26.

12              (The exhibit was displayed on the screen.)

13   BY MS. PALMER:

14   Q.    Do you recognize this?

15   A.    Um-hmm.

16   Q.    And what is that?

17   A.    So on the right with the green doors, we call them

18   doors steps, that's my taser.

19   Q.    And on the left?

20   A.    On the left is my firearm.

21   Q.    And what's the purpose of carrying a taser?

22   A.    It's an intermediate --

23              MS. BEDNARSKI:  Objection.  Irrelevant.

24              THE COURT:  I'll allow it.  Go ahead.

25              THE WITNESS:  It's an intermediate weapon so that

1    if you find yourself in a situation where it's necessary to

2    take somebody into custody but they're fighting you, you can

3    use a level of force without having to use lethal force.

4    BY MS. PALMER:

5    Q.    Where do you carry each of those weapons?

6    A.    We're required -- my department requires that we carry

7    our taser and our firearm on separate sides of our body and

8    this helps prevent the mistake of drawing the wrong weapon.

9          So my taser is on my left-hand side and my firearm

10   is on my right-hand side.  They've always been in the same

11   spot since I came out of the academy.

12   Q.    So after you parked your vehicle, what did you do then?

13   A.    There was a person standing.  There was a male standing

14   in the driveway at the address that I was there to

15   investigate; and I went up to make contact with him.

16   Q.    Had you ever seen that man before?

17   A.    No.

18   Q.    Do you see him here today?

19   A.    Yes.

20   Q.    Can you identify him and describe what he's wearing?

21   A.    Yes.  He's sitting at this table over here and he's

22   wearing the black suit.

23              MS. PALMER:   Your Honor.

24              THE COURT:   Indicating defendant Mr. Latka.

25

1   BY MS. PALMER:

2   Q.    So when you initially encountered the defendant, where

3   was he standing?

4   A.    He was standing about halfway down the driveway.

5   Q.    Where were you standing?

6   A.    When I first made contact with him?  Is that what

7   you're asking?

8   Q.    Yes.

9   A.    I was standing on the sidewalk probably 20 feet away

10  from him; 15, 20 feet away from him.

11  Q.    Turning to Exhibit 31.

12          (The exhibit was displayed on the screen.)

13  BY MS. PALMER:

14  Q.    Do you recognize this?

15  A.    Uh-huh.

16  Q.    What is it?

17          THE COURT:  Could you say "yes" or "no" instead of

18  "uh-huh"?

19          THE WITNESS:  Yes.

20          So this is the area where I was on Persimmons when

21  I made contact with the individual.

22  BY MS. PALMER:

23  Q.    And can you mark where you were standing approximately?

24  A.    Yes.  I would have been standing on the sidewalk right

25  about there (indicating), the blue mark.  It's on the

1   sidewalk.

2   Q.    And where was the defendant standing?

3   A.    The defendant would have been standing halfway between

4   where the garage door is and the street so somewhere right

5   in there (indicating).

6   Q.    Then what happened?

7   A.    So then what happened is I asked the individual that

8   was standing there if he lived at the residence because I

9   wasn't a hundred percent certain because he wasn't all the

10  way up in the living area, he was standing in the driveway.

11        And immediately I could tell that he wasn't happy

12  with my presence.  He was responded very sharply.

13  Q.    What did he say?

14  A.    He said, "Yes.  What do you want?"

15        And then I said -- he said -- he responded, "Yes.

16  What do you want?  Yes, I live here.  What do you want?"

17        And I responded, "Are you Mr. Morales?"  Because

18  that was the mail that I had indicated that Mr. Morales was

19  the person I needed to speak to.

20        I asked him if he was Mr. Morales and he seemed to

21  get even more aggravated and he said, "No."  Very sharply

22  "No, Mr. Morales is in the hospital."  And then he started

23  using profanity towards me.

24  Q.    What did he say specifically?

25  A.    He said, "Mr. Morales is in the hospital.  What the

1    fuck do you want?"

2    Q.    Did you tell him why you were there?

3    A.    No.  I said I needed to speak to Mr. Morales and he --

4    he grew more angry and demanded to know why I was there.

5    Q.    How could you tell he was angry?

6    A.    Well, his voice got elevated.  He was getting -- like I

7    said, when I first got there, he seemed agitated.  When I

8    asked if he was Mr. Morales, he got more agitated.  I could

9    tell by his voice getting louder and sharper, started

10   cursing at me.

11         Then he demanded to know why I was there.  He was

12   asking me, "What do you want with Mr. Morales?"

13         I said, "I need to speak to Mr. Morales.  If

14   you're not Mr. Morales, then it doesn't concern you."  And

15   it went from him, in my opinion being aggravated, to

16   enraged.  It kind of snapped me into awareness because he

17   got so angry that he started screaming.

18         And when I say screaming, I mean to the point

19   where I couldn't understand what he was saying.  He was

20   hollering so loud that his voice was really high-pitched and

21   broken and I couldn't make out what he was saying.

22         His face became red, his eyes were bulging out.

23   He started to sweat and I was taken aback.  I instantly

24   started back-peddling from him.

25   Q.    Did you make out anything of what he was saying at that

1    point?

2    A.    He said that -- he said I needed a warrant to be there.

3    I was only on the sidewalk but he demanded that I needed a

4    warrant there.  He said something to the effect that either

5    he was -- he is a sheriff or he was or he's a retired

6    sheriff, something to that effect.

7              And, again, he was screaming so loud that I

8    couldn't make out what he was saying; and the only thing I

9    could think is I need to get out of this situation.  I'm

10   here for a minor issue, a littering issue, and this person

11   is getting so upset and I don't even know if he's

12   Mr. Morales.  He claims he's not.  And so my intention at

13   that point was to get out of there.

14   Q.    Then what happened?

15   A.    So I'm watching him.  He's yelling.  He's screaming.

16   He's spitting.  He's yelling so loud and they always say

17   that like -- the training kicks in.  You hear it on TV but

18   it really does.  I started remembering my training and

19   instantly I started watching his hands.  They tell us in the

20   academy all the time.

21             MS. BEDNARSKI:  Objection.  Nonresponsive.  Motion

22   to strike.  Hearsay.

23             THE COURT:  Well, I'll strike that last portion.

24   Just ask another question, Ms. Palmer.

25

1    BY MS. PALMER:

2    Q.     Why were you watching his hand?

3    A.     I was watching his hands because I've been taught that

4    if you're going to die, you're going to die at the hands of

5    somebody.

6    Q.     What did the defendant do then?

7    A.     As I was watching his hands, I noticed that he -- after

8    his face was red and all of this, I noticed he was balling

9    up his fists.

10          So he balled up both of his fists.  I was

11   back-peddling and he made a motion.  He took a couple steps

12   quickly towards me like he was going to charge at me and

13   assault me.  He was going to hit me.

14          I was backing away.  With my right hand I

15   cross-drew and I drew out my taser and I started giving him

16   orders to back away from me, to stop charging at me.

17   Q.     And what did the defendant do in response?

18   A.     He stopped.  He backed away a few feet but he didn't

19   stop screaming.  He kept screaming and I kept watching his

20   hands as I was aimed in with my taser.

21          And I was backing away, backing away, trying to

22   create space, trying to create a safety space between me and

23   him because I didn't know what he was going to do.

24          I'm backing away and I'm watching his hands and

25   I'm looking at his waistline looking for weapons.

1    Q.    Is there a particular reason you thought he might have

2    a weapon?

3    A.    Most people carry weapons in their waistline.  I knew

4    that at some point in the hollering he said he was a cop or

5    a retired cop; and most of the retired police officers I

6    know carry weapons.  So I thought there was a good chance

7    that he may have a weapon on him so I was watching his

8    hands.

9             After I created enough space and I felt like I

10   could get into my vehicle and leave, I probably had created

11   maybe 50 feet of space between me and the defendant.  He was

12   still screaming but I felt like I could get back to my

13   patrol vehicle and leave.  I holstered my taser.

14   Q.    Turning to Exhibit 27.

15             (The exhibit was displayed on the screen.)

16   BY MS. PALMER:

17   Q.    When you were -- when you drew your taser towards the

18   defendant, was the taser facing him?

19   A.    Yes.  So when I draw it, he would have seen the green

20   boxes there.

21             MS. BEDNARSKI:  Objection.  Motion to strike.

22   Speculation.

23             THE COURT:  I'll overrule that.  I don't think

24   it's speculative.

25

1  BY MS. PALMER:

2  Q.    So after you drew your taser, created a safe distance,

3  what did you do then?

4  A.    Holstered my taser and began walking to my vehicle to

5  get out of there.

6  Q.    And then what happened?

7  A.    He kept screaming.  He never stopped screaming.  I

8  couldn't make out most of what he was saying.  He wasn't

9  advancing towards me anymore but he was kind of -- if I can

10  explain this right -- he was pacing me.

11          So I was walking this direction (indicating) and

12  he was also walking that direction and screaming and yelling

13  and pointing at me.  He wasn't closing the distance so I

14  didn't pull out my taser and I was going to my patrol

15  vehicle.  I figured I'm close to my patrol vehicle, I'll get

16  in there and I'll leave.

17  Q.    Did you get in your patrol vehicle?

18  A.    I did.  So when I got in, the very first time I took my

19  eyes off of him was when I got in my patrol vehicle.  I got

20  in my patrol vehicle.  I got it started up and I lost sight

21  of him while I was doing this.

22          The next thing that happens is I see him charging

23  towards the vehicle and he comes towards my vehicle and

24  starts beating on the windows with his fist.

25  Q.    And by "windows," is it the window -- the passenger

1    window or --

2    A.    He started, I believe, by hitting the -- it was the

3    driver's side windows but he started by hitting the back

4    window on my side on the driver's side but he wound up being

5    right in front of my face pounding on the windows.

6    Q.    What did you do then?

7    A.    I had to get out of my vehicle.  Again, back to

8    training.  We're taught constantly don't be in your vehicle

9    when there's an altercation because you're a sitting duck.

10          Essentially, if my worst fear came true and there

11   was a weapon involved, I was would be a stuck target.  So I

12   knew based on my training that I had to get out of my

13   vehicle.

14          So I pushed the door open and, as I did that, he

15   ran away again just like he did when I drew out my taser.

16   Q.    Then what did you do?

17   A.    I told him if he got in my face again or if he started

18   beating on my car again, I would take him into custody.

19   Q.    Did you eventually leave?

20   A.    I did.  So after that, he ran away still screaming into

21   the street.  I got in my vehicle as quickly as I could, put

22   it in drive and drove away.

23   Q.    When you drove away, then what happened?

24   A.    So when I drove away, I got a half a block away and

25   there were two male individuals standing on the side of the

1    road there.  I got about half a block away and they flagged
2    me down to stop.  So I stopped and asked them why they were
3    flagging me down.
4    Q.    What did they tell you?
5    A.    They both were saying -- they're both kind of talking
6    at the same time.  But they said:  We saw what happened.  We
7    saw everything that happened.  We can give a statement for
8    you.  We saw the whole thing.  That sort of thing.
9          Again, I wanted to get out of there.  I knew I had
10   only driven a half a block away so I knew that the defendant
11   could still see me.  So I told them:  Let me get your phone
12   numbers.  I told both of them:  Let me get your phone
13   numbers so I can get out of here and deescalate this thing,
14   and they both gave me their phone numbers.
15         But while they were doing that, one of the two
16   individuals -- I don't know which one said --
17              MS. BEDNARSKI:  Objection.  Hearsay.
18              MS. PALMER:  May I address that, Your Honor?
19              THE COURT:  Is it being offered for the truth?
20              MS. PALMER:  No, Your Honor.  Its effect on the
21   listener.
22              THE COURT:  All right.
23              THE WITNESS:  One of the individuals said:  Here
24   he comes again.  I assumed that meant on foot.  But he had
25   pulled up behind me in a Nissan, in a vehicle, and he pulled

1    up right on my back bumper.

2            So I quickly finished getting the phone numbers

3    from the two individuals that said they saw the whole thing

4    and I drove away as quickly as I could.

5    BY MS. PALMER:

6    Q.    And when you saw that he was behind you, how did that

7    make you feel?

8    A.    Scared.

9    Q.    Why?

10   A.    Again, I have never been in a situation like this; but

11   based on my training the worst place that I could be in my

12   vehicle is having a suspect behind me that may want to cause

13   me harm.

14           I can't see what his hands are going.  I don't

15   know what he has in the car.  I don't know what he's

16   reaching for.  So, you know, I was nervous and scared before

17   but now it has been elevated.

18           Again, I don't I don't know what he has in his car

19   so I just want to get out of there.  So I pull forward

20   trying to get out of there, trying to leave.

21   Q.    Was the defendant still screaming?

22   A.    Yes.  He was screaming out of his window.

23   Q.    And how closely was he following you?

24   A.    He was on my back bumper.  I pulled away and it didn't

25   look like he was going to follow me first because he stayed

1    there for a second or two; and I made the first right on the

2    first street that I came to.

3              And as I was making that right, I seen him zoom up

4    very fast and get right on my tail.  He turned -- when I

5    made the right, he made the right and he was right on my

6    bumper, head out the window screaming at me.

7              I made another right.  I was headed back to the

8    forest; and when I made that other right, he made that other

9    right.  So he's pursuing me.  He's right on my bumper and

10   I'm thinking I've got to do something about this.  I

11   can't -- I can't be a target for this guy on the back of me.

12   Q.    Did you eventually come to a stop sign?

13   A.    Yeah.  I came to a stop at Florida which is the main

14   street that goes through the town and it would take me back

15   to the forest where the dump was.  I needed to make a left

16   so I was in kind of the center of the street so I could make

17   that left.

18             And as he pulled up, he pulled up to my right

19   because there was a space there for traffic to make the

20   right.  So he was then right across my window.  I could see

21   his face.

22   Q.    Did you feel vulnerable?

23   A.    Yes.  I put my car in park and I was going to get out

24   of the vehicle immediately.

25   Q.    And then what happened?

1    A.    As I was putting the car in park, my window is down,

2    his window is down.  He said, "Next time you're dead."

3         I sat in my vehicle to try to gain a position of

4    advantage.  Again, I don't know what he has in the car.  I

5    exit my vehicle.  I started to go to the rear of the vehicle

6    so I could take cover if he had a firearm.

7         And as I did that, he made a right and sped away

8    up Florida Avenue which was fine by me because I needed to

9    make a left anyway so he was headed the opposite direction

10   that I was.

11   Q.    As this was going on, did you have an emotional

12   reaction?

13   A.    Yeah.  I was shaking.  I was scared.  I was afraid

14   that -- I live in that neighborhood and, you know, I'm --

15   all these thoughts are going through my head like I'm here

16   on a minor violation and it's somehow escalated to my life

17   being threatened.

18   Q.    You said that you lived in the area.  Do you drive your

19   law enforcement vehicle around the area?

20   A.    Yes.

21   Q.    And at the time you would drive it home?

22   A.    I did at the time, yes.

23   Q.    Turning to Exhibit 33.

24         (The exhibit was displayed on the screen.)

25

1    BY MS. PALMER:

2    Q.    Do you recognize that?

3    A.    Can you zoom in?  I'm trying to make out exactly where

4    this map is.

5            (The exhibit was displayed on the screen.)

6            THE WITNESS:   Yeah.   So this is -- this is going

7    to be the neighborhood that the incident occurred in

8    (indicating).   I made a series of turns through here

9    (indicating) and the defendant was right on my tail.

10   BY MS. PALMER:

11   Q.    Turning to Exhibit 34.

12           (The exhibit was displayed on the screen.)

13   A.    I recognize this.

14   Q.    Can you see where -- can you locate where the house was

15   there?

16   A.    Yeah.   The house would have been -- let's see here.

17   Yeah, the house would have been right in here.   Well, it's a

18   little bit from there.

19   Q.    If you touch the bottom corner of the screen, you can

20   clear the other marks.

21   A.    Okay.

22   Q.    Now can you mark the house?

23   A.    Yeah.   That's where the house was.

24   Q.    And can you trace for the jury the route that you took

25   as defendant followed you?

1    A.    So I was parked here (indicating), I drove -- here is

2    where I made the contact with the two male individuals

3    (indicating) and then I noticed the defendant in his vehicle

4    behind me.

5          As soon as I noticed that, I drove up the street

6    here (indicating).  I made a right.  As I was making that

7    right, I noticed that he was speeding up and got right on my

8    tail.

9          I drove down this road here (indicating), and I

10   made another right to come down 8th Street.  It's a little

11   off there.  And as I was driving down 8th Street, he was

12   on my tail the whole time screaming at me.

13         And this is the main street down here, Florida.

14   This is where I stopped and the defendant pulled up to my

15   right.

16   Q.    After the defendant screamed "Next time you're dead,"

17   what did you do?

18   A.    I got out of my vehicle.  I tried to take cover and

19   concealment around the back of my vehicle.

20   Q.    And after he pulled away, then what?

21   A.    After he pulled away, I went back to the area where the

22   trash dump was.

23   Q.    Why?

24   A.    I wanted to be back in my forest and I wanted to

25   contact my supervisor.

1  Q.    Did you call -- did you eventually follow-up with the

2  witnesses?

3  A.    I did.  The two phone numbers that I got during this

4  altercation, I called both of them when I got back to the

5  area where the trash dump was and I got their statements.

6  Q.    Did they tell you anything they heard the defendant

7  scream?

8  A.    They told me that --

9            MS. BEDNARSKI:  Objection.  Hearsay.

10           THE COURT:  I don't think it's for the truth of

11  the matter asserted.  I'll overrule it.

12           Go ahead.

13           THE WITNESS:  Do I answer that question?

14           THE COURT:  Yes.

15           THE WITNESS:  They told me -- both of them told me

16  they heard the defendant say that he was going to kill me

17  multiple times.

18  BY MS. PALMER:

19  Q.    How has this affected you?

20  A.    I mean, like I said, I live in the neighborhood.  I

21  don't know whether the defendant lives at that house or not,

22  but I live down the street from there.

23           And I've had to, you know, kind of teach my boys

24  to watch out for strange vehicles being parked out in front.

25  I know that if he does live there, there's a high

1   likelihood -- it's not a very big town, you know, like L.A.

2   There's a high likelihood that we would probably shop at the

3   same supermarkets.

4         So I try to teach my boys to kind of keep an eye

5   for strange vehicles being parked in the area.  As a law

6   enforcement officer, I'm authorized to carry a weapon when

7   I'm off duty.  I rarely did that before.  I always do it

8   now.  I never leave my house without my weapon.

9   Q.   Did you make any changes to your home?

10  A.   I did.  I hired an electrician to come out and I had

11  ten lights installed, motion-sensor lights, so that if

12  anybody comes in my backyard, anybody comes in my front

13  yard, the lights go on.

14        I had a fence installed in the front, a four-foot

15  white picket fence in front of the house to act as a barrier

16  just as an extra layer of precaution.

17        The hardest part was that we live in the same

18  neighborhood and, you know, we all understand that when we

19  take this job that there's a chance something can happen to

20  us.  But the thought of something happened to your family,

21  that just takes it to another level.

22  Q.   Did it change at all how you do your job?

23  A.   Yeah.  Yes.  I don't -- we call it knock-and-talks is

24  what I was trying to do that day where you go knock on

25  someone's door and have a conversation with them.

```
1              I won't do them alone anymore.  I always have
2    another officer with me which is difficult because there are
3    so very few of us in the forest service.  It's not like the
4    sheriff's department where there's somebody available to me
5    all the time.  But I won't do a knock-and-talk.  I won't go
6    to anybody's door without another officer anymore.  No
7    matter how small the issue may be.
8    Q.    Did you eventually change your residence?
9    A.    I did.  I moved out of the city.
10   Q.    Why?
11   A.    I changed duty stations.  Part of the decision, part of
12   the -- there are many components to it.  But weighing
13   heavily on my mind was this altercation I had.
14              MS. PALMER:  Thank you.  No further questions.
15              THE COURT:  Cross-examination?
16              MS. BEDNARSKI:  Thank you, Your Honor.
17              THE WITNESS:  Water?
18              THE COURT:  Deb, can you get some water?
19              THE CLERK:  There's some right there, Your Honor.
20   Right there.
21              THE WITNESS:  Oh, this is water?
22              THE CLERK:  Yes.
23                     (Pause in the proceedings.)
24                       CROSS-EXAMINATION
25
```

1    BY MS. BEDNARSKI:

2    Q.    That day on October 12th, did you have a

3    department-issued camera?

4    A.    No.

5    Q.    Did you have a video camera that you could have worn on

6    your vest?

7    A.    There are some cameras that were issued, but I hadn't

8    yet got the training to use those.

9    Q.    So you could have, on October 12th, had worn a video

10   camera?

11   A.    Yes.

12   Q.    And we don't have a video to recreate what occurred

13   that day; right?

14   A.    That's correct.

15   Q.    We have your word; right?

16   A.    Yes.

17   Q.    Now, when you went up to Mr. Latka as he was in his

18   driveway, was he hosing down the driveway?

19   A.    I don't recall.

20   Q.    Now, you told us that you asked him if he lived there;

21   right?

22   A.    That's correct, yes.

23   Q.    And if he was Fred Morales; right?

24   A.    I asked him if he was Mr. Morales.

25   Q.    And that's when he told you that Mr. Morales was in the

1   hospital; right?

2   A.    Yes.

3   Q.    Now, did you ask him what hospital?

4   A.    I don't recall if I asked him that specifically.

5   Q.    Now, did you ask him -- did you say anything to the

6   effect of:  You know, I'm sorry.  Is he all right?

7   A.    No.

8   Q.    Did you show any concern to Mr. Latka about

9   Mr. Morales's condition when he told you he was in the

10  hospital?

11  A.    I didn't have an opportunity.

12  Q.    Now, you say you didn't have an opportunity and you say

13  that you were there on a minor matter; right?

14  A.    Yes.

15  Q.    And that's because you were investigating trash; right?

16  A.    Yes.

17  Q.    And did you tell Mr. Latka when you started asking

18  questions about:  Is Fred Morales here and where is

19  Fred Morales, did you tell him:  I'm here on a minor matter?

20  A.    I was only able to ask him two questions before he

21  started screaming at me.

22  Q.    You never told him:  I'm here investigating trash?

23  A.    No.

24  Q.    You never told him:  I'm here because I found some mail

25  saying this Persimmons address?  Did you say that to him?

1    A.    No, I did not.

2    Q.    Did you say:  I'm here -- in fact, a minute ago you

3    told us that all the mail in the trash belonged to that

4    address.  Did you say that?

5    A.    All of the mail I found did belong to that address,

6    yes.

7    Q.    All right.  But actually some of the mail -- did you

8    later find out that some of the mail was for a Kirby Street

9    address?

10   A.    I didn't find that out, no.

11   Q.    All right.  I'm going to show you Exhibit 507.  Was

12   this one of the pieces of trash that you found in the pile?

13         (The exhibit was displayed on the screen.)

14   BY MS. BEDNARSKI:

15   Q.    This 2009 Sirius satellite radio kind of torn invoice?

16   Did you see that in the trash?

17   A.    I don't think so because that has a Kirby address and

18   none of the mail that I picked up had a Kirby address.

19   Q.    So you had kind of done a cursory look at the trash

20   before you went over to this house?

21   A.    Yes.  I looked at the trash.

22   Q.    Now, when you -- did you ever at any time, while you

23   were at that Persimmons Street address, tell him that you

24   were there investigating trash?

25   A.    I didn't know.  I didn't have an opportunity.  He

1   started screaming at me.

2   Q.    So you didn't tell him that in the driveway; right?

3   A.    No.

4   Q.    And you didn't tell him that when you were in your car;

5   right?

6   A.    No, I did not.

7   Q.    Now, as you were leaving, you drove up White Oak.   And

8   what I'd like you to do -- Your Honor, I'm going to hand him

9   what's been marked as Government's Exhibit 34.   I'd like to

10  mark it for identification as Defendant's 518 and hand him a

11  pen.   I'm going to ask him to draw on it.

12          THE COURT:   Okay.

13              (Exhibit 518 marked for I.D.)

14          MS. BEDNARSKI:   Permission to approach?

15          THE COURT:   Sure.

16          MS. BEDNARSKI:   May I ask a couple questions from

17  here?

18          THE COURT:   If you speak loud enough for everyone

19  to hear you.

20          MS. BEDNARSKI:   All right.

21  Q.    I'm going to hand you a Sharpie and will you mark first

22  with an "X" -- well, why don't you mark an "H" where the

23  house was on Persimmons where you went to do your

24  investigation.

25  A.    (Witness complies.)

1    Q.   And why don't you then draw us a line and make a mark

2    where you stopped, and why don't you make your mark an "X"

3    where you stopped to talk to the two men.

4    A.   Okay.   This going to be an approximation where I

5    stopped.   I don't know exactly the address.

6    Q.   All right.   But it's on White Oak; correct?

7    A.   Yes.

8    Q.   Okay.   And now, why don't you show us the route that

9    you took continuing past the "X" and down to Florida.

10        THE COURT:   You want him to draw a line for that?

11   BY MS. BEDNARSKI:

12   Q.   And just draw a red line with the route that you took

13   in your car.

14   A.   Okay.   (Witness complies.)

15   Q.   And why don't you put your initials at the bottom where

16   there's a clear white space and put "CE" for Chad Ellsworth.

17   A.   (Witness complies.)

18        MS. BEDNARSKI:   And, Your Honor, I would seek to

19   admit the exhibit, Defendant's 518, so I can show it on the

20   Elmo?

21        THE COURT:   Any objection?

22        MS. PALMER:   No, Your Honor.

23        THE COURT:   That's admitted.   Thank you.

24        *(Exhibit 518 received in evidence.)*

25        (The exhibit was displayed on the screen.)

1    BY MS. BEDNARSKI:

2    Q.    So the route that you took started at the house that

3    was on the corner of Persimmon and White Oak; right?

4    A.    Yes.

5    Q.    And then you traveled up to this "X" where you talked

6    to the two men approximately?

7    A.    Yes.

8    Q.    And because it's a shrunken map, we can't be exact; but

9    you think that's approximately where it was; right?

10   A.    That's correct.

11   Q.    And then you continued up White Oak to where it meets

12   Palm and turned right; correct?

13   A.    Correct.

14   Q.    And you continued on Palm until it meets 8th and you

15   turned right and went down 8th; correct?

16   A.    Correct.

17   Q.    And then 8th meets the highway down here, 74, which

18   is also called Florida; correct?

19   A.    That's correct.

20   Q.    So there are no -- would you say once you went up White

21   Oak and it was your intention to get to Florida, you took

22   the most direct route; correct?

23   A.    That was my intention, yes.

24   Q.    Right.   There's no other place to turn before Palm;

25   correct?

1    A.    No, there's not.

2    Q.    And there's no other place to turn to get down to

3    Florida before 8th Street; right?

4    A.    Correct.

5    Q.    When you got down -- when you got down to Florida --

6    and I've got 504, Defense 504 on the Elmo now.

7              (The exhibit was displayed on the screen.)

8    BY MS. BEDNARSKI:

9    Q.    -- you turned -- here's 8th Street coming north-south

10   or why don't we say vertically from the top of the page to

11   the bottom and then when it hits Florida, you turned left or

12   this direction (indicating) to go back to Bee Canyon; right?

13   A.    That's correct.

14   Q.    And Mr. Latka turned to the right or this direction;

15   right (indicating)?

16   A.    That's correct.

17   Q.    And could you see him go to Little Louie's Bar or were

18   you already off to the left and on your way to Bee Canyon?

19   A.    No, I didn't see him go to any bar.

20   Q.    Okay.  Are you familiar with Little Louie's Bar?

21   A.    No.

22   Q.    Now, when you stopped and talked to the men who were

23   the neighbors standing outside at approximately this "X,"

24   would you say it was about two doors -- if Persimmons comes

25   into White Oak like a cul-de-sac and just meets White Oak

1  like a T, would you say the men were about two doors up from

2  where Persimmons comes in to White Oak?

3  A.    Meaning like two houses?  Between two and four houses.

4  I can't be exact.

5  Q.    All right.  And when you stopped and talked to the men

6  at that spot, you told them that you were investigating a

7  trash dump; right?

8  A.    I don't recall if I told them that or not.

9  Q.    Now, when Mr. Latka was so agitated about you asking

10  him these questions, he asked you if you had a warrant;

11  right?

12  A.    No.  He told me I needed a warrant to be there.

13  Q.    And you told him you didn't have a warrant; right?

14  A.    I don't recall telling him that, no.

15  Q.    But you didn't have a warrant?

16  A.    I did not have a warrant.

17  Q.    And he told you to get off the property; right?

18  A.    Right.  I'm pretty sure that's one of the things he

19  shouted out at me.

20  Q.    Now, you said that -- Your Honor, I'm going to put 501

21  on the screen.

22           (The exhibit was displayed on the screen.)

23  BY MS. BEDNARSKI:

24  Q.    And do you recognize the garage of the house and the

25  driveway of the house in this picture?

1   A.    It's kind of a tight shot.  I can't be certain.

2   Q.    Okay.  Let me back up a minute to help you.

3         (The exhibit was displayed on the screen.)

4   BY MS. BEDNARSKI:

5   Q.    Let's first look at 506 which is on the screen now; and

6   this is the house where you were standing on the sidewalk

7   and you met Mr. Latka who was standing in his driveway;

8   correct?

9   A.    That's correct.

10  Q.    And if we zoom in to this tighter shot on 501 --

11        (The exhibit was displayed on the screen.)

12  BY MS. BEDNARSKI:

13  Q.    -- give it a little more distance, now do you recognize

14  the man in the photograph to be Mr. Latka?

15  A.    I can't be certain.

16  Q.    Okay.  Now, on the day that you saw him, was he wearing

17  shorts or long pants?

18  A.    I don't recall.

19  Q.    And what kind of a shirt was he wearing?  Was he

20  wearing a kind of a collared plaid shirt like he is here or

21  was he wearing some other type of shirt?

22  A.    I don't recall the color of the shirt.

23  Q.    Now, you said that you wanted to make sure that he had

24  no weapon; right?  So you looked at his hands; right?

25  A.    Correct.

1    Q.    And he had no weapon in his hands; right?

2    A.    That's correct.  He did not have a weapon.

3    Q.    And you said you're trained to look at people's

4    waistbands because people carry weapons in waistbands;

5    right?

6    A.    That's correct.

7    Q.    And you saw no weapon in his waistband; correct?

8    A.    I didn't see any bulges that would indicate that he had

9    a weapon there.

10   Q.    Right.  And this interaction with Mr. Latka happened at

11   about 10:30 in the morning on a Sunday morning; right?

12   A.    I believe so.  About that time.

13   Q.    Now, at about 11:15 in the morning you called a

14   sheriff's deputy named Graham; right?

15   A.    That's correct.

16   Q.    And you called Deputy Graham -- he's a Riverside County

17   sheriff; right?

18   A.    Yes.

19   Q.    You called Deputy Graham because he had -- your

20   dispatch center had told you Deputy Graham is looking for

21   you.  Call him back.

22   A.    Yes.

23   Q.    And when you talked to Deputy Graham, he told you he

24   had spoken with Mr. Latka; right?

25   A.    He told me that Mr. Latka was transported to the

1   hospital complaining of chest pains.

2   Q.    So you understood that he had been the sheriff's deputy

3   that had responded to Mr. Latka's house; right?

4   A.    Yes.

5   Q.    And did you know at that time that Mr. Latka had called

6   911 asking for a sheriff's deputy?

7   A.    I think the deputy told me that when I spoke to him,

8   that Latka called 911.

9   Q.    And did Deputy Graham tell you that he was following up

10  with you after having talked with Mr. Latka?

11             MS. PALMER:   Objection, Your Honor.   Hearsay.

12             THE COURT:   Doesn't sound like it's for the truth.

13             MS. BEDNARSKI:   No, it's not.

14             THE COURT:   All right.   Go ahead.   Answer.

15             THE WITNESS:   Can you repeat the question?

16  BY MS. BEDNARSKI:

17  Q.    Sure.   Did Deputy Graham tell you that he was following

18  up with you after having talked with Mr. Latka?

19  A.    What Deputy Graham told me was that Mr. Latka -- that

20  he responded to Mr. Latka's house.   Mr. Latka was

21  complaining of chest pains and that Mr. Latka was

22  transported to Hemet Hospital.

23  Q.    And he also told you that Mr. Latka was complaining

24  about you?

25  A.    Yes, he did.

1    Q.    Now, it's my understanding that in your direct

2    testimony here today you're agreeing that you did not tell

3    Mr. Latka why you were there or what you were investigating

4    because you didn't have time; right?

5    A.    That's correct.  I had no time to do that.

6    Q.    Now, did you tell Deputy Graham when you spoke to him

7    that you had asked Latka if he had dumped the trash in Bee

8    Canyon?

9    A.    I don't remember verbatim what the conversation was

10   with Graham.  Officer Graham.  It was a quick synopsis of

11   what happened but he was giving me more information than I

12   was giving him.

13          He was telling me that Latka was transported to

14   the hospital; that Latka had a complaint about me and that

15   he was going to roll it up through my chain of command for

16   the complaint.

17          I don't think I gave Graham very much information

18   at all.  He was giving me information.  I wasn't giving him

19   information.

20   Q.    So my question is:  Did you tell Deputy Graham that you

21   had asked Mr. Latka if he had dumped trash in Bee Canyon?

22   A.    I don't recall asking -- telling Graham that.  I know

23   that I told Officer Graham that I was there investigating a

24   trash dump.

25   Q.    And you don't recall telling him that you told Latka

1    that's why you were there?  Because you've told us here --

2    A.    Yeah.   Just so I make sure I understand your question.

3    You're asking me if I told the other officer that I informed

4    Latka of why I was there?  You're asking me if I told

5    Officer Graham that?

6    Q.    A little different here.   I'm saying you've told us you

7    didn't tell Mr. Latka that or explain yourself; right?

8    A.    Correct.

9    Q.    And my question to you is when Deputy Graham talked to

10   you about this event, did you tell him something different?

11   Did you tell him:   Yeah, I told Mr. Latka I was

12   investigating trash in Bee Canyon.

13   A.    I gave Officer Graham an overview of what was going on.

14   I don't recall specifically what I said to him.

15   Q.    Now, you've told us that you have four defensive

16   weapons that you carry on you?

17   A.    Uh-huh.

18   Q.    And you're wearing some sort of a vest.   Is that a

19   special vest?

20   A.    It's a ballistic vest.

21   Q.    Does that mean that it's a bulletproof -- it's what we

22   call a bulletproof vest?

23   A.    Commonly referred to, yes.

24   Q.    And were you wearing it that day on October 12th?

25   A.    Yes.

1   Q.   And so when Mr. Latka, according to you, ran at you

2   with fists balled but no weapons in his hands, you were

3   wearing that vest; right?

4   A.   Yes.

5   Q.   And you were wearing your four defensive weapons?

6   A.   Yes.

7   Q.   And one of those -- those could also be considered

8   offensive weapons, couldn't they?

9   A.   I consider them defensive weapons.

10  Q.   And could someone consider a gun an offensive weapon

11  like you could pull it out and shoot it?

12  A.   Someone could.  But I only used it as a defensive

13  weapons for myself.

14  Q.   Could someone characterize a taser as an offensive

15  weapon because it shoots electric darts that connect to a

16  wire and basically send electricity into a body?

17  A.   Someone could.  I wouldn't but someone could, yes.

18  Q.   Now, you also had something called OC spray and is that

19  kind of a chemical spray?

20  A.   Uh-huh, yes.  Yes, it is.

21  Q.   And that is another type of weapon that can stop

22  someone moving at you; correct?

23  A.   It can do that, yes.

24  Q.   Because it sends a burning chemical into people's face

25  or wherever you spray it; right?

1    A.    That's correct.

2    Q.    And you said you had a collapsible stick.  Is that kind

3    of like a billy club that collapses down?

4    A.    That would be a common name for it.  It's called an asp

5    but, yeah, that's basically what it is.

6    Q.    So when Mr. Latka who -- is he about 55 years old?

7    A.    I believe so.

8    Q.    And how old are you?

9    A.    I am 38.

10   Q.    And when he, according to you, started running from

11   halfway down his driveway to you on the sidewalk, did you

12   pull out your chemical spray as a lesser weapon?

13   A.    I don't believe the chemical spray is a lesser weapon.

14   I only pulled out my taser.

15   Q.    And when, according to you, you pull out your taser and

16   that taser -- I'm going to put 502 up on the screen.

17          (The exhibit was displayed on the screen.)

18   BY MS. BEDNARSKI:

19   Q.    Which one of these black objects with a handle and a

20   protrusion on it is the taser?

21   A.    The taser is the bottom.

22   Q.    And you wore it on your hip in a holster?

23   A.    Yes.

24   Q.    And you wore your gun, the top weapon, on your opposite

25   hip in a different holster?

1    A.    That's correct.

2    Q.    And when you pull out your taser, was the taser on your

3    left side or your right side?

4    A.    My taser is on my left side.

5    Q.    And when you pull out your taser, do you reach down

6    with your hand and grab the handle in the holster?  Is that

7    the motion that you use?

8    A.    The motion is I reach -- if you like, I can stand up

9    and demonstrate.

10   Q.    Sure.

11   A.    So the taser fits -- this is my taser holster.  It fits

12   into this holster this way.  It has to be -- I have to push

13   this button and I have to rock it down to get it out.

14   Q.    So you reach --

15   A.    And pull it out this way.

16   Q.    So you're right-handed?

17   A.    I am.

18   Q.    So you reach across your body and you disconnect it and

19   you pull it out; right?

20   A.    That's correct.

21   Q.    You pull it out by its black handle; right?

22   A.    Yes.

23   Q.    And when you pull it out by its black handle, then you

24   pull it across your body in order to point it at someone?

25   A.    Correct.

1  Q.   And when you point it at someone, you use exactly the

2  same motion as when you point a gun; correct?

3  A.   Yes.

4  Q.   Now, you ordered Mr. Latka to stop coming towards you;

5  right?

6  A.   I did.

7  Q.   And he did?

8  A.   He did.

9  Q.   And after he did that, you said you backed -- you

10  backed away and you walked back to your car?

11  A.   Yes.   Eventually, that's what I did.

12  Q.   And did you tell Mr. Latka:   This is a taser, not a

13  gun?

14  A.   I think it's hard to explain how he was screaming.

15  There would be no way that he would -- I wasn't attempting

16  to reason with him about whether I had a taser or a gun.  I

17  was trying to deescalate and leave.

18  Q.   Did he seem like someone who was extremely upset?

19  A.   Yes.

20  Q.   And he did seem like someone who was so upset that you

21  felt like you wouldn't be able to have a conversation?

22  A.   Yes, because he was screaming.

23  Q.   And you understood that some of the words he was

24  screaming were:   He pointed a gun at me.   He pointed a gun

25  at me; right?

1   A.    I never heard him say that.

2   Q.    You never heard him say:  He pointed a gun at me?

3   A.    I never heard Latka say to me that I pointed a gun at

4   him.

5   Q.    He's out there screaming on the street and neighbors

6   are coming out and he's screaming in front of a car that's

7   in the road and he's screaming to those people; and do you

8   hear him say the words:  He pointed a gun at me.  He pulled

9   a gun on me.  Words to those effect?

10        MS. PALMER:  Objection, Your Honor.  Asked and

11   answered.

12        THE COURT:  Overruled.  He can answer.

13        THE WITNESS:  I don't know what he was screaming.

14   I couldn't make out exactly what he was saying.  I was in

15   tunnel vision trying to watch his hands and I couldn't make

16   out the words that he was saying.  I could make out some of

17   the words.  I don't recall him saying anything about a gun

18   or a taser.  The only thing I recall him saying is that he

19   was either an officer or a retired officer.

20        And I'm sorry.  Go ahead.

21   Q.    In the school that you went to -- have you had any

22   other law enforcement training besides the 17 weeks in

23   Georgia?

24   A.    No.

25   Q.    In that 17 weeks in Georgia, did they train you on that

1  taser, the one that we're looking at at the bottom of the

2  picture that's on the screen in 502?

3  A.    That specific taser, no.

4  Q.    Did they train you with respect to tasers, even if it

5  wasn't that specific one, but other types of tasers that

6  look just like guns?

7  A.    I'm sorry.  I don't understand the question.

8  Q.    Did they train you on the fact that people in the

9  public might believe if you pulled that object out that is

10 on the bottom half of the screen, it might look like a gun?

11         MS. PALMER:  Objection, Your Honor.  Assumes facts

12 not in evidence.

13         THE COURT:  Overruled.  You can answer the

14 question.

15         THE WITNESS:  I didn't receive any training in

16 that regard.

17 BY MS. BEDNARSKI:

18 Q.    How did you come to choose this particular taser to be

19 that -- one of the two firearms on your hips?

20 A.    The taser is not a firearm.

21 Q.    Okay.  How did you come to choose this model that has

22 this appearance?

23 A.    It was issued to me.

24 Q.    By?

25 A.    By the forest service.

1          THE COURT:  Ms. Bednarski, whenever it's a good

2     time to break.

3          MS. BEDNARSKI:  Sure.  Oh, for the day.  Sure.

4          THE COURT:  Time flies when you're --

5          MS. BEDNARSKI:  It does.  This is fine, Your

6     Honor.

7          THE COURT:  Okay.  Ladies and gentlemen, don't

8     talk about the case or form or express any opinions about

9     the case until it's finally submitted to you.

10         You're ordered to return tomorrow at 8:00 a.m. and

11    you're ordered to have a good evening.

12              *(The jurors exited the courtroom.)*

13      *(The following was held outside the jury's presence:)*

14         THE COURT:  All right.  You may be seated.

15         Sir, you can step down.  Thank you.

16         Counsel, I need the jury lists back.  Please put

17    those on Ms. Plato's desk.

18              *(Pause in the proceedings.)*

19         THE COURT:  Thank you.

20         Is there anything we need to discuss before

21    tomorrow?

22         MS. BEDNARSKI:  Only that there's now only this

23    one copy of Defendant's 518.  Can I take it home with me

24    tonight and make four colored copies and bring a copy for

25    everybody tomorrow?

1    THE COURT:  Any objection from the prosecution?

2    MS. PALMER:  No, Your Honor.  But if you could

3  scan it perhaps tonight?

4    MS. BEDNARSKI:  Sure.

5    MS. PALMER:  Thank you.

6    Can I just take a picture of it?

7    MS. BEDNARSKI:  Yes.

8    MR. KENDALL:  Your Honor, regarding the expert

9  testimony, which may or may not be tomorrow -- start

10 tomorrow.

11    For Dr. Victoroff, since you ruled that depending

12 on what he says during the direct testimony could open the

13 door so to speak with respect to some of the other prior bad

14 acts or criminal history evidence, I think at this point

15 it's a little premature to discuss that because we do not

16 know exactly what he'll say.

17    I just wanted to flag that and say perhaps between

18 the direct and the cross-examination we can discuss that

19 issue.  I certainly want to make sure the government doesn't

20 go out of bounds in any of its questioning.

21    THE COURT:  Well, I did read your papers and had

22 precisely the same thought; that it was premature.  You

23 didn't explain what you thought Dr. Victoroff might say that

24 would make that relevant even though you have now.

25    114 facts and many opinions of what Dr. Victoroff

1   is going to testify to, if he testifies, but, yes, I agree;

2   and if you'll just remind me after the direct when we get to

3   it, we can take a break and try to resolve that if you think

4   that some of those acts then become relevant.

5            Ms. Bednarski, just for the purposes of

6   scheduling, do you have any thoughts on how much longer

7   cross would be?

8            MS. BEDNARSKI:  I would say maybe 30 minutes.

9            THE COURT:  Okay.  And then the government has the

10  rest of it witnesses lined up because you're suggesting we

11  might get to Dr. Victoroff tomorrow?

12           MS. PALMER:  Yes, Your Honor.

13           THE COURT:  All right.  Well, any information or

14  time estimates you can give to Ms. Bednarski and any time

15  estimates that she or Ms. Weisberg can give to you, I think

16  would be helpful to all of us so we don't have any gaps.

17           I prefer not to have gaps and I'm sure the jury

18  would prefer that we not send them home when there's really

19  more time in our day because we don't have any witnesses.

20           So if there's nothing else we need to talk about,

21  I will order you to return at 7:45 and order you to have a

22  good evening.

23           *(Pause in the proceedings.)*

24   *(The following was held outside the jury's presence:)*

25           THE COURT:  All right.  We're back on the record.

1          I received a note from Cindy Sanchez, Juror No. 9.

2     I can't really read it all but it says something like:

3          Dear Judge Dale Fisher:   The incident with my

4     cousin and the police officer and this case is affecting my

5     decision.   My bias is clouding my logic and I strongly

6     believe Ellsworth is lying and corrupt.   Three exclamation

7     points.   He is guilty.   He spoke (Ellsworth) and I did not

8     listen to anything he said since I feel he was lying.

9          This is Cindy Sanchez.

10          MS. PALMER:   Your Honor, the government would ask

11     you to dismiss Ms. Sanchez for cause.

12          MS. BEDNARSKI:   Your Honor, I'm wondering if we

13     can get a copy of the note and think about it overnight

14     because this is a situation I've never faced and I want to

15     give it some thought.

16          THE COURT:   You and me both.

17          Ms. Plato, would you make a couple of copies of

18     this.   Redact out the name.

19          THE CLERK:   Yes, ma'am.

20               *(Pause in the proceedings.)*

21          MS. BEDNARSKI:   Your Honor, I want to ask:   Can I

22     leave anything in the courtroom that we don't need to take

23     home?

24          THE COURT:   Well, I don't take no responsibility

25     for it but you can certainly leave it.

1          MS. BEDNARSKI:  With respect, can we leave

2    materials on the table?

3          THE COURT:  We don't have anybody else coming in

4    for any reason this week.

5          MS. BEDNARSKI:  Well, we won't leave anything

6    valuable like a laptop, but I just mean the stuff so we

7    don't have to cart everything in and out again.

8          THE COURT:  Yes.  I don't think there is any

9    danger of it being cleaned away.

10               *(Pause in the proceedings.)*

11        (The Clerk returned with the copies for counsel.)

12          THE COURT:  All right.  Anything else?

13          MS. BEDNARSKI:  No, Your Honor.

14          THE COURT:  All right.  I'll see you tomorrow.

15          (At 4:58 p.m. proceedings were concluded.)

16

17                        -oOo-

18

19

20

21

22

23

24

25

CERTIFICATE

          I, PAT CUNEO, CSR 1600, hereby certify that
pursuant to Section 753, Title 28, United States Code, the
foregoing is a true and correct transcript of the
stenographically reported proceedings held in the
above-entitled matter and that the transcript page format is
in conformance with the regulations of the Judicial
Conference of the United States.


Date:  May 28, 2016


                         _____
                         /s/ PAT CUNEO                   _

                         PAT CUNEO, OFFICIAL REPORTER
                         CSR NO. 1600

**MR. FAUSTMAN: [1]** 113/1

**MR. KENDALL: [11]** 9/13 9/22 11/24
12/3 27/14 59/17 104/20 144/4 144/6
183/16 245/7

**MS. BEDNARSKI: [93]** 4/4 4/5 5/10
5/13 6/8 6/14 6/21 8/23 9/3 9/10 10/2
10/20 11/5 11/17 12/1 12/12 12/15
13/9 27/23 101/16 101/22 102/3 102/9
102/25 104/5 104/9 105/16 106/2
106/12 106/18 107/3 107/5 113/7
113/14 114/6 114/11 114/24 116/1
116/5 116/12 116/14 117/5 121/2 121/6
122/18 123/10 123/14 123/18 123/21
123/25 124/23 149/6 149/14 149/18
150/4 150/7 150/19 151/8 151/16 152/1
167/24 168/5 168/11 169/15 189/14
189/16 189/19 191/1 192/17 194/1
202/4 206/22 211/20 213/20 216/16
222/8 224/15 228/13 228/15 228/19
229/17 235/12 244/2 244/4 244/21
245/3 245/6 246/7 247/11 247/20
247/25 248/4 248/12

**MS. PALMER: [69]** 5/21 5/24 6/24 7/2
7/11 7/19 27/16 98/20 98/23 99/4 99/7
99/15 99/22 99/25 100/3 100/9 100/12
100/18 100/22 101/8 101/11 101/13
104/11 104/18 105/4 105/12 105/17
107/6 107/10 113/21 116/8 118/7
118/13 122/21 124/1 146/6 146/9
146/12 146/19 146/24 147/2 147/15
147/18 147/23 148/1 148/22 149/3
149/11 149/17 150/11 150/22 167/22
168/16 169/12 169/22 195/8 205/15
207/22 216/17 216/19 224/13 229/21
235/10 242/9 243/10 245/1 245/4
246/11 247/9

**MS. WEISBERG: [6]** 7/10 7/14 7/17
27/21 119/18 119/25

**MS. WILLIAMS: [1]** 27/18

**THE CLERK: [39]** 12/7 13/14 13/20
38/18 39/9 39/17 39/19 40/2 74/8
116/2 122/22 122/24 123/2 123/4 123/6
123/9 124/8 124/16 124/18 124/21
125/1 145/22 152/6 152/10 152/14
162/1 168/23 170/7 170/9 182/12
182/23 182/25 183/2 195/13 195/19
195/3 224/18 224/21 247/18

**THE COURT REPORTER: [1]** 46/5

**THE COURT: [686]**

**THE DEFENDANT: [6]** 27/25 45/18
121/18 121/20 122/4 122/8

**THE JURORS: [2]** 169/3 170/14

**THE PROSPECTIVE JUROR: [373]**

**THE PROSPECTIVE JURORS: [1]**
14/2

**THE WITNESS: [14]** 195/21 195/24
201/23 206/24 208/18 216/22 220/5
222/12 222/14 224/16 224/20 235/14
242/12 243/14

**THE WITNESS:  [2]** 195/18 195/18

**$**

**$400 [1]** 145/20

**-**

**-oOo [3]** 4/2 117/2 248/17

**.40 [1]** 206/8

**.40 caliber [1]** 206/8

**/**

**/s [1]** 249/16

**1**

**10 [17]** 44/15 54/22 61/15 70/24 78/14
79/4 81/1 82/5 89/1 91/16 92/7 113/16
113/17 114/21 114/22 116/3 141/10

**10:30 [1]** 234/11

**11 [3]** 45/3 54/18 141/25

**114 [1]** 245/25

**11:15 [1]** 234/13

**12 [8]** 30/21 34/19 39/4 45/12 55/1
98/21 181/5 204/25

**12, 2014 [1]** 13/1

**124 [1]** 3/5

**12:00 [1]** 23/16

**12:05 [1]** 116/18

**12E7 [1]** 204/23

**12th [8]** 183/21 185/10 199/5 199/8
205/14 225/2 225/9 237/24

**13 [14]** 39/5 46/2 55/16 114/13 124/21
125/20 150/17 152/10 154/8 161/23
163/20 169/10 169/22 170/3

**14 [29]** 3/4 47/1 56/4 65/7 74/19 77/15
80/3 86/17 90/4 94/13 94/25 100/23
114/15 125/1 126/12 140/9 143/18
146/7 148/23 151/3 152/12 152/13
154/15 155/12 157/23 169/10 169/17
169/18 169/22

**15 [36]** 47/8 56/8 57/11 59/4 62/10
74/25 78/2 82/23 90/13 90/14 93/8
96/17 104/13 105/18 106/2 107/11
107/12 112/23 117/8 127/16 128/20
131/13 151/5 151/14 151/18 152/5
154/21 155/12 157/2 160/1 162/12
163/25 165/1 169/24 169/25 208/10

**15-95 [1]** 1/8

**16 [16]** 47/15 75/15 75/15 100/5
114/17 128/4 132/17 144/13 145/15
149/17 149/22 152/16 155/3 166/10
168/4 169/6

**1600 [3]** 1/21 249/3 249/17

**17 [20]** 48/25 56/11 114/19 128/25
135/3 140/15 142/19 149/12 149/14
149/14 149/16 149/25 152/17 155/17
157/13 161/4 165/7 199/4 242/22
242/25

**171 [1]** 3/6

**1782 [1]** 1/24

**18 [15]** 7/25 39/5 49/8 71/6 74/4
114/21 121/24 129/9 131/4 141/9 144/7
144/9 151/24 152/18 155/23

**181-E [1]** 1/23

**183 [1]** 3/7

**189 [1]** 3/8

**195 [1]** 3/9

**1:15 [3]** 116/16 116/17 117/1

**1:30 [3]** 23/16 115/10 115/19

**2**

**20 [1]** 71/16

**20 feet [3]** 186/12 208/9 208/10

**20-year-old [1]** 155/13

**2001 [1]** 63/5

**2009 [2]** 161/8 227/15

**2013 [1]** 199/8

**2014 [5]** 13/1 30/21 183/21 199/5
199/8

**2015 [3]** 1/17 4/1 136/3

**2016 [2]** 117/1 249/11

**21 [2]** 96/19 156/3

**213-894-1782 [1]** 1/24

**23-year-old [1]** 153/6

**230 [1]** 2/9

**234 [1]** 2/9

**249 [1]** 1/19

**25 [1]** 71/5

**255 [1]** 1/22

**26 [1]** 206/11

**27 [4]** 1/17 4/1 117/1 213/14

**28 [2]** 249/4 249/11

**29 [2]** 204/9 205/9

**2:00 [4]** 23/7 24/11 27/2 161/12

**3**

**30 [9]** 47/20 47/25 48/7 48/8 48/19
71/5 161/25 204/17 246/8

**31 [1]** 208/11

**312 [1]** 2/5

**33 [1]** 219/23

**34 [2]** 220/11 228/9

**35 [1]** 163/21

**38 [3]** 123/7 123/12 239/9

**3:00 [1]** 26/10

**4**

**416 [1]** 153/3

**43611 [2]** 30/9 185/18

**4:30 [1]** 23/15

**4:58 [1]** 248/15

**4th [1]** 49/11

**5**

**50 feet [1]** 213/11

**501 [2]** 232/20 233/10

**502 [2]** 239/16 243/2

**504 [2]** 231/6 231/6

**506 [1]** 233/5

**507 [1]** 227/11

**510 [1]** 11/7

**511 [1]** 10/22

**514 [1]** 10/22

**515 [1]** 11/19

**517 [2]** 10/23 11/2

**518 [5]** 228/10 228/13 229/19 229/24
244/23

**55 [1]** 239/6

**5:00 [1]** 10/5

**5S07 [1]** 30/7

**6**

**60 [2]** 135/6 147/13

**626-844-7660 [1]** 2/10

**6:00 [2]** 10/5 10/6

**6th [2]** 48/12 48/13

**7**

**74 [1]** 230/17

**753 [1]** 249/4

**7660 [1]** 2/10

**7:45 [1]** 246/21

**8**

**8:00 [2]** 23/7 244/10
**8:15 [1]** 1/17
**8:22 [1]** 4/1
**8th [8]** 192/20 221/10 221/11 230/14
 230/15 230/17 231/3 231/9

**9**

**90012 [2]** 1/23 2/6
**911 [9]** 192/1 192/3 193/3 193/5
 193/18 193/24 194/11 235/6 235/8
**91101 [1]** 2/10
**95 [1]** 1/8
**9:00 [1]** 12/9

**A**

**a.m [4]** 1/17 4/1 161/12 244/10
**AA [1]** 90/15
**aback [1]** 210/23
**abiding [1]** 72/21
**ability [3]** 69/8 77/5 109/19
**able [27]** 10/6 11/16 11/16 21/11 23/23
 34/21 65/15 83/6 86/1 99/2 99/5 101/3
 101/9 107/25 109/10 109/14 133/23
 134/12 134/17 148/3 148/4 148/12
 172/24 176/25 193/12 226/20 241/21
**about [218]** 5/10 11/19 14/12 14/24
 15/3 15/17 15/18 16/11 16/12 16/20
 16/21 17/3 17/5 17/6 17/7 17/18 17/22
 17/22 17/25 18/25 19/4 19/18 19/23
 20/10 20/12 20/20 21/1 21/21 22/10
 23/14 23/16 24/1 24/11 24/13 24/16
 25/20 25/24 27/7 30/4 30/6 35/5 36/19
 38/6 39/2 43/4 43/21 44/9 50/12 50/21
 51/5 51/21 52/1 52/3 54/8 56/16 59/2
 59/9 59/13 59/22 60/17 61/7 63/17
 65/14 66/16 66/18 66/25 67/7 67/8
 67/12 68/6 68/13 71/5 72/20 73/25
 74/1 74/17 76/13 78/22 79/12 80/23
 81/14 82/16 84/12 84/13 86/6 87/22
 88/13 90/18 90/19 90/25 91/5 94/6
 94/13 94/17 94/22 94/24 95/10 99/12
 99/14 100/24 101/25 102/12 102/23
 103/3 104/24 106/8 106/11 107/8
 107/19 108/4 108/5 108/6 108/11
 108/24 109/4 111/16 111/20 115/7
 115/8 116/7 117/10 117/17 117/19
 118/2 118/16 119/6 119/11 125/10
 126/22 128/12 130/7 130/23 131/17
 131/19 132/10 132/11 137/19 137/22
 137/25 138/24 140/21 142/11 142/21
 143/3 143/14 143/14 144/10 145/4
 145/17 146/18 148/9 148/13 149/13
 149/14 153/16 153/20 156/12 157/8
 158/18 158/19 158/25 159/6 163/1
 163/7 163/15 163/16 165/23 166/14
 166/16 171/11 172/22 173/7 173/8
 173/12 173/17 175/7 178/19 180/16
 180/24 181/9 181/19 182/6 182/7
 182/16 184/25 185/19 186/12 187/13
 188/25 189/20 190/20 193/3 193/4
 195/16 200/17 202/24 208/4 208/25
 216/1 218/10 226/8 226/18 231/24
 232/1 232/9 234/11 234/12 234/13
 235/24 236/14 237/10 239/6 241/16
 242/17 244/8 244/8 246/20 247/13
**above [1]** 249/7
**above-entitled [1]** 249/7

**absolutely [4]** 20/23 66/6 77/9 149/3
**abuse [5]** 44/13 69/8 80/6 92/15 104/3
**abused [3]** 78/21 79/11 160/23
**academy [5]** 158/4 158/7 158/8 207/11
 211/20
**accent [1]** 167/12
**accept [6]** 117/20 133/19 150/8 150/20
 168/12 174/9
**accepting [1]** 34/5
**accepts [2]** 168/17 169/13
**access [1]** 61/5
**accident [1]** 26/19
**accidentally [3]** 17/18 20/13 180/4
**accidents [1]** 103/24
**accommodate [1]** 181/22
**according [5]** 169/2 170/13 238/1
 239/10 239/15
**accountable [2]** 57/23 100/14
**accountant [2]** 125/14 125/17
**accounting [2]** 14/10 156/2
**accounts [1]** 19/16
**accurate [8]** 19/2 19/7 19/12 38/9
 132/25 133/24 134/4 134/6
**accused [13]** 62/18 67/6 67/9 67/17
 71/1 104/15 138/14 139/1 139/4 139/8
 159/17 160/4 161/6
**acknowledge [1]** 178/10
**acknowledging [1]** 14/17
**ACLU [1]** 62/14
**across [6]** 48/5 48/6 192/4 218/20
 240/18 240/24
**act [2]** 179/2 223/15
**action [1]** 197/8
**activity [1]** 95/13
**actors [1]** 129/3
**acts [2]** 245/14 246/4
**actual [2]** 54/3 139/20
**actually [16]** 10/23 67/7 70/7 71/19
 71/22 75/21 79/15 90/16 118/17 129/23
 131/7 133/9 138/23 148/11 160/23
 227/7
**add [3]** 7/13 7/20 107/7
**addition [2]** 19/12 32/25
**additional [3]** 7/20 105/21 117/23
**address [19]** 19/21 20/14 184/1 184/2
 185/18 193/9 193/10 193/20 202/22
 207/14 216/18 226/25 227/4 227/5
 227/9 227/17 227/18 227/23 229/5
**addressed [4]** 8/18 185/16 202/23
 202/25
**administration [3]** 89/16 154/10
 155/25
**administrative [1]** 104/3
**Admission [1]** 41/18
**admit [3]** 190/11 190/12 229/19
**admitted [7]** 9/1 9/9 11/17 121/12
 176/1 176/3 229/23
**Adriana [1]** 39/14
**adult [19]** 36/2 41/5 41/20 42/2 42/10
 43/11 44/2 44/21 45/8 47/6 47/13
 49/13 125/24 126/7 127/19 129/3
 129/20 154/18 156/3
**adults [2]** 36/1 46/12
**advance [1]** 14/8
**advancing [1]** 214/9
**advantage [1]** 219/4
**advocacy [1]** 57/18
**advocate [2]** 55/8 55/9

**advocates [5]** 51/11 62/4 138/7 159/11
 159/17
**Aerospace [2]** 47/4 125/22
**affairs [1]** 89/19
**affect [3]** 69/8 77/5 111/19
**affected [2]** 63/1 222/19
**affecting [1]** 247/4
**affects [1]** 111/20
**affiliation [1]** 139/12
**affirm [3]** 13/23 168/25 170/11
**affirmative [1]** 120/9
**affixed [1]** 10/12
**afoul [1]** 121/5
**afraid [1]** 219/13
**after [29]** 33/16 33/20 36/20 40/12
 75/17 127/3 127/4 171/18 176/19
 181/17 181/25 188/22 189/7 194/10
 194/11 195/5 203/2 207/12 212/7 213/9
 214/2 215/20 221/16 221/20 221/21
 235/10 235/18 241/9 246/2
**afternoon [6]** 23/12 23/15 26/9 117/5
 117/6 194/19
**again [50]** 13/19 26/25 36/16 36/19
 38/3 46/8 49/21 50/12 61/3 73/5 73/9
 76/20 85/3 91/1 115/11 117/11 124/21
 125/7 130/12 136/19 138/12 145/8
 152/20 156/7 165/18 166/22 170/10
 171/2 181/23 188/7 189/1 189/2 189/2
 189/5 194/21 194/21 194/23 198/5
 202/16 211/7 215/7 215/15 215/17
 215/18 216/9 216/24 217/10 217/18
 219/4 248/7
**against [23]** 13/5 30/25 32/13 58/8
 76/6 78/25 81/14 82/2 82/2 82/7
 105/19 105/19 110/3 110/25 138/18
 142/6 142/6 157/10 159/22 162/8 162/9
 162/14 184/12
**agencies [1]** 156/12
**agency [4]** 50/2 130/10 130/12 156/11
**agent [4]** 55/13 153/4 185/5 189/9
**aggravated [2]** 209/21 210/15
**aggressive [1]** 141/7
**agitated [3]** 210/7 210/8 232/9
**ago [22]** 38/1 51/23 53/22 62/23 64/1
 66/15 66/16 66/23 67/7 71/5 72/22
 76/11 99/12 128/12 153/16 160/13
 160/15 161/24 161/25 163/21 185/10
 227/2
**Agoura [1]** 41/9
**agree [10]** 18/14 31/7 32/2 118/1
 147/21 172/4 172/14 172/14 174/10
 246/1
**agreed [5]** 95/5 95/9 95/15 118/6
 121/8
**agreeing [1]** 236/2
**Agriculture [3]** 196/13 196/14 205/8
**ahead [8]** 25/9 65/7 105/4 105/12
 206/24 222/12 235/14 242/20
**ahold [1]** 204/24
**aimed [1]** 212/20
**air [2]** 14/17 49/20
**Alamitos [1]** 49/11
**Alarcon [1]** 6/3
**alcohol [3]** 72/22 72/23 108/16
**alert [1]** 191/10
**Alfredo [7]** 28/13 185/17 186/2 189/25
 189/25 190/1 190/9
**Alfredo Morales [1]** 28/13 185/17

Alfredo Morales... **[4]** 186/2 189/25
189/25 190/9
algebra **[1]** 112/9
Alito **[1]** 8/9
alive **[1]** 46/23
all **[202]** 4/13 4/16 6/12 7/9 7/21 9/8
10/11 13/11 14/7 16/1 17/1 18/14
18/15 19/20 20/8 20/25 23/3 23/13
23/17 24/17 24/18 26/11 27/9 28/18
28/23 29/12 29/23 30/1 32/15 32/18
32/20 32/22 33/10 33/14 33/17 33/21
34/11 37/4 38/2 38/17 38/20 38/24
38/25 39/1 40/9 40/17 49/16 52/8 53/5
54/10 54/15 54/18 55/10 59/7 64/25
70/13 73/24 74/9 74/13 74/14 74/19
75/13 77/24 78/14 79/23 80/7 81/11
84/9 85/22 86/3 87/6 87/8 87/10 91/11
93/17 95/1 95/18 96/5 97/5 101/3
101/14 103/1 103/7 104/7 104/9 105/11
106/6 106/15 107/16 109/24 109/25
110/8 110/15 112/20 114/12 114/24
115/12 115/24 116/10 116/16 117/14
117/18 120/14 120/21 120/24 121/15
122/12 123/1 124/3 124/8 124/15 125/6
126/4 126/21 126/25 130/3 130/12
130/24 136/22 137/17 138/11 143/7
144/19 146/6 146/11 148/15 148/16
149/8 149/11 149/21 151/7 151/20
152/6 152/19 154/6 154/15 156/5
156/12 158/11 160/9 160/25 162/24
164/6 166/4 168/1 168/19 169/18
170/24 171/7 171/17 171/22 173/10
173/14 176/19 177/18 178/16 179/19
179/23 180/9 180/11 180/25 181/23
182/8 182/13 182/18 182/25 183/1
183/4 185/15 189/7 195/5 197/12 200/9
202/21 202/21 202/22 205/3 209/9
211/20 212/8 216/22 219/15 223/18
223/22 224/5 226/6 227/3 227/5 227/7
227/11 228/20 229/6 232/5 235/14
236/18 244/14 246/13 246/16 246/25
247/2 248/12 248/14
alleges **[2]** 12/21 30/16
Allison **[1]** 28/14
allow **[5]** 53/16 178/7 179/25 181/20
206/24
allowed **[5]** 26/19 76/15 94/15 154/1
175/10
almost **[2]** 10/5 117/14
alone **[2]** 120/12 224/1
along **[4]** 75/8 98/8 110/8 120/13
alongside **[1]** 203/25
ALPHABETICAL **[1]** 3/16
already **[14]** 6/7 6/22 11/18 50/10
50/11 73/20 76/1 87/14 100/16 102/19
127/10 139/14 142/24 231/18
also **[34]** 11/2 16/15 22/3 24/3 24/9
25/23 25/25 28/7 36/7 33/20 38/14
45/21 47/5 56/1 61/16 80/17 104/21
104/24 134/8 137/22 146/25 156/18
160/6 170/19 183/8 188/10 188/21
200/13 201/13 214/12 230/18 235/23
238/7 238/18
alter **[1]** 84/23
altercation **[3]** 215/9 222/4 224/13
altercations **[5]** 59/9 59/22 64/17

alternate **[5]** 169/14 170/6 170/9 171/9
180/25
alternates **[3]** 34/20 122/18 169/11
alternative **[2]** 24/14 186/21
Alvarez **[4]** 7/3 28/11 185/2 189/8
Alvarez's **[1]** 185/17
always **[13]** 10/1 42/22 53/12 73/16
135/23 135/24 137/9 141/1 170/23
207/10 211/16 223/7 224/1
am **[17]** 41/19 42/1 45/6 47/5 61/16
99/24 111/4 126/17 140/20 151/6
152/25 153/5 154/11 156/2 164/3 239/9
240/17
ambulance **[1]** 194/17
AMERICA **[1]** 1/6
American **[4]** 82/16 140/22 142/12
163/1
among **[3]** 83/23 177/23 179/13
amongst **[3]** 184/1 185/6 202/18
amount **[2]** 88/8 131/8 184/25
Amy **[1]** 50/20
analysis **[4]** 118/7 126/16 126/23
126/25
analyst **[1]** 146/8
anecdotally **[1]** 96/23
Angeles **[11]** 1/15 1/23 2/6 4/1 42/15
43/10 43/25 53/22 117/1 129/1 160/8
angry **[4]** 147/8 210/4 210/5 210/17
annotation **[1]** 120/3
annoying **[2]** 10/1 22/7
another **[25]** 28/19 29/4 54/11 71/8
71/23 77/25 82/2 84/14 112/13 112/22
113/13 124/13 142/6 143/4 162/8 163/7
178/21 202/7 211/24 218/7 221/10
223/21 224/2 224/6 238/21
answer **[42]** 13/23 14/16 18/16 35/11
36/20 37/9 37/15 37/17 37/18 37/19
37/20 38/9 40/15 49/19 49/20 53/18
59/3 65/20 66/9 74/15 76/7 83/14
96/12 96/18 96/20 117/14 136/6 144/8
158/21 164/12 173/3 174/24 175/7
175/10 175/10 178/20 178/22 179/1
222/13 235/14 242/12 243/13
answered **[4]** 37/23 77/10 178/25
242/11
answering **[2]** 89/23 193/16
answers **[20]** 35/11 37/5 37/10 37/14
38/17 57/7 76/23 87/24 105/23 130/5
132/13 138/20 142/8 143/16 144/16
159/7 162/10 163/18 189/24 190/23
anxiety **[3]** 163/23 164/22 193/14
any **[207]** 5/12 10/16 11/15 14/12
15/25 16/1 16/3 16/6 16/19 17/14
17/15 17/20 17/21 17/25 18/2 18/2
18/4 18/7 18/15 19/10 19/11 20/10
20/25 21/17 22/22 24/13 28/3 28/4
28/9 28/22 30/3 31/10 33/1 33/3 33/3
33/4 33/24 34/5 34/25 34/25 35/1
35/21 35/25 36/1 37/17 42/25 43/16
45/7 50/1 50/2 50/4 50/7 50/12 53/2
56/20 56/21 56/23 59/1 59/8 59/12
59/13 59/22 60/14 60/16 60/18 60/24
61/1 62/2 62/5 66/17 66/24 68/5 68/25
70/12 71/24 74/1 74/21 75/11 76/5
78/16 87/15 87/21 91/25 91/25 94/4
93/17 94/6 98/1 99/6 99/20 101/24

102/6 103/12 111/13 115/8 121/17
103/13 105/1 108/1 112/8 112/23
130/12 131/25 132/3 132/9 132/10
132/13 134/15 137/18 137/24 137/24
138/1 138/5 138/10 142/8 142/11 143/3
143/10 143/13 143/16 144/2 144/3
144/16 144/19 144/24 145/3 145/10
146/6 146/19 149/1 153/14 155/21
155/21 156/7 156/10 156/11 158/12
158/14 158/18 158/23 158/24 159/5
159/7 159/12 159/23 160/10 161/9
162/25 163/6 163/12 163/15 163/18
164/10 164/11 165/13 165/18 165/22
166/4 167/22 172/3 172/6 172/13
173/12 173/23 174/1 174/12 174/21
175/11 175/24 176/4 176/14 177/23
179/1 179/3 179/12 179/20 179/25
180/1 180/1 180/6 180/22 181/2 181/3
182/6 190/11 190/12 192/15 201/8
202/25 223/9 226/8 227/22 229/21
231/19 234/8 242/21 243/15 244/8
245/1 245/20 246/6 246/13 246/14
246/16 246/19 248/4 248/8
anybody **[115]** 14/12 14/18 25/2 27/10
28/3 28/15 29/10 30/1 37/22 50/14
51/8 55/15 56/2 57/7 57/9 58/24 59/3
59/5 60/12 61/23 61/25 62/5 62/8
62/19 63/22 66/9 67/3 72/15 74/23
75/23 76/7 77/11 77/13 78/12 78/17
79/2 79/24 80/1 80/18 81/20 81/22
82/3 82/10 82/12 82/19 82/21 84/10
85/9 86/13 86/15 87/10 87/24 88/24
89/25 91/9 91/14 91/20 91/22 92/5
93/4 93/6 93/15 93/21 93/23 96/1 96/3
101/24 102/4 103/2 103/7 123/8 131/2
131/11 131/22 132/15 135/1 137/15
137/18 138/2 138/3 138/8 138/20
140/13 141/23 142/8 142/17 143/1
143/21 144/16 144/19 156/21 156/25
157/21 158/9 158/21 159/25 161/2
161/21 162/2 162/10 162/22 163/6
163/10 163/18 164/4 164/7 164/12
164/24 165/5 165/11 165/13 203/1
223/12 223/12 248/3
Anybody else **[1]** 85/9
anybody's **[3]** 64/20 130/5 224/6
anymore **[4]** 21/13 214/9 224/1 224/6
anyone **[60]** 15/17 15/18 15/23 16/8
16/20 16/21 16/23 16/24 16/24 17/1
17/5 17/6 17/22 17/25 18/10 21/17
21/20 28/22 30/10 31/10 32/7 32/17
33/24 34/5 49/22 56/21 60/14 61/13
74/14 82/15 84/13 87/13 87/14 87/18
91/11 91/24 93/17 94/5 109/18 110/3
110/3 138/5 140/7 142/10 143/10
143/23 144/2 145/3 158/24 159/9
162/24 163/11 164/7 164/10 165/22
179/12 179/24 179/25 181/2 182/16
anything **[64]** 5/10 7/13 8/20 10/13
11/24 13/6 14/12 15/2 15/18 15/20
15/22 16/21 17/6 17/23 18/1 18/8
18/11 24/1 24/7 24/12 31/1 50/8 56/16
58/17 61/7 68/1 70/12 70/12 70/14
78/22 90/2 96/11 98/16 103/18 116/7
127/6 130/14 141/20 145/12 149/13
160/18 162/20 166/6 166/8 172/8
174/11 175/17 178/15 180/19 182/16
191/10 191/11 197/1 206/1 206/2

**A**

anything... [9] 210/25 222/6 226/5 242/17 244/20 247/8 247/22 248/5 248/12
anyway [3] 76/25 136/7 219/9
anywhere [5] 16/4 16/5 74/7 115/17 179/15
apologize [2] 24/13 72/18
apparent [1] 72/3
apparently [2] 74/21 106/10
APPEAL [1] 1/14
appear [1] 133/22
appearance [2] 139/6 243/22
APPEARANCES [1] 2/1
appeared [2] 43/17 199/23
applicant [1] 103/15
applied [3] 108/20 126/16 126/25
applies [2] 31/5 182/1
apply [4] 15/3 36/11 36/12 171/24
applying [1] 31/11
approach [6] 58/11 58/12 104/7 149/9 168/1 228/14
appropriate [3] 34/19 78/9 110/13
appropriately [1] 111/10
approve [2] 31/7 31/12
approximately [6] 76/18 199/4 208/23 230/6 230/9 231/23
approximation [1] 229/4
are [138] 4/17 5/20 8/2 8/21 8/22 10/8 10/18 11/11 14/23 15/2 16/8 17/2 18/17 18/17 18/19 20/6 20/16 20/18 21/14 21/23 28/24 31/17 33/17 34/13 35/11 36/3 36/10 37/2 37/20 38/18 51/18 58/5 61/20 62/2 63/12 64/6 64/19 75/2 77/19 81/8 85/22 88/11 91/2 91/7 91/7 92/18 95/10 95/11 96/23 97/11 101/20 102/9 103/23 109/8 109/9 109/11 110/21 110/24 111/3 111/18 112/15 115/15 118/18 120/24 121/14 129/17 131/15 132/19 133/13 133/21 134/12 135/10 136/11 136/12 136/21 139/11 139/18 139/19 139/19 140/19 140/21 147/9 147/19 147/20 147/20 147/22 147/22 147/22 148/9 151/4 151/7 151/15 155/11 160/19 160/25 166/14 167/8 168/4 170/25 171/5 171/9 171/20 172/13 172/15 173/15 173/22 174/15 174/18 174/20 174/25 175/13 176/11 176/12 178/16 180/10 180/16 181/5 182/8 183/9 186/3 186/4 189/24 190/3 197/13 198/1 198/4 205/2 206/1 206/7 209/17 217/14 219/15 224/2 224/12 225/7 230/20 231/20 239/8 242/6
area [41] 30/8 35/20 40/15 40/19 41/1 41/8 41/15 41/24 42/5 43/9 47/16 49/1 53/6 53/15 53/17 90/9 103/21 120/5 125/8 125/12 154/16 157/6 185/11 187/17 197/2 198/15 199/17 199/19 200/4 200/4 200/8 200/9 200/21 201/5 208/20 209/10 219/18 219/19 221/21 222/5 223/5
areas [3] 126/25 197/6 197/6
aren't [4] 10/20 28/18 91/7 124/11
argue [2] 119/12 183/9
argued [1] 72/24
argument [6] 8/6 79/19 105/3 119/11 119/17 183/9

arguments [7] 19/24 23/19 32/19 174/12 174/18 176/20 182/2
arise [1] 33/14
arises [1] 21/6
arm [1] 49/20
armed [2] 128/22 191/3
arms [2] 14/17 186/20
around [15] 10/5 20/16 53/6 63/5 65/12 117/11 129/22 139/12 189/4 195/22 203/24 205/3 205/19 219/19 221/19
arranged [1] 7/4
arrest [1] 139/20
arrested [6] 71/13 78/23 79/22 139/21 160/2 161/25
arrive [1] 171/25
arrived [6] 185/14 185/19 188/15 199/22 203/9 203/10
arriving [3] 94/7 145/4 165/23
Arson [1] 48/15
articles [1] 17/21
as [219] 4/18 4/23 4/25 5/1 5/25 6/24 7/16 7/19 8/3 8/14 8/14 8/17 8/17 11/12 12/9 12/9 13/25 14/11 14/24 15/9 15/10 15/21 15/23 16/22 17/11 18/19 19/5 20/9 21/3 21/8 22/3 22/3 22/18 22/22 22/18 22/19 24/10 24/10 24/11 24/16 26/16 28/8 29/15 31/12 34/24 35/10 36/15 36/16 38/7 38/14 38/14 42/1 42/22 42/23 42/23 45/17 45/21 47/4 47/11 49/11 49/18 49/25 50/14 50/17 50/25 51/19 53/7 53/8 53/11 53/12 54/5 56/14 56/24 58/2 64/21 66/2 66/4 66/8 69/14 69/21 70/13 71/11 72/10 72/20 76/23 78/4 81/11 81/13 84/5 84/6 86/19 87/2 87/17 88/8 88/12 88/12 89/9 89/9 89/10 89/10 90/6 91/19 91/19 92/17 95/12 98/25 101/6 102/5 102/13 103/14 104/2 104/2 104/3 105/23 108/5 108/9 108/20 108/21 110/11 117/15 121/11 121/11 122/17 123/8 124/5 124/12 129/15 130/9 131/7 131/8 133/9 133/10 144/25 147/9 148/8 150/9 150/21 154/11 154/18 154/24 155/6 155/19 156/9 158/14 168/13 168/18 171/2 171/11 171/19 171/24 171/25 172/4 172/9 173/4 173/17 174/9 174/10 174/16 174/23 175/11 175/17 175/24 177/9 177/12 177/23 178/13 179/1 179/2 179/10 180/9 180/25 181/4 181/10 182/5 183/14 183/24 184/24 184/24 185/7 187/18 188/8 188/11 188/12 188/12 188/21 197/10 200/3 204/25 205/5 205/23 212/7 212/20 215/14 215/21 215/21 217/4 217/4 218/3 218/18 219/1 219/7 219/11 220/25 221/5 221/5 221/6 221/11 223/5 223/15 223/16 225/17 228/7 228/9 228/10 238/12 238/14 239/12 241/2
aside [6] 64/6 81/18 94/5 102/25 145/3 165/22
ask [62] 6/17 13/19 14/15 14/19 16/4 16/5 16/11 18/10 23/4 24/24 28/9 29/20 35/5 35/15 35/17 36/2 36/4 36/7 36/23 36/24 37/10 37/18 37/24 38/7 43/15 49/17 49/18 49/21 66/7 92/21

101/22 104/19 107/1 107/13 110/18 112/6 115/4 115/18 121/14 132/7 135/10 145/9 169/16 177/17 177/18 177/25 178/3 178/7 179/5 189/10 195/5 200/24 202/7 211/24 226/3 226/5 226/20 228/11 228/16 247/10 247/21
asked [40] 4/7 12/8 13/24 23/25 35/2 59/21 61/2 64/2 68/3 76/16 77/8 95/24 96/12 99/10 103/3 103/17 105/8 128/20 140/19 166/8 174/22 178/13 178/18 178/18 178/20 178/21 179/19 185/24 186/1 209/7 209/20 210/8 216/2 225/20 225/24 226/4 232/10 236/7 236/21 242/10
asking [17] 15/8 32/12 37/11 109/16 110/20 135/11 179/2 192/6 192/6 208/7 210/12 226/17 232/9 235/6 236/22 237/3 237/4
asks [7] 22/20 175/1 190/3 192/1 192/1 192/2 194/22
asp [2] 206/9 239/4
aspect [1] 95/22
assault [13] 12/22 30/17 62/23 78/16 79/10 79/12 79/14 80/5 80/8 138/19 159/23 184/15 212/13
assaulted [3] 79/16 79/17 80/13
assembly [1] 15/16
asserted [1] 222/11
assessing [2] 99/3 100/2
assessment [3] 88/5 89/10 127/12
assessments [3] 89/4 89/8 127/9
assigned [1] 50/25
assignment [2] 41/10 50/24
assignments [1] 55/6
assist [4] 30/5 38/8 176/12 183/13
assistant [4] 2/4 41/11 42/16 154/18
associates [3] 46/4 78/3 154/17
association [2] 139/2 139/13
assume [3] 11/25 21/12 174/21
assumed [1] 216/24
Assumes [1] 243/11
assuming [1] 120/21
assumptions [3] 30/3 139/10 139/11
at [189] 2/8 4/16 7/10 7/14 8/23 9/19 11/11 11/14 15/15 16/1 16/24 16/25 17/1 17/17 18/15 20/25 21/24 23/22 28/9 36/16 37/19 38/15 38/23 45/21 47/5 50/18 52/9 54/1 62/22 68/4 71/24 72/10 73/8 78/21 82/2 84/4 86/3 87/16 94/7 96/7 96/7 100/17 103/7 104/8 104/17 106/10 107/18 115/10 115/19 116/16 116/18 117/11 117/22 120/4 121/3 122/7 129/17 130/6 130/12 130/24 136/12 142/6 145/4 145/13 146/2 146/11 146/16 149/10 153/6 153/7 153/13 154/17 155/20 156/6 157/15 158/6 161/12 161/12 162/8 165/23 166/4 168/2 171/14 171/25 174/2 174/12 176/16 176/25 177/6 179/9 179/10 179/24 180/6 180/22 183/4 183/10 184/4 184/4 184/9 184/20 185/12 185/19 186/7 187/9 187/14 188/3 188/14 188/18 189/9 191/5 191/6 191/13 191/13 191/17 191/18 191/24 193/4 193/21 193/24 194/2 194/6 195/5 196/21 200/23 201/22 203/5 204/3 204/4 204/23 207/14 207/21 209/8

## A

**at... [51]** 210/10 210/25 211/12 212/4 212/12 212/16 212/25 213/4 214/13 216/6 218/6 218/13 219/21 219/22 221/12 222/21 223/2 223/22 226/21 227/19 227/21 227/22 227/23 228/1 229/15 230/2 231/23 232/6 232/19 233/5 233/24 234/3 234/10 234/13 235/5 236/18 238/1 238/22 240/24 241/1 241/24 241/25 242/2 242/3 242/8 243/1 243/1 244/10 245/14 246/21 248/15
**athlete [1]** 25/21
**attempt [2]** 179/25 203/12
**attempted [1]** 161/7
**attempting [1]** 241/15
**attention [6]** 14/8 37/4 177/9 178/4 178/6 179/5
**attitude [3]** 108/13 108/15 173/7
**attorney [18]** 2/2 22/20 43/11 50/6 50/18 51/11 51/16 55/2 174/7 174/7 174/8 175/1 175/2 175/3 175/13 175/15 175/15 175/16
**attorney's [5]** 50/5 50/6 50/7 174/5 175/12
**attorneys [28]** 2/4 2/8 16/1 16/13 16/17 17/16 20/7 21/23 22/9 22/13 28/3 35/4 35/15 36/24 37/2 38/16 51/9 51/18 56/6 56/6 56/7 92/21 174/3 174/12 174/18 178/14 179/3 182/2
**audience [9]** 37/2 74/6 74/7 115/14 115/17 121/25 123/23 170/17 180/14
**audio [1]** 11/19
**author [1]** 42/1
**authoritative [1]** 147/10
**authority [3]** 77/2 110/3 112/1
**authorized [1]** 223/6
**autism [5]** 93/10 106/14 106/16 106/18 127/1
**automatically [2]** 110/4 133/19
**AutoNation [1]** 47/18
**available [4]** 23/3 23/21 124/4 224/4
**Avenue [1]** 219/8
**awaiting [1]** 75/3
**awake [1]** 191/9
**aware [2]** 92/18 93/3
**awareness [2]** 92/17 210/16
**away [47]** 16/12 16/18 25/13 28/21 29/22 39/9 66/5 81/4 85/14 96/25 98/13 148/19 178/6 185/19 186/12 186/24 187/10 187/12 187/22 188/1 191/24 198/17 200/17 203/6 208/9 208/10 212/14 212/16 212/18 212/21 212/21 212/24 215/15 215/20 215/22 215/23 215/24 215/24 216/1 216/10 217/4 217/24 219/7 221/20 221/21 241/10 248/9
**Azusa [1]** 155/18

## B

**Bachelor [1]** 154/10
**Bachelor's [16]** 41/3 41/9 41/17 41/25 42/16 44/17 47/10 49/2 88/2 89/2 125/13 125/16 129/14 143/20 154/23 155/25
**back [71]** 4/7 10/7 23/12 26/16 38/23 39/1 39/7 40/13 44/6 64/3 65/23 67/11 74/6 76/24 94/12 94/16 94/24 95/19 96/6 112/2 114/3 115/5 116/8 123/2 123/10 124/4 124/13 124/14 154/1 154/2 171/1 171/3 171/8 177/12 177/17 177/18 177/20 178/9 179/17 181/14 182/8 183/4 186/19 186/25 189/4 192/4 194/5 202/21 205/9 205/23 210/24 212/11 212/16 213/12 215/3 215/7 217/1 217/24 218/7 218/11 218/14 221/19 221/21 221/24 222/4 231/12 233/2 234/21 241/10 244/16 246/25
**back-peddled [1]** 186/19
**back-peddling [2]** 210/24 212/11
**backed [3]** 212/18 241/9 241/10
**background [6]** 35/5 98/22 98/24 103/2 153/23 194/4
**backgrounds [1]** 103/2
**backing [4]** 212/14 212/21 212/21 212/24
**backpacker [1]** 60/21
**backtrack [1]** 93/9
**backup [1]** 72/25
**backyard [1]** 223/12
**bad [7]** 68/18 72/13 97/7 147/20 147/23 160/25 245/13
**badge [6]** 16/9 71/18 185/23 205/7 205/12 205/24
**badges [2]** 171/4 180/3
**badly [4]** 76/3 77/18 138/15 159/19
**bag [1]** 201/1
**bail [1]** 140/1
**bailiff [3]** 17/8 180/7 180/24
**ball [1]** 108/18
**balled [3]** 186/15 212/10 238/2
**balling [1]** 212/8
**ballistic [1]** 237/20
**baloney [1]** 121/21
**bang [1]** 187/5
**banging [1]** 188/20
**bank [1]** 156/4
**banking [1]** 41/19
**Bankruptcy [1]** 43/15
**bar [6]** 192/23 193/25 194/4 231/17 231/19 231/20
**barrier [1]** 223/15
**base [2]** 18/22 29/7
**baseball [1]** 54/25
**based [22]** 30/4 33/12 33/13 34/22 35/8 64/23 65/17 88/16 92/11 102/15 109/10 110/16 134/13 136/13 136/20 139/5 148/6 148/7 173/14 177/7 215/12 217/11
**basically [6]** 56/25 61/18 69/13 197/17 238/16 239/5
**basing [2]** 63/12 63/14
**basis [2]** 81/18 92/9
**bathrooms [1]** 196/25
**Batson [3]** 9/18 9/22 10/2
**battery [3]** 71/5 79/15 79/22
**be [305]**
**Beach [7]** 40/20 40/21 42/6 49/9 52/14 54/5 154/22
**beating [2]** 214/24 215/18
**became [4]** 52/22 196/18 197/6 210/22
**because [117]** 5/2 5/17 9/6 9/24 14/17 16/15 19/6 20/19 21/7 22/10 23/13 23/20 25/12 27/2 27/4 29/16 37/6 37/20 38/12 39/6 61/11 64/11 66/18 67/8 69/10 70/3 70/7 70/14 71/10 90/6 112/2 114/11 115/15 116/8 123/2 121/24 172/25 123/18 135/13 135/15 136/20 92/11 95/8 95/14 97/8 97/14 97/15 97/24 98/1 98/9 99/9 99/24 100/9 101/21 102/2 104/14 106/24 109/4 110/9 110/12 111/2 114/4 115/15 117/8 117/18 117/19 119/13 120/9 121/22 122/19 123/14 123/22 132/19 132/23 133/16 134/22 136/18 139/11 139/13 139/25 147/6 147/11 147/13 161/13 174/7 175/15 178/3 179/6 179/8 186/17 186/18 187/17 192/10 193/12 198/3 200/14 201/5 209/8 209/9 209/17 210/16 212/3 212/23 215/9 217/25 218/19 219/8 224/2 226/15 226/24 227/17 230/8 234/4 234/19 236/4 237/1 238/15 238/24 241/22 245/15 246/10 246/19 247/14
**become [6]** 52/21 52/25 72/9 197/3 198/22 246/4
**BEDNARSKI [17]** 2/7 2/7 3/8 5/9 8/23 11/15 27/24 101/22 107/21 114/10 114/24 115/25 116/12 189/16 244/1 246/5 246/14
**bedrock [1]** 34/9
**Bee [9]** 30/7 185/11 200/3 200/21 231/12 231/18 236/7 236/21 237/12
**been [88]** 6/11 9/9 11/17 16/22 21/7 23/19 32/16 44/25 45/1 50/1 54/20 60/23 61/3 62/17 63/4 64/11 64/14 65/21 67/14 70/25 71/1 71/3 72/1 72/7 75/3 76/3 78/15 79/5 79/6 79/7 79/11 80/21 81/5 81/6 88/18 89/21 92/10 96/24 100/6 101/24 101/25 102/10 103/17 106/9 106/13 119/10 119/13 121/12 123/18 126/19 127/21 138/12 138/15 138/18 139/1 140/16 140/24 142/1 145/9 154/12 156/10 159/16 159/19 159/22 160/2 160/6 162/5 166/13 166/14 170/20 175/7 176/2 178/20 181/10 181/25 183/22 190/3 196/17 207/10 208/24 209/3 212/3 217/10 217/17 220/16 220/17 228/9 235/2
**before [57]** 5/20 6/25 7/19 9/14 9/19 14/1 15/2 22/17 28/4 36/4 36/17 38/16 49/22 62/14 64/12 64/14 65/3 65/22 72/19 84/13 87/9 102/6 102/10 108/5 110/5 111/1 114/10 116/4 116/8 120/22 126/19 133/24 144/25 145/25 156/4 157/10 169/1 170/12 171/18 171/19 179/6 179/17 188/11 188/14 190/22 195/17 196/19 198/14 201/6 207/16 217/16 223/7 226/20 227/20 230/24 231/3 244/20
**beforehand [1]** 9/18
**began [5]** 186/8 187/4 188/7 188/8 214/4
**begin [4]** 34/11 179/18 181/5 182/3
**beginning [2]** 104/23 166/12
**behalf [4]** 27/16 27/17 27/22 104/3
**behavior [3]** 126/16 127/8 173/1
**behavioral [5]** 89/5 90/15 126/23 126/25 146/7
**behaviors [2]** 127/10 127/13
**behind [7]** 58/11 187/20 188/2 216/25 217/6 217/12 221/4
**being [37]** 5/10 7/25 23/22 29/21 52/4

**B**

**being... [32]** 61/1 61/20 65/8 66/18
67/9 67/17 68/15 72/4 72/6 73/13
76/16 76/22 76/25 83/2 89/8 89/9
95/16 111/3 119/22 133/24 140/5
148/12 170/18 194/3 199/1 210/15
215/4 216/19 219/17 222/24 223/5
248/9

**belief [1]** 82/24

**beliefs [19]** 59/2 59/8 60/17 82/15
84/22 87/21 90/18 111/19 111/20 132/9
132/11 137/25 142/11 143/13 158/18
159/5 162/25 163/14 163/15

**believability [1]** 176/11

**believe [54]** 6/1 6/8 20/19 24/20 38/1
44/3 48/11 51/1 56/18 57/4 57/13
62/24 76/2 88/20 90/23 91/18 102/1
102/16 102/24 106/22 106/24 106/25
109/16 110/12 111/17 112/15 118/9
120/20 132/4 132/7 132/24 135/9
135/12 136/16 136/21 137/1 137/4
144/7 147/22 153/18 158/15 159/18
160/20 172/17 172/18 172/18 203/20
205/23 215/2 234/12 239/7 239/13
243/9 247/6

**believed [5]** 22/25 69/23 70/1 117/17
120/21

**believes [3]** 32/17 175/13 183/12

**Bell [1]** 56/13

**Bellflower [1]** 49/2

**belong [2]** 62/6 227/5

**belonged [2]** 201/9 227/3

**bench [6]** 52/9 104/8 119/3 119/7
149/10 168/2

**benefit [2]** 134/21 134/24

**Benjamin [1]** 124/23

**Bernardino [9]** 30/8 183/23 185/1
185/12 199/7 200/12 200/13 200/15
200/15

**besides [1]** 242/22

**best [12]** 16/8 54/23 78/20 83/14 83/23
101/5 108/18 109/19 111/7 111/10
157/3 157/24

**better [7]** 10/9 10/10 11/13 108/1
122/6 122/9 134/16

**between [10]** 24/2 132/12 133/8
173/24 201/4 209/3 212/22 213/11
232/3 245/17

**beyond [26]** 21/10 32/24 33/6 33/8
33/10 33/17 33/22 34/7 36/18 60/10
69/17 69/24 70/1 70/20 83/10 84/6
85/24 86/24 97/5 97/6 97/17 101/2
120/17 135/25 136/17 136/24

**bias [17]** 58/8 63/14 66/4 72/11 73/16
83/5 97/9 97/21 102/23 104/14 104/24
105/7 109/2 109/14 109/15 173/4 247/5

**biased [7]** 34/25 90/19 105/18 105/19
110/2 148/12 148/17

**biases [3]** 81/18 83/25 105/22

**bidder [1]** 83/1

**big [8]** 72/8 92/17 92/18 93/1 98/16
136/8 198/3 223/1

**bigger [2]** 83/3 196/12

**bills [1]** 146/2

**billy [1]** 239/3

**binder [1]** 201/14

**bipolar [2]** 45/20 165/3

**birth [1]** 14/24

**bit [16]** 36/24 59/4 63/17 65/4 72/24
84/12 108/8 108/10 111/9 117/22 122/8
126/22 131/7 135/14 201/13 220/18

**black [10]** 53/9 62/12 75/2 85/8 191/2
191/2 207/22 239/19 240/21 240/23

**Blackberrys [1]** 18/3

**BLM [1]** 78/4

**block [6]** 187/13 187/23 187/23 215/24
216/1 216/10

**blocks [3]** 114/4 188/1 192/13

**blog [1]** 18/6

**blood [3]** 73/5 73/9 108/9

**blue [1]** 208/25

**bluish [1]** 191/24

**bluish-green [1]** 191/24

**board [2]** 18/7 18/8

**body [5]** 83/3 207/7 238/16 240/18
240/24

**boiling [3]** 73/5 73/9 108/9

**bond [1]** 140/1

**book [1]** 10/4

**Bookkeeper [1]** 129/7

**boring [1]** 37/1

**borrows [1]** 192/25

**boss [1]** 165/2

**bosses [1]** 57/20

**both [28]** 4/18 14/25 34/21 37/20
51/11 64/22 71/3 95/9 101/19 103/15
112/11 117/15 120/4 140/10 140/11
186/15 188/17 188/19 188/20 200/15
212/10 216/5 216/5 216/12 216/14
222/4 222/15 247/16

**bottom [6]** 220/19 229/15 231/11
239/21 243/1 243/10

**Boulevard [1]** 2/9

**bound [1]** 180/25

**bounds [1]** 245/20

**box [6]** 5/19 35/19 116/1 123/16
123/17 123/18

**boxes [1]** 213/20

**boyfriend [7]** 42/17 42/19 47/12 49/3
56/9 78/21 185/17

**boyfriend's [1]** 185/4

**boys [2]** 222/23 223/4

**brain [3]** 93/20 144/22 165/16

**Branson [1]** 28/13

**break [12]** 23/9 23/15 23/16 73/11
73/25 102/11 115/6 145/18 181/13
182/6 244/2 246/3

**breaking [1]** 197/7

**breaks [2]** 23/10 23/11

**breath [1]** 4/15

**briefly [4]** 7/11 7/14 9/14 187/17

**bring [8]** 4/11 23/10 100/22 103/5
145/10 166/3 171/3 244/24

**brings [2]** 13/5 30/25

**Briot [2]** 6/24 28/13

**Brittany [1]** 39/12

**broad [3]** 49/24 130/7 156/12

**broadly [1]** 9/12

**broken [1]** 210/21

**Bronson [1]** 194/9

**Bronson Graham [1]** 194/9

**brother [20]** 4/5 37/25 51/17 52/3
53/21 54/14 55/17 55/20 55/22 55/25
62/22 63/15 66/22 66/23 74/20 75/16
100/5 104/15 131/6 140/10

**brother-in-law [3]** 55/17 55/20 55/22

**brother-in-law's [1]** 37/25

**brought [6]** 6/18 12/18 30/13 92/19
96/9 104/25

**Brown [3]** 28/11 185/5 189/9

**bruises [1]** 160/24

**brutal [1]** 147/11

**Buddig [1]** 10/19

**Buffalo [1]** 153/7

**building [4]** 1/22 82/8 82/9 201/11

**Built [4]** 45/6 45/7 45/10 45/11

**bulges [1]** 234/8

**bulging [1]** 210/22

**bulletin [1]** 18/7

**bulletproof [2]** 237/21 237/22

**bullied [1]** 135/10

**bumper [4]** 217/1 217/24 218/6 218/9

**bumps [1]** 160/24

**bunch [1]** 75/7

**burden [11]** 33/6 34/2 36/13 36/14
60/10 70/15 83/10 111/7 111/8 111/12
111/14

**burglary [2]** 54/25 79/10

**burning [1]** 238/24

**business [14]** 10/25 49/2 49/13 82/9
128/1 128/2 153/4 153/9 154/10 154/12
154/25 155/25 185/6 194/20

**businesses [1]** 192/16

**but [196]** 5/1 6/6 6/8 6/17 7/6 8/4 9/7
10/13 10/24 11/4 11/14 11/21 11/21
15/6 15/7 17/2 19/6 20/23 22/13 22/15
23/9 23/18 23/23 24/3 24/13 25/25
26/11 26/22 27/3 37/3 37/22 40/18
43/18 49/3 50/12 51/5 51/19 52/21
56/25 58/9 60/1 61/21 62/13 64/1 65/6
65/7 65/14 65/19 66/3 67/13 68/6
68/16 70/4 70/9 71/10 71/13 72/9
72/19 72/22 73/4 73/15 74/21 76/10
76/25 77/7 81/8 81/10 81/10 84/16
84/25 85/1 85/3 88/3 88/19 92/18
92/24 93/3 94/14 94/20 94/24 95/4
95/15 97/10 98/17 100/13 100/17 101/2
101/5 102/17 103/19 105/24 106/11
106/25 107/18 107/21 108/5 109/16
110/2 110/5 110/9 110/22 111/9 112/4
113/18 116/4 118/17 119/6 119/17
120/2 120/17 120/24 122/3 124/15
125/17 129/15 130/4 130/19 131/6
134/5 134/8 134/20 139/13 140/2 140/4
141/2 141/13 144/12 145/23 146/1
146/17 147/6 147/9 148/9 151/17
153/23 154/13 154/19 155/9 160/18
160/24 164/3 166/23 167/4 170/21
176/18 177/3 177/14 177/21 177/25
178/16 179/1 184/20 186/10 187/10
187/22 188/2 191/6 191/13 193/17
195/18 196/20 197/6 199/1 207/2 211/3
211/17 212/18 213/12 214/9 215/3
215/4 216/6 216/15 216/24 217/10
217/17 222/22 223/20 224/5 224/12
225/7 227/7 229/6 230/8 232/15 236/11
238/2 238/12 238/17 239/5 243/5 245/2
246/1 247/2 247/25 248/6

**button [1]** 240/13

**C**

**C-h-a-d [1]** 196/1

**CA [1]** 1/23

**C**

CAITLIN [2]  2/8 27/22
Caitlin Weisberg [1]  27/22
Cal [2]  41/3 51/17
Calabasas [1]  128/10
caliber [1]  206/8
CALIF [2]  4/1 117/1
CALIFORNIA [12]  1/2 1/15 2/6 2/10
41/2 41/16 42/7 45/5 47/10 47/17 48/2
185/12
call [37]  4/23 6/16 12/6 13/3 19/22
21/5 21/11 24/24 24/24 27/7 28/18
30/23 37/16 39/5 88/5 112/11 114/14
115/11 115/17 119/6 170/23 171/2
179/7 192/1 192/3 192/7 193/24 194/11
195/8 199/11 199/13 204/23 206/17
222/1 223/23 234/21 237/22
called [23]  16/2 26/20 28/8 35/18 37/7
61/9 62/25 72/8 72/24 123/18 154/13
181/16 194/17 198/25 222/4 230/18
234/13 234/16 234/19 235/5 235/8
238/18 239/4
calling [1]  38/21
calls [5]  74/3 193/3 194/17 194/21
195/10
calm [2]  73/12 188/15
Camarillo [1]  44/16
came [18]  53/9 75/20 80/13 107/23
114/3 117/11 136/25 141/6 154/1 154/2
190/17 190/19 202/4 202/21 207/11
215/10 218/2 218/13
camera [3]  225/3 225/5 225/10
cameras [1]  225/7
camp [2]  72/4 72/6
camper [1]  198/15
campfire [2]  198/17 198/21
campfires [1]  198/5
campground [2]  197/1 197/6
campgrounds [2]  196/24 196/25
camping [2]  72/1 198/15
can [130]  5/15 8/14 9/18 20/14 21/3
22/2 22/6 22/7 23/12 23/24 24/12
24/17 25/14 26/15 26/16 27/1 29/22
32/4 32/14 34/20 35/7 35/8 37/9 38/14
42/14 49/21 60/9 64/20 64/22 64/25
65/4 65/18 65/25 68/9 70/12 73/12
80/11 81/11 81/15 84/3 84/18 84/22
86/10 96/20 97/2 97/11 101/8 101/20
101/21 103/6 105/11 105/11 106/20
107/8 109/18 110/15 110/24 111/3
115/17 118/21 119/25 120/11 121/11
121/14 121/15 122/13 122/13 129/10
135/25 137/7 144/25 145/21 147/11
147/12 147/13 147/14 148/7 160/24
160/25 170/21 171/4 173/23 174/25
177/12 177/16 178/9 178/25 180/4
181/16 182/22 184/25 189/17 189/18
194/2 194/3 202/3 203/22 204/22 207/2
207/20 208/23 214/9 216/7 216/13
220/3 220/14 220/14 220/19 220/22
220/24 223/19 224/18 229/19 235/15
238/21 238/23 240/8 242/12 243/13
244/15 244/23 245/6 245/18 246/3
246/14 246/15 247/13 247/21 247/25
248/1
can't [50]  18/10 18/13 19/25 20/15
21/8 21/12 21/15 22/14 26/5 26/6 27/3
27/4 32/7 43/4 43/19 51/5 51/25 54/8
64/14 70/6 92/19 94/18 95/22 97/2
106/10 109/21 111/13 119/7 130/23
131/19 137/6 137/6 145/3 145/10
148/18 165/19 165/22 166/4 166/12
175/17 179/7 179/12 217/14 218/11
218/11 230/8 232/4 233/1 233/15 247/2
cannot [3]  33/25 66/3 94/5
Canyon [9]  30/7 185/11 200/3 200/21
231/12 231/18 236/8 236/21 237/12
capability [1]  89/18
capable [1]  89/19
capacity [2]  87/15 196/20
car [38]  64/2 67/12 68/13 68/19 103/23
135/11 140/18 184/5 184/6 184/6 184/7
185/21 185/22 187/3 187/8 187/10
187/20 188/7 188/20 188/23 191/24
191/25 192/9 192/10 192/12 192/19
193/1 203/11 215/18 217/15 217/18
218/23 219/1 219/4 228/4 229/13
241/10 242/6
card [1]  185/6
care [7]  91/12 106/9 143/24 163/23
164/1 164/8 197/2
career [1]  6/11
careful [3]  33/14 33/16 33/20
carefully [2]  107/17 176/10
carpet [1]  128/2
carpets [1]  202/19
carry [7]  207/5 207/6 213/3 213/6
223/6 234/4 237/16
carrying [4]  206/4 206/5 206/5 206/21
cart [1]  248/7
Carter [1]  50/20
Caruso [2]  153/21 153/24
case [160]  3/9 6/12 10/1 12/14 12/18
14/9 14/10 14/12 15/16 15/17 15/20
16/11 16/21 17/2 17/5 17/14 17/17
17/19 17/22 17/25 18/11 18/12 19/4
19/11 19/18 20/6 20/12 20/20 21/5
23/23 24/16 30/13 31/5 31/11 34/17
34/21 35/7 35/8 36/5 36/11 36/14
36/15 43/4 44/8 51/5 52/1 56/18 58/17
58/22 63/2 63/16 63/18 64/6 64/23
66/18 69/8 69/17 69/21 69/24 70/1
70/3 73/13 73/25 74/1 77/6 80/17
81/13 81/16 82/18 83/6 83/9 84/4 84/4
84/6 86/24 92/23 92/25 93/2 97/5 97/6
99/1 99/20 100/20 101/21 102/14
102/15 102/18 102/22 102/23 103/6
103/16 103/18 103/24 103/25 104/25
105/3 108/24 110/13 110/14 110/16
111/19 112/17 115/7 115/8 117/21
118/10 120/2 120/7 128/21 130/23
131/20 135/24 136/17 136/24 139/23
142/13 145/11 146/4 153/19 160/7
160/21 161/15 162/15 163/3 164/3
165/24 171/10 171/22 172/2 172/16
173/5 173/7 173/10 173/11 174/17
175/1 175/11 175/23 176/8 179/1
179/19 179/21 181/4 181/6 181/9
181/11 182/1 182/6 182/7 183/9 183/14
184/11 184/13 189/20 190/20 195/6
195/11 244/8 244/9 247/4
CASE-IN-CHIEF [2]  3/9 195/11
cases [10]  8/12 78/9 88/12 88/18
92/15 96/24 103/14 103/23 119/24
120/1
CASSIE [2]  2/3 27/17
Cassie Palmer [1]  27/17
catchall [2]  145/8 166/2
categories [1]  117/13
category [1]  130/13
caught [2]  79/18 152/4
cause [14]  14/1 24/1 38/5 104/9
104/11 104/13 117/16 118/24 168/4
168/25 170/12 197/16 217/12 247/11
caused [1]  110/2
causing [1]  64/10
CE [1]  229/16
cell [1]  47/11
cellphones [1]  14/20
center [3]  126/15 218/16 234/20
Centers [1]  42/8
CENTRAL [1]  1/2
certain [11]  90/21 95/5 102/21 134/18
136/18 148/13 174/3 176/2 209/9 233/1
233/15
certainly [13]  8/7 30/3 77/1 84/15 85/6
119/11 119/12 119/15 119/20 121/1
205/17 245/19 247/25
CERTIFICATE [1]  249/1
certify [1]  249/3
cetera [2]  9/7 50/13
CFO [1]  41/11
Chad [8]  12/22 28/11 30/17 183/20
184/13 195/13 195/25 229/16
Chad Ellsworth [7]  12/22 28/11 30/17
183/20 184/13 195/25 229/16
chain [2]  57/20 236/15
chair [3]  69/10 105/16 153/24
chairs [3]  35/19 121/24 124/16
challenge [5]  9/19 86/21 104/11
104/12 168/7
challenged [1]  114/5
challenges [5]  9/22 104/9 168/4 168/8
168/9
challenging [1]  127/9
chance [8]  7/14 8/17 8/23 14/12 27/1
28/19 213/6 223/19
change [3]  197/4 223/22 224/8
changed [3]  100/16 121/1 224/11
changes [1]  223/9
characterize [1]  238/14
charge [25]  13/3 13/4 13/8 30/23
30/24 31/2 36/6 46/16 48/14 62/24
68/25 69/5 69/22 81/16 84/1 85/24
108/12 128/13 128/16 128/21 140/3
142/13 160/5 163/3 212/12
charged [17]  7/25 52/17 52/20 62/18
62/23 66/12 71/2 71/13 81/14 84/2
94/2 138/14 159/17 165/19 184/4
184/12 191/5
charges [12]  12/19 30/14 32/9 48/18
75/17 82/18 96/22 96/23 96/24 157/10
160/4 160/10
charging [3]  83/3 212/16 214/22
chased [1]  184/6
chasing [1]  188/22
chatroom [1]  18/7
check [3]  145/23 153/23 198/2
checkpoints [1]  157/16
chef [1]  44/25
chemical [4]  238/19 238/24 239/12
239/13
chest [4]  141/6 194/16 235/1 235/21

**C**

Chevron [1] 46/24
Chevy [1] 204/7
CHIEF [2] 3/9 195/11
child [9] 44/19 44/21 55/8 81/2 92/15
 92/16 92/25 127/10 128/18
childhood [1] 54/23
children [34] 36/2 40/23 41/5 41/12
 41/20 42/2 42/10 43/12 44/2 44/18
 45/8 47/6 47/13 47/20 49/4 49/13 81/4
 82/9 89/3 92/25 93/2 125/15 125/24
 126/7 126/19 127/19 128/11 129/20
 153/5 154/12 154/18 155/1 155/11
 155/21
children's [1] 81/7
chiropractic [1] 42/6
chiropractor [1] 103/22
choice [1] 148/12
choose [6] 11/7 34/19 155/10 183/6
 243/18 243/21
choosing [1] 96/9
chosen [1] 171/19
Christmastime [1] 153/22
CHRISTOPHER [3] 2/3 27/16 152/13
Christopher Kendall [1] 27/16
chronic [1] 88/4
chronological [2] 3/11 181/22
Cindy [3] 124/19 247/1 247/9
Circuit [1] 7/7
circumstance [1] 118/21
circumstances [6] 13/1 30/21 80/9
 118/18 119/20 173/14
circumstantial [4] 173/16 173/19
 173/22 173/25
citation [1] 197/9
cities [1] 156/16
citizen [1] 72/21
citizens [1] 24/15
city [9] 41/25 46/13 50/5 55/21 55/22
 56/13 155/24 202/22 224/9
civil [16] 36/5 36/9 36/12 36/14 51/19
 57/18 76/12 80/17 84/21 103/14 128/11
 153/17 153/18 154/13 155/7 155/8
civilian [4] 57/6 132/6 133/8 158/17
civilians [4] 59/10 64/17 132/12
 158/20
civilly [2] 80/15 95/9
claim [1] 36/5
claimants [1] 89/18
claims [2] 41/18 211/12
clarified [1] 120/16
clarify [1] 121/3
Claus [1] 153/22
cleaned [2] 196/25 248/9
cleaning [1] 128/2
clear [5] 70/10 99/16 117/7 220/20
 229/16
clearance [1] 56/6
clearly [2] 19/6 120/18
clerk [6] 4/12 6/1 6/2 6/11 21/4 248/11
clerk's [1] 53/14
clerks [1] 180/13
client [2] 71/20 116/14
client's [1] 4/5
clients [3] 82/7 92/11 146/17
clinical [3] 45/14 45/17 126/15
close [32] 12/9 35/25 37/4 49/24 62/11

62/16 76/3 76/5 78/15 80/4 80/21
81/23 87/18 91/12 97/24 130/8 138/12
142/1 142/7 143/10 143/23 144/2 156/8
159/16 159/18 162/4 162/7 163/11
164/7 164/10 177/9 214/15
closely [2] 15/12 217/23
closer [1] 8/18
closest [1] 75/4
closing [3] 19/24 182/2 214/13
clouding [1] 247/5
club [1] 239/3
CM [1] 1/21
coach [3] 25/22 54/25 129/15
coast [2] 129/19 129/24
Code [1] 249/4
collaborate [1] 122/13
collapses [1] 239/3
collapsible [2] 206/9 239/2
collared [1] 233/20
colleague [1] 189/10
collected [2] 202/21 202/24
collectively [3] 95/5 95/8 95/15
college [9] 55/14 125/22 127/18
 144/13 153/2 153/2 153/6 155/15
 155/19
color [2] 64/2 233/22
Colorado [2] 2/9 129/18
colored [1] 244/24
column [1] 123/13
come [61] 4/20 9/15 10/11 13/15 26/21
 26/22 53/10 58/15 64/7 64/8 65/25
 67/23 68/16 72/2 72/6 74/3 74/4 74/5
 74/6 75/8 76/24 81/12 86/5 93/3 103/1
 103/12 108/21 109/4 109/24 110/5
 110/15 110/25 115/14 116/8 120/2
 120/22 124/13 124/14 127/3 127/11
 130/12 136/11 136/13 146/1 178/11
 180/10 180/12 180/13 180/22 181/14
 182/8 191/20 193/7 193/17 194/25
 200/24 218/12 221/10 223/10 243/18
 243/21
comes [22] 4/7 5/21 7/1 11/20 24/9
 28/21 64/16 90/21 92/22 102/22 118/9
 120/25 123/2 124/4 189/22 191/20
 214/23 216/24 223/12 223/12 231/24
 232/2
comfortable [3] 64/3 65/8 105/6
coming [9] 8/21 10/18 10/20 61/19
 191/15 231/9 241/4 242/6 248/3
command [1] 236/15
comment [1] 11/12
commented [1] 191/23
comments [2] 4/14 114/21
commercial [1] 192/15
commitment [2] 25/20 26/1
common [8] 18/24 33/13 96/23 173/13
 197/25 200/1 200/24 239/4
commonly [2] 200/3 237/23
commotion [1] 190/19
communicate [2] 18/5 180/6
communicated [6] 118/4 119/1 119/10
 119/22 120/10 120/11
communication [1] 118/10
community [6] 24/6 57/18 72/8 131/7
 155/14 155/19
Comp [2] 51/19 156/17
company [5] 44/2 49/5 128/10 155/20
 157/15

Compensation [6] 51/10 51/11 56/7
 86/10 168/8 169/5
complain [1] 192/11
complaining [5] 191/16 192/6 235/1
 235/21 235/23
complains [11] 191/19 191/21 191/25
 192/8 193/2 193/2 193/3 194/16 194/21
 194/23 195/1
complaint [6] 76/6 138/17 159/21
 194/8 236/14 236/16
complaints [1] 102/22
complete [2] 19/12 35/11
completed [2] 15/15 23/19 24/19
completely [3] 64/15 145/11 166/4
completing [1] 89/23
complex [2] 88/9 90/8
complies [4] 205/20 228/25 229/14
 229/17
comply [1] 177/24
components [1] 224/12
computer [3] 128/6 128/6 177/14
computers [1] 177/21
concealment [1] 221/19
concept [1] 29/19
concern [11] 25/19 59/13 64/11 87/6
 95/3 95/14 95/25 137/18 158/24 210/14
 226/8
concerned [5] 16/16 86/20 95/10
 100/24 166/14
concerning [4] 93/19 144/21 165/19
 174/11
concerns [7] 66/17 86/18 94/6 94/6
 105/1 106/8 106/11 145/3 165/22
conclude [2] 8/7 173/21
concluded [1] 248/15
condition [1] 226/9
conditions [3] 93/20 144/22 165/15
conduct [4] 15/4 17/9 17/20 174/5
confer [3] 9/17 101/12 114/7
conference [2] 22/21 249/9
conferences [1] 22/18
conferred [6] 4/12 101/13 114/23
 116/14 148/22 150/7
conflicting [2] 60/5 147/5
conflicts [2] 141/8 174/13
conformance [1] 249/8
confront [1] 19/15
confrontation [1] 135/19
confused [1] 151/6
confusing [1] 200/14
connect [2] 102/19 238/15
connected [3] 179/12 180/2 181/2
connection [1] 138/8
Conroy [1] 55/10
conscientiously [1] 34/16
consequence [1] 78/6
consequences [1] 78/8
consider [22] 17/11 29/6 33/3 78/5
 88/15 94/3 94/15 120/6 134/15 148/4
 172/21 173/9 173/22 174/16 175/10
 175/17 175/23 176/3 178/24 178/25
 238/9 238/10
considerable [1] 88/8
consideration [5] 33/14 33/16 33/21
 79/21 120/13
considered [6] 62/13 118/17 145/1
 165/20 174/23 238/7
considering [3] 83/6 94/9 108/22

**C**

**consistent [1]** 189/11
**constant [1]** 157/18
**constantly [1]** 215/8
**constitute [1]** 79/20
**constituted [4]** 150/9 150/21 168/13 168/18
**Construction [1]** 45/10
**consultant [1]** 42/11
**contact [15]** 21/6 87/19 89/16 127/10 143/11 156/15 157/18 163/12 198/18 203/12 207/15 208/6 208/21 221/2 221/25
**contacted [1]** 68/3
**contacts [3]** 56/17 89/20 156/8
**contained [1]** 13/3 30/23
**container [3]** 72/23 72/23 108/16
**context [1]** 63/20
**continue [4]** 74/14 122/13 192/11 203/3
**continued [4]** 187/1 187/10 230/11 230/14
**continuing [2]** 95/16 229/9
**continuous [1]** 184/21
**contract [1]** 156/19
**contracting [1]** 154/25
**contractor [1]** 45/1
**contrary [1]** 109/6
**control [4]** 21/10 125/23 171/15 174/25
**controlled [1]** 95/11
**controller [1]** 41/11
**convenient [2]** 11/3 181/13
**conversation [6]** 16/1 16/6 16/19 223/25 236/9 241/21
**converse [1]** 181/1
**converted [1]** 76/17
**convicted [14]** 62/18 66/12 66/13 71/2 71/4 74/21 138/14 140/2 159/17 160/10 160/11 160/18 161/7 161/25
**convinced [3]** 33/9 33/17 33/21
**cooperate [1]** 89/23
**coordinator [1]** 41/4
**cop [6]** 141/3 147/17 186/11 186/18 213/4 213/5
**copies [4]** 6/18 244/24 247/17 248/11
**cops [2]** 148/9 160/25
**copy [3]** 244/23 244/24 247/13
**corner [4]** 189/18 203/14 220/19 230/3
**corporate [2]** 41/10 54/15
**Corporation [1]** 47/4
**correct [39]** 5/11 52/2 52/5 70/22 98/22 135/16 137/11 197/8 225/14 225/22 229/6 230/12 230/13 230/15 230/16 230/18 230/19 230/22 230/25 231/4 231/13 231/16 233/8 233/9 233/25 234/2 234/6 234/7 234/15 236/5 237/8 238/22 239/1 240/1 240/20 240/25 241/2 249/5
**correctly [1]** 83/21
**corrupt [1]** 247/6
**cost [1]** 145/19
**costing [1]** 100/8
**could [83]** 20/5 25/23 27/3 46/6 51/3 52/7 56/18 60/5 63/18 63/20 64/5 73/4 83/9 84/8 84/24 85/3 88/20 96/19 98/10 100/19 102/13 102/17 102/18 102/24 105/3 105/8 105/8 105/23 105/23 106/8 107/8 107/9 107/16 107/22 108/1 108/18 109/16 109/19 109/19 110/6 117/20 119/12 119/20 121/3 133/5 134/10 148/7 160/20 161/18 172/21 173/20 186/18 187/21 190/13 201/8 203/14 208/17 209/11 210/5 210/8 211/9 213/10 213/12 215/21 216/11 217/4 217/11 218/16 218/20 219/6 225/5 225/9 231/17 238/7 238/10 238/11 238/12 238/14 238/17 238/17 242/16 245/22 245/12
**couldn't [12]** 25/22 70/21 100/15 119/13 186/9 210/19 210/21 211/8 214/8 238/8 242/14 242/15
**counsel [18]** 6/8 9/17 32/19 37/20 55/10 92/19 101/13 104/7 114/23 116/14 116/17 148/22 150/7 176/20 183/9 183/12 244/16 248/11
**counselor [2]** 164/16 164/17
**count [4]** 26/16 124/5 124/12 171/2
**country [2]** 20/16 167/20
**counts [2]** 131/6 144/12
**county [16]** 25/12 25/24 44/18 53/22 54/24 55/9 55/12 92/19 128/5 154/17 157/25 160/8 200/13 200/16 200/16 234/16
**couple [20]** 39/2 43/18 50/11 87/16 131/24 137/22 138/11 143/7 158/11 160/4 161/12 191/20 191/22 192/24 194/10 194/11 200/20 212/11 228/16 247/17
**couple-hour [1]** 200/20
**course [14]** 16/7 21/20 21/23 34/23 35/15 57/3 90/5 107/23 134/23 148/15 175/9 177/24 179/17 190/2
**courses [2]** 90/6 163/22
**court [59]** 1/1 3/6 4/12 5/23 6/19 8/4 8/11 13/24 14/1 14/7 15/23 15/23 17/4 19/13 20/7 20/16 21/2 21/4 21/6 29/5 29/8 31/4 32/19 35/4 37/21 43/18 45/24 48/1 50/17 51/1 53/15 54/1 55/6 55/7 67/13 67/14 80/14 101/1 104/2 104/3 106/21 120/5 121/23 160/7 161/10 161/13 162/14 162/20 169/1 169/2 169/16 170/13 170/14 171/13 171/17 175/18 177/20 178/7 195/17
**Court that [1]** 5/23
**Court's [1]** 105/24
**courthouse [3]** 2/5 15/4 50/18
**courtroom [57]** 5/17 13/14 14/7 15/4 15/21 15/23 18/23 19/8 19/19 20/12 21/3 22/4 22/8 35/9 38/8 55/7 57/2 64/21 64/22 64/24 65/16 65/18 74/10 74/12 102/15 109/11 109/18 109/23 113/6 113/12 113/20 114/6 115/5 115/21 124/6 134/14 134/22 136/14 136/21 149/24 150/2 150/16 151/2 151/13 151/23 152/5 169/8 169/20 170/2 171/6 180/16 180/23 182/14 183/2 244/12 247/22
**Courtroom 840 [1]** 14/7
**courtrooms [2]** 180/9 180/10
**courts [4]** 76/4 77/19 138/16 159/20
**cousin [13]** 50/17 71/7 71/8 91/17 130/15 139/16 139/16 146/21 146/23 147/6 147/16 147/18 247/14
**cousins [4]** 51/18 138/25 147/1 147/7

**cover [3]** 56/15 219/6 221/18
**coverage [3]** 9/2 9/19 10/20/11
**covering [1]** 10/13
**covers [1]** 126/25
**Covina [1]** 41/16
**CPA [4]** 41/10 41/12 155/6 166/23
**CR [1]** 1/8
**create [3]** 127/12 212/22 212/22
**created [3]** 213/9 213/10 214/2
**credibility [5]** 56/23 56/25 132/3 133/19 134/14
**credible [1]** 136/14
**crime [24]** 62/4 62/18 66/13 67/6 67/8 67/17 70/19 71/2 74/21 78/16 79/6 79/6 85/21 108/12 138/7 138/14 138/18 141/13 141/13 141/19 159/11 159/17 159/23 160/6
**crimes [4]** 79/7 79/8 95/12 160/10
**criminal [39]** 12/18 14/10 30/13 36/5 36/11 36/15 42/25 43/16 43/17 44/3 46/14 46/15 47/20 50/24 55/2 62/5 80/16 82/16 82/17 82/25 87/23 89/11 103/19 126/19 127/22 128/12 135/23 138/7 142/12 142/12 143/15 153/17 156/21 157/4 159/11 163/1 163/2 163/17 245/14
**Criminally [1]** 80/15
**criminology [1]** 55/13
**critical [3]** 58/2 58/10 58/12
**criticism [2]** 64/19 174/4
**cross [11]** 3/13 3/18 19/22 24/6 181/16 181/18 212/15 224/15 224/24 245/18 246/7
**cross-drew [1]** 212/15
**cross-examination [4]** 19/22 224/15 224/24 245/18
**cross-examine [2]** 181/16 181/18
**cross-section [1]** 24/6
**CRR [1]** 1/21
**CRR-CM [1]** 1/21
**CSR [3]** 1/21 249/3 249/17
**cul [1]** 231/25
**cul-de-sac [1]** 231/25
**Culver [1]** 41/25
**CUNEO [10]** 1/21 21/4 22/4 38/7 38/14 38/23 177/12 249/3 249/16 249/17
**curb [1]** 203/25
**curiosity [1]** 20/22
**curious [1]** 8/3
**current [1]** 108/20
**currently [7]** 44/20 75/2 103/16 129/14 155/19 163/22 164/17
**cursing [1]** 210/10
**cursory [1]** 227/19
**custodian [1]** 11/1
**custody [4]** 5/10 82/7 207/2 215/18
**customer [3]** 41/20 47/12 126/18
**CV [1]** 10/19
**cyber [1]** 90/11

**D**

**D.A [1]** 51/20
**daily [2]** 57/3 81/18
**DALE [2]** 1/4 247/3
**damage [4]** 92/24 93/20 144/22 165/16
**danger [1]** 248/9
**Daniel [3]** 28/12 28/13 125/4

**Daniel Briot** [1]  28/13

**Daniel Haug** [1]  28/12

**darts** [1]  238/15

**data** [6]  47/11 86/19 86/20 86/21
100/25 101/7

**Date** [1]  249/11

**dated** [1]  42/23

**daughter** [3]  55/12 126/9 163/8

**David** [1]  39/21

**day** [31]  1/19 21/16 23/8 23/20 26/7
55/4 55/7 72/12 76/24 89/3 92/20
124/14 157/19 176/25 188/11 188/13
194/20 194/21 202/13 202/16 204/15
205/21 206/2 206/4 223/24 225/2
225/13 233/16 237/24 244/3 246/19

**days** [7]  22/24 24/17 47/21 47/25 48/7
48/8 48/19

**days'** [1]  145/20

**de** [1]  231/25

**dead** [5]  183/18 184/10 188/4 219/2
221/16

**deal** [5]  9/25 27/7 69/4 75/2 198/6

**Dear** [1]  247/3

**Deb** [3]  12/7 145/22 224/18

**Debra** [1]  21/4

**deceased** [1]  185/3

**decide** [24]  7/22 8/10 15/14 15/19
21/15 22/16 34/21 35/8 84/5 84/19
85/5 97/18 107/2 124/14 133/24 136/13
148/16 171/23 172/2 172/17 174/1
176/8 179/19 181/7

**decided** [3]  54/6 68/5 173/6

**decides** [1]  33/2

**deciding** [5]  65/8 86/6 172/16 174/16
175/23

**decision** [10]  18/22 29/7 84/25 85/2
111/11 148/5 177/7 178/1 224/11 247/5

**decisions** [1]  109/25

**DECKER** [1]  2/2

**declaration** [1]  10/25

**deescalate** [2]  216/13 241/17

**defendant** [89]  1/10 2/7 4/22 5/1 5/10
7/25 13/5 24/5 24/14 28/1 30/25 32/25
33/6 33/9 33/18 33/19 33/22 33/23
34/6 36/16 58/3 69/25 70/9 70/10
70/11 85/16 94/3 94/18 98/7 98/8
117/17 118/3 135/23 135/24 137/1
145/2 165/20 181/17 183/19 184/3
184/4 184/11 185/2 185/7 185/20
185/24 185/25 186/2 186/7 186/10
186/12 186/16 186/20 186/22 186/23
187/1 187/4 187/7 187/9 187/19 187/21
187/23 188/1 188/6 188/9 188/14
188/15 188/18 188/20 188/22 188/25
207/24 208/2 209/2 209/3 212/6 212/17
213/11 213/18 216/10 217/21 220/9
220/25 221/3 221/14 221/16 222/6
222/16 222/21

**defendant's** [7]  3/22 120/20 185/6
186/14 228/10 229/19 244/23

**defense** [36]  6/7 6/16 7/15 9/17 51/12
55/2 101/16 103/15 104/10 113/7 113/9
113/14 113/16 115/1 116/23 149/6 150/4
150/7 150/19 151/8 151/10 151/16
151/18 152/1 152/3 157/4 166/8 167/24
168/8 168/11 168/12 169/15 169/16

**181/16 189/13 231/6**

**defense's** [3]  7/18 8/6 118/2

**defensive** [7]  187/9 188/7 206/5
237/15 238/5 238/9 238/12

**definite** [1]  96/20

**definitely** [1]  137/4

**defuse** [2]  187/11 187/17

**degree** [24]  40/20 41/2 41/3 41/16
41/17 41/25 42/6 42/16 44/17 46/4
47/3 49/2 49/10 62/25 88/2 89/2
125/13 125/13 125/17 126/14 143/20
154/23 155/5 156/1

**degrees** [1]  128/6

**deliberate** [5]  15/19 44/6 171/21 177/1
182/4

**deliberately** [1]  201/3

**deliberating** [3]  23/19 181/6 181/8

**deliberation** [2]  23/24 98/14

**deliberations** [4]  15/15 171/16 179/18
182/3

**delivery** [1]  44/1

**demanded** [5]  186/7 190/14 210/4
210/11 211/3

**demanding** [1]  190/22

**demands** [2]  189/23 190/8

**demeanor** [2]  193/24 194/15

**demonstrate** [1]  240/9

**demonstrating** [1]  187/5

**denies** [2]  13/8 31/2

**Denver** [2]  129/18 129/22

**deny** [1]  22/21

**department** [21]  12/10 50/4 50/8
54/25 55/4 56/13 128/8 128/10 130/19
134/10 196/9 196/12 196/13 196/14
196/22 196/23 205/5 205/8 207/6 224/4
225/3

**department-issued** [1]  225/3

**dependency** [1]  55/6

**dependent** [2]  55/8 55/9

**depending** [4]  21/14 60/2 200/20
245/11

**depends** [1]  60/1

**deported** [4]  75/16 75/22 100/6 100/16

**depression** [2]  163/23 165/8

**deprived** [1]  19/14

**deputies** [1]  194/9

**deputy** [19]  21/3 194/7 194/7 194/16
194/21 234/14 234/16 234/19 234/20
234/23 235/2 235/6 235/7 235/9 235/17
235/19 236/6 236/20 237/9

**describe** [4]  15/5 172/25 204/22
207/20

**described** [3]  4/22 17/14 108/9

**describes** [2]  13/4 30/24

**DESCRIPTION** [1]  3/23

**desert** [2]  72/2 72/7

**design** [1]  90/7

**designer** [1]  154/24

**desired** [1]  119/8

**desk** [5]  22/5 53/7 53/14 122/8 244/17

**despite** [2]  6/8 73/6 160/21

**detail** [1]  102/18

**detailed** [2]  133/12 171/15

**detailing** [1]  133/3

**details** [3]  44/4 74/22 190/6

**detained** [5]  67/12 68/15 76/13 76/19
76/25

**detective** [2]  54/24 55/22

**detectives** [1]  68/16

**determine** [6]  34/12 35/6 103/6 108/14
108/15 171/25

**determining** [4]  89/5 94/3 145/1
165/20

**device** [1]  18/2

**devices** [2]  14/20 18/4

**diagnosed** [1]  106/14

**diagnosis** [5]  88/5 127/3 127/3 127/5
127/11

**dictionary** [1]  18/13

**did** [147]  7/13 12/13 26/22 43/16 44/6
44/12 44/23 45/17 46/12 46/20 46/22
47/20 51/20 51/21 54/25 59/20 63/6
63/9 67/23 77/1 77/21 77/25 92/13
92/14 99/11 100/17 107/18 109/1
117/13 117/20 124/9 126/20 127/22
128/11 131/22 140/18 141/21 141/23
144/6 145/17 147/21 153/15 157/16
157/21 160/18 161/9 161/10 161/21
162/13 163/25 173/2 173/4 173/11
173/18 185/14 186/10 186/23 191/13
196/19 196/20 196/23 197/3 198/22
200/22 201/10 202/19 203/2 203/9
203/13 207/12 209/13 209/24 210/2
210/25 212/6 212/17 214/3 214/17
214/18 215/6 215/14 215/15 215/16
215/19 215/20 216/4 217/6 218/12
218/22 219/7 219/11 219/22 221/17
222/1 222/1 222/3 222/6 223/7 223/9
223/10 223/22 224/8 224/9 225/2 225/5
226/3 226/5 226/5 226/8 226/17 226/19
226/25 227/1 227/2 227/4 227/5 227/7
227/16 227/22 228/6 232/16 234/2
235/5 235/9 235/17 235/25 236/2 236/6
236/20 237/10 237/11 239/11 241/6
241/7 241/8 241/9 241/11 241/12
241/18 241/20 242/25 243/4 243/8
243/18 243/21 245/21 247/7

**didn't** [52]  8/16 10/4 28/19 31/15
52/15 52/21 52/25 54/2 58/17 63/10
65/7 65/11 68/1 68/22 70/16 79/20
103/12 106/22 106/25 108/4 109/1
117/19 129/2 139/17 141/21 146/4
153/22 154/19 154/20 155/9 184/19
194/25 202/25 212/18 212/23 214/14
217/24 226/11 226/12 227/10 227/25
227/25 228/2 228/4 231/19 232/13
232/15 234/8 236/4 237/7 243/15
245/23

**die** [2]  212/4 212/4

**differences** [2]  36/10 63/20

**different** [27]  9/19 9/20 26/17 57/19
64/2 69/11 99/14 100/17 103/1 105/22
109/24 109/25 110/13 120/25 126/25
133/7 134/7 134/10 147/6 156/16 177/3
205/4 206/1 206/2 237/6 237/10 239/25

**differently** [1]  133/18

**difficult** [8]  8/12 38/12 82/18 83/13
83/16 93/19 101/8 136/3 142/14 144/21
163/3 165/14 224/2

**difficulty** [12]  15/12 28/22 29/19 31/10
31/17 32/18 34/5 39/8 56/21 132/1
158/12 193/15

**diligently** [1]  34/15

**Dimas** [1]  153/1

**diploma** [1]  45/5

**D**

**DIRE [6]** 3/4 4/5 3/13 3/18 14/5 124/7
**direct [14]** 3/13 3/18 173/15 173/16 173/16 173/22 173/25 174/2 196/3 230/22 236/1 245/18 246/2
**direction [8]** 114/4 192/21 192/22 214/11 214/12 219/9 231/12 231/14
**directions [1]** 16/5
**directly [6]** 79/14 120/11 173/3 184/8 192/23 193/25
**director [3]** 42/8 45/21 126/15
**disabilities [1]** 156/18
**disagree [1]** 29/14
**disagreed [1]** 118/6
**disagreement [1]** 177/23
**disagrees [1]** 118/8
**disappointed [1]** 170/19
**disapprove [2]** 31/7 31/12
**discharged [2]** 16/22 17/3
**discharging [1]** 186/24
**disclose [3]** 5/23 5/24 35/1
**disclosure [1]** 35/3
**disconnect [1]** 240/18
**discovery [1]** 10/11
**discuss [11]** 5/20 8/20 17/11 22/14 146/17 179/11 179/13 180/20 244/20 245/15 245/18
**discussing [1]** 97/4
**discussion [1]** 21/24
**dislikes [1]** 172/7
**dismiss [1]** 247/11
**disorder [3]** 91/14 144/1 164/9
**dispatch [4]** 193/8 203/10 204/24 234/20
**dispatcher [1]** 155/20
**dispatchers [1]** 157/19
**displayed [23]** 191/1 192/17 201/16 201/21 202/10 202/15 203/17 204/10 204/18 205/10 206/12 208/12 213/15 219/24 220/5 220/12 227/13 229/25 231/7 232/22 233/3 233/11 239/17
**disprove [1]** 173/11
**disregard [1]** 175/22
**dissertation [1]** 106/18
**distance [3]** 214/2 214/13 233/13
**distinction [1]** 173/24
**distract [2]** 176/9 180/12
**district [7]** 1/1 1/2 14/7 40/21 50/5 50/18 51/16
**DIVISION [1]** 1/3
**divorced [1]** 35/23
**do [275]**
**doctor [1]** 47/3
**doctors [1]** 93/12
**document [5]** 3/24 3/24 11/21 13/3 30/23
**documents [1]** 9/7
**does [37]** 10/16 13/6 17/7 28/3 31/1 34/5 42/19 47/12 50/22 52/6 56/15 69/16 82/15 84/13 85/23 87/24 95/14 102/4 103/2 103/7 105/6 120/10 126/2 127/24 129/6 139/8 142/10 153/10 162/24 163/6 176/21 177/22 178/10 211/18 222/25 237/21 244/5
**doesn't [24]** 4/25 5/17 10/1 10/23 11/10 38/23 70/11 101/3 106/24 109/11 119/23 123/11 124/14 134/5 153/12

**Dogs [1]** 198/7
**doing [13]** 9/16 22/12 26/25 43/5 61/4 75/17 89/4 106/15 158/2 184/17 188/16 214/21 216/15
**dollar [1]** 103/25
**domestic [6]** 52/16 52/17 126/17 126/17 128/17 160/3
**don't [217]** 5/9 5/14 5/24 6/9 6/16 8/10 8/11 9/2 9/6 9/7 10/17 11/1 11/11 11/14 14/18 14/21 15/7 15/14 15/17 16/4 16/5 16/14 16/16 16/20 17/5 17/15 17/20 17/20 17/24 18/2 18/5 18/11 18/14 18/14 20/24 21/1 21/11 22/2 24/13 25/25 26/11 26/11 26/12 27/5 27/6 27/13 30/1 32/2 35/14 36/8 37/21 37/24 38/10 39/2 40/10 43/1 43/3 44/3 45/7 46/18 49/20 50/11 52/11 52/24 52/24 53/8 56/20 58/8 59/12 60/25 62/13 64/16 65/8 65/22 67/1 70/14 72/19 73/21 73/25 74/1 74/3 74/21 76/1 77/7 78/6 81/9 81/10 81/11 83/12 83/16 84/17 84/18 84/21 86/2 87/16 89/11 90/23 93/2 96/15 96/20 96/21 96/22 97/2 97/8 97/14 97/15 97/20 97/24 98/2 98/11 98/12 103/13 105/24 106/12 106/17 109/15 110/5 114/4 115/7 116/5 118/1 118/6 118/16 119/17 121/5 121/9 121/14 122/7 122/10 123/12 123/14 126/18 128/20 130/5 130/6 130/18 131/5 134/8 135/18 136/21 137/5 138/10 139/5 141/13 144/9 144/12 144/24 145/23 147/3 147/10 148/10 148/14 149/13 150/20 155/21 156/4 158/23 165/18 166/16 166/17 166/18 166/19 170/23 177/25 178/11 178/19 179/3 179/24 179/25 180/18 181/19 182/6 198/4 211/11 213/23 215/8 216/16 217/14 217/15 217/18 217/18 219/4 222/10 222/21 223/23 225/12 225/19 226/4 227/17 228/22 229/1 229/2 229/5 229/8 229/15 231/10 232/8 232/14 233/18 233/22 236/9 236/17 236/22 236/25 237/14 239/13 242/13 242/17 243/7 244/7 246/16 246/19 247/22 247/24 248/3 248/7 248/8
**done [13]** 8/4 20/11 42/22 55/14 78/22 83/8 90/9 92/24 122/3 141/20 148/24 175/19 227/19
**door [14]** 24/12 72/3 188/12 188/12 191/23 191/23 205/7 205/12 205/13 209/4 215/14 223/25 224/6 245/13
**door-to-door [2]** 188/12 191/23
**doors [6]** 191/20 192/24 206/17 206/18 231/24 232/1
**doublecheck [1]** 146/5
**doubt [36]** 32/24 33/7 33/8 33/11 33/12 33/12 33/18 33/22 34/7 36/18 60/10 69/18 69/24 70/2 70/20 83/10 84/6 85/24 86/25 97/5 97/7 97/10 97/13 97/17 101/2 101/3 110/4 110/6 120/18 122/10 134/21 134/24 136/1 136/6 136/18 136/24
**doubts [3]** 97/11 136/7 136/8
**DOUGLAS [2]** 1/9 14/11
**down [53]** 22/5 38/7 38/15 39/1 39/6

177/4 177/14 189/23 189/23 190/8 192/8 210/14 238/12 237/19 239/19
177/5 177/13 177/15 178/9 187/13 188/3 191/21 192/13 192/19 192/20 192/24 193/19 194/24 203/8 208/4 216/2 216/3 219/1 219/2 221/9 221/10 221/11 221/13 222/22 225/18 229/9 230/15 230/17 231/2 231/5 231/5 239/3 239/11 240/5 240/13 244/15
**Dr. [5]** 6/24 245/11 245/23 245/25 246/11
**Dr. Victoroff [5]** 6/24 245/11 245/23 245/25 246/11
**draw [6]** 33/3 213/19 228/11 229/1 229/10 229/12
**drawing [1]** 207/8
**drawn [1]** 24/6
**drew [6]** 186/21 212/15 212/15 213/17 214/2 215/15
**drink [1]** 23/11
**drive [9]** 25/24 187/22 192/19 200/4 200/20 203/8 215/22 219/18 219/21
**driven [1]** 216/10
**driver [2]** 44/1 75/22
**driver's [4]** 187/4 205/13 215/3 215/4
**driveway [9]** 207/14 208/4 209/10 225/18 225/18 228/2 232/25 233/7 239/11
**driving [8]** 71/24 191/24 200/6 203/7 204/6 204/7 204/14 221/11
**Driving-wise [1]** 203/7
**Droids [1]** 18/3
**dropping [1]** 194/3
**drought [1]** 198/4
**drove [11]** 184/2 187/12 188/9 215/22 215/23 215/24 217/4 221/1 221/5 221/9 228/7
**drug [5]** 66/13 74/21 75/17 95/13 140/11
**drugs [1]** 75/21
**drunk [2]** 72/25 73/8
**dry [1]** 198/3
**DSF [1]** 1/8
**duck [1]** 215/9
**due [1]** 32/8
**DUI [7]** 37/25 66/23 71/17 160/3 160/5 160/12 161/25
**dump [12]** 185/13 199/15 199/17 200/2 201/1 201/8 203/5 218/15 221/22 222/5 232/7 236/24
**dumped [5]** 192/24 201/3 201/4 236/7 236/21
**dumping [1]** 199/18
**dumps [1]** 200/23
**duplicative [1]** 10/8
**during [22]** 4/9 21/20 22/1 24/9 34/23 35/4 57/2 107/23 148/15 157/19 171/18 172/8 174/12 177/2 178/8 179/11 179/17 180/19 184/20 184/22 222/3 245/12
**dutch [1]** 201/19
**duties [9]** 12/24 30/19 119/9 171/11 184/17 197/4 197/5 197/11 197/23
**duty [18]** 26/16 26/20 31/4 31/5 33/18 33/23 34/15 35/2 41/5 65/10 84/21 124/13 128/11 171/21 175/12 199/6 223/7 224/11

**E**

e-mail [3]  12/10 12/11 18/5
each [21]  7/9 13/22 13/24 16/17 21/25
  34/17 70/19 70/20 85/21 85/24 120/17
  121/8 168/24 169/9 170/11 176/25
  176/25 178/14 181/1 181/14 207/5
earlier [4]  24/19 91/18 92/8 199/12
easier [2]  10/22 201/22
East [2]  1/22 76/12
easy [1]  84/15
Echo [1]  125/13
edge [1]  185/12
edges [1]  35/1
education [10]  35/21 40/20 41/9 41/25
  43/10 44/1 46/4 47/17 49/10 155/25
educational [4]  40/20 41/2 41/16 47/3
Edward [1]  204/25
effect [7]  15/9 119/8 211/4 211/6
  216/20 226/6 242/9
efficiently [1]  24/18
effort [1]  21/7
efforts [2]  91/7 195/3
EILEEN [1]  2/2
either [21]  6/13 22/1 25/9 30/10 54/8
  59/13 70/5 89/11 89/16 96/8 110/6
  133/8 137/19 145/13 166/7 166/7
  173/23 173/25 194/3 211/4 242/19
electric [1]  238/15
electrician [1]  223/10
electricity [1]  238/16
electronic [2]  18/2 18/7
Electronics [1]  125/23
element [6]  70/19 70/20 85/21 85/24
  118/19 120/17
elements [1]  85/22
elevated [2]  210/6 217/17
eleven [2]  65/24 86/8
Ellsworth [56]  4/21 4/24 4/24 5/2 5/3
  12/22 12/23 12/25 28/11 30/17 30/18
  30/20 183/20 183/22 184/8 184/9
  184/13 184/15 184/23 184/24 185/9
  185/21 186/1 186/5 186/9 186/14
  186/16 186/17 186/19 186/24 186/25
  187/3 187/6 187/7 187/11 187/12
  187/16 187/21 187/23 187/25 188/5
  188/14 188/18 188/22 188/24 189/9
  190/10 190/21 191/6 191/16 195/10
  195/13 195/25 229/16 247/6 247/7
Elmo [2]  229/20 231/6
Elonis [1]  8/7
else [84]  4/24 8/20 11/24 15/2 15/23
  16/4 16/23 17/3 21/20 24/8 27/4 27/10
  35/9 43/21 49/22 51/8 53/18 54/6
  54/16 55/15 56/2 58/24 59/5 60/12
  61/13 61/23 63/22 66/8 66/9 67/3
  70/24 72/15 74/5 74/14 74/23 75/13
  75/23 77/11 78/12 79/2 79/24 80/18
  81/20 82/10 84/10 85/9 86/13 87/10
  88/24 89/25 91/9 91/10 93/10 93/4
  93/15 96/1 98/16 108/25 116/7 124/5
  133/7 134/6 135/1 137/15 140/7 140/13
  143/1 143/21 158/9 161/2 162/2 162/22
  164/4 164/24 165/3 165/11 179/15
  181/2 191/11 194/4 203/1 246/20 248/3
  248/12
else's [1]  133/1
embarrass [1]  37/22

embarrassed [1]  38/5
embarrassing [1]  37/18
emergency [1]  21/6
Emerita [1]  124/22
emotional [4]  91/13 143/25 164/9
  219/11
emotions [3]  73/15 85/1 86/5
emphasize [1]  20/15
employ [1]  88/4
employed [8]  42/1 44/17 44/24 50/1
  50/17 129/2 130/10 156/10
employee [1]  156/1
employees [11]  59/15 60/16 60/18
  64/7 109/8 137/21 137/24 138/1 159/2
  159/6 197/18
employer [14]  16/24 44/22 35/22
  40/21 41/3 41/17 43/10 45/5 46/5
  47/18 49/4 125/22 128/7 154/11
Employment [1]  54/15
empty [5]  39/2 105/16 114/11 115/16
  124/16
EMTs [1]  194/17
encompasses [1]  200/15
encounter [1]  184/21
encountered [2]  184/3 208/2
end [18]  15/15 25/7 28/9 36/16 38/23
  39/1 71/23 98/3 106/20 117/11 123/7
  129/17 146/2 171/14 177/6 189/9 194/2
  195/6
endangering [1]  128/18
ended [6]  16/22 73/2 80/17 106/3
  106/4 203/4
enforcement [102]  12/20 30/15 32/13
  49/25 50/1 50/2 50/3 50/9 51/10 51/17
  52/4 55/4 56/22 57/5 57/13 57/21 58/1
  58/13 58/19 59/2 59/9 59/15 59/23
  61/1 61/4 61/10 62/17 64/4 64/16
  69/11 71/7 72/3 73/17 73/22 76/4 76/6
  77/2 79/19 83/2 100/7 100/14 100/20
  100/21 102/20 104/15 104/16 105/1
  105/6 105/7 105/19 107/9 109/9 110/4
  110/10 111/2 111/5 111/17 118/5
  118/25 130/8 130/9 130/10 130/11
  132/1 132/4 132/10 132/12 132/24
  134/3 134/16 136/12 137/20 138/13
  138/15 138/18 146/10 148/3 156/9
  156/10 156/10 156/11 158/13 158/15
  158/20 159/1 159/16 159/19 159/22
  185/6 185/22 187/1 196/8 196/21 197/7
  198/8 199/1 205/1 205/1 205/3 219/19
  223/6 242/22
enforcement's [1]  58/10
enforcements [1]  158/19
engage [1]  19/22
engaged [2]  12/24 30/18
engineer [4]  47/4 86/19 90/6 101/6
engineering [1]  47/3
engineers [1]  87/9
England [2]  53/9 53/11
English [10]  29/2 29/7 31/18 31/20
  31/22 42/11 53/10 166/12 166/25 167/5
enhancement [1]  89/6
enough [14]  5/18 16/18 20/15 63/19
  70/4 70/5 86/22 97/1 97/18 107/18
  117/24 145/9 213/9 228/18
enraged [1]  210/16
enrolled [1]  90/16
ensure [3]  18/20 24/14 24/18

entail [1]  197/23
entered [4]  13/19 171/12 124/6 183/2
entirely [3]  5/4 172/10 179/15
entitled [4]  34/17 37/20 64/18 249/7
environmental [1]  61/5
equipment [2]  49/3 153/24
err [1]  35/12
error [1]  90/10
escalated [1]  219/16
escape [1]  77/23
escort [1]  71/23
escorted [1]  71/19
especially [2]  57/20 65/21
essential [1]  118/18
Essentially [1]  215/10
established [1]  83/1
estate [2]  77/17 77/22
estimate [1]  22/24
estimated [1]  22/23
estimates [2]  246/14 246/15
et [2]  9/7 50/13
et cetera [2]  9/7 50/13
evaluate [13]  60/6 64/23 65/17 89/17
  89/18 93/19 117/21 136/19 144/21
  149/1 165/15 171/22 173/14
evaluating [4]  28/22 57/2 148/17
  172/20
evaluation [2]  66/4 90/7
even [37]  13/6 18/11 18/13 20/24
  21/15 29/13 31/2 32/1 61/9 65/3 69/25
  83/16 98/4 110/17 111/1 114/4 117/21
  119/1 119/9 119/22 120/10 134/6
  136/15 136/23 145/8 154/1 161/19
  166/2 174/4 175/18 179/13 186/17
  190/8 209/21 211/11 243/4 245/24
evening [2]  244/11 246/22
event [4]  98/16 188/11 197/15 237/10
events [2]  41/4 102/2
eventually [5]  215/19 218/12 222/1
  224/8 241/11
ever [33]  41/5 42/24 43/16 45/24 62/17
  68/25 72/9 76/3 76/5 78/15 80/21
  81/25 87/14 87/18 91/12 91/25 99/10
  138/12 142/1 142/4 143/8 143/10
  143/24 144/2 159/21 160/4 162/5 162/7
  162/19 164/7 198/9 207/16 227/22
every [12]  20/16 21/7 23/8 23/20 38/8
  55/4 55/7 72/12 89/3 156/19 177/15
  205/21
everybody [15]  11/4 27/4 29/23 40/12
  56/15 64/18 65/24 66/7 70/10 74/4
  74/5 101/21 110/6 115/14 244/25
everyone [4]  21/9 24/7 183/4 228/18
everything [11]  21/22 24/7 31/16
  61/20 100/18 102/20 172/18 177/13
  194/12 216/7 248/7
evidence [103]  3/23 9/9 11/7 13/6
  15/22 17/12 18/23 19/20 19/22 19/23
  22/16 29/3 29/6 29/16 30/6 31/1 32/15
  32/19 33/1 33/15 33/15 33/17 33/21
  34/22 35/9 36/15 66/5 70/4 70/5 70/12
  70/17 70/17 70/19 73/7 84/24 87/2
  88/16 88/19 88/21 97/21 97/22 99/19
  100/22 102/6 102/14 105/22 106/21
  109/5 120/25 121/15 148/8 148/17
  148/18 169/2 170/14 171/22 172/2
  172/9 172/12 172/13 173/10 173/11
  173/15 173/16 173/19 173/19 173/23

# E

**evidence... [36]** 173/25 174/1 174/15 174/16 174/19 174/20 175/2 175/11 175/17 175/21 175/22 175/24 176/1 176/2 176/6 176/19 176/22 177/7 178/16 179/1 181/15 181/17 181/24 181/25 183/8 183/12 184/14 184/19 189/8 189/11 191/5 195/5 201/8 229/24 243/12 245/14

**evidence-based [1]** 88/16

**ex [2]** 55/25 185/4

**Ex-boyfriend's [1]** 185/4

**ex-brother-in-law [1]** 55/25

**exact [5]** 103/3 205/15 206/3 230/8 232/4

**exactly [13]** 44/10 57/22 58/5 83/19 115/12 121/13 183/25 201/24 220/3 229/5 241/1 242/14 245/16

**examination [9]** 3/4 3/5 14/5 19/22 124/7 196/3 224/15 224/24 245/18

**examine [2]** 181/16 181/18

**example [12]** 17/13 19/3 70/4 83/4 119/2 119/19 119/23 197/12 197/25 198/14 198/15 198/16

**Excellence [1]** 42/9

**except [1]** 10/8

**exceptions [1]** 11/6

**exclaimed [1]** 186/2

**exclamation [1]** 247/6

**excuse [23]** 20/23 65/9 105/14 107/1 107/12 107/13 113/3 113/9 113/16 113/23 115/2 117/8 122/1 141/5 149/17 150/13 150/24 151/10 151/18 152/3 168/3 169/17 169/24

**excused [23]** 22/25 24/7 25/2 37/7 112/20 112/23 113/5 113/11 113/18 113/24 115/4 115/15 117/16 149/16 149/22 149/25 150/15 151/1 151/12 169/6 169/19 170/1 170/25

**excusing [3]** 24/4 105/11 115/25

**executive [1]** 42/8

**exhibit [50]** 3/23 8/22 9/9 10/4 10/12 10/15 11/8 121/11 121/11 175/22 192/17 201/14 201/16 201/20 201/21 202/9 202/10 202/14 202/15 203/16 203/17 204/9 204/10 204/17 204/18 205/9 205/10 206/11 206/12 208/11 208/12 213/14 213/15 219/23 219/24 220/5 220/11 220/12 227/11 227/13 228/9 228/13 229/19 229/24 229/25 231/7 232/22 233/3 233/11 239/17

**Exhibit 1 [1]** 201/14

**Exhibit 2 [1]** 201/20

**Exhibit 26 [1]** 206/11

**Exhibit 27 [1]** 213/14

**Exhibit 29 [2]** 204/9 205/9

**Exhibit 3 [1]** 202/9

**Exhibit 30 [1]** 204/17

**Exhibit 31 [1]** 208/11

**Exhibit 33 [1]** 219/23

**Exhibit 34 [2]** 220/11 228/9

**Exhibit 4 [1]** 9/9

**Exhibit 507 [1]** 227/11

**Exhibit 6 [1]** 202/14

**Exhibit 8 [1]** 203/16

**exhibits [6]** 3/21 10/5 10/8 121/8 121/14 172/13

**exist [2]** 95/16 173/21

**exists [1]** 59/23

**exit [1]** 219/5

**exited [21]** 74/10 113/6 113/12 113/20 114/6 115/5 115/21 149/24 150/2 150/16 151/2 151/13 151/23 152/5 169/8 169/20 170/2 171/6 182/14 185/22 244/12

**expect [7]** 10/21 28/20 58/4 75/10 86/20 191/6 191/7

**expected [1]** 24/16

**experience [39]** 35/5 42/12 49/25 60/14 60/23 61/17 67/11 68/18 72/1 73/5 82/3 87/19 88/9 91/25 93/18 100/6 102/19 103/2 108/6 108/7 108/11 109/17 109/17 110/2 110/12 111/17 117/12 130/9 132/23 137/23 143/11 143/19 144/3 144/20 156/9 159/25 163/12 164/10 165/13

**experiences [10]** 61/3 71/12 72/7 92/4 92/10 93/11 110/1 147/7 159/3 160/20

**experiencing [1]** 17/20

**experiments [1]** 17/20

**expert [4]** 103/14 103/16 104/2 245/8

**expertise [1]** 103/21

**explain [9]** 19/15 35/15 85/22 108/1 178/8 214/10 237/7 241/14 245/23

**explained [2]** 142/23 186/5

**explaining [1]** 121/24

**explanation [1]** 190/12

**express [7]** 74/1 115/8 179/20 181/3 181/9 182/6 244/8

**expressed [3]** 105/1 106/4 106/20

**expression [1]** 79/18

**expressions [1]** 4/15

**expressly [1]** 104/13

**extensive [3]** 56/5 90/5 90/9

**extent [2]** 10/10 122/13

**extern [1]** 6/3

**extortion [1]** 48/15

**extra [7]** 5/18 65/1 121/15 134/20 134/24 179/3 223/16

**extract [1]** 96/20

**extrajudicial [1]** 95/11

**extras [1]** 170/23

**extremely [4]** 34/14 73/6 77/19 241/18

**eye [1]** 223/4

**eyes [3]** 71/8 210/22 214/19

**eyewitnesses [3]** 184/23 188/10 189/8

# F

**face [8]** 186/14 194/15 210/22 212/8 215/5 215/17 218/21 238/24

**Facebook [1]** 18/6

**faced [1]** 247/14

**facial [1]** 4/15

**facility [1]** 198/24

**facing [2]** 186/20 213/18

**fact [15]** 29/15 31/1 33/3 34/25 73/7 109/23 119/8 140/5 148/7 173/12 173/16 173/23 176/23 227/2 243/8

**factor [2]** 87/3 120/13

**factors [2]** 90/6 98/2

**facts [23]** 17/11 17/11 34/13 34/14 35/1 58/5 61/12 63/1 83/9 111/10 132/20 133/12 171/23 171/25 172/13 172/14 172/16 173/20 173/21 174/16 179/4 243/11 245/25

**Faerstein [1]** 28/12

**failed [1]** 93/5

**failing [1]** 93/1 108/13

**failure [1]** 75/7

**fair [45]** 18/21 18/21 19/12 24/3 24/6 32/8 34/18 34/20 35/7 37/12 56/18 63/18 64/22 66/3 66/18 67/15 69/8 73/13 77/6 81/15 81/19 82/19 83/6 94/7 100/19 101/20 101/21 102/14 105/13 106/5 107/16 107/19 107/22 107/25 111/3 111/5 142/14 145/5 145/11 160/20 161/19 163/4 165/24 166/4

**fairly [4]** 60/7 64/6 70/21 83/9

**fairness [2]** 20/4 24/14

**falsely [1]** 104/15

**familiar [4]** 28/15 30/10 89/7 231/20

**families [3]** 89/4 127/1 127/13

**family [9]** 16/24 44/18 45/19 51/8 55/9 127/9 142/2 202/23 223/20

**far [7]** 16/18 20/5 25/13 89/10 200/17 203/6 203/7

**fast [1]** 218/4

**fate [5]** 65/8 84/20 85/4 86/6 98/2

**father [2]** 54/19 54/24

**favor [1]** 82/25

**favorable [1]** 61/8

**favored [1]** 83/1

**favoring [1]** 65/2

**FBI [4]** 50/7 55/13 76/13 77/3

**FDB [1]** 156/1

**fear [1]** 215/10

**federal [11]** 1/22 12/20 30/15 54/1 56/10 64/7 81/15 109/8 184/12 196/8 198/24

**feel [28]** 37/17 60/5 65/8 67/14 69/9 72/11 72/11 73/4 73/16 85/13 86/4 86/22 86/23 94/13 94/24 97/9 97/16 97/20 98/13 102/13 102/20 117/18 139/14 147/14 170/20 217/7 218/22 247/8

**feeling [4]** 102/5 103/7 108/8 147/4

**feelings [24]** 59/2 59/8 59/22 60/17 66/24 82/15 86/5 87/21 96/21 96/25 100/16 101/24 102/12 132/9 132/11 137/25 142/11 143/13 158/18 159/5 162/25 162/25 163/14 163/15

**feels [1]** 32/7

**fees [4]** 139/25 140/1 196/25 198/6

**feet [6]** 116/1 186/12 208/9 208/10 212/18 213/11

**Fellers [1]** 6/11

**fellow [6]** 15/15 19/17 20/1 24/15 88/14 176/8

**felon [2]** 71/7 91/18

**felt [10]** 72/5 72/9 73/5 73/9 80/22 142/2 162/6 213/9 213/12 241/21

**female [3]** 139/16 140/5 141/3

**fence [2]** 223/14 223/15

**Fernando [2]** 154/9 155/4

**few [17]** 22/19 51/18 75/6 98/19 101/18 101/19 101/19 121/22 140/16 140/24 144/14 170/23 171/10 182/11 192/13 212/18 224/3

**fiance [2]** 119/3 119/5 161/5

**field [3]** 43/14 88/3 156/22

**fields [3]** 87/15 143/9 163/11

**fifteen [6]** 23/10 73/25 182/5 182/9

**F**

fifteen... [2] 182/18 202/24
fifteen-minute [3] 23/10 73/25 182/5
fifth [1] 98/15
fight [3] 79/20 79/20 154/2
fighting [1] 207/2
figure [7] 9/25 43/20 69/20 91/5
  101/20 112/1 170/21
figured [1] 214/15
figures [1] 147/10
filed [6] 68/25 76/5 76/10 138/17
  157/20 159/21
fill [4] 39/1 114/10 121/24 124/16
filling [1] 115/15
finally [6] 65/25 74/2 115/9 179/21
  182/7 244/9
finance [1] 41/9
financial [3] 23/5 24/21 89/19
financially [2] 100/11 145/21
find [33] 8/3 17/18 29/20 33/18 33/23
  34/12 69/24 70/17 76/15 91/5 97/13
  98/8 106/6 106/23 137/1 141/21 167/18
  174/2 174/4 177/18 189/10 193/9 195/6
  198/19 198/20 201/8 201/10 202/19
  202/25 203/4 207/1 227/8 227/10
finding [2] 117/17 120/23
fine [7] 65/13 85/15 87/8 110/9 124/2
  219/8 244/5
fined [1] 139/25
finger [2] 73/19 110/11
finish [1] 38/16
finished [1] 217/2
fire [2] 197/14 198/14
firearm [6] 206/8 206/20 207/7 207/9
  219/6 243/20
firearms [1] 243/19
fires [3] 197/13 197/14 198/5
firm [2] 24/3 47/11
firmly [1] 33/9
firms [1] 17/16
first [40] 6/22 14/19 15/13 20/2 23/6
  24/25 24/25 25/10 26/2 26/20 35/17
  35/19 38/21 38/22 38/25 40/11 68/7
  79/19 94/15 107/18 108/4 130/6 130/6
  156/7 181/13 182/10 185/8 188/13
  192/15 194/20 195/8 203/9 208/6 210/7
  214/18 217/25 218/1 218/2 228/21
  233/5
FISCHER [2] 1/4 21/3
Fisher [1] 247/3
fishing [3] 198/1 198/1 198/2
fist [1] 214/24
fists [7] 184/5 184/5 186/15 188/20
  212/9 212/10 238/2
fits [2] 240/11 240/11
five [8] 22/24 24/17 76/11 76/23
  122/12 135/10 135/10 185/19
fix [1] 19/25
flag [2] 93/1 245/17
flagged [2] 187/13 216/1
flagging [1] 216/3
flail [1] 14/17
flawed [2] 90/24 91/3
flies [1] 244/4
flip [1] 136/9
floor [3] 48/9 48/12 48/13
Florida [16] 192/14 192/15 192/20
  192/21 192/22 193/10 193/11 218/13
  219/3 221/13 225/9 230/18 230/21
  231/3 231/5 231/11
fluently [1] 29/20
focusing [1] 37/2
folks [2] 196/24 200/9
follow [16] 31/6 31/24 32/14 33/25
  36/23 101/3 101/10 107/2 107/8 107/13
  107/17 133/19 174/9 174/14 217/25
  222/1
follow-up [5] 36/23 107/2 107/13
  107/17 222/1
followed [4] 61/20 178/17 187/23
  220/25
following [25] 4/3 28/7 30/6 31/11
  52/9 53/4 104/8 107/15 115/22 117/3
  122/15 149/10 149/20 168/2 168/10
  172/21 174/15 179/10 182/15 182/21
  217/23 235/9 235/17 244/13 246/24
follows [2] 192/12 192/19
foot [2] 216/24 223/14
force [2] 207/3 207/3
forceful [3] 139/17 140/6 147/14
Ford [1] 47/18
foregoing [1] 249/5
forensics [1] 55/13
forest [50] 12/25 30/7 30/8 30/20 50/7
  59/16 60/15 60/18 60/22 61/10 61/18
  137/21 137/23 137/25 138/2 159/2
  159/4 183/20 183/23 183/24 185/1
  185/13 186/6 196/6 196/10 196/11
  196/19 197/10 197/13 197/18 197/21
  198/5 198/9 198/12 198/20 199/2 199/7
  199/7 199/15 200/1 200/7 200/12
  200/15 203/5 205/2 218/8 218/15
  221/24 243/3 243/25
forget [2] 51/4 178/19
forgot [1] 99/12
form [9] 74/1 109/2 115/8 123/11
  179/20 181/3 181/9 182/6 244/8
formal [3] 76/5 138/17 159/21
format [1] 249/7
former [2] 35/24 50/17
forms [1] 89/23
forth [2] 39/7 192/4
fortunately [1] 8/4
forward [4] 195/12 195/14 195/20
  217/19
found [19] 36/17 94/18 98/7 153/23
  174/8 183/23 184/1 185/1 185/6 185/16
  202/13 202/16 202/18 202/20 202/24
  203/2 226/24 227/5 227/12
foundation [1] 121/10
foundational [1] 11/2
four [15] 22/23 24/17 120/21 145/20
  153/2 160/7 163/22 168/9 199/21 203/8
  223/14 232/3 237/15 238/5 244/24
four-foot [1] 223/14
four-minute [1] 203/8
four-wheelers [1] 199/21
four-year [2] 153/2 160/7
fourth [2] 17/10 98/15
Fowler [1] 154/23
framework [1] 90/21
Francisco [1] 152/17
fraud [2] 103/18 103/25
Fred [3] 225/23 226/18 226/19
Fred Morales [2] 226/18 226/19

Frederick [1] 28/14
freight [1] 128/9
frequently [1] 60/22
Friday [3] 25/20 25/23 27/2
friend [27] 37/25 49/24 53/25 55/1
  62/16 64/1 75/22 76/3 76/5 78/15
  78/20 80/4 80/21 81/25 130/8 138/12
  142/1 142/2 142/7 156/8 157/3 157/24
  159/16 159/18 162/5 162/7 190/2
friend's [1] 54/23
friends [10] 16/25 50/12 51/8 55/10
  62/12 75/1 79/7 79/11 131/14 180/15
front [19] 5/17 5/18 39/5 53/6 53/13
  96/7 124/21 141/3 152/9 180/5 189/21
  191/25 205/22 215/5 222/24 223/12
  223/14 223/15 242/6
frustrated [1] 193/21
fuck [3] 186/3 186/4 210/1
fulfilling [1] 91/8
full [6] 44/21 52/25 129/16 129/18
  146/16 195/21
full-time [4] 44/21 52/25 129/16
  129/18
fully [3] 35/14 37/15 204/7
function [1] 158/2
functional [1] 127/8
funny [2] 65/6 167/17
further [6] 8/13 198/19 224/14
future [1] 14/15

**G**

gain [1] 219/3
gang [2] 95/13 139/11
gaps [3] 92/18 246/16 246/17
garage [2] 209/4 232/24
Gardens [1] 56/13
gas [1] 49/5
gave [11] 36/22 49/17 99/18 105/22
  119/23 171/19 179/23 198/14 216/14
  236/17 237/13
gee [1] 148/16
general [13] 35/20 59/3 64/15 82/17
  85/12 102/17 102/24 132/10 136/22
  142/12 148/9 158/19 163/2
General's [1] 50/6
generally [10] 6/4 19/4 23/6 60/23
  61/3 77/2 79/8 80/11 89/21 147/3
gentlemen [10] 13/22 14/6 73/24
  115/7 168/19 170/17 171/7 184/11
  189/7 244/7
geographically [1] 114/5
geometry [1] 112/9
Georgia [3] 198/25 242/23 242/25
gestures [1] 4/16
get [80] 8/3 8/11 8/14 8/16 9/24 10/4
  10/7 21/8 21/11 21/12 21/15 23/23
  25/12 26/24 42/14 55/19 63/9 63/10
  65/3 67/21 68/4 68/5 68/9 73/2 80/14
  91/4 95/25 98/5 108/19 112/21 121/2
  134/20 134/24 135/9 140/18 140/25
  141/2 145/25 146/18 154/19 154/20
  157/11 171/3 178/12 179/5 187/8 188/7
  188/8 193/9 193/19 197/18 200/10
  203/11 204/24 209/21 211/9 211/13
  213/10 213/12 214/5 214/15 214/17
  215/7 215/12 216/9 216/11 216/12
  216/13 217/19 217/20 218/4 218/23
  224/18 230/21 231/2 232/17 240/13

**G**

get... [3]  246/2 246/11 247/13
gets [8]  55/14 139/6 139/7 147/7 169/9
192/9 192/11 193/21
getting [8]  38/9 92/11 123/5 129/23
210/6 210/9 211/11 217/2
girlfriend [3]  68/3 68/17 68/20
give [30]  14/24 32/8 33/25 37/5 40/10
50/13 56/24 77/1 95/14 99/13 99/18
99/21 125/9 136/15 152/21 171/11
171/14 174/1 180/7 182/11 190/5
190/11 192/2 193/1 195/17 216/7
233/13 246/14 246/15 247/15
given [18]  21/5 29/22 32/20 50/10
72/22 76/23 84/24 97/16 98/24 99/10
99/11 101/18 161/17 171/17 172/4
173/25 176/5 177/9
giving [10]  14/9 35/12 58/14 58/18
95/25 212/15 236/11 236/12 236/18
236/18
Glamis [1]  72/8
glasses [2]  134/18 134/19
Glencoe [1]  198/25
Glendale [1]  125/21
Glock [2]  206/8 206/8
gmail.com [1]  1/24
go [59]  6/13 9/2 15/18 23/12 25/9
26/16 34/24 37/9 38/23 38/25 40/13
44/6 49/16 55/16 65/23 67/13 67/13
68/5 85/12 98/7 105/4 105/12 108/18
112/16 117/24 119/3 121/9 125/11
127/11 130/3 135/6 137/7 147/12 148/7
148/8 161/10 171/1 176/8 177/18 182/3
193/18 193/18 197/1 198/12 198/20
198/22 200/6 206/24 219/5 222/12
223/13 223/24 224/5 231/12 231/17
231/19 235/14 242/20 245/20
goal [1]  34/18
God [4]  14/2 169/3 170/14 195/18
goes [12]  11/25 40/12 64/3 65/7 70/13
83/19 94/12 94/24 192/23 192/25 194/5
218/14
going [103]  4/6 4/22 5/2 5/3 11/12
12/1 12/17 13/18 14/9 15/7 23/4 25/4
25/4 26/5 26/13 28/8 34/11 35/17 38/2
38/21 39/5 40/11 43/21 49/16 49/17
53/13 65/16 69/8 71/20 73/11 73/24
76/22 85/22 98/8 105/14 106/23 107/1
107/1 107/12 107/13 109/4 109/10
109/11 109/14 112/15 115/10 117/8
119/4 121/24 124/19 124/20
125/6 125/7 133/19 133/21 134/12
135/10 135/11 136/12 136/21 136/25
137/1 153/6 164/2 170/22 171/10 178/5
181/13 184/7 188/12 188/24 189/2
189/5 191/22 192/11 192/21 192/22
203/11 205/9 212/4 212/4 212/12
212/13 212/23 214/14 217/14 217/25
218/23 219/11 219/15 220/6 222/16
227/11 228/8 228/11 228/21 229/4
230/20 236/15 237/13 239/16 246/21
good [32]  13/16 23/13 27/15 34/9 55/1
55/10 60/23 61/4 65/9 67/11 72/12
77/1 92/21 92/22 100/22 103/5 108/15
115/6 115/20 117/5 117/6 121/20
147/17 147/20 147/22 153/7 173/13
190/2 213/6 244/1 244/11 246/22

**Google [2]**  17/24 18/6
got [37]  7/4 8/11 52/15 66/23 67/16
68/6 71/16 71/22 100/9 108/11 153/23
187/3 198/17 199/11 200/21 210/6
210/7 210/8 210/17 214/18 214/19
214/19 214/20 215/17 215/21 215/24
216/1 218/10 221/7 221/18 222/3 222/4
222/5 225/8 231/5 231/5 231/6
government [83]  10/4 10/11 10/16
11/10 11/19 12/19 12/19 13/5 24/5
24/15 30/14 30/14 30/25 32/24 33/6
33/10 36/18 58/2 60/9 64/8 69/17
69/23 70/1 70/14 70/18 76/3 81/14
83/3 83/10 84/5 85/18 85/23 85/23
86/24 97/4 97/6 97/23 98/9 98/19
101/2 105/19 105/21 106/23 110/9
111/8 113/1 113/2 113/21 113/22 118/6
118/8 119/16 135/25 136/4 136/17
136/23 138/15 146/6 150/11 150/22
150/23 159/19 167/22 168/9 168/15
168/17 169/12 169/13 169/22 169/23
181/15 181/17 181/18 190/21 191/4
191/23 192/5 195/8 195/9 196/15
245/19 246/9 247/10
government's [8]  3/9 3/12 6/23 8/22
118/9 195/11 195/13 228/9
grab [2]  118/14 240/6
grade [2]  49/11 112/7
graduate [1]  129/2
Graham [23]  28/13 194/9 194/14
194/16 194/21 234/14 234/16 234/19
234/20 234/23 235/9 235/17 235/19
236/6 236/10 236/10 236/17 236/20
236/22 236/23 237/5 237/9 237/13
Graham's [1]  194/22
grandfather [1]  51/15
Granted [1]  84/24
great [18]  6/20 14/14 21/19 25/17
27/12 28/6 32/6 32/11 51/13 55/15
55/24 87/12 93/14 126/11 127/15
131/10 145/7 155/16
greater [4]  99/19 99/21 111/9 111/13
green [5]  125/22 185/23 191/24
206/17 213/19
greet [1]  16/4
grew [1]  210/4
group [10]  5/16 35/17 49/18 50/8 62/2
62/4 138/5 159/9 159/11 159/15
groups [3]  45/19 57/19 62/5
guard [3]  129/20 129/24 131/9
guess [30]  19/6 52/24 58/3 58/8 58/21
60/2 62/13 70/16 71/5 75/3 78/7 81/7
83/22 83/24 83/24 83/25 84/1 86/4
86/7 89/10 90/15 90/24 91/7 97/21
97/22 108/10 167/15 175/7 178/19
203/14
guess that [1]  83/24
guessing [1]  98/15
guilt [4]  33/10 36/18 86/6 135/25
guilty [43]  13/9 31/3 32/24 33/6 33/9
33/18 33/19 33/22 33/23 34/7 36/17
59/14 59/14 69/14 69/25 69/25 70/6
83/11 83/11 85/13 85/13 85/16 86/1
94/3 94/4 94/18 98/7 98/9 117/17
120/23 137/2 137/19 137/19 139/15
145/2 145/2 158/25 158/25 165/21
165/21 189/11 195/6 247/7
gun [20]  186/18 186/21 190/24 190/25

191/19 191/19 193/6 238/10 239/24
241/2 241/8 241/16 241/24 247/25
242/2 242/3 242/8 242/9 242/17 243/10
guns [1]  243/6
guy [6]  40/5 154/1 189/22 189/23
189/23 218/11

**H**

had [149]  5/22 7/9 7/14 8/15 8/23
13/18 14/25 22/25 23/1 26/21 37/25
44/5 49/24 50/2 50/11 55/6 59/21
60/14 61/17 63/13 66/21 67/13 69/3
69/23 70/1 70/24 71/15 71/22 72/2
72/5 74/15 76/17 80/4 81/6 82/1 82/6
87/9 87/18 88/8 90/5 91/25 92/24
93/17 93/20 97/4 97/6 99/10 100/5
101/24 102/11 102/11 102/12 102/19
108/7 108/7 108/15 108/15 108/17
109/13 109/17 110/17 116/4 117/9
117/9 117/11 117/18 117/24 118/3
118/4 119/10 120/19 120/21 122/8
124/11 124/13 133/3 135/21 141/7
141/9 142/5 143/10 144/2 144/7 144/13
144/19 146/17 146/25 147/1 147/7
151/17 153/15 154/19 156/11 157/10
159/3 159/25 160/23 162/8 163/12
164/10 167/17 175/24 183/22 193/3
193/4 193/5 193/13 194/8 194/25
198/17 199/14 199/22 199/24 207/16
209/18 213/10 215/7 215/12 216/9
216/24 219/6 222/23 223/10 223/14
224/13 225/9 227/18 227/19 232/10
233/23 234/1 234/8 234/19 234/20
234/24 235/2 235/3 235/5 236/5 236/7
236/7 236/14 236/21 236/21 238/18
239/2 241/16 242/21 245/21
hadn't [1]  225/7
Haft [1]  46/5
half [6]  157/15 187/13 215/24 216/1
216/10 243/10
halfway [3]  208/4 209/3 239/11
hall [4]  16/3 16/10 115/11 179/14
hand [26]  14/16 24/23 33/20 49/18
59/19 59/20 66/21 70/24 72/23 77/25
103/9 116/11 123/13 141/9 163/25
170/10 178/10 195/15 207/9 207/10
212/2 212/14 228/8 228/10 228/21
240/6
handcuffed [1]  139/16
handcuffs [1]  72/25
handed [1]  240/16
handing [1]  61/18
handle [6]  22/16 23/17 239/19 240/6
240/21 240/23
handled [2]  42/24 140/5
handles [1]  191/2
hands [31]  13/19 25/7 28/17 29/1
29/23 34/4 56/20 59/12 95/4 96/15
102/9 138/10 144/24 158/23 159/14
165/18 166/1 168/20 186/15 211/19
212/3 212/4 212/7 212/20 212/24 213/8
217/14 233/24 234/1 238/2 242/15
hang [3]  139/11 139/12 157/18
happen [4]  28/20 94/18 116/4 223/19
happened [31]  23/2 63/13 68/2 68/8
69/2 102/12 109/22 133/9 135/19
139/22 161/15 161/19 172/25 180/19
180/21 181/20 194/8 195/2 198/19

**happened... [12]**  199/10 209/6 209/7 211/14 214/6 215/23 216/6 216/7 218/25 223/20 234/10 236/11

**happens [5]**  21/10 83/19 124/11 194/12 214/22

**happy [4]**  77/19 94/22 94/24 209/11

**harassment [2]**  160/7 162/15

**hard [7]**  96/25 101/17 103/8 106/6 146/3 167/18 241/14

**hardest [1]**  223/17

**hardship [4]**  23/6 24/1 24/21 24/22

**hardships [1]**  24/4

**harm [2]**  162/20 217/13

**has [79]**  5/13 11/12 13/8 14/12 15/18 16/21 16/22 17/6 17/22 17/25 18/11 31/2 32/16 32/20 32/25 33/1 40/9 42/22 44/25 45/1 53/18 55/11 60/14 60/23 70/11 70/14 71/9 71/10 72/9 76/3 78/24 81/14 84/6 85/23 87/13 87/14 91/18 93/17 101/18 101/24 102/13 104/14 105/22 110/2 118/2 120/2 121/12 123/24 127/11 134/9 134/16 136/4 136/24 137/8 139/25 140/1 144/19 157/9 159/19 163/10 164/7 168/8 168/9 170/20 176/2 177/17 181/25 190/10 192/15 205/24 217/15 217/17 217/18 219/4 222/19 227/17 240/12 243/21 246/9

**hasn't [3]**  75/3 86/24 123/18

**Haug [1]**  28/12

**have [391]**

**have you [1]**  45/24

**haven't [9]**  64/11 65/21 96/9 103/3 117/24 135/21 145/9 166/3 166/8

**having [25]**  20/11 21/7 21/23 22/4 31/17 56/17 64/14 65/15 72/10 73/2 83/7 84/19 84/22 85/4 93/11 130/8 130/10 134/9 153/7 193/15 193/16 207/3 217/12 235/10 235/18

**Hawthorne [1]**  47/9

**he [418]**

**he'd [1]**  105/15

**he'll [2]**  188/21 245/16

**he's [51]**  5/4 6/11 6/11 6/12 42/17 42/24 51/16 54/1 54/3 54/4 55/17 55/22 71/10 106/9 106/12 106/13 106/15 106/19 106/23 126/3 129/23 130/15 130/19 135/14 135/22 156/3 158/3 158/8 161/16 186/18 190/6 190/7 193/15 193/16 207/20 207/21 207/21 211/5 211/11 211/12 211/15 211/15 211/16 211/16 217/15 218/9 218/9 234/16 242/5 242/6 242/7

**he-said [2]**  108/23 108/23

**head [4]**  38/10 147/23 218/6 219/15

**headed [2]**  218/7 219/9

**health [6]**  42/7 89/5 91/6 92/9 144/4 164/11

**healthcare [5]**  92/1 92/1 128/7 144/4 164/12

**hear [53]**  15/20 16/10 17/14 19/3 19/20 20/10 21/22 22/6 22/14 28/7 30/6 37/18 37/20 58/8 61/12 64/23 65/17 102/15 106/17 108/17 110/16 118/16 129/11 133/15 134/13 136/14 136/20 172/22 175/18 175/19 180/18

**184/22 185/8 186/10 186/13 186/19 187/14 187/21 188/10 192/13 192/14 192/18 193/8 193/12 193/14 193/14 193/15 193/16 194/2 194/3 211/17 228/19 242/8

**heard [29]**  14/12 19/8 29/13 32/18 38/1 59/4 60/4 76/1 81/13 84/12 87/13 99/1 105/15 106/2 107/3 108/5 164/7 173/18 175/25 176/19 177/20 181/23 188/18 191/16 222/6 222/16 242/1 242/2 242/3

**hearing [7]**  21/17 21/19 21/25 73/4 102/6 189/7 190/18

**Hearsay [4]**  211/22 216/17 222/9 235/11

**heavily [1]**  224/13

**heavy [1]**  49/3

**Hebrew [7]**  167/1 167/3 167/7 167/10 167/11 167/12 167/14

**held [15]**  4/3 52/9 78/21 104/8 115/22 117/3 122/15 139/7 149/10 168/2 182/15 182/21 244/13 246/24 249/6

**help [11]**  14/1 18/16 35/5 65/4 89/17 124/14 169/3 170/14 176/6 195/18 233/2

**helped [1]**  157/9

**helpful [3]**  118/13 118/17 246/16

**helps [2]**  174/23 207/8

**Hemet [4]**  30/9 185/11 202/22 235/22

**her [27]**  6/4 6/5 6/6 22/5 22/5 38/8 50/21 51/5 59/19 78/21 80/13 105/8 116/1 116/14 119/4 139/17 139/21 140/5 140/6 176/22 177/14 177/14 177/18 185/3 191/21 193/20 193/21

**here [111]**  12/9 14/10 21/9 21/11 21/12 21/15 22/8 23/2 23/23 25/12 25/22 26/7 27/13 27/21 29/10 31/10 50/14 54/2 55/15 57/7 57/9 61/23 61/25 62/8 62/19 63/20 63/22 70/17 72/15 73/4 74/4 74/15 74/17 76/7 77/13 78/17 79/24 80/1 81/22 82/10 82/12 82/19 82/21 86/13 86/15 90/2 91/14 91/20 91/22 92/5 93/6 93/23 96/1 96/3 103/4 103/8 112/5 122/24 124/11 125/20 131/2 132/15 138/3 140/7 142/17 142/17 151/6 151/21 156/25 164/7 166/7 168/6 170/4 170/5 170/24 180/21 182/8 189/24 195/12 195/22 200/12 200/18 203/25 204/23 205/25 207/18 207/21 209/16 211/10 216/13 216/23 219/15 220/8 220/16 220/17 221/1 221/1 221/6 221/9 221/13 226/18 226/19 226/22 226/24 227/2 228/17 230/17 233/20 236/2 237/1 237/6

**here's [1]**  231/9

**hereby [1]**  249/3

**Hermosa [1]**  40/19

**hesitation [3]**  59/13 137/18 158/24

**hide [1]**  178/15

**high [11]**  40/22 44/1 45/5 47/17 112/8 129/2 144/14 155/5 210/20 222/25 223/2

**high-pitched [1]**  210/20

**highest [5]**  35/21 40/20 41/2 41/9 41/16 41/25 43/10 46/4 47/3 47/17 82/25 111/13 125/13 155/25

**highway [4]**  50/5 54/19 199/20 230/17

**hiker [1]**  61/16

**hills [1]**  4/9

**him [130]**  4/7 4/13 4/25 6/13 25/22 32/24 43/3 43/4 43/5 51/21 51/24 52/1 54/2 76/21 78/25 79/17 79/18 100/9 100/10 104/23 106/8 106/9 106/11 106/23 107/1 107/1 112/16 117/16 130/23 153/24 162/15 162/16 184/4 184/4 184/6 184/9 184/17 184/20 185/18 186/13 186/17 186/17 188/3 188/6 189/2 189/3 189/5 189/6 190/1 190/3 190/4 190/4 190/5 190/6 190/7 190/8 191/6 191/14 191/16 191/18 192/2 193/1 193/4 193/9 193/19 194/8 194/18 195/1 199/14 200/24 207/15 207/18 207/20 208/6 208/10 208/10 209/20 210/2 210/15 210/24 211/15 212/15 212/23 213/7 213/18 214/19 214/21 214/22 215/17 215/18 218/3 225/20 225/24 226/3 226/4 226/5 226/19 226/20 226/22 226/24 226/25 227/23 228/2 228/4 228/8 228/10 228/11 229/10 231/17 231/19 232/10 232/13 232/14 233/16 234/21 235/7 236/6 236/12 236/18 236/25 237/10 237/11 237/14 241/16 242/1 242/2 242/4 242/8 242/17 242/18

**himself [2]**  76/19 153/6

**hip [2]**  239/22 239/25

**hips [1]**  243/19

**hired [1]**  223/10

**his [91]**  12/24 30/19 51/16 62/24 71/10 75/21 79/20 91/19 104/15 108/14 108/15 117/20 124/12 128/1 153/24 153/24 153/25 154/2 176/21 183/24 184/5 184/5 184/5 184/6 184/6 184/7 184/16 184/18 185/21 186/3 186/15 186/20 186/20 186/21 186/25 187/3 187/19 187/20 187/20 188/3 188/14 188/22 189/22 190/2 190/17 190/21 190/23 190/23 191/14 192/9 192/10 192/12 193/14 193/14 194/7 194/15 194/15 194/15 194/15 198/18 210/6 210/9 210/20 210/22 210/22 211/19 212/2 212/3 212/7 212/8 212/9 212/10 212/19 212/24 212/25 213/7 214/24 217/14 217/18 217/22 218/21 219/2 221/3 225/17 233/7 233/24 234/1 234/7 238/2 239/11 242/15

**history [2]**  91/19 245/14

**hit [1]**  212/13

**hits [1]**  231/11

**hitting [2]**  215/2 215/3

**hmm [3]**  44/10 83/24 206/15

**hold [4]**  57/19 57/23 60/9 100/14

**hollering [2]**  210/20 213/4

**holster [5]**  239/22 239/25 240/6 240/11 240/12

**holstered [2]**  213/13 214/4

**holsters [1]**  191/3

**home [25]**  16/24 25/24 71/23 76/11 82/8 127/11 153/6 153/11 153/13 177/15 185/3 185/4 185/19 185/20 188/1 188/14 194/5 194/12 194/19 203/3 219/21 223/9 244/23 246/18 247/23

**homeowner [1]**  203/12

**homes [1]**  190/18

# H

**honest [5]** 37/14 73/22 109/12 147/25 147/25

**Honor [82]** 4/5 5/22 6/15 6/25 7/11 7/12 9/14 9/23 10/3 12/8 12/13 13/10 13/21 26/10 26/19 26/25 38/19 39/10 46/7 50/16 59/18 72/18 101/14 104/6 104/12 107/7 108/3 112/18 113/2 113/8 113/15 113/22 114/1 115/1 116/9 116/15 118/14 121/3 124/2 124/9 124/25 144/5 144/7 149/12 150/5 150/8 150/12 150/20 150/23 151/9 152/2 152/7 167/23 168/17 168/22 169/13 169/23 170/8 183/17 189/17 195/9 205/16 207/23 216/18 216/20 224/16 224/19 228/8 229/18 229/22 232/20 235/11 242/10 243/11 244/6 245/2 245/8 246/12 247/10 247/12 247/21 248/13

**Honor's [1]** 119/19

**HONORABLE [2]** 1/4 6/3

**hope [4]** 119/25 123/1 170/21 170/23

**hopeful [1]** 9/22

**hosing [1]** 225/18

**hospital [12]** 126/4 154/18 190/3 194/18 209/22 209/25 226/1 226/3 226/10 235/1 235/22 236/14

**hotel [2]** 145/17 145/18

**hour [2]** 25/24 200/20

**hours [9]** 25/12 67/12 68/14 71/16 76/14 76/20 155/5 161/13 166/24

**house [28]** 161/11 185/25 188/16 189/22 190/22 191/15 191/17 201/12 203/6 203/15 203/20 204/2 220/14 220/16 220/17 220/22 220/23 222/21 223/8 223/15 227/20 228/23 230/2 232/24 232/25 233/6 235/3 235/20

**houses [2]** 232/3 232/3

**how [50]** 9/25 16/5 20/5 21/16 22/16 26/11 29/14 56/24 66/15 71/9 74/17 90/20 94/13 97/3 121/18 127/12 133/22 134/21 136/15 147/12 152/25 160/13 170/22 172/21 172/24 173/5 173/9 174/1 178/8 181/7 184/14 196/17 197/3 199/3 200/17 202/3 203/6 204/14 204/25 210/5 217/6 217/23 222/19 223/22 224/7 239/8 241/14 243/18 243/21 246/6

**However [3]** 129/16 187/12 187/18

**HR [2]** 49/5 56/14

**huge [1]** 106/16

**huh [6]** 38/12 38/12 208/15 208/18 237/17 238/20

**huh-uh [1]** 38/12

**human [3]** 90/6 90/10 197/16

**humans [1]** 106/6

**hundred [3]** 98/12 111/18 209/9

**hundreds [1]** 197/19

**hung [1]** 139/2

**husband [18]** 41/11 41/19 44/20 44/23 45/7 46/22 49/12 71/4 79/10 79/16 79/17 129/17 129/19 146/21 154/25 155/6 156/2 185/3

**husband's [3]** 79/6 79/12 185/3

# I

**I'd [18]** 10/9 11/8 58/8 83/14 96/12

**I'll [34]** 8/4 8/13 8/14 8/19 12/11 18/16 19/3 24/3 24/24 36/2 36/4 36/7 36/16 36/19 36/21 49/21 56/24 66/7 83/14 83/23 83/23 107/13 123/10 171/14 172/15 178/7 181/25 206/24 211/23 213/23 214/15 214/16 222/11 248/14

**I'm [181]** 4/6 4/22 6/13 7/17 9/4 9/13 9/21 11/12 13/18 14/24 15/7 15/8 15/8 21/3 23/4 23/13 25/23 26/18 27/15 27/22 27/24 28/1 28/8 31/21 32/12 35/17 39/5 41/10 42/1 42/7 42/9 42/16 42/16 43/5 43/21 44/1 44/16 44/17 44/20 45/4 45/6 45/13 45/14 45/14 46/3 47/3 47/5 47/9 47/19 49/2 49/5 49/11 49/17 49/19 52/19 55/10 57/22 58/5 59/20 60/2 62/11 62/13 63/14 64/1 64/3 64/9 65/14 66/3 66/11 69/20 70/16 71/9 73/20 75/18 77/19 78/6 85/21 86/20 89/4 89/7 90/15 91/3 93/3 93/11 93/11 93/13 94/23 95/10 95/25 96/19 97/8 103/15 103/22 105/11 105/14 107/1 107/1 107/8 107/9 107/12 107/13 108/25 109/14 109/18 110/11 111/16 111/25 114/4 115/10 116/11 118/14 119/4 119/6 122/5 122/23 123/15 125/14 125/14 125/23 125/23 126/15 127/19 127/19 128/9 129/2 129/14 129/15 129/17 129/19 134/11 136/25 137/1 140/25 145/21 148/17 148/17 151/17 154/12 154/24 155/18 155/20 156/19 163/22 164/17 166/15 166/23 171/10 189/2 189/5 196/8 201/19 205/1 211/9 211/15 212/24 212/24 212/25 214/15 218/10 219/14 219/15 220/3 223/6 223/7 226/6 226/19 226/22 226/24 227/2 227/11 228/8 228/11 228/21 232/18 232/20 237/6 239/16 242/20 243/7 246/17 247/12

**I've [37]** 6/5 6/7 7/14 14/25 26/1 55/6 63/17 67/13 71/1 72/5 81/6 81/6 88/3 88/8 88/18 90/9 100/9 103/16 104/2 106/8 109/17 116/4 117/22 136/22 140/16 140/24 141/7 147/7 154/12 160/6 164/16 167/17 212/3 218/10 222/23 231/6 247/14

**I.D [1]** 228/13

**ICE [4]** 50/7 76/13 77/2 77/3

**idea [1]** 31/8

**ideas [1]** 146/18

**identification [4]** 3/23 10/22 121/10 228/10

**identify [2]** 204/25 207/20

**Idyllwild [1]** 199/6

**if [254]**

**Igbo [4]** 167/2 167/9 167/14 167/18

**ignore [3]** 16/14 16/14 175/22

**ignoring [1]** 20/18

**Il [1]** 41/18

**ill [1]** 119/6

**illegal [3]** 161/6 161/7 198/5

**illness [4]** 91/13 91/19 143/25 164/9

**imaginary [1]** 85/8

**imagine [3]** 53/12 81/11 119/20

**immediately [11]** 17/8 20/14 21/21 72/24 108/25 177/11 187/20 191/16

**impact [1]** 95/23

**impartial [17]** 33/14 33/16 33/21 34/20 35/8 37/12 63/18 81/19 82/19 85/3 88/20 107/9 142/14 145/11 163/4 166/5 179/3

**impartiality [1]** 112/5

**impede [5]** 12/23 30/17 118/19 119/9 184/15

**impeding [1]** 118/25

**implement [1]** 127/14

**implies [1]** 120/12

**important [14]** 10/13 15/3 15/6 18/19 21/16 21/22 25/25 26/7 34/15 37/3 37/13 171/20 176/18 180/18

**impression [1]** 77/1

**inaccurate [2]** 19/2 19/17

**inappropriate [3]** 5/5 140/23 147/15

**inaudible [1]** 46/5

**incident [8]** 64/6 68/8 72/19 79/15 108/4 194/12 220/7 247/3

**incidents [1]** 92/16

**include [3]** 10/23 95/9 95/12

**included [2]** 76/12 119/18

**includes [4]** 15/20 16/23 18/3 50/4

**including [8]** 23/20 34/1 120/6 134/16 171/18 184/23 185/2 187/13

**inclusion [1]** 88/13

**Inclusive [1]** 1/19

**incomplete [1]** 35/11

**inconvenience [1]** 27/4

**incredibly [1]** 108/22

**independently [1]** 17/10

**INDEX [2]** 3/11 3/16

**indicate [2]** 4/16 234/8

**indicated [2]** 200/25 209/18

**indicating [17]** 172/9 192/21 192/23 203/25 205/25 207/24 208/25 209/5 214/11 220/8 220/9 221/1 221/3 221/6 221/9 231/12 231/15

**Indictment [6]** 13/4 13/4 13/5 30/24 30/24 30/25

**indirect [1]** 173/19

**individual [6]** 45/20 83/4 134/9 198/20 208/21 209/7

**individuals [9]** 102/21 133/21 136/13 147/9 215/25 216/16 216/23 217/3 221/2

**inefficient [1]** 77/19

**inference [1]** 33/3

**influence [2]** 22/22 103/4

**influenced [3]** 172/6 176/14 176/23

**info [1]** 68/5

**inform [2]** 17/8 20/13

**informal [1]** 76/5 138/17 159/21

**information [36]** 17/15 17/18 17/25 18/10 19/16 19/17 19/18 20/1 20/12 35/12 35/18 37/17 38/4 40/11 50/10 50/12 50/14 67/22 68/4 92/22 97/16 110/23 117/18 117/21 125/9 152/21 184/25 190/5 190/12 193/9 198/18 236/11 236/17 236/18 236/19 246/13

**informed [1]** 237/3

**Inglewood [2]** 41/2 51/16

**inherently [2]** 90/24 137/9

**initial [6]** 24/25 25/10 26/3 36/20 38/22 77/3

**initially [2]** 37/7 208/2

**I**

**initials [2]** 50/8 229/15
**injuries [1]** 88/9
**injury [3]** 88/10 103/14 103/23
**innocence [6]** 33/1 33/5 34/2 70/5 70/11 137/10
**innocent [7]** 32/23 34/6 36/17 69/14 135/14 135/22 135/24
**input [1]** 146/19
**inquiry [1]** 105/25
**inside [3]** 64/21 102/5 192/25
**insinuation [1]** 174/21
**installed [2]** 223/11 223/14
**instance [1]** 111/9
**instances [1]** 60/24
**instantly [2]** 210/23 211/19
**instead [3]** 100/11 199/24 208/17
**institution [1]** 83/1
**institutions [1]** 57/20
**instruct [4]** 31/4 101/1 179/11 182/1
**instruction [9]** 7/7 7/7 8/16 101/4 118/9 120/3 120/4 120/10 120/15
**instructions [27]** 3/6 4/18 4/23 7/10 8/19 31/6 31/11 31/13 32/15 32/20 33/25 34/1 117/22 117/23 117/25 121/2 169/2 170/14 171/12 171/13 171/15 171/17 171/19 174/13 174/14 176/20 182/12
**integrity [3]** 86/19 100/25 101/7
**intelligent [1]** 106/19
**intend [7]** 11/20 11/22 118/3 118/4 118/22 118/24 119/21
**intended [1]** 119/13
**intent [7]** 12/23 30/17 118/19 119/11 119/22 120/19 120/21
**intention [4]** 121/13 211/12 230/21 230/23
**intentionally [1]** 118/22
**interacted [2]** 13/1 30/20
**interaction [1]** 234/10
**interactions [2]** 71/2 72/10
**interest [2]** 103/20 173/5
**interested [1]** 96/13
**interests [1]** 58/11
**interfere [11]** 12/23 30/18 93/18 118/19 119/9 119/15 119/16 120/19 144/20 165/14 184/16
**interference [2]** 118/25 119/21
**interior [1]** 154/24
**Interiors [1]** 154/24
**intermediate [2]** 206/22 206/25
**international [1]** 45/21
**internationally [1]** 76/18
**Internet [4]** 17/24 19/10 42/10 180/1
**interpretation [2]** 7/8 29/8
**interpreter [8]** 7/4 8/19 29/5 29/9 29/14 29/16 30/4 167/18
**interprets [1]** 29/14
**interrogated [1]** 76/16
**interrupt [1]** 38/17
**intersection [2]** 187/25 192/14
**intimidate [3]** 12/23 30/18 184/16
**intoxicated [1]** 73/8
**introduce [2]** 21/2 27/14
**invented [1]** 18/8
**invested [1]** 98/13
**investigate [7]** 17/10 44/19 185/13

197/13 198/13 199/16 207/15
**investigated [1]** 185/15
**investigating [9]** 183/22 201/7 226/15 226/22 227/24 232/6 236/3 236/23 237/12
**investigation [5]** 190/7 190/8 198/19 203/4 228/24
**investigations [4]** 55/5 183/25 197/12 198/9
**invoice [1]** 227/15
**involve [4]** 59/9 59/23 103/23 158/20
**involved [11]** 63/9 63/10 80/21 83/2 88/12 88/18 89/9 98/5 142/1 162/5 215/11
**involvement [3]** 50/2 130/11 156/11
**involves [1]** 95/7
**involving [2]** 81/16 93/2
**iPads [1]** 18/3
**iPhones [1]** 18/3
**Ironworkers [1]** 153/3
**irrelevant [2]** 7/24 206/23
**IRS [1]** 50/7
**is [445]**
**Islam [1]** 76/17
**isn't [5]** 16/8 102/20 105/13 177/25 178/23
**isolate [1]** 84/1
**Israel [1]** 76/13
**issue [17]** 5/22 8/15 29/23 58/19 77/17 77/21 82/6 83/25 84/15 118/1 118/17 120/2 120/7 211/10 211/10 224/7 245/19
**issued [10]** 82/1 82/2 142/5 142/6 162/8 162/9 205/20 225/3 225/7 243/23
**issues [6]** 10/2 22/17 90/10 90/10 102/21 179/19
**it [358]**
**it's [153]** 5/2 5/3 8/1 11/21 15/8 15/10 16/8 18/24 19/6 20/19 20/21 21/16 21/22 22/15 22/17 24/18 25/25 26/5 26/7 26/9 31/4 31/5 33/10 33/18 33/22 34/14 37/1 37/3 37/6 38/12 49/23 53/8 53/9 53/14 54/20 55/4 56/25 61/12 61/18 64/11 65/2 65/6 65/22 66/4 67/14 67/14 69/21 72/19 74/1 75/6 81/7 81/10 83/22 84/15 84/21 85/3 93/1 94/23 95/4 96/25 97/10 100/8 100/17 101/17 103/4 103/8 103/13 106/24 110/12 111/15 115/8 118/16 120/2 120/7 123/7 123/15 123/24 128/2 128/7 132/7 134/2 134/15 135/19 136/3 139/1 139/5 139/10 139/13 139/24 147/5 147/13 148/16 158/4 166/23 167/17 167/18 173/20 173/25 175/12 177/9 178/3 178/18 180/18 182/7 183/8 183/14 183/24 190/8 190/10 192/13 193/10 198/3 198/24 198/25 198/25 199/1 199/1 199/4 199/19 200/13 200/13 200/14 200/24 203/7 203/8 204/7 205/13 206/8 206/22 206/25 207/1 208/25 213/24 219/16 220/17 221/10 222/10 223/1 224/3 229/6 230/8 233/1 235/12 235/13 236/1 237/20 237/21 237/21 239/4 241/14 244/1 244/9 245/15
**items [3]** 185/7 201/10 202/18
**its [22]** 18/22 60/9 60/16 60/18 69/17 69/24 70/1 83/10 86/24 97/5 97/6

136/17 136/24 137/24 138/1 159/6 183/15 195/8 216/20 240/21 240/23 245/20
**itself [2]** 97/17 197/22

**J**

**jail [5]** 71/19 95/7 95/8 95/12 160/18
**James [1]** 6/11
**JD [1]** 43/10
**Jeanine [1]** 40/3
**Jeff [1]** 28/12
**Jeff Victoroff [1]** 28/12
**JENNIFER [4]** 2/4 27/19 39/24 40/8
**Jennifer Williams [1]** 27/19
**jeopardizes [1]** 20/4
**job [23]** 22/10 52/10 55/3 71/16 81/3 81/8 98/6 108/14 108/15 129/18 153/23 154/2 166/25 183/24 184/18 193/20 196/7 196/17 197/17 197/19 199/12 223/19 223/22
**jobs [2]** 20/21 108/20
**John [1]** 28/14
**joint [1]** 55/5
**joking [1]** 14/25
**Jose [1]** 40/6
**Joshua [1]** 39/11
**journalist [1]** 42/1
**judge [30]** 1/4 6/3 8/9 21/3 50/17 50/19 51/1 55/10 56/23 56/25 60/3 60/7 64/6 70/21 83/9 84/4 94/8 98/12 101/18 102/15 103/6 109/10 110/15 110/24 122/5 132/2 133/21 134/13 134/14 247/3
**Judge Dale Fisher [1]** 247/3
**Judge Fischer [1]** 21/3
**judges [10]** 8/11 9/19 20/16 23/2 34/14 85/7 176/11 195/2 195/3 195/4
**judgment [7]** 60/3 84/14 84/23 97/1 143/4 163/7 173/13
**judgments [2]** 99/3 100/2
**Judicial [1]** 249/8
**jumble [1]** 8/1
**jump [1]** 65/12
**jumps [1]** 191/25
**junior [2]** 153/2 153/6
**juries [2]** 87/9 177/10
**juror [228]** 16/22 17/2 20/3 20/10 26/6 35/6 35/8 38/25 40/9 40/13 40/25 41/7 41/14 41/23 42/4 42/13 43/8 43/24 44/15 45/3 45/12 46/2 47/1 47/8 47/15 48/25 49/8 50/15 51/14 53/20 54/11 54/13 54/18 54/22 55/16 56/4 56/8 57/11 59/4 59/18 60/20 61/15 62/10 62/21 63/18 63/24 66/11 66/21 67/5 70/24 72/16 72/17 74/18 74/19 74/24 74/25 75/15 76/9 77/15 78/1 78/2 78/19 79/4 80/2 80/3 81/1 82/5 82/19 82/23 84/5 84/16 85/11 86/3 86/16 86/17 87/25 88/1 88/14 88/25 89/1 89/13 89/14 90/4 90/13 91/16 92/6 92/7 93/8 94/10 94/11 95/2 96/16 96/17 98/21 98/25 100/5 100/23 101/17 102/11 102/14 103/11 104/13 107/16 112/20 112/23 113/3 113/4 113/6 113/9 113/10 113/12 113/16 113/17 113/20 113/23 113/24 114/6 114/13 114/14 114/15 114/16 114/17 114/18 114/19 114/20 114/21 115/2 115/3 115/5

**J**

juror... [99]  115/25 117/8 124/11 125/7
125/20 126/12 127/16 128/4 128/20
128/25 129/9 130/14 131/4 131/13
132/13 132/17 135/3 136/10 138/22
140/9 140/15 141/9 142/15 142/19
143/18 145/11 145/15 146/7 146/20
148/23 149/22 149/24 149/25 150/2
150/13 150/14 150/16 150/17 150/18
150/24 150/25 151/2 151/3 151/4 151/5
151/10 151/11 151/13 151/14 151/15
151/18 151/20 151/23 151/24 151/25
152/3 152/5 152/8 152/10 152/20
152/21 154/8 154/15 154/21 155/3
155/17 155/23 156/14 157/2 157/13
157/23 160/1 161/4 161/23 162/12
163/20 163/25 164/14 165/1 165/6
165/7 166/5 166/10 169/6 169/8 169/17
169/18 169/20 169/24 169/25 170/2
170/3 176/14 176/15 176/21 180/3
181/10 189/18 247/1

Juror No [2]  54/11 104/13

Juror No. 10 [9]  44/15 54/22 81/1 82/5
89/1 91/16 92/7 113/16 113/17

Juror No. 11 [2]  45/3 54/18

Juror No. 12 [1]  98/21

Juror No. 13 [9]  46/2 55/16 114/13
125/20 150/17 152/10 154/8 161/23
163/20

Juror No. 15 [25]  47/8 56/8 57/11 59/4
62/10 74/25 78/2 82/23 90/13 93/8
112/23 127/16 128/20 131/13 151/5
151/14 151/18 154/21 157/2 160/1
162/12 163/25 165/1 169/24 169/25

Juror No. 16 [10]  75/15 100/5 114/17
128/4 132/17 145/15 149/22 155/3
166/10 169/6

Juror No. 17 [11]  48/25 114/19 128/25
135/3 140/15 142/19 149/25 155/17
157/13 161/4 165/7

Juror No. 18 [6]  49/8 114/21 129/9
131/4 141/9 155/23

Juror No. 2 [7]  51/14 59/18 84/16 86/3
150/24 150/25 151/4

Juror No. 4 [3]  41/14 66/11 89/13

Juror No. 5 [17]  41/23 63/24 94/11
113/23 113/24 114/16 150/13 150/14
150/18 151/10 151/11 151/15 151/25
152/3 152/8 152/21 156/14

Juror No. 6 [4]  42/4 53/20 60/20
103/11

Juror No. 7 [4]  54/13 66/21 78/19
85/11

Juror No. 9 [12]  43/24 67/5 112/20
114/20 115/2 115/3 125/7 130/14
132/13 138/22 146/20 247/1

juror's [2]  16/9 108/6

jurors [112]  4/8 4/11 8/3 8/20 9/15
9/15 12/6 13/14 13/17 13/20 15/3
15/1 15/11 15/15 19/17 19/20 20/1
20/7 20/17 20/18 20/19 21/8 21/22
24/4 24/15 25/5 29/11 31/6 31/14
34/13 34/19 34/20 35/17 37/7 38/2
53/19 54/12 54/17 56/3 57/10 59/17
60/19 61/14 62/9 62/20 63/23 65/24
66/10 67/4 74/10 74/12 75/14 76/8
77/14 78/18 79/3 80/25 82/4 82/22

85/10 90/3 91/15 93/7 193/10 105/10
105/18 105/21 122/24 126/6 131/3
131/12 132/16 135/2 138/21 140/8
140/14 142/18 143/17 145/14 156/13
157/1 157/22 159/24 161/3 161/22
162/11 163/19 164/13 164/25 166/9
168/21 168/23 169/14 170/7 170/9
170/22 171/6 171/9 171/9 171/11
171/20 176/8 176/13 176/23 178/3
178/7 180/25 181/5 181/8 182/14 183/2
244/12

jurors' [8]  4/3 53/4 107/15 115/22
117/3 122/15 149/20 168/10

jury [152]  1/19 3/6 4/6 4/9 4/18 5/4
5/13 5/19 5/20 7/1 7/24 9/16 11/1
12/10 13/12 14/10 15/5 15/19 16/20
18/12 18/21 18/22 21/13 22/8 22/25
23/4 24/5 24/20 26/16 26/16 26/20
31/4 34/12 34/18 34/19 34/24
35/4 35/19 36/3 36/4 36/9 37/13 40/23
41/5 41/12 41/20 42/2 42/12 42/18
43/12 44/3 44/5 44/6 44/12 44/22 45/8
45/15 46/13 46/20 47/6 47/13 47/22
49/6 49/13 51/6 64/11 64/14 64/22
65/10 65/21 65/23 66/2 74/6 85/8 94/2
94/9 95/19 95/19 96/9 97/4 98/5 98/20
106/11 106/25 112/21 112/22 112/24
113/5 113/11 113/19 113/25 114/2
115/4 116/1 117/22 117/23 118/9 120/3
120/4 120/9 121/2 121/23 122/3 124/5
124/12 124/13 125/15 125/25 126/19
126/20 127/21 128/11 129/4 129/20
131/20 145/11 145/13 145/20 149/23
150/1 150/15 151/1 151/12 153/14
154/13 154/14 154/19 154/20 155/1
155/8 155/21 156/4 165/20 166/7 169/7
169/21 170/19 171/1 171/2 171/13
176/8 176/20 177/1 179/14 180/19
182/3 182/11 205/19 220/24 244/16
246/17

jury's [4]  182/15 182/21 244/13 246/24

just [168]  5/6 5/22 6/6 8/1 8/9 8/10
9/14 11/12 11/7 11/17 16/12 16/18
18/17 20/21 21/1 21/12 22/24 24/2
24/25 25/19 26/6 26/9 29/20 32/14
35/7 37/10 37/12 38/10 38/22 40/10
40/11 40/15 51/18 52/4 53/14 58/7
61/3 61/3 61/18 64/11 65/1 66/3 66/3
67/10 67/12 67/14 68/18 69/10 69/13
70/6 70/7 70/10 70/13 71/19 73/2
74/7 81/8 83/16 84/1 84/17 85/3 85/12
85/14 86/21 87/4 90/20 92/11 92/20
93/3 93/9 94/7 94/13 95/16 96/6 96/19
97/2 97/13 97/15 102/5 102/10 103/5
106/12 106/22 107/16 108/18 109/13
110/4 110/9 111/1 111/4 112/24 114/3
117/7 118/10 121/15 121/22 122/7
122/19 123/15 124/10 125/7 131/6
131/7 133/15 134/22 135/11 136/25
137/1 137/9 139/2 139/5 140/5 142/24
144/11 145/5 145/16 146/2 146/18
147/9 147/24 148/4 148/17 149/1
152/21 162/19 165/24 166/14 166/15
171/4 178/19 178/23 180/7 180/23
184/19 185/10 185/12 185/18 190/8
192/23 193/3 193/4 193/6 193/18
193/18 193/18 194/8 194/10 197/9
197/21 199/22 201/1 201/22 203/14

203/22 211/24 215/15 217/19 223/16
223/21 229/2 231/25 237/22 245/6
245/6 245/17 246/2 246/5 248/6

just took [1]  144/11

justice [9]  34/13 62/5 82/16 82/25 83/7
138/7 142/12 159/11 163/1

justification [1]  20/23

justify [1]  120/22

**K**

Kaela [2]  39/18 39/20

Kakie [1]  125/2

Karissa [1]  125/5

KAYE [1]  2/7

keep [14]  15/13 22/3 22/5 22/15 22/18
32/15 49/20 53/17 124/4 176/7 179/18
180/3 181/23 223/4

keeping [2]  32/18 91/7

KENDALL [6]  2/3 3/7 9/8 27/16 183/15
183/16

kept [5]  6/5 115/25 212/19 212/19
214/7

kicked [1]  153/24

kicks [1]  211/17

kid [2]  112/12 112/13

kids [6]  81/11 112/11 112/11 129/3
155/6 167/8

kill [6]  119/4 184/7 188/24 189/2 189/6
222/16

kind [56]  4/20 16/6 31/19 31/22 33/3
53/12 57/19 58/7 64/3 75/9 75/11 76/5
77/21 78/6 78/16 80/23 81/16 82/3
84/23 86/4 103/7 106/5 108/6 108/8
109/3 110/13 119/16 133/3 133/4
134/19 135/13 138/8 142/22 147/5
147/7 148/5 157/18 158/4 159/23
162/18 180/1 198/7 198/8 210/16 214/9
216/5 218/16 222/23 223/4 227/15
227/19 233/1 233/19 233/20 238/19
239/2

kinds [4]  20/17 79/8 146/18 173/15

Kirby [3]  227/8 227/17 227/18

kmbllaw.com [1]  2/11

knew [7]  71/18 185/2 198/21 213/3
215/12 216/9 216/10

knifepoint [1]  78/21

knock [4]  72/3 223/23 223/24 224/5

knock-and-talk [1]  224/5

knock-and-talks [1]  223/23

know [174]  6/16 6/17 8/16 9/19 12/6
13/11 16/7 18/14 20/16 20/20 21/11
21/16 21/21 22/7 22/11 24/10 26/11
26/11 26/12 27/5 28/9 28/20 28/20
29/22 37/1 37/16 42/24 43/1 43/2 43/4
43/4 43/19 53/8 54/15 58/5 61/19
62/13 64/14 64/15 64/16 64/17 65/6
65/9 65/22 66/3 66/4 66/5 73/16 74/21
75/5 78/4 80/8 84/22 84/24 84/25 85/2
85/4 86/2 86/6 87/9 92/17 94/16 95/15
96/9 96/21 96/22 97/8 97/14 97/20
97/24 98/2 98/4 98/10 98/12 100/17
101/23 102/17 102/21 103/13 103/20
106/15 106/22 109/12 111/23 112/1
113/17 114/4 117/19 117/19 118/6
120/13 122/7 124/10 130/13 130/18
130/19 130/23 131/5 131/19 131/21
133/11 134/9 135/5 135/7 135/19 136/5
136/7 136/8 139/5 139/7 139/14 139/18

# K

**know...** [62]  140/24 141/4 141/6
141/13 144/12 145/12 145/22 145/23
146/2 146/4 146/16 147/6 147/8 148/7
148/10 148/11 148/13 148/14 148/18
156/23 164/18 166/4 166/6 166/16
166/19 168/6 170/18 180/9 180/16
180/22 180/24 186/8 189/23 192/7
193/23 194/25 197/12 201/3 210/4
210/11 211/11 212/23 213/6 216/16
217/15 217/15 217/16 217/18 219/4
219/14 222/21 222/23 222/25 223/1
223/18 226/6 227/25 229/5 235/5
236/22 242/13 245/16

**knowing** [6]  19/11 19/13 63/16 96/23
117/21 118/22

**knowledge** [1]  161/9

**knowledgeable** [1]  133/12

**knows** [2]  109/2 178/22

# L

**L.A** [3]  50/17 55/22 223/1

**labor** [2]  56/6 156/17

**LACCD** [1]  45/21

**laced** [1]  72/21

**lack** [3]  33/15 87/2 88/15

**lacking** [1]  91/7

**ladies** [10]  13/22 14/6 73/24 115/7
168/19 170/17 171/7 184/11 189/7
244/7

**Lakewood** [1]  45/13

**land** [3]  198/10 198/12 198/25

**landfill** [1]  199/25

**Lane** [2]  30/9 185/18

**language** [7]  7/4 29/2 29/4 29/7 29/20
118/20 120/6

**LAPD** [2]  56/1 130/20

**laptop** [1]  248/6

**large** [8]  103/17 183/22 184/2 184/25
185/13 199/14 201/1 201/2

**Larry** [1]  31/23

**last** [16]  5/6 5/16 10/5 18/8 18/9 25/1
25/10 26/2 38/22 55/1 56/9 90/25
116/5 144/8 185/10 211/23

**later** [12]  11/21 23/14 36/19 68/6
117/20 153/23 157/12 176/18 187/13
188/25 194/19 227/8

**LATKA** [74]  1/9 4/21 4/23 5/1 5/1 5/2
12/20 12/21 12/25 13/8 14/11 27/23
32/8 32/23 33/2 116/11 116/17 121/18
122/11 183/19 189/21 190/1 190/11
190/13 190/14 191/5 191/13 191/18
192/22 193/13 194/5 194/14 194/16
194/19 195/6 207/24 225/17 226/8
226/17 231/14 232/9 233/7 233/14
234/10 234/24 234/25 235/5 235/8
235/10 235/18 235/19 235/20 235/21
235/23 236/3 236/7 236/13 236/14
236/21 236/25 237/4 237/7 237/11
238/1 239/6 241/4 241/12 242/3

**Latka's** [2]  235/3 235/20

**laughing** [1]  121/21

**Laughter** [4]  6/14 130/1 151/22 167/16

**law** [145]  2/8 6/1 6/2 12/20 15/11
17/11 17/16 18/19 18/20 29/17 30/15
31/5 31/9 31/11 31/12 31/24 32/1

32/12 32/13 33/25 42/25 43/16 49/25
50/7 50/1 50/2 50/9 51/9 51/17 52/25
54/15 55/3 55/17 55/20 55/22 55/25
56/22 57/4 57/13 57/21 58/1 58/10
58/10 58/12 58/18 59/2 59/9 59/15
59/23 61/1 61/9 62/17 64/4 64/16
69/11 71/1 72/2 72/21 73/17 73/22
76/4 76/6 77/1 79/19 83/2 98/3 100/7
100/14 100/20 100/21 102/20 104/3
104/14 104/15 104/25 105/6 105/7
105/19 107/9 109/9 110/3 110/10 111/2
111/5 111/17 118/5 118/10 118/25
130/8 130/9 130/10 130/11 132/1 132/4
132/10 132/12 132/24 134/3 134/16
136/12 137/20 138/13 138/15 138/18
146/10 148/3 153/9 156/8 156/10
156/10 156/11 156/21 158/13 158/15
158/19 158/20 159/1 159/16 159/19
159/22 166/15 171/24 172/4 172/5
173/24 174/9 174/10 174/11 174/13
180/13 182/1 185/6 185/22 187/1 196/8
196/20 197/8 198/8 199/1 205/1 205/1
205/3 219/19 223/5 242/22

**law's** [1]  37/25

**law-abiding** [1]  72/21

**lawn** [1]  192/4

**laws** [15]  15/10 61/5 82/17 142/13
163/2

**lawsuit** [4]  76/6 76/10 138/17 159/22

**lawsuits** [1]  19/1

**lawyer** [7]  42/17 54/14 73/2 108/12
130/9 156/9 157/4

**lawyers** [10]  15/22 19/1 20/20 38/1
49/25 50/11 121/9 156/17 156/18 183/5

**layer** [1]  223/16

**laying** [1]  121/10

**layperson** [1]  99/13

**lead** [1]  97/21

**leaders** [1]  62/12

**leads** [1]  111/17

**Leafling** [1]  126/14

**lean** [5]  83/23 102/1 102/6 105/20
132/21

**learn** [1]  190/2

**learned** [3]  7/3 20/11 92/20

**lease** [1]  47/11

**leash** [1]  198/7

**least** [4]  17/17 23/22 121/4 184/20

**leave** [23]  14/24 22/2 39/2 112/24
113/18 171/4 176/24 176/24 187/17
190/14 190/15 190/15 213/10 213/13
214/16 215/19 217/20 223/8 241/17
247/22 247/25 248/1 248/5

**leaves** [3]  33/9 179/6 179/7

**leaving** [3]  5/25 192/9 228/7

**led** [1]  185/18

**left** [16]  79/17 97/2 123/13 192/21
199/24 205/24 206/19 206/20 207/9
218/15 218/17 219/9 231/11 231/18
240/3 240/4

**left-hand** [2]  123/13 207/9

**legally** [1]  178/23

**legitimate** [1]  119/12

**length** [1]  23/5

**less** [3]  110/11 132/7 158/16

**lesser** [2]  239/12 239/13

**lesson** [1]  92/20

**let** [23]  12/5 13/11 17/5 21/11 21/20

26/4 10/20 28/20 29/22 38/16 49/21
66/5 67/12 112/8 114/10 118/14 130/13
148/18 180/12 180/24 216/11 216/12
233/2

**let's** [21]  49/23 55/16 55/19 68/9 69/21
74/14 106/1 124/1 124/17 125/20 130/3
131/25 138/11 149/8 152/19 152/20
156/6 158/16 169/10 220/16 233/5

**lethal** [2]  186/21 207/3

**letter** [4]  67/8 67/16 67/23 68/6

**letters** [1]  55/11

**letting** [1]  6/13

**level** [5]  35/21 58/18 198/7 207/3
223/21

**liaison** [2]  55/7 156/16

**liberal** [1]  46/5

**liberty** [1]  85/5

**license** [3]  192/10 198/1 198/2

**lie** [4]  109/12 109/16 111/24 173/4

**lied** [1]  109/13

**life** [8]  85/5 93/18 97/2 98/16 109/24
144/20 165/14 219/16

**lifeguard** [2]  160/8 162/14

**light** [1]  7/6

**lights** [3]  223/11 223/11 223/13

**like** [113]  5/24 6/17 9/16 10/1 10/10
11/8 23/11 26/7 26/13 48/17 50/9 61/2
62/6 65/11 65/22 68/22 69/9 70/7
71/14 72/5 72/9 72/11 72/20 73/14
73/16 84/17 84/18 86/22 92/8 94/24
95/4 97/9 97/16 97/20 98/13 98/15
98/19 99/6 99/13 99/20 100/10 102/13
102/22 102/24 113/3 113/9 113/16
113/22 119/23 122/12 122/19 127/6
128/17 139/14 139/17 139/19 140/1
141/4 141/17 147/19 147/24 148/7
149/1 150/12 150/23 151/18 156/18
158/4 161/12 166/11 177/19 180/10
181/21 189/13 190/25 191/11 191/11
193/10 199/20 199/20 200/23 201/11
201/12 203/25 210/6 211/17 212/12
213/9 213/12 215/15 217/10 217/25
219/15 222/20 223/1 224/3 228/8 228/9
231/25 232/1 232/3 233/20 235/12
238/11 239/3 240/8 241/18 241/20
241/21 243/6 243/10 247/2 248/6

**likelihood** [2]  223/1 223/2

**likely** [12]  8/2 57/5 57/13 110/11 111/4
112/15 132/5 132/8 132/25 134/17
158/16 158/16

**likes** [1]  172/7

**Lillian** [1]  152/18

**limited** [4]  19/19 61/17 176/1 176/3

**line** [3]  229/1 229/10 229/12

**lined** [1]  246/10

**lines** [1]  156/16

**LinkedIn** [1]  18/6

**Lisa** [1]  39/13

**list** [10]  6/15 6/16 6/23 10/23 36/21
40/13 49/17 123/14 130/3 156/6

**listed** [1]  35/18

**listen** [11]  15/12 17/21 60/6 65/16
65/22 99/2 102/14 106/21 148/18
193/12 247/8

**listener** [1]  216/21

**listening** [5]  22/5 66/2 107/17 176/10
193/23

**lists** [2]  171/4 244/16

**L**

**LITT [1]** 2/7
**littering [4]** 73/3 108/19 198/6 211/10
**little [30]** 35/13 36/24 59/4 63/17 65/4 72/24 84/12 108/1 108/2 108/8 108/10 111/8 117/22 122/8 126/22 131/7 135/14 178/4 185/10 192/23 193/25 196/21 200/24 220/18 221/10 231/17 231/20 233/13 237/6 245/15
**live [27]** 25/11 42/15 42/17 46/3 47/2 47/11 49/3 49/9 125/21 126/13 127/17 127/20 128/5 129/10 153/1 154/9 154/22 155/4 155/18 155/24 189/24 209/16 219/14 222/20 222/22 222/25 223/17
**lived [4]** 185/25 209/8 219/18 225/20
**lives [8]** 8/11 57/3 62/12 75/2 81/7 96/23 109/22 222/21
**living [8]** 36/1 44/19 46/12 125/24 153/6 161/12 166/21 209/10
**LMPT [1]** 198/25
**Local [1]** 153/3
**Locally [1]** 157/5
**locate [1]** 220/14
**located [2]** 200/2 203/15
**locations [2]** 30/7 30/10
**logic [2]** 73/15 247/5
**logical [2]** 84/25 85/2
**Lomita [1]** 47/17
**long [18]** 42/6 42/23 48/12 49/9 52/14 53/6 54/5 64/21 66/15 91/18 99/11 99/11 106/17 160/13 161/24 196/17 199/3 233/17
**Long Beach [4]** 42/6 49/9 52/14 54/5
**longer [9]** 16/5 40/13 49/16 53/23 130/3 156/6 164/3 188/2 246/6
**look [23]** 7/10 7/14 8/23 10/17 11/11 11/14 17/17 17/25 18/13 19/9 84/3 87/16 96/6 130/6 136/12 156/6 201/22 217/25 227/19 233/5 234/3 243/6 243/10
**looked [8]** 8/24 72/6 117/22 141/4 187/18 201/11 227/21 233/24
**looking [15]** 4/18 39/7 86/3 120/4 129/18 190/4 200/23 201/7 204/3 204/4 204/23 212/25 212/25 234/20 243/1
**looks [3]** 109/12 122/12 190/25
**loosely [1]** 6/5
**Los [13]** 1/15 1/23 2/6 4/1 42/15 43/10 43/25 49/11 53/22 117/1 129/1 154/17 160/8
**Los Alamitos [1]** 49/11
**Los Angeles [6]** 42/15 43/10 43/25 53/22 129/1 160/8
**lost [1]** 214/20
**lot [12]** 57/17 58/1 58/9 79/16 88/4 110/23 131/14 141/2 157/16 167/13 177/22 201/11
**lots [2]** 197/13 198/7
**loud [8]** 4/15 38/9 190/17 190/18 210/20 211/7 211/16 228/18
**louder [1]** 210/9
**loudly [1]** 84/18
**Louie's [4]** 192/23 193/25 231/17 231/20
**lower [2]** 58/18 198/7
**lower-level [1]** 58/18

**Luis [1]** 46/4
**Luisa [3]** 28/11 185/2 185/17
**Luisa Alvarez [2]** 28/11 185/2
**Luisa Alvarez's [1]** 185/17
**lunch [8]** 23/9 23/16 115/7 115/20 116/11 121/18 122/5 122/7
**luncheon [1]** 116/18
**lying [3]** 134/5 247/6 247/8

**M**

**ma'am [3]** 25/18 152/25 247/19
**made [26]** 26/1 71/21 92/18 105/3 108/10 119/14 139/11 148/14 154/13 189/4 196/24 197/16 208/6 208/21 212/11 218/1 218/5 218/5 218/7 218/8 218/8 219/7 220/8 221/2 221/6 221/10
**Madre [1]** 47/2
**magistrate [1]** 23/1
**mail [20]** 12/10 12/11 18/5 67/8 184/1 185/16 201/13 202/19 202/20 202/21 202/25 203/2 203/4 209/18 226/24 227/3 227/5 227/7 227/8 227/18
**main [5]** 62/3 138/6 159/10 218/13 221/13
**maintaining [1]** 61/5
**make [66]** 10/22 12/10 21/7 30/3 35/3 37/5 52/10 52/15 52/24 52/25 64/15 65/1 74/6 82/18 83/7 84/25 92/20 93/19 97/18 109/25 111/10 115/14 117/7 118/22 134/11 142/14 144/20 148/5 148/12 163/3 165/14 171/1 171/3 174/4 177/6 181/14 182/2 183/5 183/7 186/9 189/14 193/7 203/12 207/15 210/21 210/25 211/8 214/8 217/7 218/15 218/16 218/19 219/9 220/3 223/9 229/1 229/2 233/23 237/2 242/14 242/15 242/16 244/24 245/19 245/24 247/17
**makes [6]** 8/11 56/17 61/8 72/11 173/24 175/16
**making [11]** 61/19 83/20 86/6 92/21 112/13 119/16 184/12 198/4 198/5 218/3 221/6
**male [3]** 207/13 215/25 221/2
**malpractice [2]** 103/16 103/24
**man [20]** 19/5 80/13 185/16 189/21 190/5 190/10 190/20 190/21 190/23 191/3 191/13 191/14 192/12 193/1 193/4 193/5 194/25 197/16 207/16 233/14
**man-made [1]** 197/16
**manage [1]** 129/2
**management [3]** 57/20 88/6 199/1
**manager [1]** 45/6
**many [9]** 9/7 83/23 90/7 97/1 104/1 167/8 170/22 224/12 245/25
**map [2]** 220/4 230/8
**maps [1]** 61/19
**March [1]** 196/18
**marijuana [1]** 75/21
**MARILYN [2]** 2/7 27/24
**Marilyn Bednarski [1]** 27/24
**marines [3]** 75/17 75/18 75/19
**Marino [1]** 46/13
**marital [5]** 35/22 41/4 43/11 44/2 46/11
**mark [9]** 203/22 208/23 208/25 220/22 228/10 228/21 228/22 229/1 229/2

**marked [6]** 11/3 185/21 186/25 204/8 228/9 228/19
**marketing [3]** 42/10 42/10 49/13
**marking [1]** 121/9
**markings [2]** 204/22 205/21
**marks [2]** 205/2 220/20
**married [19]** 35/23 41/11 41/19 42/9 44/20 45/6 47/19 49/11 125/24 127/19 127/24 128/9 129/3 129/19 153/5 153/8 154/24 155/6 156/2
**marshal [4]** 53/22 54/1 54/3 54/4
**Martin [2]** 28/13 188/12
**Martin True [2]** 28/13 188/12
**Massachusetts [1]** 77/17
**Master's [4]** 40/20 49/10 91/4 126/14
**materials [2]** 201/11 248/2
**math [2]** 40/22 112/8
**matter [15]** 4/25 20/5 62/12 75/2 77/16 109/11 172/10 178/23 179/21 195/17 222/11 224/7 226/13 226/19 249/7
**matters [2]** 23/18 179/15
**may [63]** 13/24 14/24 17/2 17/13 17/18 21/14 22/4 22/23 23/17 23/23 24/12 28/7 28/8 29/2 31/8 33/2 33/13 36/17 36/23 37/18 74/13 101/12 102/6 107/7 109/5 111/13 114/7 115/24 124/8 171/2 172/8 172/14 172/16 172/18 174/4 174/23 175/3 175/6 175/10 175/17 175/21 176/3 176/6 177/2 178/13 178/13 180/9 180/14 181/14 181/17 181/18 196/2 201/22 205/16 213/7 216/18 217/12 224/7 228/16 244/14 245/9 245/9 249/11
**maybe [25]** 39/7 61/9 66/16 69/9 71/5 98/17 99/7 103/3 103/4 103/19 107/17 107/23 109/1 109/1 109/21 120/16 133/7 134/18 139/11 139/12 146/18 178/3 201/12 213/11 246/8
**mbednarski [1]** 2/11
**McLANE [1]** 2/7
**me [170]** 4/20 4/25 5/9 6/12 8/7 9/23 10/14 17/16 18/16 19/4 21/17 21/20 22/16 23/6 23/20 24/1 25/12 35/15 38/1 38/16 39/6 44/11 45/17 46/12 46/19 52/13 55/11 63/15 65/4 66/1 66/5 67/13 68/16 68/17 71/19 71/23 72/11 72/25 72/25 73/20 77/1 77/18 79/12 82/8 86/21 90/25 92/17 92/18 93/1 94/25 95/14 96/7 96/12 96/25 97/11 97/12 97/18 97/21 98/16 99/10 100/8 101/8 103/4 104/17 108/7 108/10 108/24 109/12 109/13 109/16 111/17 112/6 114/10 118/14 119/2 119/5 119/5 119/10 122/1 125/19 126/22 127/20 129/4 129/11 134/2 136/3 138/24 140/18 140/19 141/3 141/5 141/19 142/21 148/18 155/10 157/10 162/21 166/22 177/2 177/4 180/6 180/24 199/14 199/16 199/23 200/24 204/24 204/25 209/23 210/10 210/12 210/16 212/12 212/12 212/13 212/13 212/16 212/16 212/22 213/11 214/9 214/10 214/13 216/2 216/3 216/3 216/11 216/11 216/12 216/14 216/25 217/12 217/13 217/25 218/6 218/9 218/11 218/14 219/8 221/4 221/12 222/8 222/15 222/15 222/16 224/2 224/4 226/21 228/1 232/12 232/19 233/2 234/25

**M**

**me... [18]** 235/7 235/19 236/11 236/13 236/14 236/18 237/3 237/4 241/24 241/25 242/2 242/3 242/8 242/9 243/23 244/23 246/2 247/16

**mean [37]** 9/6 10/17 14/21 14/22 15/7 24/7 52/6 59/25 69/16 73/14 81/8 81/17 83/18 85/7 89/23 100/7 100/16 101/3 101/8 101/19 103/8 110/6 134/5 135/14 136/16 137/9 139/9 140/20 140/23 146/16 152/24 177/5 200/13 210/18 222/20 237/21 248/6

**meaning [3]** 18/14 200/4 232/3

**means [12]** 15/25 17/13 20/5 20/6 35/7 38/13 52/13 106/10 175/6 175/22 181/4 181/7

**meant [2]** 9/12 216/24

**measuring [3]** 56/21 132/1 158/12

**media [5]** 16/25 18/24 19/2 19/3 19/10

**medication [1]** 165/3

**medications [1]** 146/18

**medicine [2]** 90/17 90/22

**medicolegal [2]** 88/9 88/18

**meds [1]** 89/8

**meet [2]** 71/20 88/21

**meetings [1]** 146/17

**meets [5]** 194/6 230/11 230/14 230/17 231/25

**megaphone [1]** 75/8

**member [5]** 62/2 62/13 138/5 142/2 159/9

**members [1]** 156/17

**memory [2]** 176/12 176/13

**men [7]** 187/13 189/20 229/3 230/6 231/22 232/1 232/5

**mental [17]** 37/5 89/5 91/6 91/13 91/19 92/1 92/1 92/9 93/20 143/25 144/3 144/4 144/21 164/8 164/11 164/11 165/15

**mention [2]** 7/23 145/16

**mentioned [12]** 28/4 36/21 87/2 91/17 100/5 102/11 104/22 106/6 107/19 108/4 145/17 188/11

**mentioning [2]** 72/19 145/18

**message [2]** 18/5 18/8

**messenger [1]** 10/6

**met [3]** 92/12 188/13 233/7

**metaphor [1]** 111/15

**methamphetamines [1]** 161/8

**Michelle [1]** 6/3

**Michelle Roberts [1]** 6/3

**microphone [8]** 40/10 42/14 46/6 55/19 68/9 125/10 152/23 153/25

**middle [2]** 72/2 76/12

**might [40]** 19/2 19/2 29/13 34/25 37/17 39/8 60/5 90/19 90/20 94/6 94/7 94/18 99/21 103/4 119/1 119/5 119/6 130/12 145/4 147/25 147/25 148/3 165/23 174/2 175/7 176/1 176/16 176/18 178/14 178/20 178/21 181/21 186/16 188/6 198/7 213/1 243/9 243/10 245/23 246/11

**Miguel [1]** 39/22

**military [1]** 75/20

**million [1]** 103/25

**mind [7]** 15/13 32/15 32/18 65/5 179/18 181/23 224/13

**mine [3]** 19/4 122/6 122/9

**minor [4]** 211/10 219/16 226/13 226/19

**minute [11]** 12/3 23/10 73/12 73/25 114/7 151/6 182/5 194/13 203/8 227/2 233/2

**minutes [13]** 76/23 98/19 101/18 121/23 122/12 171/10 182/9 182/19 185/19 188/25 194/10 194/11 246/8

**mirror [1]** 187/19

**misdemeanor [3]** 69/4 71/5 73/3

**miss [8]** 14/18 59/20 130/5 131/22 141/23 144/6 157/21 161/21

**missed [1]** 131/11

**missing [1]** 122/23

**missionary [1]** 188/13

**mistake [1]** 207/8

**mistaken [1]** 51/3

**mistreated [1]** 73/6

**mistrial [2]** 20/4 20/5

**mistrust [3]** 73/17 104/14 135/4

**moat [1]** 53/12

**mobile [1]** 14/20

**model [2]** 7/7 243/21

**modern [1]** 90/22

**molestation [1]** 92/16

**moment [7]** 23/4 73/9 81/6 96/6 106/10 122/10 150/5

**moments [2]** 72/5 73/16

**Monday [4]** 23/17 23/18 23/23 23/24

**Mondays [1]** 23/20

**money [1]** 141/19

**monitored [1]** 95/13

**month [3]** 68/6 100/17 146/2

**months [1]** 144/14

**Moore [1]** 154/23

**Moorpark [1]** 45/4

**Morales [25]** 28/13 185/17 186/2 186/7 189/25 189/25 190/9 202/23 202/23 209/17 209/18 209/20 209/22 209/25 210/3 210/8 210/12 210/13 210/14 211/12 225/23 225/24 225/25 226/18 226/19

**Morales's [2]** 203/4 226/9

**more [65]** 8/2 8/12 8/15 9/12 19/16 20/17 20/17 20/20 36/19 57/5 57/13 57/23 58/1 58/1 58/9 61/8 61/9 61/21 67/21 68/4 70/18 78/9 86/20 88/19 90/25 91/5 91/5 97/21 97/22 98/16 107/7 107/24 108/2 110/13 112/15 120/2 126/22 132/5 132/25 133/12 133/24 134/17 145/17 148/23 158/16 167/13 170/22 171/15 173/20 174/3 177/11 178/2 187/9 188/7 197/7 200/25 202/3 202/13 202/16 209/21 210/4 210/8 233/13 236/11 246/19

**morning [17]** 7/5 10/4 13/16 23/7 23/15 27/15 101/25 121/5 189/22 190/18 191/10 199/10 199/11 201/5 234/11 234/11 234/13

**most [15]** 22/9 23/3 72/7 83/1 84/25 89/22 92/10 119/24 160/14 166/20 167/6 213/3 213/5 214/8 230/22

**Mostly [1]** 45/20

**motel [1]** 25/14

**mother [2]** 51/10 91/19

**motion [8]** 154/11 211/21 212/11 213/21 223/11 240/7 240/8 241/2

**motion-sensor [1]** 223/11

**move [3]** 14/16 49/22 130/4

**moved [1]** 224/9

**moving [3]** 129/16 129/17 238/22

**MR [4]** 3/7 183/16 191/4 191/18

**Mr. [91]** 4/21 4/23 5/1 5/2 5/3 9/8 13/8 27/23 27/25 28/4 31/2 32/8 32/23 33/2 116/11 116/17 121/18 122/11 183/15 186/7 188/11 188/12 188/15 188/17 188/17 188/19 188/19 188/21 188/23 189/1 189/5 189/21 190/1 190/10 190/11 190/13 190/14 191/5 191/6 191/13 192/22 193/13 194/5 194/14 194/16 194/19 195/6 202/23 203/4 207/24 209/17 209/18 209/20 209/22 209/25 210/3 210/8 210/12 210/13 210/14 211/12 225/17 225/24 225/25 226/8 226/9 226/17 231/14 232/9 233/7 233/14 234/10 234/24 234/25 235/5 235/10 235/18 235/19 235/20 235/21 235/23 236/3 236/21 237/7 237/11 238/1 239/6 241/4 241/12

**Mr. And [1]** 202/23

**Mr. Ellsworth [3]** 5/3 190/10 191/6

**Mr. Kendall [2]** 9/8 183/15

**Mr. Latka [55]** 4/21 4/23 5/1 5/2 13/8 27/23 27/25 28/4 31/2 32/8 32/23 33/2 116/11 116/17 121/18 122/11 189/21 190/1 190/11 190/13 190/14 191/5 191/13 192/22 193/13 194/5 194/14 194/16 194/19 195/6 207/24 225/17 226/8 226/17 231/14 232/9 233/7 233/14 234/10 234/24 234/25 235/5 235/10 235/18 235/19 235/20 235/21 235/23 236/3 236/21 237/7 237/11 238/1 241/4 241/12

**Mr. Latka who [1]** 239/6

**Mr. Latka's [2]** 235/3 235/20

**Mr. Morales [14]** 186/7 209/17 209/18 209/20 209/22 209/25 210/3 210/8 210/12 210/13 210/14 211/12 225/24 225/25

**Mr. Morales's [2]** 203/4 226/9

**Mr. Tercero [7]** 188/11 188/17 188/19 188/21 188/23 189/1 189/5

**Mr. True [4]** 188/12 188/15 188/17 188/19

**Mrs. [1]** 202/23

**Mrs. Morales [1]** 202/23

**MS [4]** 3/8 170/6 189/16 244/1

**Ms. [48]** 4/10 5/9 7/3 8/16 8/23 11/15 13/20 17/9 20/13 22/4 24/10 36/22 38/7 38/14 38/18 38/21 38/23 39/9 49/17 52/10 53/7 74/3 101/22 107/21 114/8 114/10 114/24 115/25 116/12 124/15 152/6 168/21 177/12 178/10 178/11 180/8 180/24 182/10 189/8 189/10 202/7 211/24 244/17 246/5 246/14 246/15 247/11 247/17

**Ms. Alvarez [2]** 7/3 189/8

**Ms. Bednarski [11]** 5/9 8/23 11/15 101/22 107/21 114/10 114/24 115/25 116/12 246/5 246/14

**Ms. Cuneo [5]** 22/4 38/7 38/14 38/23 177/12

**Ms. Palmer [3]** 189/10 202/7 211/24

**Ms. Plato [21]** 4/10 13/20 17/9 20/13

# M

**Ms. Plato... [17]** 24/10 36/22 38/18 38/21 39/9 49/17 52/10 74/3 124/15 152/6 168/21 178/10 178/11 180/8 180/24 182/10 247/17
**Ms. Plato's [2]** 53/7 244/17
**Ms. Sanchez [1]** 247/11
**Ms. Weisberg [3]** 8/16 114/8 246/15
**much [35]** 9/21 16/5 35/12 37/10 51/21 57/1 70/18 78/6 83/25 88/16 88/19 110/11 111/13 113/4 113/10 113/25 115/3 120/2 120/7 131/16 136/15 139/3 147/23 149/23 150/14 150/25 151/11 169/7 169/25 170/16 170/18 174/1 186/9 236/17 246/6
**mulling [1]** 96/19
**multi [1]** 103/25
**multi-million-dollar [1]** 103/25
**multiple [4]** 40/18 79/7 79/11 222/17
**multitude [2]** 71/10 81/12
**murder [3]** 12/22 30/17 184/15
**must [29]** 17/10 19/19 20/13 29/7 29/15 35/1 36/9 36/18 101/2 134/4 134/6 171/24 172/2 172/6 174/6 174/9 174/13 174/15 175/6 175/23 179/10 179/11 179/15 179/18 179/20 181/1 181/3 181/7 181/9
**my [290]**
**myself [6]** 25/25 72/20 96/19 98/15 157/10 238/13
**MySpace [1]** 18/6

# N

**name [20]** 19/6 24/25 25/1 25/10 26/2 27/7 38/21 38/22 51/17 123/19 178/11 190/10 190/20 192/6 192/10 194/9 195/21 195/25 239/4 247/18
**named [2]** 185/16 234/14
**names [9]** 5/6 6/18 28/7 28/10 28/15 38/24 39/8 115/18 116/5
**narrow [1]** 58/6
**Nathan [2]** 25/11 125/3
**national [9]** 30/8 183/23 185/1 185/12 199/7 199/7 200/1 200/15 203/5
**Native [1]** 140/22
**natural [3]** 197/15 197/21 197/24
**natural-occurring [1]** 197/15
**nature [4]** 32/8 55/3 61/6 190/7
**necessarily [7]** 61/11 84/15 119/18 134/5 136/16 177/4 181/19
**necessary [8]** 22/13 22/16 119/11 174/2 174/4 174/8 177/25 207/1
**need [37]** 8/20 9/7 15/3 15/6 19/7 20/20 21/6 23/13 23/20 37/22 50/1 65/1 65/15 76/2 89/5 97/21 97/22 116/7 118/16 120/10 121/9 121/14 141/5 141/14 149/13 170/22 179/3 179/3 179/5 180/6 198/12 210/13 211/9 244/16 244/20 246/20 247/22
**needed [12]** 54/6 71/22 106/25 167/18 187/8 209/19 210/3 211/2 211/3 218/15 219/8 232/12
**needs [8]** 11/1 92/12 97/17 120/16 120/17 182/16 192/10 192/10
**negative [17]** 60/15 60/17 61/9 66/24 71/3 72/1 91/25 100/6 117/10 137/23 137/25 144/3 147/1 147/4 159/3 159/5

**negatives [1]** 110/25
**negligent [1]** 62/25
**negotiations [1]** 156/19
**neighbor [2]** 53/25 55/11
**neighborhood [6]** 189/1 191/10 219/14 220/7 222/20 223/18
**neighbors [4]** 16/25 191/20 231/23 242/5
**Neither [1]** 183/6
**nephew [1]** 140/11
**nerve [1]** 108/7
**nervous [2]** 152/25 217/16
**networking [1]** 128/7
**neuroscience [2]** 125/14 125/17
**neutral [2]** 92/10 110/8
**never [23]** 6/4 22/24 33/1 38/2 70/11 71/1 71/13 102/17 116/4 145/1 154/13 170/21 175/24 186/24 214/7 217/10 223/8 226/22 226/24 242/1 242/2 242/3 247/14
**new [8]** 4/19 6/1 37/25 90/17 115/2 117/25 129/15 152/20
**New York [1]** 37/25
**Newbury [1]** 128/6
**news [3]** 17/20 20/11 23/13
**newspaper [1]** 18/25
**next [25]** 49/22 76/17 76/24 80/20 87/16 97/1 105/4 131/24 138/11 142/4 142/10 143/7 152/14 158/11 159/15 170/4 181/12 183/18 184/9 188/3 194/20 203/2 214/22 219/2 221/16
**night [7]** 10/6 71/15 73/1 73/8 177/15 201/4 201/5
**nine [1]** 153/25
**Ninth [1]** 7/7
**Nissan [1]** 216/25
**no [275]**
**No. [183]** 9/12 40/9 40/14 41/14 41/23 42/4 43/8 43/24 44/15 45/3 46/2 47/1 47/8 48/25 49/8 50/15 51/14 53/18 53/20 54/13 54/18 54/22 55/16 56/4 56/8 57/11 59/4 59/18 60/20 62/10 62/21 63/24 64/3 65/7 66/9 66/11 66/21 67/5 72/17 74/19 74/25 75/15 77/15 78/2 78/14 78/19 80/3 81/1 82/5 82/23 84/16 85/11 86/3 86/17 89/1 89/13 90/4 90/13 91/16 92/7 93/8 94/11 94/13 95/2 98/21 100/5 100/23 102/11 103/11 105/12 105/18 107/1 107/3 107/8 107/14 107/16 112/20 112/23 113/3 113/4 113/9 113/10 113/16 113/17 113/23 113/24 114/13 114/14 114/15 114/15 114/16 114/17 114/17 114/18 114/19 114/20 114/21 114/21 114/22 115/2 115/3 124/18 124/21 125/7 125/20 126/12 127/16 128/4 128/20 128/25 129/9 130/14 131/4 131/13 132/13 132/17 135/3 138/22 140/9 140/15 141/9 141/10 142/19 143/18 144/13 145/15 146/7 146/20 148/23 149/17 149/22 149/25 150/13 150/14 150/17 150/17 150/18 150/24 150/25 151/3 151/4 151/4 151/5 151/10 151/11 151/14 151/15 151/15 151/18 151/25 151/25 152/3 152/8 152/10 152/13 152/18 152/21 154/8 154/15 154/21 155/3 155/17 155/23

**No. 1 [14]** 40/9 40/14 50/15 53/18 62/21 72/17 102/11 107/1 107/3 107/14 107/16 113/3 113/4 114/14
**No. 10 [4]** 78/14 114/21 114/22 141/10
**No. 13 [1]** 124/21
**No. 14 [22]** 47/1 56/4 65/7 74/19 77/15 80/3 86/17 90/4 94/13 100/23 114/15 126/12 140/9 143/18 146/7 148/23 151/3 152/13 154/15 157/23 169/17 169/18
**No. 15 [1]** 105/18
**No. 16 [2]** 144/13 149/17
**No. 18 [1]** 152/18
**No. 2 [1]** 151/4
**No. 3 [2]** 64/3 164/14
**No. 4 [1]** 9/12
**No. 5 [6]** 105/12 107/8 114/15 150/17 151/15 151/25
**No. 6 [1]** 95/2
**No. 8 [6]** 43/8 66/9 113/9 113/10 114/17 114/18
**No. 9 [1]** 124/18
**nobody [5]** 72/4 108/17 110/6 178/22 180/4
**nod [1]** 38/10
**noise [1]** 75/7
**non [4]** 4/8 112/16 133/17 186/21
**non-jurors [1]** 4/8
**non-lethal [1]** 186/21
**non-police [2]** 112/16 133/17
**none [5]** 61/1 103/18 172/19 180/15 227/18
**Nonresponsive [1]** 211/21
**Nope [1]** 152/12
**norm [1]** 119/24
**normally [1]** 203/25
**north [1]** 231/9
**north-south [1]** 231/9
**Northridge [1]** 41/4
**Norwalk [1]** 126/13
**not [256]**
**note [6]** 37/5 102/18 180/7 180/23 247/1 247/13
**notebooks [2]** 176/5 176/24
**notes [9]** 176/6 176/7 176/12 176/21 176/23 177/2 177/3 177/14 177/18
**notetaking [1]** 176/9
**nothing [10]** 4/16 7/20 17/3 35/9 61/21 64/19 72/9 177/16 195/18 246/20
**noticed [6]** 6/1 212/7 212/8 221/3 221/5 221/7
**notified [1]** 203/10
**November [2]** 24/2 129/17
**November 4 [1]** 24/2
**now [84]** 11/24 13/18 14/1 16/16 21/2 21/2 21/7 22/1 24/2 24/16 29/18 34/11 36/9 37/1 40/1 47/20 50/24 51/1 51/16 52/3 55/22 69/11 69/12 73/9 83/7 90/16 93/13 96/6 100/8 102/12 106/15 114/14 114/18 114/19 114/22 115/13 117/10 117/11 130/4 151/4 151/15 151/18 151/25 158/3 158/6 168/25 170/12 170/25 171/9 177/23 181/12 182/5 185/3 187/19 191/4 191/13

**N**

now... [28] 194/19 198/3 217/17
220/22 223/8 225/17 225/20 226/3
226/5 226/12 227/22 229/8 231/6
231/22 232/9 232/20 233/5 233/13
233/16 233/23 234/13 236/1 236/6
237/15 238/18 241/4 244/22 245/24
**Now, [1]** 228/7
**Now, as [1]** 228/7
**nuance [1]** 112/4
**number [20]** 21/5 34/20 47/20 59/1
62/16 76/1 105/5 105/13 105/14 116/3
117/13 124/24 141/25 149/12 152/12
152/15 152/16 152/17 184/22 192/11
**Number 6 [1]** 47/20
**numbers [10]** 8/1 11/21 39/6 123/11
123/12 216/12 216/13 216/14 217/2
222/3
**nurse [2]** 47/19 126/3

**O**

**o'clock [4]** 10/5 24/11 26/10 27/2
**Oak [9]** 192/19 228/7 229/6 230/3
230/11 230/21 231/25 231/25 232/2
**oath [2]** 37/14 92/14
**Obispo [1]** 46/4
**object [4]** 175/4 175/13 190/24 243/9
**objected [2]** 175/5 178/19
**objection [23]** 5/12 8/25 9/2 10/17
11/11 11/15 149/14 175/5 175/8 175/9
175/16 178/14 202/5 206/23 211/21
213/21 216/17 222/9 229/21 235/11
242/10 243/11 245/1
**objections [3]** 8/22 174/20 177/19
**objects [1]** 239/19
**observations [1]** 132/25
**observe [2]** 132/20 148/5
**observed [2]** 133/6 133/7
**observer [1]** 134/1
**observers [2]** 132/19 133/11
**observes [2]** 194/14 194/14
**obstruction [1]** 75/7
**obtaining [1]** 63/1
**obviously [4]** 98/6 120/18 160/19
205/1
**OC [2]** 206/10 238/18
**occasionally [2]** 19/3 22/15
**occasions [1]** 76/21
**occupation [9]** 35/22 35/24 36/1 40/22
41/18 43/11 47/18 153/3 156/1
**occupations [1]** 36/3
**occurred [4]** 191/8 193/3 220/7 225/12
**occurrence [2]** 81/10 200/24
**occurring [1]** 197/15
**occurs [1]** 4/20
**October [13]** 1/17 4/1 13/1 30/21
117/1 183/21 185/10 199/5 199/8
205/14 225/2 225/9 237/24
**October 12 [1]** 30/21
**October 12th [8]** 183/21 185/10 199/5
199/8 205/14 225/2 225/9 237/24
**off [24]** 10/15 11/9 14/20 14/21 14/22
61/17 125/6 152/20 152/22 188/9 198/5
198/7 198/9 198/12 198/20 199/20
199/24 200/6 200/10 214/19 221/11
223/7 231/18 232/17
**off-forest [1]** 198/20

**off-highway [1]** 199/20
**off-road [1]** 84/17
**offended [2]** 16/13 16/14
**offense [4]** 94/1 94/4 145/2 165/19
**offensive [3]** 238/8 238/10 238/14
**offer [1]** 26/15
**offered [1]** 216/19
**offering [1]** 121/11
**offers [1]** 175/1
**office [8]** 45/6 50/5 50/5 50/6 50/6
50/7 127/10 157/19
**officer [116]** 4/21 5/2 5/4 12/21 30/15
32/13 47/5 52/15 52/21 52/23 52/25
54/5 56/10 56/22 61/10 62/17 62/25
68/3 69/22 72/24 73/22 76/6 81/15
102/2 108/13 108/25 110/4 110/10
111/5 112/12 112/13 112/16 118/5
118/25 130/9 130/16 130/19 131/8
132/2 133/3 133/6 133/16 133/17 134/3
134/3 134/16 140/17 146/21 146/22
146/24 147/1 157/25 158/5 159/22
160/23 183/20 183/22 183/24 184/8
184/9 184/12 184/15 184/23 184/24
185/9 185/21 186/1 186/5 186/5 186/9
186/13 186/14 186/16 186/17 186/19
186/24 186/25 187/3 187/6 187/7
187/11 187/12 187/16 187/21 187/23
187/25 188/5 188/14 188/18 188/22
188/24 189/9 191/5 192/9 192/20
193/17 194/14 195/10 196/8 196/18
197/3 197/10 198/23 199/13 205/2
223/6 224/2 224/6 236/10 236/23 237/3
237/5 237/13 242/19 242/19 247/4
**Officer Ellsworth [34]** 4/21 5/2 183/22
184/8 184/9 184/15 184/23 184/24
185/9 185/21 186/1 186/5 186/9 186/14
186/16 186/19 186/24 186/25 187/3
187/6 187/7 187/11 187/12 187/16
187/21 187/23 187/25 188/5 188/14
188/18 188/22 188/24 189/9 195/10
**Officer Graham [3]** 194/14 236/10
237/13
**officer's [5]** 57/5 132/4 133/20 158/15
192/19
**officers [52]** 50/1 58/19 59/3 59/10
59/15 60/16 60/18 64/7 67/10 68/7
68/17 68/20 72/12 73/6 78/6 78/9
109/9 111/2 111/18 131/15 132/10
132/12 132/19 134/22 135/5 135/8
136/12 136/20 136/21 136/22 136/25
137/21 137/24 138/1 139/1 139/18
146/11 147/4 147/19 147/20 147/20
147/25 148/3 156/16 158/13 158/19
158/20 159/1 159/6 159/17 199/12
213/5
**official [7]** 1/21 29/5 29/8 157/15
184/17 196/7 249/17
**offload [1]** 200/6
**often [4]** 20/17 88/11 111/18 178/2
**Oh [15]** 45/11 48/23 49/4 52/14 77/23
96/11 99/16 100/15 116/6 123/12
146/21 167/11 200/20 224/21 244/3
**Ojai [1]** 55/5
**okay [233]** 5/8 5/15 7/2 9/1 9/12 10/15
11/5 11/23 12/5 12/12 14/14 21/1 21/2
25/17 26/14 28/17 29/12 30/12 31/23
31/25 32/3 32/6 43/3 43/7 43/19 44/5
44/11 44/14 45/9 45/11 45/23 46/16

46/19 46/22 47/24 48/4 48/24 50/21
51/23 51/7 51/15 51/20 51/23 52/13
52/17 53/1 54/3 54/7 54/16 56/2 56/8
56/11 56/15 57/15 58/23 59/1 60/4
60/12 60/14 61/13 61/22 62/2 62/15
63/3 63/9 63/12 63/16 63/21 64/5
64/18 65/9 65/14 65/20 66/20 67/2
67/16 67/23 68/12 68/22 69/2 69/5
69/7 69/16 70/9 70/23 71/12 73/23
74/23 75/10 75/23 75/25 77/4 77/11
77/24 78/8 78/11 79/1 80/1 80/20
81/24 82/10 82/14 83/5 83/15 84/3
84/12 86/12 86/23 87/12 88/23 89/12
89/20 89/25 90/12 91/9 91/20 91/24
93/14 93/25 94/14 97/10 98/4 98/18
104/19 105/11 105/17 107/5 107/12
111/23 112/6 112/19 116/6 121/6
121/20 121/22 122/24 123/3 125/19
126/7 127/2 127/6 128/3 128/24 129/13
129/25 130/2 130/22 131/1 131/10
131/16 131/24 132/15 132/22 134/2
134/11 134/15 134/25 136/9 137/5
137/13 138/5 138/24 139/20 139/22
140/2 140/7 141/11 141/15 141/18
141/25 142/10 143/1 143/3 143/21
143/23 144/9 144/11 144/15 146/25
148/21 149/16 151/7 152/4 153/1
153/14 153/17 154/3 154/21 155/11
155/16 156/25 157/7 157/11 157/21
158/6 158/9 158/24 159/9 159/14
160/13 160/16 160/19 161/1 161/4
161/18 161/21 162/1 162/4 162/18
162/22 163/24 164/4 164/18 164/23
165/4 165/10 165/13 166/13 167/3
167/13 167/21 202/14 220/21 228/12
229/4 229/8 229/14 231/20 233/2
233/16 243/21 244/7 246/9
**old [6]** 71/6 153/6 153/7 155/13 239/6
239/8
**oldest [1]** 127/20
**on [355]**
**on-site [1]** 146/16
**once [12]** 23/18 25/4 25/6 39/6 71/18
100/18 179/6 184/20 187/3 200/21
203/9 230/20
**one [85]** 5/22 6/19 6/25 7/5 8/15 9/8
17/9 20/24 22/9 23/1 25/9 26/6 38/15
40/18 42/10 45/15 53/14 54/8 62/22
65/2 71/15 83/20 83/22 83/24 87/3
87/13 92/15 93/10 96/8 104/17 105/4
105/15 107/7 107/16 108/21 109/5
112/12 114/7 116/2 118/1 119/25
120/25 122/18 122/23 122/24 127/1
133/6 135/18 140/17 140/17 140/25
148/23 153/16 155/7 156/3 160/3 160/3
167/18 169/9 173/20 174/2 175/19
175/20 177/11 180/7 181/5 184/21
186/10 187/14 189/20 191/10 191/11
199/11 199/15 216/15 216/16 216/23
227/12 232/18 238/7 239/19 243/1
243/5 243/19 244/23
**ones [3]** 4/19 4/19 10/21
**ongoing [1]** 139/24
**online [1]** 18/25
**only [43]** 5/6 6/5 7/14 10/22 18/22 19/8
29/7 34/22 35/11 38/14 92/25 96/12
98/6 105/8 118/17 119/25 122/2 122/3
123/22 129/15 143/19 155/5 160/4

**O**

**only...** [20]  160/11 174/23 176/1 176/4
176/12 177/20 179/15 186/12 187/16
189/11 194/11 211/3 211/8 216/10
226/20 238/12 239/14 242/18 244/22
244/22

**oOo** [3]  4/2 117/2 248/17

**open** [13]  15/13 32/15 32/18 53/13
58/9 72/22 72/23 73/21 108/16 179/18
181/23 215/14 245/12

**opening** [14]  3/7 3/8 10/14 11/8 11/20
19/23 181/14 183/5 183/7 183/8 183/11
183/16 189/14 189/16

**operator** [4]  49/4 193/5 193/8 193/18

**opinion** [10]  59/25 72/3 88/19 89/11
90/19 102/23 179/21 181/3 181/9
210/15

**opinions** [25]  10/19 59/2 59/9 59/22
60/17 74/1 82/16 87/22 88/12 88/16
115/8 132/10 132/11 137/25 142/11
143/14 158/18 159/6 163/1 163/15
163/15 172/7 182/7 244/8 245/25

**opportunities** [1]  55/12

**opportunity** [9]  7/10 19/15 19/21 23/1
83/7 83/18 226/11 226/12 227/25

**opposed** [5]  42/22 58/2 66/4

**opposite** [2]  219/9 239/24

**or** [499]

**Orange** [1]  54/24

**order** [20]  5/16 13/15 20/21 24/14
78/25 82/1 82/1 115/10 142/5 142/5
162/7 162/8 162/14 175/21 181/20
181/22 184/15 240/24 246/21 246/21

**ordered** [21]  15/25 112/21 112/23
113/5 113/11 113/18 113/25 115/4
115/19 115/20 149/22 150/1 150/15
151/1 151/12 169/21 170/25 186/22
241/4 244/10 244/11

**ordering** [1]  15/9

**orders** [10]  15/9 15/10 16/15 18/17
58/15 58/15 58/18 82/17 179/23 212/16

**organization** [4]  62/3 62/4 138/6
159/10

**organizations** [1]  62/6

**organizing** [1]  57/18

**original** [1]  10/13

**originally** [1]  117/9

**other** [91]  6/25 14/20 16/17 18/4 18/7
18/17 20/10 21/25 22/17 23/18 28/7
29/2 29/19 33/20 35/25 38/2 42/11
50/8 50/12 52/1 53/10 53/14 56/23
61/1 65/3 65/24 66/22 73/4 84/3 92/25
94/8 96/24 98/3 99/6 99/19 99/20
103/24 108/5 111/3 111/21 120/13
121/8 121/17 132/3 135/13 135/17
135/20 136/10 136/10 137/22 147/19
149/1 157/16 158/2 158/14 160/4 164/6
167/20 168/4 172/3 173/10 173/11
173/21 174/12 175/2 175/11 176/4
176/10 176/15 176/23 178/14 179/1
179/20 179/23 181/1 181/8 184/17
190/20 191/7 191/8 202/25 218/8 218/8
220/20 230/24 231/2 233/21 237/3
242/22 243/5 245/13

**other's** [1]  7/10

**others** [4]  37/8 86/8 139/19 197/20

**otherwise** [5]  4/15 11/15 17/24 172/22
180/1

**our** [54]  13/20 14/9 17/8 21/2 21/5
21/4 21/8 21/13 23/1 24/6 26/10 27/13
34/9 34/13 37/22 38/16 53/9 64/22
66/2 72/6 74/6 84/21 89/18 91/6 92/19
95/4 95/5 95/19 110/18 120/2 120/7
124/11 127/10 145/18 152/9 152/20
161/11 166/2 168/21 170/6 179/5 180/7
180/9 180/25 197/18 197/19 199/11
199/15 200/7 204/4 207/7 207/7 207/7
246/19

**out** [161]  4/15 5/17 8/9 9/24 9/25
14/21 24/12 25/23 33/24 35/20 37/1
38/9 40/1 43/20 46/2 53/17 55/16 57/9
61/18 61/25 62/8 65/4 69/20 71/10
72/1 72/7 74/5 74/7 74/17 75/8 75/20
76/15 77/13 77/25 80/11 82/12 82/12
82/21 83/8 86/15 87/10 90/2 91/5 91/5
91/22 92/20 92/22 93/6 93/23 96/3
96/9 96/20 98/14 101/20 104/25 115/11
115/14 115/17 120/25 121/25 125/20
129/24 131/2 132/15 135/11 136/25
138/3 139/2 139/11 140/7 140/18
140/25 141/2 141/6 142/17 145/10
145/19 147/9 151/20 153/23 153/24
156/25 157/19 158/1 166/3 170/22
170/23 176/18 177/19 180/12 181/21
184/6 186/9 186/20 187/8 188/7 188/8
190/17 190/19 191/15 191/20 191/25
193/7 193/9 198/19 198/21 199/2 199/2
202/19 203/4 203/11 207/11 210/21
210/22 210/25 211/8 211/9 211/13
212/15 214/5 214/8 214/14 215/7
215/12 215/15 216/9 216/13 217/19
217/20 217/22 218/6 218/23 220/3
221/18 222/24 222/24 223/10 224/9
227/8 227/10 232/19 238/11 239/12
239/14 239/15 240/2 240/5 240/13
240/15 240/19 240/21 240/23 242/5
242/6 242/14 242/16 242/16 243/9
245/20 247/18 248/7

**outcome** [1]  63/2

**outline** [1]  183/11

**outside** [20]  4/3 15/4 16/20 20/12
21/25 51/9 57/1 64/21 115/22 117/3
122/15 153/10 161/13 182/15 182/21
185/20 189/21 231/23 244/13 246/24

**over** [52]  4/18 8/21 10/13 17/17 20/6
21/25 23/2 27/21 40/12 48/13 50/14
55/15 57/7 61/23 62/19 63/22 65/3
68/10 71/16 71/17 72/15 73/5 74/15
76/7 77/17 78/17 79/24 82/10 82/19
85/1 85/8 86/13 91/14 91/20 92/5
96/19 117/24 139/3 139/6 142/17
178/11 180/14 185/10 187/4 191/19
191/19 192/5 192/19 195/12 196/21
207/21 227/20

**overall** [1]  147/4

**overcome** [2]  105/23 109/14

**overhear** [1]  16/19

**overly** [1]  176/14

**overnight** [1]  247/13

**overpowers** [1]  85/1

**overrule** [3]  73/15 213/23 222/11

**overruled** [3]  175/9 242/12 243/13

**overview** [1]  147/4

**own** [15]  10/9 12/14 19/9 31/8 43/20
62/24 93/18 99/3 100/2 112/1 128/1

**owner** [2]  48/7 163/22

**owns** [3]  42/9 128/1 154/25

**P**

**p.m** [4]  23/7 116/18 117/1 248/15

**pacing** [1]  214/10

**pack** [1]  5/16

**page** [5]  1/19 3/3 40/18 231/10 249/7

**pages** [1]  40/18

**paid** [3]  145/25 146/2 196/25

**pain** [1]  88/4

**pains** [3]  194/16 235/1 235/21

**Palm** [4]  18/3 230/12 230/14 230/24

**PALMER** [5]  2/3 27/17 189/10 202/7
211/24

**palms** [1]  186/20

**panel** [5]  21/8 150/8 150/20 168/12
168/18

**pants** [1]  233/17

**paper** [2]  35/19 178/9

**papers** [2]  112/24 245/21

**paperwork** [2]  157/20 157/20

**pardon** [1]  79/18

**parent** [1]  112/16

**parents** [3]  112/11 112/12 112/12

**park** [7]  125/13 128/6 200/9 203/13
204/1 218/23 219/1

**parked** [7]  203/14 203/23 203/24
207/12 221/1 222/24 223/5

**parking** [3]  79/16 141/2 158/4

**part** [22]  47/5 64/13 81/3 81/8 83/16
89/22 120/8 120/8 129/15 155/14
155/19 156/19 167/20 172/19 177/10
196/11 196/12 196/14 197/20 223/17
224/11 224/11

**part-time** [4]  47/5 129/15 155/14
155/19

**partial** [1]  84/22

**particular** [11]  57/15 60/24 101/21
111/9 112/4 126/24 127/1 196/17
199/19 213/1 243/18

**particularly** [3]  36/12 95/6 97/22

**parties** [15]  16/1 16/13 17/16 18/21
19/1 19/13 19/21 20/7 28/18 103/5
121/5 121/8 168/3 172/14 175/19

**partner** [2]  16/24 126/17

**party** [4]  118/4 118/10 119/23 120/12

**Pasadena** [4]  2/10 62/12 75/2 78/4

**passed** [2]  102/13 188/23

**passenger** [2]  188/3 214/25

**past** [4]  67/13 164/17 164/21 229/9

**PAT** [5]  1/21 21/4 249/3 249/16 249/17

**Pat Cuneo** [1]  21/4

**patcuneo1600** [1]  1/24

**pathway** [1]  80/13

**patient** [1]  38/15

**patients** [1]  88/6

**Patrick** [3]  28/11 185/5 189/9

**Patrick Brown** [3]  28/11 185/5 189/9

**patrol** [15]  50/5 158/2 158/4 203/24
204/7 204/8 204/13 204/21 204/22
213/13 214/14 214/15 214/17 214/19
214/20

**patrolman** [1]  54/20

**Pause** [11]  6/21 52/12 68/11 123/4
168/5 168/16 224/23 244/18 246/23
247/20 248/10

**P**

pay [7]  37/4 139/25 140/1 145/19
  177/8 178/5 198/6
paying [1]  178/4
payroll [1]  128/10
peddled [1]  186/19
peddling [2]  210/24 212/11
pen [1]  228/11
pencils [1]  176/5
pending [2]  14/1 77/16
people [57]  6/17 6/17 16/3 17/18 25/6
  27/13 28/8 29/18 29/18 37/3 52/1
  52/11 53/5 53/17 54/8 56/16 57/2
  65/21 75/9 78/5 81/10 83/20 88/4
  96/23 101/24 109/4 109/21 109/24
  110/15 111/21 111/23 111/24 123/22
  124/11 136/11 139/12 147/8 147/20
  167/4 167/13 167/17 180/10 180/12
  184/25 191/15 191/22 194/24 197/25
  198/4 198/6 198/6 199/20 200/4 213/3
  234/4 242/7 243/8
people have [1]  101/24
people's [3]  81/4 234/3 238/24
pepper [1]  206/10
per [1]  119/10
per se [1]  119/10
perceive [1]  134/17
perceived [1]  133/9
percent [3]  98/12 111/18 209/9
perception [1]  148/8
peremptory [16]  113/1 113/7 113/13
  113/21 150/3 150/11 150/19 150/22
  151/8 151/16 152/1 168/11 168/14
  169/9 169/10 169/22
perfectly [1]  180/11
perform [1]  34/15
performance [3]  12/24 30/19 184/16
perhaps [3]  197/9 245/3 245/17
period [2]  24/21 194/13
permissible [2]  16/18 178/23
Permission [1]  228/14
permit [2]  61/2 176/9
permitted [6]  94/2 98/5 175/3 179/9
  183/5 183/9
Persimmon [3]  193/10 193/11 230/3
Persimmons [16]  30/9 185/18 191/17
  191/21 194/6 194/6 194/20 202/22
  203/3 203/20 208/20 226/25 227/23
  228/23 231/24 232/2
person [45]  28/20 35/25 38/15 56/14
  79/17 80/12 80/22 81/5 82/2 84/14
  87/13 98/2 99/15 105/2 109/5 110/5
  110/12 110/24 118/5 118/23 118/24
  119/14 120/11 123/2 123/16 123/18
  124/3 135/18 135/20 139/6 142/6 143/4
  147/6 147/12 157/7 158/1 162/6 162/8
  163/7 164/19 173/17 194/22 207/13
  209/19 211/10
personal [14]  23/5 24/21 37/17 38/4
  42/16 64/20 71/12 88/9 92/4 103/14
  127/21 161/9 172/6 173/5
personally [3]  97/12 156/24 173/18
personnel [1]  60/22
perspective [1]  204/4
Ph.D [1]  45/14
phase [1]  181/12
Phillip [1]  152/11

phone [12]  21/5 192/1 192/2 192/8
  192/23 193/2 194/3 216/11 216/12
  216/14 217/2 222/3
photo [1]  204/3
photograph [2]  191/1 233/14
photographs [1]  10/10
phrased [1]  120/15
physical [3]  11/21 15/22 80/6
physicality [1]  194/15
physically [1]  78/21
pick [2]  8/12 10/6
picked [3]  157/20 196/25 227/18
picket [1]  223/15
picking [3]  121/23 145/13 166/7
picks [1]  193/1
pickup [1]  202/4
picnic [2]  197/2 197/6
picture [4]  154/12 232/25 243/2 245/6
piece [2]  35/18 178/9
pieces [4]  184/1 185/16 202/25 227/12
pile [1]  227/12
piles [5]  183/23 184/2 199/23 201/2
  202/3
Pilots [1]  18/4
pitch [1]  112/14
pitched [1]  210/20
place [13]  17/14 20/2 72/7 82/9 87/22
  94/15 94/16 143/14 163/16 176/13
  217/11 230/24 231/2
places [2]  22/11 33/5
plaid [1]  233/20
plaintiff [1]  1/7 2/2 103/15
Plaintiff's [2]  101/13 148/22
plan [3]  23/22 127/12 146/19
planning [1]  9/17
Plato [23]  4/10 13/20 17/9 20/13 21/4
  24/10 36/22 38/18 38/21 39/9 49/17
  52/10 74/3 124/15 152/6 168/21 170/6
  178/10 178/11 180/8 180/24 182/10
  247/17
Plato's [2]  53/7 244/17
play [4]  11/20 11/22 12/1 108/18
played [1]  194/1
plead [1]  73/2
pleaded [2]  13/8 31/3
pleasant [1]  160/20
please [52]  13/15 13/20 14/17 15/12
  16/11 16/14 21/6 21/10 22/2 22/5 24/1
  24/4 24/10 24/22 26/3 35/12 35/14
  37/11 37/24 38/5 38/9 38/11 38/15
  46/7 74/3 101/12 108/2 114/15 114/17
  114/19 114/21 116/5 125/9 135/11
  141/5 150/17 151/3 151/14 151/24
  168/20 170/4 175/12 177/8 177/25
  178/5 180/3 180/15 183/3 195/12
  195/14 195/20 244/16
pled [2]  62/23 63/6
plumbing [1]  154/25
pocket [1]  145/20
point [19]  23/22 58/5 62/23 69/15
  71/25 102/5 133/22 134/17 183/10
  186/7 187/9 210/18 211/1 211/13 213/4
  240/24 241/1 241/2 245/14
pointed [10]  191/14 191/18 191/19
  193/4 193/6 241/24 241/24 242/2 242/3
  242/8
pointing [1]  214/13

points [1]  247/7
police [61]  50/4 51/15 52/21 52/22
  54/5 54/24 56/10 56/13 67/7 67/10
  67/12 67/20 67/24 68/3 68/5 68/7
  68/12 68/13 68/17 68/19 72/12 102/1
  102/2 102/7 102/7 108/13 108/24
  109/12 109/13 109/16 112/12 112/13
  112/16 130/16 130/19 131/8 131/15
  132/19 133/6 133/16 133/17 133/20
  134/22 135/5 135/8 139/1 139/18
  140/17 146/21 146/22 146/23 147/1
  147/4 157/16 157/16 157/24 160/23
  205/22 205/23 213/5 247/4
Pomona [1]  153/16
poorly [1]  160/22
popular [3]  91/3 199/19 200/8
portion [1]  211/23
portions [1]  180/13
position [7]  7/15 7/18 71/24 139/3
  187/9 188/8 219/3
positive [15]  60/15 60/16 66/24 71/3
  71/21 89/21 91/25 93/11 117/11 137/23
  137/24 144/3 159/3 159/5 164/10
possession [3]  75/21 161/6 161/7
possessions [1]  154/2
possible [7]  12/9 22/3 22/18 22/19
  24/10 33/11 37/6
possibly [2]  9/16 111/22
potential [11]  9/15 94/1 94/6 96/21
  103/24 105/2 108/5 144/25 145/4
  165/19 165/23
pounded [1]  184/5
pounding [2]  192/5 215/5
power [1]  147/13
powers [1]  147/23
practicing [1]  43/13
precaution [1]  223/16
Preceding [1]  196/21
precise [1]  119/17
precisely [1]  245/22
predict [2]  27/3 60/3
prefer [5]  7/4 10/9 24/8 246/17 246/18
preference [2]  4/8 122/17
preferences [1]  18/18
prejudice [3]  173/5 174/6 175/14
prejudiced [1]  35/1
prejudices [1]  172/7
preliminary [3]  3/6 171/11 171/13
premature [2]  245/15 245/22
preponderance [1]  36/15
presence [14]  4/4 16/12 53/4 107/15
  115/23 117/4 122/16 149/20 168/10
  182/15 182/21 209/12 244/13 246/24
present [6]  7/5 33/1 105/21 180/16
  181/15 181/17
presented [17]  18/23 19/19 22/17
  32/16 34/22 34/23 35/9 88/16 88/21
  90/20 133/13 148/6 148/13 174/25
  176/17 181/25 183/14
presently [4]  150/9 150/21 168/13
  168/18
presents [1]  153/25
PRESIDING [1]  1/4
press [1]  17/1
presumed [4]  32/23 34/6 36/17 135/24
presumption [3]  33/5 34/1 85/16
pretty [9]  37/10 57/1 72/21 91/3
  111/13 139/3 160/23 199/25 232/18

**P**

**prevent [3]** 73/13 176/10 207/8
**preventing [1]** 184/17
**previous [1]** 201/4
**previously [2]** 4/19 7/16
**primary [1]** 197/17
**principal [1]** 45/15
**principle [1]** 34/6
**prior [28]** 40/23 41/5 41/12 41/20 42/2
42/12 42/18 43/12 44/2 44/22 45/8
45/15 46/13 47/6 47/13 49/6 49/13
76/12 92/15 125/15 125/25 129/4
129/20 153/15 154/19 155/1 155/21
245/13
**prison [1]** 131/9
**private [3]** 37/19 126/5 126/6
**privately [1]** 37/18
**privilege [1]** 26/24
**probably [21]** 8/2 16/7 38/2 57/25 58/8
63/5 92/24 98/17 99/16 100/3 112/21
123/13 145/20 153/16 157/11 194/12
199/23 203/7 208/9 213/10 223/2
**probation [5]** 50/8 52/15 52/23 52/24
71/8
**problem [7]** 6/8 6/9 6/10 19/25 24/2
25/16 135/8
**problems [2]** 134/9 136/22
**proceed [1]** 196/2
**proceeding [1]** 16/2
**proceedings [18]** 3/3 6/21 20/4 52/12
68/11 123/4 161/14 168/5 168/16
179/24 183/10 224/23 244/18 246/23
247/20 248/10 248/15 249/6
**process [5]** 34/24 63/11 77/20 86/19
171/23
**producing [1]** 129/3
**production [1]** 125/23
**profanity [1]** 209/23
**profession [4]** 87/22 90/18 143/14
163/16
**professional [5]** 92/1 99/15 99/17
144/4 164/11
**professionally [1]** 88/7
**project [1]** 49/5
**projections [1]** 191/3
**promise [2]** 22/24 122/4
**promotional [1]** 55/11
**pronounce [1]** 39/7
**proof [11]** 33/8 33/8 34/2 36/13 36/14
60/10 70/15 83/10 111/7 173/16 173/20
**proper [3]** 61/3 175/14 178/23
**property [4]** 62/24 190/15 190/16
232/17
**proposed [1]** 7/10
**prosecution [2]** 166/8 245/1
**prospective [95]** 4/3 13/14 13/17
13/20 14/25 21/8 25/5 31/14 53/4
53/19 54/12 54/17 56/3 57/10 59/17
60/19 61/14 62/9 62/20 63/23 66/10
67/4 72/16 74/10 74/12 74/18 74/24
75/14 76/8 77/14 78/1 78/18 79/3 80/2
80/25 82/4 82/22 85/10 86/16 87/25
88/25 89/14 90/3 91/15 92/6 93/7
94/10 96/16 103/10 107/15 113/6
113/12 113/20 114/6 115/5 115/21
115/22 117/3 122/15 124/6 131/3
131/12 132/16 135/2 138/21 140/8
140/14 142/18 143/17 145/14 149/20
165/23
**punishments [2]** 95/11 95/15
**purchased [1]** 185/7
**purely [1]** 33/13
**purpose [15]** 34/12 62/3 119/13
120/18 138/6 159/10 170/24 175/24
176/2 176/3 176/4 176/4 183/13 195/4
206/21
**purposes [1]** 246/5
**pursuant [1]** 249/4
**pursuing [1]** 218/9
**pursuit [1]** 184/24
**push [1]** 240/12
**pushed [1]** 215/14
**put [28]** 5/18 6/7 6/12 14/21 25/14
37/6 64/5 72/25 72/25 73/19 81/18
83/9 94/5 102/24 115/18 145/3 148/11
154/19 165/22 186/24 201/14 215/21
218/23 229/15 229/16 232/20 239/16
244/16
**puts [1]** 139/3
**putting [5]** 85/13 115/25 219/1

**Q**

**quads [2]** 199/20 200/5
**qualifications [1]** 13/25
**qualified [2]** 35/6 35/7
**quality [3]** 10/9 10/10 11/13
**question [66]** 13/24 14/15 20/25 32/14
35/14 40/16 49/22 49/23 49/24 53/18
57/4 57/12 57/14 66/9 68/16 77/8
78/14 80/20 85/18 90/14 95/25 96/12
96/18 101/22 103/3 107/2 107/13
107/17 130/6 130/7 134/20 136/19
142/4 142/10 144/8 145/8 145/9 148/23
156/7 156/12 166/2 166/3 174/22
174/23 175/1 175/5 178/8 178/12
178/13 178/15 178/18 178/21 178/22
178/25 179/6 179/8 202/7 202/17
211/24 222/13 235/15 236/20 237/2
237/9 243/7 243/14
**questioned [5]** 62/17 68/20 71/1
138/13 159/16
**questioning [3]** 37/3 96/10 245/20
**questions [61]** 18/15 34/22 36/20
36/21 36/23 36/25 37/4 37/6 37/9
37/11 37/16 37/23 38/7 38/16 40/13
40/17 49/17 49/18 53/2 87/17 87/24
89/24 92/19 92/22 103/13 106/20
115/16 117/14 121/17 130/4 131/24
135/10 135/12 136/9 137/22 138/3
138/20 142/8 143/7 144/17 146/6 156/6
158/12 159/7 159/15 162/10 167/22
171/4 172/21 173/2 174/20 175/13
178/7 179/2 189/24 193/16 224/14
226/18 226/20 228/16 232/10
**quick [1]** 236/10
**quickly [11]** 21/12 37/9 130/4 135/7
135/7 147/13 187/12 212/12 215/21
217/2 217/4
**quiet [1]** 101/24
**quite [7]** 9/5 9/7 51/23 53/22 99/14
111/22 201/13

**R**

**races [1]** 192/4
**radio [3]** 17/21 18/25 227/15
**raided [1]** 161/11

140/14 142/18 143/17 145/14 149/20
151/23 152/5 156/13 157/1 157/22
159/24 161/3 161/22 162/11 163/19
164/13 164/25 165/6 166/9 168/10
169/8 169/20 170/2 171/6
**protect [6]** 147/10 147/10 156/17
197/17 197/19 197/21
**protecting [2]** 82/8 197/23
**protective [5]** 81/3 82/1 82/7 142/5
162/7
**protocol [1]** 4/20
**protrusion [1]** 239/20
**prove [18]** 13/6 31/1 33/1 33/10 36/18
69/17 70/5 70/6 70/11 70/19 85/23
85/23 97/17 101/2 135/25 136/18
173/11 173/23
**proved [5]** 69/23 70/1 84/6 136/17
136/24
**proven [6]** 34/7 69/14 86/24 97/5 97/6
120/17
**proves [3]** 32/24 85/19 98/9
**provide [4]** 35/18 70/19 184/25 190/6
**provided [4]** 10/3 29/8 117/23 177/16
**provider [4]** 92/2 128/7 144/4 164/12
**providers [1]** 92/9
**proving [1]** 33/6
**provision [1]** 7/24
**pry [1]** 37/13
**psychiatric [6]** 87/22 90/17 90/18 91/6
143/14 163/16
**psychiatrist [8]** 92/14 93/12 99/18
163/23 164/19 164/21 164/21 165/9
**psychiatrist's [1]** 106/9
**psychiatrists [13]** 87/20 88/8 88/11
88/17 89/8 89/17 90/17 143/12 146/14
148/25 149/1 163/13 164/2
**psychiatry [6]** 87/14 88/13 91/3
117/10 143/8 163/11
**psychological [11]** 87/23 89/9 90/10
90/19 91/13 99/11 99/14 143/15 143/25
163/17 164/9
**psychologist [9]** 45/18 88/14 92/14
93/12 99/17 99/25 144/3 164/19 165/9
**psychologists [14]** 87/19 88/7 88/11
88/17 89/7 89/17 90/7 90/17 143/11
146/13 148/24 148/25 163/12 164/2
**psychology [23]** 44/17 45/14 87/14
88/3 88/13 89/3 90/6 90/15 90/22
90/22 91/3 91/4 91/6 98/22 98/25 99/2
99/15 117/10 143/8 143/20 144/12
163/10 163/22
**psychosocial [2]** 88/5 89/4
**public [4]** 80/13 103/9 180/10 243/9
**publicly [1]** 73/7
**publish [1]** 121/14
**published [1]** 121/15
**pull [12]** 214/14 217/19 238/11 239/12
239/15 240/2 240/5 240/15 240/19
240/21 240/23 240/24
**pulled [23]** 71/17 139/3 139/6 185/21
187/25 188/2 190/21 190/23 191/14
203/10 203/13 203/21 216/25 216/25
217/24 218/18 218/18 221/14 221/20
221/21 239/14 242/8 243/9
**punch [1]** 186/16
**punishment [11]** 94/1 94/7 95/4 95/9
96/21 97/8 97/14 144/25 145/4 165/19

**R**

**raise [10]** 13/19 14/16 24/22 25/6
49/18 103/9 168/20 170/10 178/9
195/14
**raised [4]** 29/23 59/19 116/11 184/5
**rallying [1]** 75/9
**Ralphs [1]** 127/18
**ran [6]** 187/4 187/9 191/6 215/15
215/20 238/1
**random [1]** 123/14
**rape [1]** 48/15
**rarely [1]** 223/7
**rather [6]** 22/11 22/12 35/13 37/1
37/16 38/11
**ray [1]** 154/18
**reach [8]** 21/16 44/12 126/20 127/22
240/5 240/8 240/14 240/18
**reached [2]** 36/7 46/20
**reaching [1]** 217/16
**reacted [1]** 67/10
**reaction [2]** 78/4 219/12
**reactions [1]** 81/12
**read [8]** 17/20 19/14 177/12 177/17
177/20 178/3 245/21 247/2
**reading [1]** 19/12
**ready [5]** 38/18 141/6 181/12 182/23
195/8
**real [1]** 106/8
**realize [2]** 95/4 170/21
**realized [1]** 71/18
**really [40]** 5/18 20/15 25/21 26/5 37/19
38/4 38/5 54/15 58/4 64/9 64/16 66/4
67/14 70/6 72/20 83/18 83/25 89/11
101/19 104/22 108/14 111/4 117/24
118/12 118/13 121/20 130/7 133/8
135/6 135/7 139/17 139/17 147/13
148/18 170/21 200/8 210/20 211/18
246/18 247/2
**realtor [1]** 156/3
**rear [2]** 204/21 219/5
**rearview [1]** 187/19
**reason [19]** 15/11 22/25 33/12 33/24
34/25 53/6 57/16 64/1 72/3 73/18
117/15 120/8 145/10 166/4 173/4 175/8
213/1 241/16 248/4
**reasonable [30]** 32/24 33/7 33/8 33/12
33/17 33/22 34/7 36/18 60/10 69/18
69/24 70/2 70/20 83/10 84/6 85/24
86/24 88/21 97/5 97/7 97/10 97/12
97/17 101/2 120/18 135/25 136/5
136/17 136/24 173/9
**reasonably [1]** 88/20
**reasons [4]** 35/2 72/6 91/2 177/3
**rec [1]** 199/13
**recall [13]** 177/7 199/10 225/19 226/4
232/8 232/14 233/18 233/22 236/22
236/25 237/14 242/17 242/18
**receive [2]** 78/6 243/15
**received [7]** 67/8 82/1 142/6 162/7
172/3 172/13 229/24 247/1
**recent [1]** 160/14
**recently [4]** 51/24 70/7 90/9 106/14
**recess [6]** 13/13 74/11 116/18 122/14
176/25 182/20
**recesses [3]** 179/9 179/10 179/11
**recognize [11]** 6/18 28/3 28/9 203/19
204/12 206/14 208/14 220/2 220/13

232/24 233/13
**recognizing [2]** 8/10 83/5
**recollection [2]** 120/3 176/22
**recommendation [1]** 55/11
**record [6]** 6/7 37/21 71/11 108/20
134/9 177/13 195/21 205/22 246/25
**recording [3]** 12/1 12/2 194/1
**recordings [1]** 11/19
**records [1]** 10/25
**recounted [1]** 108/8
**recreate [1]** 225/12
**recreation [3]** 196/22 196/23 199/11
**recreational [1]** 199/14
**RECROSS [2]** 3/13 3/18
**recruiter [1]** 127/19
**recuse [1]** 25/25
**red [5]** 93/1 186/14 210/22 212/8
229/12
**Redact [1]** 247/18
**REDIRECT [2]** 3/13 3/18
**Redondo [2]** 40/21 154/22
**reduce [2]** 108/12 127/13
**reduced [1]** 108/19
**refer [5]** 4/25 14/11 19/4 21/24 53/7
**referred [4]** 53/8 107/22 200/3 237/23
**referring [1]** 201/19
**reform [3]** 62/5 138/7 159/11
**refuses [3]** 190/5 190/6 190/6
**regard [9]** 4/21 36/13 65/5 80/8 88/12
94/14 126/23 160/9 243/16
**regarding [1]** 245/22
**regardless [3]** 28/23 98/9 134/21
**regards [2]** 57/21 127/12
**Regina [1]** 39/15
**Reginald [1]** 39/25
**register [1]** 198/16
**regular [2]** 81/10 92/9
**regulations [1]** 249/8
**rehabilitation [1]** 95/10
**relate [1]** 97/3
**related [3]** 61/1 78/3 79/15
**relates [1]** 7/8
**relating [3]** 18/10 19/10 90/10
**relationship [2]** 35/25 126/17
**relationships [1]** 56/11
**relative [16]** 49/24 62/16 76/2 76/4
78/15 80/21 81/25 130/8 138/12 142/1
142/7 156/8 159/15 159/18 162/4 162/6
**relatively [3]** 92/10 96/24 178/5
**relatives [2]** 50/13 180/16
**relax [1]** 171/8
**released [3]** 51/18 52/4 52/16
**relevant [3]** 103/13 123/20 245/24
246/4
**relieve [1]** 8/4
**rely [1]** 176/21
**relying [1]** 19/8
**remain [1]** 32/25
**remained [1]** 197/5
**remaining [1]** 171/6
**remains [1]** 7/15
**remember [18]** 44/3 44/8 46/16 48/9
48/13 92/13 128/16 128/21 153/19
172/24 175/12 176/6 176/11 179/2
179/5 179/23 182/8 236/9
**remembering [1]** 211/18
**remind [3]** 4/13 166/21 246/2
**remodeling [1]** 201/12

**remove [1]** 38/24
**render [2]** 169/1 176/13
**renovating [1]** 185/3
**renovations [1]** 188/16
**rep [1]** 126/18
**repeat [3]** 15/6 76/2 235/15
**repeated [1]** 195/3
**repeatedly [3]** 76/16 188/20 192/8
**repetition [1]** 193/14
**repetitive [1]** 9/4
**replaced [1]** 37/8
**report [8]** 10/18 10/19 18/25 92/15
93/1 132/20 193/7 194/10
**reported [2]** 102/7 249/6
**reporter [4]** 1/21 21/4 37/21 249/17
**REPORTER'S [1]** 1/14
**reports [2]** 17/22 19/4
**representative [1]** 41/19
**represents [2]** 174/7 175/15
**request [5]** 22/21 82/2 142/6 162/9
177/11 177/24
**requests [1]** 18/18
**require [3]** 68/1 69/17 105/21
**required [7]** 28/18 33/10 37/21 182/8
183/6 198/1 207/6
**requirement [1]** 119/17
**requires [2]** 18/20 207/6
**reschedule [1]** 26/23
**research [8]** 17/24 18/2 19/9 20/11
43/20 93/12 145/18 180/1
**resentful [1]** 108/10
**reservation [1]** 85/4
**reservations [5]** 84/13 87/4 106/4
143/3 163/6
**Reside [1]** 43/25
**residence [18]** 35/20 36/1 40/16 40/19
41/1 41/8 41/15 41/24 42/5 43/9 47/16
49/1 125/8 125/12 152/22 154/16 209/8
224/8
**resolve [2]** 29/22 246/3
**resolved [1]** 75/3
**resonated [2]** 73/20 104/22
**resources [2]** 197/21 197/24
**respect [4]** 88/14 243/4 245/13 248/1
**respectful [1]** 141/1
**respond [4]** 38/17 81/11 175/6 193/6
**responded [72]** 13/17 25/5 29/11
31/14 53/19 54/12 54/17 56/3 57/10
59/17 60/19 61/14 62/9 62/20 63/23
66/10 67/4 72/16 74/18 74/24 75/14
76/8 77/14 78/1 78/18 79/3 80/2 80/25
82/4 82/22 85/10 86/16 87/25 88/25
89/14 90/3 91/15 92/6 93/7 94/10
96/16 103/10 123/23 123/25 131/3
131/12 132/16 135/2 138/21 140/8
140/14 142/18 143/17 145/14 156/13
157/1 157/22 159/24 161/3 161/22
162/11 163/19 164/13 164/25 165/6
166/9 185/11 209/12 209/15 209/17
235/3 235/20
**response [80]** 14/13 21/18 25/3 27/11
28/5 28/16 28/25 29/25 30/11 32/10
32/21 34/3 34/8 53/3 56/19 57/8 58/25
59/6 59/11 60/13 61/24 62/1 62/7
74/16 75/24 77/12 78/13 79/25 80/19
81/21 81/23 82/11 82/13 82/20 84/11
86/14 87/11 90/1 91/10 91/21 91/23
92/3 93/5 93/16 93/22 93/24 96/2 96/4

# R

**response... [32]** 96/14 102/3 102/8 104/19 105/24 131/23 137/16 138/4 138/9 141/24 142/9 142/16 143/2 143/6 143/22 144/18 144/23 145/6 158/10 158/22 159/8 159/13 162/3 162/23 163/5 163/9 164/5 165/12 165/17 165/25 182/17 212/17
**responsibility [5]** 84/5 84/18 84/19 84/19 247/24
**responsible [2]** 83/20 101/6
**responsive [2]** 102/21 105/1
**rest [1]** 246/10
**restaurant [1]** 153/8
**restless [1]** 123/5
**restraining [2]** 78/24 162/13
**restrictions [2]** 18/20 20/3
**restroom [1]** 16/10
**result [2]** 20/5 80/14
**results [2]** 95/6 97/1
**RESUMED [2]** 3/5 124/7
**retail [1]** 47/12
**retired [14]** 43/10 45/14 51/16 54/5 55/18 55/20 55/23 56/1 154/11 186/18 211/5 213/5 213/5 242/19
**return [22]** 112/21 112/24 113/5 113/11 113/19 113/25 115/4 115/10 115/11 115/12 115/19 149/23 150/1 150/15 151/1 151/12 169/6 169/21 170/25 179/10 244/10 246/21
**returned [2]** 189/1 248/11
**returning [7]** 59/13 76/11 84/14 137/19 143/4 158/25 163/7
**returns [1]** 194/19
**review [1]** 36/21
**revising [1]** 8/13
**RICHARD [7]** 1/9 12/20 12/21 14/11 30/14 30/16 183/19
**Richard Douglas Latka [1]** 14/11
**Richard Latka [5]** 12/20 12/21 30/14 30/16 183/19
**ride [2]** 61/17 199/20
**riding [1]** 72/8
**rig [1]** 204/7
**rigged [1]** 135/14
**right [225]** 4/13 5/13 6/24 7/9 7/21 9/8 13/11 13/19 24/5 24/7 27/9 28/20 29/22 29/23 30/1 32/22 32/25 34/11 35/10 38/20 40/9 40/17 42/21 43/5 49/16 51/1 52/8 53/5 53/24 54/10 54/18 58/5 59/7 63/7 66/5 73/9 73/24 74/13 74/14 74/19 75/13 77/24 78/14 79/23 80/7 84/9 85/17 85/20 86/3 86/9 86/10 87/6 87/8 87/10 91/11 93/17 95/1 95/18 95/21 96/5 100/8 103/6 104/7 104/9 107/16 112/1 112/2 112/20 114/12 114/24 115/24 116/10 116/16 118/9 120/14 122/12 123/1 123/10 124/3 124/8 124/15 125/6 126/4 126/21 130/3 135/14 137/17 138/11 143/7 144/19 145/22 146/6 146/21 147/2 147/4 148/12 148/15 148/19 149/8 149/11 149/21 151/7 151/20 152/6 153/7 154/6 154/15 156/5 158/11 160/9 162/24 164/6 168/1 168/19 168/20 169/18 170/10 171/4 171/7 178/6 180/11 182/18 182/25 183/4

**right-hand [1]** 207/10
**right-handed [1]** 240/16
**rights [1]** 57/18
**rigmarole [1]** 9/3
**ripped [1]** 202/19
**ripped-out [1]** 202/19
**rise [3]** 74/9 182/13 183/1
**Riverside [3]** 200/14 200/16 234/16
**road [5]** 30/7 61/17 216/1 221/9 242/7
**roads [2]** 199/15 200/7
**Robb [1]** 39/16
**robbery [2]** 79/10 128/23
**Robert [2]** 46/5 152/8
**Roberts [1]** 6/3
**robes [2]** 53/9 85/8
**Robles [1]** 154/17
**rock [1]** 240/13
**role [1]** 197/7
**roll [1]** 236/15
**room [33]** 1/23 5/18 15/6 15/19 22/8 25/15 26/14 44/6 65/23 95/20 97/4 98/14 112/21 112/24 113/5 113/11 113/19 113/25 114/2 115/4 149/23 150/1 150/15 151/1 151/12 169/7 169/22 171/1 176/8 177/1 179/14 182/4 182/11
**rooted [1]** 90/23
**route [5]** 220/24 229/8 229/12 230/2 230/22
**row [10]** 4/7 5/17 5/18 35/19 39/4 39/5 39/17 40/1 124/21 152/9
**Roybal [1]** 1/22
**rude [1]** 68/18
**ruined [1]** 96/24
**rule [1]** 29/13
**ruled [1]** 245/11
**rules [9]** 15/3 20/15 20/24 36/11 61/20 174/25 175/3 178/16 181/1
**rulings [1]** 121/1
**run [4]** 60/22 121/5 170/23 191/13
**running [2]** 186/13 239/10
**runs [1]** 192/5
**Russ [2]** 28/12 187/14
**Russ Tercero [2]** 28/12 187/14

# S

**sac [1]** 231/25
**safe [4]** 24/2 122/20 122/21 214/2

**187/5 187/18 188/8 189/1 191/16**
**192/22 195/25 195/15 195/23 198/3**
**200/8 203/24 204/2 205/13 206/17**
**207/10 208/24 209/4 212/14 214/10**
**215/5 216/22 217/1 218/1 218/3 218/4**
**218/5 218/5 218/7 218/8 218/9**
**218/9 218/18 218/20 218/20 219/7**
**220/9 220/17 221/6 221/7 221/7 221/10**
**221/15 224/19 224/20 225/13 225/15**
**225/21 225/23 226/1 226/6 226/13**
**226/15 227/7 227/11 228/2 228/5**
**228/20 229/6 230/3 230/9 230/12**
**230/15 230/24 231/3 231/12 231/14**
**231/15 232/5 232/7 232/11 232/13**
**232/17 232/18 233/24 233/24 234/1**
**234/5 234/10 234/11 234/14 234/17**
**234/24 235/3 235/14 236/4 237/7 238/3**
**238/25 240/3 240/16 240/19 240/21**
**241/5 241/25 244/14 246/13 246/25**
**248/12 248/14**
**right-hand [1]** 207/10
**right-handed [1]** 240/16

**safely [1]** 71/22
**safety [2]** 44/6 21/22
**said [115]** 15/22 18/19 19/15 24/16 29/16 31/24 36/16 38/8 42/19 52/3 52/4 63/6 65/11 67/16 68/13 69/21 70/16 71/13 73/19 77/23 84/6 87/4 92/8 98/21 99/2 100/23 100/24 104/15 104/21 105/5 105/13 105/15 105/18 105/20 105/20 105/22 105/24 106/13 106/24 107/6 107/8 107/10 107/18 107/19 107/21 108/6 108/12 108/23 108/23 108/25 108/25 109/2 109/5 110/11 117/9 117/11 117/16 117/17 122/1 122/2 125/16 127/24 133/10 137/7 137/8 137/8 137/18 140/22 141/5 144/25 145/25 146/20 147/12 148/4 149/12 162/19 166/11 174/9 174/11 175/19 182/5 183/19 184/8 185/25 187/16 189/4 191/4 200/23 202/18 209/14 209/15 209/15 209/21 209/25 210/3 210/7 210/13 211/2 211/2 211/4 213/4 216/6 216/16 216/23 217/3 219/2 219/18 222/20 232/20 233/23 234/3 237/14 239/2 241/9 247/8
**said/he [1]** 137/7
**said/she [1]** 137/8
**sales [1]** 161/8
**salesclerk [1]** 126/10
**same [32]** 7/15 7/18 11/12 11/16 15/9 15/10 19/20 20/17 21/15 28/23 36/1 37/9 37/10 56/22 57/1 58/9 74/5 86/5 132/2 133/3 133/23 133/24 152/19 158/13 197/5 201/5 207/10 216/6 223/3 223/17 241/2 245/22
**San [14]** 30/8 46/4 46/13 153/1 154/9 155/4 183/23 185/1 185/12 199/7 200/12 200/13 200/14 200/15
**San Bernardino [3]** 30/8 200/13 200/15
**San Dimas [1]** 153/1
**San Fernando [2]** 154/9 155/4
**San Luis Obispo [1]** 46/4
**San Marino [1]** 46/13
**Sanchez [3]** 247/1 247/9 247/11
**Sanders [1]** 51/17
**sandwiches [1]** 121/21
**Santa [1]** 153/22
**sat [2]** 55/7 219/3
**satellite [1]** 227/15
**satellites [1]** 101/7
**Saul [1]** 28/12
**Saul Faerstein [1]** 28/12
**save [2]** 39/6 121/15
**saw [24]** 19/8 51/14 53/5 53/20 71/18 79/19 89/13 133/17 133/18 133/18 134/7 173/18 185/20 187/19 188/19 188/22 191/10 216/6 216/7 216/8 217/3 217/6 233/16 234/7
**say [72]** 5/6 5/10 9/8 11/2 11/7 11/17 12/17 17/3 18/11 25/6 32/1 38/11 44/5 52/16 60/3 64/14 66/3 67/23 69/21 70/6 70/12 77/21 81/10 83/2 85/1 105/8 105/10 106/25 109/11 119/3 119/6 124/1 131/6 136/21 139/8 146/15 147/21 149/13 158/16 166/16 172/8 174/8 177/13 198/7 198/16 199/17 203/14 205/3 208/17 209/13 209/24 210/18 211/16 222/16 226/5 226/12

## S

**say...** [16]  226/12 226/25 227/2 227/4
230/20 231/10 231/24 232/1 242/1
242/2 242/3 242/8 245/16 245/17
245/23 246/8
**saying** [31]  9/17 11/25 22/6 30/1 57/23
65/14 87/9 97/7 106/4 110/10 111/4
132/22 133/15 134/12 166/14 166/19
186/10 186/11 187/18 210/19 210/21
210/25 211/8 214/8 216/5 226/25 237/6
242/14 242/16 242/17 242/18
**says** [11]  118/10 133/17 133/18
172/19 191/7 191/8 205/8 205/22
205/23 245/12 247/2
**scale** [6]  65/2 65/15 73/19 104/22
110/11 111/16
**scales** [1]  107/20
**scammed** [1]  141/19
**scan** [1]  245/3
**scare** [1]  119/5
**scared** [5]  186/16 188/5 217/8 217/16
219/13
**scary** [1]  141/7
**scene** [1]  79/17
**schedule** [1]  26/17
**scheduler** [1]  125/23
**schedules** [1]  181/22
**scheduling** [1]  246/6
**schizophrenics** [1]  45/20
**school** [12]  40/21 40/22 44/1 45/5
47/17 108/21 112/8 127/20 129/2
144/14 155/5 242/21
**science** [2]  90/15 154/17
**Sciences** [1]  42/7
**scientific** [1]  88/19
**scores** [1]  105/10
**Scott** [1]  28/14
**scream** [2]  187/10 222/7
**screamed** [2]  184/9 221/16
**screaming** [27]  186/8 187/22 188/18
210/17 210/18 211/7 211/15 212/19
212/19 213/12 214/7 214/7 214/12
215/20 217/21 217/22 218/6 221/12
226/21 228/1 241/14 241/22 241/24
242/5 242/6 242/7 242/13
**screen** [33]  189/18 191/1 192/17
201/15 201/16 201/21 201/23 202/10
202/15 203/17 203/22 204/10 204/18
205/10 206/12 208/12 213/15 219/24
220/5 220/12 220/19 227/13 229/25
231/7 232/21 232/22 233/3 233/5
233/11 239/16 239/17 243/2 243/10
**screening** [1]  93/10
**script** [1]  9/25
**se** [1]  119/10
**search** [1]  17/15
**searched** [1]  185/15
**seat** [22]  13/18 14/4 38/6 112/25
114/13 114/15 114/17 114/19 114/21
124/18 124/24 150/17 151/4 151/5
151/15 151/24 169/5 170/3 170/4
170/16 176/24 182/22
**seatbelt** [1]  140/17
**seated** [8]  13/15 74/4 74/13 115/24
122/24 124/8 183/3 244/14
**seating** [1]  5/16
**seats** [8]  22/2 39/2 74/5 74/5 114/11

**second** [8]  15/7 39/4 39/17 79/20
94/16 98/14 197/20 218/1
**section** [4]  8/2 24/6 126/16 249/4
**security** [7]  41/18 54/2 56/6 89/16
90/11 131/9 133/3
**see** [86]  5/15 6/6 11/14 15/20 16/3
16/16 19/3 19/20 21/3 28/17 30/1 34/4
38/2 54/2 56/20 59/12 64/23 65/17
65/24 68/9 72/12 77/25 83/14 83/19
86/20 88/1 89/18 96/15 101/17 106/1
109/10 110/16 116/16 118/21 123/12
123/12 124/4 124/17 131/4 132/20
133/13 133/23 134/13 135/5 136/14
136/20 138/10 144/24 148/7 148/13
158/23 160/1 163/25 165/9 165/18
172/22 175/18 175/19 177/2 177/4
177/12 180/22 182/18 183/18 184/9
189/2 189/5 189/18 190/13 190/19
193/11 197/14 201/8 202/3 207/18
214/22 216/11 217/14 218/20 220/14
220/16 227/16 231/17 231/19 234/8
248/14
**seeing** [5]  100/18 117/9 164/17 186/23
192/9
**seek** [1]  229/18
**seem** [5]  10/1 15/11 181/21 241/18
241/20
**seemed** [4]  117/13 176/16 209/20
210/7
**seems** [3]  9/4 88/21 119/2
**seen** [11]  19/14 20/11 88/17 124/10
136/23 164/16 164/21 180/4 207/16
213/19 218/3
**select** [2]  14/10 37/12
**selected** [3]  4/8 154/20 170/19
**selecting** [1]  34/11
**selection** [5]  4/9 9/16 34/19 34/24
35/4
**self** [2]  42/1 129/2
**self-employed** [2]  42/1 129/2
**semi** [1]  37/19
**semi-private** [1]  37/19
**send** [5]  12/11 18/15 180/23 238/16
246/18
**sends** [1]  238/24
**sense** [5]  33/13 102/17 148/14 172/22
173/13
**sensor** [1]  223/11
**sentence** [8]  94/17 95/6 97/25 98/10
117/19 120/8 120/9 161/17
**sentencing** [3]  94/8 94/19 95/22
**separate** [6]  109/17 109/20 109/22
160/25 179/9 207/7
**Sergeant** [1]  28/14
**series** [2]  11/21 220/8
**serious** [5]  18/18 78/9 81/9 85/6
106/11
**seriously** [2]  70/18 118/23
**serve** [4]  13/25 46/12 147/10 147/11
**served** [7]  36/3 36/4 36/9 75/20 103/14
140/11 170/24
**serves** [1]  54/1
**service** [68]  12/25 23/1 30/7 30/20
40/23 41/12 41/20 41/21 42/2 42/18
43/12 44/3 44/6 44/22 45/8 45/16
46/13 47/6 47/12 47/13 49/6 49/14
50/7 59/16 60/15 60/18 60/22 61/10

**115/12 115/16 115/18
61/18 65/21 124/5 124/12 125/15
125/25 126/18 126/21 129/4 129/21
137/21 137/23 138/1 138/2 145/20
146/1 153/14 154/13 154/19 155/1
155/21 156/4 159/2 159/4 159/6 171/2
183/20 183/24 186/6 196/6 196/10
196/11 196/19 197/10 197/18 199/15
200/7 205/2 224/3 243/25
**services** [4]  44/18 81/3 89/6 157/17
**serving** [4]  23/4 23/25 24/20 161/16
**session** [3]  23/7 23/17 175/18
**set** [1]  8/14
**settled** [1]  79/18
**Settling** [1]  77/22
**seven** [2]  48/18 76/14
**several** [4]  73/6 185/16 188/1 191/9
**severe** [1]  26/19
**sexual** [5]  80/5 95/12 160/7 162/15
164/3
**sexually** [1]  79/11
**shake** [1]  38/10
**shaking** [1]  219/13
**Shall** [1]  168/1
**share** [3]  141/14 141/16 141/17
**sharing** [1]  20/1
**sharper** [1]  210/9
**Sharpie** [1]  228/21
**sharply** [2]  209/12 209/21
**she** [37]  22/6 32/7 38/14 50/22 50/24
51/4 55/13 78/24 80/13 80/14 92/13
92/14 92/15 96/12 105/5 105/5 105/6
105/7 105/8 105/8 105/8 119/3 137/8
139/24 139/25 140/1 140/2 140/4
153/12 157/8 157/9 165/3 177/14
177/17 177/21 183/12 246/15
**she'd** [2]  96/12 177/20
**she's** [6]  47/19 50/25 153/8 153/13
177/15 193/19
**sheet** [4]  40/11 40/12 125/8 152/22
**Shelley** [1]  39/23
**Shelly** [1]  26/4
**sheriff** [5]  71/23 193/7 211/5 211/6
234/17
**sheriff's** [8]  50/4 54/4 194/7 194/7
224/4 234/14 235/2 235/6
**sheriffs** [1]  193/2
**shift** [1]  71/23
**shirt** [4]  233/19 233/20 233/21 233/22
**shoot** [3]  186/17 188/6 238/11
**shooting** [1]  78/5
**shoots** [1]  238/15
**shop** [1]  223/2
**short** [5]  22/3 22/18 26/6 131/8 178/5
**shorter** [1]  178/2
**shorts** [1]  233/17
**shot** [2]  233/1 233/10
**should** [36]  4/9 4/14 4/20 5/20 7/6
7/24 8/8 10/24 15/14 16/6 23/3 23/10
23/22 31/9 32/13 43/1 50/13 76/23
78/9 90/23 91/8 104/19 115/12 119/15
120/5 121/1 132/7 141/16 169/6 172/10
172/21 173/13 175/14 176/9 176/21
177/5
**shoulder** [1]  205/24
**shoulders** [1]  38/11
**shouldn't** [7]  20/2 22/21 30/3 123/20
176/13 176/14 180/11
**shout** [1]  8/9

**S**

**shouted [4]** 184/6 188/23 189/2 232/19

**show [14]** 9/9 124/9 136/5 174/6 175/14 182/11 183/12 184/14 184/19 191/5 226/8 227/11 229/8 229/19

**showed [1]** 188/15

**shown [1]** 124/12

**shrug [1]** 38/10

**shrunken [1]** 230/8

**sick [1]** 190/3

**side [33]** 34/17 35/12 58/1 58/2 61/9 65/2 78/7 97/16 132/18 132/21 133/4 133/13 136/10 169/9 174/7 175/2 175/15 181/14 183/6 187/4 188/3 190/22 204/2 205/7 207/9 207/10 215/3 215/4 215/4 215/25 240/3 240/3 240/4

**sidebar [7]** 9/19 21/24 22/4 22/20 37/19 37/24 52/7

**sidebars [2]** 22/3 177/19

**sides [5]** 34/21 64/23 101/19 120/4 207/7

**sidewalk [7]** 185/24 208/9 208/24 209/1 211/3 233/6 239/11

**Sierra [1]** 47/2

**sight [1]** 214/20

**sign [3]** 178/11 204/24 218/12

**signed [1]** 180/7

**significant [1]** 80/23

**silent [3]** 14/22 14/24 32/25

**similar [4]** 35/25 57/4 107/24 120/2

**simply [5]** 13/4 29/16 30/24 174/7 183/11

**since [6]** 6/5 18/9 53/16 207/11 245/11 247/8

**single [19]** 35/23 40/11 40/12 40/22 41/5 42/1 42/17 43/11 44/2 45/14 47/6 47/11 49/3 125/8 125/14 152/21 154/12 154/18 155/20

**sir [5]** 25/7 152/23 152/24 170/4 244/15

**Sirius [1]** 227/15

**sister [1]** 161/14

**sister's [1]** 161/5

**sit [14]** 4/7 4/9 27/6 39/6 60/6 70/13 74/7 96/6 98/25 102/13 115/12 115/17 171/7 180/14

**site [1]** 146/16

**sites [1]** 203/5

**sitting [16]** 22/7 22/8 37/1 68/13 84/13 94/16 96/7 96/11 103/8 111/4 143/4 145/13 163/7 187/6 207/21 215/9

**situation [25]** 20/14 58/13 60/1 60/2 66/18 66/25 79/19 80/22 107/24 108/23 109/13 110/17 112/4 112/10 142/1 148/11 162/5 187/11 187/18 198/21 201/3 207/1 211/9 217/10 247/14

**situations [2]** 133/5 147/1

**six [7]** 5/16 39/1 48/11 48/17 153/16 160/2 168/8

**six-pack [1]** 5/16

**sixth [1]** 98/15

**skeptical [1]** 64/25

**skewed [1]** 90/24

**skip [1]** 65/7

**skipped [2]** 49/4 66/11

**slightly [2]** 8/2 189/17

**slow [1]** 193/19

**small [2]** 96/24 224/7

**smart [1]** 145/9

**snack [1]** 23/10

**snapped [1]** 210/16

**so [295]**

**social [3]** 41/17 89/15 90/10

**sociology [3]** 41/3 41/17 47/10

**sole [1]** 34/14

**solely [2]** 30/4 172/2

**solemnly [3]** 13/23 168/24 170/11

**some [76]** 4/20 8/3 10/8 10/17 11/11 15/2 15/5 15/11 22/16 29/2 36/23 36/24 37/7 37/16 39/8 39/8 53/10 53/12 56/24 57/15 60/4 62/25 73/4 74/21 75/1 75/2 76/21 80/23 82/7 95/14 101/24 102/11 102/13 112/5 115/16 117/14 123/22 129/3 133/17 136/4 136/11 136/24 139/18 139/25 141/7 147/20 147/20 147/22 147/22 147/24 147/25 147/25 158/2 160/24 167/19 171/11 174/4 176/1 176/16 184/1 194/17 197/5 213/4 224/18 224/19 225/7 226/24 227/7 227/8 233/21 237/18 241/23 242/16 245/13 246/4 247/15

**somebody [13]** 58/18 121/25 123/24 133/6 144/6 193/6 197/7 199/23 201/12 202/4 207/2 212/5 224/4

**somebody's [1]** 86/6

**somehow [4]** 96/10 178/2 194/24 219/16

**someone [38]** 6/2 14/23 16/11 17/6 33/24 49/19 70/6 80/23 85/4 85/13 91/12 99/1 99/9 99/17 108/25 110/9 118/21 119/2 132/23 133/1 133/16 134/6 142/3 143/24 162/6 164/8 180/22 194/4 238/10 238/12 238/14 238/17 238/17 238/22 240/24 241/1 241/18 241/20

**someone's [5]** 65/8 84/20 85/5 97/2 223/25

**something [49]** 4/24 11/3 20/25 21/10 21/21 23/2 23/11 24/9 24/11 43/20 52/3 54/6 61/2 64/10 66/1 68/13 70/7 94/2 96/8 98/5 99/14 100/13 102/22 103/19 107/19 107/23 120/14 120/24 121/4 132/24 133/6 134/4 134/7 136/5 164/15 174/8 177/4 177/17 198/13 199/10 201/12 211/4 211/6 218/10 223/19 223/20 237/10 238/18 247/2

**something that [1]** 11/3

**sometimes [18]** 20/19 20/21 22/13 29/18 53/16 84/22 84/22 85/1 89/16 111/23 111/24 135/6 170/18 175/21 177/10 180/10 180/13 181/20

**somewhat [2]** 6/6 88/15

**somewhere [3]** 24/8 133/8 209/4

**son [6]** 25/20 45/15 76/11 126/10 153/9 156/3

**son's [1]** 54/25

**son-in-law [1]** 153/9

**soon [4]** 8/14 8/17 24/10 221/5

**sorry [17]** 7/17 31/21 49/4 59/20 66/11 69/19 75/18 110/22 113/17 118/15 146/21 151/17 152/12 152/25 226/6 242/20 243/7

**sort [13]** 58/15 94/13 99/13 102/4

**105/21 109/12 117/15 136/4 139/2 145/8 166/22 216/8 237/18

**sorts [3]** 109/25 156/12 183/25

**sought [3]** 81/25 142/4 162/7

**sound [5]** 15/7 28/15 106/24 119/23 235/12

**sounds [3]** 26/7 50/9 95/4

**source [2]** 18/25 172/3

**south [1]** 231/9

**Southern [1]** 42/7

**space [7]** 69/10 212/22 212/22 213/9 213/11 218/19 229/16

**Spanish [5]** 7/4 29/10 29/13 29/15 129/14

**spark [1]** 198/5

**speak [19]** 16/15 17/8 23/1 29/12 29/19 57/2 84/18 108/5 166/25 167/4 167/6 167/8 179/15 186/6 209/19 210/3 210/13 228/18 245/13

**speaking [2]** 118/3 167/13

**speaks [1]** 29/10

**special [3]** 185/5 189/8 237/19

**specialist [2]** 47/11 49/5

**specialized [1]** 35/21

**specific [6]** 7/23 64/10 182/12 199/1 243/3 243/5

**specifically [9]** 6/5 12/21 30/16 53/15 100/7 172/15 209/24 226/4 237/14

**spectators [1]** 15/24

**spectrum [3]** 93/10 106/14 106/16

**speculation [3]** 33/13 202/5 213/22

**speculative [1]** 213/24

**sped [1]** 219/7

**speed [1]** 177/21

**speeding [1]** 221/7

**spell [1]** 195/21

**spelled [1]** 196/1

**spend [1]** 160/18

**spent [3]** 56/5 73/8 161/12

**spiritual [1]** 91/4

**spitting [1]** 211/16

**spoke [5]** 56/16 108/4 235/7 236/6 247/7

**spoken [2]** 195/4 234/24

**spot [2]** 207/11 232/6

**spots [1]** 205/4

**spouse [7]** 16/23 35/24 35/24 126/2 127/25 129/6 153/10

**spray [7]** 206/10 206/10 238/18 238/19 238/25 239/12 239/13

**Spring [2]** 2/5 8/21

**stable [1]** 106/12

**stadium [1]** 26/10

**staff [6]** 15/23 20/7 21/2 28/4 53/15 146/16

**staging [6]** 30/8 185/11 200/4 200/4 200/8 200/21

**stand [19]** 13/19 22/2 64/7 64/8 109/9 110/5 110/16 110/25 111/1 111/5 133/16 133/22 136/11 136/13 168/20 179/7 195/21 205/16 240/8

**standard [2]** 57/19 101/7

**standards [4]** 56/22 88/22 132/2 158/14

**standing [18]** 120/12 185/20 207/13 207/13 208/4 208/5 208/9 208/23 208/24 209/2 209/3 209/8 209/10 215/25 231/23 233/6 233/7

**S**

**staple [1]** 10/12
**start [19]** 20/6 25/9 40/1 40/10 49/23
50/14 100/18 105/20 124/1 124/20
125/6 125/7 125/20 135/15 137/9
152/20 178/4 179/24 245/9
**started [29]** 21/9 65/3 186/13 187/8
187/22 190/22 191/14 191/15 197/15
200/23 201/7 209/22 210/9 210/17
210/23 210/24 211/18 211/19 212/15
214/20 215/2 215/3 215/17 219/5
226/17 226/21 228/1 230/2 239/10
**starting [4]** 23/14 102/5 115/16 152/22
**starts [4]** 125/8 191/18 192/5 214/24
**state [11]** 31/12 41/4 65/5 77/17 104/3
104/4 121/4 121/23 171/24 174/10
195/21
**statement [19]** 3/7 3/8 10/14 11/8
12/14 63/13 64/15 90/25 117/20 133/20
181/15 183/6 183/7 183/8 183/11
183/16 189/14 189/16 216/7
**statements [3]** 19/23 174/18 222/5
**STATES [28]** 1/1 1/6 2/2 2/4 2/5 12/19
12/25 14/7 14/11 27/16 27/18 27/20
30/14 30/19 50/6 59/16 60/15 82/17
100/12 137/21 142/13 163/2 183/20
183/24 186/6 196/15 249/4 249/9
**station [6]** 67/7 67/20 67/24 68/5
68/13 199/6
**stationed [1]** 199/5
**stations [1]** 224/11
**status [5]** 35/22 41/5 43/11 44/2 46/11
**statute [2]** 7/23 119/18
**stay [6]** 16/18 23/14 27/1 27/2 145/17
145/18
**stayed [1]** 217/25
**stenographically [1]** 249/6
**step [5]** 135/11 195/12 195/14 195/20
244/15
**Stephanie [3]** 40/7 152/12 152/15
**steps [2]** 206/18 212/11
**stereotypes [1]** 139/6
**stick [2]** 206/9 239/2
**still [14]** 67/13 69/24 74/6 111/16
139/24 139/25 152/1 177/22 191/17
197/5 213/12 215/20 216/11 217/21
**stipulated [1]** 168/3
**Stipulation [1]** 149/17
**stolen [1]** 141/19
**stood [1]** 185/24
**stop [11]** 71/14 186/22 186/23 187/8
212/16 212/19 216/2 218/12 218/13
238/21 241/4
**stopped [19]** 62/17 63/25 70/25 71/13
76/25 135/9 138/13 140/16 140/24
159/16 212/18 214/7 216/2 221/14
229/2 229/3 229/5 231/22 232/5
**store [1]** 47/13
**stories [1]** 17/21
**straight [1]** 71/16
**strait [1]** 72/21
**strait-laced [1]** 72/21
**strange [2]** 222/24 223/5
**street [24]** 1/22 2/5 8/21 48/5 48/6
191/21 192/15 192/20 203/8 209/4
215/21 218/2 218/14 218/16 221/5
221/10 221/11 221/13 222/22 227/8

227/23 231/3 231/9 242/5
**streets [2]** 75/9 158/1
**stressful [1]** 22/9
**stretch [2]** 22/2 72/10
**stricken [2]** 175/21 202/6
**strike [5]** 71/7 91/18 211/22 211/23
213/21
**strikes [3]** 71/9 71/10 102/18
**striking [1]** 9/18
**stringent [1]** 58/1
**strong [15]** 59/2 59/8 59/22 82/15
87/21 102/12 132/9 132/11 142/11
143/13 158/18 162/25 162/25 163/14
163/15
**strongest [1]** 83/1
**strongly [2]** 7/4 247/5
**struck [1]** 108/7
**stuck [1]** 215/11
**student [1]** 44/21
**students [1]** 45/22
**studied [5]** 57/17 87/14 143/8 163/10
163/22
**studio [1]** 42/9
**study [3]** 90/16 90/16 93/11
**studying [1]** 55/12 144/12
**stuff [3]** 135/5 156/18 248/6
**Sturdy [4]** 45/6 45/7 45/10 45/11
**subject [5]** 13/2 30/21 179/12 180/2
181/2
**submit [1]** 70/12
**submitted [8]** 4/19 74/2 115/9 176/19
179/21 181/4 182/7 244/9
**subrogation [2]** 42/18 42/20
**substantial [1]** 36/10
**substitute [1]** 31/8
**substituted [2]** 181/5 181/10
**such [16]** 15/21 15/23 35/10 82/1
82/15 93/20 95/12 108/20 142/5 162/8
162/24 163/14 173/4 173/17 179/10
181/4
**sudden [1]** 148/16
**suffer [1]** 165/8
**suffered [6]** 91/12 91/13 143/24
143/24 164/7 164/8
**sufficient [2]** 8/7 118/11
**suggest [1]** 5/3
**suggested [1]** 174/21
**suggesting [2]** 117/8 246/10
**suggestion [1]** 118/2
**suggestions [1]** 56/24
**suggests [2]** 120/15 120/25
**suit [1]** 207/22
**Suite [1]** 2/9
**summary [1]** 10/18
**Sunday [3]** 189/22 190/18 234/11
**Superior [1]** 50/17
**supermarket [1]** 127/18
**supermarkets [1]** 223/3
**supervised [1]** 6/4
**supervisor [2]** 194/22 194/25 221/25
**supervisor's [1]** 192/6
**support [4]** 62/11 97/18 100/9 146/3
**Supporting [1]** 100/10
**supportive [1]** 78/7
**suppose [2]** 112/10 132/7
**supposed [2]** 109/23 135/19
**suppression [3]** 62/3 138/6 159/10
**Supreme [1]** 47/25

**sure [55]** 9/5 9/13 12/10 19/7 23/13
52/10 52/20 57/22 60/8 61/19 64/1
64/9 65/1 70/16 71/9 71/21 74/6 83/7
83/20 92/20 92/21 101/23 107/8 107/9
109/7 109/18 110/7 114/9 115/14
116/11 122/5 134/11 145/21 150/6
171/1 171/3 178/16 180/15 180/23
181/23 189/19 196/24 198/4 198/6
228/15 232/18 233/23 235/17 237/2
240/10 244/3 244/3 245/4 245/19
246/17
**surprised [1]** 6/6
**suspect [2]** 202/4 217/12
**suspected [1]** 71/17
**sustained [1]** 175/6
**SUV [2]** 190/21 192/5
**Suzanne [1]** 40/4
**swallow [1]** 53/13
**swear [7]** 13/20 13/23 168/21 168/24
170/6 170/11 195/16
**sweat [1]** 210/23
**sworn [11]** 21/8 35/16 168/23 170/9
172/12 195/13 196/18 196/20 197/3
197/10 198/22
**swung [1]** 189/4
**symbol [1]** 205/5
**sympathy [1]** 172/7
**synopsis [1]** 236/10
**Syria [1]** 76/12
**system [19]** 34/10 34/13 67/15 80/14
82/16 82/25 83/17 83/21 91/6 92/18
95/6 95/12 105/13 106/24 108/18
142/12 147/8 147/9 163/1
**systems [1]** 90/8

**T**

**TA [1]** 155/6
**table [4]** 27/13 166/7 207/21 248/2
**tables [3]** 96/7 96/8 145/13
**tabs [2]** 10/15 11/9
**tagged [1]** 139/14
**tags [1]** 10/12
**Tahoe [1]** 204/7
**tail [4]** 218/4 220/9 221/8 221/12
**tailgating [1]** 188/2
**take [76]** 5/9 9/18 10/14 10/17 11/8
11/14 14/20 16/6 22/23 23/9 23/9
23/15 24/16 27/1 38/15 39/9 69/3
73/11 73/25 81/4 81/11 86/21 96/6
96/25 109/9 111/1 114/13 114/15
114/17 114/19 114/21 119/7 131/25
138/11 147/23 150/17 151/3 151/5
151/14 151/24 170/3 170/4 171/10
172/8 176/6 176/7 176/13 176/21
176/23 176/25 177/3 177/14 177/19
177/22 181/13 182/5 182/11 187/8
188/7 194/17 194/18 197/2 197/8 198/9
200/5 207/2 215/18 218/14 219/6
221/18 223/19 244/23 245/6 246/3
247/22 247/24
**taken [9]** 37/14 79/21 91/12 116/18
118/23 143/24 164/8 177/15 210/23
**takes [5]** 9/21 111/5 119/3 133/16
165/3 178/4 223/21
**taking [10]** 22/10 38/7 53/5 58/13
69/10 146/19 171/18 177/2 177/13
199/25
**Tal [1]** 152/16

**T**

**talk [41]** 15/17 16/8 16/11 16/20 17/5
17/7 19/22 21/25 22/9 43/4 50/21 51/5
51/20 51/25 54/8 65/23 68/7 72/20
73/25 96/19 101/18 103/8 103/9 115/7
116/7 116/12 130/23 131/16 131/19
157/7 179/24 179/25 182/6 182/10
182/16 190/4 198/20 224/5 229/3 244/8
246/20
**talked [11]** 11/18 51/24 107/21 187/16
230/5 231/22 232/5 234/23 235/10
235/18 237/9
**talking [11]** 16/11 16/17 20/10 49/19
80/23 94/17 101/25 104/24 105/2 141/3
216/5
**talks [3]** 180/4 194/22 223/23
**tank [2]** 72/5 73/8
**target [2]** 215/11 218/11
**taser [38]** 186/21 186/23 186/24
190/25 191/14 206/9 206/18 206/21
207/7 207/9 212/15 212/20 213/13
213/17 213/18 214/2 214/4 214/14
215/15 238/14 239/14 239/15 239/16
239/20 239/21 240/2 240/2 240/4 240/5
240/11 240/11 241/12 241/16 242/18
243/1 243/3 243/18 243/20
**tasers [2]** 243/4 243/5
**taught [2]** 212/3 215/8
**Taylor [1]** 28/14
**teach [5]** 47/5 112/7 112/8 222/23
223/4
**teacher [7]** 40/22 42/11 49/11 108/21
112/7 127/20 129/16
**teachers [1]** 129/15
**teaching [5]** 47/19 47/19 126/14
129/18 158/6
**team [1]** 100/22
**teams [1]** 89/9
**tech [2]** 199/13 199/14
**technician [1]** 47/18
**teenage [1]** 25/20
**telephone [1]** 167/19
**television [2]** 17/22 18/24
**tell [61]** 8/1 12/16 15/3 15/8 17/2 17/7
23/6 24/1 24/11 25/21 25/22 26/23
35/16 36/8 36/16 36/19 37/24 38/5
38/13 43/3 45/17 52/13 79/12 80/11
90/25 99/12 100/15 101/6 111/24
126/22 138/24 142/21 144/9 171/10
172/15 176/2 185/9 190/7 190/8 191/6
209/11 210/2 210/5 210/9 211/19 216/4
222/6 226/17 226/19 227/23 228/2
228/4 235/9 235/17 236/2 236/6 236/20
237/7 237/10 237/11 241/12
**telling [16]** 5/13 8/5 20/16 43/21 44/11
46/19 48/16 48/21 119/5 134/2 154/4
199/12 232/14 236/13 236/22 236/25
**tells [5]** 190/1 193/5 193/17 194/7
194/8
**Temple [2]** 1/22 155/24
**temptation [1]** 8/5
**ten [8]** 38/1 66/16 66/23 72/22 161/17
188/25 194/13 223/11
**ten-minute [1]** 194/13
**ten-year [1]** 161/17
**tend [7]** 102/1 102/1 102/23 132/21
133/11 133/11 133/13

**tended [1]** 196/24
**tendency [1]** 177/10
**tends [1]** 82/25
**tentative [2]** 120/24 121/1
**Tercero [9]** 28/12 187/14 188/11
188/17 188/19 188/21 188/23 189/1
189/5
**term [1]** 109/21
**terrific [2]** 38/14 177/21
**terrorism [1]** 75/7
**test [1]** 108/13
**testified [5]** 45/24 104/2 132/24
172/23 173/12
**testifies [5]** 29/3 29/15 134/3 134/6
246/1
**testify [18]** 5/13 33/2 64/8 92/14 109/4
111/1 136/11 148/3 181/19 181/21
185/5 188/5 188/13 188/17 188/19
188/21 191/11 246/1
**testifying [2]** 173/1 173/8
**testimony [65]** 15/21 23/18 28/23
29/21 56/22 57/5 57/13 59/14 60/4
60/6 65/23 66/2 73/4 73/21 87/23
88/13 89/10 90/20 93/19 93/20 99/1
99/3 99/6 99/6 99/11 99/13 99/18
99/19 99/20 100/2 108/6 132/1 132/5
134/13 136/15 136/25 137/20 143/15
144/21 148/25 149/2 158/13 158/16
159/1 163/17 165/15 171/18 172/12
172/17 172/18 172/20 173/9 173/14
173/17 176/10 176/16 177/9 177/11
177/20 177/24 177/25 195/16 236/2
245/9 245/12
**testing [1]** 127/6
**tests [1]** 194/18
**text [1]** 18/5
**than [23]** 9/12 19/17 20/20 29/2 35/13
38/11 53/14 57/6 61/1 61/21 70/18
88/19 98/16 122/6 122/9 132/5 132/25
148/8 158/17 164/6 167/14 206/1
236/11
**thank [152]** 13/10 14/4 14/8 14/14
27/12 28/22 29/1 30/2 30/12 32/6 32/11
32/22 34/4 40/24 41/6 41/13 41/22
42/3 42/13 43/7 43/13 43/23 44/14
44/23 45/2 45/11 45/23 46/1 46/25
47/7 47/14 48/24 49/7 49/15 54/10
54/21 55/24 56/20 58/23 61/22 62/15
63/21 66/7 66/20 67/2 70/23 72/14
73/23 74/8 75/25 77/4 77/24 78/11
79/1 79/23 80/7 80/18 81/20 81/24
82/14 84/9 86/12 87/12 88/23 89/12
90/12 93/4 93/14 93/25 96/5 98/18
100/4 101/15 104/5 104/6 112/19 113/3
113/4 113/8 113/9 113/10 113/15
113/16 113/23 113/25 114/25 115/1
115/3 115/24 116/15 125/11 126/1
126/21 127/15 127/23 128/19 128/24
129/8 130/2 131/1 134/25 137/13
137/14 140/12 145/7 146/5 148/21
149/4 149/5 149/7 149/8 149/23 150/10
150/12 150/14 150/24 150/25 151/9
151/10 151/11 151/18 152/2 152/3
155/2 155/22 156/5 161/1 162/1 163/24
164/23 165/10 167/21 167/25 168/14
169/5 169/7 169/17 169/24 169/25
170/16 170/17 183/17 189/12 189/13
189/15 195/7 224/14 224/16 229/23

244/15 244/19 245/5
**thanks [12]** 51/13 53/1 122/3 125/16
126/11 128/3 129/5 131/10 154/6
155/16 157/21 165/4
**that [953]**
**that Mr [1]** 191/4
**that's [106]** 5/11 9/9 11/2 16/17 18/22
19/6 19/18 21/24 22/24 23/13 25/16
26/23 27/3 29/16 35/18 35/20 35/22
36/12 37/19 43/18 46/10 48/12 48/19
51/4 52/19 53/12 53/24 54/15 64/10
65/13 65/20 68/7 69/7 75/4 81/17
83/19 83/24 85/14 87/5 87/6 87/8
88/21 95/13 97/7 98/4 101/7 101/14
105/11 108/14 109/13 109/22 109/23
110/8 110/10 110/18 111/13 118/12
120/5 120/20 121/13 121/25 124/19
136/6 136/7 140/24 147/2 147/15
152/25 168/4 180/11 182/3 188/14
193/20 195/25 201/19 203/20 204/13
204/21 204/23 204/24 206/18 220/23
225/14 225/22 225/25 226/15 229/23
230/9 230/10 230/19 231/13 231/16
232/18 233/9 234/2 234/6 234/15 236/5
237/1 239/1 239/5 240/1 240/20 241/11
242/6 243/2
**their [56]** 10/5 12/7 12/11 13/12 16/19
19/1 19/23 20/8 20/21 22/21 25/6
29/23 36/3 56/14 58/5 64/19 78/4 78/7
81/11 89/8 89/10 89/19 92/11 100/22
102/1 108/6 109/22 124/5 132/21
132/23 132/25 133/22 134/14 136/15
147/23 147/23 174/12 181/22 182/2
190/17 191/15 191/25 192/1 192/2
196/25 198/6 199/24 200/4 200/6 200/9
200/10 200/10 201/12 213/3 216/14
222/5
**them [89]** 7/14 7/21 8/1 8/5 8/25 9/25
10/6 11/7 11/11 11/11 11/20 12/8 12/9
14/20 14/21 14/21 14/22 14/24 15/7
16/4 16/11 16/14 16/18 17/2 17/7 17/8
18/15 18/16 20/18 20/21 26/23 28/9
31/7 31/7 34/22 53/16 57/23 58/4
65/17 81/4 82/8 105/23 109/10 109/10
110/16 111/1 122/24 124/4 127/14
130/4 131/16 131/19 131/25 133/4
133/13 134/21 136/11 136/16 139/3
139/14 146/16 148/5 167/19 171/25
173/3 174/16 176/7 176/25 180/18
180/20 182/10 187/16 192/1 192/2
197/20 200/5 200/6 206/17 216/2
216/11 216/12 222/4 222/15 223/25
224/1 232/6 232/8 238/9 246/18
**themselves [3]** 27/14 97/19 102/5
**then [110]** 4/23 5/7 6/6 7/21 8/1 8/9/1
9/18 9/24 10/23 11/7 12/5 17/8 24/22
25/16 27/8 36/23 37/8 38/12 39/4 39/4
40/12 40/12 49/16 50/13 52/23 52/24
54/5 60/2 60/6 65/23 67/12 67/19 68/4
68/12 71/22 80/17 100/13 104/23
105/18 107/2 107/24 110/13 110/17
111/18 117/10 120/16 120/22 121/1
121/9 121/10 121/10 124/3 124/20
127/11 127/13 134/4 136/6 137/6 139/7
144/13 146/25 161/13 166/2 181/15
182/3 184/8 185/17 185/22 186/1 186/2
186/12 186/20 186/25 187/12 187/22
188/1 188/25 189/4 190/14 192/19

**then... [30]** 192/21 197/3 197/20 200/6
207/12 209/6 209/7 209/15 209/22
210/11 210/14 211/14 212/6 214/3
214/6 215/6 215/16 215/23 218/20
218/25 221/3 221/20 229/1 230/5
230/11 230/17 231/11 240/23 246/4
246/9
**therapist [1]** 117/9
**therapy [2]** 45/19 45/20
**there [187]** 4/14 5/17 5/20 6/8 6/10
8/15 8/22 9/22 10/1 15/2 16/6 17/12
21/25 24/12 25/2 25/7 27/6 29/10
31/10 32/7 32/17 33/24 33/25 35/20
36/10 39/6 40/2 42/14 46/2 48/6 48/13
48/17 48/22 53/17 55/16 56/16 57/15
59/14 61/7 63/7 63/8 64/6 65/15 68/10
68/25 70/4 70/4 70/13 72/5 72/10 73/7
73/9 74/7 74/7 74/14 77/25 85/8 87/10
92/18 94/5 94/17 96/8 96/11 102/9
102/10 109/5 109/8 111/4 112/5 112/24
118/18 119/22 120/9 125/11 128/12
128/14 129/22 133/5 137/20 139/18
139/20 141/2 141/20 145/3 145/10
147/9 147/22 152/9 154/3 154/5 159/1
160/3 161/12 165/22 166/6 167/8 168/4
171/1 171/3 173/15 174/25 180/14
190/6 190/7 191/7 191/9 191/17 191/22
193/18 193/18 193/18 193/25 194/6
195/23 197/2 197/6 197/13 198/15
198/16 199/22 199/24 200/5 200/8
200/24 200/25 200/25 201/3 201/4
201/5 201/11 201/13 201/13 201/14
205/2 205/5 205/13 207/13 207/13
207/14 208/25 209/5 209/8 210/2 210/4
210/7 210/11 211/2 211/4 211/13 213/1
213/6 213/20 214/5 214/16 215/10
215/25 216/1 216/9 217/19 217/20
218/1 218/19 218/19 220/15 220/18
221/11 222/22 222/25 224/2 224/12
224/19 224/20 225/7 225/20 226/13
227/24 230/20 232/12 234/9 236/3
236/23 237/1 237/4 241/15 242/5
244/20 248/8
**there's [40]** 10/25 20/23 34/25 35/10
43/20 49/21 63/19 65/1 70/17 73/16
88/15 110/22 120/9 120/12 120/14
122/2 135/18 137/3 137/7 137/7 137/8
148/25 177/10 177/16 177/23 198/24
205/7 215/9 222/25 223/2 223/19 224/4
224/19 229/16 230/24 231/1 231/2
244/22 246/18 246/20
**therefore [3]** 34/14 136/23 176/17
**therein [2]** 169/1 170/13
**these [34]** 6/12 6/16 10/18 15/5 15/12
16/3 17/17 18/17 18/12 18/20 20/3 20/15
20/24 22/18 37/6 52/1 73/16 74/4 86/5
96/7 103/23 120/24 136/22 143/9
145/13 181/1 186/2 190/22 191/3 195/3
203/5 205/2 219/15 232/10 239/19
**they [122]** 6/17 8/2 8/10 8/12 9/1 10/10
12/6 15/5 16/14 18/19 19/4 20/19 28/8
28/24 29/19 31/6 51/19 62/6 64/19
67/12 68/22 69/14 70/5 70/12 70/13
70/16 71/18 71/19 71/21 78/4 83/11
83/11 89/23 92/11 95/16 97/18 99/2
100/22 100/22 102/6 105/10 105/11
110/5 111/1 120/20 120/21 121/11
126/8 127/5 127/4 127/20 131/17
132/20 133/11 133/11 133/12 133/22
133/23 134/6 134/18 134/18 134/20
134/23 135/6 136/18 139/2 139/11
139/12 139/14 139/16 139/17 139/21
140/5 141/21 146/19 147/11 147/12
147/13 147/14 147/14 147/23 148/4
155/9 157/20 166/16 171/1 171/2
172/14 176/13 178/13 180/4 180/14
181/20 183/6 188/18 188/19 190/18
191/16 192/2 194/17 194/18 201/2
201/4 211/16 211/19 216/1 216/2 216/4
216/5 216/6 216/14 216/15 217/3 222/6
222/6 222/8 222/15 222/16 238/8
242/25 243/4 243/8
**they'll [7]** 19/14 26/23 32/17 127/10
200/5 200/6 204/25
**they're [34]** 4/7 10/9 12/6 12/10 15/6
16/15 18/18 18/18 61/4 75/3 89/18
95/16 95/16 102/2 111/2 112/13 123/5
123/16 123/17 132/19 133/10 134/5
134/22 136/14 139/13 139/13 139/15
145/18 146/19 164/20 198/1 202/3
207/2 216/5
**they've [3]** 11/17 18/8 207/10
**thing [27]** 6/25 11/16 14/19 35/10
52/19 57/1 58/16 61/4 71/14 85/7
103/5 107/7 109/3 133/23 134/19
135/13 152/19 186/10 197/25 198/3
211/8 214/22 216/8 216/8 216/13 217/3
242/18
**things [35]** 5/20 8/10 9/20 10/18 14/25
20/17 22/10 22/11 22/14 22/15 53/10
61/6 75/6 75/8 93/10 95/5 95/12 104/1
106/5 106/6 120/21 134/17 136/18
136/23 148/13 172/22 174/3 174/15
177/19 177/21 178/3 181/19 193/15
198/8 232/18
**think [128]** 5/15 7/6 8/6 10/9 10/23
11/1 11/1 15/5 20/24 27/7 31/9 32/12
36/21 40/9 52/23 58/19 59/18 60/1
60/2 60/25 61/8 63/17 63/19 64/5
66/21 69/7 70/20 71/9 72/20 73/12
73/15 73/21 77/5 77/7 77/18 78/8
80/16 81/15 83/8 83/15 83/19 86/5
88/14 88/14 88/20 88/21 89/13 93/2
94/12 95/5 96/20 97/2 97/10 97/11
97/11 97/21 98/25 99/5 99/10 99/18
100/1 100/19 101/9 103/4 105/2 105/24
106/3 106/4 106/9 106/12 106/15 107/6
107/18 111/8 111/15 112/4 118/1
118/12 118/18 119/17 119/23 120/1
120/4 120/7 120/17 120/19 120/22
128/20 132/22 133/5 135/6 135/7
135/13 135/13 136/3 136/22 139/1
139/5 139/10 139/25 142/22 145/10
145/12 147/15 147/16 147/19 147/24
148/2 148/9 148/9 160/24 160/25
161/18 172/2 202/24 211/9 213/23
222/10 227/17 230/9 235/7 236/17
241/14 245/14 246/3 246/15 247/13
248/8
**thinking [9]** 73/21 96/11 96/19 98/15
104/23 109/1 111/16 186/17 218/10
**thinks [3]** 65/24 106/20 175/3
**third [11]** 17/5 98/14 118/4 118/5
118/10 118/23 118/24 119/14 119/22
120/11 189/5
**this [195]** 8/17 6/10 10/1 104/ 12/18
13/24 14/1 14/12 15/20 16/2 18/9
18/23 19/10 22/10 23/22 23/25 24/20
26/15 26/20 26/25 27/24 30/13 30/22
31/5 31/19 31/22 34/17 35/6 43/5 54/1
56/18 63/1 63/2 63/4 63/16 63/18 64/6
65/18 66/18 69/8 69/21 73/8 73/13
76/1 77/6 81/13 82/18 83/6 83/9 83/18
84/4 84/4 84/13 87/15 92/16 92/24
93/2 96/12 98/15 99/1 100/20 101/20
101/25 102/14 102/14 103/6 103/12
104/25 105/3 108/7 108/11 108/24
109/13 110/16 111/9 111/19 112/4
112/6 112/17 115/6 120/1 120/6 121/4
124/12 131/5 135/14 136/14 136/20
141/3 141/10 142/13 144/12 145/24
152/4 160/21 163/3 165/24 169/2
170/14 171/2 171/10 171/25 172/16
178/4 180/2 181/2 181/13 183/5 183/10
184/11 184/13 184/21 184/22 185/13
187/15 189/7 189/10 189/20 190/20
191/5 192/21 192/22 193/5 193/23
193/24 194/10 194/10 195/6 195/17
199/17 199/19 201/18 204/12 205/15
205/20 206/3 206/14 207/8 207/21
208/14 208/20 211/9 211/10 212/8
214/10 214/11 214/21 216/13 217/10
218/10 218/11 219/11 220/4 220/6
220/6 220/13 221/9 221/13 221/14
222/3 222/19 223/19 224/13 224/21
226/25 227/12 227/15 227/20 229/4
230/5 231/12 231/14 231/23 232/25
233/6 233/10 234/10 237/10 240/11
240/12 240/12 240/13 240/15 241/12
243/18 243/21 243/22 244/5 244/22
245/14 247/4 247/9 247/14 247/18
248/4
**thorough [1]** 92/21
**those [66]** 8/13 8/23 10/14 10/20 11/6
11/14 14/25 15/10 19/16 22/24 28/15
28/18 30/10 31/6 31/13 36/11 54/8
55/10 56/17 58/15 71/2 72/7 81/9
85/22 87/15 87/23 88/6 89/20 94/5
95/15 96/8 109/25 115/12 115/18
124/16 127/13 132/13 133/21 138/3
138/20 142/8 144/16 158/21 159/7
159/12 160/10 160/19 160/21 162/10
163/11 167/19 171/4 172/15 183/18
183/25 184/2 194/24 206/7 207/5 225/8
238/7 238/7 242/7 242/9 244/17 246/4
**though [16]** 6/4 29/13 66/1 69/25
83/23 95/19 98/4 110/17 118/1 119/9
154/1 161/19 175/24 180/15 188/8
245/24
**thought [21]** 71/21 73/20 77/23 97/6
104/25 106/5 108/14 108/17 108/22
123/8 140/23 164/14 166/3 179/8 188/6
213/1 213/6 223/20 245/22 245/23
247/15
**thoughts [6]** 4/16 64/20 66/17 138/2
219/15 246/6
**thousands [1]** 197/19
**threat [10]** 80/24 81/14 118/4 118/22
118/23 118/24 119/1 119/6 119/10
162/18
**threaten [1]** 184/20
**threatened [12]** 12/22 30/16 80/22

**T**

**threatened... [9]** 81/5 81/6 81/7 142/2 162/6 162/15 162/16 184/14 219/17

**threatening [4]** 12/20 30/15 32/12 69/22

**threats [5]** 81/8 81/9 81/12 184/12 184/24

**three [12]** 23/9 71/9 87/23 91/18 154/13 156/19 160/15 163/22 184/20 201/2 203/7 247/6

**three-strike [1]** 91/18

**through [26]** 1/19 9/2 10/22 29/4 29/8 34/24 70/7 80/14 86/19 106/14 108/18 121/9 130/4 160/7 164/2 177/18 180/23 185/15 190/2 194/24 198/22 201/7 218/14 219/15 220/8 236/15

**throughout [2]** 4/23 15/13

**thrown [2]** 67/11 194/3

**thumb [6]** 65/2 65/15 104/22 107/19 111/16 121/19

**ticket [4]** 73/3 108/19 156/16 158/5

**ties [1]** 94/24

**tight [1]** 233/1

**tighter [1]** 233/10

**till [1]** 27/2

**time [79]** 9/21 14/8 20/8 20/9 21/7 22/10 23/5 24/18 24/21 26/17 36/24 38/15 44/21 47/5 52/25 56/5 72/11 77/3 99/11 100/17 102/13 104/17 115/6 117/24 121/16 124/11 129/15 129/16 129/18 131/8 140/11 140/17 140/25 152/4 153/7 155/14 155/19 160/14 160/18 161/16 161/24 166/20 167/6 170/20 174/12 176/17 177/22 180/6 180/22 181/4 181/14 183/5 183/18 184/9 188/4 189/5 191/24 193/24 194/13 196/21 211/20 214/18 216/6 219/2 219/7 219/22 221/12 221/16 224/5 227/22 234/12 235/5 236/4 236/5 244/2 244/4 246/14 246/14 246/19

**timeframe [1]** 24/19

**times [10]** 43/18 140/17 140/24 154/13 160/3 174/2 179/10 180/19 184/20 222/17

**timing [1]** 26/12

**tinge [2]** 73/17 104/14

**title [4]** 7/25 41/18 196/7 249/4

**today [10]** 23/14 23/14 26/21 26/22 54/2 112/22 148/4 206/2 207/18 236/2

**together [5]** 76/18 131/25 138/11 158/12 179/14

**told [44]** 6/7 11/19 20/20 26/21 63/13 63/15 63/17 76/22 140/17 142/24 187/7 191/4 199/14 215/17 216/11 216/12 222/8 222/15 222/15 225/20 225/25 226/9 226/22 226/24 227/3 232/6 232/8 232/12 232/13 232/17 234/20 234/23 234/25 235/7 235/19 235/23 236/23 236/25 237/1 237/3 237/4 237/6 237/11 237/15

**tomorrow [10]** 7/5 119/4 119/7 244/10 244/21 244/25 245/9 245/10 246/11 248/14

**tone [2]** 193/13 193/24

**tonight [2]** 244/24 245/3

**too [12]** 9/21 9/23 23/23 35/12 35/13 97/7 111/21 112/9 135/7 141/1 147/23

**took [12]** 23/12 48/19 144/11 153/24 162/20 212/11 214/18 220/24 229/9 229/12 230/2 230/21

**tools [2]** 88/5 128/10

**top [3]** 189/18 231/10 239/24

**torn [1]** 227/15

**Torrance [4]** 50/18 127/17 129/10 157/6

**totally [1]** 7/24

**touch [2]** 203/22 220/19

**touching [1]** 13/25

**tough [1]** 83/24

**tow [2]** 157/15 157/16

**toward [4]** 61/8 61/9 174/6 175/14

**towards [16]** 57/19 83/23 85/13 102/1 102/6 102/7 105/20 123/7 186/13 209/23 212/12 213/17 214/9 214/23 214/23 241/4

**tower [1]** 47/11

**town [2]** 218/14 223/1

**trace [1]** 220/24

**track [1]** 6/5

**tracks [1]** 194/24

**tradition [3]** 53/9 53/10 53/14

**traffic [4]** 51/1 71/14 200/20 218/19

**trafficking [3]** 66/14 95/13 161/6

**trail [1]** 61/19

**trailers [1]** 200/11

**train [3]** 242/25 243/4 243/8

**trained [8]** 99/1 132/19 132/20 133/11 134/1 185/14 197/14 234/3

**trainer [1]** 127/21

**training [17]** 35/21 41/3 49/25 130/8 132/23 156/9 198/22 198/24 199/3 211/17 211/18 215/8 215/12 217/11 225/8 242/22 243/15

**transcript [7]** 1/14 38/9 38/24 177/8 177/16 249/5 249/7

**transitioning [1]** 91/4

**translate [1]** 177/15

**transplant [1]** 14/23

**transported [3]** 234/25 235/22 236/13

**trash [39]** 155/20 183/23 184/2 185/1 185/7 185/13 185/15 197/1 199/15 199/17 199/23 200/2 200/23 201/1 201/1 201/2 201/8 201/9 201/10 201/19 202/3 202/13 202/16 202/18 221/22 222/5 226/15 226/22 227/3 227/12 227/16 227/19 227/21 227/24 232/7 236/7 236/21 236/24 237/12

**traveled [3]** 76/18 76/19 230/5

**treat [4]** 69/14 99/6 99/20 175/24

**treated [7]** 68/17 68/23 76/3 77/18 138/15 159/19 160/22

**treatment [2]** 89/9 127/12

**trial [65]** 1/19 4/6 8/11 13/2 14/1 15/13 16/15 16/22 18/21 21/14 21/20 22/1 22/23 23/3 23/25 24/5 24/10 26/6 29/3 30/22 32/8 34/17 34/23 36/11 38/23 48/12 54/8 59/14 63/7 75/3 87/23 89/11 107/23 128/11 128/12 128/12 135/21 137/20 143/15 148/16 158/25 163/17 171/14 172/3 172/9 174/13 176/19 177/3 177/6 177/8 178/2 178/5 178/9 179/12 179/16 179/17 180/2 180/14 181/2 181/12 183/13 184/22 187/15 189/10 190/2

**trials [3]** 36/12 85/8 180/11

**tried [4]** 80/4 129/1 141/2 221/18

**triers [1]** 179/3

**trigger [1]** 93/1

**triggered [1]** 77/18

**trip [2]** 76/11 147/14

**trouble [3]** 21/17 21/19 193/16

**truck [3]** 157/15 199/24 202/4

**trucks [2]** 200/6 200/10

**true [12]** 28/13 36/12 169/1 170/13 174/21 188/12 188/12 188/15 188/17 188/19 215/10 249/5

**truly [5]** 109/18 135/9 135/12 168/25 170/12

**trust [5]** 64/16 98/11 105/6 107/9 133/25 189/23

**truth [10]** 35/16 111/24 132/21 133/7 195/17 195/18 195/18 216/19 222/10 235/12

**truthful [6]** 57/6 57/14 111/18 132/5 132/8 158/17

**truthfully [2]** 13/23 37/15

**try [35]** 8/3 12/9 12/10 14/10 17/7 18/16 20/24 22/3 22/17 24/3 38/11 38/17 46/8 53/17 65/19 83/14 84/25 97/13 101/8 101/11 105/9 105/11 107/22 109/19 127/12 130/4 168/25 170/12 177/24 178/5 178/19 188/16 219/3 223/4 246/3

**trying [25]** 22/15 37/12 37/13 39/7 58/6 66/3 68/4 69/20 101/20 134/11 140/25 178/15 187/11 193/8 193/9 193/19 193/19 212/21 212/22 217/20 217/20 220/3 223/24 241/17 242/15

**Tuesday [3]** 1/17 4/1 117/1

**tunnel [1]** 242/15

**turn [12]** 14/19 14/21 14/22 75/7 176/18 187/24 187/24 189/4 189/17 205/19 230/24 231/2

**turned [7]** 46/7 218/4 230/12 230/15 231/9 231/11 231/14

**turning [11]** 201/14 201/20 202/9 203/16 204/9 204/17 206/11 208/11 213/14 219/23 220/11

**turns [4]** 83/8 192/20 192/22 220/8

**TV [3]** 135/5 136/23 211/17

**twelve [4]** 75/17 75/20 122/2 122/3

**twice [2]** 25/4 184/20

**two [53]** 6/18 18/9 25/12 25/24 67/12 68/14 71/7 76/17 96/7 109/20 112/10 114/3 122/18 122/19 125/21 125/24 126/7 127/18 127/19 128/12 133/21 138/25 146/25 153/1 153/2 153/5 155/5 155/6 157/15 166/23 169/10 173/15 187/13 188/10 189/20 190/23 190/24 191/2 196/22 215/25 216/15 217/3 218/1 221/2 222/3 226/20 229/3 230/6 231/24 232/1 232/3 232/3 243/19

**two-hour [1]** 25/24

**two-strike [1]** 71/7

**type [7]** 36/5 61/4 71/14 197/10 201/10 233/21 238/21

**types [2]** 197/23 243/5

**typically [3]** 76/22 103/23 197/11

**U**

**U.S [6]** 50/7 58/2 60/17 159/2 159/4 196/6

**U**

**U.S. [1]** 75/17
**U.S. Marines [1]** 75/10
**ugly [1]** 72/13
**uh [6]** 38/12 38/12 208/15 208/18
237/17 238/20
**uh-huh [5]** 38/12 208/15 208/18
237/17 238/20
**ultimately [4]** 76/25 108/11 111/6
117/16
**Um [1]** 206/15
**Um-hmm [1]** 206/15
**Umm [8]** 64/9 64/13 65/19 69/13
156/23 196/18 199/6 203/20
**unable [1]** 29/21
**unanimity [1]** 8/16
**unarmed [1]** 199/13
**unbiased [3]** 18/21 34/18 37/12
**uncle [1]** 66/13
**uncle's [1]** 37/25
**under [9]** 4/14 16/15 34/13 71/8 92/14
106/9 163/23 164/1 196/13
**underestimate [1]** 81/9
**understand [37]** 24/4 29/18 31/15
35/14 36/10 37/11 43/22 51/5 51/7
51/25 54/7 57/22 65/14 70/10 84/21
87/1 94/14 94/19 94/20 95/8 95/18
95/24 110/19 111/7 111/25 112/3
119/19 134/12 135/18 166/12 166/19
173/2 174/24 210/19 223/18 237/2
243/7
**understanding [5]** 121/4 121/7 166/13
183/13 236/1
**understands [1]** 106/19
**understood [3]** 9/13 235/2 241/23
**unemployed [3]** 44/20 49/12 154/11
**unexpected [1]** 24/9
**unfair [1]** 108/22
**unfortunate [1]** 110/17
**unfortunately [4]** 26/18 81/3 81/7
199/25
**Unified [3]** 12/25 40/21 49/11
**uniform [3]** 185/23 205/15 206/3
**unimportant [1]** 176/16
**union [2]** 47/5 153/3
**UNITED [27]** 1/1 1/6 2/2 2/4 2/5 12/19
14/7 14/11 27/16 27/17 27/20 30/13
30/19 50/6 59/15 60/15 82/17 100/12
137/21 142/13 163/2 183/20 183/24
186/6 196/14 249/4 249/9
**University [2]** 41/4 42/7
**University's [1]** 42/8
**unjustifiable [1]** 78/5
**unknown [1]** 98/2
**unless [11]** 21/23 23/2 32/23 34/7 38/4
53/15 105/15 107/2 135/25 180/16
181/10
**unpartial [1]** 111/10
**unprejudiced [1]** 34/18
**unrelated [2]** 92/22 179/16
**unsettled [1]** 120/5
**until [32]** 4/7 10/5 15/14 15/18 16/21
17/3 17/17 21/9 23/7 23/14 32/15
32/18 32/19 32/23 34/6 69/14 74/1
74/3 115/8 115/11 115/17 135/24 176/7
178/10 179/21 181/3 181/4 181/10
181/23 182/7 230/14 244/9

**up [99]** 4/20 6/12 8/18 10/7 11/7 12/13
17/25 18/15 18/22 24/9 25/14 36/23
39/1 53/13 66/21 69/10 70/24 73/2
79/18 80/17 91/7 93/3 102/22 103/5
103/12 106/3 106/4 107/2 107/8 107/13
107/17 107/23 108/21 114/10 115/15
116/1 120/2 121/19 121/24 122/24
124/9 124/12 124/16 139/7 141/6 141/9
145/25 146/1 157/20 170/3 170/4
172/10 177/21 185/21 186/15 187/25
188/2 189/22 190/21 190/23 193/1
196/25 200/7 201/15 203/4 203/10
203/13 203/21 205/16 207/15 209/10
212/9 212/10 214/20 215/4 216/25
217/1 218/3 218/18 218/18 219/8 221/5
221/7 221/14 222/1 225/17 227/18
228/7 230/5 230/11 230/20 232/1 233/2
235/9 235/18 236/15 239/16 240/8
246/10
**upfront [1]** 145/19
**upholstery [1]** 128/2
**upon [5]** 13/25 13/25 76/11 121/8
186/23
**upset [4]** 190/13 211/11 241/18
241/20
**us [46]** 9/17 12/6 12/16 21/11 21/20
22/5 24/11 28/20 29/22 35/5 35/12
36/8 37/24 38/5 38/12 40/10 48/16
48/21 50/10 50/13 80/11 101/18 103/1
108/1 113/18 124/2 125/9 125/24 127/4
130/13 142/24 144/9 152/21 154/4
170/18 211/19 223/20 224/3 225/20
227/3 229/1 229/8 237/1 237/6 237/15
246/16
**USA [1]** 156/1
**usage [1]** 154/2
**USC [1]** 47/5
**use [27]** 5/3 8/8 9/8 10/9 10/13 11/7
24/18 29/15 30/4 56/23 57/1 89/3 99/3
100/1 116/5 121/11 132/2 140/11
169/10 173/13 192/1 200/9 207/3 207/3
225/8 240/7 241/1
**used [14]** 18/9 29/2 56/12 64/2 104/13
105/7 133/2 153/25 168/8 168/9 173/23
186/11 199/13 238/12
**using [2]** 186/21 209/23
**usually [7]** 36/14 76/19 83/2 129/16
146/17 167/19 199/13
**Utah [1]** 161/25

**V**

**valid [1]** 65/20
**Valley [2]** 154/10 155/5
**valuable [2]** 170/24 248/6
**vantage [2]** 133/22 134/16
**Various [1]** 128/6
**varsity [1]** 25/21
**vehicle [8]** 185/22 187/1 203/23
203/24 204/6 204/8 204/13 204/14
204/21 204/22 205/3 205/5 207/12
213/10 213/13 214/4 214/15 214/15
214/17 214/19 214/20 214/23 214/23
215/7 215/8 215/13 215/21 216/25
217/12 218/24 219/3 219/5 219/5
219/19 221/3 221/18 221/19
**vehicles [5]** 61/17 199/20 200/10
222/24 223/5
**Ventura [6]** 25/12 25/24 44/18 128/5

**verbatim [1]** 236/9
**verdict [27]** 15/14 15/19 36/7 36/8
44/12 46/20 48/22 59/13 65/25 84/14
94/7 126/20 127/22 128/14 137/19
143/5 145/5 154/3 158/25 163/8 165/24
169/1 170/13 172/1 172/10 182/4
189/11
**version [1]** 102/2
**versus [1]** 84/1
**vertically [1]** 231/10
**very [50]** 9/22 15/12 19/7 26/6 26/7
29/20 37/3 37/13 38/12 49/23 61/17
64/3 68/17 77/19 85/6 92/18 92/21
103/17 105/2 110/17 113/4 113/10
113/25 115/3 119/6 120/7 136/3 140/6
141/7 141/7 149/23 150/14 150/25
151/11 160/22 167/18 169/7 169/25
170/16 170/18 170/19 180/18 194/20
209/12 209/21 214/18 218/4 223/1
224/3 236/17
**vest [9]** 185/23 190/23 205/20 225/6
237/18 237/19 237/20 237/22 238/3
**vibrate [1]** 14/21
**vice [1]** 45/15
**victim [12]** 78/15 79/5 79/6 79/9 79/10
80/5 80/5 138/18 141/12 141/18 159/22
160/6
**victimology [1]** 79/21
**victims [1]** 79/7
**Victoroff [6]** 6/24 28/12 245/11 245/23
245/25 246/11
**Victoroff's [1]** 10/18
**video [5]** 137/3 137/5 225/5 225/9
225/12
**videotape [2]** 136/4 136/5
**view [10]** 17/14 19/10 69/11 69/12
69/15 90/21 93/21 106/23 134/4 134/10
**views [4]** 60/1 64/19 64/20 117/10
**violate [1]** 15/10
**violates [1]** 20/3
**violating [2]** 15/11 20/24
**violation [1]** 219/16
**violence [7]** 52/16 52/18 78/16 128/18
138/19 159/23 160/3
**violent [1]** 141/13
**vision [1]** 242/15
**visit [1]** 17/14
**visiting [1]** 76/12
**visitors [2]** 197/18 197/19
**vocabulary [1]** 31/23
**voice [7]** 190/17 193/13 194/4 194/15
210/6 210/9 210/20
**voices [3]** 22/5 190/18 193/13
**VOIR [6]** 3/4 3/5 3/12 3/17 14/5 124/7
**VOL [1]** 3/13 3/18 3/23
**voluntarily [1]** 67/19
**volunteer [1]** 31/23
**volunteered [1]** 62/14
**volunteering [1]** 131/7
**vote [4]** 69/25 83/11 86/1 181/8
**vulnerable [1]** 218/22

**W**

**waistband [1]** 234/7
**waistbands [2]** 234/4 234/4
**waistline [2]** 212/25 213/3
**wait [6]** 21/15 76/23 115/11 123/1

**W**

wait... [2]  151/5 152/12
waiting [4]  14/23 22/8 68/16 68/20
walk [7]  16/12 21/24 52/11 53/13
98/13 98/13 151/17
walked [2]  186/25 241/10
walking [5]  24/12 80/12 214/4 214/11
214/12
walks [2]  53/15 109/24
want [49]  5/1 5/9 7/13 7/22 10/14 14/8
14/18 14/19 15/7 25/21 25/25 37/22
52/16 64/25 65/7 65/12 81/10 83/16
96/9 101/23 104/17 105/15 106/2
106/17 107/2 116/12 117/7 119/5 120/8
122/17 124/4 130/5 145/12 166/6
182/10 186/3 190/4 200/9 209/14
209/16 209/16 210/1 210/12 217/12
217/19 229/10 245/19 247/14 247/21
wanted [13]  5/23 6/7 94/13 108/17
145/16 186/6 187/17 199/16 216/9
221/24 221/24 233/23 245/17
wanting [1]  92/20
wants [7]  9/8 25/2 193/6 193/7 193/7
193/17 204/24
war [1]  76/13
warning [1]  197/9
warrant [8]  190/15 211/2 211/4 232/10
232/12 232/13 232/15 232/16
was [473]
wasn't [21]  70/4 107/17 140/4 141/4
141/13 153/22 154/1 160/17 160/17
176/17 178/20 196/20 201/1 209/9
209/9 209/11 214/8 214/13 236/18
241/15 243/5
wasted [3]  20/8 20/8 170/20
watch [8]  4/6 17/21 70/13 133/22
180/11 180/13 222/24 242/15
watching [9]  106/9 211/15 211/19
212/2 212/3 212/7 212/19 212/24 213/7
water [4]  129/22 224/17 224/18 224/21
watering [1]  189/21
way [47]  7/23 12/7 12/11 13/12 19/11
19/13 19/20 19/25 22/20 22/22 23/2
28/23 33/4 35/1 38/25 39/1 53/6 67/10
68/16 68/22 73/20 83/8 86/5 89/11
99/10 120/15 133/6 133/7 133/24
134/18 137/7 137/7 137/8 137/19 140/5
141/1 171/25 177/2 180/9 202/22 204/4
205/3 209/10 231/18 240/12 240/15
241/15
ways [1]  117/15
we [174]  4/20 4/25 5/20 7/3 7/4 7/6
8/15 8/20 9/2 9/7 9/18 12/5 13/3 14/7
14/11 15/2 17/9 19/20 20/5 20/6 20/14
21/8 21/14 21/14 21/16 21/24 21/24
22/1 22/3 22/17 23/9 23/17 23/23 24/7
24/17 24/17 25/14 26/6 27/7 27/13
28/19 28/19 29/22 30/23 34/24 37/16
37/21 37/22 38/7 38/22 42/14 43/3
46/6 53/7 53/16 53/17 54/11 55/5 64/1
65/1 65/3 68/4 68/5 68/9 72/10 76/18
78/19 84/12 85/8 87/8 87/16 88/4 88/4
89/15 89/16 93/20 95/14 95/15 103/3
104/12 106/15 109/23 110/18 111/12
111/14 111/23 115/11 115/17 116/7
116/8 120/8 121/2 121/22 121/24
122/12 124/4 124/17 125/11 127/8
127/13 127/22 129/20 130/5 130/6
137/14 135/15 135/21 136/10 137/5
137/9 137/22 141/5 151/7 154/25
157/16 159/12 167/19 168/1 168/6
170/21 170/22 170/23 170/23 177/13
178/8 178/16 179/3 179/3 180/7 181/14
196/13 197/2 197/5 197/12 197/12
197/18 198/2 198/3 198/4 198/6 199/13
206/17 207/6 216/6 216/6 216/7 216/8
223/2 223/17 223/18 223/18 223/23
225/12 225/15 230/8 231/10 233/10
237/21 244/20 245/15 245/18 246/2
246/3 246/10 246/16 246/18 246/19
246/20 247/12 247/22 248/1 248/3
248/5 248/6
we'd [1]  150/12
we'll [31]  8/18 13/11 21/21 23/9 23/14
23/15 23/16 27/7 37/18 38/17 39/1
40/1 40/13 50/14 113/1 114/14 115/15
116/16 121/2 122/3 123/1 124/4 127/11
130/4 146/5 150/8 150/20 157/11 182/5
197/13 201/14
we're [41]  9/16 9/17 14/10 22/4 22/6
22/14 23/7 23/14 25/13 34/11 37/3
37/12 37/13 40/11 49/16 55/9 73/11
73/24 80/23 109/4 122/3 124/20 125/6
125/7 129/16 157/15 166/19 168/6
168/7 170/22 177/13 178/15 181/12
181/13 197/14 204/2 204/4 207/6 215/8
243/1 246/25
we've [14]  8/17 11/18 22/23 42/23
50/10 59/4 76/1 87/13 95/5 95/8
101/25 146/17 164/6 166/14
weapon [21]  161/6 161/7 193/4
206/25 207/8 213/2 213/7 215/11 223/6
223/8 233/24 234/1 234/2 234/7 234/9
238/10 238/15 238/21 239/12 239/13
239/24
weapons [16]  190/24 190/24 191/2
206/4 206/6 207/5 212/25 213/3 213/6
234/4 237/16 238/2 238/5 238/8 238/9
238/13
wear [1]  205/21
wearing [21]  16/9 85/7 134/18 134/19
180/3 185/22 190/24 205/14 205/15
206/1 206/2 207/20 207/22 233/16
233/19 233/20 233/21 237/18 237/24
238/3 238/5
web [1]  18/4
website [1]  145/24
week [4]  145/25 155/6 166/24 248/4
weeks [4]  18/9 199/4 242/22 242/25
weigh [2]  111/9 171/21
weighing [1]  224/12
weight [5]  99/19 99/22 136/15 173/24
174/1
WEISBERG [5]  2/8 8/16 27/22 114/8
246/15
welcome [3]  4/14 14/6 154/7
well [71]  5/25 9/6 12/5 20/9 27/6 40/17
50/14 51/19 52/11 52/22 53/7 53/8
53/11 60/25 66/8 68/2 71/11 73/11
85/6 85/15 86/23 87/17 88/12 89/9
91/19 95/11 95/13 97/7 97/9 97/10
103/4 104/3 105/2 108/3 109/1 111/6
111/12 116/10 120/14 122/9 122/10
123/1 123/22 126/24 133/10 133/25
135/21 140/25 148/16 168/25 170/12

172/21 172/24 184/24 185/7 188/11
190/4 193/6 197/23 198/8 200/18
205/6 205/23 210/6 211/23 220/17
228/22 245/21 246/13 247/24 248/5
well-monitored [1]  95/13
went [22]  67/7 67/19 68/7 68/12 70/7
80/14 117/15 153/1 160/6 161/13
162/14 193/25 203/3 207/15 210/15
221/21 225/17 227/20 228/23 230/15
230/20 242/21
were [91]  4/19 10/22 37/6 43/13 47/22
48/6 48/10 64/2 67/17 68/4 68/19
71/13 72/6 72/10 76/15 78/14 80/9
92/11 96/7 97/4 98/7 98/25 99/17
99/17 101/1 117/15 119/2 120/4 121/24
132/25 133/23 134/18 139/17 145/13
155/8 160/3 160/10 162/5 166/7 171/19
180/21 181/8 183/19 186/15 191/9
191/22 191/22 191/23 195/4 196/24
197/2 197/5 199/5 199/8 201/2 201/4
203/6 204/6 204/14 205/14 206/4 208/5
208/23 210/2 210/22 212/2 213/17
215/25 216/2 216/6 216/15 225/7
226/13 226/15 227/23 227/24 228/4
228/7 231/17 231/22 232/1 232/6 233/6
236/3 236/3 237/1 237/24 238/2 238/5
241/24 248/15
weren't [2]  58/22 134/18
West [1]  41/15
WESTERN [1]  1/3
what [277]
what's [10]  19/19 39/19 65/4 65/16
91/2 103/21 136/5 200/3 206/21 228/9
whatever [9]  19/15 61/20 64/19 64/20
83/3 97/1 98/14 118/19 148/4
wheelers [1]  199/21
when [138]  4/6 4/10 6/2 8/10 12/6 12/6
13/11 16/3 17/8 20/25 21/11 21/24
22/7 23/25 24/24 26/20 26/22 28/21
29/3 29/21 35/2 43/13 44/5 44/24
49/12 52/23 55/13 62/24 63/3 64/16
68/6 68/7 68/8 71/6 73/6 73/19 74/4
76/18 76/19 79/13 79/17 81/11 85/8
92/21 102/17 104/21 104/23 105/7
107/21 108/3 108/11 108/20 115/10
115/12 121/2 122/3 124/11 139/8
147/12 164/2 171/21 173/9 175/1
175/18 175/23 176/2 176/24 177/1
177/3 179/14 180/7 180/21 181/14
182/3 185/14 185/19 188/13 188/21
189/22 190/1 191/13 192/2 193/25
197/3 197/7 199/17 199/22 203/13
204/24 208/2 208/6 208/20 210/7 210/7
210/18 213/17 213/17 213/19 214/18
214/19 215/9 215/15 215/23 215/24
217/6 218/4 218/8 222/4 223/6 223/18
225/17 225/25 226/9 226/17 227/22
228/4 231/5 231/5 231/11 231/22 232/5
232/9 234/23 235/7 236/6 237/9 238/1
236/9 239/10 239/15 240/2 240/5
240/23 241/1 241/2 244/4 246/2 246/18
whenever [3]  10/6 157/20 244/1
where [81]  4/8 10/1 21/14 45/9 51/4
55/6 55/7 58/10 58/15 68/3 71/19
71/22 72/5 79/16 80/22 90/23 106/3
109/16 114/1 114/3 118/21 119/20
120/1 121/7 126/15 130/17 133/6
135/20 137/20 141/19 142/2 162/5

**W**

where... **[49]**  164/9 171/5 180/3 184/3 187/5 189/25 192/4 193/11 196/5 199/5 200/2 200/12 203/6 203/11 203/13 203/15 203/23 207/1 207/5 208/2 208/5 208/20 208/23 209/2 209/4 210/19 218/15 220/3 220/14 220/14 220/23 221/2 221/14 221/21 222/5 223/24 224/4 226/18 228/22 228/23 229/2 229/3 229/4 229/15 230/5 230/9 230/11 232/2 233/6

where's **[1]**  135/17

wherever **[1]**  238/25

whether **[48]**  4/25 18/24 19/11 20/25 28/9 31/6 31/12 32/12 32/14 35/6 35/22 36/2 36/3 36/4 36/7 37/10 42/24 43/20 49/21 55/4 69/20 76/16 76/23 84/5 89/4 94/3 97/4 97/18 103/6 104/24 104/25 105/23 110/12 133/23 134/15 136/14 136/19 144/3 145/1 156/7 164/18 165/20 171/17 172/4 174/10 197/8 222/21 241/16

which **[57]**  5/4 7/24 8/12 9/13 9/25 11/12 11/16 17/11 25/24 29/6 53/22 59/14 60/5 60/10 62/3 67/16 72/8 76/21 78/5 84/4 95/12 96/22 105/2 110/21 114/4 116/2 117/15 118/10 118/18 123/19 126/15 130/18 138/6 159/1 159/10 168/6 172/14 172/17 172/17 172/23 173/12 173/20 175/6 181/4 181/20 196/9 199/12 199/25 206/9 216/16 218/13 219/8 224/2 230/17 233/5 239/19 245/9

whichever **[1]**  83/8

while **[24]**  8/21 9/16 12/24 22/8 30/18 37/2 46/23 49/19 51/6 51/23 53/22 54/20 101/25 103/8 161/11 168/6 173/1 177/13 178/4 187/1 191/16 214/21 216/15 227/22

white **[11]**  192/19 223/15 228/7 229/6 229/16 230/3 230/11 230/20 231/25 231/25 232/2

who **[106]**  6/1 6/2 8/11 15/18 16/7 16/8 16/21 17/6 17/22 17/25 20/3 22/25 24/7 25/2 28/23 29/10 29/12 29/23 31/10 32/7 32/17 34/20 34/21 37/8 47/12 49/3 50/19 53/18 54/16 58/14 65/21 66/13 70/24 71/8 71/19 72/24 74/15 74/20 75/13 79/17 80/4 91/12 91/17 94/5 99/1 99/17 99/18 101/6 101/20 102/21 105/10 105/15 109/1 110/3 110/15 110/24 115/25 123/6 123/24 133/9 133/24 136/13 138/25 139/2 140/11 141/21 143/24 145/3 147/1 147/10 148/3 152/20 156/21 164/8 165/22 165/22 167/4 167/8 167/17 176/21 184/25 185/2 186/3 187/14 188/11 189/21 190/1 190/21 190/23 191/8 191/9 191/20 191/22 191/23 192/7 193/4 194/25 194/25 199/20 200/9 201/8 231/22 233/7 239/6 241/18 241/20

who's **[8]**  25/20 44/21 45/15 71/7 74/4 110/3 190/3 190/3

whole **[8]**  9/2 12/1 12/2 153/25 195/18 216/8 217/3 221/12

wholesale **[1]**  9/6

whose **[2]**  96/23 190/20

why **[51]**  10/19 10/7/6 11/14 19/18 27/6 27/13 34/25 40/10 48/19 53/8 64/1 72/10 76/15 77/24 83/15 87/16 99/8 99/23 109/23 120/5 120/8 130/6 135/18 135/18 144/9 178/20 186/8 190/3 190/4 190/4 190/6 190/7 198/12 203/4 210/2 210/4 210/11 212/2 216/2 217/9 221/23 224/10 228/22 229/1 229/2 229/8 229/15 231/10 236/3 237/1 237/4

widowed **[2]**  35/23 46/12

wife **[5]**  42/9 47/19 76/15 128/9 146/3

Wild **[1]**  153/7

wilderness **[3]**  61/2 61/5 199/2

wildlife **[1]**  197/20

will **[97]**  4/13 5/16 7/21 8/21 9/1 9/22 12/5 12/6 12/9 13/1 13/20 13/23 16/6 17/7 18/22 19/13 19/20 19/21 20/8 20/8 21/2 24/17 29/4 30/21 31/10 34/21 35/5 36/24 37/7 37/8 37/8 37/9 38/25 39/2 39/4 39/5 39/6 66/1 86/8 101/6 111/6 111/8 111/9 111/19 111/20 131/6 136/19 145/23 148/10 149/16 150/19 151/10 168/12 168/21 168/25 170/12 171/1 171/15 171/21 176/25 177/7 177/24 178/11 178/21 179/9 181/15 182/2 182/10 183/5 183/12 184/14 184/19 185/5 185/9 188/5 188/13 188/17 188/19 189/10 190/11 190/12 191/6 191/7 191/11 192/13 193/8 193/14 193/14 193/15 193/23 195/3 195/5 195/17 200/4 205/7 228/21 246/21

WILLIAMS **[2]**  2/4 27/19

willing **[1]**  98/7

window **[11]**  187/4 187/5 188/3 214/25 215/1 215/4 217/22 218/6 218/20 219/1 219/2

windows **[5]**  192/6 214/24 214/25 215/3 215/5

Wings **[1]**  153/7

wire **[1]**  238/16

wires **[1]**  53/16

wise **[1]**  203/7

wish **[1]**  176/6

within **[4]**  24/19 55/12 130/13 194/12

without **[14]**  9/2 11/25 14/16 44/11 46/19 48/16 48/21 110/25 119/22 136/4 154/3 207/3 223/8 224/6

witness **[54]**  3/13 3/18 6/16 6/22 9/10 16/2 28/19 28/21 29/3 29/4 29/14 29/15 30/4 30/5 56/23 57/6 75/11 103/14 103/16 103/17 104/2 132/2 132/6 133/17 134/15 136/10 158/14 158/17 172/19 172/22 172/23 172/24 173/2 173/4 173/12 173/17 174/22 175/6 175/10 178/22 179/6 179/7 179/7 185/8 191/7 191/8 195/8 195/13 195/20 205/16 205/20 228/25 229/14 229/17

witness's **[2]**  173/1 173/7

witnesses **[30]**  3/11 3/16 15/21 16/8 16/16 17/16 19/1 28/8 28/23 56/25 65/1 65/17 110/25 172/12 172/20 175/20 176/12 177/12 181/16 181/18 181/19 181/21 184/7 184/23 187/14 190/17 191/9 222/2 246/10 246/19

woman **[3]**  6/1 92/24 191/20

woman's **[1]**  194/4

won't **[18]**  13/6 16/7 16/13 16/19 19/11 23/9 23/20 26/13 94/2 43/3 94/15 98/10 124/5 192/2 224/1 224/5 224/5 248/5

wonderful **[2]**  25/14 116/10

wondering **[4]**  4/6 77/24 123/15 247/12

word **[7]**  5/24 18/13 18/15 38/8 104/14 105/7 225/15

words **[15]**  5/3 77/18 84/3 94/8 111/3 179/20 183/19 184/17 186/3 195/4 241/23 242/8 242/9 242/16 242/17

wore **[3]**  206/3 239/22 239/24

work **[37]**  7/21 16/25 23/12 23/24 42/6 42/20 44/18 45/9 47/10 49/5 49/10 55/3 56/12 72/12 88/3 90/6 90/9 103/23 106/14 126/14 127/13 127/18 146/10 146/13 148/24 153/2 153/10 154/17 154/23 155/19 157/8 167/4 196/5 196/6 196/9 196/13 196/19

worked **[20]**  6/2 45/21 46/24 47/4 49/25 51/15 56/13 81/2 87/15 88/3 88/7 90/7 92/9 131/6 131/8 143/8 146/15 157/14 163/11 196/22

Workers' **[8]**  51/10 51/11 51/19 56/7 88/10 103/17 103/25 156/17

working **[17]**  6/11 8/13 49/12 71/16 89/3 89/7 89/15 93/13 127/1 129/15 130/9 153/7 155/5 155/13 156/3 156/9 199/8

works **[4]**  4/10 26/11 55/21 71/9 83/21 85/15 110/9 125/19 128/9 130/19 156/21

world **[2]**  70/13 90/22

worn **[3]**  191/3 225/5 225/9

worry **[1]**  39/2

worst **[2]**  215/10 217/11

worth **[1]**  145/20

would **[196]**  5/4 5/6 6/16 7/3 9/16 9/24 10/2 10/21 11/2 11/13 11/6 11/15 12/16 23/5 23/25 24/1 24/8 24/21 25/21 27/3 28/22 29/20 37/5 37/10 38/5 56/21 57/1 57/23 57/25 58/4 58/9 58/19 59/12 60/3 60/5 61/8 63/4 65/19 66/5 69/10 69/17 69/21 69/24 70/18 73/13 73/14 73/15 73/21 76/19 76/22 77/5 82/18 83/6 83/13 83/15 83/18 85/1 86/1 86/20 86/21 87/3 88/15 93/3 93/18 96/8 97/3 97/7 97/10 97/13 97/20 97/20 97/21 97/22 98/6 98/16 98/19 99/2 99/5 99/18 99/20 100/1 100/24 100/24 101/3 101/5 101/9 101/11 102/23 103/19 104/12 105/8 105/20 105/20 105/21 106/6 106/6 107/22 109/2 109/17 113/2 113/9 113/16 113/22 114/13 115/1 118/21 118/22 118/23 118/24 119/8 119/9 119/12 119/21 119/21 119/24 120/19 120/22 124/12 124/13 131/25 132/24 133/25 136/17 137/4 137/18 142/14 144/20 145/9 145/12 145/19 145/25 146/2 148/2 148/4 148/18 149/1 150/23 151/3 151/5 151/14 151/18 152/3 157/18 158/12 158/24 162/20 163/3 165/14 166/3 166/6 169/16 169/23 170/3 170/4 170/6 175/11 179/1 181/8 189/13 190/11 191/5 197/1 197/8 197/23 198/12 198/16 198/18 198/19

# W

**would... [28]**  198/20 203/24 203/25 208/24 209/3 213/19 215/11 215/18 218/14 219/21 220/16 220/17 223/2 229/18 230/20 231/24 232/1 234/8 239/4 241/15 241/15 245/24 246/7 246/8 246/16 246/18 247/10 247/17
**wouldn't [17]**  24/7 58/22 73/3 83/25 98/13 107/24 108/19 108/21 117/18 117/19 119/15 134/24 136/16 146/15 193/1 238/17 241/21
**wound [1]**  215/4
**write [3]**  12/13 177/5 178/9
**writes [2]**  176/15 194/10
**writing [2]**  18/16 177/4
**written [4]**  55/11 171/15 176/17 177/8
**wrong [3]**  35/10 121/25 207/8
**wrongly [2]**  139/1 139/4
**www.patcuneo.com [1]**  1/25
**Wyoming [1]**  54/20

# X

**x-ray [1]**  154/18

# Y

**yard [2]**  189/21 223/13
**yards [1]**  153/25
**yeah [43]**  51/7 57/17 57/25 58/11 58/14 68/15 73/14 78/25 82/24 83/22 84/8 86/11 90/14 98/1 102/16 102/23 105/14 131/18 131/21 139/21 141/7 153/12 155/9 161/5 163/21 196/13 198/24 200/19 200/20 203/20 204/5 204/23 206/5 218/13 219/13 220/6 220/16 220/17 220/23 223/23 237/2 237/11 239/5
**year [11]**  52/23 67/7 67/13 153/2 153/6 155/13 157/14 160/7 161/17 185/10 185/10
**years [28]**  6/12 38/1 55/1 62/23 64/1 66/16 66/23 71/5 71/6 72/22 75/17 75/20 76/11 76/17 97/1 125/22 127/18 128/12 153/1 153/2 153/16 156/20 157/15 160/15 161/25 163/21 196/22 239/6
**yell [1]**  187/2
**yelled [3]**  121/25 184/4 188/3
**yelling [6]**  75/8 191/15 191/18 211/15 211/16 214/12
**yells [2]**  193/21 193/22
**yes [180]**  7/11 7/12 9/11 12/2 12/4 12/15 13/21 14/15 25/8 31/19 31/20 32/5 38/11 38/19 39/10 43/6 44/7 47/20 47/23 48/3 48/20 48/23 49/19 49/20 50/16 50/23 51/10 51/22 53/18 53/21 54/9 55/16 57/7 57/14 59/3 59/24 60/11 61/15 62/10 62/22 63/14 66/9 67/18 67/21 68/21 69/1 69/9 70/3 74/15 75/1 76/7 77/15 78/10 80/10 80/12 85/25 86/9 87/7 87/24 96/17 98/23 99/4 101/11 104/12 104/18 109/2 116/13 122/22 125/18 127/22 128/15 128/22 129/12 130/15 130/21 130/25 132/13 133/2 134/8 135/3 136/2 138/20 142/8 142/20 142/25 143/16 144/16 146/9 146/23 147/18 148/1 148/20 149/3 149/18 149/19 151/7 152/7 152/24 152/24 153/6 153/21 154/5

156/15 157/23 158/21 159/7 161/20 161/23 162/10 162/17 163/18 164/12 165/1 168/22 170/8 182/24 185/25 189/15 195/9 195/23 195/24 196/16 198/11 199/9 204/16 205/13 205/25 206/6 207/19 207/21 208/8 208/17 208/19 208/24 209/14 209/15 209/16 213/19 217/22 218/23 219/20 219/22 222/14 223/23 224/22 225/11 225/16 225/22 226/2 226/14 226/16 227/6 227/21 229/7 230/4 230/7 230/23 234/18 234/22 235/4 235/25 237/23 237/25 238/4 238/6 238/17 238/20 238/20 238/23 239/23 240/22 241/3 241/11 241/19 241/22 245/7 246/1 246/12 247/19 248/8
**yesterday [4]**  5/25 8/17 12/8 117/25
**yet [3]**  123/18 135/21 225/8
**yogurt [1]**  122/8
**York [1]**  37/25
**you [1319]**
**you reach [1]**  240/14
**you'd [6]**  22/11 22/11 23/11 101/25 102/1 141/17
**you'll [27]**  11/16 19/16 21/5 21/11 23/19 27/2 30/6 150/18 176/5 177/6 179/19 182/2 184/22 185/8 186/13 186/19 187/14 188/10 190/1 192/14 192/18 193/12 193/12 193/15 195/2 195/2 246/2
**you're [126]**  12/1 12/16 14/9 15/25 16/4 16/10 17/3 18/12 19/7 19/11 21/1 21/12 22/7 24/11 29/6 33/21 35/2 35/6 35/23 38/2 51/6 52/23 57/23 64/22 65/2 66/1 66/2 69/14 74/6 85/7 85/7 87/9 94/14 94/22 95/19 95/19 96/11 98/7 98/8 103/8 109/16 109/23 110/8 110/10 110/19 112/6 112/20 112/20 112/23 112/23 113/5 113/5 113/11 113/11 113/17 113/18 113/18 113/24 113/24 114/15 114/17 114/19 114/21 115/4 115/4 115/13 115/19 115/19 124/15 125/17 127/24 131/20 132/22 133/18 134/2 134/12 135/10 146/7 149/22 149/22 149/25 150/1 150/15 150/15 151/1 151/1 151/12 151/12 151/20 151/25 152/14 154/7 169/6 169/18 169/21 170/1 170/18 170/19 170/25 175/23 179/2 179/14 180/25 183/18 184/10 188/4 193/11 195/16 206/2 208/7 210/14 212/4 212/4 215/9 219/2 221/16 234/3 236/2 237/3 237/4 237/18 240/16 244/4 244/10 244/11 246/10
**you've [21]**  7/14 13/18 16/22 19/14 21/7 29/13 32/18 35/15 36/3 36/4 50/10 102/19 117/23 124/10 148/24 176/19 181/10 181/23 237/1 237/6 237/15
**younger [1]**  155/11
**youngest [2]**  127/21 153/5
**your [286]**
**yours [1]**  11/12
**yourself [6]**  20/13 29/21 156/8 176/7 207/1 237/7
**yourselves [1]**  179/13
**YouTube [1]**  18/7

# Z

**zero [3]**  73/7 135/6 147/13
**zoom [3]**  218/3 220/3 233/10