250

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4        THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6    UNITED STATES OF AMERICA,        )
                                      )
7                     Plaintiff,      )
                                      )
8           vs.                       ) NO. CR 15-95 DSF
                                      )
9    RICHARD DOUGLAS LATKA,           )
                                      )
10                    Defendant.      )
     _____)

11

12

13

14              REPORTER'S TRANSCRIPT ON APPEAL

15                 Los Angeles, California

16

17          Wednesday, October 28, 2015, 7:45 A.M.

18

19     Day 2 of Jury Trial, Page 250 through 496, Inclusive

20

21                              PAT CUNEO CSR 1600, CRR-CM
                                Official Reporter
22                              Roybal Federal Building
                                255 East Temple Street
23                              Room 181-E
                                Los Angeles, CA  90012
24                              213-894-1782
                                patcuneo1600@gmail.com
25                              www.patcuneo.com

251

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:    EILEEN M. DECKER
                            UNITED STATES ATTORNEY
 3                          BY:   CHRISTOPHER C. KENDALL
                            and   CASSIE D. PALMER
 4                          and   JENNIFER L. WILLIAMS
                            ASSISTANT UNITED STATES ATTORNEYS
 5                          United States Courthouse
                            312 N. Spring Street
 6                          Los Angeles, California 90012

 7    FOR THE DEFENDANT:    KAYE, McLANE, BEDNARSKI & LITT
                            BY:   MARILYN E. BEDNARSKI
 8                          and   CAITLIN WEISBERG
                                  ATTORNEYS AT LAW
 9                          234 E. Colorado Boulevard
                            Suite 230
10                          Pasadena, California  91101
                            626-844-7660
11                          mbednarski@kmbllaw.com

12


13    ALSO PRESENT:         JULIE DRUCKER, SPANISH INTERPRETER

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                              I N D E X

2

3    PROCEEDINGS                                              PAGE

4    INQUIRY OF JUROR NO. 9                                    255

5    GOVERNMENT'S CASE-IN-CHIEF RESUMED                        272

6    GOVERNMENT RESTS                                          438

7    DEFENSE CASE-IN-CHIEF                                     439

8

9                    CHRONOLOGICAL INDEX OF WITNESSES

10

11   GOVERNMENT'S                                       VOIR
     WITNESS            DIRECT CROSS REDIRECT RECROSS DIRE VOL

12   CHAD ELLSWORTH            273    302       320         2

13   CHAD ELLSWORTH                  328       329

14   MARTIN TRUE         332   340    355                   2

15   LUISA ALVAREZ       358   362                          2

16   PATRICK BROWN       370   380                          2

17   DANIEL RAYMOND HAUG 386   390    399                   2

18   RUSS TERCERO        401   412    437                   2

19

20   DEFENDANT'S                                        VOIR
     WITNESS            DIRECT CROSS REDIRECT RECROSS DIRE VOL
21

22   JOHN TAYLOR         442   448    449                   2

23   SCOTT SARGENT       452   457    457                   2

24   DANIEL BRIOT        462                                2

25   BRONSON GRAHAM            480
```

Day 2 of Jury Trial, October 28, 2015

**ALPHABETICAL INDEX OF WITNESSES**

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE | VOL |
|---------|--------|-------|----------|---------|-----------|-----|
| ALVAREZ, LUISA | 358 | 362 | | | | 2 |
| BRIOT, DANIEL | 462 | | | | | 2 |
| BROWN, PATRICK | 370 | 380 | | | | 2 |
| ELLSWORTH, CHAD | | 273 | 302 | 320 | | 2 |
| ELLSWORTH, CHAD | | | 328 | 329 | | |
| GRAHAM, BRONSON | | 480 | | | | |
| HAUG, DANIEL RAYMOND | 386 | 390 | 399 | | | 2 |
| SARGENT, SCOTT | 452 | 457 | 457 | | | 2 |
| TAYLOR, JOHN | 442 | 448 | 449 | | | 2 |
| TERCERO, RUSS | 401 | 412 | 437 | | | 2 |
| TRUE, MARTIN | 332 | 340 | 355 | | | 2 |

```
1                          EXHIBITS

2
       DEFENDANT'S                        FOR          IN
3      EXHIBIT      DESCRIPTION      IDENTIFICATION  EVIDENCE   VOL

4       519    Photograph Photograph . .  285          286        2

5       520    Photograph Photograph . .  413          415        2

6       521    Document  . . . . . . .  444                       2

7       522    Document  . . . . . . .  470                       2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Day 2 of Jury Trial, October 28, 2015

1   LOS ANGELES, CALIF.; WEDNESDAY, OCTOBER 28, 2015; 7:45 A.M.

2                                -oOo-

3        *(The following was held outside the jury's presence:)*

4            THE COURT:  All right.  Good morning.

5                        *(All counsel responded.)*

6                     INQUIRY OF JUROR NO. 9

7            THE COURT:  All right.  Yesterday we received a

8   note from a juror that I read to you and I gave you a copy

9   to take home and think about it.

10           Ms. Bednarski, do you have some thoughts?

11           MS. BEDNARSKI:  I do.  What I'd like you to do is

12  instruct the juror generally that it's their duty to find

13  the facts from all the evidence in the case and to those

14  facts you will agree to apply the law as I give it to you.

15  You must follow the law as I give it to you whether you

16  agree with it or not.

17           That's the language from Christensen which you are

18  probably familiar having given that instruction.  That would

19  be my request is that you instruct them generally.

20           I think what's happened is the jury has been

21  invited to send notes and might have thought, because you

22  told them during voir dire that if things came up during the

23  course of voir dire, they should tell you if their minds

24  change or something comes up.

25           And I think that, of course, has prompted, I

1    think, first of all, this note from the juror.  If you do

2    instruct them, then we can see if they come back with other

3    notes.

4           I don't think you have to do an inquiry of the

5    juror at this time.  It seems to me like she's following her

6    duty which is to listen to the testimony of witnesses and

7    judge credibility.

8           THE COURT:  Well, that's not what her note says.

9    She says:  I did not listen to anything he said since I feel

10   he was lying.  She's already told me she's missed all of the

11   evidence that's come into the trial already.

12          MS. BEDNARSKI:  Well, if she made a decision that

13   he's lying, she had to listen to it.

14          THE COURT:  Not necessarily.  She said she --

15          MS. BEDNARSKI:  Well, if -- to the extent that you

16   get into an analysis of whether or not she has a bias that

17   would not allow her to do her duty, which is to listen to

18   all the evidence and listen to the law, it seems like then

19   we need to do an inquiry of her and find out if she is

20   someone who can follow the instructions of the Court and can

21   follow the law just like we would if this were a situation

22   where this was a for-cause challenge.

23          And I think we need to question her outside the

24   presence of the other jury members and find that out.  If

25   she says:  I cannot do that, then, you know, that's one set

1    of facts.  If she says:  I can do that, that's a different

2    set of facts.

3            THE COURT:  And the government?

4            MR. KENDALL:  Your Honor, as you noted, she has

5    already said that she wasn't paying attention; that her bias

6    was clouding her logic.

7            By not listening to anything that he said from the

8    get-go, she's basically the equivalent of a sleeping juror

9    who is not paying any attention to the case at all.

10           Furthermore, during voir dire she was questioned

11   about her bias on this exact issue related to her cousins;

12   one was a police officer.  I think she had two others who

13   had negative experiences with law enforcement.

14           And she said she would be able to overcome her

15   bias and that she knows some cops are good cops, some cops

16   are bad cops.  Here she never gave him the chance to be a

17   good cop.  She wasn't listening to him from the very

18   beginning.

19           Under Rule 24, this is why we have alternates.  If

20   someone is unwilling to follow the law, unwilling to follow

21   the instructions of the Court.  If this were to continue

22   through trial to jury deliberation, it would be clear under

23   Rule 23 that either, you know, through omission or

24   affirmatively when questioned about bias she wasn't giving

25   truthful answers and she was unwilling to follow the law

1    from the outset of the case.

2             And it would seem strange just to keep her around

3    to then only kick her at the end of the trial as well which

4    of course Your Honor knows a lot about from the

5    Pellicano-Christensen case which, of course, I looked up

6    last night.

7             And I think the other issue is, you know, if she

8    wasn't following the rules with respect to this, there's

9    some concern that maybe she was talking to other jurors.  I

10   don't know where the note was found but I think --

11            THE COURT:  It was handed to Ms. Plato.

12            MR. KENDALL:  Okay.  There's a little bit of a

13   concern that maybe other jurors saw the note.  To the extent

14   that the Court determines that she needs to be questioned, I

15   think it might be worth getting into whether or not she has

16   actually expressed these views to other jurors.

17            THE COURT:  Well, is it your view that she should

18   be questioned?

19            MR. KENDALL:  Yes, Your Honor.

20            THE COURT:  And Ms. Bednarski?

21            MS. BEDNARSKI:  Yes.  And I just want to add a

22   couple of thoughts in about 30 seconds.  If only she

23   steadfastly sticks to what the Court has concluded, which I

24   don't read into the note, but the Court has concluded it,

25   but if she steadfastly sticks to I cannot follow the law,

1    then under Tracey v. Palmateer, then I think she gets

2    excused.

3            THE COURT:  All right.

4            MS. BEDNARSKI:  The note was hastily written so I

5    would not read that conclusion into the note.

6            THE COURT:  So you would not -- the note was

7    hastily written so?

8            MS. BEDNARSKI:  I wouldn't read that conclusion

9    necessarily into it.  It seems like her words are kind of

10   hard to follow, and it does seem hastily written so I just

11   think we need to make that inquiry.

12           THE COURT:  Okay.  Well, I'll take a brief break

13   and, Ms. Plato, why don't you check and see if she's here

14   yet.

15           THE CLERK:  Yes, Your Honor.

16                    *(Recess.)*

17      *(The following was held outside the jury's presence:)*

18           THE COURT:  All right.  Are we ready for us to

19   bring her out?

20           MR. KENDALL:  Yes, Your Honor.

21           THE COURT:  Ask her to come out.  And Ms. Plato

22   said she attempted to talk to her and Ms. Plato just said

23   write it down so.

24               *(Juror No. 9 entered the courtroom.)*

25           THE COURT:  Just have a seat.  You can take the

1    seat at the end.  That's fine.

2                    *(Pause in the proceedings.)*

3           THE COURT:  Good morning.

4           JUROR NO. 9:  Good morning.

5           THE COURT:  I received a note from you yesterday

6    and I think I can read it all.  I want to make sure.  It

7    says:  "The incident with my cousin and the police officer

8    and this case is affecting my decision.  My bias is clouding

9    my logic and I strongly believe Ellsworth is lying and

10   corrupt" -- and you put some exclamation marks after that --

11   "He is guilty" -- with another exclamation point; and then

12   you say, "He spoke (Ellsworth) and I did not listen to

13   anything he said since I feel he was lying."

14          Is that what you said?

15          JUROR NO. 9:  Yeah.  I mean, I wanted to elaborate

16   more but just at the moment I was just -- like so much

17   emotion was coming in because I didn't express like the

18   detail that my cousin went through.

19          But when she was being handcuffed and she kept

20   saying:  Why; that she had nothing to do with it.  And they

21   didn't listen to her and they still took her in.

22          So that, you know, she did jail time but got

23   bailed out.  But she was wrongfully accused that way and

24   they were so aggressive.  She had bruises on her because the

25   way they handcuffed her.

1          I don't know.  I just felt like in his case he was

2   saying:  Why are you there?  And he wouldn't give an answer.

3   He wouldn't tell him it's because there was some trash that

4   was found and it's just a minor situation.  Nothing was

5   explained.

6          And it just made me feel.  Okay, they're lying

7   just because of the situation my cousin went.  And I think

8   my mind was just like similar situation.  I mean different

9   scenarios but the way they were treated.  Similarities, you

10  know?

11         THE COURT:  Okay.  And so you made the comment

12  that your bias is clouding your logic.  What did you mean by

13  that?

14         JUROR NO. 9:  I think the way I felt about just

15  the ones where I feel like there are good cops and bad cops.

16  I just feel like at that point I'm becoming biased and then

17  maybe my emotion with my cousin and just hearing this

18  situation with the scenario was the same is clouding my -- I

19  don't think I can logically sit here and be impartial

20  because I already feel a certain way about Chad Ellsworth.

21         THE COURT:  You said -- first of all you said:  He

22  is guilty.  What did you mean?

23         JUROR NO. 9:  I meant Chad.

24         THE COURT:  Okay.  You understand he's not on

25  trial?

```
 1              JUROR NO. 9:  No, no, no.  But I just felt like
 2     his -- I meant in the sense that I felt he's lying.  He's
 3     the one who's guilty even though I know he's not the one on
 4     trial.  I just felt like he's the one not being sincere.
 5              THE COURT:  And you said that he spoke, meaning
 6     Ellsworth, and I did not listen to anything he said.
 7              What did you mean by that?
 8              JUROR NO. 9:  Every time he was questioned and
 9     asked like my mind didn't listen.  All I kept thinking about
10     is he's not being sincere.  He's not -- it just -- I kept
11     thinking about just my cousin's experience and him speaking.
12              I just didn't -- I wasn't really listening.  I
13     don't know how to explain it.  I wasn't listening because my
14     mind kept replaying like the first, you know, opening
15     statement of the second attorney and her describing the
16     phone call and I hear the phone call and the man's stress
17     and he's talking about a gun and then how if he -- I don't
18     know.  I just feel all of those things kept running through
19     my mind and my cousin's situation.  I wasn't listening to
20     anything else.
21              THE COURT:  Okay.  I just -- we need to know
22     exactly what you meant.  Did you literally mean that you did
23     not hear or listen to the testimony because you were
24     thinking of other things?
25              JUROR NO. 9:  Yes.  At that moment when he was
```

1   speaking, all I could think about was he's not

2   being sincere.  That's what I recapped in my mind.  So I

3   wasn't trying not to listen to him on purpose.  It's just my

4   head was thinking, the emotions, and just being -- there's

5   nothing to listen to this person.  He's not being sincere

6   about what he's saying.

7           THE COURT:  And at the end of the trial, as I

8   think I indicated before, you would -- all the jurors would

9   go into the jury room and the jurors would be the

10  decision-makers as to the facts and then they would have to

11  follow the law as I state it --

12          JUROR NO. 9:  Uh-huh.

13          THE COURT:  -- applying the facts to the law, and

14  you would need to deliberate with all the other jurors and

15  come to a verdict, if you can do so.

16          Do you think you can go back into the jury room at

17  the end of the trial and follow the law?

18          JUROR NO. 9:  I think that's kind of a challenge

19  for me because already I already made -- I feel like I

20  already have a decision.  I don't know.

21          THE COURT:  So at every break I basically tell the

22  jurors not to form or express any opinions about the case

23  until it's finally submitted to them.

24          JUROR NO. 9:  Uh-huh.  And the only reason why I

25  said it was because when you asked me a question, you said

1    would I tell you if I felt it clouded me so I felt I wanted

2    to be honest and say it's getting to that point where I feel

3    what happened to my cousin, just the -- just the force that

4    was on her and the fact that she just kept saying, why but

5    why, and she was still taken in.

6             THE COURT:  And so is it the similarity --

7             JUROR NO. 9:  Uh-huh.  Asking questions.  She

8    asked questions.  Yet they wouldn't give her any answers.

9    And they still -- the more she asked him, the more she

10   fought because she says:  Why are you handcuffing me, the

11   more aggressive they were with her and they just took her

12   in.

13            THE COURT:  So your state of mind right now, do

14   you have an opinion about the case and how it should be

15   resolved?  I don't want to know what it is.  I just want to

16   know whether you've already formed an opinion and you don't

17   have an open mind anymore.

18            JUROR NO. 9:  No.

19            THE COURT:  Do you have an open mind now?  Do you

20   think you could be --

21            JUROR NO. 9:  I don't think.  I can't be

22   openminded about it.  I already have a decision in my head.

23            THE COURT:  Okay.  From the government, do you

24   want to ask any questions?

25            MR. KENDALL:  No, Your Honor.

```
 1              THE COURT:  Ms. Bednarski.

 2              MS. BEDNARSKI:  Your Honor, thank you.

 3              Ms. (REDACTED), if the Court gave an instruction

 4    that you were to listen to all the witnesses, both on direct

 5    as well as cross-examination, and listen to the arguments of

 6    counsel and listen to the jury instructions at the end and

 7    consider everything, if she told you that was the law,

 8    you're to listen to everything and consider everything,

 9    would you be able to follow that law?

10              JUROR NO. 9:  Without letting my feelings come

11    into play?  Like the emotions?

12              MS. BEDNARSKI:  Well, everybody has feelings.

13              JUROR NO. 9:  Right.

14              MS. BEDNARSKI:  AND everybody has experience.  The

15    other 13 people do too.  So my question is:  If she

16    instructs you that's the law that you have to listen to

17    everything and bring your experience to it and bring your

18    decisions about, after listening to people about whether

19    they're believable or not BUT listen to everything and

20    listen to her laws, her instructions, can you follow that

21    law that you have to listen to everything in the trial and

22    everything that comes out because we've started but we

23    haven't ended?

24              JUROR NO. 9:  Yes.

25              MS. BEDNARSKI:  So that's the question we're all
```

1    asking is can you follow that law?

2         JUROR NO. 9:  Yeah.  But it's going to be hard for

3    me to separate how I already -- like my mind.  I don't know.

4    I feel, yes, I can because I know I could.  But my mind is

5    already set or what I formulate my thoughts about how I feel

6    about the case.

7         MS. BEDNARSKI:  But you can follow the law if she

8    tells you that's the law?

9         JUROR NO. 9:  I mean, I would sit through it the

10   whole entire time but I already have my conclusion so.

11        MS. BEDNARSKI:  Right.  You have some strong

12   feelings but what I'm asking is if the law is -- now,

13   because this is a new situation and we're having this

14   discussion.

15        And so if the judge were to tell you:  Okay.  You

16   have those feelings now.  But the law in the courtroom and

17   the way it works in a courtroom is you listen to everything,

18   you look at all the exhibits, you deliberate with the other

19   jurors, and you make your mind up after hearing, you know,

20   about guilt or innocence, after hearing all the evidence and

21   after hearing the Court's instructions.

22        And so she instructed you that's the way it works

23   in a courtroom and that's the law.  Would you be able to

24   follow that now knowing that that's how it works and that's

25   the law?

JUROR NO. 9:  I think I keep saying yes but you
don't like the fact that I say I already have a decision.  I
can sit and listen to everything.  I'll listen to
everything.  I can sit until it ends but I already have a
feeling about it.

Even if I see more evidence, I think my mind is
already set on a certain way but I can listen, you know.
I'll come here listening to facts but I already know my
decision and how I feel about it.

THE COURT:  All right.  Thank you.

Counsel approach.

*(The following was held at the bench:)*

THE COURT:  Nice effort, Ms. Bednarski.

MS. BEDNARSKI:  All right.  If there's any
reasonable possibility for a juror's excusal that it's based
on the merits of the case, it's improper.

This woman was honest in voir dire.  She brought
up the subject.  She told us about it.  She has evaluated
credibility.  She's obviously listened to testimony because
she has heard things and repeated things that he has said.

Because during the cross-examination some of these
very points that she's made have been brought up.  So that's
my argument.  I don't think she should be excused.  I think
that she's a person who has feelings certainly about the
man's credibility.

1           She hasn't heard from the other witnesses so --

2    and I don't think she has steadfastly said she's refusing to

3    follow the law.  She is just like all the other jurors has

4    said she would try to do that.

5           She has strong feelings but the law is that unless

6    she said she is steadfastly refusing to follow it and if

7    there's any possibility it's based on merits, we don't

8    excuse her from.

9           And the merits language comes from Symington and

10   from Thomas.  Symington is a Ninth Circuit case and Thomas

11   is a Second Circuit case.

12          MS. PALMER:  Your Honor, this juror brought up her

13   bias before.  The Court asked her to inform the Court if she

14   felt like her bias would overcome her logic.  That's exactly

15   what she's done.

16          She said that during the testimony she was

17   thinking about her cousin's experience and she was so

18   emotionally overcome that she actually was not listening to

19   the testimony.

20          She said she didn't listen.  She said that she

21   already made a decision multiple times.  It was only upon

22   questioning and almost trying to encourage her to say yes,

23   that she said I can listen but she repeatedly said:  You

24   don't like my answer but I've already made a decision and

25   that's not following the law.

She said she's already made up her mind and the
law is that you cannot make up your mind until you've heard
all of the evidence.  She said she would sit through the
rest of the trial but that she has already made up her mind.

THE COURT:  All right.  I think that this juror
needs to be excused.  I'm going to let her stay for today so
that I can give you both the opportunity to find more cases
if there's something you want to find.

But she has said both in writing and orally she
does not have an open mind.  She's already made her
determination.  She did miss at least some of the testimony
because she was so distracted thinking about what happened
to her cousin that she wasn't listening.

So I think all of those things make a very strong
case, even though Ms. Bednarski did an excellent job of
cross-examining, practically badgering her -- not in the
pejorative sense -- to say she would follow the law which is
a very intimidating thing.  I was tempted to say:  You
understand you're not going to jail if you say, no, I'm not
going to follow the law.

*(Laughter.)*

THE COURT:  So I'm going to let her stay for now
but I have a very strong view that she'll have to be
excused.

MS. BEDNARSKI:  I can put my case citations on the

1    record.  I have them with me.  The two cases that I referred
2    to about the record:  If the record discloses any reasonable
3    possibility for the impetus for the juror's dismissal stems
4    from the juror's views on the merits of the case, the Court
5    must not dismiss the juror.
6              That's United States v. Symington,
7    S-y-m-i-n-g-t-o-n, 195 F.3d 1080 at 1087.  I have a citation
8    to footnote 5, Ninth Circuit 1999.
9              And similarly, United States v. Thomas, 116 F.3d
10   606 at 608, Second Circuit, 1997.  And that's for the
11   proposition if the record supports the possibility that the
12   juror's views on the merits of the case are motivated by
13   doubts regarding the guilt of the defendant -- or I would
14   say the other side of it -- regarding the government's case
15   rather than a clearly manifested intent to disregard and
16   nullify the law, then the juror must not be dismissed.
17             THE COURT:  I think that's the critical
18   difference, I think, between this and those cases and
19   Christensen, although I don't recall those cases.
20             It was during deliberations and it was one person
21   that questioned it, this one holdout.  This is not that
22   situation.
23             MS. BEDNARSKI:  And the last case is Tracey,
24   T-r-a-c-e-y, v. Palmateer, P-a-l-m-a-t-e-e-r.  It's a Ninth
25   Circuit 2003 case.  I'll look for the cite while we're

1    talking.  I know Mr. Kendall has something to say.

2            MR. KENDALL:  I just wanted to say for Symington,

3    it's a Rule 23 case.  As Your Honor said, it's really during

4    deliberation.  There the merits argument doesn't have much

5    sway here because the merits haven't come in yet so her

6    decision had to have been made not on the merits.

7            MS. PALMER:  I'm sorry going back and forth.  We

8    also wanted to ask Your Honor to admonish her not to talk to

9    the other jurors about this and inquire whether she has

10   already spoken to the other jurors about her cousin's

11   situation or that she has made up her mind or anything like

12   that because there is some concern if she's not following

13   the Court.

14           THE COURT:  I heard you and I said okay.

15           MS. PALMER:  Okay.

16           MS. BEDNARSKI:  Okay.  The cite for Palmateer is

17   341 F.3d 1037.

18           THE COURT:  Don't you just love it when you'd

19   rather be preparing for something else and you have to deal

20   with issues like this?

21           MS. BEDNARSKI:  I love it.

22           *(The following was held in open court:)*

23           THE COURT:  All right.

24           Thank you for being honest with us.  That's

25   critically important, and I'm going to have you go back into

1    the jury room and for now you're going to remain on the

2    jury.

3              Have you talked to any of the other jurors about

4    your thoughts or concerns?

5              JUROR NO. 9:  No, I didn't.

6              THE COURT:  Okay.  Make sure you don't do that at

7    all.  Okay?

8              All right.  Go back in the jury room and we'll

9    bring you all out.

10              *(The juror exited the courtroom.)*

11              THE COURT:  Do we have our witness?

12              MS. PALMER:  Yes.

13              THE COURT:  You can go ahead and retake the stand.

14              THE CLERK:  We're missing a juror.

15              THE COURT:  Why don't you check and see if you

16    have any messages and let us know.

17                        *(Recess.)*

18              THE CLERK:  All rise.

19              *(The jurors entered the courtroom.)*

20              THE CLERK:  Please be seated.

21              THE COURT:  All right.  Good morning.

22              Everyone is present.  The witness is back on the

23    stand.  Sir, you're still under oath.

24              Ms. Bednarski, you may continue.

25              MS. BEDNARSKI:  Thank you, Your Honor.

GOVERNMENT'S CASE-IN-CHIEF RESUMED

CHAD ELLSWORTH, GOVERNMENT'S WITNESS, RESUMED

CROSS-EXAMINATION RESUMED

BY MS. BEDNARSKI:

Q.    Sir, yesterday you mentioned that while you were driving you noticed Mr. Latka in his car behind you.

      Do you recall that?

A.    I do recall that.

Q.    Now, Mr. Latka was honking his horn while he was driving behind you; right?

A.    I don't recall if he was honking or not.

Q.    Now, he was honking and yelling -- Right? -- while he was driving behind you?

A.    He was definitely yelling.

Q.    And you told Officer Graham, the deputy that responded to Mr. Latka's 911 call, in fact, Deputy Graham called you on the phone and you talked to him about 45 minutes after this incident at the house; right?

A.    I called him, yes.

Q.    You called him because dispatch had told you Deputy Graham was looking for you?

A.    Correct.

Q.    And you told Deputy Graham, when he asked you about what occurred, that Mr. Latka was driving behind you honking and yelling; right?

1    A.    I don't remember if I said honking.  I know that I said
2    he was yelling at me.
3    Q.    Honking the vehicle's horn and yelling.  Did you tell
4    him that?
5    A.    I don't recall.
6    Q.    Did you tell him he was honking the vehicle's horn and
7    yelling in an attempt to get your attention?
8              MS. PALMER:  Asked and answered, Your Honor.
9              THE COURT:  Sustained.
10   BY MS. BEDNARSKI:
11   Q.    Did you tell Deputy Graham that Mr. Latka was trying to
12   get your attention?
13   A.    I don't recall the specifics of what I told Deputy
14   Graham.  When Deputy Graham, when we spoke, he was giving me
15   most of the information.  I gave him a very quick synopsis
16   of what was going on.
17   Q.    Now, Deputy Graham had talked to you about what
18   happened from the start at the house when Mr. Latka
19   approached you; right?
20   A.    I'm sorry?
21   Q.    He talked to you about the entire incident beginning
22   with -- beginning at the house; right?
23   A.    Well, he was telling me about what happened to
24   Mr. Latka; that he was transported to the hospital and I
25   gave -- I basically gave him a synopsis of what was going

1    on.  I don't recall him really asking me any questions

2    actually.

3    Q.    All right.  And the synopsis you gave him, of course,

4    was to include the important details of what had occurred;

5    right?

6    A.    Yes, that's correct.

7    Q.    And you never said to Deputy Graham Mr. Latka

8    threatened you; right?

9    A.    I don't know.  I don't recall what I told

10   Deputy Graham.

11   Q.    And you never said to Deputy Graham that you took what

12   Mr. Latka said to you seriously; right?

13   A.    I didn't say that and I didn't say that I didn't take

14   it seriously either.

15   Q.    And you never told Deputy Graham that Mr. Latka had

16   scared you; right?

17   A.    I just -- I told Deputy Graham that Latka was screaming

18   at me and I left and he followed me.

19   Q.    And you told him that when he followed you he was

20   honking his horn and yelling trying to get your attention;

21   right?

22   A.    I don't recall saying anything about honking.

23   Q.    And you told him when you got no Florida, you turned

24   left and Mr. Latka stopped following you; right?

25   A.    That's what happened.  I don't know if I told

1  Deputy Graham that or not.

2  Q.    Mr. Latka never hit your car with his car; right?

3  A.    That's correct.  He never hit his car against my car.

4  That's correct.

5  Q.    And Mr. Latka never zoomed around your car -- Right? --

6  as if to cut you off?

7  A.    That's correct.

8         MS. BEDNARSKI:  When he -- maybe the map will help

9  us.  Exhibit 518.

10        (The exhibit was displayed on the screen.)

11  BY MS. BEDNARSKI:

12  Q.    You told us when you came to where White Oak hit Palm

13  that you turned right; correct?  That's at the top of 518?

14  A.    Correct.

15  Q.    And then when Palm hit 8th which is the street that

16  goes down to Florida, you turned right again; right?

17  A.    Correct.

18  Q.    And anywhere along this way (indicating) between the

19  house on Persimmon and up White Oak to Palm to 8th, is

20  there any stop signs?

21  A.    I don't know if there are stop signs or not.  I can't

22  recall.  It's a small residential street.  There may or may

23  not be stop signs.  I don't recall.

24  Q.    And how far would you estimate the distance between the

25  house on Persimmons and the way you took to get down to

1 Florida -- I mean to where 8th hits Florida?  How far is

2 that?

3 A. Umm, less than a quarter mile.  A quarter mile.

4 Q. And so it probably took less than a minute?

5 A. Probably about two, three minutes at the most.

6 Q. Now, you stopped at the stop sign down on Florida and

7 8th; right?

8 A. Yes.

9 Q. And Mr. Latka was still in his car behind you on

10 Florida as you were traveling down; right?

11 A. Yes.

12 Q. And then he turned -- he pulled into the right-hand

13 lane to turn right; correct?

14 A. Yes.

15 Q. And you were in the left lane because you were going

16 back to Bee Canyon to turn left; right?

17 A. That's correct.

18 Q. And during this time that you were leaving the house

19 and you were parked on the side and you're sitting in your

20 car and then you're leaving and then you're driving, you

21 never called for radio backup; right?

22 A. My backup from my agency would have been about two to

23 two and a half hours away.

24 Q. All right.  So you didn't call the forest service to

25 pick up your phone.  You had a phone; right?

1    A.    Yes.

2    Q.    And did you have some sort of police-type radio in your

3    car?

4    A.    I have a radio, yes.

5    Q.    And did you use either of your communication methods to

6    call 911 and say:   Riverside sheriffs show up?

7    A.    I was focused on what was going on behind me with the

8    suspect following me.   I was more concerned with what he was

9    doing and watching him.

10   Q.    Okay.   So your answer is no?

11   A.    Correct.   The answer is no.

12   Q.    So when you stop down at the stop sign, did you think:

13   Gee, I better just gun my car through this stop sign because

14   this dangerous guy is behind me?

15   A.    That's not how I'm trained to deal with a dangerous

16   person.

17   Q.    You stopped at a stop sign because that's the rules of

18   the road; right?

19   A.    And there's a major highway in front of me, yes.

20   Q.    All right.   And so when Mr. Latka pulled into the right

21   lane to turn right, you said he yelled something at you and

22   drove off to the right?

23   A.    He yelled "Next time you're dead."

24   Q.    And when he yelled "Next time you're dead," he's in his

25   driver's car and then you're to the left of him so your

```
 1   passenger window is open?
 2   A.    Yes.
 3   Q.    So why is your passenger window open?
 4   A.    I don't know.
 5   Q.    When he was up on the street and you were in your car,
 6   after you had pulled out your taser and pointed it at him --
 7   A.    Uh-huh.
 8   Q.    -- and you went back to your car and you sat in your
 9   car; right?
10   A.    Yes.
11   Q.    And as you're sitting in your car and you're parked
12   along the side of White Oak, your passenger side is next to
13   his house; right?
14   A.    Yes.
15   Q.    And --
16   A.    I know why my window -- can I answer that question.  I
17   know why my window was open.
18   Q.    Sure.
19   A.    Because when I pulled up to speak to the two male
20   individuals that flagged me down before he started following
21   me, I put the windows down to speak to them because I was
22   speaking to them across the window and I was speaking to the
23   individuals that were on my right so that's why my window
24   was down.
25   Q.    Okay.  So we'll get to that in a minute.
```

280

1        And when you -- so you hear him at the stop sign

2   on Florida and 8th yell something at you and you hear it

3   because it's coming through your passenger window?

4   A.    Yes.

5   Q.    At that time you're down on Florida and 8th and you

6   see him turning right.   Do you call the Riverside sheriffs

7   911 and say:   This guy.   He just turned right.   I need a car

8   coming here right now.

9   A.    That's not how I'm trained at all.

10  Q.    You didn't do it, did you?

11  A.    I did not.

12  Q.    You went back with Bee Canyon and met with the other

13  forest people who were there with the trash; right?

14  A.    Yes.

15  Q.    Now, your claim that he made this statement to you at

16  the stop sign, there's no one with you in your car; right?

17  A.    That's correct.

18  Q.    There's no bystanders, no witnesses; right?

19  A.    Not that I could see at that time.

20  Q.    When you went back to where the trash was in that dirt

21  area in those pictures that we've seen, you told the people

22  there, the officers there, the other forest people, that you

23  had had a problem; that he was irate and it was a big mess;

24  right?

25  A.    I probably said something like that.   There was -- I

1    believe there was only one other officer -- one other

2    employee there.

3    Q.    Now, the truth is that you did not feel threatened by

4    him; isn't that the truth?

5    A.    That's not the truth at all.

6    Q.    Well, the truth is when you spoke to Officer Graham,

7    you asked him that he write a report; right?

8    A.    I don't recall asking him to write a report.

9    Q.    Do you recall asking him to document the incident?

10   A.    I don't recall specifically what I asked

11   Officer Graham.

12   Q.    Do you recall asking him to document the incident and

13   forward you a copy?

14   A.    I don't recall specifically asking him then.   Again,

15   the conversation with Officer Graham was very brief and

16   fairly quick.

17   Q.    And you understood him to be the officer that was

18   investigating what happened because he was there with

19   Mr. Latka talking to Mr. Latka about what happened; right?

20   A.    I understood that he got a report of a 911 call and

21   that he knew that Latka was transported to the hospital.

22   Q.    And you understood that he wanted dispatch to find you

23   to talk to him; right?

24   A.    Yes.

25   Q.    And so you called him; right?

1    A.    Yes.

2    Q.    And then you had a conversation about what had

3    occurred; right?

4    A.    That's correct, yes.

5    Q.    And you asked him -- you don't recall him asking you to

6    document the report but you -- and you don't recall asking

7    him to send you a copy but do you recall receiving his

8    report?

9    A.    I've never seen Officer Graham's report.

10   Q.    And so you don't recall receiving his report noting

11   that copies are sent to Ellsworth and Briot?  You have no

12   recollection of that?

13   A.    So I can clarify.  Briot, Officer Briot is my

14   supervisor.  His office where that report probably went is

15   down in San Bernardino.  My station is up in the mountains

16   30 miles away.  I don't work out of that office.  I have

17   never seen the report that Officer Graham sent.

18   Q.    Did your captain talk with you after this about the

19   report that Officer or Deputy Sheriff Graham wrote after

20   talking to you?

21   A.    No.

22   Q.    Your supervisor never talked to you about the incident

23   report that was written up?

24            MS. PALMER:  Asked and answered, Your Honor.

25            THE COURT:  I'll allow him to answer.

1      Go ahead.

2      THE WITNESS:   You're asking if my supervisor

3  talked to me about Officer Graham's report?

4  BY MS. BEDNARSKI:

5  Q.    Yes.

6  A.    He never brought up Graham's report.

7  Q.    Your supervisor -- you knew that Mr. Latka called your

8  supervisor the next day; right?

9  A.    Yes.   My supervisor told me that.

10 Q.    And your supervisor told you that a man, Mr. Latka, had

11 called complaining about the incident; right?

12 A.    That's true, yes.

13 Q.    And you had to answer questions about what occurred out

14 there; right?

15 A.    Yes.

16 Q.    And you had to answer questions about pulling out your

17 taser and pointing it at him; right?

18 A.    Yes.

19 Q.    Now, you did not arrest Mr. Latka on October 12th;

20 right?

21 A.    I did not arrest him, that's correct.

22 Q.    And you didn't arrest him that day on October 12th.

23 That Sunday.   You learned from Deputy Graham that Mr. Latka

24 had been taken to the hospital; right?

25 A.    Yes.

1    Q.    And that Sunday afternoon you went to the hospital?

2    A.    That's correct.

3    Q.    And you went to talk to Mr. Latka; right?

4    A.    I went to check on his status.   Primarily my supervisor

5    wanted to know what his status was.

6    Q.    And you went to the hospital yourself; right?

7    A.    Yes.

8    Q.    You were not afraid of Mr. Latka, were you?

9    A.    I was.

10   Q.    You didn't take anyone with you; right?

11   A.    The nearest person to come and help me would have been

12   more than two hours away.

13   Q.    You didn't ask the sheriffs to send somebody to go with

14   you to talk to this man you were so afraid of?

15   A.    I didn't ask the sheriffs.

16   Q.    You went because you knew what happened out there

17   possibly put Mr. Latka in physical harm?  You knew that what

18   you did out there sent him to the hospital; right?

19   A.    No.

20   Q.    That's why you went to the hospital, isn't it?

21   A.    No, I went to the hospital because my supervisor

22   ordered me to go check on his status.

23   Q.    Now, yesterday you told us that you were so afraid you

24   built a fence around your house; right?

25   A.    That's correct.

```
 1              MS. BEDNARSKI:  Permission to approach, Your
 2   Honor, with 519 for identification?
 3              THE COURT:  Yes.
 4                   (Exhibit 519 marked for I.D.)
 5              MS. BEDNARSKI:  May I ask a couple of questions
 6   from here, Your Honor?
 7              THE COURT:  You may if you keep your voice up.
 8   BY MS. BEDNARSKI:
 9   Q.   Now, sir, the picture at the top is the house that you
10   lived in, in Hemet at the time; correct?
11              I mean, let me rephrase that.  The picture at the
12   top shows the house in Hemet; correct?
13   A.   The picture --
14   Q.   That's your house?
15   A.   Yeah.  And now the defendant sees a picture of my home?
16   Yes.
17              MS. BEDNARSKI:  Your Honor, I move to strike that.
18              THE COURT:  Just answer the question, sir.
19   BY MS. BEDNARSKI:
20   Q.   You no longer live in this home; right?
21   A.   Correct.
22   Q.   You lived in this house a year ago; right?
23   A.   Yes.
24   Q.   Mr. Latka never came to your house; right?
25   A.   Not that I'm aware of.
```

1    Q.    You never saw Mr. Latka at your house; right?

2    A.    I've never seen him at my house.

3    Q.    I'm showing you a picture and asking you if that top

4    picture shows the house you lived in a year ago?

5    A.    It does.

6    Q.    All right.  And it's got a little white picket fence

7    around it; right?

8    A.    Yes.

9    Q.    Is that an accurate picture of the fence you built?

10   A.    I built it myself, yes.

11   Q.    And the picture below that shows the house before the

12   fence; right?

13   A.    Yes.

14   Q.    That shows the house before the white picket fence?

15   A.    That's correct.

16            MS. BEDNARSKI:  Your Honor, I'd move to admit 519.

17            THE COURT:  Any objection?

18            MS. PALMER:  Relevance, Your Honor.

19            THE COURT:  I'll admit it.

20            (Exhibit 519 received in evidence.)

21   BY MS. BEDNARSKI:

22   Q.    Now you were, sir, an officer for about a year before

23   this occurred?

24   A.    That's correct.  Just over a year, I believe.

25   Q.    And before that, you had a job working for the forest

1    service but attending to campgrounds and the facilities in

2    the campgrounds like the bathrooms and the sites; correct?

3    A.    That's correct.

4    Q.    You took that job a couple of years before that; right?

5    A.    Yes.

6    Q.    So in around 2010, you started working for the forest

7    service in that capacity; right?

8    A.    Yes.

9    Q.    Now, prior to that, you had been a real estate agent;

10   correct?

11   A.    Correct, yes.

12   Q.    You had owned your own real estate company; right?

13   A.    Yes.

14   Q.    You did that for about ten years; right?

15   A.    Yeah, correct.

16   Q.    You know the expression like when you're looking to

17   sell a house, you want to give it curb appeal; right?

18   A.    Uh-huh.

19   Q.    You want to fix it up; right?

20   A.    Yes, I understand that.

21           (The exhibit was displayed on the screen.)

22   BY MS. BEDNARSKI:

23   Q.    And this house that's on the screen, that's your house

24   at the bottom before the fence was there and at the top with

25   the white picket fence; correct?

```
1    A.    That's correct.

2    Q.    Now, you told us that you have taken a different job

3    and you live in a different city; right?

4    A.    Yes.

5    Q.    And have you sold that house yet in Hemet?

6    A.    No.

7              MS. PALMER:   Objection, Your Honor.   Relevance.

8              THE COURT:   Overruled.

9              MS. BEDNARSKI:   May I have a moment, Your Honor?

10             THE COURT:   Sure.

11                  (Defense counsel conferred.)

12   BY MS. BEDNARSKI:

13   Q.    You knew the kind of car that Mr. Latka drove; right?

14   You knew it was a black Nissan, a small black car?

15   A.    Yes.

16   Q.    And you never saw that small black car on your street

17   at all; right?

18   A.    I've never seen that car that he was driving on my

19   street.

20   Q.    You've never saw it at any grocery stores; right?

21   A.    I have not seen it.

22   Q.    You never saw Mr. Latka -- Mr. Latka never tried to

23   contact you on the phone; right?

24   A.    Not that I'm aware of, no.

25   Q.    He never tried to contact you on the Internet; right?
```

1    A.    No, not that I'm aware of.

2          (The exhibit was displayed on the screen.)

3    BY MS. BEDNARSKI:

4    Q.    Government 7 on the screen now.  That's the car that

5    was following behind you; right?  Mr. Latka's car?

6    A.    I believe that's the car, yes.

7    Q.    And before you were a forest service law enforcement

8    officer for that one-year period at the time, other than

9    that one-year period of time when you became a law

10   enforcement for the forest service, you had no prior law

11   enforcement background; correct?

12   A.    Correct.

13   Q.    You never worked for any other agency; right?

14   A.    That's correct.

15   Q.    You never were in the military?

16   A.    I was not in the military.

17   Q.    When you took the job in 2010 for the forest service,

18   did you take that job because you wanted a steady income?

19   A.    I took that job because I love the outdoors and I

20   wanted to work in the forest.

21   Q.    And real estate was bad in 2008 and '9; right?

22         MS. PALMER:  Objection, Your Honor.  Relevance.

23         THE COURT:  Overruled.

24         THE WITNESS:  I don't know.  I don't know.  I'd

25   have to go back and look at the market and study it.  That

1    is relative to what year?  I'm not exactly sure what you're

2    asking me.

3    Q.    Were you having trouble making a living?

4    A.    No.

5    Q.    You declared bankruptcy in 2009; right?

6              MS. PALMER:  Objection, Your Honor.  Relevance.

7              THE COURT:  Sustained.

8    BY MS. BEDNARSKI:

9    Q.    Your job, when you took the law enforcement job in

10   2013, did your pay increase from the cleaning up the

11   campgrounds and cleaning up the campground facilities?

12   A.    Yes.  Yeah.

13   Q.    When this altercation occurred with Mr. Latka at home

14   on Persimmons, was it important for you to keep that job?

15   A.    Of course.

16   Q.    Now, you told us that you were frightened by Mr. Latka,

17   yet you went and sat in your car parked on White Oak;

18   correct?

19   A.    I got in my car to leave.  After he was belligerent and

20   screaming at me, I got in the car to leave.  I didn't sit

21   there.

22   Q.    And you got in your car to leave but then you said that

23   he walked over kind of parallel to you but not running and

24   you got in your car and he started pounding on the rear

25   window; right?

1    A.    He pounded on both the windows, yes.

2    Q.    So during that time period, do you gun your engine and

3    leave?

4    A.    I had -- I was barely starting the car when he started

5    pounding on the window.

6    Q.    When he first starts pounding on -- he was actually in

7    the street pounding on your window trying to get your

8    attention; right?

9    A.    I don't think he was trying to get my attention.  I

10   think he was trying to threaten me.

11   Q.    Well, when he walked around, your car was parked on the

12   side of the house by Persimmons is where these people are

13   here being the home.  And he walks in the street and he's

14   pounding on your rear window; right?

15   A.    With both fists, yes.

16   Q.    With both fists.  You don't think he's trying to get

17   your attention?

18   A.    I think he's threatening me.

19   Q.    Do you gun the car?

20   A.    No.  That's not how I'm trained to respond to a threat.

21   Q.    And he's yelling at you for your supervisor; right?

22   A.    I didn't hear him say anything about a supervisor.

23   Q.    Is that because you had tunnel vision and you couldn't

24   hear?  You couldn't detect what was being said?

25   A.    It probably had to do both with what you're calling

1    tunnel vision or auditory exclusion and the fact that he was

2    screaming so loud it was difficult to make out anything he

3    was saying.

4    Q.    You know, I'm not calling it tunnel vision.  You used

5    that word yesterday; right?

6    A.    It's a fair assessment, yes, tunnel vision.

7    Q.    Now, when he's pounding on -- first your rear window

8    and then on the driver's window, you tell him to quit it;

9    right?

10   A.    I got out of the car and I ordered him away.

11   Q.    So you step out of your car?

12   A.    Yes.

13   Q.    Your driver's door.  And he's right there by your side

14   pounding on your windows and you stepped out and you tell

15   him to back away; right?

16   A.    Yeah, as I pushed the door open -- as I pushed the door

17   open, it pushes him back and I order him back and he does

18   back away.

19   Q.    And he backs away?

20   A.    Yes.

21   Q.    And you told him you'd arrest him if he didn't stop

22   hitting your car?

23   A.    If he didn't stop hitting my car and interfering with

24   me, yes.

25   Q.    Oh, now you're saying you said "and interfering with

1  me"?

2  A.   Well, he was interfering with me is what I'm saying.

3  Q.   You never said those words; right?

4  A.   I don't know if I said those words or not actually.

5  Q.   So you're adding that; right?

6  A.   What's the question?

7  Q.   Now, you got out of your car and you told him back

8  away; right?

9  A.   I definitely said that, yes.

10  Q.   And he did?

11  A.   Yes.

12  Q.   Now, in fact, when you got out of your car, he ran away

13  from you to the middle of the street; right?

14  A.   That's true, yes.

15  Q.   And that's what you wrote.  He ran away from me to the

16  middle of the street; right?

17  A.   That's true, yes.

18  Q.   As part of your gear, did you have handcuffs with you

19  that day?

20  A.   Yes.

21  Q.   You never at any time handcuffed Mr. Latka; correct?

22  A.   My aim was to deescalate as much as I could and I was

23  doing everything that I could to avoid a confrontation with

24  him.  That's why I was leaving.

25  Q.   So prior to -- okay.  Let's talk about that.  So you're

1    leaving and you just need to get out of there because you're
2    so afraid; right?  Is that your testimony?
3    A.    Yes.   Yes, it is.
4    Q.    All right.   And so you drive about -- what did you say
5    to us yesterday?  Between two and four houses up the street
6    to talk to the people who were standing outside?
7    A.    Yes.
8    Q.    And you stop your car; right?
9    A.    Yes.
10   Q.    And you stop your car and this is just if we're --
11   let's look at the photograph.   I want -- Your Honor, putting
12   505 up on the screen.
13         (The exhibit was displayed on the screen.)
14   BY MS. BEDNARSKI:
15   Q.    Now, you identified Mr. Latka's house on the corner
16   here (indicating) of Persimmons and White Oak and you drove
17   in an upward direction on White Oak -- Correct? -- to get
18   away?
19   A.    Yes, that's correct.
20   Q.    And so if you drove between two and four houses up the
21   street, you would have gone one, two, and then maybe another
22   one but to where you stop and talk to the bystanders; right?
23   A.    Correct.
24   Q.    And that's in view of the house; right?
25   A.    Probably, yes.

1  Q.    And if we look at it from -- and this is 506 on the

2  screen.  If we look at it from the other direction, we're

3  looking here down White Oak this way to the Persimmons

4  house; correct?

5  A.    Yes.

6  Q.    And so where you left Mr. Latka where he had ran away

7  from you and he was in the middle of the street, could you

8  still see him standing there in the middle of the street?

9  A.    I didn't see him, no.

10 Q.    You didn't?

11 A.    No.  You're asking after I drove away did I see him

12 standing in the street?  I did not.

13 Q.    Now, when you stopped and talked to the men there, did

14 you -- you got their names and phone numbers; right?

15 A.    Yes.

16 Q.    And you told them that you were investigating a trash

17 in forest?

18 A.    I don't remember specifically what I told them.  I know

19 that I told them I wanted to get out -- they wanted to give

20 me their statements immediately and I told them I needed to

21 get out of there because I was trying to deescalate the

22 situation.  I remember telling them that.

23 Q.    You told them to defuse the situation; right?

24 A.    Deescalate, defuse.  I indicated I wanted to leave

25 because it was getting out of control.

1    Q.    And you took down their names and phone numbers; right?

2    A.    Yes.

3    Q.    And you told them that you'd contact them later; right?

4    A.    Yes.

5    Q.    And so when you stopped on the side of the street and

6    you were talking to them through your passenger window

7    because you'd rolled it down; right?

8    A.    Yes.

9    Q.    And you're talking to the two men and you're pausing to

10   have that conversation, are you frightened of Mr. Latka who

11   had just run away from you and was in the middle of the

12   street and you're stopping to pause to talk to them?

13   A.    Absolutely.  Although at that point Mr. Latka hadn't

14   said he was going to kill me yet so at that point I was

15   afraid that he was going to assault me.

16              And I felt I was in my vehicle, I was driving

17   away.  I had enough space that he wouldn't be able to

18   assault me or physically beat me up.

19   Q.    And so you drive on and you don't arrest him that day;

20   right?

21   A.    That's correct.  I was trying to deescalate and get out

22   of there.

23   Q.    And you don't arrest him the next day; right?

24   A.    By the next day I was removed from the case.  My

25   supervisor told me that he would handle it and he would roll

1    it up to others at that point.

2    Q.    And to your knowledge he's not arrested for months;

3    right?

4                MS. PALMER:  Objection.  Relevance, Your Honor.

5                THE COURT:  I'll allow the question but be

6    careful, Ms. Bednarski.

7                THE WITNESS:  Can you repeat?

8    BY MS. BEDNARSKI:

9    Q.    To your knowledge he's not arrested for months; right?

10   A.    That's correct.

11   Q.    Now, you're not allowed to use force unless it's

12   justified as an officer; right?

13   A.    Of course.

14   Q.    You're taught that.  In your 16 weeks of training in

15   Georgia, you were taught that?

16   A.    Yes, of course.

17   Q.    And you were taught that, in any situation where you

18   use force, you're to consider the circumstances you're in;

19   right?

20   A.    Of course, yes.

21   Q.    And that includes the severity of the crime that you're

22   investigating; right?

23   A.    Yes, it does.

24   Q.    And you told us that this was a minor matter; right?

25   Investigating the trash?

1    A.    It was minor matter until he started threatening me.

2    Q.    And you were taught to consider, before using force,

3    the size and age and the person involved; right?

4    A.    Yes, that's true.

5    Q.    And this was a one-on-one situation.  It was you and it

6    was him; right?

7    A.    Yes.

8    Q.    And you're -- you were young and fit; right?

9    A.    I tried to stay fit.

10   Q.    And he's like -- at the time like 55 and what?  Did he

11   look fit?

12   A.    I have seen countless videos at my training where older

13   men have assaulted younger officers using nothing more than

14   their hands, knock them unconscious, take their weapon and

15   are able to kill them with their own weapon.

16   Q.    Now, you're taught before using force to consider the

17   circumstances; right?

18   A.    Yes.

19   Q.    So this was a one-on-one situation; right?

20   A.    Yes.

21   Q.    With you being a young guy; right?

22              MS. PALMER:  Asked and answered, Your Honor.

23              THE COURT:  I haven't heard the rest of the

24   question yet.

25              THE WITNESS:  Yes, that's true.

1    BY MS. BEDNARSKI:

2    Q.    And him being some, you know, one to two decades older

3    than you; right?  You could observe that?

4    A.    I'm 38.  I can absorb his attack?

5    Q.    You could have observed that; right?

6    A.    I'm 38.  I figured he was in his late 40s, early 50s,

7    is what I observed.

8    Q.    Now, you told us that you're about 20 -- he was about

9    20 to 30 feet from you; right?

10   A.    When I first made contact with him, somewhere in that

11   neighborhood, yes.

12   Q.    And that he took a couple of steps fast as if he was

13   going to charge you but he did not.  That's what you said;

14   right?  Yesterday.

15   A.    If I said it that way, that was a mistake.  He charged

16   at me and I drew my taser out is what happened.

17   Q.    Did you testify he took a couple of steps towards me as

18   if he was going to charge me but did not?

19   A.    That sounds like what I said.

20   Q.    Now --

21   A.    He didn't charge me because I pulled my taser out.

22   Q.    Right.  When you pulled your taser out, he was --

23   A.    He was moving towards me with his fists up like this

24   (demonstrating).

25   Q.    After having taken a couple of steps when he started

1  out 20 to 30 feet away from you; right?

2  A.    Yes.

3  Q.    It was broad daylight; right?

4  A.    Yes.

5  Q.    You were wearing all that weaponry and protective gear

6  that you've told us about; right?

7  A.    Yes, I was.

8  Q.    The truth is you were not afraid of him; right?

9  A.    That's not the truth at all.

10 Q.    The truth is you knew he was angry at your conduct;

11 right?

12 A.    The truth is I have all of these defensive weapons on

13 me; and if I get punched out or if fall off of a curb and

14 hit my head, these weapons I have can be used to kill me.

15 Q.    And the truth is that you were not -- you were aware of

16 having stepped up onto the sidewalk.  You're trained and you

17 were aware of your surroundings; right?

18 A.    Yes, I was aware of my surrounding.

19 Q.    All right.  Were you afraid that you were going to like

20 step back and fall down over the curb and this 55-year-old

21 man was going to like somehow figure out in your holster how

22 to detach those things with those buttons you told us about

23 and take your weapon out?

24 A.    That's exactly what I was afraid of.  Also, he told me

25 he was retired or a police officer.  So it wouldn't be that

1   far of a stretch for him to be able to do that.

2   Q.    The truth is that you knew that day you'd frightened

3   him by pointing a weapon at him that looked just like the

4   gun; right?

5   A.    He didn't seem frightened when he was tailgating me.

6   Q.    And the truth is that you knew you have to justify that

7   use of force; right?

8   A.    The use of force that I used was justifiable.  I pulled

9   my taser when he charged at me.

10  Q.    And the truth is that you're exaggerating the

11  circumstances and you're exaggerating your reaction because

12  you knew he was complaining about you; right?

13  A.    That's not the truth.

14  Q.    And you knew that he was going up your chain of command

15  to Graham's supervisor and your supervisor; right?

16  A.    I didn't know that when he said he was going to kill me

17  or when he was beating on my window or when he was

18  tailgating me.  I didn't know any of that at the time.

19  Q.    And you have not been disciplined, have you?

20  A.    I have not.

21  Q.    And you have not lost your job, have you?

22  A.    No, I have not.

23          MS. BEDNARSKI:  No other questions, Your Honor.

24  Thank you.

25          THE COURT:  Redirect?

**REDIRECT EXAMINATION**

BY MS. PALMER:

Q.    Officer Ellsworth, when you went to initially investigate the trash dump, how many pieces of mail did you find?

A.    I think I found that day approximately fifteen and all the pieces of mail came back to that residence on Persimmons Drive.

Q.    And you testified on direct that it was a very large dump of illegal trash?

A.    Yeah.  The trash comes from the national forests are pretty common.  They don't all get investigated because we don't have the resources.  This was a larger than usual trash dump.

Q.    You didn't have time to look through all of that or you hadn't yet looked through all that trash?

A.    No.

Q.    And why didn't you find a need to look through all of the trash before you proceeded?

A.    I mean, it would have probably taken me all day to go through every piece of trash that was there.  I collected -- I believe it was approximately fifteen pieces of mail and there was nothing else that indicated that it came from anywhere else.

So that satisfied me that for whatever reason the

1   address on Persimmons, the mail that goes there, ended up in

2   a trash dump that ended up in the national forest.  That

3   satisfied me.

4                    *(Pause in the proceedings.)*

5   BY MS. PALMER:

6   Q.    As you approached the Persimmons house, did you see a

7   black car parked there?

8   A.    There was a black Nissan parked there.

9              (The exhibit was displayed on the screen.)

10  BY MS. PALMER:

11  Q.    Looking at the map that's previously been marked as

12  Defense Exhibit 514, can you tell us relative to that map

13  where the black car was parked?

14             MS. BEDNARSKI:  Your Honor, just for the record,

15  it's 518.

16             MS. PALMER:  518, thank you.

17             THE WITNESS:  So where the "H" is where we

18  previously discussed that's the house that I was there to

19  investigate, the car was parked in front of the house on

20  that cul-de-sac facing the direction inward into the

21  cul-de-sac.

22  BY MS. PALMER:

23  Q.    So it would be facing here (indicating)?

24  A.    Correct.  Yeah, it was right in there.  And so, just so

25  you understand what I'm saying, if the person would drive

1    forward if they were in that car, they would drive directly

2    to the dead end, to the end of the cul-de-sac.

3              (The exhibit was displayed on the screen.)

4    BY MS. PALMER:

5    Q.    Defense counsel showed you this photo.  Have you ever

6    seen this photo before?

7    A.    No.

8    Q.    Did you take this photo?

9    A.    No.

10   Q.    Do you know who took it?

11   A.    No.

12   Q.    Defense counsel asked you a lot of questions about the

13   fact that you didn't tell the defendant the purpose of why

14   you were there.  Why didn't you tell him why you were there?

15   A.    Well, there are two reasons.  Number one, I'm there.

16   All of the pieces of mail that I collected from the trash

17   dump came back to a Mr. Morales.

18             The defendant told me straight away that he wasn't

19   Mr. Morales and I can tell that he was agitated.  Before he

20   started screaming, I could already tell he was agitated; and

21   at that point I had already made a decision to leave.

22   Q.    When you're doing an investigation, is it common not to

23   tell someone why you're there?

24   A.    Of course.

25             MS. BEDNARSKI:  Objection.  Irrelevant.

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  If I'm dealing with somebody that I
 3    believe may have committed a crime, I'm going to try to keep
 4    it as private as possible because of course there's a chance
 5    they didn't commit this crime.  In this case a minor crime
 6    dumping trash on a national forest.
 7              So as an officer and trying to be respectful of
 8    people, you try to keep that as private as possible whenever
 9    that's practical.  And so in this case, I didn't know who
10    Latka was other than he said he wasn't Mr. Morales and so I
11    wasn't going to give him information about my case because
12    in my opinion at that point it didn't concern him.
13              Further, once he started screaming and giving me
14    pre-assault indicators, balling of his fists and he was
15    angry.  Anybody that's had an argument with somebody that's
16    streaming at the top of their lungs understands he wasn't
17    going to receive any information after he got that angry
18    anyhow.
19    Q.    Defense counsel characterized you as demanding
20    information from Mr. Latka.  Is that how you would
21    characterize it?
22    A.    No.
23    Q.    How would you characterize it?
24    A.    I've learned long ago when I was trained that I can get
25    my answers that I need from people whether they're a suspect
```

1    or a witness by being as polite as possible; and so I

2    approach every situation like that.  Even when I'm certain

3    that somebody has committed a crime, I try to be respectful

4    and I try to get the information I need by being polite.

5    That's how I police.

6    Q.    What was the tone of your voice?

7    A.    Probably about like it is now.  As I stated yesterday,

8    I've been on similar types of incidents where there have

9    been trash dumped in the forest; and most of the time the

10   homeowner isn't even aware that the trash is there.  They

11   hired somebody and it was dumped by somebody they hired and

12   so they're equally frustrated.  I thought that was going to

13   be the case here.

14   Q.    And after defendant started screaming at you which

15   was -- you said that that was pretty much as soon as you got

16   there; right?

17   A.    Well, as soon as I got there, within seconds he started

18   cursing at me and demanding to know why I was there.  When I

19   wouldn't give him that information, that's when the

20   screaming began.  It probably happened 20 to 30 seconds

21   after I got out of my car.  The entire contact couldn't have

22   been more than a minute and a half.

23   Q.    And what were you doing with your hands when he started

24   screaming at you?

25   A.    Well, once he started screaming, I kind of had my hands

1   up, kind of in a defensive posture.  It's training and, you
2   know, fortunately the training comes right back to you.  But
3   he was getting elevated and elevated and I had my hands up
4   and I was backing away.  I was backing towards the street.
5   Q.    Ms. Bednarski asked about the defendant complaining to
6   you.  Did the defendant ask you for your badge number?
7   A.    I don't recall him asking that.
8   Q.    Did he -- did you hear him ever say that he wanted to
9   talk to your supervisor?
10  A.    I didn't hear him say that.  My intention, once he
11  started screaming, was to get out of there.  I didn't hear
12  him ask for any of that information.
13  Q.    So you said that defendant charged you and you pulled
14  your taser?
15  A.    Yes.
16  Q.    Were you facing him directly when you pulled your
17  taser?
18  A.    Yes.
19  Q.    Defense counsel asked you a lot about the equipment and
20  the uniform you were wearing and your equipment.  Does your
21  vest protect you from being hit in the head?
22  A.    Of course not.
23  Q.    Does it protect you from being hit in the face?
24  A.    No, it doesn't.
25  Q.    Does it protect you from being shot in the head?

1    A.    No.

2    Q.    Does it protect you from being shot in the leg?

3    A.    No.  And, in fact, if I was shot even in my vest,

4    depending on the caliber of the weapon, it could penetrate

5    it or, best case scenario, it wouldn't penetrate me but it

6    would still render me defenseless.  I would fall.  I would

7    be vulnerable.

8    Q.    Could you tell if the defendant was upset before he saw

9    you or was it once he saw you?

10   A.    I thought about that afterwards and I don't know if

11   there was an altercation before I got there and I just

12   agitated the situation by my mere presence.  I don't know

13   for sure.

14         I know that his face wasn't red and he wasn't that

15   level of -- he didn't have that level of anger when I

16   approached him or I wouldn't have approached him in the

17   first place.  But I can't say what his state of mind was

18   before I approached him.

19   Q.    You said that you couldn't hear much of what defendant

20   was saying because he was screaming with such rage.  You

21   testified to that on direct.

22         But you did say that you were concerned because

23   you heard him say that he was a cop.  What about that

24   concerned you?

25   A.    I only heard -- I mean, I was there for about a minute

1    and a half and he was screaming the whole time.  So he said

2    a lot of things to me and I picked up only on a few things.

3    The fact he was a cop or a retired cop tells me he has

4    training.  How much training, there's no way for me to know

5    so that made me even more cautious.  I know that most

6    retired police officers that I know carry a weapon.

7    Q.    In your experience would most police officers or

8    retired police officers be better at unholstering your

9    weapon?

10   A.    Yes.

11          MS. BEDNARSKI:  Objection.  Lack of foundation.

12          THE COURT:  Sustained.

13   BY MS. PALMER:

14   Q.    As a police officer, are you better at unholstering

15   someone else's weapon?

16   A.    Yes.

17          MS. BEDNARSKI:  Objection.  Lack of foundation.

18          THE COURT:  Sustained.

19   BY MS. PALMER:

20   Q.    Defense counsel asked you a lot about your conversation

21   with Deputy Graham.  What was the purpose of that

22   conversation?

23          MS. BEDNARSKI:  Objection.  Speculation as to

24   Deputy Graham's state of mind.

25          THE COURT:  Sustained.

1   BY MS. PALMER:

2   Q.    Did Deputy Graham tell you the purpose of that

3   conversation?

4   A.    Yeah.   Deputy Graham, once I called him, just wanted to

5   fill me in.

6              MS. BEDNARSKI:   Objection.   Lack of foundation as

7   to what was in his mind.   He can only testify to what he's

8   told.

9              THE COURT:   Sustained.

10             THE WITNESS:   Can I rephrase that?   Deputy Graham

11  was giving me information.   He told me that he received a

12  report that Latka had a complaint and that Latka was

13  transported to the hospital.

14  BY MS. PALMER:

15  Q.    Were you talking to him to report anything?

16  A.    No, I wasn't.   I gave, as a courtesy to another

17  officer, I gave him a quick synopsis of my situation.   But I

18  wasn't reporting any crime to him or I wasn't reporting

19  anything to him.

20  Q.    And what did you believe was the purpose of your

21  conversation?

22  A.    Deputy Graham's conversation?

23             MS. BEDNARSKI:   Objection.   Irrelevant,

24  speculation.

25             THE COURT:   Overruled.   He can answer that.

1          THE WITNESS:  I believe Deputy Graham was giving

2    me information that he had about Latka; that I had a

3    complaint against me, that he was going to roll it up to my

4    supervisor, and that the defendant was transported to the

5    hospital.

6    BY MS. PALMER:

7    Q.    Have you ever seen Deputy Graham's report?

8    A.    I've never seen it.

9    Q.    You testified that you stopped your car to talk to

10   bystanders, the two witnesses.

11   A.    Yes.

12   Q.    Were they waving you down?

13   A.    They were both flagging me down with both of their

14   hands.

15   Q.    You just said "roll up."  What does that mean?  You

16   said that he was going to roll it up to your supervisor.

17   What does that mean?

18   A.    So, yes.  So he told me that he was going to inform my

19   supervisor.  If I received a complaint about a sheriff's

20   deputy doing something that he shouldn't do --

21          MS. BEDNARSKI:  Objection.  Nonresponsive.

22          THE COURT:  Sustained.

23          THE WITNESS:  He said that he --

24          THE COURT:  Ask the question again.

25

1    BY MS. PALMER:

2    Q.    What does it mean to roll up?

3    A.    That means that he was going to inform my supervisor.

4    Q.    And did that concern you?

5    A.    Not at all.

6    Q.    Why not?

7    A.    I knew that I hadn't done anything out of -- I knew I

8    hadn't done anything wrong.  In fact, I was kind of proud of

9    myself for my ability to get out of the situation without

10   having to get physical with the defendant.  That was my

11   chief aim at the time.

12   Q.    Yesterday you talked about walk-and-talks.  What is a

13   walk-and-talk?

14          MS. BEDNARSKI:  Objection.  Beyond the scope.

15          THE COURT:  Sustained.

16   BY MS. PALMER:

17   Q.    When you're doing an investigation and you go to speak

18   with someone, do you need a warrant to do that?

19   A.    No, of course not.  So on the day that we're speaking

20   about here, I was going to go knock on the door just like

21   the public has a right to knock on the door.

22          MS. BEDNARSKI:  Objection.  Motion to strike.

23          THE COURT:  No.  I'll allow it.

24          THE WITNESS:  So I went and knocked on the door.

25   I didn't need a warrant to knock on a door and have a

 1   conversation with somebody.  I do that minimum 20 times a

 2   day.  On the weekend I have a -- called a consensual

 3   conversation.  I have a consensual conversation on a weekend

 4   probably with a hundred different people.  That's 90 percent

 5   of my job.

 6   Q.    When you say "consensual," you mean the person -- if

 7   someone wanted to invite you in --

 8             MS. BEDNARSKI:  Objection.  Irrelevant.

 9             THE COURT:  Sustained.

10   BY MS. PALMER:

11   Q.    Do you need a warrant to stand on the sidewalk?

12   A.    No.

13   Q.    Do you need a warrant to knock on someone's door?

14   A.    I do not.

15   Q.    Did you knock on the door in this case?

16   A.    I wasn't able to knock on the door, no.

17   Q.    Defense counsel put a photo of your house up on the

18   screen.  Does it concern you that the defendant now knows

19   where you live?

20             MS. BEDNARSKI:  Objection.

21             THE WITNESS:  Yes.

22             MS. BEDNARSKI:  This is improper.

23             THE COURT:  Sustained.

24   BY MS. PALMER:

25   Q.    Does it concern you that the defendant knows where your

1    house is?

2                  MS. BEDNARSKI:  Same objection.

3                  THE COURT:  No, I'll allow it.

4                  THE WITNESS:  Extraordinarily.  I mean, that was

5    the whole thing in the first place.  He threatened my life

6    directly to me and now there's pictures in front of him of

7    my house; and even after I made the alterations to protect

8    myself from him, he sees those alterations there as well.

9                  So, yeah, that concerns me a lot.

10   BY MS. PALMER:

11   Q.    Just to clarify, you no longer live at the house but

12   you still own the property?

13   A.    I still own the property, yes.

14                 MS. BEDNARSKI:  Nonresponsive.  Objection.

15                 THE COURT:  Overruled.

16                 MS. PALMER:  I'm going to put on the screen what

17   has been marked as Defense Exhibit 518 again.

18                 (The exhibit was displayed on the screen.)

19   BY MS. PALMER:

20   Q.    When you decided to -- you said that you left to

21   deescalate the situation?

22   A.    That's correct.

23   Q.    And when you did that, why did you take the particular

24   route you took?

25   A.    Two reasons.  Number one, my car was facing that

1    direction.

2    Q.    So your car was facing this way (indicating)?

3    A.    It was facing, yes, correct.  So my car was already

4    facing that direction so that was the easiest escape route.

5    The second reason was, as I was pulling away, Latka was in

6    or near the street behind me.  So if I were to turn around,

7    I would have to turn around and face the defendant again.

8    The easiest route out was straight.

9    Q.    And you said that the defendant's car, as you saw it,

10   was facing this way (indicating)?

11   A.    Correct.  Heading towards the cul-de-sac.

12   Q.    And if you wanted to take the fastest route to get to

13   Florida, what would that be from Persimmons Lane?

14   A.    So it would have been a better route, if Latka was just

15   trying to leave and he wasn't trying to follow me, he would

16   have come out and made a left on White Oak obviously

17   because --

18   Q.    So come out this way, take a left on White Oak?

19   A.    Obviously, that's the quicker way to the main street

20   that goes to the highway.  The only reason he went the

21   direction he did was because I was over there.

22          MS. BEDNARSKI:  Objection.  Speculation.  Motion

23   to strike.

24          THE COURT:  Sustained.  That will be stricken.

25          THE WITNESS:  I know that he pulled up behind me.

1    MS. BEDNARSKI:  There is no question pending.

2  Motion to strike.

3    THE COURT:  Ms. Palmer, ask another question.

4  That will be stricken.

5  BY MS. PALMER:

6  Q.    When the bystanders waved you down and you stopped to

7  speak with them, you said you noticed the defendant directly

8  behind you; correct?

9  A.    Yes.

10  Q.    And you said he was right on your tail.  Did you ever

11  notice him keeping a distance?

12  A.    No.  When I pulled over and I was talking to the two

13  individuals that flagged me down, he pulled up so close to

14  my bumper that when I was looking out of my rear view I

15  couldn't see his license plate or bumper so he was very

16  close to my bumper when he stopped.

17  Q.    If you tapped on your brakes, do you think he would

18  have hit you?

19    MS. BEDNARSKI:  Objection.  Speculation.

20    THE COURT:  Sustained.

21  BY MS. PALMER:

22  Q.    Defense asked you about responding to the hospital to

23  check on the defendant.  How long after defendant threatened

24  you did you go to the hospital?

25  A.    I would estimate that I went to the hospital probably

1    45 minutes after the initial contact.

2    Q.    Was defendant still at the hospital?

3    A.    He was not.

4    Q.    You testified on direct that you went back to the trash

5    dump after the incident.  Why did you go back?

6    A.    I went back.  That's part of my -- the area that I

7    patrol.  So I went back to my patrol area, parked my

8    vehicle, and called my supervisor immediately.

9    Q.    You mentioned when defense counsel was questioning you

10   that you were removed from the investigation.  What do you

11   mean by that?

12   A.    Well, my supervisor basically told me that this has

13   escalated beyond a simple --

14            MS. BEDNARSKI:  Objection.  Hearsay.

15            THE COURT:  Sustained.

16   BY MS. PALMER:

17   Q.    What was your understanding of why you were removed?

18   A.    I was removed --

19            MS. BEDNARSKI:  Objection.  Irrelevant.

20            THE COURT:  Sustained.

21   BY MS. PALMER:

22   Q.    Did you continue working on the investigation after

23   that?

24   A.    I did not.

25   Q.    Why?

```
1    A.    I was --
2              MS. BEDNARSKI:  Objection.  Irrelevant.
3              THE COURT:  Sustained.
4    BY MS. PALMER:
5    Q.    Defense counsel asked you about having to answer
6    questions from your supervisor.  Did that concern you?
7    A.    Not at all.
8    Q.    Why not?
9    A.    Again, I did everything right and I went beyond and I
10   didn't -- I didn't use any force against the defendant.  I
11   didn't -- I did everything that I could to get out of the
12   situation without having to use any type of force.  So I was
13   actually kind of proud of myself that I was able to do that.
14   Q.    Defense counsel asked you if you'd ever seen the
15   defendant's car around your neighborhood.  Do you know if
16   defendant drives any other cars?
17   A.    I don't know.
18   Q.    Do you know if he drives a motorcycle?
19   A.    I don't know.
20   Q.    Defense counsel asked you about whether you were
21   actually afraid of the defendant because he's a man who's
22   older than you.  Can older men -- would an older man be able
23   to disable you?
24   A.    Absolutely.
25             MS. BEDNARSKI:  Objection.  Cumulative.
```

1          THE COURT:   Sustained.

2    BY MS. PALMER:

3    Q.    Would a woman be able to disable you?

4          MS. BEDNARSKI:   Objection.   Irrelevant.

5          THE COURT:   Sustained.

6    BY MS. PALMER:

7    Q.    When defendant pulled up next to you and shouted --

8    sorry.   When defendant pulled up next to you, what did you

9    do?

10   A.    As soon as he pulled up next to me, I was already

11   putting the car in park because I didn't like my positioning

12   relative to his.

13         I was taught in training, again that you don't

14   want to be inside of your car if somebody is threatening you

15   or somebody is going to attack you or possibly attach you

16   because you are a stationary target.

17         And in a worst case scenario, if somebody did try

18   to shoot me, especially if I'm buckled in, I can't even

19   move.   So when he pulled up beside me, I immediately put it

20   in park and I was going to get out of my vehicle so I was in

21   a safer position.

22   Q.    In your mind does age matter when it comes to pulling a

23   trigger?

24   A.    Absolutely not.

25   Q.    Did you take the defendant seriously?

1    A.    Yes.

2    Q.    Why?

3    A.    He was so enraged that day.  I've given -- I've never

4    seen anybody that enraged.  I've given probably hundreds of

5    tickets.  I've taken people to jail.  I've stopped people

6    from doing what they want to do all the time in my job and

7    people get upset with me.

8          I've never seen anybody that enraged ever.  So I

9    took him very seriously; and then when he said he was going

10   to kill me, I take that extraordinarily serious.

11              MS. PALMER:  One moment, Your Honor.

12              (Plaintiff's counsel conferred.)

13              MS. PALMER:  Thank you, Officer Ellsworth.

14              No further questions, Your Honor.

15              THE COURT:  Ms. Bednarski?

16              MS. BEDNARSKI:  Just a couple.  A couple, of

17   course, means --

18              THE COURT:  A couple in lawyer talk?

19              MS. BEDNARSKI:  Yeah.

20              THE COURT:  Okay.

21                     **RECROSS-EXAMINATION**

22   BY MS. BEDNARSKI:

23   Q.    Sir, at the stop sign at Florida and 8th, when you

24   got out of your car, Mr. Latka turned right and drove in the

25   opposite direction; correct?

1    A.    Yes.

2    Q.    And when on White Oak Street, when he was pounding on

3    your window and you got out of your car, he ran away into

4    the middle of the street; right?

5    A.    That's correct, yes.

6    Q.    Now, you told us that you're so sensitive to the

7    privacy of people keeping matters confidential; right?

8    That's why you didn't want to give him any details?

9    A.    I'm sorry?

10   Q.    You didn't want to give Mr. Latka any details about why

11   you were there because of privacy and confidentiality?

12   A.    The investigation didn't concern him so I wasn't

13   anxious to give him any information.

14   Q.    When you pulled up to the side of the street and rolled

15   down your window and you talked to Mr. Tercero and Mr. Haug

16   and you told them about coming there because of the trash

17   dump, you weren't concerned about giving bystanders who were

18   not even associated with that property address information

19   about your investigation?

20   A.    Well, it's not necessarily private information.  But it

21   had escalated from a simple trash dump to a situation where

22   he was threatening me.

23   Q.    Well, when you came up to him and you wanted to speak

24   to Mr. Morales, he asked you why do you want to speak to

25   him; right?

1    A.    Yes.

2    Q.    He asked you that?

3    A.    Yes.

4    Q.    And when you would not give him details, he became more

5    hostile; right?

6    A.    His exact words were "What the fuck do you want?" And

7    then --

8    Q.    My question is when you gave him --

9              MS. PALMER:  Your Honor.

10             THE COURT:  Ms. Bednarski, watch your tone.

11             MS. BEDNARSKI:  I'm sorry.

12   Q.    You wrote a report about the incident; right?

13   A.    Yes, I did.

14   Q.    And you wrote down what occurred?

15   A.    Yes.

16   Q.    And you said that when Mr. Latka demanded to know why

17   you wanted to speak to Mr. Morales and when you would not

18   give him details, he became more hostile; right?

19   A.    Yes.

20   Q.    Have you been trained that it's helpful when you talk

21   to people to give them information about why you're there?

22   A.    Not in a case like this.  Not when he was already

23   aggravated and agitated.  Once I knew he wasn't Mr. Morales

24   and I knew he was a little bit aggravated, I was trying to

25   leave.

1    Q.    You found it helpful to give information to the

2    bystanders on the road; right?

3    A.    I wouldn't say that's helpful.  I don't remember

4    exactly what I told them.

5    Q.    Now, at that point when you stopped and you talked to

6    Mr. Tercero and Mr. Haug out your window on the street just

7    a couple doors up, you knew already that you'd pulled out

8    your weapon and pointed it at Mr. Latka; right?

9    A.    I pulled out my taser, yes.

10   Q.    And your point in getting their names and numbers is

11   because you knew that you would need to build a case for

12   yourself; right?

13   A.    No, I didn't think I needed to built a case for myself.

14   I thought if they saw what happened and they saw his

15   behavior and they wanted to report it, that that would be a

16   good idea.

17   Q.    Now, you said that Mr. Latka was following close behind

18   you in his car; right?

19   A.    Yes.

20   Q.    And you were looking in the rearview mirror because

21   you're concerned about him now following you; right?

22   A.    Are you asking before I was talking to the two

23   individuals?  Are you asking during while I was talking to

24   them?

25   Q.    While you were talking to them, did you notice the car

1   behind you?

2   A.   One of the gentlemen I was speaking to told me

3   something to the effect of:   Oh, God, here he comes again.

4   Q.   Now, you were then aware that Mr. Latka was in his

5   little black Nissan; right?

6   A.   Yes.

7   Q.   Then you drove off in your SUV up White Oak; right?

8   A.   Correct.

9   Q.   And did you see in your rearview mirror Mr. Latka stop

10  and talk to the same bystanders?

11  A.   What I noticed was a hesitation.   When I pulled away,

12  he didn't pull away directly.   I was hoping that he was

13  going to stay there.   Eventually, he got behind me.   I did

14  not see a conversation between them.

15  Q.   So when you pulled away from Mr. Haug and Mr. Tercero,

16  Mr. Latka was right behind you; right?

17  A.   He was -- yeah, he was in front of the two individuals

18  that I was speaking to or besides them.

19  Q.   And did you see him talk to those individuals as you

20  pulled away?

21  A.   No.

22  Q.   You kept -- you keep telling us about your training.

23  Have you ever been in a situation where you pull out your

24  taser and point it at someone?

25  A.   Yes.

1          MS. PALMER:  Objection.  Relevance, Your Honor.

2          THE COURT:  Overruled as to that question.

3    BY MS. BEDNARSKI:

4    Q.    Now, you knew that when Deputy Graham called you that

5    he'd already spoken to Mr. Latka; right?

6    A.    I don't know that I knew if he spoke to Mr. Latka or he

7    just got a report from his dispatch.

8    Q.    Well, he told you, didn't he, in that conversation

9    about 45 minutes after the incident that he spoke -- that he

10   had made contact with Mr. Latka at the Persimmon house;

11   right?

12   A.    I honestly don't -- I don't remember if he said he

13   spoke to him or he was getting a report from his dispatch.

14   My understanding that he was a sheriff's deputy that was

15   dealing with Mr. Latka.  Whether he dealt with him face to

16   face or over the phone, I don't recall if he told me that.

17   Q.    And he told you, didn't he, that Latka had repeatedly

18   told him that you had pulled a gun on him?

19   A.    I don't recall him telling me that.

20   Q.    He told you that he -- Mr. Latka had repeatedly

21   demanded that he file charges against you?

22   A.    That Officer Graham file charges against me?

23   Q.    Yes.  That Mr. Latka had repeated asked --

24          MS. PALMER:  Objection.  Hearsay.

25          THE COURT:  It's not for the truth I don't think.

```
 1              MS. BEDNARSKI:  It's not.
 2              THE COURT:  All right.  Then you can ask it.
 3              MS. PALMER:  What's it's for, Your Honor?
 4              THE COURT:  You can ask the question,
 5    Ms. Bednarski.
 6              MS. BEDNARSKI:  Okay.
 7    Q.    And he told you, didn't he, that Mr. Latka had
 8    repeatedly demanded that he file charges on you --
 9    A.    I don't remember.
10    Q.    -- for your conduct?
11    A.    I don't remember Graham telling me that.  Officer
12    Graham told me that he was notify my supervisor.
13              THE COURT:  Ladies and gentlemen, I'm not going to
14    try to explain the rules of hearsay to you because they're
15    incredibly complicated.
16              But in this particular case, the statements of
17    Officer Graham or the alleged statements of Officer Graham
18    are not being introduced for the truth of the matter; that
19    is, they're not evidence of what Mr. Latka actually said but
20    the impact -- potential impact on this witness of what
21    Officer Graham said to the witness.
22    BY MS. BEDNARSKI:
23    Q.    And he told you that he had repeatedly demanded that
24    Officer Graham arrest you?
25    A.    I don't recall Officer Graham telling me that.
```

1    Q.    Now, you told us that you went back to Bee Canyon and
2    that's when you called your supervisor; right?
3    A.    Yes.
4    Q.    You didn't stop along the way and pull over and make
5    that call?
6    A.    I was -- Bee Canyon was three or four minutes away.  I
7    just got back to my patrol area and I called from there.
8    Q.    So was it five minutes or was it three minutes?
9    A.    Between three and four minutes probably.
10   Q.    So when you said five before, you were mistaken?
11   A.    I could have been.  It was somewhere between three and
12   five minutes that I got back to Bee Canyon depending on the
13   traffic signals and whatnot.
14   Q.    You told us that you were not reporting a crime to
15   Deputy Graham; correct?
16   A.    That's correct.
17   Q.    And you did not, in fact, report any crime to Deputy
18   Graham by Mr. Latka; right?
19   A.    No, I did not.
20         MS. BEDNARSKI:  No other questions.
21         THE COURT:  All right.  It's time for our break.
22   If you have a couple of questions in the literal meaning of
23   couple instead of a lawyer meaning of couple, then you can
24   ask them but otherwise we'll go ahead and take our break
25   first.

```
 1              MS. PALMER:  Four questions, Your Honor.

 2              THE COURT:  Okay.

 3                   FURTHER REDIRECT EXAMINATION

 4    BY MS. PALMER:

 5    Q.    Why did you stop and talk to the witnesses?

 6              MS. BEDNARSKI:  Asked and answered.

 7              THE COURT:  Sustained.

 8    BY MS. PALMER:

 9    Q.    Were any charges filed against you?

10    A.    No.

11    Q.    Did you report defendant threatening you to any law

12    enforcement?

13    A.    I reported it to my supervisor.  That's an internal

14    investigation.  That's the way that it's done when somebody

15    was assaulted -- assaulted me or somebody caused harm to me

16    or did anything to me, it would go up through my department.

17    Q.    And then who investigated that after?

18    A.    Well, my supervisor --

19              MS. BEDNARSKI:  Objection.  Relevance.

20              THE COURT:  I'm not sure there's even a foundation

21    for knowledge.

22    BY MS. PALMER:

23    Q.    Do you know if your supervisor then assigned someone to

24    investigate?

25    A.    Yes.  My supervisor handled it from there and assigned
```

1    other investigators at that point.

2    Q.    And were there federal investigators if you know?

3    A.    Yes.

4    Q.    Did you tell your supervisor exactly what happened that

5    day?

6    A.    Yes.

7    Q.    Did you lie?

8    A.    No.

9              MS. PALMER:   That's all, Your Honor.

10                   FURTHER RECROSS-EXAMINATION

11   BY MS. BEDNARSKI:

12   Q.    Did that investigation that you're talking about is

13   your claim that Mr. Latka did something to you; right?

14   A.    The investigation that my supervisor was going to take

15   over was Latka's behavior and the trash dump.  He took the

16   whole thing away from me.  He said that at this point we'll

17   take the whole thing away from you and what they did from

18   that point on I wasn't privy to.

19   Q.    And you, to your knowledge, you were never investigated

20   for use of force against Mr. Latka; right?

21   A.    I think that the investigation was my supervisor

22   looking at the facts of the case and asking me what I did.

23   So I think it was investigated by my direct supervisor.

24   Q.    So aside from you talking to your supervisor, did any

25   outside person or any person other than that supervisor

```
 1    investigate you for use of force against Mr. Latka?
 2              MS. PALMER:  Lack of foundation.
 3              THE COURT:  If you know.
 4    BY MS. BEDNARSKI:
 5    Q.    If you know.
 6    A.    I'm sorry.  One more time, please.
 7    Q.    Other than your supervisor and you answering questions
 8    of your supervisor, to your knowledge did any outside person
 9    or any outside entity investigate you for your use of force
10    against Mr. Latka?
11    A.    No, not to my knowledge.
12              MS. BEDNARSKI:  Thank you, Your Honor.
13              THE COURT:  All right, ladies and gentlemen, don't
14    talk about the case or form or express any opinions about
15    the case until it's finally submitted to you.
16              We'll take a fifteen-minute break.
17              THE CLERK:  All rise.
18                   (The jurors exited the courtroom.)
19                        (Recess.)
20         (The following was held outside the jury's presence:)
21              THE COURT:  All right.  Everybody ready?
22              MR. KENDALL:  Yes, Your Honor.
23              MS. BEDNARSKI:  Yes.
24              MS. PALMER:  Your Honor, before the jury comes in,
25    we want to be assured that the defendant is not given a copy
```

1    of this.

2              MS. BEDNARSKI:  Your Honor, it has no address.

3              THE COURT:  Don't give him a copy of it.

4              MS. BEDNARSKI:  I won't.  I won't.  And he has no

5    idea.  I just want everyone to know he has no idea where

6    that is.

7              MS. PALMER:  And can we also excuse

8    Officer Ellsworth?

9              THE COURT:  Yes.

10             THE CLERK:  All rise.

11                 *(The jurors entered the courtroom.)*

12             THE COURT:  All right.  Everybody have a seat.

13   Everyone is present.

14             Counsel, Ms. Plato needs you.

15                 *(Pause in the proceedings.)*

16             THE COURT:  All right.  Does the government have

17   another witness?

18             MR. KENDALL:  Yes, Your Honor.  The government

19   calls Martin True.

20             MARTIN TRUE, GOVERNMENT'S WITNESS, SWORN

21             THE CLERK:  Please step forward.  Please raise

22   your right hand.

23             Do you swear that the testimony you're about to

24   give in this matter before this Court will be the truth, the

25   whole truth, and nothing but the truth, so help you God?

1        THE WITNESS:  I do.

2        THE CLERK:  Please step forward to the witness

3   stand and state your full name for the record and spell it.

4        THE WITNESS:  I have a hearing aid so I may have

5   to use this.

6        THE COURT:  Sure.

7        THE WITNESS:  My name is Martin True.

8        THE COURT:  Spell that, please.

9        THE WITNESS:  Pardon?

10       THE COURT:  Spell that, please.

11       THE WITNESS:  M-a-r-t-i-n.  T-r-u-e.

12       THE COURT:  Thank you.

13       You may proceed.

14                    **DIRECT EXAMINATION**

15   BY MR. KENDALL:

16   Q.   Mr. True, what do you do for a living?

17   A.   I'm a building inspector.

18   Q.   In addition to being a building inspector, are you also

19   a missionary for your church?

20   A.   Yes, I am.

21   Q.   What does that entail?

22   A.   It entails going out and going door-to-door with our

23   journals and talking to people about the Bible.

24   Q.   Were you doing that on October 12th, 2014?

25   A.   Yes.

1    Q.    Were you alone or with someone?

2    A.    I was with a friend.

3    Q.    Who were you with?

4    A.    Tony Leon.

5    Q.    On day, did you come across a man on Persimmons Lane in

6    Hemet, California?

7    A.    I don't remember the name of the street but yeah.  I

8    come across quite a few people.

9    Q.    Do you see that individual or do you see an individual

10   that you saw that day here today in court?

11   A.    Yes, I do.

12   Q.    Can you please identify him by where he's sitting and

13   what he looks like?

14   A.    Yes, uh-huh.   (Pointing.)

15             THE COURT:   Where are you pointing, sir?

16             THE WITNESS:   Right over here.

17             THE COURT:   All right.   Indicating Mr. Latka.

18   BY MR. KENDALL:

19   Q.    Did you speak with defendant that day?

20   A.    Yes, we did.

21   Q.    And what did he say?

22   A.    Well, we knocked on his door.  He came to the door.  We

23   didn't -- I didn't know his name.  We introduced ourselves

24   and he was very friendly and he told us he didn't live there

25   but he was doing some work on the house for a friend of his.

1   And he invited us in to look at what kind of work he was

2   doing.

3   Q.    Did you look around the house?

4   A.    Yes, we did.

5   Q.    And what kind of work did it appear he was doing?

6   A.    From what I can recall, it looked like he had put in

7   some kitchen cabinets and he had done some painting work.

8   Q.    About how long were you inside the house?

9   A.    Maybe ten minutes, fifteen at the most.

10  Q.    And once you were -- leave the house, what did you do?

11  A.    We walked out to the street and, as we were going to

12  the street, an officer approached us looking for an

13  individual and we told him we didn't know that person that,

14  you know, there's a person in the house, you know.  He can

15  probably talk to that person.

16  Q.    What did the person you encountered on the street look

17  like?

18  A.    What I can remember is he had red hair and he was

19  wearing a green uniform like an officer would wear for the

20  forestry department.

21  Q.    Did you later learn the name of that individual was

22  Officer Chad Ellsworth?

23  A.    Yes, I did.

24  Q.    Had you met Officer Ellsworth prior to October 12th?

25  A.    No.

1    Q.    Did you -- you said you briefly spoke to him.  Can you

2    say exactly what your conversation was with him?

3    A.    Basically, he -- as we were leaving and we were

4    getting -- approaching the sidewalk, he was coming up the

5    sidewalk and he asked about a person that lived there.

6          We didn't know who lived there, that person's

7    name, so we said there's somebody inside, you know.  You

8    need to talk to him.  So we went up the sidewalk the other

9    way.

10   Q.    What was Officer Ellsworth -- what was his demeanor

11   like when you were talking to him?

12   A.    He was very friendly and polite.

13   Q.    So at that point, after talking with Officer Ellsworth,

14   then what did you do?

15   A.    We started walking the other direction.  I believe it

16   was north back to the car that I was with my friend that I

17   was riding with.

18   Q.    And then what happened?

19   A.    Well, we got about -- I don't know -- 50 to a hundred

20   feet, then we heard a commotion behind us and we heard

21   somebody screaming at somebody.  And I turned around and I

22   could see it was the person at the house enraged at the

23   officer.

24   Q.    So it was the defendant who was screaming?

25   A.    Yes.

1   Q.   Could you make out anything that he was saying?

2   A.   I can't recall what he was saying other than I believe

3   it was get off the property.  That's pretty much all I can

4   remember.

5   Q.   Could you see whether or not Officer Ellsworth was on

6   the property?

7   A.   Umm, he was on the approach to the house.  I don't know

8   if he was even up to the front door yet.

9   Q.   What was the defendant's demeanor like?

10  A.   He was enraged at the officer.

11  Q.   And how could you tell he was he enraged?

12  A.   Because of the screaming.  It got our attention.  I'm

13  hard of hearing and I could hear the commotion going on

14  behind us and he was very, very enraged at the officer.

15  Q.   What about Officer Ellsworth?  What was his demeanor

16  like as the defendant was screaming?

17  A.   I didn't hear him say -- he may have been talking.  I

18  couldn't hear it, though.

19  Q.   What was the -- could you tell how loudly he was

20  speaking?

21  A.   No, not the officer.  I couldn't tell.  He was just

22  standing there from what I can recall.  He wasn't -- he

23  wasn't approaching the person.  He wasn't, like I said, he

24  wasn't hollering back at the person or anything.

25  Q.   So at that point what did you do?

1    A.    We -- my friend and I decided we should just get in the
2    car and leave the area because it didn't look good what was
3    going on.
4    Q.    And did you get in the car?
5    A.    Yes, we did.
6    Q.    Then what happened?
7    A.    So we made a U-turn and came back down the street; and
8    then when we came out to the street on the corner, he turned
9    left and the defendant was at the officer's SUV.   The
10   officer was inside with the window up.   And the person --
11   the defendant was pounding on the window of the SUV and
12   screaming at him.
13           And my friend, I told him just keep driving.   But
14   the defendant came over and he asked us to call 911.   So he
15   says:  "You see him.   You're my witness.   You seen him pull
16   a weapon on me."
17           And we told him we didn't see him do anything like
18   that.   We went up street.   I said we'll go up the street and
19   we'll call 911 because we wanted to get out of the area.
20   Q.    When you said he was banging on the window of the
21   officer's car, could you describe how he was banging on it?
22   A.    He was trying to either break it in.   He was pounding
23   very hard.   He was very enraged at him and the officer was
24   trying to drive away; and the officer did start to drive
25   away when the defendant approached our car.   He started

1    leaving.

2    Q.    The car he was hitting, you said it was a SUV.   What

3    did the SUV look like?

4    A.    It looked like a forestry SUV.   It had green on it.

5    Q.    Did you see any other cars around?

6    A.    Yes.   When we got there, we noticed -- what I can

7    recall it looked like a black Honda Accord.   It was parked

8    with the -- the opposite way on the street in front of the

9    house where the door was open.

10   Q.    Were there any other cars besides the Honda -- what you

11   thought was a black Honda Accord and the SUV?

12   A.    It looked -- it appeared to be, from what I can recall,

13   there was a pickup on the corner on the lawn.   It looked

14   like a white Nissan Titan truck.   It had one wheel jacked up

15   and it was kind of on the sidewalk in the yard.

16   Q.    So after you drove down the street, did you see

17   Officer Ellsworth's SUV again?

18   A.    Yes, we did.

19   Q.    When did you see it?

20   A.    It was within a few minutes.   We were driving up

21   another road and we saw him driving.   It looked -- we

22   couldn't tell who was driving but I assumed it was him and

23   it looked like the black Honda Accord was right behind it.

24   Q.    How closely behind it?

25   A.    Very close, within a foot or two.

1    Q.    And what were you thinking at that point?

2    A.    I was thinking he was trying to get him to stop, you

3    know.

4          MR. KENDALL:  Just a moment, Your Honor.

5          (Plaintiff's counsel conferred.)

6    BY MR. KENDALL:

7    Q.    Did you call 911?

8    A.    Yes, I did.

9    Q.    And why did you call 911?

10   A.    Because the defendant asked me to.

11   Q.    Was there any other reason you called 911?

12   A.    Well, no.  Prior to talking to the defendant, he had

13   told us that he had been in the hospital and he had a bad

14   heart problem; and I thought it might have been -- the way

15   he was acting, he could be going to have another heart

16   attack.  I didn't know but he asked me to call it so I did

17   call it.

18         MR. KENDALL:  Just a moment, Your Honor.

19         (Plaintiff's counsel conferred.)

20   BY MR. KENDALL:

21   Q.    When you saw the black car following the SUV, did you

22   have any thoughts about the situation at that point?

23   A.    Yeah.  It looked like he was carrying the situation

24   further than he -- I figured he jumped in his car because

25   the officer took off and he was chasing him.

1   Q.    Do you think that the situation had changed from when
2   you had first seen it?
3   A.    No.
4            MR. KENDALL:  Nothing further, Your Honor.
5            THE COURT:  Defense.
6            MS. BEDNARSKI:  Just a second, Your Honor.
7               (Defense counsel conferred.)
8                   **CROSS-EXAMINATION**
9   BY MS. BEDNARSKI:
10  Q.    Good morning.  Now, you don't live in the neighborhood
11  that -- the neighborhood you're talking about where this
12  occurred, that's not the neighborhood you live in?
13  A.    No, it isn't.
14  Q.    And you live in Hemet but in a different area of Hemet?
15  A.    Right.
16  Q.    Now, that morning, that was the first time that you had
17  met my client Mr. Latka; right?
18  A.    Yes, it was.
19  Q.    And when you were going door-to-door just before you
20  went into his house to see the inside of the house, was he
21  outside?
22  A.    I don't believe he was.  I think we knocked on the
23  door.  I can't remember if he was -- I believe he was inside
24  and the door might have even been open.
25  Q.    Okay.  And that's when he invited you in and

1  essentially gave you a tour?

2  A.    Yes.

3  Q.    Now, you're a building inspector by profession;

4  correct?

5  A.    Uh-huh.

6  Q.    And before that, you owned your own construction

7  company; right?

8  A.    Right.

9  Q.    And so your knowledgeable about construction and

10  quality of construction; correct?

11  A.    Right.

12  Q.    Now, the work that you saw inside, did it appear to be

13  haphazard to you?

14  A.    Yes, it did.

15        MR. KENDALL:   Objection.   Relevance.

16        THE COURT:   Sustained.

17  BY MS. BEDNARSKI:

18  Q.    And you said that you recalled as you were -- you said

19  you recalled seeing, you know, that there had been some

20  painting work and some kitchen cabinetwork; and do you

21  recall any other kind of work that you observed as you were

22  present with Mr. Latka for that ten or fifteen minutes?

23  A.    I don't remember anything else.

24  Q.    Was Mr. Latka enthusiastic about the work?

25  A.    Yes.   Yes, he was.   He was proud of his work.

1    Q.    And animated when talking with you?

2    A.    Yes.

3    Q.    Was he quite talkative?

4    A.    Yes.

5    Q.    And he seemed different in his personality, didn't he?

6    A.    He was very friendly.  It's unusual that we have

7    somebody that we go to their door and we're strangers that

8    will invite you in and be, you know, all that friendly with

9    you.

10   Q.    And in observing him and his manner, did he seem to be

11   a little different in personality, in other words, maybe not

12   quite normal?

13             MR. KENDALL:  Objection.  Vague.

14             THE COURT:  Sustained.

15   BY MS. BEDNARSKI:

16   Q.    Did you observe anything about sort of his other

17   interactions with you with respect to -- was he repetitive

18   in his words?

19   A.    Not that I can recall.

20   Q.    And you told us that he had told you that he had

21   recently had a heart attack.  How did that come up?

22   A.    I think he just started talking about it.  He said that

23   this is his friend's house.  His friend is not there.

24   Nobody lived in the house from what I could tell.  He just

25   started talking about his health problems and it sounded

1   pretty severe, the heart problems.

2   Q.    And he told you he just had a car accident the week

3   before or so?

4   A.    Yes, I believe he did.

5             MR. KENDALL:  Objection.  Hearsay.

6             THE COURT:  Sustained.

7   BY MS. BEDNARSKI:

8   Q.    Now, you left the house and walked up the cul-de-sac;

9   right?

10  A.    Yes, we did.

11  Q.    And let me get a map out here.  I'm putting Exhibit 509

12  on the screen.

13            (The exhibit was displayed on the screen.)

14  BY MS. BEDNARSKI:

15  Q.    Do you recognize the Google Earth photograph on the

16  screen depicting Persimmon, a cul-de-sac that you were

17  walking door-to-door on?

18  A.    It looks like the same area.

19  Q.    And so how far up would you say you got -- and I think

20  you can point on your screen so the jurors -- you can put

21  your finger on the screen and I think the jurors will see

22  it.  How far up Persimmon have you gotten?

23  A.    When we heard the commotion?

24  Q.    Yes.

25  A.    It was right about here (indicating) in between these

1    two clumps of trees.

2    Q.    Okay.  So you've put your finger on about halfway

3    between the two clumps of trees on the lower one-third of

4    the photograph?

5    A.    Yes.  It's not any further than that.

6    Q.    And that would be about here (indicating)?

7    A.    Maybe that or maybe even a little bit less distance.

8    Q.    Maybe a little bit less far?

9    A.    Just right in there.

10   Q.    Just to orient everyone, the house on Persimmon where

11   you had been given the tour was on the corner where

12   White Oak meets Persimmon; right?

13   A.    Right.

14   Q.    And then you say you and your friend -- were you

15   together at that point?

16   A.    Yes, we were.

17   Q.    And so you walked up to about -- about halfway down the

18   cul-de-sac, maybe a little less far, when you heard all the

19   screaming and the commotion?

20   A.    Yes.

21   Q.    Would you say about one to two minutes had passed since

22   you had left the house?

23   A.    I would say not even more than a minute, 30 seconds to

24   a minute.

25   Q.    And as you were -- let me put a photograph of the house

1  up.   Photograph 500.

2           (The exhibit was displayed on the screen.)

3  BY MS. BEDNARSKI:

4  Q.    Here's the house on Persimmon.   And can you point to --

5  can you hit on the lower left-hand corner that place that

6  says "clear all" on your screen?  Can you hit that button?

7  It will take the blue square off.

8  A.    Hit the "clear all"?

9  Q.    No.   The little blue dot.   That's the one that went to

10  the other picture.

11  A.    Push the blue dot?

12  Q.    Can you push -- is there a label on your screen on the

13  lower left that says "clear all"?

14  A.    No, there is a sticker on it.

15  Q.    Okay.   Well, we'll deal with this.

16           Can you point to when you -- I want you to

17  identify the place where you were when you spoke with the

18  officer and he asked whether you were Fred Morales.   Can you

19  indicate on this photograph approximately where you and your

20  friend were standing?

21  A.    We were on the sidewalk right about here (indicating).

22  Q.    Okay.   So about the middle of the driveway but out of

23  the driveway and onto either the sidewalk or the street?

24  A.    Yeah.   We were still on the sidewalk part.

25  Q.    And can you indicate for the jurors then where the

1    red-headed man in the green uniform was?

2    A.    He was walking up from the corner over here

3    (indicating) and he was about right in here (indicating).

4    Q.    Okay.  So he was in the street or on the sidewalk?

5    A.    He was on the sidewalk.

6    Q.    Okay.

7    A.    He actually came up when we first seen him and that's

8    where we first saw him, and he said something and he walked

9    right up to us.

10   Q.    Okay.  Now -- and you heard the officer ask Mr. Latka

11   or did you hear Mr. Latka say to the officer, "Why do you

12   want to know?"  In other words, in response to --

13   A.    Yes.

14   Q.    -- the question about Fred Morales?

15   A.    I believe he did say that.

16   Q.    Now -- and you heard him scream "Get out of here.  Get

17   off the property"; right?

18   A.    I don't know the exact wording but that's the intent

19   that I got.

20   Q.    And you heard words to that effect?

21   A.    Uh-huh.

22   Q.    I think for the reporter, instead of saying "uh-huh,"

23   you just need to say "yes" or "no."

24             So you heard words to that effect?

25   A.    Yes.

1  Q.    And that loud screaming is what caused you to turn and
2  look around to see what the commotion was?
3  A.    Yes.
4  Q.    You had not seen what happened when the officer and
5  Mr. Latka first interacted; correct?
6  A.    No.
7  Q.    Because you were already partway up the street; right?
8  A.    Yes.
9  Q.    Did you see the officer pull out his taser and point it
10 at Mr. Latka?
11 A.    No.
12 Q.    And did you see him reholster his taser?
13 A.    No.
14 Q.    So you didn't see any of that part?
15 A.    No.
16 Q.    Now, Mr. Latka -- you and your friend got into the car
17 that you had come to the neighborhood in; right?
18 A.    Yes.
19 Q.    And you were the passenger and your friend was the
20 driver?
21 A.    Yes.
22 Q.    And you started to drive out of the cul-de-sac on
23 Persimmon; right?  You did a -- your friend did a U-turn and
24 you came around back this way to drive out of the
25 cul-de-sac; right?

1    A.    Yes.

2    Q.    So you would be headed left and in diagram or -- I'm

3    sorry -- photograph 509, you would be headed left to where

4    it comes to White Oak as a T?

5    A.    Yes.

6    Q.    And Mr. Latka ran over and started pounding on the car;

7    right?

8    A.    Well, he -- when we drove out there, he was already up

9    to the car.

10   Q.    And he ran out in front of the car that your friend was

11   driving?

12   A.    Not in front.  He ran up to the side because my friend

13   was going very slow and I asked my friend just keep going

14   but he stopped.

15   Q.    Okay.  And Mr. Latka, when he ran over to your car, was

16   yelling loudly to you and your friend in the car about

17   whether you'd seen the officer had pulled a gun out on him;

18   right?

19   A.    Yes, yes.

20   Q.    And he's yelling at you to let him borrow a phone;

21   right?

22   A.    I don't recall.  He may -- the driver talked to him

23   first.

24   Q.    Okay.

25   A.    And if he did, my friend didn't have a phone.

1    Q.    And did he -- did you hear him asking you guys to call

2    911 for him?

3    A.    Yes.

4    Q.    And, in fact, you did; right?

5    A.    Yes.

6    Q.    You turned left on White Oak here and drove a little

7    bit away out of this immediate vicinity; right?

8    A.    Yes.

9    Q.    And called 911?

10   A.    Yes.

11   Q.    And did you -- were you able to tell him:  Yeah, we'll

12   do that for you.  We'll call 911 or did you just leave?

13   A.    No.  I told him we would call them but I said we're

14   going to drive up the street a ways and do it.

15   Q.    Okay.  And you were the one who made the call; right?

16   A.    Yes.

17   Q.    Because you had a phone with you; right?

18   A.    Yes.

19   Q.    And you told the 911 operator that the man had flagged

20   you down and said the law enforcement officer pulled a

21   pistol; right?

22   A.    Yes.

23   Q.    And you told the 911 operator that he had wanted you to

24   call them; right?

25   A.    Yes.

1    Q.    Now, when Mr. Latka had run up to the car that you and

2    your friend were in and he was asking, "Did you see that?

3    Did you see that?  Did you see him pull a gun out?"

4               Do you recall that?

5    A.    Yes.

6    Q.    Were you able to tell him whether or not you could

7    verify that for him, whether you could confirm, yeah, we saw

8    him pull that gun?

9    A.    No.   My friend told him we didn't see anything like

10   that.

11   Q.    And because you were already up the street; right?

12   A.    No.   When he came up to the door and my friend stopped,

13   he rolled his window down partway; and he told him we hadn't

14   seen anything like that; and then he asked if we'd call 911.

15   Q.    Now, were you still there when Mr. Latka got into his

16   little black Nissan car?

17   A.    No.

18   Q.    You saw Mr. Latka go over to the officer's SUV -- and

19   this is just to orient you.  This is after he's come up to

20   you and your friend in the car and you told him you're going

21   to call 911 -- you see him go over to the officer's car and

22   start pounding on the window?

23   A.    That was before he came over and asked us to call 911.

24   Q.    Okay.

25   A.    After that, we drove off and we didn't see anything

1    else.

2    Q.    And so when you see him beating on the window, do

3    you -- did you hear him yelling for the supervisor's name?

4    Did you hear him yelling at the officer?

5    A.    What we heard was before he came over; and then when he

6    came over, the officer was starting to drive away.

7    Q.    And did you hear him say, "What's your supervisor's

8    name"?

9    A.    I didn't hear that.

10   Q.    Did you see the officer get out of the driver's door of

11   the car?

12   A.    No.

13   Q.    Did you see the officer tell him to back off or he was

14   going to arrest him?

15   A.    No.  We couldn't hear.  He was in his SUV with the

16   window up.

17   Q.    Did you see the part where the officer gets out of his

18   car and Mr. Latka runs away into the middle of the street?

19   A.    No.

20   Q.    You could tell that Mr. Latka was very anxious; right?

21   A.    Yes.

22   Q.    When Mr. Latka was pounding on the window of the car,

23   the officer appeared to be calm; right?

24   A.    Yes.

25   Q.    And he was shaking his head like side to side like

1    that; right?

2    A.    I don't recall but it could have been.

3    Q.    Do you recall him shaking his head like he was not

4    going to roll down the window?

5    A.    No.   I didn't see him shaking his head but he wasn't

6    going to roll down his window from what I could tell.

7    Q.    When you -- do you recall when an investigator named

8    Kim Marquez came to your home about a week ago on

9    October 21st and talked to you about this incident?

10   A.    Marquez?  I don't remember.  I don't recall.

11   Q.    A female investigator?

12   A.    Oh, from the defense?

13   Q.    Yes.

14   A.    Yes, I do.

15   Q.    And do you recall telling Kim Marquez that the officer

16   appeared calm and was shaking his head like he was not going

17   to roll down the window?

18   A.    I didn't say he was shaking his head.

19   Q.    Okay.  And do you recall now as you sit here whether

20   the officer was doing anything with his body like

21   behaviorally to indicate whether he was or wasn't going to

22   roll down his window?

23   A.    No.

24   Q.    You don't recall?

25   A.    No, this only lasted a few seconds and then we were

1    trying to get out of the area.

2    Q.    Okay.

3              MS. BEDNARSKI:  May I have a moment, Your Honor?

4                   (Defense counsel conferred.)

5    BY MS. BEDNARSKI:

6    Q.    Now, you and your friend then met up with your wives in

7    another part of the neighborhood?

8    A.    Yes.

9    Q.    And you heard sirens; correct?

10   A.    Yes, we did.

11   Q.    And you drove back over to that White Oak-Persimmon

12   area; right?

13   A.    Yes, we drove back over there.

14   Q.    And you saw Mr. Latka on a stretcher; right?

15   A.    There was somebody on the stretcher.  I couldn't tell

16   who was on the stretcher.

17             MR. KENDALL:  Objection.

18             THE COURT:  Is there relevance to this?

19             MS. BEDNARSKI:  Yes.

20             THE COURT:  All right.  I'll give you a little

21   leeway.

22   BY MS. BEDNARSKI:

23   Q.    And while -- and did you see officers there around the

24   stretcher and Mr. Latka?

25   A.    Well, we were driving, you know.  We were wanting to

1  get through it.  We didn't want to stop.  So we -- my friend
2  turned around and he came back to the other side of the
3  street and parked and talked to a couple of neighbors that
4  were on the sidewalk.
5          But I did see an ambulance.  I seen a stretcher
6  out with a person on it.  I seen the police or sheriff car
7  there and fire truck.  That's all I recall seeing.
8  Q.    And you could hear Mr. Latka talking very loudly still;
9  right?
10 A.    No, I couldn't hear that because my friend's window was
11 up and now I'm on the sidewalk side talking to the neighbors
12 that were standing out in front.
13 Q.    Okay.  And do you recall --
14                 (Pause in the proceedings.)
15 BY MS. BEDNARSKI:
16 Q.    So you don't recall observing any demeanor of the man
17 who was lying on the stretcher?
18 A.    No, I don't.
19 Q.    Okay.  And when you -- throughout the time that you
20 observed the officer, did his demeanor appear to be calm?
21 A.    Yes.
22 Q.    And at any time that you observed the demeanor of the
23 officer, did he appear to you to be scared?
24 A.    No.
25                 MS. BEDNARSKI:  I have no other questions, Your

1    Honor.   Thank you.

2              THE COURT:   Redirect?

3                    **REDIRECT EXAMINATION**

4    BY MR. KENDALL:

5    Q.    When you were describing the defendant in the home, you

6    said he was agitated; right?

7    A.    Not in the home.   He was just -- he was very friendly.

8    Q.    So it was more like he was talkative?

9    A.    Yeah.

10   Q.    Was there a tone shift from when he was in the home and

11   you saw him then and when you turned around on the street?

12   A.    Yes.

13   Q.    What was that tone shift?

14   A.    He was enraged, very angry.

15   Q.    When you left the house and turned left on White Oak,

16   why did you turn left on White Oak?

17   A.    That was the direction we had to go in.

18   Q.    Where were you trying to get to?

19   A.    To where our wives were at another couple of streets up

20   the road.

21   Q.    Sorry.   Can you turn the mike?  It's a little hard to

22   hear.

23   A.    Our wives were up the street in that direction.   That's

24   why we headed up that way.

25   Q.    When the defendant ran up to the side of the car, you

1    said you wanted to keep going; right?

2    A.    Yes.

3    Q.    Why did you want to keep going?

4    A.    Because I wanted to get out of the area because it

5    looked like it was going to turn into something pretty major

6    the way the defendant was acting and I didn't want to be in

7    the area.

8    Q.    And why did you think that?

9    A.    Because of the way the defendant was acting.

10   Q.    Did you at any point see Officer Ellsworth pull out a

11   pistol?

12   A.    No.

13   Q.    Did you see him pull out any firearm?

14   A.    No.

15   Q.    Do you know, when you saw the defendant on the

16   stretcher, whether or not he actually had a medical

17   condition that day?

18   A.    No.

19            MR. KENDALL:  Just a moment, Your Honor.

20            THE COURT:  All right.

21            (Plaintiff's counsel conferred.)

22            MR. KENDALL:  Thank you.

23            No more questions, Your Honor.

24            THE COURT:  Thank you.

25            Ms. Bednarski.

1          MS. BEDNARSKI:  Nothing.  Thank you, Your Honor.

2          THE COURT:  All right, sir, you are excused.

3          Does the government have another witness?

4          MR. KENDALL:  Yes, Your Honor.  The United States

5   calls Luisa Alvarez.

6          **LUISA ALVAREZ, GOVERNMENT'S WITNESS, SWORN**

7          THE COURT:  Counsel approach please for a minute.

8          *(The following was held at the bench:)*

9          THE COURT:  Mr. Latka is shaking his head in

10  response to witness's answers so make sure you talk to him.

11         MS. BEDNARSKI:  I will.  When I'm sitting next to

12  him, I'm really trying to keep that to a minimum.  But when

13  I'm up at the lectern, what I'll do is I'll have

14  Ms. Weisberg shift over and pay attention to that.

15         I'm sorry.  I didn't even notice that.

16         THE COURT:  Okay.  Great.

17   *(The following was in open court in the jury's presence:)*

18         THE CLERK:  Please step forward.  Please raise

19  your right hand.

20         Do you swear that the testimony you're about to

21  give in the matter before this Court will be the truth, the

22  whole truth, and nothing but the truth, so help you God?

23         THE WITNESS:  Yes, I do.

24         THE CLERK:  Thank you.

25         Please step forward to the witness stand and state

1    your full name for the record.

2              THE WITNESS:   Luisa Alvarez.

3              THE INTERPRETER:   Interpreter spelling?

4              THE COURT:   Please.

5              THE INTERPRETER:   Luisa, L-u-i-s-a, Alvarez,

6    A-l-v-a-r-e-z.

7              THE COURT:   And are you a Certified Spanish

8    Interpreter?

9              THE INTERPRETER:   Yes, Your Honor, I am.

10             THE COURT:   And is your oath on file?

11             THE INTERPRETER:   Yes, Your Honor.   Julie Drucker.

12             THE COURT:   Thank you very much.

13             And, ladies and gentlemen, as I explained, I'm not

14   sure whether any of you indicated that you speak Spanish;

15   but you must accept the interpretation of our Certified

16   Spanish Interpreter.

17             You may proceed, Mr. Kendall.

18             MR. KENDALL:   Your Honor, would it make sense to

19   move the mike closer to the Interpreter?

20             THE COURT:   Probably, yes.

21                        **DIRECT EXAMINATION**

22   BY MR. KENDALL:

23   Q.    Ms. Alvarez, who is Alfredo Morales?

24   A.    Alfredo Morales was a friend of mine.

25   Q.    Was he a boyfriend of yours?

1    A.    Yes.

2    Q.    About how long had you been dating?

3    A.    Between five and six years.

4    Q.    From about when to when?

5    A.    From 2009 until he died.

6    Q.    When did Mr. Morales pass away?

7    A.    January 31st, 2015.

8    Q.    Where did Mr. Morales live?

9    A.    At this moment I don't remember the number of his

10   house.

11   Q.    Was it on Persimmons Lane?

12   A.    Yes.

13   Q.    Was it 43611 Persimmons Lane?

14   A.    Yes, yes.

15   Q.    Did you ever visit Mr. Morales at his home on

16   Persimmons Lane?

17   A.    Yes.

18   Q.    Approximately how many times?

19   A.    Oh, many times.

20   Q.    Did you ever live there?

21   A.    I would be living there at times, yes, and at times,

22   no.

23   Q.    Who is Elvira Morales?

24   A.    Elvira Morales was Alfredo Morales's wife.

25   Q.    Was he married to her when you were dating him?

1    A.    No.

2    Q.    And why not?

3    A.    He was a widow.

4    Q.    Have you ever met anyone named Richard Latka?

5    A.    Yes.

6    Q.    Do you see him here today in court?

7    A.    I don't know where he is.

8          THE COURT:   Take a look around and see if you see

9    him anywhere here.

10         THE WITNESS:   Yes.   He's there.

11         THE COURT:   Indicating the defendant Mr. Latka.

12   BY MR. KENDALL:

13   Q.    How do you know the defendant Mr. Latka?

14   A.    Through Alfredo Morales.

15   Q.    And what was the relationship, as far as you know,

16   between Mr. Morales and Mr. Latka?

17   A.    They were acquaintances.

18   Q.    Did you ever see Mr. Latka at Mr. Morales's home on

19   Persimmons Lane?

20   A.    Yes.

21   Q.    And what, if anything, did you see the defendant do at

22   that home?

23   A.    I -- regarding which time?

24   Q.    Did you ever see him working on the home or renovating

25   the home?

1    A.    Oh, yes.

2    Q.    When did you see him doing that?

3    A.    At the time when Mr. Alfredo Morales was living at my

4    house.

5    Q.    And was that in October of 2014?

6    A.    Yes.  It was around October but I don't remember which

7    day.

8    Q.    Did you ever go over to the home on Persimmons Lane and

9    look at the renovations that were being done?

10   A.    Yes.

11   Q.    And what sort of work was being done on the home?

12   A.    Well, starting out, Mr. Morales, what he really wanted

13   was just the makeup of the house.

14   Q.    And then was other work done in addition to that?

15   A.    And when he went to see the house, it was completely

16   destroyed.

17   Q.    What parts of it were destroyed?

18   A.    The floors were lifted, the doors were removed, the

19   walls all painted up, a glass wall that was in the kitchen

20   was completely destroyed.

21   Q.    What was the state of the cabinets in the house?

22   A.    Oh, it was all destroyed.

23              MR. KENDALL:  Just a moment, Your Honor.

24              (Plaintiff's counsel conferred.)

25

1    BY MR. KENDALL:

2    Q.    Would you describe Mr. Latka as a friend of

3    Alfredo Morales?

4    A.    No.

5         MR. KENDALL:  No more questions, Your Honor.

6         THE COURT:  Cross-examination.

7                    **CROSS-EXAMINATION**

8    BY MS. BEDNARSKI:

9    Q.    Ms. Morales, when did you -- what year was it that you

10   first became acquainted with Fred Morales.  I'm sorry.

11        Ms. Alvarez, what year was it when you first

12   became acquainted with Fred Morales?

13   A.    In what year?

14   Q.    Yes.

15   A.    It must have been around 2009.

16   Q.    And so that was about five years before he passed?

17   A.    It must have been.

18   Q.    And he had owned this home for some time before you met

19   him; correct?

20   A.    Yes.  He always -- he always was the owner of the house

21   ever since the moment I met him until he died.

22   Q.    And before you met Fred Morales, he already knew

23   Mr. Richard Latka; right?

24   A.    I don't know.

25   Q.    Okay.  Did he ever tell you that Mr. Richard Latka had

1    helped him find that home when he was a real estate agent?

2              MR. KENDALL:  Objection.  Hearsay.

3              THE COURT:  Sustained.

4    BY MS. BEDNARSKI:

5    Q.   Do you know how he came to find that home on Persimmons

6    and purchase it?

7              MR. KENDALL:  Objection.  Calls for hearsay.

8              THE COURT:  I can't imagine that it doesn't.

9              MS. BEDNARSKI:  Well --

10             THE COURT:  Unless she helped him.

11             MS. BEDNARSKI:  I think it's relevant to her state

12   of mind.

13             THE COURT:  Relevance isn't there.  The question

14   is hearsay.

15             MS. BEDNARSKI:  It's not being offered for the

16   hearsay purpose but for her state of mind with respect to

17   her opinion about Mr. Morales's relationship with Mr. Latka.

18             THE COURT:  Ask a different question.

19   BY MS. BEDNARSKI:

20   Q.   With respect to your opinion about my client's

21   relationship with Mr. Morales, do you know how they came to

22   know each other before you knew Fred?

23             MR. KENDALL:  Objection.  Calls for hearsay.

24             THE COURT:  It's just a yes-or-no question.

25             Answer "yes" or "no," please.

1          THE WITNESS:   No.

2    BY MS. BEDNARSKI:

3    Q.   Now, Mr. Morales -- you didn't make the arrangements

4    with Mr. Latka to do the renovation work on the house;

5    correct?

6    A.   No.

7    Q.   Mr. Morales made those plans with Mr. Latka; correct?

8          MR. KENDALL:   Objection.   Lacks foundation.

9          THE COURT:   We know she didn't.

10          MS. BEDNARSKI:   Okay.

11   Q.   With respect to your opinion that the work that was to

12   be done was just supposed to be makeup work, did you mean by

13   "makeup work" like cosmetic work, the kind of work to make

14   it look good?

15   A.   It was just to paint it.   To sand the cabinets and to

16   paint it and that was it.

17   Q.   And what is that opinion based on that that was what

18   was supposed to be the scope of the work?

19   A.   Because that's what Alfredo had said.

20   Q.   And was Alfredo very sick at the time in October of

21   2014?

22   A.   Yes.

23   Q.   And he had been sick for many, many months; correct?

24   A.   Yes, that's true.

25   Q.   And he was in and out of the hospital frequently;

1    correct?

2    A.    Yes.

3    Q.    And you were caring for him; correct?

4    A.    Yes.

5    Q.    And for how many months did he stay at your house?

6    A.    He was there until he died.  He was there from October

7    until he died.

8    Q.    And in October was he in and out of the hospital?

9    A.    Yes, exactly.

10   Q.    And to your knowledge, was the purpose of the

11   renovation to get it ready to either sell it or rent it?

12   A.    It was simply to be able to rent it so he could be able

13   to pay his hospital bills.

14   Q.    Now, did you have discussions with Mr. Latka about the

15   scope of the renovation?

16   A.    Excuse me?

17   Q.    Sure.  Did you have conversations with Mr. Latka about

18   what would be renovated and how much would be renovated?

19   A.    No.

20   Q.    And did you have discussions with Mr. Latka about how

21   these renovations would be paid for?

22   A.    No.

23   Q.    Was it Fred Morales and Mr. Latka who would talk about

24   those things?

25   A.    Exactly.

1    Q.    And when they would talk about money, would they go off

2    and talk by themselves?

3    A.    Exactly.

4    Q.    Now, Fred had -- the work started on the house in

5    around September; right?

6    A.    I cannot remember if it was in September or if it was

7    in October.  I don't remember.

8    Q.    Okay.  And at some point, though, in October, you

9    recall going over there and seeing that the house did not

10   seem to be very close to being done; right?

11   A.    It was wrecked.

12   Q.    It wasn't fixed up; right?

13   A.    No.

14   Q.    And it still looked like there was a lot of work to be

15   done to get it ready to rent; right?

16   A.    Exactly.

17   Q.    Did it seem to you like the house was getting farther

18   away from being ready than closer to being ready to rent?

19   A.    Each time he was destroying it more.

20   Q.    Now, Fred had been a plumber and handyman himself;

21   right?

22          MR. KENDALL:  Objection.  Foundation and

23   relevance.

24          THE COURT:  If you know, you can answer.

25          THE WITNESS:  Yes.

1    BY MS. BEDNARSKI:

2    Q.    And was -- did he express his frustration to you at how

3    slowly things were going?

4               MR. KENDALL:   Objection.   Calls for hearsay.

5               THE COURT:   Sustained.

6    BY MS. BEDNARSKI:

7    Q.    When you went there to the house with him, could you

8    see on Mr. Morales's face, by his expressions, whether he

9    was frustrated?

10              MR. KENDALL:   Objection.   Relevance.

11              THE COURT:   Sustained.

12   BY MS. BEDNARSKI:

13   Q.    Do you know personally -- do you know what arrangements

14   were made to pay Mr. Latka back for the money he spent at

15   Lowe's hardware store?

16              MR. KENDALL:   Objection.   Foundation and

17   relevance.

18              THE COURT:   Sustained.

19   BY MS. BEDNARSKI:

20   Q.    Has the government shown you any receipts from Lowe's

21   hardware store?

22              MR. KENDALL:   Objection.   Relevance.

23              THE COURT:   Overruled.

24              THE WITNESS:   About what?

25

1    BY MS. BEDNARSKI:

2    Q.    Has the government shown you any receipts for the

3    purchase of items from Lowe's hardware store?

4    A.    No.

5    Q.    Did you pay any -- did you pay for any purchases at

6    Lowe's hardware store for the Persimmon house?

7              MR. KENDALL:   Objection.   Relevance.

8              THE COURT:   Overruled.

9              THE WITNESS:   I remember I asked Alfredo to fill

10   out a check but I don't remember for how much.

11   BY MS. BEDNARSKI:

12   Q.    Are you aware of any other financial arrangements

13   between Mr. Morales and Mr. Latka concerning the repairs to

14   the house?

15             MR. KENDALL:   Objection.   Relevance.

16             THE COURT:   Sustained.

17   BY MS. BEDNARSKI:

18   Q.    Did you personally observe any circumstances besides

19   the writing of that one check, did you personally observe

20   any circumstances with Mr. Morales paying for any of the

21   renovations on the Persimmons house?

22             MR. KENDALL:   Objection.   Relevance.

23             THE COURT:   Sustained.

24             MS. BEDNARSKI:   I have no other questions.

25             Thank you.

1          THE COURT:  Redirect?

2          MR. KENDALL:  Nothing from the government, Your

3    Honor.

4          THE COURT:  Thank you very much.  You're excused.

5          Does the government have another witness?

6          MR. KENDALL:  Just a moment, Your Honor.

7          (Plaintiff's counsel conferred.)

8          MS. PALMER:  Your Honor, the government calls

9    Patrick Brown.

10         PATRICK BROWN, GOVERNMENT'S WITNESS, SWORN

11         THE CLERK:  Step forward.  Please stop right

12   there.  Raise your right hand.

13         Do you swear that the testimony you're about to

14   give in the matter before this Court will be the truth, the

15   whole truth, and nothing but the truth, so help you God?

16         THE WITNESS:  Yes, I do.

17         THE CLERK:  Please step forward to the witness

18   stand and state your full name for the record.

19         THE WITNESS:  My name is Patrick Brown.

20         THE COURT:  Would you spell that, please.

21         THE WITNESS:  Certainly.  It's P-a-t-r-i-c-k and

22   B-r-o-w-n.

23         THE COURT:  You may proceed.

24   ///

25   ///

1               **DIRECT EXAMINATION**

2    BY MS. PALMER:

3    Q.    Where do you work?

4    A.    I work for the U.S. Forest Service.

5    Q.    What is your title?

6    A.    I'm a special agent with the U.S. Forest Service.

7    Q.    What does that entail?

8    A.    I investigate major felony crimes such as the big fires

9    that go off.  My job is to determine who started it and who

10   is responsible for it.  I also get called to investigate the

11   large marijuana grows that are out in the forest.

12          And I also investigate property crimes that are,

13   oh, they consider it a felony that's over a thousand

14   dollars.  I also get called in to do officer-involved

15   shootings.  I get called in to investigate that.

16          So, basically, all my investigations rise at the

17   felony level.

18   Q.    And how long have you been a special agent with the

19   forest service?

20   A.    With the forest service, 12 years now.  Before that,

21   for three years I was a patrol officer, also.

22   Q.    You were a patrol officer?

23   A.    Yes.  For three years when I first got -- when I was

24   first hired by the forest service, I was a patrol officer

25   wearing the uniform and patrolling the woods for about three

1    years.   And then I was promoted to investigator special

2    agent and I've been doing that for the last 12 years.

3    Q.    And were you in law enforcement before that?

4    A.    Yes.   Three years before that was a border patrol agent

5    down in San Diego, California.

6    Q.    Have you received training relating to your job?

7    A.    Yes.   It was about 12 weeks back at FLETC which is the

8    Federal Law Enforcement Training Center.   They call it the

9    Criminal Investigative -- CITP, Criminal Investigation and

10   Training Program, and then 19 weeks with the border patrol,

11   their academy.

12   Q.    Are you generally familiar with the facts of this case?

13   A.    I am generally familiar, yes.

14   Q.    When you did get involved with this case?

15   A.    I believe it was October 16th.   I got a call from

16   Agent Kogler to come up and help him on that day.   He was

17   going to do a couple of interviews and then go out to a site

18   where there was some trash dumped on the road.

19           And we typically like to work together.   Two eyes,

20   actually two people looking at stuff.   So I came up and

21   helped him on that day.

22   Q.    You said that you went with him to a location where

23   trash had been dumped illegally.   Where was that?

24   A.    That was -- we refer to it as Bee Canyon Road.   It's

25   also Forest Service Road 5S07.   It's one of our designated

1    roads.  It's off of Highway 74 near Hemet, California.

2    Q.    And is that part of the San Bernardino forest?

3    A.    It is.  It's one of the roads leading right into the

4    forest.

5    Q.    Around what time did you go to the trash dump that day?

6    A.    It was after lunch so I want to say it was probably

7    around 1:30.  About that time.

8    Q.    And when you arrived, what did you see?

9    A.    When we arrived there, we were both driving separate

10   cars.  We drove up and I saw the first pile.  Agent Kogler

11   had the actual GPS coordinates so he knew exactly where they

12   were at.

13           And when I got out, there were two piles that we

14   looked at.  A lot of debris.  There was things from a house

15   such as blinds, carpet, things that looked like it had been

16   ripped out of a house, taken out.  And there was also

17   packages of flooring and just a lot of trash and bags.

18   Q.    Turning to Exhibit 12.

19   A.    Yes, ma'am.

20   Q.    I think it will come up on your screen now.

21   A.    It works too.

22           (The exhibit was displayed on the screen.)

23   BY MS. PALMER:

24   Q.    Do you recognize that?

25   A.    Yes.  I recognize that.

1    Q.    What is it?

2    A.    That's one of the debris piles, trash piles that we had

3    located when we pulled up on the road.

4    Q.    And turning to Exhibit 13.

5         (The exhibit was displayed on the screen.)

6         THE WITNESS:   Yes.

7    BY MS. PALMER:

8    Q.    What is that?

9    A.    Some of the debris that was in a closeup picture of

10   what's in the debris, the trash pile.

11   Q.    Turning to Exhibit 14.

12        (The exhibit was displayed on the screen.)

13   BY MS. PALMER:

14   Q.    What is that?

15   A.    More of the trash pile, more of the debris, cardboard,

16   all kinds of stuff.

17   Q.    Turning to 16.

18        (The exhibit was displayed on the screen.)

19        THE WITNESS:   Looks like the carpet and like

20   the -- what do they call it?  The cushion under a carpet

21   which is all part of the -- both of the trash pile debris

22   areas.

23   BY MS. PALMER:

24   Q.    You saw all that that day?

25   A.    I recognize that, yes.

1   Q.    You mentioned that there were torn boxes -- sorry.   You

2   mentioned that there was packaging from different stores

3   there?  Did you see --

4   A.    Yes.   Some of the packaging such as, you know, as you

5   go and buy products at a Home Depot or Lowe's, the actual

6   material comes in brown packaging or whatever; and it has

7   the design of what it is and it has barcodes.

8            And we were seeing a lot of that where they had

9   taken something that was brand new out of the box and just

10  threw the box away, and that's what we were seeing was the

11  box that was left there.

12  Q.    Turning to Exhibit 25.

13            (The exhibit was displayed on the screen.)

14            THE WITNESS:   Yes, I recognize that.   That's one

15  of the boxes that we had picked up.

16  BY MS. PALMER:

17  Q.    And turning to 26.

18            (The exhibit was displayed on the screen.)

19            MS. PALMER:   Sorry.   24.

20            THE WITNESS:   That's not a good picture to look

21  at.   Yes.   That's a closeup of that which is a sink basin

22  that we had grabbed that both Agent Kogler and I had seen

23  and we had grabbed that.   That's the sink basin, yes, with a

24  barcode.

25

1    BY MS. PALMER:

2    Q.    And what is the barcode?

3    A.    It's the black lines on the right corner under the

4    163307.  You'll see the lines that are vertical.  I'm

5    referring to those as barcodes.

6    Q.    Did you later go to Lowe's and obtain a receipt for

7    this item?

8    A.    Yes.  Myself and Agent Kogler, we went and we took this

9    and some -- I think it was flooring, boxes that held

10   flooring in it; but we took this to the Lowe's in Hemet on

11   Sanderson and we walked in and spoke to a young lady who was

12   working the customer service desk.

13          And between him and I explaining to her that what

14   we were looking for is if there was a way to run this

15   barcode to see who had purchased this particular item; and

16   she looked and said:  Well, we can but I have to call my

17   manager up and the manager was called and came up.

18          During that time, she did -- she looked at the

19   flooring and the flooring she says a lot of people buy this

20   but the sink basin not too many people buy this.

21          So she ran that barcode and a sales receipt came

22   up and Agent Kogler asked her if the name "Richard Latka"

23   came up and she said yes.

24   Q.    So were you able to obtain that receipt?

25   A.    Yes.

1    Q.    Turning to Exhibit 206.

2              (The exhibit was displayed on the screen.)

3              THE WITNESS:   I have to get my glasses out.

4              MS. PALMER:   We'll zoom in for you.

5              THE WITNESS:   Thank you.

6              Yes.   If I remember correctly, when we were

7    looking at -- Agent Kogler and I sat down looking through

8    receipts.   We did match up this.

9              As you can see at the bottom, the customer is Rich

10   Latka and then the barcode, if I remember -- it's been a

11   while since we looked at it -- but we did match this up.   It

12   said up here at the top "Denver Base Cabinet" which matched

13   up back to that piece of cardboard that we had looked at.

14   BY MS. PALMER:

15   Q.    And so you're referring to -- can you mark where you're

16   referring to?

17   A.    Umm --

18   Q.    Is it in the top row there?

19   A.    Yes.   Right up in there you have the "Denver Base

20   Cabinet" (indicating).

21   Q.    And I know that the receipt you received is not great.

22   A.    No.   It's a photocopy.

23   Q.    But do you see further down does it also say "Denver

24   Sink Base"?

25   A.    Yes.   Right below it.

1    Q.    And is that number a little bit easier to read?

2    A.    It is.  I see the 163307 that we had seen on the

3    cardboard box on the right-hand corner.

4    Q.    There's saying there where it says 16 -- it's hard to

5    read the third digit but you do see 166307?

6    A.    Yes.

7    Q.    And that matched up with the box that you found at the

8    trash dump?

9    A.    Yes, ma'am.

10   Q.    Did you find a business card at the trash dump?

11   A.    We did.  It was the -- we drove another hundred yards

12   up the road and found another dump site, if you want to call

13   it a debris site, and even that day the wind was blowing.

14   So when we were looking at this, we were kind of looking at

15   the pile itself but also outside of the pile because the

16   things we could see right there, the wind was blowing things

17   away from the pile.  And there was a tree probably 30 yards

18   away; and between the tree and the pile, it was a business

19   card that Agent Kogler found and called me over.  And I

20   looked down at it.  It was about fifteen yards from the pile

21   in the same direction the wind was blowing.

22   Q.    Turning to Exhibit 22.

23              (The exhibit was displayed on the screen.)

24              THE WITNESS:   Yes, ma'am.

25

1    BY MS. PALMER:

2    Q.    Is that how -- does that look like the card how you

3    found it?

4    A.    Yes.

5    Q.    And did you take a picture as soon as you found it?

6    A.    Agent Kogler took a picture.  I was there when he was

7    taking the picture.

8    Q.    And going to Exhibit 23.

9          (The exhibit was displayed on the screen.)

10         THE WITNESS:  Yes.  Yes.

11   BY MS. PALMER:

12   Q.    Is that the business card?

13   A.    That is the business card with the name on it.

14   Q.    What is the name on the card?

15   A.    It says "Rick Latka, Investor."

16   Q.    Is that the defendant in this case?

17   A.    Yes.

18   Q.    Turning to Exhibit 18.

19         (The exhibit was displayed on the screen.)

20   BY MS. PALMER:

21   Q.    Do you recognize this?

22   A.    Yes.  It's a bill -- a bill for Walgreen's.  It appears

23   like a prescription type, yes.

24   Q.    And who is the bill addressed to?

25   A.    It is to Alfredo Morales.

1  Q.    What is the address?

2  A.    43611 Persimmon -- if I'm saying it correctly -- Lane

3  in Hemet, California.

4          MS. PALMER:   No further questions.

5          THE COURT:   Cross-examination?

6          MS. BEDNARSKI:   May I have a moment, Your Honor?

7          THE COURT:   Sure.   In fact, Ms. Bednarski, we'll

8  take our fifteen-minute break now.

9          Ladies and gentlemen, don't talk about the case or

10 form or express any opinions about the case until it's

11 finally submitted to you.

12         We'll take a fifteen-minute recess.

13         THE CLERK:   All rise.

14            *(The jurors exited the courtroom.)*

15                      *(Recess.)*

16         THE CLERK:   All rise.

17            *(The jurors entered the courtroom.)*

18         THE CLERK:   Please be seated.

19         THE COURT:   Everyone is back, our witness is back

20 on the stand.   Sir, you are still under oath.

21         Ms. Bednarski.

22         MS. PALMER:   Your Honor, we spoke and I have one

23 additional question.

24         THE COURT:   Okay.

25 ///

1    BY MS. PALMER:

2    Q.    Special Agent Brown, turning to Exhibit 18.

3          (The exhibit was displayed on the screen.)

4    BY MS. PALMER:

5    Q.    -- where did you find this receipt?

6    A.    This was in one of the debris piles along with all the

7    other garbage; and as you can see on the right corner,

8    you'll see some of the carpet right there on the right

9    that's in the picture.

10         MS. PALMER:   Thank you.

11         No further questions.

12         THE COURT:   Ms. Bednarski.

13         MS. BEDNARSKI:   Thank you.

14                      **CROSS-EXAMINATION**

15   BY MS. BEDNARSKI:

16   Q.    When you went to Lowe's and you found that several

17   purchases had been made for home renovation-type material

18   from Lowe's by Mr. Latka, did you ask for the entire

19   printout of everything that he had bought from Lowe's?

20   A.    The way that happened is when the manager explained to

21   us that we needed to have a letterhead and a formal request,

22   Agent Kogler completed that and submitted that.  So I'm not

23   sure exactly what he requested.

24   Q.    Okay.  And did you determine from your investigation

25   that Lowe's -- that items had been purchased on a Lowe's

1    credit card?

2    A.    I don't know if it was a Lowe's credit card because she

3    didn't tell us that that day.  It was simply he had asked if

4    this name Richard Latka had come up and she responded yes.

5    Q.    Okay.  And to your knowledge, in your investigation,

6    did you ask for a Lowe's -- did you get an entire printout

7    of any purchases he may have made on a Lowe's credit card?

8    A.    Not that day.  And then when we received the receipts,

9    I couldn't tell you if that's everything he had purchased or

10   not.

11   Q.    Okay.  And for these receipts, did you ever total them

12   up -- just these receipts -- to determine how much they

13   totaled up to?

14   A.    I did not.

15   Q.    But you don't know if those are the total amount of

16   everything that he purchased?

17   A.    Yes.  I do not know that.

18   Q.    I want to show you a couple of photographs and first

19   let me ask you.  The incident that we've been talking about

20   in this trial occurred on October 12th, 2014.

21   A.    Okay.

22   Q.    And a couple of days after that, on or about like the

23   16th or 17th, did you go out with another agent and

24   interview some people in the neighborhood?

25   A.    On October 16th I did.

382

1    Q.    All right.  And one of those people do you recall being

2    Mr. Russ Tercero?

3    A.    Yes.

4    Q.    You sat and talked with him in his house?

5    A.    Yes, ma'am.

6    Q.    And at some point in time, there was yelling that you

7    could hear while you were sitting in Mr. Tercero's house

8    talking to him?

9    A.    There was some disturbance outside, yes.

10   Q.    And did you go outside and look to see what the cause

11   of that yelling was?

12   A.    I did along with Agent Kogler.  We both stepped out of

13   Mr. Tercero's front door and looked.

14   Q.    Okay.  And did you recognize Mr. Latka being the

15   yeller?

16   A.    It was coming from over at his house, yes, or the house

17   he was at.

18   Q.    Now, I'm going to put -- I'm going get some technical

19   assistance here.  I'm going to put a photograph up for you.

20   What I'm going to put up is 500.

21   A.    Okay.

22            (The exhibit was displayed on the screen.)

23   BY MS. BEDNARSKI:

24   Q.    And do you recognize that to be the house that

25   Mr. Latka was at?

1  A.    Yes.

2  Q.    Okay.  And from Mr. Tercero's front yard -- and I'm

3  going to put up 506 -- but does this look like from the

4  perspective you would see from -- can we zoom it out a

5  little bit?

6           (The exhibit was displayed on the screen.)

7  BY MS. BEDNARSKI:

8  Q.    Does this look like an accurate reflection of what the

9  perspective would be from stepping outside of Mr. Tercero's

10 house and looking towards Mr. Latka's place on Persimmon?

11 A.    Yes, it would.  Or it does.

12 Q.    Now, that day when you were over there interviewing

13 Mr. Tercero, did the other agent have a camera with him?

14 A.    Yes, he did.

15 Q.    And he took photographs -- and I'm showing you 501.

16          (The exhibit was displayed on the screen.)

17 BY MS. BEDNARSKI:

18 Q.    Do you recognize this to be one of the photographs that

19 was taken that day when you and the other agent were with

20 Mr. Tercero?

21 A.    Yes, I do.

22 Q.    And then 500 is now up on the screen.

23          (The exhibit was displayed on the screen.)

24 BY MS. BEDNARSKI:

25 Q.    Pulling back a little more of a distance, is that

1    another one of the photographs that was taken when you and

2    the agent were out there interviewing Mr. Tercero?

3    A.    I believe so, yes.

4    Q.    And while I don't have it handy, was another one of the

5    photographs a photographs of a little black Nissan car?

6    A.    Yes.  It was parked in the middle of the street, yes.

7    Q.    And do you recall -- and we're going to find it and put

8    it up on the screen for you -- but do you recall when you

9    saw that car out there sort of parked in the middle of the

10   street, the doors -- the left-hand side doors of the car

11   were open?

12            I'm going to put up Government's 7.  Is this what

13   the car looked like when you and the other agent were out

14   there?

15            (The exhibit was displayed on the screen.)

16            THE WITNESS:  Yes, it is.

17   BY MS. BEDNARSKI:

18   Q.    And do you know why both of the car doors are flung

19   open?

20   A.    No, ma'am.  I found it odd when we saw it.

21   Q.    That business card that you found out in the trash pile

22   saying "Rick Latka, Investor," do you have any idea how old

23   that card is?

24   A.    I do not.

25   Q.    Did you do any follow-up investigation, the address on

1    that card, to determine whether that information on there

2    saying, you know, Latka's ranch or something?

3    A.    I personally did not, no.

4    Q.    Okay.  Do you have any idea whether that was dated

5    information or not?

6    A.    No, I do not.

7                MS. BEDNARSKI:  One moment, Your Honor?

8                THE COURT:  Sure.

9                    (Defense counsel conferred.)

10               MS. BEDNARSKI:  Thank you, Your Honor.

11               THE COURT:  Redirect?

12               MS. PALMER:  No, Your Honor.

13               THE COURT:  Thank you very much, sir.  You're

14   excused.

15               THE WITNESS:  Thank you, ma'am.

16               THE COURT:  Does the government have another

17   witness?

18               MS. PALMER:  Yes, Your Honor.  The government

19   calls Daniel Haug.

20               DANIEL HAUG, GOVERNMENT'S WITNESS, SWORN

21               THE CLERK:  Please step forward.

22               THE COURT:  Step right up, sir.

23               THE CLERK:  Please raise your right hand.

24               Do you swear that the testimony you're about to

25   give in this matter before this Court will be the truth, the

1    whole truth, and nothing but the truth, so help you God?

2            THE WITNESS:  Yes, ma'am.

3            THE CLERK:  Please step forward to the witness

4    stand.  State your full name for the record and spell it.

5            THE WITNESS:  My full name is Daniel Raymond Haug.

6            THE COURT:  Spell that for us, please.

7            THE WITNESS:  Last name?

8            THE COURT:  Yes.

9            THE WITNESS:  H-a-u-g.

10           THE COURT:  Thank you.

11           You make proceed, Ms. Palmer.

12                     **DIRECT EXAMINATION**

13   BY MS. PALMER:

14   Q.    Mr. Haug, where do you live?

15   A.    In Hemet.

16   Q.    Do your parents live in the area?

17   A.    Yes.  My parents live out in Val Vista.  It's part of

18   Hemet, yes.

19   Q.    Do your parents live on White Oak?

20   A.    Yes.

21   Q.    In October of last year, did you witness an event

22   involving Mr. Latka?

23   A.    Yes, I did.

24   Q.    Where were you that day?

25   A.    I was at my mom's house.

1    Q.    Do you recall that date clearly?

2    A.    Yes, I do.  For the most part, I do.  I mean, it's been

3    a year but, I mean, I remember pretty much the events that

4    took place.

5    Q.    Have you had a difficult time over the last year?

6    A.    You could say that.  2015 hasn't been a good year for

7    me.

8    Q.    Are you a recovering drug addict?

9    A.    Yes, I am.

10   Q.    Are you clean today?

11   A.    Yes, I am.

12   Q.    How long have you been clean?

13   A.    February 18th of this year.

14   Q.    And on October of last year, were you using drugs?

15   A.    October of last year.  I want to say --

16   Q.    On the day that you saw this event happen.

17   A.    No, I was not.

18   Q.    So going to that day when you're at your parents'

19   house, what happened?

20   A.    Umm, I could hear a bunch of yelling and screaming.

21   Q.    So what did you do?

22   A.    I walked out front.  I don't remember if I was out

23   front or I walked out.  But I looked to my left and I could

24   hear a bunch of screaming.  And I saw Chad, which is my

25   neighbor over by my house on Marywood.  But me and my wife

1    were split up.  That's why I was at my parents' house.

2    Q.    When you say "Chad," you're referring to

3    Officer Ellsworth?

4    A.    Yes.

5    Q.    And why do you call him by his first name?

6    A.    Just a Neighborhood Watch thing because we had a

7    Neighborhood Watch and he was a part of that.

8    Q.    So you had met him before?

9    A.    Yes.  It's not like we went fishing or anything but I

10   know who he is.

11   Q.    Do you have his phone number?

12   A.    I do.

13   Q.    So you saw Officer Ellsworth and what else did you see?

14   A.    I heard all this yelling and screaming and I saw

15   Officer Ellsworth get into his car and start driving past my

16   mom's house.

17          Well, I stopped him.  I was just curious as to

18   what was going on.  Well, Mr. Latka came up behind him in

19   his car yelling and screening.  You could hear him yelling

20   and screaming the whole time.

21   Q.    When you say you initially heard yelling and screaming,

22   was Officer Ellsworth yelling and screaming?

23   A.    No.

24   Q.    Who was yelling and screaming?

25   A.    Mr. Latka.

1   Q.    Is Mr. Latka here today?

2   A.    I'm looking.  Yes, he is.

3   Q.    And what is he wearing?

4   A.    Black -- looks like a black suit with a purple tie.

5         THE COURT:   Indicating the defendant.

6         THE WITNESS:   Yes.

7   BY MS. PALMER:

8   Q.    So you said that you heard yelling and screaming.  You

9   came out and then what happened?

10  A.    I came outside.  I saw Chad or Mr. -- I saw him get in

11  his car and I could still hear Mr. Latka yelling.  As Chad

12  drove by my mom's house, so I stopped him and he stopped and

13  I asked him what was going on.  He said, "This guy's lost

14  it."

15        And then Mr. Latka came up behind him in his car

16  and was yelling "I'll kill you.  Nobody pulls a gun on me."

17  And the last thing I remember is Chad said, "I got to go.

18  I'm trying to defuse this."  And as he drove away, Mr. Latka

19  was right behind him.

20  Q.    How closely was he following him?

21  A.    I don't think you could have stood in between the two

22  cars.

23  Q.    Did you hear Mr. Latka say that he was going to kill

24  him more than once?

25  A.    Yes.

1   Q.    How many times?

2   A.    I would say three, maybe four.   And he also said, "No

3   one pulls a gun on me."

4             MS. PALMER:   No further questions, Your Honor.

5             THE COURT:   Cross-examination.

6                      **CROSS-EXAMINATION**

7   BY MS. BEDNARSKI:

8   Q.    Good morning, sir.   That morning on October 12th --

9   (papers dropped.)   Oh, I didn't catch it.   Sorry about that.

10            That morning on October 12th before the yelling

11  started, earlier that morning you had helped Mr. Latka;

12  correct?

13  A.    I walked across there to make sure that he was okay.   I

14  don't know that I helped him in any way.

15  Q.    Because he had fallen down; right?

16  A.    Yes.

17  Q.    And you helped him up?

18  A.    No, he was already up by that time.

19  Q.    Okay.   Now, about what time in the morning was that, if

20  this yelling started at 10:30 -- just to orient you -- about

21  how long before that was the time when you had walked over

22  there because he had fallen down and you saw him?

23  A.    That I don't recall.   This has been a year ago.

24  Q.    Right.   Was it an hour or two beforehand?

25  A.    It could have been.   It could have been longer.   Could

1  have been shorter.  I don't recall that part of it.  I do
2  know that he --
3  Q.    Well, let me ask you another question.
4  A.    Okay.
5  Q.    Now, later that morning at around 10:30 when you hear
6  the yelling, you were actually inside your mom's house at
7  the time; right?
8  A.    I stated I don't remember if I was inside the house or
9  I had stepped out front.
10 Q.    I see.  And when you came outside and you saw that and
11 you looked in the direction of the yelling; right?
12 A.    Correct.
13 Q.    And you saw that the person yelling was Mr. Latka?
14 A.    No.  They were on -- they were over far left.  I didn't
15 see them until Chad walked towards his vehicle.
16 Q.    I see.  So you could hear yelling but from your
17 location you couldn't actually see who the yeller was?
18 A.    Not until I walked out.
19 Q.    Okay.  And so when you came outside your mom's house,
20 you -- what you observed was that Officer Ellsworth was
21 walking towards his SUV?
22 A.    That's correct.  After a few moments had passed and the
23 yelling was continuing during that.
24 Q.    And it was the same voice yelling?
25 A.    Yes.

1    Q.    So was Mr. Ellsworth walking towards the driver's side
2    of his car?
3    A.    You know, ma'am, I don't remember if he walked around
4    behind that vehicle or in front of it.   But I know he walked
5    around and got into his patrol car.
6    Q.    And was he walking in a forward motion like I am now
7    (demonstrating) or was he walking in a backward motion like
8    I am now (demonstrating)?
9    A.    I don't believe he was walking backwards, no.   But I'm
10   not sure.
11   Q.    And you saw Mr. Ellsworth get inside his car?
12   A.    Yes.
13   Q.    And during that time -- now let me show you a diagram
14   of Persimmons and White Oak.   I'm going to put up a Google
15   Earth photo, 509, on the screen.
16         (The exhibit was displayed on the screen.)
17   BY MS. BEDNARSKI:
18   Q.    And can you -- do you recognize in that photograph the
19   Persimmons Street cul-de-sac?
20   A.    Yes, I do.
21   Q.    And you recognize how it comes in like a T into
22   White Oak?
23   A.    Okay.
24   Q.    Meaning like it intersects with White Oak; right?
25   A.    Yes.

1    Q.    Now, can you point with your finger to your mom's
2    house?
3    A.    My mother's house is right here (indicating).
4    Q.    So it's the first house on the corner there on the
5    right side of Persimmon where it joins White Oak?
6    A.    Correct.
7    Q.    And so did you walk -- when you walked outside your
8    house, can you indicate with your finger how you walked down
9    the street at White Oak?
10   A.    I'd be walking out the front of the house this way
11   (indicating).
12   Q.    Okay.  And then where did you go from there?
13   A.    I actually stood there because I watched Chad from over
14   here get into his vehicle and drive down this way
15   (indicating).
16   Q.    Okay.  Did you ever cross over Persimmon?
17   A.    No.
18   Q.    Okay.
19   A.    Not to my memory, no.
20   Q.    All right.  So --
21   A.    I didn't want any part of that one.
22   Q.    Now, did you see Mr. Latka talk to a woman on the
23   street there in front of the house on Persimmon?
24   A.    Not that I remember, no.
25   Q.    Do you recall a woman that lived farther down the

1   cul-de-sac on Persimmon?

2   A.    I thought somebody was squatting in that house but I

3   don't know.

4   Q.    In the house that was farther down on Persimmon?

5   A.    Yeah.   Because he knew them somehow.

6   Q.    Okay.   Did you see him and was one of those women --

7   one of those people who you thought was squatting, was that

8   a woman?

9   A.    I believe so.   I don't remember but they were gone

10  shortly thereafter this incident.

11  Q.    And during the incident when you stepped out of your

12  mom's house and walked out in front like you showed us, did

13  you see Mr. Latka talking to that woman?

14  A.    No --

15  Q.    And --

16  A.    -- not that I remember.

17  Q.    And did you Mr. Latka --

18  A.    The last I saw of him is him getting in his car.   I

19  didn't actually see him get in the car but he drove right up

20  behind Chad.

21  Q.    Did you see him knocking on the window of Chad's SUV?

22  A.    No, I don't recall that.

23  Q.    Did you see Chad?

24  A.    Because I had walked in and dialed 911 myself.

25  Q.    Did you see Chad Ellsworth get out of his SUV and tell

1   him to step back?

2   A.    No.   The only thing I remember is Chad getting in his

3   car by the time I had walked out front and I believe I was

4   on 911 already.   Chad pulled up to me and Mr. Ellsworth

5   pulled up right behind him.   That's the best of my memory.

6   Q.    Now, did you see Mr. Latka jump out in front of a car

7   that was driving down Persimmons and about to turn left on

8   White Oak?

9   A.    No.

10  Q.    Did you hear Mr. Latka ask people in that car to borrow

11  a phone?

12  A.    No, I did not.

13  Q.    Did you hear him saying to those people, "He pulled a

14  gun out on me.   He pulled a gun out on me.   Call 911"?

15  A.    I can remember hearing the "He pulled the gun on me.

16  No one pulls a gun on me."   He kept screaming that.   I'll

17  give him that.

18  Q.    And when Mr. Latka pulled up --

19  A.    But, see, he didn't call 911 or ask for an ambulance

20  until after he came back because I was there when the

21  ambulance and stuff got there and the fire trucks and it was

22  three sheriffs.

23  Q.    Okay.   We'll get to that.   When Mr. Latka pulled up in

24  his car behind Mr. Ellsworth's car, can you indicate for us

25  where on 509 Mr. Ellsworth had stopped his car to talk to

1  you?

2  A.    What do you mean 509?

3  Q.    Oh, I'm sorry.   That's the number on the little blue

4  tag on the exhibit.   Sorry about that.

5  A.    Approximately right where I ended this line right here

6  (indicating).   He stopped right here (indicating) because I

7  was standing in the street right here (indicating).

8  Q.    And when he stopped, he talked to you through his

9  passenger window?

10  A.    Yes.

11  Q.    And he got your name and phone number down?

12  A.    That I don't remember.

13  Q.    And was Mr. Tercero --

14  A.    He had already had it anyway through our Neighborhood

15  Watch so he wouldn't have needed it.

16  Q.    And did he recognize you?

17  A.    Yes.

18  Q.    And was Mr. Tercero standing there with you?

19  A.    I don't recall Russ coming over to me at that point,

20  no.

21  Q.    Now, you knew Mr. Tercero because you'd grown up in

22  this neighborhood; right?

23  A.    Correct.

24  Q.    And you grew up with Mr. Tercero's kids; right?

25  A.    To a point.   They're younger than I am.

1    Q.    Okay.   And you know Mr. Tercero's parents -- I'm

2    sorry -- your parents know Mr. Tercero; right?

3    A.    That's correct.

4    Q.    And then after Mr. Ellsworth had stopped and talked to

5    you there on the side of the street --

6    A.    That was very brief.

7    Q.    It was brief.   Did Mr. Latka in his little black car

8    also talk to you and Mr. Tercero?

9    A.    If I remember correctly, he said he was going to f'ing

10   kill him.   "No one pulls a gun on me."   But I mean it's --

11   God, it's been a year ago.   I don't remember all the little

12   details.

13          I can remember him coming up.   Chad driving off.

14   Chad said he had to defuse this.   This guy's -- he was

15   trying to defuse it.   That's what I remember him saying.

16   And he drove off and Latka drove off right behind him.   I

17   mean, all these little details, it's been a year ago.

18   Q.    And did Mr. Ellsworth seem calm?

19   A.    Yes.

20   Q.    And when you had that interaction with Mr. Latka there

21   and Mr. Latka was in his little black car, did he seem

22   agitated?

23   A.    I don't remember if it was a black car but, yes, he was

24   very agitated.

25   Q.    And was he talking fast?

1   A.    I mean, I don't know what you mean by fast.

2   Q.    Well, was he speaking with a rapid tone of voice?

3   A.    To a point.

4   Q.    And was he --

5   A.    He said, "I'm going to f'ing kill this guy."  Yeah.

6   "No one pulls a gun on me."  Yeah, he was repeating himself.

7              MS. BEDNARSKI:  May I have a moment, Your Honor?

8              THE COURT:  Sure.

9                   (Defense counsel conferred.)

10  BY MS. BEDNARSKI:

11  Q.    Now, when you called 911, there were already officers

12  there on the scene; right?

13  A.    No.

14  Q.    Now, when you talked to the 911 operator, the 911

15  operator asked you to state your emergency; right?

16  A.    I don't remember the call.  It was a year ago so I

17  don't remember exactly what was said.

18  Q.    And you remember telling the 911 operator that there's

19  a bunch of officers out here?

20  A.    I may have.

21  Q.    And do you remember telling the 911 operator now

22  there's an ambulance?

23  A.    I may have.  You see, I don't remember whether they

24  were there or not when I called 911.

25  Q.    And so because of your memory and because of the time

1  that's passed, it's possible that the 911 call that you

2  recall making actually happened later after the cars were

3  gone and after officers had already arrived; right?

4  A.   It's possible.

5         MS. BEDNARSKI:  No other questions.

6             (Defense counsel conferred.)

7  BY MS. BEDNARSKI:

8  Q.   Other than talking with Mr. Latka when he stopped after

9  he and Officer Ellsworth were driving, did you talk to

10  Mr. Latka again?

11  A.   Not to my memory, no.

12         MS. BEDNARSKI:  Thank you.

13         THE COURT:  Redirect?

14                **REDIRECT EXAMINATION**

15  BY MS. PALMER:

16  Q.   Why did you call 911?

17  A.   I mean, you'd have to look at the records.  I don't

18  remember them actually being there prior to me calling 911.

19  I'm not -- it's been a year.

20  Q.   Did you think that the situation was serious?

21  A.   Yes, I did.

22         MS. BEDNARSKI:  Objection.  Leading.

23         THE COURT:  Overruled.

24  BY MS. PALMER:

25  Q.   Did the defendant seem angry?

1    A.    Yes, very much so.

2              MS. PALMER:  No further questions.

3              THE COURT:  Ms. Bednarski?

4              MS. BEDNARSKI:  Just a second, Your Honor.

5                   (Pause in the proceedings.)

6              MS. BEDNARSKI:  No other questions, Your Honor.

7    Thank you.

8              THE COURT:  Thank you very much, sir.  You're

9    excused.

10             THE WITNESS:  Thank you, Your Honor.

11             THE COURT:  Does the government have another

12   witness?

13             MR. KENDALL:  Yes, Your Honor.  The government

14   calls Russ Tercero.

15             RUSS TERCERO, GOVERNMENT'S WITNESS, SWORN

16             THE CLERK:  Please step forward.  Raise your right

17   hand.

18             Do you swear that the testimony you're about to

19   give in this matter before this Court will be the truth, the

20   whole truth, and nothing but the truth, so help you God?

21             THE WITNESS:  I do.

22             THE CLERK:  Please step forward to the witness

23   stand.  State your full name for the record.

24             THE WITNESS:  Russell Tercero.

25             THE COURT:  Would you spell that please, sir.

```
 1              THE WITNESS:   T-e-r-c-e-r-o.
 2              THE COURT:   You may proceed.
 3              MR. KENDALL:   Thank you, Your Honor.
 4                        DIRECT EXAMINATION
 5    BY MR. KENDALL:
 6    Q.    Mr. Tercero, do you currently work for a living?
 7    A.    No, I'm retired.
 8    Q.    When did you retire?
 9    A.    2008 from the United States Air Force Reserve and 2014
10    from the United States Post Office.
11    Q.    How long had you worked at the United States Post
12    Office?
13    A.    37 years.
14    Q.    And how long have you been with the Air Force Reserve?
15    A.    A combination of the United States Army, California
16    Army National Guard, Air Force Reserve, and the Air Force,
17    it's 31 years.
18    Q.    What did you do at the Air Force and National Guard and
19    all those other places?
20    A.    My last 22 years, I was a fireman.  My last ten years,
21    I was a fire chief.  I retired as a Chief Master Sergeant in
22    '09.
23    Q.    Where do you live?
24    A.    25595 White Oak Drive, Hemet, California.
25    Q.    On the screen in front of you there is an image.  Do
```

1    you recognize that image?

2    A.    Yes.

3    Q.    What is it?

4    A.    My street and Persimmon.

5    Q.    Do you know where 43611 Persimmons Lane is?

6    A.    Yes.

7    Q.    Can you mark it on there?

8    A.    (Witness complies.)

9    Q.    And then can you -- is your house on the screen as

10   well?

11   A.    Yes.

12   Q.    Can you mark it?

13   A.    (Witness complies.)

14   Q.    Do you know who, on October 12th, 2014, owned 43611

15   Persimmons Lane?

16   A.    Alfredo Morales.

17   Q.    Just to be clear on the record, this is Exhibit 32.

18   A.    Uh-huh.

19   Q.    Where were you on October 12th, 2014, at around 10:00

20   a.m.?

21   A.    In my living room reading the paper.

22   Q.    And what happened?

23   A.    The front door was open.  I heard screaming from across

24   the street so I went outside to see where it was coming from

25   and what was going on.

1   Q.    What happened when you got outside?

2   A.    I heard an individual yell "Get off my property.

3   Leave.  Go now."

4   Q.    Did you see the person who was screaming?

5   A.    Yes.

6   Q.    Do you see that person today here in court?

7   A.    Yes.  He's sitting right over here in -- I guess it's a

8   blue jacket.

9           THE COURT:  Indicating the defendant.

10  BY MR. KENDALL:

11  Q.    Did you know the defendant prior to that day?

12  A.    No.

13  Q.    Had you ever seen him before?

14  A.    Yes.

15  Q.    In what context?

16  A.    He was across the street doing some repairs at Fred's

17  house.

18  Q.    And had you ever seen any trucks at that house?

19  A.    Yes.

20  Q.    On October 12th, the defendant was yelling.  Was he

21  yelling at someone?

22  A.    Yes.

23  Q.    What did the man look like who he was yelling at?

24  A.    He was a park ranger; police.

25  Q.    And why do you think that?

1    A.    The vehicle that was on White Oak Drive said

2    "Department of Forestry, Police."  And his uniform was that

3    of a park ranger and his -- the vest he was wearing said

4    "Police" on the back of it.

5    Q.    What was the defendant yelling?

6    A.    To get off his property.  To leave.  He also said,

7    "Don't point that gun at me.  You can't point a gun at me.

8    I used to be a cop.  I know you can't do that."

9    Q.    Did you see a gun?

10   A.    No.

11   Q.    Could you see Officer Ellsworth's hands from where you

12   were?

13   A.    Yes.

14   Q.    What were his hands doing?

15   A.    They were up, palms facing out.

16   Q.    How did Officer Ellsworth seem?  Was he yelling?

17   A.    No.  I couldn't hear anything from him.

18   Q.    Where were -- what happened at that point?

19   A.    They were both in the driveway and when the yelling

20   started, the officer backed up and he backed up to his

21   vehicle.

22   Q.    Was the defendant doing anything as he was backing up

23   to his vehicle?

24   A.    He was keeping pace with him.

25   Q.    Was he still screaming?

1    A.    Yes.

2    Q.    What was the next thing that happened?

3    A.    The officer got into his vehicle.   Rick was still

4    yelling and screaming about him pointing a gun at him.   He

5    was very agitated.

6    Q.    When you say "Rick," you mean the defendant Mr. Latka?

7    A.    Yes.

8    Q.    When Officer Ellsworth was in the car, what was the

9    defendant doing?

10    A.    Walking up and down the street.   A lady from two houses

11    away came down.   He was yelling at her.   "Did you see him

12    pull a gun on me?  Did you see him point a gun at me?"   And

13    then he said, "You saw him pull a gun on me."

14    Q.    At that point what happened?

15    A.    There was a blue car that was coming down Persimmon.

16    Mr. Latka ran in front of it to try to stop it.   He banged

17    on the hood, banged on the window screaming that the officer

18    had pointed a gun at him.

19    Q.    At any point did you see the defendant banging on any

20    other cars?

21    A.    Yes.   As the blue car was trying to make a left-hand

22    turn onto White Oak, he ran over to the ranger's vehicle and

23    banged on the window.   He said, "Get out of the car now.

24    Shoot me now.   I have witnesses."

25    Q.    How hard was he banging on the window?

1   A.    Very hard.

2   Q.    What was the tone of his voice when he was --

3   A.    Still very loud and very angry.

4   Q.    On the vehicle he was hitting at that point, were there

5   any markings on that vehicle?

6   A.    The ranger's vehicle?  Yes.  It said "Department of

7   Forestry" on it.

8   Q.    Then what happened?

9   A.    Mr. Latka left the vehicle.  Was stomping around his

10  yard or I should say the yard there.  He was walking back

11  and forth to the driveway but he was still very agitated.

12  Q.    What was Officer Ellsworth doing?

13  A.    I could not tell.  I could see him inside the vehicle

14  but I couldn't tell what he was doing.

15  Q.    Well, then what happened?

16  A.    At some point I walked across the street to stand next

17  to Daniel.  We were trying to figure out what was going on.

18  We just were watching the situation.

19  Q.    To be clear, when you say "Daniel," do you mean

20  Mr. Haug?

21  A.    Yes.

22  Q.    And how do you know Mr. Haug?

23  A.    His parents live across the street.  We both bought our

24  houses before they were -- the houses were built.  Daniel

25  was in his teens when his parents bought the home.  His

1    parents -- well, he has two younger siblings.  I have three

2    boys that are basically the same age as Daniel's younger

3    brothers.

4    Q.    So you're standing there with Mr. Haug.  What happened

5    at that point?

6    A.    The ranger pulled away from the curb.  We waved him

7    down.  He rolled his window down and we asked him what was

8    going on.

9    Q.    Which window did he roll down?

10   A.    He rolled down his passenger window.

11   Q.    And what did you talk about with him if anything?

12   A.    I asked him what was going on and he told me -- or told

13   us that he was investigating an illegal dumping in the

14   national forest; and he said that he had found some

15   paperwork with Alfredo Morales's name on it and an address

16   and that's what he was doing; and he said that he asked

17   Mr. Latka if he knew where Alfredo Morales was.

18   Q.    Did he talk about anything else?

19   A.    He asked our names and our phone numbers and that was

20   pretty much it.  It was a very short conversation.

21   Q.    Do you know why it was a short conversation?

22   A.    Mr. Latka was -- had come back out into the street and

23   was yelling.  I don't remember exactly what he said and the

24   ranger said that he was going to leave and try to defuse the

25   situation so it wouldn't escalate.

1    Q.    At that point what happened?

2    A.    Mr. Latka got into his car, pulled out of the driveway,

3    and drove up to us, to Daniel and I.

4    Q.    And when he drove up to you, did he say anything?

5    A.    He rolled his window down and he said that "No one

6    points a gun at me."  He said, "This isn't over yet.  He's

7    going to get his."  He said that when someone points a gun

8    at him, he kills him.

9    Q.    When the defendant is in his car, how close was he --

10   at some point did Officer Ellsworth leave where you were?

11   A.    Yes.

12   Q.    Did the defendant go in the same direction as

13   Officer Ellsworth?

14   A.    Yes.

15   Q.    Was he close to him?

16   A.    If the ranger would have hit his brakes, he would have

17   been hit in the rear.

18   Q.    Which -- on the exhibit in front of you, which

19   direction were they driving?

20   A.    They went north.

21   Q.    And then so up on the screen?

22   A.    Yes.

23   Q.    Did you chase after the cars?

24   A.    Did I chase after them?  No.

25   Q.    So at some point they disappeared from your view?

1  A.    They both made it to the corner of White Oak and Palm

2  and then they made a right-hand turn.

3  Q.    And after that you couldn't see where they went?

4  A.    No.

5  Q.    At some point did the defendant return?

6  A.    Yes.

7  Q.    About how much time had passed?

8  A.    Maybe ten minutes.

9  Q.    And when he approached you, which direction did he come

10 from?

11 A.    He was coming from the south.

12 Q.    So from --

13 A.    The bottom of the screen.

14 Q.    The bottom of the screen.

15        Did he pull up to you?

16 A.    Yes.

17 Q.    Were you still in the same -- virtually the same spot?

18 A.    Yes.

19 Q.    And when he pulled up to you, did he say anything?

20 A.    He asked us if we knew who the ranger was.  I said I

21 didn't know who he was.  Didn't know what his name was.

22 Q.    And did he say anything else?

23 A.    He was again very agitated.  He said that "No one

24 points a gun at me."  He said, "This individual is going to

25 get his due.  I'm going to contact his supervisor.  I'm

1  going to make sure that he gets his."  He said that if he

2  saw him again, he was going to kill him.

3  Q.    And you remember for sure he said that he was going to

4  kill him?

5  A.    Yes.

6  Q.    At that point what did the defendant do?

7  A.    He made a three-point turn into the driveway next to my

8  house, just north of it, came back.  Parked or stopped on

9  the same side of the street that we were on; and out his

10 window he said that if he saw the ranger again -- he didn't

11 call him the ranger -- he said, "If I see him again, I'm

12 going to kill him."

13 Q.    How many times in total did you hear the defendant say

14 he was going to kill Officer Ellsworth?

15 A.    Twice the officer himself.  The first time he just said

16 that if anybody points a gun at him, he would kill him.

17 Q.    Did you think that this was a credible threat?

18 A.    Yes.

19 Q.    And why do you think that?

20 A.    Because he chased after the ranger.

21 Q.    Did you eventually speak to Officer Ellsworth again?

22 A.    Yes.

23 Q.    And when did you talk to him?

24 A.    He called me later that afternoon.

25 Q.    And what did you discuss?

1    A.    He asked what I saw and what I heard and it's exactly
2    what I just told you.
3    Q.    Did you mention the threats on his life?
4    A.    Yes.
5            MR. KENDALL:   Just a moment, Your Honor.
6                *(Plaintiff's counsel conferred.)*

1            MR. KENDALL:  Nothing further.

2            THE COURT:  Cross-examination.

3                    **CROSS-EXAMINATION**

4    BY MS. BEDNARSKI:

5    Q.    Sir, you're retired you said?

6    A.    Yes, ma'am.

7    Q.    So you're home most days?

8    A.    Yes.

9    Q.    Now, how many years have you lived in that house on

10   White Oak?

11   A.    31 and a half.

12   Q.    And let me put Government's 32 back up on the screen.

13            (The exhibit was displayed on the screen.)

14   BY MS. BEDNARSKI:

15   Q.    And on Government's Exhibit 32, can you see where your

16   house is?

17   A.    Yes.

18   Q.    Can you point with your finger?

19   A.    (Indicating.)

20   Q.    All right.  So it's one house away from where

21   Persimmons intersects with White Oak?

22   A.    Correct.

23   Q.    What direction is that if we're talking about the top

24   end of White Oak up here (indicating) at the top?

25   A.    That's north.

1   Q.    All right.  Okay.

2          MS. BEDNARSKI:  Your Honor, permission to approach

3   with what I would like marked as Defendant's Exhibit 520.

4          THE COURT:  You may.

5          *(Exhibit 520 marked for I.D.)*

6   BY MS. BEDNARSKI:

7   Q.    And, sir, is 520 the same photograph that I just showed

8   up on the screen which the government called Exhibit 32, I

9   believe.

10  A.    Yes.

11  Q.    Okay.  I'm going to hand you a red pen and a blue pen

12  and will you mark on what's now marked as Defendant's 520,

13  will you circle your house there on White Oak.  Sorry.  Let

14  me have you use the red pen.  Sorry about that.

15  A.    (Witness complies.)

16         MS. BEDNARSKI:  And when you walked across -- may

17  I ask a couple of questions from here, Your Honor?

18         THE COURT:  Yes.

19  BY MS. BEDNARSKI:

20  Q.    When you walked across the street and you were talking

21  with Mr. Haug, was there a certain place where you two were

22  talking where Chad Ellsworth drove up and spoke with you

23  guys?

24  A.    Yes.

25  Q.    Okay.  And can you mark that place by putting your

1    initials and also the initials "DH" and use the red pen.

2    A.    (Witness complies.)

3    Q.    And you told us that Mr. Latka had jumped out in front

4    of a blue car; and that blue car, was it on Persimmon when

5    he jumped out in front of it?

6    A.    Yes.

7    Q.    And can you take this blue pen and draw with a

8    rectangle and maybe just four simple tires the blue car and

9    where it was when Mr. Latka jumped out?

10   A.    (Witness complies.)

11   Q.    And can you put some tires on it so we know that that's

12   a car.

13   A.    (Witness complies.)

14   Q.    And what -- can you indicate with an arrow the

15   direction of travel that the car was going in when Mr. Latka

16   jumped out?

17   A.    (Witness complies.)

18   Q.    And can you complete that arrow by making a line next

19   to it, you know, so it's like a complete arrow?

20   A.    (Witness complies.)

21   Q.    Now, when Mr. Latka jumped out, did he jump out in

22   front of the car stopping its path of travel?

23   A.    Yes.

24   Q.    Okay.  And will you then draw a stick man where you

25   recall Mr. Latka jumping in front of that blue car?

415

1    A.    (Witness complies.)

2    Q.    Now, in that clear space in that lower left-hand

3    corner, where there's just kind of sort of a clear sort of

4    grayish area, can you, using that blue pen you have, write

5    your initials and today's date which is October 29?

6    A.    Right here?

7    Q.    28.

8    A.    Right here?

9    Q.    How about in this blue corner where the gray is.

10   A.    Oh.    (Witness complies.)

11   Q.    All right.   Very good.

12              MS. BEDNARSKI:   Your Honor, I'll seek to admit

13   Defendant's 520.

14              THE COURT:   Okay.

15              *(Exhibit 520 received in evidence.)*

16              (The exhibit was displayed on the screen.)

17   BY MS. BEDNARSKI:

18   Q.    And Defendant's 520 on the screen, that's the -- shows

19   the markings on the overview of the neighborhood that you

20   just made; right?

21   A.    Correct.

22   Q.    And so this red circled house is your house --

23   A.    Correct.

24   Q.    -- on the left side?   And across here where the

25   initials "DH" are and "RT," that's where you and Daniel were

1   standing when the officer pulled up in his SUV?

2   A.    Correct.

3   Q.    And this blue car here on Persimmon, that's the blue

4   car Mr. Latka -- the stick figure jumped out in front of?

5   A.    Correct.

6   Q.    Now, Mr. Morales had lived there in that corner house

7   on Persimmons for many years during the time that you were

8   living there; right?

9   A.    Correct.

10  Q.    And if I orient you as to date, the events, the yelling

11  being October 12th, 2014, had you seen Mr. Morales

12  recently around that time in October 2014?

13  A.    Yes.

14  Q.    And you had observed that he was not well?

15  A.    Yes.

16  Q.    And did he tell you he was planning on selling home?

17  A.    Yes.

18          MR. KENDALL:  Objection.  Calls for hearsay.

19          THE COURT:  Sustained.

20  BY MS. BEDNARSKI:

21  Q.    Now, Mr. Richard Latka had been working on the house

22  for some time by October 12th, 2014; right?

23  A.    Correct.

24          MR. KENDALL:  Objection.  Lacks foundation.

25          THE COURT:  Overruled.

1    BY MS. BEDNARSKI:

2    Q.    What was your answer?

3    A.    (No response.)

4    Q.    What was your answer?

5    A.    Correct.

6    Q.    And you saw various workers come and go from the house;

7    right?

8    A.    Correct.

9    Q.    Now, did you also see trucks come and go from the

10   house?

11   A.    Yes.

12   Q.    One of the workers you recognized because it was a man

13   named Richard Salazar who had done some work for you; right?

14   A.    Correct.

15   Q.    Did you ever go inside the house on Persimmons and see

16   the work that was being done?

17   A.    No.

18   Q.    Now, one of the -- now, you never saw Mr. Latka driving

19   a truck; right?

20   A.    I can't say I have.

21   Q.    And you never saw him driving a truck with any trash in

22   it; right?

23   A.    I can't say I have.

24   Q.    Now, one of the cars that he drove sometimes was a

25   little gold Taurus that was in the driveway sometimes;

1    right?

2    A.    What did you say?

3    Q.    A little gold Ford Taurus.

4    A.    That I saw who drive?

5    Q.    Mr. Latka.

6    A.    No.

7    Q.    Was there a gold Taurus associated with that house?

8    A.    Yes.

9    Q.    And who did you see driving that?

10   A.    Fred.

11   Q.    Now, you were in your home reading the Sunday paper

12   when all this yelling started?

13   A.    Correct.

14   Q.    You were in the front room with the front door open;

15   right?

16   A.    Correct.

17   Q.    And you heard Mr. Latka screaming; right?

18   A.    Correct.

19   Q.    And you heard the words "Get off my property.  Go.  Get

20   off my property now"; right?

21   A.    Correct.

22   Q.    And you heard him screaming at -- when you -- and

23   that's when you walked outside when you heard that; right?

24   A.    Correct.

25   Q.    And then you heard Mr. Latka screaming at

1    Mr. Ellsworth, "You pulled a gun on me"; right?

2    A.    "Don't point that gun at me."

3    Q.    I'm sorry?

4    A.    "Don't point that gun at me."

5    Q.    "Don't point the gun at me"?

6            And what you saw when you went outside of heard

7    that was the officer and Mr. Latka standing in the middle of

8    the driveway; right?

9    A.    Correct.

10   Q.    Now, as Officer Ellsworth walked over towards his car,

11   Mr. Latka was still screaming at him; right?

12   A.    Correct.

13   Q.    And still screaming, "Don't point the gun at me.  You

14   can't point a gun at me.  I know you can't do that"?

15   A.    He also added the fact that he said he used to be a

16   police officer.

17   Q.    So he said those things and he said, "I used to be a

18   police officer"?

19   A.    Yes.

20   Q.    And Mr. Latka was running back and forth across the

21   front yard; right?

22   A.    Correct.

23   Q.    Now, when you saw him talking with the lady from a

24   couple doors down, she was from a couple doors down on

25   Persimmon meaning sort of up the cul-de-sac?

1    A.    Yes.

2    Q.    And he was repeating himself over and over to her

3    saying, "Did you see him point the gun at me?  Did you see

4    him point the gun at me?  Did you see him point the gun at

5    me?"

6    A.    Actually, he said, "Did you see him point the gun at

7    me?  Did you see him point the gun at me?  You saw him point

8    the gun at me."

9    Q.    Okay.  And was that when Mr. Latka jumped out in front

10   of the blue car?

11   A.    Yes.

12   Q.    And he started yelling at the people in the blue car;

13   right?

14   A.    Yes.

15   Q.    And he was yelling the man had pulled a gun on him;

16   right?

17   A.    Correct.

18   Q.    Now, the blue car then -- did you hear him ask them to

19   call 911 for them?

20   A.    No, I did not.

21   Q.    All right.  Did you see the blue car then turn left and

22   go south on White Oak?

23   A.    It tried to turn left.

24   Q.    And it tried to turn left but it couldn't because

25   Mr. Latka was in front of it?

1   A.    He was on the side of it banging.  He was in front of

2   it.  He was at the window.

3   Q.    Did you hear him say to them, "Don't leave.  You saw

4   what happened.  I need witnesses"?

5   A.    No, I did not.

6   Q.    Now, at this time when Mr. Latka is trying to get this

7   help from the people in the blue car, is Mr. Ellsworth over

8   here alongside White Oak by the side of the house on

9   Persimmon sitting in his car?

10  A.    Yes.

11  Q.    And could you tell if he was taking notes or could you

12  tell what he was doing?

13  A.    No, I could not.

14  Q.    How long did he stay in his car there before Mr. Latka

15  left from the guys he was trying to get help from in the

16  blue car to where he came over and was banging on the

17  officer's windows?  How long do you think passed between

18  those two events?

19  A.    Could you repeat that, please.

20  Q.    Sure.  How much time do you think passed between when

21  Mr. Latka was -- had jumped out in front of this blue car

22  and was ask -- making the statements you've testified to

23  about that and trying to get their help to when Mr. Latka

24  was banging on the side of the car windows over by the

25  officer's SUV parked on White Oak?

1    A.    Maybe a minute or two.

2    Q.    And you heard him screaming about a supervisor or

3    getting a supervisor's name?

4    A.    No, not at that point.

5    Q.    The point where you recall him talking about the

6    supervisor is when he -- when Mr. Latka pulled up and talked

7    to you and Daniel?

8    A.    Correct.

9    Q.    Did you hear him screaming at the officer when he was

10   over there banging on the windows of the car parked on

11   White Oak, did you hear him say, "You know, I've got

12   witnesses now.  Shoot me now"?

13   A.    No.   What he said was, "Get out of the car.  Shoot me

14   now.  I have witnesses."

15   Q.    Did you see the officer get out of his car?

16   A.    No, he did not.

17   Q.    Did you see the officer order Mr. Latka to back off or

18   back away from the car?

19   A.    I couldn't hear.  His window was up.

20   Q.    Did you see Mr. Latka then run away from the officer

21   into the middle of the street on White Oak?

22   A.    Yes.

23   Q.    What did he do when he ran away from the officer's SUV

24   into the middle of the street on White Oak?

25   A.    He continued screaming.

1    Q.    And was that when you crossed over to be with Mr. Haug

2    on the other side of the street?

3    A.    Somewhere around that time.

4    Q.    Now, when the officer started driving away, he was

5    driving slowly; correct?

6    A.    Correct.

7    Q.    And when he stopped to talk with you and Mr. Haug, he

8    was calm; right?

9    A.    Correct.

10   Q.    Now, is Mr. Latka still back there in the middle of the

11   street screaming out "You can't pull a gun on me.   Nobody

12   pulls a gun on me"?

13   A.    No, he had gone back into the yard and he was pacing

14   back and forth between the grass and the driveway.

15   Q.    Okay.   Now, you thought Mr. Latka was a little whacko,

16   didn't you?

17              MR. KENDALL:   Objection.

18              THE COURT:   Timeframe?

19   BY MS. BEDNARSKI:

20   Q.    Sure.   You were interviewed two days later by the case

21   agents and you expressed to him, when talking about

22   Mr. Latka's demeanor, that you'd observed that you thought

23   Mr. Latka was a little whacko?

24              MR. KENDALL:   Objection.   Relevance.   Calls for an

25   expert opinion.

```
 1              THE COURT:  No, overruled.
 2              THE WITNESS:  I don't remember saying that.
 3    BY MS. BEDNARSKI:
 4    Q.    Do you remember saying that -- to the agents when they
 5    interviewed you that you thought he was like 5150?
 6    A.    Yes.
 7    Q.    And what you meant in your own terms by that expression
 8    was kind of like a psychiatric case?
 9    A.    Correct.
10    Q.    Now, you thought that Mr. Ellsworth was trying to
11    defuse the situation by driving away; right?
12    A.    That's what he told me.
13    Q.    And did you understand it to mean that he was going to
14    leave so that he didn't make things worse?
15    A.    He said he didn't want things to escalate.
16    Q.    Now, Mr. Latka pulled up alongside and talked to you
17    and Mr. Haug as well; right?
18    A.    Correct.
19    Q.    And did he seem agitated?
20    A.    Very much so.
21    Q.    And was he speaking very quickly?
22    A.    Yes.
23    Q.    And was his -- was he repeating himself?
24    A.    Yes.
25    Q.    Now, you said that -- did Mr. Latka express to you and
```

1  Daniel when you were on the side of the street that he
2  wanted you to call 911?
3  A.    No.
4  Q.    Did he ask to use the phone?
5  A.    No.
6  Q.    Did you offer him any assistance?
7  A.    No.
8  Q.    Now, during the time that you saw him driving in that
9  little car, did you ever see him touch the officer's car?
10 A.    No.
11 Q.    Did you ever see him zoom around in front of the
12 officer?
13 A.    No.
14 Q.    Now, you said Mr. Latka came back about ten minutes
15 later; right?
16 A.    Correct.
17 Q.    Now, and when he came back, were you and Daniel still
18 outside in the place where you had made your initials on
19 Defendant's 520?
20 A.    Yes.
21 Q.    And so when Mr. Latka came back, which way did he drive
22 up on White Oak?  Did he drive up from the south or did he
23 drive down from the north?
24 A.    Up from the south.
25 Q.    So if you follow my red pen, he's driving up this way

1    on White Oak (indicating) and he goes then past his house to

2    stop and talk to you and Daniel?

3    A.    He drove past Fred's house, yes.

4    Q.    Okay.   So he drives past Fred's house where Persimmons

5    cul-de-sac comes in and he stops and he talks again to you

6    and Daniel; right?

7    A.    Correct.

8    Q.    Now, when he talks to you, then does he still appear to

9    be agitated?

10   A.    Very much so.

11   Q.    Still talking very fast?

12   A.    Yes.

13   Q.    Still repeating himself?

14   A.    Yes.

15   Q.    And is he still talking about that guy who pulled a gun

16   out on him?

17   A.    He -- yes.

18   Q.    And when you -- you then said he did like a three-point

19   turn in order to turn around to drive back the other way to

20   go south?

21   A.    Correct.

22   Q.    Okay.   And then does he turn around and essentially

23   drive back and then drive onto Persimmons and into his

24   driveway?

25   A.    No.

1    Q.    What does he do?

2    A.    He pulled to our side of the street and stopped there.

3    Q.    I see.  So he does a three-point turn, basically sort

4    of an awkward U-turn; right?  And then pulls up on the wrong

5    side of the road to talk to you and Daniel?

6    A.    Correct.

7    Q.    Who are now on his left side, the driver's left side?

8    A.    Correct.

9    Q.    And a few minutes later -- and then does he go home

10   after that?

11   A.    Yes.

12   Q.    Okay.  And how much time passes before you noticed the

13   sheriff's deputies come up to Persimmons?

14   A.    Maybe two minutes.

15   Q.    You're still outside?

16   A.    Correct.

17   Q.    And Daniel is still outside?

18   A.    Correct.

19   Q.    And now you weren't there in Little Louie's Bar when

20   Mr. Latka called 911 and asked the deputies to respond?

21         MR. KENDALL:  Objection.  Lacks foundation.

22   Argumentative.

23         THE COURT:  Overruled.

24         You can answer.

25         THE WITNESS:  No, I wasn't.

1  BY MS. BEDNARSKI:

2  Q.    In that ten-minute period between when Mr. Latka left

3  after like this incident with the officer and driving away,

4  in that ten-minute period of time, you did not observe him;

5  right?

6  A.    No, I did not.

7  Q.    Now, when he comes back and he's -- you observe him

8  talking to the deputies who are at his house -- at Fred's

9  house on Persimmons; right?

10  A.    Correct.

11  Q.    And you observe that he's talking very loudly to them;

12  right?

13  A.    Correct.

14  Q.    And he's talking in this agitated tone of voice to

15  them; right?

16  A.    Correct.

17  Q.    Very agitated?

18  A.    Correct.

19  Q.    And he's moving around; right?

20  A.    Yes.

21  Q.    He's moving in and out of his garage -- Fred's garage?

22  A.    Correct.

23  Q.    And you repeatedly hear him say someone had pulled a

24  gun or words to that effect?

25  A.    Correct.

1    Q.    And you hear him complain of chest pains?

2    A.    Yes.

3    Q.    And you then, while you're standing outside, see the

4    fire department paramedics respond; right?

5    A.    Correct.

6    Q.    And are you still outside when you see the ambulance

7    respond after that?

8    A.    Correct.

9    Q.    And are you still outside when you see the ambulance

10   take him away?

11   A.    Yes.

12   Q.    Now, a couple of days later -- well, how much time

13   passes, if that's -- let's say approximately, if that

14   timeframe is between 10:30 in the morning when it starts and

15   he comes back ten minutes later so we're at 10:40.

16            The ambulance and the paramedics are there and

17   that takes a few minutes.  If we have that orientation to

18   time between 10:30 and 10:45, how much time do you think

19   passes until Officer Ellsworth calls you up later that day?

20   A.    It was in the afternoon sometime.

21   Q.    So several hours?

22   A.    Yes.

23   Q.    And a couple of days later a couple of agents come to

24   your house and interview you; right?

25   A.    Correct.

1    Q.    And while you're being interviewed, while you're in --
2    were you in your front room being interviewed?
3    A.    It was in the dining room which is off the front room.
4    Q.    Okay.  But the front door is closed on that day?
5    A.    No, front door is open.
6    Q.    And you hear yelling outside again; right?
7    A.    Correct.
8    Q.    And you look outside and you again see Mr. Latka
9    yelling; right?
10   A.    Correct.
11   Q.    And you tell that to the agents; right?
12   A.    Correct.
13   Q.    Now, the prosecutor asked you a question at the end of
14   the examination about whether you thought this was a
15   credible threat.  Do you recall that question?
16   A.    Yes.
17   Q.    Now, you were in the military before; right?
18   A.    Yes.
19   Q.    And you, through your work at the postal service,
20   you've come across a lot of people in your work?
21   A.    Yes.
22   Q.    And you met with my investigator, Ms. Kimberly Marquez,
23   in September; right?
24   A.    Correct.
25   Q.    And she talked to you about this incident and what

1  happened with Mr. Latka; right?

2  A.    Yes.

3  Q.    And, in fact, you invited her in your house and the

4  conversation was there inside your house?

5  A.    Correct.  No.

6  Q.    Where was the conversation?

7  A.    Well, there were two investigators.  I don't remember

8  which one.

9  Q.    Okay.  The female investigator?

10  A.    Neither female investigator came into my home.

11  Q.    Okay.  Do you remember the female investigator named

12  Kimberly Marquez talking to you in September?

13  A.    Of this year?

14  Q.    Yes.

15  A.    Yes.

16  Q.    And you told her that it seems like such a piddly

17  thing; right?

18  A.    I said I thought it got out of hand.

19  Q.    And that even when you were talking to the government

20  investigators, it seemed like such a piddly thing; right?

21  A.    In the context that the individual made such a big deal

22  out of it, meaning Mr. Latka.

23        MR. KENDALL:  Your Honor, I'm sorry.  Can we have

24  just a brief sidebar to discuss an issue?

25        THE COURT:  In fact, let's just go ahead and take

1   our fifteen-minute break.

2          Ladies and gentlemen, don't talk about the case or

3   form or express any opinions about the case until it's

4   finally submitted to you.

5          We'll take a fifteen-minute break.

6          THE CLERK:  All rise.

7          *(The jurors exited the courtroom.)*

8     *(The following was held outside the jury's presence:)*

9          THE COURT:  Do you want the witness to step out,

10  Mr. Kendall?

11         MR. KENDALL:  Yes.

12         THE COURT:  All right.  Would you step outside,

13  sir.  Don't leave this floor.

14         THE WITNESS:  Yes, ma'am.

15         THE COURT:  Mr. Kendall.

16         MS. PALMER:  Your Honor, I'll address the Court on

17  this issue.

18         Your Honor, my understanding is that those -- I'm

19  not sure if this particular one but a lot of the witnesses

20  were recorded and, under the rule of completeness, she's

21  reading from something, either notes or something else.

22         We haven't had access to it and so she could be

23  taking things out of context and, under Rule 106, we should

24  be entitled to that.

25         MS. BEDNARSKI:  I'm allowed to ask him if he

1   recalls something.

2        THE COURT:  I know that.  I don't know what point

3   you're making.  If there are statements, then after she's

4   finished, you can ask for them and she'll presumably give

5   them to you.

6        MS. BEDNARSKI:  My understanding, Your Honor, if

7   he recalls something and he agrees with it, then that's his

8   testimony.  If he doesn't and I impeach him, then I would

9   need to call my investigator and then those statements would

10  become Jencks Act statements.

11       At this point in time, I don't intend to call the

12  investigator because I don't feel I need to impeach anybody.

13       THE COURT:  Okay.  Also on the issue of our juror,

14  I've considered the cases that were cited.  At the end of

15  the day I'm going to excuse that juror.

16       She made it clear that this -- just hearing that

17  the officer would not tell Mr. Latka why was just so close

18  to what had happened with her cousin that she had a bias

19  that was clouding her logic and that she basically wasn't

20  listening to him anymore because she was so distracted.

21       She's already decided, even though he's not on

22  trial, that he's guilty and that he's a liar; and despite,

23  as I said before, Ms. Bednarski's able efforts to

24  rehabilitate her and get her to say she would follow the

25  law, I'm not really sure following the law is the issue.

1          She basically said that she was biased as to the

2     facts so I will excuse her at the end of the day so she

3     doesn't have to come back tomorrow.

4          MS. BEDNARSKI:  The only thing I would ask, Your

5     Honor, since she sat here all day, I'd just ask that you

6     make an inquiry at the end of the day if she still has the

7     same opinions.

8          If she doesn't because, you know, it's very

9     possible she's heard from four or five other people now that

10    she would say the opposite and say, you know, hey, you know.

11         THE COURT:  I'm a little bit reluctant to do

12    anything that suggests to her that we now want to know what

13    her opinions are one way or another.

14         I think that's getting into dangerous and

15    inappropriate areas.  We can't ask her if she changed her

16    mind.  I mean, if she says:  Yes, I have now changed my mind

17    and I think the officer is telling the truth and that

18    Mr. Latka is guilty, then what are you going to say?

19         She's not supposed to form an opinion.  She said

20    she had formed an opinion so I think --

21         MS. BEDNARSKI:  And just for the record, I'm just

22    going to say that I think the reason why I feel like that

23    further inquiry would be warranted is because my view is

24    that she's not steadfastly refusing to follow the law and

25    that her comments sound to me like she -- within her

1    province to be able to weigh the credibility of someone and

2    that goes to the merits of the case and whether or not she

3    believes a particular witness.

4         And so that's why I asked for that later inquiry

5    because of that.  Because I think I had a different view

6    this morning of what her remarks meant than you did so I've

7    already made my record at sidebar and I would just adopt

8    those remarks for the purpose of this argument.

9         THE COURT:  All right.  Again, you know, I think

10   the issue isn't precisely as you phrased it.  It's not

11   whether she can follow the law.  It's that she has already

12   formed an opinion of the facts based on her stated bias

13   identified specifically with a prior instance that caused

14   her to stop listening to the witness.  After she heard that

15   portion of his testimony, she got distracted and she said

16   she knew what you were trying to say but she'd already

17   formed her conclusion that was her conclusion.

18        So unless the government wants me to question her,

19   I'm not inclined to do that.

20        MR. KENDALL:  No, Your Honor.  And, of course, the

21   government agrees.  I would just add one additional point;

22   that she wasn't following your orders which is what the

23   government views had taken place.  In that sense, she was

24   not following the law.

25        THE COURT:  That's true.  Thank you.

1          MS. BEDNARSKI:  And, Your Honor, the government

2    objected to my last question which I think was a fair

3    question given --

4          THE COURT:  Which was what?

5          MS. BEDNARSKI:  I asked him about whether he had

6    made that remark to my investigator that even when talking

7    to the government investigators he thought it was such a

8    piddly thing.  I think that bears on what the jury should

9    weigh in terms of his testimony given on direct that he

10   thought it was a credible threat.

11         THE COURT:  I didn't sustain an objection, did I?

12         MS. BEDNARSKI:  No, but the government asked for a

13   sidebar and then we took a break.  So I just wanted to be

14   clear where we are on this.

15         MR. KENDALL:  My understanding of the question was

16   asked, it was answered, then I requested a sidebar so I

17   don't think there is any need to ask and answer the question

18   again.

19         MS. BEDNARSKI:  Okay.  Very good.  If that's the

20   case, then I'm done with my cross.

21         THE COURT:  All right.

22         MR. KENDALL:  We will have some redirect I'm sure

23   but we'll talk about it and make sure it's as efficient as

24   possible, Your Honor.

25         THE COURT:  Excellent.  Thank you.

1                          (Recess.)

2              THE COURT:  All right.  Places everyone.

3              THE CLERK:  All rise.

4                  (The jurors entered the courtroom.)

5              THE COURT:  You may be seated.  Witness is back on

6     the stand.

7              MS. BEDNARSKI:  Your Honor, I had completed my

8     cross-examination.

9              THE COURT:  All right.  Thank you.

10             And, sir, you are still under oath.

11             Mr. Kendall.

12                     **REDIRECT EXAMINATION**

13    BY MR. KENDALL:

14    Q.   Mr. Tercero, defense counsel characterized the

15    defendant as trying to get help a number of times.

16             Did you hear that?

17    A.   No.

18    Q.   Let me rephrase.  Did you hear when she was asking you

19    the questions about him trying to get help?

20    A.   Yes.

21    Q.   Is that how you would characterized what he was doing?

22    A.   No.

23    Q.   How would you characterized what he was doing?

24    A.   I'm not really sure how to answer that.  He was very

25    agitated.  He was very angry.  I felt that he honestly

1   wanted to do bodily harm to the ranger.

2   Q.    When the sheriffs and ambulance came at some point, was

3   the defendant -- did the defendant leave with them?

4   A.    He left in the ambulance.

5   Q.    Did he eventually return?

6   A.    Yes.

7   Q.    About how much time passed?

8   A.    Maybe twenty minutes.

9        MR. KENDALL:  Thank you.  No more questions.

10       THE COURT:  Ms. Bednarski.

11       MS. BEDNARSKI:  I have no questions.

12       THE COURT:  Thank you very much, sir.  You're

13   excused.

14       Does the government have any additional witnesses?

15       MR. KENDALL:  No, Your Honor.

16       THE COURT:  Does the government rest?

17       MR. KENDALL:  I believe all the evidence -- we

18   just pre-admitted everything.  If that's all in there, the

19   government rests.

20       THE COURT:  All right.

21       Ms. Bednarski?

22       MS. BEDNARSKI:  Thank you, Your Honor.  I'd like

23   to make some motions.  Can I reserve those until later?

24       THE COURT:  You may.

25       MS. BEDNARSKI:  Thank you.

```
 1                    DEFENSE CASE-IN-CHIEF
 2            MS. BEDNARSKI:  We'll tall Mr. John Taylor.
 3        JOHN TAYLOR, DEFENDANT'S WITNESS, SWORN
 4            MR. KENDALL:  Your Honor, before the witness takes
 5   the witness stand, the government has received no discovery
 6   as to --
 7            MS. BEDNARSKI:  Your Honor, may we have this
 8   conversation at sidebar?
 9            THE COURT:  Yes.
10            (The following was held at the bench:)
11            MR. KENDALL:  Your Honor, the government has
12   received no discovery for any of the defense witnesses
13   including John Taylor.  I just learned a moment who he even
14   was from Ms. Bednarski.
15            At this point we would request all the Jencks and
16   26.2 materials for all the witnesses.
17            MS. BEDNARSKI:  That's not a true statement.  They
18   received the American Medical Response patient care report
19   in connection with all the medical records that were given
20   to the government.  They were provided to Victoroff.  They
21   were provided to Faerstein.
22            THE COURT:  Who is he?
23            MS. BEDNARSKI:  John Taylor is one of the
24   emergency medical personnel that responded.
25            THE COURT:  Why are we even hearing from him?
```

1          MS. BEDNARSKI:  Because what he'll say is that he

2     came to the scene, that Deputy Graham was there, that he

3     took Mr. Latka's vitals, his blood pressure which he took

4     was high, his pulse which he took was high.

5          He observed him.  He appeared to be agitated and

6     that he was talking very loudly and that he called for an

7     ambulance and then an ambulance responded.

8          That will be the extent of his testimony.  He is

9     the EMT who on the documents given to the government signed

10    the patient care report which they've had for months since

11    June; and that's the extent of his testimony.

12         THE COURT:  Sounds pretty cumulative and not

13    relevant.  But I don't see the harm so I don't know what

14    more you think you need.

15         MS. BEDNARSKI:  And I'm not admitting any

16    exhibits.  He's a person, because he signed the report and

17    he responds to so many of these calls, there is a business

18    record that's the document we're talking about, the patient

19    care report.

20         But I'm not intending to admit it.  He may need to

21    look at it to refresh his recollection but it's not going to

22    be admitted.

23         MR. KENDALL:  The government is concerned that if

24    he had talked to any defense investigator or anyone else

25    made any statements, that we don't have those statements at

1    this time.

2              MS. BEDNARSKI:  I don't know if he said anything.

3              MR. KENDALL:  Or to the extent there are any notes

4    of any interviews.

5              MS. BEDNARSKI:  I have this which is the contact

6    my investigator made to try to serve him with a subpoena.

7    They can have that.  He's been hard to find which is why she

8    wrote me a report.

9              THE COURT:  Is that all we need now?

10             MR. KENDALL:  Thank you, Your Honor.

11             THE COURT:  Okay.

12       *(The following was in open court in the jury's presence:)*

13             THE COURT:  All right.  Where are you, sir.

14             Step right up, please.

15             THE CLERK:  Please raise your right hand.

16             Do you swear that the testimony you're about to

17   give in the matter before this Court will be the truth, the

18   whole truth, and nothing but the truth, so help you God?

19             THE WITNESS:  I do.

20             THE CLERK:  Please step forward to the witness

21   stand and state your full name for the record and spell it.

22             THE WITNESS:  My name is John Taylor.  J-o-h-n

23   T-a-y-l-o-r.

24             THE COURT:  You may proceed.

25

| | |
|---|---|
| 1 | **DIRECT EXAMINATION** |
| 2 | BY MS. BEDNARSKI: |
| 3 | Q.    Mr. Taylor, a year ago on October 12th, 2014, who |
| 4 | were you working for? |
| 5 | A.    AMR Ambulance, Hemet Division. |
| 6 | Q.    What does AMR stand for? |
| 7 | A.    American Medical Response. |
| 8 | Q.    And when did you stop working for them? |
| 9 | A.    I'd say about March of this year. |
| 10 | Q.    And are you in nursing school now? |
| 11 | A.    I am. |
| 12 | Q.    Now, in connection with the work you did for AMR, can |
| 13 | you briefly describe what your job duties were? |
| 14 | A.    Yeah.   I was a paramedic and me and an EMT and I.   When |
| 15 | the EMT would be driving and I'll be the paramedic and we |
| 16 | respond to 911 calls in conjunction with the fire |
| 17 | department, whether it's Cal Fire or Hemet Fire Department; |
| 18 | and we will respond to medical aids and treat our patient |
| 19 | accordingly and transport him to the hospital if we needed |
| 20 | to. |
| 21 | Q.    And if at that time in October of 2014, if the |
| 22 | Riverside County Sheriff's Department called for an EMT, |
| 23 | would you respond to those calls? |
| 24 | A.    Yes. |
| 25 | Q.    When you would respond to those types of calls, was |

1   there certain records or reports that you would fill out in

2   relationship to those calls?

3   A.    Yes.   We had an EPCR.   That's a tough book tablet that

4   we complete our PCR on.

5   Q.    Okay.   So you had a tablet on which you would input

6   your data?

7   A.    Yes.

8   Q.    And then there were certain fields for data?

9   A.    Yes.

10  Q.    And then would you also sign your electronic report?

11  A.    Yes.   At the end, yeah, me and my partner.

12  Q.    And for every call you went on where you actually

13  treated a patient, would you complete such a patient care

14  report?

15  A.    Yes.   Every single time.

16  Q.    And were those reports kept by American Medical

17  Response as business records?

18  A.    Yeah, as far as to my knowledge.

19  Q.    Now, do you recognize Mr. Latka who is seated to the

20  table to my right in the black suit?

21  A.    He looks familiar but I don't recognize him

22  specifically.

23          THE DEFENDANT:   I cut my hair.

24  BY MS. BEDNARSKI:

25  Q.    Do you remember specifically on October 12th going

1  out to a house on Persimmons Lane in Hemet?

2  A.   I do not.

3        MS. BEDNARSKI:   Permission to approach, Your

4  Honor, with Exhibit 521?

5        THE COURT:   You may.

6             (Exhibit 521 marked for I.D.)

7        MS. BEDNARSKI:   May I ask a couple of questions

8  from here, Your Honor?

9        THE COURT:   You may.

10  BY MS. BEDNARSKI:

11  Q.   Sir, why don't you look at 521 which is just a few

12  pages long and tell me if you recognize the type of record

13  that 521 is.

14  A.   Yeah.  This is a normal PCR that would be pulled out

15  for every call, and I do see I did sign the back right here

16  so this was one of the patients I was with along with my FTO

17  at the time and my EMT.

18  Q.   And what again is an FTO.

19  A.   A field training officer at the time of this call.  I

20  must have been in training so, yeah.

21  Q.   And can you determine from the first page of the report

22  which is four pages long, can you determine from that page

23  whether or not you were the paramedic attending Mr. Latka?

24  A.   I was the paramedic on scene attending to Mr. Latka

25  according to this along with Cal Fire Medic and my FTO who

1    was a paramedic at the time Nicholas Richie.

2    Q.    And at what time did you respond to -- what address did

3    you respond to?

4    A.    Umm, according to this, looks like 43611 Persimmons

5    Lane, Hemet, California.

6    Q.    And at what time did you respond there?

7    A.    Umm, time at scene says 10:57.

8    Q.    And what time did you start attending to the patient,

9    Mr. Latka?

10   A.    At patient's side about -- it says 10:58.

11   Q.    Was a part of your duties to take vital signs?

12   A.    Yes.

13   Q.    Did you take his blood pressure?

14   A.    Yes.

15   Q.    And was his blood pressure high or low?

16            MR. KENDALL:   Objection.   Relevance, 403.

17            THE COURT:   Overruled.

18            You can answer.

19            THE WITNESS:   Okay.   Yeah.   His two documented

20   blood pressures on this and says 177 over 110, 166 over 90

21   is the second one.   And, yes, those are higher than normal,

22   yeah.

23   BY MS. BEDNARSKI:

24   Q.    And did you take his pulse?

25   A.    His pulse was taken.   First was 113, second one was

1   110, and those are both considered tachycardic which is

2   higher than normal.

3   Q.    Now, what does that word "tachycardic" mean?

4   A.    Any kind of heart rate over 100 beats per minute.

5   Q.    Now, at 11:13, did you take his blood glucose?

6   A.    At 11:13 that is what's documented as a blood glucose

7   check; and since there was no IV given, it looks like it was

8   probably a finger stick, you know, like a regular

9   glucosometer.

10  Q.    And his blood glucose of 282, is that high or low?

11  A.    That's high.   Normal fasting blood glucose is about 70

12  to 110 depending on what company you're dealing with or

13  county.

14  Q.    Now, there's an addendum on page 5.   Do you recognize

15  the handwriting on there?

16  A.    Yes.   That's my handwriting.

17  Q.    Okay.   And did you report anything regarding the

18  patient complaints of chest pain?

19  A.    Yes.   On the original document, I saw that was the

20  complaint that we were called in for.   And you mind if I

21  read this narrative real quick?

22  Q.    You can read it to yourself.

23  A.    (Witness complies.)   Yeah.   So initially we were called

24  out for an acute onset of chest pain; and when we -- when I

25  arrived, the patient was in no complaint at the time.

1    Q.    And you arrived at 10:57?

2    A.    Yes.  I think it was 10:58 was at patient's side, but

3    yes.

4    Q.    As a result of your observations and the care you

5    provided to Mr. Latka, did you call the ambulance?

6    A.    Yeah.  I responded in an ambulance, yeah.

7    Q.    I see.

8    A.    Uh-huh.

9    Q.    And did you take Mr. Latka to the hospital?

10   A.    He was transported to, I think, yeah, Hemet.  He was

11   transported to Hemet Valley Hospital.

12   Q.    And did you make a determination that he should receive

13   nitroglycerine based on the examination that you did?

14   A.    Umm --

15   Q.    Did you recommend to him that he --

16   A.    Oh, yeah.  Any patient with chest pain, if they have

17   active chest pain, then we would recommend it.  When I got

18   there, he wasn't -- didn't have chest pain but, according to

19   this addendum, the Cal. Fire paramedic who administered

20   aspirin was going to continue to give nitro which would be

21   according to protocol for someone who has chest pain but the

22   patient refused the chest pain is what it says; and I'm

23   guessing that's what the addendum was for.

24   Q.    And then he was taken to the hospital?

25   A.    Yes, he was taken to the hospital.

```
1          MS. BEDNARSKI:  No further questions.

2      Thank you.

3          THE COURT:  Cross-examination.

4                    CROSS-EXAMINATION

5  BY MR. KENDALL:

6  Q.   The defendant refused treatment; isn't that right?

7  A.   Yes, that was -- yeah, he did.

8  Q.   Glucose, the glucose test is really relative to a

9  person's diet; right?

10 A.   Normally.

11 Q.   And a blood pressure also is affected by diet.

12 A.   It can be.

13 Q.   And exercise?

14 A.   Yes.

15 Q.   If you take that, it may be affected by someone's

16 recent physical activity?

17 A.   Yes.

18 Q.   Certainly a pulse rate can be affected by someone's

19 recent physical activity?

20 A.   Absolutely.

21 Q.   So if someone were running all around, their pulse

22 would be beating fast?

23 A.   Naturally, yeah.

24 Q.   And their blood pressure would be up?

25 A.   Yes.
```

1    Q.    Someone is banging on a car, that can drive up their

2    blood pressure; right?

3    A.    Yes.

4              MR. KENDALL:  Just a moment, Your Honor.

5              (Plaintiff's counsel conferred.)

6    BY MR. KENDALL:

7    Q.    Just to be clear, when the medical professionals tried

8    to give the defendant treatment, he refused?

9    A.    Yes.

10   Q.    And he had no complaint upon arrival?

11   A.    Upon my arrival.

12             MR. KENDALL:  Thank you.

13             No further questions, Your Honor.

14             THE COURT:  Ms. Bednarski.

15             MS. BEDNARSKI:  Thank you.

16                    **REDIRECT EXAMINATION**

17   BY MS. BEDNARSKI:

18   Q.    Sir, how many years were you a paramedic?

19   A.    I've been a paramedic for three years now and worked

20   for AMR for about eight months or so.

21   Q.    Now, did Mr. Latka tell you that he had had a heart

22   attack about a week before?

23             MR. KENDALL:  Objection.  Hearsay.

24             THE WITNESS:  I don't remember that.

25             THE COURT:  Sustained.

1   BY MS. BEDNARSKI:

2   Q.    Have you -- he accepted the aspirin; correct?

3   A.    By the Cal. Fire paramedic, not me according to the

4   documents.

5   Q.    In your experience as a paramedic, have you had other

6   people refuse nitroglycerine who had heart issues?

7   A.    Yes.

8   Q.    Now, you mentioned that glucose can be affected by

9   diet; right?

10  A.    Yes, absolutely.

11  Q.    A glucose of -- a normal glucose level of -- what did

12  you say it was?  About 110?

13  A.    A fasting glucose level is about 70 to 110 depending.

14  Q.    And is a very high glucose like 282 also an indication

15  of a disease called Diabetes type 2?

16  A.    Yeah, if somebody who has Diabetes can have --

17          MR. KENDALL:  Objection.  Relevance.  Lacks

18  foundation.

19          THE COURT:  I think we're going beyond this

20  witness's expertise.

21  BY MS. BEDNARSKI:

22  Q.    Now, you said in response to the government's questions

23  that a high pulse and those high vital signs could be due to

24  running around and recent activity.  Could they also be

25  reflective of an extreme fear response?

1           MR. KENDALL:  Objection.  Lacks foundation.  Calls
2   for an expert opinion.
3           THE COURT:  If you -- do you have any training
4   that would allow you to answer that?
5           THE WITNESS:  I mean, as a paramedic it will
6   recognize and treat that.
7           THE COURT:  Treat that symptom?
8           THE WITNESS:  Yes.
9           THE COURT:  Okay.  It doesn't sound like he has
10  that expertise.
11  BY MS. BEDNARSKI:
12  Q.   Is it also consistent with reaction to a gun being
13  pulled on you?
14  A.   It can be.
15          MR. KENDALL:  Objection.  Relevance.  403.
16          THE COURT:  Sustained.
17          MS. BEDNARSKI:  Thank you.
18          No other questions.
19          THE COURT:  From the government?
20          MR. KENDALL:  Nothing from the government, Your
21  Honor.
22          THE COURT:  Sir, you can step down.  You're
23  excused.  Thank you very much.
24          Does the defense have another witness?
25          MS. BEDNARSKI:  We do.

452

**SCOTT SARGENT, DEFENDANT'S WITNESS, SWORN**

THE CLERK:  Please step forward.  Please raise your right hand.

Do you swear that the testimony you're about to give in this matter before this Court will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

THE CLERK:  Please step forward to the witness stand and state your full name for the record and spell it.

THE WITNESS:  My name is Scott Sargent.  S-c-o-t-t S-a-r-g-e-n-t.

THE COURT:  You may proceed.

**DIRECT EXAMINATION**

BY MS. BEDNARSKI:

Q.    Officer Sargent, you're called Sergeant Sargent; right?

A.    I am.

Q.    All right.  And who do you work for?

A.    Riverside Sheriffs.

Q.    And how many years have you worked for Riverside Sheriff?

A.    Ten.

Q.    And what's your present title?

A.    Sergeant.

Q.    And as a sergeant, are you a supervisor of other people?

1    A.    I am.

2    Q.    And a year ago on October 12th, 2014, did you have a

3    deputy underneath you named Deputy Bronson Graham?

4    A.    I do.

5    Q.    Is he still under your supervision?

6    A.    He is.

7    Q.    Now, October 12th, 2014, was a Sunday and the next

8    day on October 13th, do you recall getting a call from

9    dispatch concerning someone wanting to speak with you?

10   A.    Yes.

11   Q.    And was that person who wanted to speak with you

12   Mr. Latka?

13   A.    Yes.

14   Q.    Did you thereafter talk to him?

15   A.    I did.

16   Q.    Did you call Mr. Latka?

17   A.    I did.

18   Q.    And when you called Mr. Latka, he complained about --

19            MS. PALMER:   Objection, Your Honor.   Hearsay.

20            THE COURT:   It sounds like it's going to be

21   hearsay so you're going to have to phrase this very

22   carefully, Ms. Bednarski.

23            MS. BEDNARSKI:   Sure.

24   Q.    Did Mr. Latka complain to you about an incident that

25   had occurred at his house?

```
1    A.    Yes.
2    Q.    Did Mr. Latka complain to you about a particular
3    officer named Ellsworth?
4    A.    Yes.
5    Q.    Now, Officer Ellsworth did not work for Riverside
6    County Sheriff; right?
7    A.    Correct.
8    Q.    Prior to this call from Mr. Latka, did you know
9    anything about this incident?
10   A.    I did not.
11   Q.    Now, when you heard from Mr. Latka, did he tell you
12   whether he had spoken with the deputy under your command,
13   Deputy Graham?
14   A.    Yes.
15             MS. PALMER:   Your Honor, hearsay.
16             THE COURT:   It's hearsay.   It will be stricken.
17   BY MS. BEDNARSKI:
18   Q.    Well, when you spoke with Mr. Latka in your phone call
19   when he was campaigning about Officer Ellsworth, did you
20   understand that a deputy under your command had taken a
21   report concerning the incident?
22             MS. PALMER:   Your Honor, calls for hearsay.
23             THE COURT:   Overruled.
24             THE WITNESS:   No, not at that time.
25
```

1    BY MS. BEDNARSKI:

2    Q.    Did you subsequently review a report that a deputy

3    under your command had written about the incident that

4    Mr. Latka was complaining about?

5    A.    Yes.

6    Q.    At the time that you had the phone call with him,

7    though, you hadn't reviewed the report?

8    A.    No.

9    Q.    Did you understand him to be complaining about the

10   behavior of the officer from the forest service,

11   Mr. Ellsworth?

12   A.    Yes, that's what he was complaining about.

13   Q.    And did he ask you to have him arrested?

14   A.    Yes.

15   Q.    Did he ask you to have him charged with a crime?

16   A.    I believe he just asked me to have him arrested.

17   Q.    And did you refer Mr. Latka to Mr. Ellsworth's

18   supervisor at the forest service?

19   A.    Well, first I explained to him why I wasn't going to

20   arrest him and then I told him that if he had a complaint

21   regarding an officer's behavior at a crime, or at a call,

22   then he would need to speak to his supervisor because he

23   doesn't work for me.

24   Q.    Now, were you able to provide Mr. Latka that supervisor

25   of Mr. Ellsworth's name and phone number?

1    A.    No.

2    Q.    Did he ask you for it?

3    A.    I told him that I didn't know who his supervisor was

4    and I didn't have the number to the -- I think it was U.S.

5    Forestry.

6    Q.    Okay.  With respect to his request, did he ask you to

7    file a complaint within your jurisdiction?  Did he ask you

8    to file a complaint against the officer?

9              MS. PALMER:  Objection, Your Honor.  Relevance.

10             THE COURT:  Overruled.

11             THE WITNESS:  Yes.

12   BY MS. BEDNARSKI:

13   Q.    And did you tell him that since he didn't -- since the

14   officer didn't work for you that basically he had to go

15   elsewhere and contact that forest service jurisdiction?

16   A.    Correct.

17   Q.    And did you understand that complaint to be that the

18   man had pulled a gun on him?

19             MS. PALMER:  Objection.  Hearsay, Your Honor.

20             THE COURT:  Sustained.

21   BY MS. BEDNARSKI:

22   Q.    Now, you never arrested Mr. Latka, did you?

23   A.    No.

24   Q.    And you never filed any charges on Mr. Latka, did you?

25   A.    No.

```
1              MS. BEDNARSKI:   Thank you.
2              THE COURT:   Cross-examination?
3                        CROSS-EXAMINATION
4    BY MS. PALMER:
5    Q.    And you didn't file any charges because it was being
6    investigated by someone else; right?
7    A.    Correct.
8    Q.    Who was it being investigated by?
9    A.    U.S. Forestry, I believe.
10   Q.    You said that you explained why you didn't arrest the
11   officer.  Why didn't you arrest the officer?
12   A.    Because he wanted me to arrest an officer who was
13   performing his regular duties and he hadn't committed a
14   crime; and I explained that we wouldn't be arresting an
15   officer in the performance of his duties.
16   Q.    Some officers do commit crimes; right?
17   A.    Some.
18   Q.    But you determined that this officer had not committed
19   a crime?
20   A.    Correct.
21             MS. PALMER:   No further questions.
22             THE COURT:   Ms. Bednarski?
23                       REDIRECT EXAMINATION
24   BY MS. BEDNARSKI:
25   Q.    So you hadn't read Deputy Graham's report when you had
```

1    this call with Mr. Latka?

2    A.    No.

3    Q.    And did you have any other calls with Mr. Latka or just

4    this one?

5    A.    Just this one.

6    Q.    So in this one call you decided we're not going to do

7    anything about that officer.  He hasn't committed a crime;

8    right?

9    A.    No.

10   Q.    Well, you just told us that you told him that you

11   weren't going to arrest him because you determined that he

12   hadn't committed a crime?

13          THE COURT:   That wasn't the question,

14   Ms. Bednarski.

15   BY MS. BEDNARSKI:

16   Q.    Did you do any investigation independently of what

17   occurred out there on Persimmons?

18   A.    Yes.

19   Q.    Besides what Deputy Graham's report said, are there any

20   other reports pertaining to that incident?

21   A.    No.

22   Q.    So with respect to your comment that you told Mr. Latka

23   or the reason why you didn't arrest him was because it was

24   being investigated by another agency, at the time you had

25   the phone call with him, you had no idea that the United

1  States Forest Service was investigating its own officer;
2  right?
3  A.    Investigating its own officer?
4  Q.    Yes.
5  A.    No.
6  Q.    You had no idea whether or not they had any interest in
7  impartially looking into why their own officer pulled a gun?
8          MS. PALMER:   Your Honor, improper form of the
9  question.
10          THE COURT:   Overruled.
11  BY MS. BEDNARSKI:
12  Q.    You had no idea at the time you talked to him whether
13  the United States Forest Service was going to make any
14  effort to impartially investigate its own officer; right?
15          MS. PALMER:   Objection.   Leading, argumentative.
16          THE COURT:   This is your witness but I think I'll
17  overrule it anyway.   Go ahead.
18          THE WITNESS:   I have no idea what their process
19  is.
20          MS. BEDNARSKI:   Nothing further.
21          THE COURT:   Recross?
22          (Plaintiff's counsel conferred.)
23          MS. PALMER:   Nothing further, Your Honor.
24          THE COURT:   Thank you very much, sir.   You're
25  excused.   Defense have another witness?

Day 2 of Jury Trial, October 28, 2015

1          MS. BEDNARSKI:  Call Officer Briot.

2          MR. KENDALL:  Your Honor, may we have a quick

3    sidebar about Officer Briot?

4               *(The following was held at the bench:)*

5          MR. KENDALL:  I just wanted to ask at this time

6    the Court can reveal the scope of Briot's direct in

7    accordance with the motion that we had filed earlier.

8          THE COURT:  Ms. Bednarski has a copy of the order

9    for you.

10         MS. BEDNARSKI:  You want a copy?

11         MR. KENDALL:  Yes.

12         THE COURT:  Anything else?

13         MR. KENDALL:  No.

14         MS. BEDNARSKI:  I'm aware of the scope.

15         MR. KENDALL:  We have not received the notes or

16   anything from the interview of Mr. Briot.

17         MS. BEDNARSKI:  Mr. Briot was not cooperative.

18         THE COURT:  That's a surprise.

19         MS. BEDNARSKI:  The investigator tried to contact

20   him, was very unsuccessful.  But they have the report now of

21   her efforts and her follow-up and she finally subpoenaed him

22   so he's kind of going on cold.

23         MR. KENDALL:  He talked to Summer Lacey,

24   Liliana Coronado, and a defense investigator before Marilyn

25   was on the case; and we never received any report of that.

1          MS. BEDNARSKI:  I don't have --

2          THE COURT:  Big surprise.  They don't turn stuff

3     over to you.  What do you think this is?  That's your job,

4     not them.

5          MS. PALMER:  We thought that she would have them.

6          THE COURT:  I don't know if she has it or not but

7     she doesn't have to give it to you now.

8          MR. KENDALL:  At the end of the direct she would

9     have to if there are Jencks statements within it.

10         MS. BEDNARSKI:  Well, first of all, I don't agree

11    with the premise because the witness would never -- there's

12    no indication the witness would ever review an attorney's

13    notes.

14         And, first of all, I don't know if the attorney

15    took notes.  But it doesn't becomes Jencks unless the

16    witness refuses and adopts it or unless there is some reason

17    to believe the notes are verbatim statements.

18         THE COURT:  Well, we're not there yet.

19     *(The following was in open court in the jury's presence:)*

20         DANIEL BRIOT, DEFENDANT'S WITNESS, SWORN

21         THE COURT:  Ms. Plato, you're on.

22         THE CLERK:  Sorry.

23         Please raise your right hand.

24         Do you swear that the testimony you're about to

25    give in this matter before this Court will be the truth, the

| | |
|---|---|
| 1 | whole truth, and nothing but the truth, so help you God? |
| 2 | THE WITNESS:  I do. |
| 3 | THE CLERK:  Please step forward to the witness |
| 4 | stand and state your full name for the record. |
| 5 | THE WITNESS:  Daniel Briot.  B-r-i-o-t. |
| 6 | THE COURT:  You may proceed. |
| 7 | **DIRECT EXAMINATION** |
| 8 | BY MS. BEDNARSKI: |
| 9 | Q.    Mr. Briot, is it Briot with a silent T? |
| 10 | A.    Yes, ma'am. |
| 11 | Q.    And who do you work for? |
| 12 | A.    I work for the United States Forest Service. |
| 13 | Q.    In what capacity do you work in for the forest service? |
| 14 | A.    I'm a captain for the Law Enforcement Division for the |
| 15 | San Bernardino and Angeles National Forest. |
| 16 | Q.    And how long have you been with the Law Enforcement |
| 17 | Division? |
| 18 | A.    Oh, about nine years. |
| 19 | Q.    And is the captain position a supervisory position? |
| 20 | A.    Yes, it is. |
| 21 | Q.    How long have you been a supervisor? |
| 22 | A.    About two years. |
| 23 | Q.    A year ago on October 12th, 2014, was one of the |
| 24 | people under your supervision an officer named |
| 25 | Chad Ellsworth? |

1    A.    Yes.

2    Q.    Does an officer, pursuant to policy of the forest

3    service, have to report a use of force out in the field?

4    A.    Yes.

5    Q.    And is the chain of command of that reporting to report

6    it to a direct supervisor?

7    A.    Yes.

8    Q.    Now, an officer, a law enforcement officer is assigned

9    certain weapons to wear on them during the course of their

10   duties; correct?

11   A.    Yes.

12   Q.    And is it --

13            MR. KENDALL:  Objection.   Leading.

14            MS. BEDNARSKI:   Okay.

15   Q.    What weapons are those?

16   A.    Generally, they have a sidearm, a firearm.   They

17   have -- for the U.S. Forest Service policies vary from

18   agency to agency but for the forest service it's a sidearm,

19   a firearm, OC spray, a taser, a baton, handcuffs.

20   Q.    And is a taser provided by the department or does the

21   officer buy their own?

22   A.    It's provided by the department.

23            MS. BEDNARSKI:  And I'm going to put 502 up on the

24   screen.

25            (The exhibit was displayed on the screen.)

1    BY MS. BEDNARSKI:

2    Q.    And do you recognize the photograph?  Do you recognize

3    in this photograph the object on the bottom, the

4    black-handled object on the bottom that I'm pointing my pen

5    to being a taser?

6    A.    Yes, it is.

7               MR. KENDALL:  Objection.  Leading.

8               THE COURT:  Overruled.

9    BY MS. BEDNARSKI:

10   Q.    And is it or is it not a department-issued taser?

11   A.    It is a department-issued taser but I'd have to look at

12   the serial number to be exactly sure.

13   Q.    Okay.  And with respect to the firearm on the top of

14   the picture, do you recognize whether or not that's a

15   department-issued firearm or not?

16   A.    Yes.  Same circumstance.  I need to check the serial

17   number.

18   Q.    And so a law enforcement patrol -- or a law enforcement

19   officer such as Mr. Ellsworth would be wearing both of these

20   weapons while on the clock; right?

21   A.    Yes.

22   Q.    Now, do you -- you weren't out there at the house on

23   Persimmons on October 12 at 10:30 in the morning?

24   A.    No, I was not.

25   Q.    Subsequent to that incident, did you receive a call

1  from Mr. Latka?

2  A.    I believe it was not that day.  I did not receive one

3  from Mr. Latka.

4  Q.    And was it the next day that you received that call?

5  A.    I believe it was.

6  Q.    And the next day was a Monday so were you in your

7  office when you received the call?

8  A.    Yes, I was.

9  Q.    And he called to complain about Officer Ellsworth;

10  correct?

11  A.    Yes.

12  Q.    And you had a conversation with him at that time;

13  right?

14  A.    Yes.

15  Q.    Now, subsequent to that call, did you ever talk to him

16  again?

17  A.    After that?

18  Q.    Yes.

19  A.    I don't believe I did.

20        MS. BEDNARSKI:  I have no other questions, Your

21  Honor.  Thank you.

22        THE COURT:  Cross-examination?

23        (Plaintiff's counsel conferred.)

24        MR. KENDALL:  Not from the government, Your Honor.

25        THE COURT:  All right.  Thank you, sir.  You're

1    excused.

2              THE WITNESS:   Thank you.

3              THE COURT:   Defense have any other witnesses?

4              MS. BEDNARSKI:   I do.   I have two witnesses.

5    We're going to end at 2:00 today?   All right.   Let me call

6    Kay Limbaugh.

7              MS. PALMER:   Your Honor, could we have a sidebar?

8                *(The following was held at the bench:)*

9              MS. PALMER:   Could we ask for an offer of proof?

10             MS. BEDNARSKI:   I asked the government to

11   stipulate that Mr. Latka's voice was on the 911 call.   I

12   think there's really no dispute about that and they won't.

13             So I'm going to call my paralegal Kay Limbaugh

14   who's met with him for hours and recognizes his voice, and

15   she's listened to the 911 call several times.

16             THE COURT:   Okay.   Stop.

17             Are you not going to stipulate it's his voice on

18   the 911 call?

19             MR. KENDALL:   That's not the objection.   It's an

20   objection as to hearsay as to anything --

21             THE COURT:   Just answer my question.   Do you agree

22   it's his voice on the 911 call?

23             MR. KENDALL:   Yes, Your Honor.

24             THE COURT:   And do we need Ms. Limbaugh?

25             MS. BEDNARSKI:   No.   I asked him to stipulate.

1    She has been waiting here two hours because of this.

2            THE COURT:   You people need to grow up.

3            MS. WILLIAMS:   Your Honor, I was present during

4    this and the objection was clearly stated.   The objection

5    was to hearsay.

6            THE COURT:   Okay.   Just tell her to go away.   We

7    don't need her.

8            Who else were you going to call?

9            MS. BEDNARSKI:   Deputy Graham.

10           Can I put a stipulation on the record so I can

11   excuse her?

12           THE COURT:   Yes.

13    *(The following was in open court in the jury's presence:)*

14           MS. BEDNARSKI:   Your Honor, the parties have a

15   stipulation to put on the record regarding

16   Defense Exhibit 515, the audio recording of the 911 call.

17           THE COURT:   Okay.

18           MS. BEDNARSKI:   The parties stipulate that, in

19   fact, it is Mr. Latka's voice making that 911 call to the

20   Riverside County Sheriff's Department.

21           THE COURT:   All right.   Thank you.

22           Ladies and gentlemen, that's one of the facts I

23   told you about that the parties have agreed to so you should

24   accept that as true.

25           Do you have another witness, Ms. Bednarski?

```
 1            MS. BEDNARSKI:  Yes, I do.  Bronson Graham.
 2        BRONSON GRAHAM, DEFENDANT'S WITNESS, SWORN
 3            THE CLERK:  Please raise your right hand.
 4            Do you swear that the testimony you're about to
 5   give in this matter before this Court will be the truth, the
 6   whole truth, and nothing but the truth, so help you God?
 7            THE WITNESS:  Yes, ma'am.
 8            THE CLERK:  Will you step forward to the witness
 9   stand.  State your name for the record and spell it.
10            THE WITNESS:  Good afternoon, Your Honor.
11            THE COURT:  Good afternoon.
12            THE WITNESS:  Deputy Bronson Graham.
13   B-r-o-n-s-o-n.  G-r-a-h-a-m.
14            THE COURT:  You may proceed.
15            MS. BEDNARSKI:  Thank you.
16                     DIRECT EXAMINATION
17   BY MS. BEDNARSKI:
18   Q.    Deputy Graham, who do you work for?
19   A.    Riverside County Sheriff's Department.
20   Q.    And how long have you worked for them?
21   A.    About eight years.
22   Q.    Did you work for any law enforcement department before
23   that?
24   A.    No, ma'am.
25   Q.    And with respect to your training for the Riverside
```

1   County Sheriff's Department, how long was your training

2   before you actually became a deputy?

3   A.    About six months.

4   Q.    Now, did you have as part of your duties on

5   October 12th, 2014, last year, to respond to a call at

6   43611 Persimmons Lane in Hemet?

7   A.    Yes, ma'am.

8   Q.    And did you respond to that location as a result of a

9   call from your dispatch at Riverside County Sheriff?

10  A.    Yes, ma'am.

11  Q.    If someone makes a 911 call to Riverside County

12  Sheriff, does it go to dispatch?

13  A.    Yes.

14  Q.    And is that the reason why you responded to the

15  Persimmon house in Hemet?

16  A.    Yes, ma'am.

17  Q.    Now, when you got there, did you make -- do you

18  recognize Mr. Latka in the courtroom in the black suit.

19  A.    Yes, I do.

20  Q.    Did you make contact with him when you got to the

21  Persimmons address?

22  A.    Yes.

23  Q.    Now, did you have a conversation with him when you got

24  there?

25  A.    Yes, I did.

1    Q.    Did you observe him physically when you got there?

2    A.    Yes, I did.

3    Q.    Okay.   And did you notice anything about his physical

4    demeanor and how he was acting?

5    A.    Yes.

6    Q.    And what did you notice?

7    A.    He appeared agitated.

8    Q.    Was he speaking very loudly?

9    A.    Yes.

10   Q.    And was he speaking rapidly or not?

11   A.    I can't recall if he was speaking rapidly.

12   Q.    Was he repeating himself or not?

13   A.    Does the Court have a copy of my report that I can read

14   to refresh my memory on the incident?

15         MS. BEDNARSKI:   I do and I can approach and why

16   don't we mark it 522 for identification.

17         THE COURT:   All right.

18              (Exhibit 522 marked for I.D.)

19         MS. BEDNARSKI:   Permission to approach, Your

20   Honor?

21         THE COURT:   Yes.

22         MS. BEDNARSKI:   I have a copy for the Court.   May

23   I hand it to the clerk?

24         THE COURT:   Sure.

25         MS. BEDNARSKI:   I am placing 522 before the

```
 1   witness.
 2              THE WITNESS:   Thank you, ma'am.
 3   BY MS. BEDNARSKI:
 4   Q.    Thank you.
 5   A.    (Looking at document.)   To answer your question about
 6   him repeating himself, yes.
 7   Q.    Now, when you arrived on the scene, was there already
 8   another officer there?
 9   A.    Yes.   Corporal Guss was on scene.
10   Q.    Was Mr. Latka talking to him already?
11   A.    Yes.
12   Q.    Now, do you recognize 522 to be your report concerning
13   your response to that location?
14   A.    Yes, ma'am.
15   Q.    Your report covers the conversation you had with
16   Mr. Latka; right?
17   A.    Yes.
18   Q.    And then it thereafter covers a conversation you had
19   with Officer Ellsworth; correct?
20   A.    Yes.
21   Q.    And you spoke with Officer Ellsworth because you had
22   actually called dispatch indicating you wanted him to call
23   you?
24              MS. PALMER:   Objection, Your Honor.   Leading.
25              THE COURT:   I'll allow it.
```

1          THE WITNESS:  Can you ask the question again,

2    please.

3    BY MS. BEDNARSKI:

4    Q.    Sure.  What I'm looking for is did he call you back in

5    response to you telling dispatch:  Can you locate this guy?

6    A.    If I can refer to my report, please.

7    Q.    Sure.

8    A.    (Looking at document.)

9    Q.    I could direct you to page 3, if that helps, line 27.

10   A.    I'm on that page, ma'am.  (Looking at document.)  And

11   the question one more time, please.

12   Q.    Sure.  And did you thereafter receive a phone call from

13   Officer Ellsworth because you'd told dispatch basically:

14   Can you find this guy?

15   A.    Yes.

16   Q.    And he called you back at about 11:15; right?

17   A.    Yes.

18   Q.    And you had responded to the Persimmons location at

19   about 10:40?

20   A.    Yes.

21   Q.    So what is that?  About 35 minutes later

22   Officer Ellsworth calls you; right?

23   A.    Yes.

24   Q.    Now, when you spoke with Mr. Latka, did he complain to

25   you about Officer Ellsworth's conduct?

1          MS. PALMER:  Objection, Your Honor.  Hearsay.

2          THE COURT:  Just a yes-or-no answer to that.

3          THE WITNESS:  Question?

4   BY MS. BEDNARSKI:

5   Q.   Sure.  And if it helps you, I'll refer you to page 3,

6   line 15.  But when you spoke to Mr. Latka, did he complain

7   to you about Officer Ellsworth's conduct?

8   A.   What do you mean by "conduct"?  What exactly are you

9   asking?

10  Q.   Well, the --

11  A.   What he said or what he did?

12  Q.   Yeah.  Without getting into the details, is it a fairer

13  statement that Mr. Latka was complaining about what

14  Mr. Ellsworth had done and said, when he had earlier at his

15  house made contact with him?

16         MS. PALMER:  Objection, Your Honor.  Hearsay.

17         THE COURT:  Overruled.

18         THE WITNESS:  Did he complain about what

19  Officer Ellsworth said?

20  BY MS. BEDNARSKI:

21  Q.   Said and did.  Like, in other words --

22         THE COURT:  Sounds compound.

23  BY MS. BEDNARSKI:

24  Q.   Okay.  Was Mr. Latka complaining about what

25  Mr. Ellsworth had done to him earlier?

1    A.    Yes.

2    Q.    And did Mr. Latka complain to you, wanting you to

3    arrest Ellsworth for what he had done earlier?

4          MS. PALMER:   Objection, Your Honor.   Hearsay.

5    She's testifying.

6          THE COURT:   Rephrase your question, please,

7    Ms. Bednarski.

8    BY MS. BEDNARSKI:

9    Q.    Were you asked to arrest Officer Ellsworth?

10   A.    Mr. Latka made the request.

11   Q.    Now, you wrote a report -- well, about 35 minutes

12   later, you got a call from Officer Ellsworth and you spoke

13   with him; right?

14   A.    Yes, ma'am.

15   Q.    And in your report you summarized what he told you;

16   right?

17   A.    Yes.

18   Q.    Now, you're trained in the academy about writing

19   reports; right?

20   A.    Yes.

21   Q.    And you're trained about accuracy; right?

22   A.    Yes.

23   Q.    And you're trained about writing a report that

24   summarizes the important details; correct?

25   A.    My report dictates the summary of the events that

1    occurred.

2    Q.    And the purpose of a report is to record the important

3    details so that if time passes, you can refresh your

4    recollection as to what occurred; right?

5          MS. PALMER:  Your Honor, again, counsel is

6    testifying about what is and what is not a report and the

7    purpose.  He has not said what the purpose is.

8          THE COURT:  I know you are used to doing this as

9    cross but this is actually direct.

10          MS. BEDNARSKI:  All right.

11   Q.    What's the purpose of a Riverside County Sheriff's

12   Department incident report?

13   A.    It is to summarize the events that occurred.

14   Q.    And is it -- is there a purpose in summarizing it so

15   that if time passes you'll be able to rely on it?  Is there

16   any purpose in that regard related to a report?

17   A.    It's to refresh my memory of the incident.

18   Q.    Are these reports relied on by other people in

19   connection with law enforcement activities?

20   A.    As far as what?

21   Q.    Do prosecutors get reports like this and rely on them?

22   A.    Yes.

23   Q.    And do defense lawyers get reports like this and rely

24   on them?

25   A.    I don't know what the defense does.

1  Q.   Is it a fairer statement that an incident report is to

2  record the events so that people involved with the case

3  later on will know what happened?

4  A.   They'll get a summary of what happened and then that's

5  why I get called to court to testify.

6  Q.   And when you're called to court to testify, do you rely

7  on your own reports from prior incidents to refresh your

8  recollection as to what occurred?

9  A.   That and memory.

10  Q.   Now, when Officer Ellsworth spoke to you, he told you

11  that while driving Mr. Latka was following him?

12            MS. PALMER:   Objection, Your Honor.

13            THE COURT:   I'm not sure if she is introducing it

14  for the truth.   Let's approach so we can discuss.

15            *(The following was held at the bench:)*

16            MS. BEDNARSKI:   There are two things that he can

17  say that impeach Officer Ellsworth.   One of them is that

18  Latka was honking the vehicle's horn and yelling in an

19  effort to get his attention.

20            The other thing is that Latka terminated his

21  pursuit prior to reaching Bee Canyon and he never says that

22  he yelled anything out his window when he refers to that

23  event.   He just simply says he terminated his pursuit.

24            That is my impeachment by omission of

25  Officer Ellsworth had there been any statements at that stop

1   sign, it would have been there.  It would have been there.

2            THE COURT:  Okay.

3            MS. PALMER:  The question was what the officer

4   told him and that's different than what she's saying right

5   now.

6            MS. BEDNARSKI:  It was officer what?

7            MS. PALMER:  It what the officer told him.

8            MS. BEDNARSKI:  Well, in order to have it make any

9   sense to the jury about when the statement was made about

10  honking, he has to be following him in the car so it's just

11  preliminary to say that Officer Ellsworth told him he was

12  following him in the car.

13           THE COURT:  Keep it very short; and if you want

14  her to get to the point she can get to, then you can't

15  object to leading because she'll get to it without a bunch

16  of other stuff.  Got it?

17    *(The following was in open court in the jury's presence:)*

18           MS. PALMER:  Your Honor, we need a sidebar.

19            *(The following was held at the bench:)*

20           MS. PALMER:  I was just told by the marshals the

21  defendant has a sign that he's showing to the jury.

22           MS. BEDNARSKI:  A what?

23           MS. PALMER:  A sign that he's written something

24  and it says "Obstruction of Justice."

25           MS. BEDNARSKI:  It says what?

1          MS. PALMER:  "Obstruction of Justice" and he's

2     showing it to the jury.

3          MR. KENDALL:  It appears that he just crumpled up

4     a sheet of paper.

5          THE COURT:  All right.  Tell him I want that sheet

6     of paper.

7               *(Counsel and her client conferred.)*

8          MS. PALMER:  Can we break for the day?

9          MS. BEDNARSKI:  The thing about it, Deputy Graham

10    has come all the way out here.  I have these two questions

11    left.  I don't know how long their cross is.

12         THE COURT:  Let's just finish.

13         MS. BEDNARSKI:  Okay.

14         THE COURT:  You better not have a long cross.

15         We'll finish.

16    *(The following was in open court in the jury's presence:)*

17         THE COURT:  All right, Ms. Bednarski.

18         MS. BEDNARSKI:  Thank you.

19    Q.    When Officer Ellsworth spoke to you, he told you

20    that -- he described his version of what occurred; right?

21    A.    Yes.

22    Q.    And he described starting with responding to the

23    residence through the end of Mr. Latka following him when he

24    turned off -- Ellsworth turned off to Bee Canyon and Latka

25    turned off; right?

| | |
|---|---|
| 1 | So, in other words, he starts -- Ellsworth started |
| 2 | his description from arriving at the residence at Persimmons |
| 3 | and then he ends his description with Mr. Latka stopping |
| 4 | following him and terminating his pursuit and Ellsworth |
| 5 | going to Bee Canyon; right? |
| 6 | A.    Yes. |
| 7 | Q.    Now, in the course of his description to you of what |
| 8 | occurred, he said that Mr. Latka was following behind him in |
| 9 | his car; right? |
| 10 | A.    Yes. |
| 11 | Q.    And Officer Ellsworth told you that Latka was honking |
| 12 | the vehicle's horn and yelling in an attempt to get |
| 13 | Officer Ellsworth's attention; right? |
| 14 | A.    Yes. |
| 15 | Q.    And you wrote that in your report; right? |
| 16 | A.    Yes. |
| 17 | Q.    And he told you then, after telling you that, that |
| 18 | Latka eventually terminated his pursuit prior to reaching |
| 19 | Bee Canyon; right? |
| 20 | A.    Yes. |
| 21 | Q.    And Officer Ellsworth never said to you that Mr. Latka |
| 22 | pulled up alongside him and made a threat to kill him; |
| 23 | right? |
| 24 | A.    No.   If he had told me that, it would be in the report. |
| 25 | Q.    If he had told you something important like that, you |

1    would have put it in your report; right?

2    A.    If he had told me, it would be in there.

3    Q.    If he had told you that there had been an statement to

4    kill him or a threat to kill him, it would be in here;

5    right?

6    A.    Yes.

7            MS. BEDNARSKI:   No other questions.   Thank you.

8            THE COURT:   Cross?

9                        **CROSS-EXAMINATION**

10   BY MS. PALMER:

11   Q.    At the time you made the report, you weren't

12   investigating whether the defendant made threats against

13   Ellsworth; right?

14   A.    Right.

15   Q.    And you never asked Officer Ellsworth if the defendant

16   made threats against him; right?

17   A.    No, I did not.

18   Q.    Is a threat against a federal officer a crime that you

19   would investigate?

20   A.    Myself, no.

21   Q.    And you fully briefed your sergeant, Sergeant Sargent;

22   right?

23   A.    Yes, I did.

24   Q.    And that was before he was provided defendant's phone

25   number to speak with him; correct?

1    A.    Yes.

2              MS. PALMER:   No further questions, Your Honor.

3              THE COURT:   Ms. Bednarski.

4              MS. BEDNARSKI:   Nothing further.   Thank you.

5              THE COURT:   Thank you, sir.   You can step down.

6    You're excused.

7              THE WITNESS:   Thank you, ma'am.

8              You want me to just leave this here?

9              THE COURT:   Just leave it right there.

10             All right.   Ladies and gentlemen, don't talk about

11   the case or form or express any opinions about the case

12   until it's finally submitted to you.

13             You're ordered to return tomorrow at 8:00 a.m. and

14   you're ordered to have a good evening.

15             THE CLERK:   All rise.

16                 (The jurors exited the courtroom.)

17       (The following was held outside the jury's presence:)

18             THE COURT:   All right.   Have a seat.

19             I do have something else that I need to do but

20   I'll have my J.A. bring out the jury instructions in the

21   state they're presently in as far as I've gotten.   I haven't

22   had a chance to review the last set of revisions but I'll

23   give you something to be working on.

24             Ms. Bednarski, what else do you have coming for

25   us?

1          MS. BEDNARSKI:  Your Honor, it's a perfect time

2    for a break because of -- we'd like to know what -- whether

3    or not the government would be allowed to get into prior

4    convictions and prior bad acts on cross-examination of

5    Dr. Victoroff because he would be the next witness.

6          And I want to know those answers in order to

7    know -- essentially, Ms. Weisberg can discuss the 404

8    evidence and the 609 evidence -- but, essentially, nothing

9    has come out in this trial about any prior incidents like

10   that.

11         There was an earlier court ruling in June in this

12   regard and we just need to know sort of what the ground

13   rules are.

14         THE COURT:  Well, I had tried to figure that out

15   because I assumed you would want to know that.  I don't know

16   that I can really tell you until I hear what Dr. Victoroff

17   has to say precisely.

18         But I certainly can ask the government now whether

19   there are specific things that you think, based on having

20   read Dr. Victoroff's report and assuming that he keeps to

21   that report as he should, that would be proper subjects of

22   cross-examination and why.

23         MR. KENDALL:  Yes, Your Honor.

24         The report addresses numerous issues related to

25   self-report, impulsivity, actions which can be better

1    understood when you take into account other bad acts

2    involving, for example, law enforcement or correctional

3    officers at MDC.

4            Where he doesn't show an ongoing impulsive

5    behavior, threats or violence against anyone, but acts or

6    threats of violence against authority figures, figures who

7    are telling him that he needs to do something or asking him

8    a question.

9            And his reaction to those authority figures

10   undercuts the existence of some brain disorder that causes

11   some broad problem with impulsivity.

12           Rather, it's focusing in on very specific

13   instances where he is engaging in behavior that is really

14   unique to the circumstances.

15           And in addition to that, I am sure there are other

16   things I can pull out my motion but certainly that --

17           THE COURT:  You didn't say anything helpful in

18   your motion so pulling it out -- or I would be able to make

19   a decision perhaps but I can't because you didn't.

20           MR. KENDALL:  Yes, Your Honor.  I apologize for

21   that.

22           In addition to that, if I may have a moment to

23   consult with Dr. Faerstein who might have actually have an

24   inside plan, Your Honor.

25           THE COURT:  Okay.

1           *(Pause in the proceedings.)*

2           MR. KENDALL:   There are two additional points.

3   One is just piggybacking what I was saying before.   It

4   undercuts the prior bad acts criminal convictions, undercuts

5   the notion that these are rare occurrences that are caused

6   by some brain disorder as opposed to perhaps some sort of

7   antisocial personality or just general characteristic traits

8   that would not be caused by a brain disorder.

9           In addition to that, I think there is, you know

10  under Rule 703, the party who is not the proponent of the

11  opinion evidence is able to question what the underlying

12  facts were that were relied upon.

13          In that sense, if Dr. Victoroff is coming to

14  conclusions about things like an acute stress disorder, some

15  sort of brain damage, and is not considering a lot of

16  evidence that shows a lifetime of behavior targeting very

17  particular types of individuals, that undercuts and

18  impeaches his credibility as a witness in his expert

19  opinion.

20          THE COURT:   So how do you foresee -- it's really

21  somewhat unfair to make you explain to the defense what you

22  plan to do on cross-examination.   But is your question to

23  him in the nature of:   Did you consider these things?

24          MR. KENDALL:   Yes.   I think that will -- I think

25  that is basically how I would do it, you know, either in

1    terms of the overall methodology or for particular items.

2              So, for example, you know, you've found that the

3    defendant is impulsive, you know, impulsive towards

4    everyone; and you found evidence that he's impulsive to only

5    particular individuals, going down that line of thought and

6    just generally for the methodology.

7              What were the sources of information that you

8    relied on?  You relied on the interview of the defendant,

9    the mother.

10             THE COURT:  I don't need to know quite all of

11   that.  I just want to get to the point.

12             MR. KENDALL:  Yes, Your Honor.  But really those

13   two theories, I think, would be the main ones that the

14   government would go down.

15             THE COURT:  Well, it did seem to me in just

16   looking at the prior acts that it might be extremely

17   relevant that as I recall there were two prior acts relating

18   to law enforcement.

19             One sounded more serious than the other.  I

20   haven't -- I was on the state court for six and a half

21   years.  It's a little hard to tell what the charges really

22   mean, what the underlying facts were.

23             It could be a range from virtually nothing to

24   something that in some places would be a felony but in some

25   other places is a misdemeanor.

1        So that's hard to tell but I do agree that the

2   issue of focus on law enforcement does -- could well become

3   relevant -- is relevant depending on what Dr. Victoroff has

4   to say.

5        But it seems to me it's quite likely that at least

6   those instances may well be relevant if one of them was

7   quite sometime ago.

8        But even recognizing that, it seems that

9   Dr. Victoroff is considering things relating to Mr. Latka as

10  far back as second grade.

11       And so the fact that these incidents might be 20

12  years ago, in that context I wouldn't exclude them just

13  because of the time because this is a continuum; and I

14  specifically asked the defense -- I think it was yesterday

15  or Monday -- whether the argument was this was something

16  fairly new and the answer was no.  It was not a condition

17  that's supposedly new.

18       Ms. Weisberg.

19       MS. WEISBERG:  Yes.  And going in, starting from

20  that point, I mean the government's position previously had

21  been to point out the breadth of the other bad acts that

22  were all sort of relatively similar, many of them not

23  including law enforcement officers.

24       And they've -- it seems like they've cherrypicked

25  these because they have the best argument to try to

1    cross-examine Dr. Victoroff about them.  But --

2         THE COURT:  You can certainly on redirect bring

3    out the other bad acts.

4         MS. WEISBERG:  Well, exactly.  That's the trap

5    they're trying to get us into and I think that doesn't solve

6    the 403 problem in the slightest and it would -- the concern

7    would be that these are -- don't go at all to the heart of

8    what Dr. Victoroff is saying or what his opinions are.

9         And it's really just a pretext to get into these

10   areas that, you know, obviously, they want to get into.

11        THE COURT:  And that's why I said I really need to

12   hear exactly what Dr. Victoroff testifies to, and I think a

13   few preliminary questions on cross might suggest to me one

14   way or the other.

15        If he says that he considered everything in the

16   defendant's background and we know he has these reports, I

17   don't know what he did with them.

18        For all I know is he looked at them and said:

19   This is really bad for my client, what I'm hired for, and so

20   I'm not going to talk about them.

21        So I don't know.  The government certainly is

22   mentioning these things in good faith.  They're certainly

23   facts.  So my general thought is that they may -- those

24   facts may well become relevant.

25        If you want to then rehabilitate your witness, you

 1    know, I know that's not what you want to do and I'm not

 2    really being facetious.

 3           It's just that if that's the point you want to

 4    make, then maybe you make it upfront.  I don't know.  But I

 5    can't tell you now that I'm going to preclude the government

 6    from using that evidence even though the government did not

 7    do a good job of explaining to me why it would be relevant.

 8           That was the thought that came to me so I

 9    certainly think it's a definite possibility; and I don't

10    know which way it cuts.  It might cut the other way.

11           MS. WEISBERG:  So my understanding -- just to

12    clarify, my understanding is that if the report and, you

13    know, other sources show that he did consider all these

14    criminal history matters and other incidents or those were

15    things that he read about, would the government be allowed

16    to just ask the question:  Did you consider these things and

17    get the facts out that way?

18           THE COURT:  Well, you know, I guess to some degree

19    it -- yeah.  I mean, the government may be -- the fact that

20    Dr. Victoroff would simply say:  I considered everything and

21    I've told you everything that's relevant is really not the

22    way we handle cross-examination, especially if Dr. Faerstein

23    is suggesting to them that those other things are relevant

24    to establish something contra to what Dr. Victoroff is

25    suggesting; that it's some other -- I don't know --

1    antisocial behavior versus traumatic brain injury.  I don't

2    even know exactly what the arguments are supposed to be.

3            But all I can tell you right now is it's entirely

4    possible the government will be able to get into at least

5    those two incidents.  I don't know.

6            Is there another incident?  I think there was some

7    other incident you mentioned but --

8            MR. KENDALL:  Which two incidents in particular

9    are you referring to?

10           THE COURT:  The two that relate to law enforcement

11   officers.

12           MR. KENDALL:  Like resisting an officer?

13           THE COURT:  Yes.

14           MR. KENDALL:  Thank you, Your Honor.

15           MS. WEISBERG:  And you're talking about actual

16   convictions right now in his record?

17           THE COURT:  There were two convictions.  I don't

18   know what else there is.  The more there are, the more

19   relevant it would seem to me.  So if there's more that

20   aren't convictions then --

21           MS. WEISBERG:  Right.

22           But you're referring specifically to any instance

23   involving authority figures along the lines of the

24   government's explanation.

25           THE COURT:  That's what we've talked about so far.

1    I don't know what else.

2              MS. WEISBERG:   Okay.

3              MS. BEDNARSKI:   One of the things, Your Honor,

4    where we're concerned about is getting into like a trial

5    within a trial.

6              For instance, there's this issue that they've

7    brought up in pretrial bail hearings about Luisa Alvarez;

8    and there has been a characterization in a law enforcement

9    officer's interview of her from one of the forest service

10   officers interview of her where he characterizes her version

11   of events as Latka stalking her and it's a legal conclusion.

12             THE COURT:   That's not coming in.

13             MS. BEDNARSKI:   All right.

14             MS. WEISBERG:   And then also I would just argue

15   that even if it does have some tangential relevance to

16   Dr. Victoroff's opinions, or Dr. Faerstein's opinions, that

17   doesn't -- there is still the 403 and 404 that have to be

18   taken into account and the similarity of incidents; and I

19   think they would in this case be much more prejudicial than

20   probative.

21             THE COURT:   I understand that's your position.

22             MS. WEISBERG:   Okay.

23             THE COURT:   Okay.  I think that's all I can tell

24   you on that.

25             Ms. Plato, will you give counsel the copies of the

1  jury instructions here, and I think we will talk about

2  tomorrow what to do about this note which, as I understand

3  it, Mr. Latka was --

4          THE DEFENDANT:  I was showing my brother.  That's

5  it.  I didn't show anything.

6          MS. BEDNARSKI:  Your Honor, the note that you are

7  holding, we'll agree came from Mr. Latka; and I think the

8  premise of the conversation that we had is the marshals, I

9  think, had indicated that he might have been holding it up

10  and showing it to the jury.

11          Neither I saw it and I don't believe Ms. Weisberg

12  saw it.  All the lawyers were up at sidebar and I think that

13  this is the premise of what this conversation is.

14          THE COURT:  All right.  Well, we'll have to talk

15  about it tomorrow.  I can't even fathom why you would have

16  thought that was an appropriate thing to do, Mr. Latka, and

17  certainly whoever you thought you were showing it to, don't

18  do it again.

19          All right.  Tomorrow at 7:45.  What do you plan to

20  do, Ms. Bednarski?

21          MS. BEDNARSKI:  You know, perhaps I could just

22  make and submit my Rule 29 motions right now?  Would that be

23  fine?

24          THE COURT:  Yes.

25          MS. BEDNARSKI:  Okay.  And that is at the end of

1  the government's case since I reserved it; and now again we

2  will make a decision whether to call Dr. Victoroff and that

3  decision will be made -- I don't know what time today that

4  decision will be made but he'll be the first witness

5  tomorrow morning.

6         THE COURT:  Do you have any witness other than

7  Dr. Victoroff?

8         MS. BEDNARSKI:  I also have to make a decision

9  whether or not to call my client.  I'm inclined now not to.

10  But that ultimately will be his decision and we're going

11  to -- you know, we'll talk about it with him.  But my best

12  estimate right now is that it would only be Dr. Victoroff.

13         THE COURT:  All right.

14         Well, I'm sure that you can understand and you've

15  been in this position and you would be outraged if the

16  government were not going to tell you whether or not it was

17  calling a witness that was essential for you to be prepared

18  for it tomorrow so --

19         MS. BEDNARSKI:  Yes.

20         THE COURT:  -- when.

21         MS. BEDNARSKI:  It's not a game.  I really --

22         THE COURT:  I understand.  I'm not suggesting it

23  is a game.  I'm just suggesting that as soon as you know,

24  I'm sure you have their e-mail addresses, you have phone

25  numbers, that you let them know as soon as possible.

1        If nothing else because I'm sure they would like

2    to call Dr. Faerstein off if Dr. Victoroff isn't going to

3    testify.

4        MS. BEDNARSKI:   Sure.

5        THE COURT:   All right.   Thank you.

6        MS. PALMER:   Your Honor, I have one other issue.

7    Last night I think around midnight, the defense filed a

8    response regarding the unanimity instruction.

9        THE COURT:   Yes.

10        MS. PALMER:   It's very important for us in

11    crafting our closing and other things.

12        THE COURT:   Honestly, I don't know what's in that

13    set.   I think an instruction very close to what Ms. Weisberg

14    proposed is in the set because that's what my law clerk

15    thought was better.

16        And I haven't looked at it yet so you have his

17    thoughts, not mine, but that's generally what I would give

18    unless I hear differently from you tomorrow.

19        MS. PALMER:   Would that be in lieu of the

20    verdict form.

21        THE COURT:   What do you mean in lieu of the

22    verdict form.

23        MS. PALMER:   I believe the defense said that the

24    verdict form should not be fixed and, therefore, they

25    weren't presenting any alternative verdict form and so I

1  guess I'm a little confused where we stand.

2        THE COURT:  Well, I thought the verdict form

3  honestly was what I had in mind, although generally in the

4  cases that I've had where the jury had to agree on an issue

5  like that, we just tell the jury they have to agree.  We

6  don't tell them they have to identify it and I assume that

7  would be fine with you.

8        MS. PALMER:  Yes, Your Honor.

9        THE COURT:  So --

10        MS. PALMER:  We would still need unanimity in the

11  verdict form in the -- our previous verdict form.

12        THE COURT:  The murder or assault, yes.

13        MS. PALMER:  Yes.

14        THE COURT:  So you can talk about that and, if you

15  have any thoughts, I'll hear them tomorrow.

16        MS. WEISBERG:  Can we discuss that?

17        THE COURT:  Yes.

18        MS. WEISBERG:  Okay.

19        MS. PALMER:  Can we get a copy of the piece of

20  paper and also is the Court going to maintain it.

21        THE COURT:  Yes, we're going to maintain it and

22  Ms. Plato will make a photo of it for you.

23        All right.

24        MS. BEDNARSKI:  Your Honor, one more question.

25  With regard to the hand-drawing that I had him do, can I

1    take it home and make color copies tonight and bring

2    everybody copies tomorrow?

3              THE COURT:   Any objection?

4              MS. PALMER:   No.

5              THE COURT:   Okay.   Yes.

6              All right.

7         (At 2:20 p.m. proceedings were concluded.)

8

9                            -oOo-

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

496

1                          CERTIFICATE

2

3              I, PAT CUNEO, CSR 1600, hereby certify that

4     pursuant to Section 753, Title 28, United States Code, the

5     foregoing is a true and correct transcript of the

6     stenographically reported proceedings held in the

7     above-entitled matter and that the transcript page format is

8     in conformance with the regulations of the Judicial

9     Conference of the United States.

10

11    Date:  May 29, 2016

12

13

14

15

16                        /s/ PAT CUNEO                    _

17                        PAT CUNEO, OFFICIAL REPORTER
                          CSR NO. 1600
18

19

20

21

22

23

24

25

Day 2 of Jury Trial, October 28, 2015

**JUROR NO. 9: [20]** 260/3 260/14
261/13 261/22 261/25 262/7 262/24
263/11 263/17 263/23 264/6 264/17
264/20 265/9 265/12 265/23 266/1
266/8 266/25 272/4

**MR. KENDALL: [86]** 257/3 258/11
258/18 259/19 264/24 271/1 330/21
331/17 339/3 339/17 340/3 341/14
342/12 343/4 353/16 356/18 356/21
357/3 358/17 361/22 362/4 363/1 363/6
363/22 364/7 366/21 367/3 367/9
367/15 367/21 368/6 368/14 368/21
369/1 369/5 400/12 401/2 411/4 411/6
416/17 416/23 423/16 423/23 427/20
431/22 432/10 435/19 436/14 436/21
438/8 438/14 438/16 439/3 439/10
440/22 441/2 441/9 445/15 449/3
449/11 449/22 450/16 450/25 451/14
451/19 460/1 460/4 460/10 460/12
460/14 460/22 461/7 463/12 464/6
465/23 466/18 466/22 478/2 482/22
483/19 484/1 484/23 485/11 489/7
489/11 489/13

**MS. BEDNARSKI: [157]** 255/10
256/11 256/14 258/20 259/3 259/7
265/1 265/11 265/13 265/24 266/6
266/10 267/13 269/24 270/22 271/15
271/20 272/24 276/7 284/25 285/4
285/16 286/15 288/8 301/22 303/13
304/24 309/10 309/16 309/22 310/5
310/22 311/20 312/13 312/21 313/7
313/19 313/21 314/1 314/13 315/21
315/25 316/18 317/13 317/18 318/1
318/24 319/3 320/15 320/18 322/10
325/25 326/5 327/19 328/5 328/18
330/11 330/22 331/1 331/3 340/5 353/2
353/18 354/24 356/25 357/10 363/8
363/10 363/14 364/9 368/23 379/5
380/12 385/6 385/9 398/6 399/4 399/11
399/21 400/3 400/5 413/1 413/15
415/11 432/24 433/5 434/3 434/20
435/25 436/4 436/11 436/18 437/6
438/10 438/21 438/24 439/1 439/6
439/16 439/22 439/25 440/14 441/1
441/4 444/2 444/6 447/25 449/14
451/16 451/24 453/22 456/25 459/19
459/25 460/9 460/13 460/16 460/18
460/25 461/9 463/13 463/22 465/19
466/3 466/9 466/24 467/8 467/13
467/17 467/25 468/14 470/14 470/18
470/21 470/24 475/9 476/15 477/5
477/7 477/21 477/24 478/8 478/12
478/17 480/6 481/3 481/25 490/2
490/12 491/5 491/20 491/24 492/7
492/18 492/20 493/3 494/23

**MS. PALMER: [71]** 268/11 271/6
271/14 272/11 274/7 282/23 286/17
288/6 289/21 290/5 297/3 298/21
303/15 314/15 320/10 320/12 322/8
324/25 325/23 326/2 327/25 329/8
330/1 330/23 331/6 369/7 374/18 376/3
379/3 379/21 380/9 385/11 385/17
390/3 400/1 432/15 453/18 454/14
454/21 456/8 456/18 457/20 459/7
459/14 459/22 461/4 466/6 466/8
471/23 472/25 473/15 474/3 475/4

476/11 477/2 477/6 477/17 477/19
477/22 477/25 487/3 487/1 493/5 493/9
493/18 493/22 494/7 494/9 494/12
494/18 495/3

**MS. WEISBERG: [10]** 486/18 487/3
488/10 489/14 489/20 490/1 490/13
490/21 494/15 494/17

**MS. WILLIAMS: [1]** 467/2

**THE CLERK: [31]** 259/14 272/13
272/17 272/19 330/16 331/9 331/20
332/1 357/17 357/23 369/10 369/16
379/12 379/15 379/17 385/20 385/22
386/2 400/15 400/21 432/5 437/2
441/14 441/19 452/1 452/7 461/21
462/2 468/2 468/7 481/14

**THE COURT: [309]**

**THE DEFENDANT: [2]** 443/22 491/3

**THE INTERPRETER: [4]** 358/2 358/4
358/8 358/10

**THE WITNESS: [65]** 283/1 289/23
297/6 298/24 303/16 305/1 310/9
310/25 311/22 312/23 313/20 314/3
315/24 332/3 332/6 332/8 332/10
333/15 358/1 360/9 363/25 366/24
367/23 368/8 368/19 369/20 373/5
373/18 374/13 374/19 376/2 376/4
377/23 378/9 384/15 385/14 386/4
386/6 386/8 389/5 400/9 400/23 400/25
424/1 427/24 432/13 441/21 445/18
449/23 451/4 451/7 452/9 454/23
456/10 459/17 462/4 466/1 468/6 468/9
468/11 471/1 471/25 473/2 473/17
481/6

**THE WITNESS:  [16]** 331/25 331/25
357/22 357/22 369/15 369/15 386/1
386/1 400/20 400/20 441/18 441/18
452/6 452/6 462/1 462/1

**'**

**'09 [1]** 401/22
**'9 [1]** 289/21

**-**

**-oOo [2]** 255/2 495/9

**/**

**/s [1]** 496/16

**1**

**100 [1]** 446/4
**1037 [1]** 271/17
**106 [1]** 432/23
**1080 [1]** 270/7
**1087 [1]** 270/7
**10:00 [1]** 402/19
**10:30 [5]** 390/20 391/5 429/14 429/18
464/23
**10:40 [2]** 429/15 472/19
**10:45 [1]** 429/18
**10:57 [2]** 445/7 447/1
**10:58 [2]** 445/10 447/2
**110 [5]** 445/20 446/1 446/12 450/12
450/13
**113 [1]** 445/25
**116 [1]** 270/9
**11:13 [2]** 446/5 446/6
**11:15 [1]** 472/16
**12 [5]** 370/20 371/2 371/7 372/18

464/23
**12th [18]** 285/19 283/22 332/24 334/24
381/20 390/8 390/10 402/14 402/19
403/20 416/11 416/22 442/3 443/25
453/2 453/7 462/23 469/5
**13 [2]** 265/15 373/4
**13th [1]** 453/8
**14 [1]** 373/11
**15 [1]** 473/6
**15-95 [1]** 250/8
**16 [3]** 297/14 373/17 377/4
**1600 [3]** 250/21 496/3 496/17
**163307 [2]** 375/4 377/2
**166 [1]** 445/20
**166307 [1]** 377/5
**16th [3]** 371/15 381/23 381/25
**177 [1]** 445/20
**1782 [1]** 250/24
**17th [1]** 381/23
**18 [2]** 378/18 380/2
**181-E [1]** 250/23
**18th [1]** 387/13
**19 [1]** 371/10
**195 [1]** 270/7
**1997 [1]** 270/10
**1999 [1]** 270/8
**1:30 [1]** 372/7

**2**

**20 [6]** 299/8 299/9 300/1 306/20 313/1
486/11
**2003 [1]** 270/25
**2008 [2]** 289/21 401/9
**2009 [3]** 290/5 359/5 362/15
**2010 [2]** 287/6 289/17
**2013 [1]** 290/10
**2014 [16]** 332/24 361/5 364/21 381/20
401/9 402/14 402/19 416/11 416/12
416/22 442/3 442/21 453/2 453/7
462/23 469/5
**2015 [4]** 250/17 255/1 359/7 387/6
**2016 [1]** 496/11
**206 [1]** 376/1
**213-894-1782 [1]** 250/24
**21st [1]** 352/9
**22 [2]** 377/22 401/20
**23 [3]** 257/23 271/3 378/8
**230 [1]** 251/9
**234 [1]** 251/9
**24 [2]** 257/19 374/19
**25 [1]** 374/12
**250 [1]** 250/19
**255 [2]** 250/22 252/4
**25595 [1]** 401/24
**26 [1]** 374/17
**26.2 [1]** 439/16
**27 [1]** 472/9
**272 [1]** 252/5
**28 [4]** 250/17 255/1 415/7 496/4
**282 [2]** 446/10 450/14
**29 [3]** 415/5 491/22 496/11
**2:00 [1]** 466/5
**2:20 [1]** 495/7

**3**

**30 [3]** 258/22 306/20 344/23
**30 feet [2]** 299/9 300/1
**30 miles [1]** 282/16

**3**

**30 yards** [1]  377/17
**31** [2]  401/17 412/11
**312** [1]  251/5
**31st** [1]  359/7
**32** [4]  402/17 412/12 412/15 413/8
**341** [1]  271/17
**35** [2]  472/21 474/11
**37** [1]  401/13
**38** [2]  299/4 299/6
**386** [2]  252/17 253/10
**390** [2]  252/17 253/10
**399** [2]  252/17 253/10

**4**

**403** [4]  445/16 451/15 487/6 490/17
**404** [2]  482/7 490/17
**40s** [1]  299/6
**43611** [6]  359/13 379/2 402/5 402/14 445/4 469/6
**438** [1]  252/6
**439** [1]  252/7
**45** [3]  273/17 317/1 325/9
**452** [1]  252/23 253/11
**457** [4]  252/23 252/23 253/11 253/11
**496** [1]  250/19

**5**

**50** [1]  335/19
**500** [3]  345/1 382/20 383/22
**501** [1]  383/15
**502** [1]  463/23
**505** [1]  294/12
**506** [2]  295/1 383/3
**509** [5]  343/11 348/3 392/15 395/25 396/2
**50s** [1]  299/6
**514** [1]  303/12
**515** [1]  467/16
**5150** [1]  424/5
**518** [5]  276/9 276/13 303/15 303/16 314/17
**519** [4]  285/2 285/4 286/16 286/20
**520** [8]  413/3 413/5 413/7 413/12 415/13 415/15 415/18 425/19
**521** [4]  444/4 444/6 444/11 444/13
**522** [4]  470/16 470/18 470/25 471/12
**55** [1]  298/10
**55-year-old** [1]  300/20
**5S07** [1]  371/25

**6**

**606** [1]  270/10
**608** [1]  270/10
**609** [1]  482/8
**626-844-7660** [1]  251/10

**7**

**70** [2]  446/11 450/13
**703** [1]  484/10
**74** [1]  372/1
**753** [1]  496/4
**7660** [1]  251/10
**7:45** [3]  250/17 255/1 491/19

**8**

**8:00** [1]  481/13
**8th** [7]  276/15 276/19 277/1 277/7
280/2 280/5 320/23

**9**

**90** [1]  445/20
**90 percent** [1]  313/4
**90012** [2]  250/23 251/6
**911** [41]  273/16 278/6 280/7 281/20 337/14 337/19 339/7 339/9 339/11 349/2 349/9 349/12 349/19 349/23 350/14 350/21 350/23 394/24 395/4 395/14 395/19 398/11 398/14 398/14 398/18 398/21 398/24 399/1 399/16 399/18 420/19 425/2 427/20 442/16 466/11 466/15 466/18 466/22 467/16 467/19 469/11
**91101** [1]  251/10
**95** [1]  250/8

**A**

**A-l-v-a-r-e-z** [1]  358/6
**a.m** [4]  250/17 255/1 402/20 481/13
**ability** [1]  312/9
**able** [22]  257/14 265/9 266/23 296/17 298/15 301/1 313/16 318/13 318/22 319/3 349/11 350/6 365/12 365/12 375/24 433/23 435/1 455/24 475/15 483/18 484/11 489/4
**about** [223]  255/9 257/11 257/24 258/4 258/22 261/14 261/20 262/9 262/11 262/17 263/1 263/6 263/22 264/14 264/22 265/18 265/18 266/5 266/6 266/20 267/5 267/9 267/18 267/24 268/17 269/12 270/2 271/9 271/10 272/3 273/17 273/23 274/17 274/21 274/23 275/22 277/5 277/22 281/19 282/2 282/18 282/22 283/3 283/11 283/13 283/16 286/22 287/14 291/22 293/25 294/4 299/8 299/8 300/6 300/22 301/12 304/12 305/11 306/7 307/5 307/19 308/10 308/23 308/25 309/20 311/2 311/19 312/12 312/20 316/22 318/5 318/20 321/10 321/16 321/17 321/19 322/12 322/21 323/21 324/22 325/9 329/12 330/14 330/14 331/23 332/23 334/8 335/5 335/19 336/15 339/22 340/11 341/9 341/24 342/16 342/22 342/25 343/25 344/2 344/6 344/17 344/17 344/21 345/21 345/22 346/3 346/14 348/16 352/8 352/9 357/20 359/2 359/4 362/16 363/17 363/20 365/14 365/17 365/20 365/23 366/1 367/24 369/13 370/25 371/7 372/7 377/20 379/9 379/10 381/19 381/22 385/24 390/9 390/19 390/20 395/7 396/4 400/18 405/4 407/11 407/18 409/7 412/23 413/14 415/9 421/23 422/2 422/5 423/21 425/14 426/15 430/14 430/25 432/2 432/3 436/5 436/23 437/19 438/7 440/18 441/16 442/9 445/10 446/11 449/20 449/22 450/12 450/13 452/4 453/18 453/24 454/2 454/9 454/19 455/3 455/4 455/9 455/12 458/7 460/3 461/24 462/18 462/22 465/9 466/12 467/23 468/4 468/21 469/3 470/3 471/5 472/16 472/19 472/21 472/25 473/7 473/13 473/18 473/24 474/11 474/18 474/21 474/23 475/6 477/9 477/9 478/9

**281/10** 481/11 482/9 484/14 487/1 487/20 488/15 489/15 489/25 490/4 490/7 491/1 491/2 491/15 492/11 494/14
**above** [1]  496/7
**above-entitled** [1]  496/7
**absolutely** [5]  296/13 318/24 319/24 448/20 450/10
**absorb** [1]  299/4
**academy** [2]  371/11 474/18
**accept** [2]  358/15 467/24
**accepted** [1]  450/2
**access** [1]  432/22
**accident** [1]  343/2
**Accord** [3]  338/7 338/11 338/23
**accordance** [1]  460/7
**according** [5]  444/25 445/4 447/18 447/21 450/3
**accordingly** [1]  442/19
**account** [2]  483/1 490/18
**accuracy** [1]  474/21
**accurate** [2]  286/9 383/8
**accused** [1]  260/23
**acquaintances** [1]  360/17
**acquainted** [2]  362/10 362/12
**across** [13]  279/22 333/5 333/8 390/13 402/23 403/16 406/16 406/23 413/16 413/20 415/24 419/20 430/20
**Act** [1]  433/10
**acting** [4]  339/15 356/6 356/9 470/4
**actions** [1]  482/25
**active** [1]  447/17
**activities** [1]  475/19
**activity** [3]  448/16 448/19 450/24
**acts** [8]  482/4 483/1 483/5 484/4 485/16 485/17 486/21 487/3
**actual** [3]  372/11 374/5 489/15
**actually** [23]  258/16 268/18 275/2 291/6 293/4 318/13 318/21 326/19 346/7 356/16 371/20 391/6 391/17 393/13 394/19 399/2 399/18 420/6 443/12 469/2 471/22 475/9 483/23
**acute** [2]  446/24 484/14
**add** [2]  258/21 435/21
**added** [1]  419/15
**addendum** [3]  446/14 447/19 447/23
**addict** [1]  387/8
**adding** [1]  293/5
**addition** [5]  332/18 361/14 483/15 483/22 484/9
**additional** [4]  379/23 435/21 438/14 484/2
**address** [9]  303/1 321/18 331/2 379/1 384/25 407/15 432/16 445/2 469/21
**addressed** [1]  378/24
**addresses** [2]  482/24 492/24
**administered** [1]  447/19
**admit** [3]  286/16 286/19 415/12 440/20
**admitted** [2]  438/18 440/22
**admitting** [1]  440/15
**admonish** [1]  271/8
**adopt** [1]  435/7
**adopts** [1]  461/16
**affected** [4]  448/11 448/15 448/18 450/8
**affecting** [1]  260/8
**affirmatively** [1]  257/24

**A**

**afraid [9]** 284/8 284/14 284/23 294/2 296/15 300/8 300/19 300/24 318/21

**after [45]** 260/10 265/18 266/19 266/20 266/21 273/17 279/6 282/18 282/19 290/19 295/11 299/25 305/17 306/14 306/21 314/7 316/23 317/1 317/5 317/22 325/9 328/17 335/13 338/16 350/19 350/25 372/6 381/22 391/22 395/20 397/4 399/2 399/3 399/8 408/23 408/24 409/3 410/20 427/10 428/3 429/7 433/3 435/14 465/17 479/17

**afternoon [5]** 284/1 410/24 429/20 468/10 468/11

**afterwards [1]** 308/10

**again [26]** 276/16 281/14 311/24 314/17 315/7 318/9 319/13 324/3 338/17 399/10 409/23 410/2 410/10 410/11 410/21 426/5 430/6 430/8 435/9 436/18 444/18 465/16 472/1 475/5 491/18 492/1

**against [15]** 276/3 311/3 318/10 325/21 325/22 328/9 329/20 330/1 330/10 456/8 480/12 480/16 480/18 483/5 483/6

**age [3]** 298/3 319/22 407/2

**agency [5]** 277/22 289/13 458/24 463/18 463/18

**agent [22]** 287/9 363/1 370/6 370/18 371/2 371/4 371/16 372/10 374/22 375/8 375/22 376/7 377/19 378/6 380/2 380/22 381/23 382/12 383/13 383/19 384/2 384/13

**Agent Kogler [2]** 380/22 382/12

**agents [4]** 423/21 424/4 429/23 430/11

**aggravated [2]** 322/23 322/24

**aggressive [2]** 260/24 264/11

**agitated [17]** 304/19 304/20 308/12 322/23 355/6 397/22 397/24 405/5 406/11 409/23 424/19 426/9 428/14 428/17 437/25 440/5 470/7

**ago [13]** 285/22 286/14 305/24 352/8 390/23 397/11 397/17 398/16 442/3 453/2 462/23 486/7 486/12

**agree [8]** 255/14 255/16 461/10 466/21 486/1 491/7 494/4 494/5

**agreed [1]** 467/23

**agrees [2]** 433/7 435/21

**ahead [5]** 272/13 283/1 327/24 431/25 459/17

**aid [1]** 332/4

**aids [1]** 442/18

**aim [2]** 293/22 312/11

**Air [5]** 401/9 401/14 401/16 401/16 401/18

**Alfredo [13]** 358/23 358/24 359/24 360/14 361/3 362/3 364/19 364/20 368/9 378/25 402/16 407/15 407/17

**Alfredo Morales [8]** 358/23 358/24 360/14 361/3 362/3 378/25 402/16 407/17

**Alfredo Morales's [2]** 359/24 407/15

**all [141]** 255/4 255/5 255/7 255/13 256/1 256/10 256/18 257/9 259/3 259/18 260/6 261/21 262/9 262/18 263/1 263/8 263/14 265/4 265/25

**266/18 266/20 267/10 287/14 268/3 269/3 269/5 269/14 271/23 272/7 272/8 272/9 272/9 272/18 272/21 275/3 277/24 278/20 280/9 281/5 286/6 288/17 294/4 300/5 300/9 300/12 300/19 302/6 302/12 302/15 302/16 302/18 302/20 304/16 312/5 318/7 320/6 326/2 327/21 329/9 330/13 330/17 330/21 331/10 331/12 331/16 333/17 336/3 342/8 344/18 345/6 345/8 345/13 353/20 354/7 356/20 357/2 361/19 361/22 370/16 373/16 373/21 373/24 379/13 379/16 380/6 382/1 388/14 393/20 397/11 397/17 401/19 412/20 413/1 415/11 418/12 420/21 432/6 432/12 434/5 435/9 436/21 437/2 437/3 437/9 438/17 438/18 438/20 439/15 439/16 439/19 441/9 441/13 448/21 452/17 461/10 461/14 465/25 466/5 467/21 470/17 475/10 478/5 478/10 478/17 481/10 481/15 481/18 485/10 486/22 487/7 487/18 488/13 489/3 490/13 490/23 491/12 491/14 491/19 492/13 493/5 494/23 495/6**

**alleged [1]** 326/17

**allow [7]** 256/17 282/25 297/5 312/23 314/3 451/4 471/25

**allowed [4]** 297/11 432/25 482/3 488/15

**almost [1]** 268/22

**alone [1]** 333/1

**along [8]** 276/18 279/12 327/4 380/6 382/12 444/16 444/25 489/23

**alongside [3]** 421/8 424/16 479/22

**ALPHABETICAL [1]** 253/1

**already [44]** 256/10 256/11 257/5 261/20 263/19 263/19 263/20 264/16 264/22 266/3 266/5 266/10 267/2 267/4 267/7 267/8 268/21 268/24 269/1 269/4 269/10 271/10 304/20 304/21 315/3 319/10 322/22 323/7 325/5 347/7 348/8 350/11 362/22 390/18 395/4 396/14 398/11 399/3 433/21 435/7 435/11 435/16 471/7 471/10

**also [28]** 251/13 271/8 300/24 331/7 332/18 370/10 370/12 370/14 370/21 371/25 372/16 376/23 377/15 390/2 397/8 404/6 414/1 417/9 419/15 433/13 443/10 448/11 450/14 450/24 451/12 490/14 492/8 494/20

**alterations [2]** 314/7 314/8

**altercation [2]** 290/13 308/11

**alternates [1]** 257/19

**alternative [1]** 493/25

**although [3]** 270/19 296/13 494/3

**Alvarez [3]** 357/5 357/6 358/2 358/5 358/23 362/11 490/7

**always [2]** 362/20 362/22

**am [13]** 332/20 358/9 371/13 387/9 387/11 392/6 392/8 396/25 442/11 452/16 453/1 470/25 483/15

**ambulance [14]** 354/5 395/19 395/21 398/22 429/6 429/9 429/16 438/2 438/4 440/7 440/7 442/5 447/5 447/6

**AMERICA [1]** 250/6

**American [3]** 439/18 442/7 443/16

**amount [1]** 381/15

**AMR [4]** 442/5 442/6 442/12 449/20

**analysis [1]** 256/16

**and an [1] 442/12**

**Angeles [5]** 250/15 250/23 251/6 255/1 462/15

**anger [1]** 308/15

**angry [7]** 300/10 305/15 305/17 355/14 399/25 406/3 437/25

**animated [1]** 342/1

**another [26]** 260/11 294/21 310/16 316/3 331/17 338/21 339/15 353/7 355/19 357/3 369/5 377/11 377/12 381/23 384/1 384/4 385/16 391/3 400/11 434/13 451/24 458/24 459/25 467/25 471/8 489/6

**answer [24]** 261/2 268/24 278/10 278/11 279/16 282/25 283/13 283/16 285/18 310/25 318/5 363/25 366/24 417/2 417/4 427/24 436/17 437/24 445/18 451/4 466/21 471/5 473/2 486/16

**answered [5]** 274/8 282/24 298/22 328/6 436/16

**answering [1]** 330/7

**answers [5]** 257/25 264/8 305/25 357/10 482/6

**antisocial [2]** 484/7 489/1

**anxious [2]** 321/13 351/20

**any [99]** 257/9 263/22 264/8 264/24 267/14 268/7 270/2 272/3 272/16 275/1 276/20 286/17 288/20 289/13 293/21 297/17 301/18 305/17 307/12 310/18 318/10 318/12 318/16 321/8 321/10 321/13 327/17 328/9 328/11 329/24 329/25 330/8 330/9 330/14 338/5 338/10 339/11 339/22 341/21 344/5 347/14 354/16 354/22 356/10 356/13 358/14 367/20 368/2 368/5 368/5 368/12 368/18 368/20 368/24 370/14 381/7 384/22 384/25 385/4 390/14 393/21 403/18 405/19 405/19 406/5 417/21 425/6 432/3 436/17 438/14 439/12 440/15 440/24 440/25 441/3 441/4 446/4 447/16 451/3 456/24 457/5 458/3 458/16 458/19 459/6 459/13 460/25 466/3 468/22 475/16 476/25 477/8 481/11 482/9 489/22 492/6 493/25 494/15 495/3

**anybody [5]** 305/15 320/4 320/8 410/16 433/12

**anyhow [1]** 305/18

**anymore [2]** 264/17 433/20

**anyone [4]** 284/10 360/4 440/24 483/5

**anything [44]** 256/9 257/7 260/13 262/6 262/20 271/11 275/22 291/22 292/2 310/15 310/19 312/7 312/8 328/16 336/1 336/24 337/17 341/23 342/16 350/9 350/14 350/25 352/20 360/21 388/9 404/17 404/22 407/11 407/18 408/4 409/19 409/22 434/12 441/2 446/17 454/9 458/7 460/12 460/16 466/20 470/3 476/22 483/17 491/5

**anyway [2]** 396/14 459/17

**anywhere [3]** 276/18 302/24 360/9

**apologize [1]** 483/20

**appeal [2]** 250/14 287/17

**appear [5]** 334/5 341/12 354/20 354/23 426/8

**A**

**APPEARANCES [1]** 251/1
**appeared [5]** 338/12 351/23 352/16 440/5 470/7
**appears [2]** 378/22 478/3
**apply [1]** 255/14
**applying [1]** 263/13
**approach [10]** 267/11 285/1 306/2 336/7 357/7 413/2 444/3 470/15 470/19 476/14
**approached [8]** 274/19 303/6 308/16 308/16 308/18 334/12 337/25 409/9
**approaching [2]** 335/4 336/23
**appropriate [1]** 491/16
**approximately [6]** 302/6 302/22 345/19 359/18 396/5 429/13
**are [77]** 255/17 257/15 257/16 259/9 259/18 261/2 261/15 264/10 270/12 276/21 282/11 291/12 296/10 298/15 302/11 304/15 309/14 319/16 323/22 323/23 326/18 332/18 333/15 357/2 358/7 368/12 370/11 370/12 371/12 375/4 379/20 381/15 384/18 387/8 387/10 407/2 415/25 427/7 428/8 429/6 429/9 429/16 433/3 434/13 434/18 436/14 437/10 439/25 441/3 441/13 442/10 445/21 446/1 452/24 458/19 461/9 461/17 463/15 466/17 473/8 475/8 475/18 476/16 482/13 482/19 483/7 483/15 484/2 484/5 484/5 487/7 487/8 488/23 489/2 489/9 489/18 491/6
**area [14]** 280/21 317/6 317/7 327/7 337/2 337/19 340/14 343/18 353/1 353/12 356/4 356/7 386/16 415/4
**areas [3]** 373/22 434/15 487/10
**aren't [1]** 489/20
**argue [1]** 490/14
**argument [6]** 267/23 271/4 305/15 435/8 486/15 486/25
**argumentative [2]** 427/22 459/15
**arguments [2]** 265/5 489/2
**Army [2]** 401/15 401/16
**around [37]** 258/2 276/5 284/24 286/7 287/6 291/11 315/6 315/7 318/15 334/3 335/21 338/5 347/2 347/24 353/23 354/2 355/11 360/8 361/6 362/15 366/5 372/5 372/7 391/5 392/3 392/5 402/19 406/9 416/12 423/3 425/11 426/19 426/22 428/19 448/21 450/24 493/7
**arrangements [3]** 364/3 367/13 368/12
**arrest [16]** 283/19 283/21 283/22 292/21 296/19 296/23 326/24 351/14 455/20 457/10 457/11 457/12 458/1 458/23 474/3 474/9
**arrested [5]** 297/2 297/9 455/13 455/16 456/22
**arresting [1]** 457/14
**arrival [2]** 449/10 449/11
**arrived [6]** 372/8 372/9 399/3 446/25 447/1 471/7
**arriving [1]** 479/2
**arrow [3]** 414/14 414/18 414/19
**as [124]** 255/14 255/15 257/4 258/3 263/7 263/10 263/11 265/5 265/5 271/3 276/6 277/10 279/11 292/16 292/16 293/18 293/22 293/22 297/12 299/12

**appearances**
299/17 303/6 303/11 305/4 305/4 305/7 305/8 305/8 305/19 306/1 306/1 306/7 306/15 306/15 306/17 306/17 309/14 309/23 310/6 310/16 314/8 314/17 315/5 315/9 319/10 319/10 324/19 325/2 334/11 335/3 336/16 341/18 341/21 344/25 348/4 352/19 358/13 360/15 360/15 362/2 370/8 371/24 372/15 374/4 374/4 375/5 376/9 378/5 378/5 380/7 388/17 389/11 389/18 401/21 402/9 404/22 405/21 407/2 408/12 413/3 413/12 416/10 419/10 424/17 433/23 434/1 435/10 436/23 436/23 437/15 439/6 443/17 443/18 443/18 446/6 447/4 450/5 451/5 452/24 464/19 466/20 466/20 467/24 469/4 469/8 475/4 475/8 475/20 475/20 476/8 481/21 481/21 482/21 484/6 484/18 485/17 486/9 486/10 490/11 491/2 492/23 492/23 492/25 492/25
**aside [1]** 329/24
**ask [42]** 259/21 264/24 271/8 284/13 284/15 285/5 307/6 307/12 311/24 316/3 326/2 326/4 327/24 346/10 363/18 380/18 381/6 381/19 391/3 395/10 395/19 413/17 420/18 421/22 425/4 432/25 433/4 434/4 434/5 434/15 436/17 444/7 455/13 455/15 456/2 456/6 456/7 460/5 466/9 472/1 482/18 488/16
**asked [55]** 262/9 263/25 264/8 264/9 268/13 273/23 274/8 281/7 281/10 282/5 282/24 298/22 304/12 307/5 307/19 309/20 316/22 318/5 318/14 318/20 321/24 322/2 325/23 328/6 335/5 337/14 339/10 339/16 345/18 348/13 350/14 350/23 368/9 375/22 381/3 389/13 398/15 407/7 407/12 407/16 407/19 409/20 411/1 427/20 430/13 435/4 436/5 436/12 436/16 455/16 466/10 466/25 474/9 480/15 486/14
**asking [23]** 264/7 266/1 266/12 275/1 281/8 281/9 281/12 281/14 282/5 282/6 283/2 286/3 290/2 295/11 307/7 323/22 323/23 329/22 349/1 350/2 437/17 473/9 483/7
**aspirin [2]** 447/20 450/2
**assault [4]** 296/15 296/18 305/14 494/12
**assaulted [3]** 298/13 328/15 328/15
**assessment [1]** 292/6
**assigned [3]** 328/23 328/25 463/8
**assistance [2]** 382/19 425/6
**ASSISTANT [1]** 251/4
**associated [2]** 321/18 418/7
**assume [1]** 494/6
**assumed [2]** 338/22 482/15
**assuming [1]** 482/20
**assured [1]** 330/25
**at [282]**
**attach [1]** 319/15
**attack [5]** 299/4 319/15 339/16 342/21 449/22
**attempt [2]** 274/7 479/12
**attempted [1]** 259/22
**attending [4]** 287/1 444/23 444/24 445/8

**attention [12]** 257/5 257/9 274/7 274/12 275/20 291/8 291/8 291/17 336/12 357/14 476/19 479/13
**attorney [3]** 251/2 262/15 461/14
**attorney's [1]** 461/12
**ATTORNEYS [2]** 251/4 251/8
**audio [1]** 467/16
**auditory [1]** 292/1
**authority [3]** 483/6 483/9 489/23
**avoid [1]** 293/23
**aware [10]** 285/25 288/24 289/1 300/15 300/17 300/18 306/10 324/4 368/12 460/14
**away [49]** 277/23 282/16 284/12 292/10 292/15 292/18 292/19 293/8 293/12 293/15 294/18 295/6 295/11 296/11 296/17 300/1 304/18 307/4 315/5 321/3 324/11 324/12 324/15 324/20 327/6 329/16 329/17 337/24 337/25 349/7 351/6 351/18 359/6 366/18 374/10 377/17 377/18 389/18 405/11 407/6 412/20 422/18 422/20 422/23 423/4 424/11 428/3 429/10 467/6
**awkward [1]** 427/4

**B**

**B-r-i-o-t [1]** 462/5
**B-r-o-n-s-o-n [1]** 468/13
**B-r-o-w-n [1]** 369/22
**back [67]** 256/2 263/16 271/7 271/25 272/8 272/22 277/16 279/8 280/12 280/20 289/25 292/15 292/17 292/17 292/18 293/7 300/20 302/7 304/17 307/2 317/4 317/5 317/6 317/7 321/7 327/7 327/12 335/16 336/24 337/7 347/24 351/13 353/11 353/13 354/2 367/14 371/7 376/13 379/19 379/19 383/25 395/1 395/20 404/4 406/10 407/22 410/8 412/12 419/20 422/17 422/18 423/10 423/13 423/14 425/14 425/17 425/21 426/19 426/23 428/7 429/15 434/3 437/5 444/15 472/4 472/16 486/10
**backed [2]** 404/20 404/20
**background [2]** 289/11 487/16
**backing [3]** 307/4 307/4 404/22
**backs [1]** 292/19
**backup [1]** 277/21 277/22
**backward [1]** 392/7
**backwards [1]** 392/9
**bad [10]** 257/16 261/15 289/21 339/13 482/4 483/1 484/4 486/21 487/3 487/19
**badge [1]** 307/6
**badgering [1]** 269/16
**bags [1]** 372/17
**bail [1]** 490/7
**bailed [1]** 260/23
**balling [1]** 305/14
**banged [3]** 405/16 405/17 405/23
**banging [9]** 337/20 337/21 405/19 405/25 421/1 421/16 421/24 422/10 449/1
**bankruptcy [1]** 290/5
**Bar [1]** 427/19
**barcode [3]** 374/24 375/2 375/15 375/21 376/10
**barcodes [2]** 374/7 375/5

barely [1] 291/4
Base [3] 376/12 376/19 376/24
based [6] 267/15 268/7 364/17 435/12
447/13 482/19
basically [13] 257/8 263/21 274/25
317/12 335/3 370/16 407/2 427/3
433/19 434/1 456/14 472/13 484/21
basin [3] 374/21 374/23 375/20
bathrooms [1] 287/2
baton [1] 463/19
be [155] 255/19 257/14 257/16 257/22
258/14 258/15 258/18 261/19 263/9
264/2 264/14 264/20 264/21 265/9
266/2 266/23 267/23 269/6 269/23
270/16 271/19 272/20 276/23 281/17
296/17 297/5 300/14 300/25 301/1
303/23 305/7 306/3 306/13 308/7 309/8
315/13 315/24 316/4 318/22 319/3
319/14 323/15 330/25 331/24 338/12
339/15 341/12 342/8 342/10 344/6
348/2 348/3 351/23 354/20 354/23
356/6 357/21 359/21 364/12 364/12
364/18 365/12 365/12 365/18 365/18
365/21 366/10 366/14 369/14 379/18
382/24 383/9 383/18 385/25 393/10
400/19 402/17 404/8 406/19 419/15
419/17 423/1 426/9 432/22 432/24
434/23 435/1 436/13 437/5 440/5 440/8
440/22 441/17 442/15 442/15 444/14
447/20 448/12 448/15 448/18 448/22
448/24 449/7 450/8 450/23 450/24
451/14 452/5 453/20 454/16 455/9
456/17 457/14 461/25 464/12 464/19
468/5 471/12 475/15 477/10 479/24
480/2 480/4 481/23 482/3 482/5 482/21
482/25 483/18 484/8 485/13 485/16
485/23 485/24 486/6 486/11 487/7
488/7 488/15 488/19 489/2 489/4
490/17 490/19 491/22 492/3 492/4
492/4 492/10 492/12 492/15 492/17
493/19 493/24 494/7
bears [1] 436/8
beat [1] 296/18
beating [3] 301/17 351/2 448/22
beats [1] 446/4
became [6] 289/9 322/4 322/18 362/10
362/12 469/2
because [110] 255/21 260/17 260/24
261/3 261/7 261/20 262/13 262/23
263/19 263/25 264/10 265/22 266/4
266/13 267/19 267/21 269/12 271/5
271/12 273/20 277/15 278/13 278/17
279/19 279/21 280/3 281/18 284/16
284/21 289/18 289/19 291/23 294/1
295/21 295/25 296/7 299/21 301/11
302/12 305/4 305/11 308/20 308/22
315/17 315/21 318/21 319/11 319/16
321/11 321/16 323/11 323/20 326/14
336/12 337/2 337/19 339/10 339/24
347/7 348/12 349/17 350/11 354/10
356/4 356/4 356/9 364/19 377/15 381/2
388/6 390/15 390/22 393/13 394/5
394/24 395/20 396/6 396/21 398/25
398/25 410/20 417/12 420/24 433/12
433/20 434/8 434/23 435/5 435/5 440/1
440/16 455/22 457/5 457/12 458/11

458/23 461/11 467/1 471/21 472/13
477/15 482/2 482/5 483/15 485/15
486/13 486/13 486/25 493/1 493/14
become [3] 433/10 486/2 487/24
becomes [1] 461/15
becoming [1] 261/16
BEDNARSKI [32] 251/7 251/7 255/10
258/20 265/1 267/13 269/15 272/24
297/6 307/5 320/15 322/10 326/5
356/25 379/7 379/21 380/12 400/3
438/10 438/21 439/14 449/14 453/22
457/22 458/14 460/8 467/25 474/7
478/17 481/3 481/24 491/20
Bednarski's [1] 433/23
Bee [10] 277/16 280/12 327/1 327/6
327/12 371/24 476/21 478/24 479/5
479/19
been [64] 255/20 267/22 271/6 277/22
283/24 284/11 287/9 301/19 303/11
306/8 306/9 306/22 314/17 315/14
322/20 324/23 327/11 336/17 339/13
339/14 340/24 341/19 344/11 352/2
359/2 362/15 362/17 364/23 366/20
370/18 371/2 371/23 372/15 376/10
380/17 380/25 381/19 387/2 387/6
387/12 390/23 390/25 390/25 391/1
397/11 397/17 399/19 401/14 408/17
416/21 441/7 444/20 449/19 462/16
462/21 467/1 476/25 477/1 477/1 480/3
486/21 490/8 491/9 492/15
before [59] 263/8 268/13 279/20
286/11 286/14 286/22 286/25 287/4
287/24 289/7 298/2 298/16 302/19
304/6 304/19 308/8 308/11 308/18
323/22 327/10 330/24 331/24 340/19
341/6 343/3 350/23 351/5 357/21
362/16 362/18 362/22 363/22 369/14
370/20 371/3 371/4 385/25 388/8
390/10 390/21 400/19 403/13 406/24
421/14 427/12 430/17 433/23 439/4
441/17 449/22 452/5 460/24 461/25
468/5 468/22 469/2 470/25 480/24
484/3
beforehand [1] 390/24
began [1] 306/20
beginning [3] 257/18 274/21 274/22
behavior [8] 323/15 329/15 455/10
455/21 483/5 483/13 484/16 489/1
behaviorally [1] 352/21
behind [28] 273/6 273/10 273/13
273/24 277/9 278/7 278/14 289/5 315/6
315/25 316/8 323/17 324/1 324/13
324/16 335/20 336/14 338/23 338/24
388/18 389/15 389/19 392/4 394/20
395/5 395/24 397/16 479/8
being [38] 260/19 262/4 262/10 263/2
263/4 263/5 271/24 291/13 291/24
298/21 299/2 306/1 306/4 307/21
307/23 307/25 308/2 326/18 332/18
361/9 361/11 363/15 366/10 366/18
366/18 382/1 382/14 399/18 416/11
417/16 430/1 430/2 451/12 457/5 457/8
458/24 464/5 488/2
being sincere [1] 263/2
believable [1] 265/19
believe [29] 260/9 281/1 286/24 289/6
302/22 305/3 310/20 311/1 335/15
336/2 340/22 340/23 343/4 346/15

371/15 384/3 392/9 394/9 395/3 413/9
438/7 458/6 459/9 461/10 465/2
465/5 465/19 491/11 493/23
believes [1] 435/3
belligerent [1] 290/19
below [2] 286/11 376/25
bench [7] 267/12 357/8 439/10 460/4
466/8 476/15 477/19
Bernardino [3] 282/15 372/2 462/15
beside [1] 319/19
besides [4] 324/18 338/10 368/18
458/19
best [4] 308/5 395/5 486/25 492/11
better [7] 278/13 309/8 309/14 315/14
478/14 482/25 493/15
between [22] 270/18 276/18 276/24
294/5 294/20 324/14 327/9 327/11
343/25 344/3 359/3 360/16 368/13
375/13 377/18 389/21 421/17 421/20
423/14 428/2 429/14 429/18
beyond [4] 312/14 317/13 318/9
450/19
bias [11] 256/16 257/5 257/11 257/15
257/24 260/8 261/12 268/13 268/14
433/18 435/12
biased [2] 261/16 434/1
Bible [1] 332/23
big [4] 280/23 370/8 431/21 461/2
bill [3] 378/22 378/22 378/24
bills [1] 355/13
bit [8] 258/12 322/24 344/7 344/8
349/7 377/1 383/5 434/11
black [22] 288/14 288/16 303/7
303/8 303/13 324/5 338/7 338/11
338/23 339/21 350/16 375/3 384/5
389/4 389/4 397/7 397/21 397/23
443/20 464/4 469/18
black-handled [1] 464/4
blinds [1] 372/15
blood [11] 440/3 445/13 445/15
445/20 446/5 446/6 446/10 446/11
448/11 448/24 449/2
blowing [3] 377/13 377/16 377/21
blue [24] 345/7 345/9 345/11 396/3
403/8 405/15 405/21 413/11 414/4
414/4 414/7 414/8 414/25 415/4 415/9
416/3 416/3 420/10 420/12 420/18
420/21 421/7 421/16 421/21
bodily [1] 438/1
body [1] 352/20
book [1] 443/3
border [2] 371/4 371/10
borrow [2] 348/20 395/10
both [19] 265/4 269/7 269/9 291/1
291/15 291/16 291/25 311/13 311/13
372/9 373/21 374/22 382/12 384/18
404/19 406/23 409/1 446/1 464/19
bottom [6] 287/24 376/9 409/13
409/14 464/3 464/4
bought [3] 380/19 406/23 406/25
Boulevard [1] 251/9
box [5] 374/9 374/10 374/11 377/3
377/7
boxes [3] 374/1 374/15 375/9
boyfriend [1] 358/25
boys [1] 407/2
brain [5] 483/10 484/6 484/8 484/15
489/1

**B**

**brakes** [2]  316/17 408/16
**brand** [1]  374/9
**breadth** [1]  486/21
**break** [12]  259/12 263/21 327/21
327/24 330/16 337/22 379/8 432/1
432/5 436/13 478/8 482/2
**brief** [5]  259/12 281/15 397/6 397/7
431/24
**briefed** [1]  480/21
**briefly** [2]  335/1 442/13
**bring** [7]  259/19 265/17 265/17 272/9
481/20 487/2 495/1
**Briot** [11]  282/11 282/13 282/13 460/1
460/3 460/16 460/17 461/20 462/5
462/9 462/9
**Briot's** [1]  460/6
**broad** [2]  300/3 483/11
**Bronson** [4]  453/3 468/1 468/2 468/12
**Bronson Graham** [3]  453/3 468/1
468/12
**brother** [1]  491/4
**brothers** [1]  407/3
**brought** [5]  267/17 267/22 268/12
283/6 490/7
**brown** [5]  369/9 369/10 369/19 374/6
380/2
**bruises** [1]  260/24
**buckled** [1]  319/18
**build** [1]  323/11
**building** [4]  250/22 332/17 332/18
341/3
**built** [5]  284/24 286/9 286/10 323/13
406/24
**bumper** [3]  316/14 316/15 316/16
**bunch** [4]  387/20 387/24 398/19
477/15
**business** [7]  377/10 377/18 378/12
378/13 384/21 440/17 443/17
**but** [143]  258/10 258/24 258/25
260/16 260/19 260/22 260/23 261/9
262/1 264/4 265/19 265/22 266/2 266/4
266/7 266/10 266/12 266/16 267/1
267/4 267/7 267/8 268/5 268/23 268/24
269/4 269/9 269/23 282/6 282/7 287/1
290/22 290/23 294/22 297/5 299/13
299/18 307/2 308/5 308/17 308/22
310/17 314/11 321/20 326/16 326/19
327/24 331/25 333/7 333/25 337/13
338/22 339/16 340/14 345/22 346/18
348/14 349/13 352/2 352/5 354/5
357/12 357/22 358/15 361/6 363/16
368/10 369/15 375/10 375/16 375/20
376/11 376/23 377/5 377/15 381/15
383/3 384/8 386/1 387/3 387/23 387/25
388/9 391/16 392/4 392/9 394/2 394/9
394/19 395/19 397/10 397/23 400/20
406/11 406/14 420/24 430/4 432/19
435/16 436/12 436/23 440/13 440/20
440/21 441/18 443/21 447/2 447/18
447/21 452/6 457/18 459/16 460/20
461/6 461/15 462/1 463/18 464/11
468/6 473/6 475/9 481/19 481/22 482/8
482/18 483/5 483/16 483/19 484/22
485/12 485/24 486/1 486/5 486/8 487/1
488/4 489/3 489/7 489/22 492/4 492/10
492/11 493/17

**button** [1]  345/6
**buttons** [1]  360/22
**buy** [4]  374/5 375/19 375/20 463/21
**bystanders** [7]  280/18 294/22 311/10
316/6 321/17 323/2 324/10

**C**

**CA** [1]  250/23
**Cabinet** [2]  376/12 376/20
**cabinets** [3]  334/7 361/21 364/15
**cabinetwork** [1]  341/20
**CAITLIN** [1]  251/8
**Cal** [4]  442/17 444/25 447/19 450/3
**caliber** [1]  308/4
**CALIF** [1]  255/1
**CALIFORNIA** [11]  250/2 250/15 251/6
251/10 333/6 371/5 372/1 379/3 401/15
401/24 445/5
**call** [75]  262/16 262/16 273/16 277/24
278/6 280/6 281/20 327/5 337/14
337/19 339/7 339/9 339/16 339/17
349/1 349/12 349/13 349/15 349/24
350/14 350/21 350/23 371/8 371/15
373/20 375/16 377/12 388/5 395/14
395/19 398/16 399/1 399/16 410/11
420/19 425/2 433/9 433/11 443/12
444/15 444/19 447/5 453/8 453/16
454/8 454/18 455/6 455/21 458/1 458/6
458/25 460/1 464/25 465/4 465/7
465/15 466/5 466/11 466/13 466/15
466/18 466/22 467/8 467/16 467/19
469/5 469/9 469/11 471/22 472/4
472/12 474/12 492/2 492/9 493/2
**called** [37]  273/16 273/19 273/20
277/21 281/25 283/7 283/11 310/4
313/2 317/8 325/4 327/2 327/7 339/11
349/9 370/10 370/14 370/15 375/17
377/19 398/11 398/24 410/24 413/8
427/20 440/6 442/22 446/20 446/23
450/15 452/15 453/18 465/9 471/22
472/16 476/5 476/6
**calling** [4]  291/25 292/4 399/18 492/17
**calls** [20]  331/19 357/5 363/7 363/23
367/4 369/8 385/19 400/14 416/18
423/24 429/19 440/17 442/16 442/23
442/25 443/2 451/1 454/22 458/3
472/22
**calm** [5]  351/23 352/16 354/20 397/18
423/8
**came** [43]  255/22 276/12 285/24 302/7
302/23 304/17 321/23 333/22 337/7
337/8 337/14 346/7 347/24 350/12
350/23 351/5 351/6 352/8 354/2 363/5
363/21 371/20 375/17 375/21 375/23
388/18 389/9 389/10 389/15 391/10
391/19 395/20 405/11 410/8 421/16
425/14 425/17 425/21 431/10 438/2
440/2 488/8 491/7
**camera** [1]  383/13
**campaigning** [1]  454/19
**campground** [1]  290/11
**campgrounds** [3]  287/1 287/2 290/11
**can** [125]  256/2 256/20 256/20 257/1
259/25 260/6 261/19 263/15 263/16
265/20 266/1 266/4 266/7 267/3 267/4
267/7 268/23 269/7 269/25 272/13
279/16 282/13 297/7 299/4 300/14
303/12 304/19 305/24 310/7 310/10

310/25 318/22 326/2 326/4 327/23
331/1 338/12 334/6 334/14 334/18
335/1 336/3 336/22 338/6 338/12
342/19 343/20 343/20 345/4 345/5
345/6 345/12 345/16 345/18 345/25
355/21 366/24 375/16 376/9 376/15
380/7 383/4 392/18 393/1 393/8 395/15
395/24 397/13 402/7 402/9 402/12
412/15 412/18 413/25 414/7 414/11
414/14 414/18 415/4 427/24 431/23
433/4 435/11 438/23 441/7 442/12
444/21 444/22 445/18 446/22 448/12
448/18 449/1 450/8 450/16 451/14
451/22 460/6 467/10 467/10 470/13
470/15 472/1 472/5 472/6 472/14 475/3
476/14 476/16 477/14 478/8 481/5
482/7 482/16 482/18 482/25 483/16
487/2 489/3 490/23 492/14 494/14
494/16 494/19 494/25
**can't** [20]  264/21 276/21 308/17
319/18 336/2 340/23 363/8 404/7 404/8
417/20 417/23 419/14 419/14 423/11
434/15 470/11 477/14 483/19 488/5
491/15
**cannot** [4]  256/25 258/25 269/2 366/6
**Canyon** [10]  277/16 280/12 327/1
327/6 327/12 371/24 476/21 478/24
479/5 479/19
**capacity** [2]  287/7 462/13
**captain** [3]  282/18 462/14 462/19
**car** [140]  273/6 276/2 276/2 276/3
276/3 276/5 277/9 277/20 278/3 278/13
278/25 279/5 279/8 279/9 279/11 280/7
280/16 288/13 288/14 288/16 288/18
289/4 289/5 289/6 290/17 290/19
290/20 290/22 290/24 291/4 291/11
291/19 292/10 292/11 292/22 292/23
293/7 293/12 294/8 294/10 303/7
303/13 303/19 304/1 306/21 311/9
314/25 315/2 315/3 315/9 318/15
319/11 319/14 320/24 321/3 323/18
323/25 335/16 337/2 337/4 337/21
337/25 338/2 339/21 339/24 343/2
347/16 348/6 348/9 348/10 348/15
348/16 350/1 350/16 350/20 350/21
351/11 351/18 351/22 354/6 355/25
384/5 384/9 384/10 384/13 384/18
388/15 388/19 389/11 389/15 392/2
392/5 392/11 394/18 394/19 395/3
395/6 395/10 395/24 395/24 395/25
397/7 397/21 397/23 405/8 405/15
405/21 405/23 408/2 408/9 414/4 414/4
414/8 414/12 414/15 414/22 414/25
416/3 416/4 419/10 420/10 420/12
420/18 420/21 421/7 421/9 421/14
421/16 421/21 421/24 422/10 422/13
422/15 422/18 425/9 425/9 449/1
477/10 477/12 479/9
**card** [12]  377/10 377/19 378/2 378/12
378/13 378/14 381/1 381/2 381/7
384/21 384/23 385/1
**cardboard** [3]  373/15 376/13 377/3
**care** [5]  439/18 440/10 440/19 443/13
447/4
**careful** [1]  297/6
**carefully** [1]  453/22
**caring** [1]  365/3
**carpet** [4]  372/15 373/19 373/20 380/8

**C**

carry [1] 309/6
carrying [1] 339/23
cars [9] 318/16 338/5 338/10 372/10 389/22 399/2 405/20 408/23 417/24
case [56] 252/5 252/7 255/13 257/9 258/1 258/5 260/8 261/1 263/22 264/14 266/6 267/16 268/10 268/11 269/15 269/25 270/4 270/12 270/14 270/23 270/25 271/3 273/1 296/24 305/5 305/9 305/11 306/13 308/5 313/15 319/17 322/22 323/11 323/13 326/16 329/22 330/14 330/15 371/12 371/14 378/16 379/9 379/10 423/20 424/8 432/2 432/3 435/2 436/20 439/1 460/25 476/2 481/11 481/11 490/19 492/1
CASE-IN-CHIEF [4] 252/5 252/7 273/1 439/1
cases [6] 269/7 270/1 270/18 270/19 433/14 494/4
CASSIE [1] 251/3
catch [1] 390/9
cause [2] 256/22 382/10
caused [5] 328/15 347/1 435/13 484/5 484/8
causes [1] 483/10
cautious [1] 309/5
Center [1] 371/8
CENTRAL [1] 250/2
certain [7] 261/20 267/7 306/2 413/21 443/1 443/8 463/9
certainly [10] 267/24 369/21 448/18 482/18 483/16 487/2 487/21 487/22 488/9 491/17
CERTIFICATE [1] 496/1
Certified [2] 358/7 358/15
certify [1] 496/3
Chad [20] 261/20 261/23 273/2 334/22 387/24 388/2 389/10 389/11 389/17 391/15 393/13 394/20 394/23 394/25 395/2 395/4 397/13 397/14 413/22 462/25
Chad Ellsworth [4] 334/22 394/25 413/22 462/25
Chad's [1] 394/21
chain [2] 301/14 463/5
challenge [2] 256/22 263/18
chance [3] 257/16 305/4 481/22
change [1] 255/24
changed [3] 340/1 434/15 434/16
characteristic [1] 484/7
characterization [1] 490/8
characterize [2] 305/21 305/23
characterized [4] 305/19 437/14 437/21 437/23
characterizes [1] 490/10
charge [3] 299/13 299/18 299/21
charged [4] 299/15 301/9 307/13 455/15
charges [7] 325/21 325/22 326/8 328/9 456/24 457/5 485/21
chase [2] 408/23 408/24
chased [1] 410/20
chasing [1] 339/25
check [9] 259/13 272/15 284/4 284/22 316/23 368/10 368/19 446/7 464/16
cherrypicked [1] 486/24

chest [8] 429/1 446/18 446/24 447/16 447/17 447/18 447/21 447/22
chief [7] 252/5 252/7 273/1 312/11 401/21 401/21 439/1
Christensen [3] 255/17 258/5 270/19
CHRISTOPHER [1] 251/3
CHRONOLOGICAL [1] 252/9
church [1] 332/19
circle [1] 413/13
circled [1] 415/22
Circuit [5] 268/10 268/11 270/8 270/10 270/25
circumstance [1] 464/16
circumstances [6] 297/18 298/17 301/11 368/18 368/20 483/14
citation [1] 270/7
citations [1] 269/25
cite [2] 270/25 271/16
cited [1] 433/14
CITP [1] 371/9
city [1] 288/3
claim [2] 280/15 329/13
clarify [3] 282/13 314/11 488/12
clean [2] 387/10 387/12
cleaning [2] 290/10 290/11
clear [11] 257/22 345/6 345/8 345/13 402/17 406/19 415/2 415/3 433/16 436/14 449/7
clearly [3] 270/15 387/1 467/4
clerk [2] 470/23 493/14
client [4] 340/17 478/7 487/19 492/9
client's [1] 363/20
clock [1] 464/20
close [9] 316/13 316/16 323/17 338/25 366/10 408/9 408/15 433/17 493/13
closed [1] 430/4
closely [2] 338/24 389/20
closer [2] 358/19 366/18
closeup [2] 373/9 374/21
closing [1] 493/11
clouded [1] 264/1
clouding [5] 257/6 260/8 261/12 261/18 433/19
clumps [2] 344/1 344/3
CM [1] 250/21
Code [1] 496/4
cold [1] 460/22
collected [2] 302/21 304/16
color [1] 495/1
Colorado [1] 251/9
combination [1] 401/15
come [28] 256/2 256/11 259/21 263/15 265/10 267/8 271/5 284/11 315/16 315/18 333/5 333/8 342/21 347/17 350/19 371/16 372/20 381/4 407/22 409/9 417/6 417/9 427/13 429/23 430/20 434/3 478/10 482/9
comes [14] 255/24 265/22 268/9 302/11 307/2 319/22 324/3 330/24 348/4 374/6 392/21 426/5 428/7 429/15
coming [14] 260/17 280/3 280/8 321/16 335/4 382/16 396/19 397/13 402/24 405/15 409/11 481/24 484/13 490/12
command [5] 301/14 454/12 454/20 455/3 463/5
comment [2] 261/11 458/22
comments [1] 434/25

commit [2] 305/5 457/16
committed [6] 305/3 306/3 457/13 457/18 458/7 458/12
common [2] 302/12 304/22
commotion [5] 335/20 336/13 343/23 344/19 347/2
communication [1] 278/5
company [3] 287/12 341/7 446/12
complain [8] 429/1 453/24 454/2 465/9 472/24 473/6 473/18 474/2
complained [1] 453/18
complaining [8] 283/11 301/12 307/5 455/4 455/9 455/12 473/13 473/24
complaint [10] 310/12 311/3 311/19 446/20 446/25 449/10 455/20 456/7 456/8 456/17
complaints [1] 446/18
complete [4] 414/18 414/19 443/4 443/13
completed [2] 380/22 437/7
completely [2] 361/15 361/20
completeness [1] 432/20
complicated [1] 326/15
complies [11] 402/8 402/13 413/15 414/2 414/10 414/13 414/17 414/20 415/1 415/10 446/23
compound [1] 473/22
concern [10] 258/9 258/13 271/12 305/12 312/4 313/18 313/25 318/6 321/12 487/6
concerned [7] 278/8 308/22 308/24 321/17 323/21 440/23 490/4
concerning [4] 368/13 453/9 454/21 471/12
concerns [2] 272/4 314/9
concluded [3] 258/23 258/24 495/7
conclusion [6] 259/5 259/8 266/10 435/17 435/17 490/11
conclusions [1] 484/14
condition [2] 356/17 486/16
conduct [5] 300/10 326/10 472/25 473/7 473/8
Conference [1] 496/9
conferred [17] 288/11 320/12 339/5 339/19 340/7 353/4 356/21 361/24 369/7 385/9 398/9 399/6 411/6 449/5 459/22 465/23 478/7
confidential [1] 321/7
confidentiality [1] 321/11
confirm [1] 350/7
conformance [1] 496/8
confrontation [1] 293/23
confused [1] 494/1
conjunction [1] 442/16
connection [3] 439/19 442/12 475/19
consensual [3] 313/2 313/3 313/6
consider [9] 265/7 265/8 297/18 298/2 298/16 370/13 484/23 488/13 488/16
considered [4] 433/14 446/1 487/15 488/20
considering [2] 484/15 486/9
consistent [1] 451/12
construction [3] 341/6 341/9 341/10
consult [1] 483/23
contact [13] 288/23 288/25 296/3 299/10 306/21 317/1 325/10 409/25 441/5 456/15 460/19 469/20 473/15
context [4] 403/15 431/21 432/23

# C

**context...** [1] 486/12
**continue** [4] 257/21 272/24 317/22
447/20
**continued** [1] 422/25
**continuing** [1] 391/23
**continuum** [1] 486/13
**contra** [1] 488/24
**control** [1] 295/25
**conversation** [25] 281/15 282/2
296/10 309/20 309/22 310/3 310/21
310/22 313/1 313/3 313/3 324/14 325/8
335/2 407/20 407/21 431/4 431/6 439/8
465/12 469/23 471/15 471/18 491/8
491/13
**conversations** [1] 365/17
**convictions** [5] 482/4 484/4 489/16
489/17 489/20
**cooperative** [1] 460/17
**coordinates** [1] 372/11
**cop** [5] 257/17 308/23 309/3 309/3
404/8
**copies** [4] 282/11 490/25 495/1 495/2
**cops** [6] 257/15 257/15 257/15 257/16
261/15 261/15
**copy** [10] 255/8 281/13 282/7 330/25
331/3 460/8 460/10 470/13 470/22
494/19
**corner** [14] 294/15 337/8 338/13
344/11 345/5 346/2 375/3 377/3 380/7
393/4 409/1 415/3 415/9 416/6
**Coronado** [1] 460/24
**Corporal** [1] 471/9
**correct** [122] 273/22 275/6 276/3
276/4 276/7 276/13 276/14 276/17
277/13 277/17 278/11 280/17 282/4
283/21 284/2 284/25 285/10 285/12
285/21 286/15 286/24 287/2 287/3
287/10 287/11 287/15 287/25 288/1
289/11 289/12 289/14 290/18 293/21
294/7 294/19 294/23 295/4 296/21
297/10 303/24 314/22 315/3 315/11
316/8 320/25 321/5 324/8 327/15
327/16 341/4 341/10 347/5 353/9
362/19 364/5 364/7 364/23 365/1 365/3
390/12 391/12 391/22 393/6 396/23
397/3 412/22 415/21 415/23 416/2
416/5 416/9 416/23 417/5 417/8 417/14
418/13 418/16 418/18 418/21 418/24
419/9 419/12 419/22 420/17 422/8
423/5 423/6 423/9 424/9 424/18 425/16
426/7 426/21 427/6 427/8 427/16
427/18 428/10 428/13 428/16 428/18
428/22 428/25 429/5 429/8 429/25
430/7 430/10 430/12 430/24 431/5
450/2 454/7 456/16 457/7 457/20
463/10 465/10 471/19 474/24 480/25
496/5
**correctional** [1] 483/2
**correctly** [3] 376/6 379/2 397/9
**corrupt** [1] 260/10
**cosmetic** [1] 364/13
**could** [59] 263/1 264/20 266/4 280/19
293/22 293/23 295/7 299/3 299/5
304/20 308/4 308/8 318/11 327/11
335/22 336/1 336/5 336/11 336/13
336/19 337/21 339/15 342/24 350/6
350/7 351/20 352/3 352/6 354/8 355/12
360/7 377/16 382/7 387/6 387/20
387/23 388/19 389/11 389/21 390/25
390/25 390/25 391/16 404/11 406/13
406/13 421/11 421/11 421/13 421/19
432/22 450/23 450/24 466/7 466/9
472/9 485/23 486/2 491/21
**couldn't** [18] 291/23 291/24 306/21
308/19 316/15 336/18 336/21 338/22
351/15 353/15 354/10 381/9 391/17
404/17 406/14 409/3 420/24 422/19
**counsel** [35] 255/5 265/6 267/11
288/11 304/5 304/12 305/19 307/19
309/20 313/17 317/9 318/5 318/14
318/20 320/12 331/14 339/5 339/19
340/7 353/4 356/21 357/7 361/24 369/7
385/9 398/9 399/6 411/6 437/14 449/5
459/22 465/23 475/5 478/7 490/25
**countless** [1] 298/12
**county** [9] 442/22 446/13 454/6
467/20 468/19 469/1 469/9 469/11
475/11
**couple** [25] 258/22 285/5 287/4
299/12 299/17 299/25 320/16 320/16
320/18 323/7 327/22 327/23 327/23
354/3 355/19 371/17 381/18 381/22
413/17 419/24 419/24 429/12 429/23
429/23 444/7
**course** [17] 255/23 255/25 258/4
258/5 275/3 290/15 297/13 297/16
297/20 304/24 305/4 307/22 312/19
320/17 435/20 463/9 479/7
**court** [39] 250/1 256/20 257/21 258/14
258/23 258/24 265/3 268/13 268/13
270/4 271/13 271/22 331/24 333/10
357/17 357/21 360/6 369/14 385/25
400/19 403/6 432/16 441/12 441/17
452/5 460/6 461/19 461/25 467/13
468/5 470/13 470/22 476/5 476/6
477/17 478/16 482/11 485/20 494/20
**Court's** [1] 266/21
**courtesy** [1] 310/16
**Courthouse** [1] 251/5
**courtroom** [14] 259/24 266/16 266/17
266/23 272/10 272/19 330/18 331/11
379/14 379/17 432/7 437/4 469/18
481/16
**cousin** [1] 260/7 260/18 261/7 261/17
264/3 269/13 433/18
**cousin's** [4] 262/11 262/19 268/17
271/10
**cousins** [1] 257/11
**covers** [2] 471/15 471/18
**CR** [1] 250/8
**crafting** [1] 493/11
**credibility** [5] 256/7 267/19 267/25
435/1 484/18
**credible** [3] 410/17 430/15 436/10
**credit** [3] 381/1 381/2 381/7
**crime** [15] 297/21 305/3 305/5 305/5
306/3 310/18 327/14 327/17 455/15
455/21 457/14 457/19 458/7 458/12
480/18
**crimes** [3] 370/8 370/12 457/16
**criminal** [4] 371/9 371/9 484/4 488/14
**critical** [1] 270/17
**critically** [1] 271/25
**cross** [35] 252/11 252/20 253/3 265/5

**cross-examination** [23] 265/5 267/21
273/3 340/8 362/6 362/7 379/5 380/14
390/5 390/6 412/2 412/3 437/8 448/3
448/4 457/2 457/3 465/22 480/9 482/4
482/22 484/22 488/22
**cross-examine** [1] 487/1
**cross-examining** [1] 269/16
**crossed** [1] 423/1
**CRR** [1] 250/21
**CRR-CM** [1] 250/21
**crumpled** [1] 478/3
**CSR** [3] 250/1 496/3 496/17
**cul** [13] 303/20 303/21 304/2 315/11
343/8 343/16 344/18 347/22 347/25
392/19 394/1 419/25 426/5
**cul-de-sac** [13] 303/20 303/21 304/2
315/11 343/8 343/16 344/18 347/22
347/25 392/19 394/1 419/25 426/5
**cumulative** [2] 318/25 440/12
**CUNEO** [4] 250/21 496/3 496/16
496/17
**curb** [4] 287/17 300/13 300/20 407/6
**curious** [1] 388/17
**currently** [1] 401/6
**cursing** [1] 306/18
**cushion** [1] 373/20
**customer** [2] 375/12 376/9
**cut** [3] 276/6 443/23 488/10
**cuts** [1] 488/10

# D

**DALE** [1] 250/4
**damage** [1] 484/15
**dangerous** [3] 278/14 278/15 434/14
**DANIEL** [19] 252/17 253/10 385/19
385/20 386/5 406/17 406/19 406/24
408/3 415/25 422/7 425/1 425/17 426/2
426/6 427/5 427/17 461/20 462/5
**Daniel Haug** [1] 385/19
**Daniel's** [1] 407/2
**data** [2] 443/6 443/8
**date** [4] 387/1 415/5 416/10 496/11
**dated** [1] 385/4
**dating** [2] 359/2 359/25
**day** [43] 250/20 283/8 283/22 293/19
296/19 296/23 296/24 301/2 302/6
302/20 312/19 313/2 320/3 329/5 333/5
333/10 333/19 356/17 361/7 371/16
371/21 372/5 373/24 377/13 381/3
381/8 383/12 383/19 386/24 387/16
387/18 403/11 429/19 430/4 433/15
434/2 434/5 434/6 453/8 465/2 465/4
465/6 478/8
**daylight** [1] 300/3
**days** [5] 381/22 412/7 423/20 429/12
429/23
**de** [13] 303/20 303/21 304/2 315/11
343/8 343/16 344/18 347/22 347/25
392/19 394/1 419/25 426/5
**dead** [3] 278/23 278/24 304/2
**deal** [4] 271/19 278/15 345/15 431/21
**dealing** [3] 305/2 325/15 446/12

**D**

**dealt [1]** 325/15

**debris [8]** 372/14 373/2 373/9 373/10 373/15 373/21 377/13 380/6

**decades [1]** 299/2

**decided [4]** 314/20 337/1 433/21 458/6

**decision [17]** 256/12 260/8 263/10 263/20 264/22 267/2 267/9 268/21 268/24 271/6 304/21 483/19 492/2 492/3 492/4 492/8 492/10

**decision-makers [1]** 263/10

**decisions [1]** 265/18

**declared [1]** 290/5

**DECKER [1]** 251/2

**deescalate [5]** 293/22 295/21 295/24 296/21 314/21

**defendant [72]** 250/10 251/7 270/13 285/15 304/13 304/18 306/14 307/5 307/6 307/13 308/8 308/19 311/4 312/10 313/18 313/25 315/7 316/7 316/23 316/23 317/2 318/10 318/16 318/21 319/7 319/8 319/25 328/11 330/25 333/19 335/24 336/16 337/9 337/11 337/14 337/25 339/10 339/12 355/5 355/25 356/6 356/9 356/15 360/11 360/13 360/21 378/16 389/5 399/25 403/9 403/11 403/20 404/5 404/22 405/6 405/9 405/19 408/9 408/12 409/5 410/6 410/13 437/15 438/3 438/3 448/6 449/8 477/21 480/12 480/15 485/3 485/8

**defendant's [16]** 252/20 254/2 315/9 318/15 336/9 413/3 413/12 415/13 415/18 425/19 439/3 452/1 461/20 468/2 480/24 487/16

**Defendant's Exhibit 520 [1]** 413/3

**defense [37]** 252/7 288/11 303/12 304/5 304/12 305/19 307/19 309/20 313/17 314/17 316/22 317/9 318/5 318/14 318/20 340/5 340/7 352/12 353/4 385/9 398/9 399/6 437/14 439/1 439/12 440/24 451/24 459/25 460/24 466/3 467/16 475/23 475/25 484/21 486/14 493/7 493/23

**Defense Exhibit 515 [1]** 467/16

**defenseless [1]** 308/6

**defensive [2]** 300/12 307/1

**definite [1]** 488/9

**definitely [2]** 273/14 293/9

**defuse [7]** 295/23 295/24 389/18 397/14 397/15 407/24 424/11

**degree [1]** 488/18

**deliberate [2]** 263/14 266/18

**deliberation [2]** 257/22 271/4

**deliberations [1]** 270/20

**demanded [4]** 322/16 325/21 326/8 326/23

**demanding [2]** 305/19 306/18

**demeanor [8]** 335/10 336/9 336/15 354/16 354/20 354/22 423/22 470/4

**demonstrating [3]** 299/24 392/7 392/8

**Denver [3]** 376/12 376/19 376/23

**department [18]** 328/16 334/20 404/2 406/6 429/4 442/17 442/17 442/22 463/20 463/22 464/10 464/11 464/15 467/20 468/19 468/22 469/1 475/12

**department-issued [3]** 464/10 464/11 491/5 464/15

**depending [5]** 308/4 327/12 446/12 450/13 486/3

**depicting [1]** 343/16

**Depot [1]** 374/5

**deputies [3]** 427/13 427/20 428/8

**deputy [43]** 273/15 273/16 273/20 273/23 274/11 274/13 274/14 274/17 275/7 275/10 275/11 275/15 275/17 276/1 282/19 283/23 309/21 309/24 310/2 310/4 310/10 310/22 311/1 311/7 311/20 325/4 325/14 327/15 327/17 440/2 453/3 453/3 454/12 454/13 454/20 455/2 457/25 458/19 467/9 468/12 468/18 469/2 478/9

**Deputy Graham [11]** 273/16 273/23 274/11 274/17 275/7 275/10 275/11 275/15 275/17 276/1 309/21

**Deputy Graham's [1]** 309/24

**describe [3]** 337/21 362/2 442/13

**described [2]** 478/20 478/22

**describing [2]** 262/15 355/5

**description [4]** 254/3 479/2 479/3 479/7

**design [1]** 374/7

**designated [1]** 371/25

**desk [1]** 375/12

**despite [1]** 433/22

**destroyed [4]** 361/16 361/17 361/20 361/22

**destroying [1]** 366/19

**detach [1]** 300/22

**detail [1]** 260/18

**details [10]** 275/4 321/8 321/10 322/4 322/18 397/12 397/17 473/12 474/24 475/3

**detect [1]** 291/24

**determination [2]** 269/11 447/12

**determine [6]** 370/9 380/24 381/12 385/1 444/21 444/22

**determined [2]** 457/18 458/11

**determines [1]** 258/14

**DH [2]** 414/1 415/25

**Diabetes [3]** 450/15 450/16

**diagram [2]** 348/2 392/13

**dialed [1]** 394/24

**dictates [1]** 474/25

**did [372]**

**didn't [96]** 260/17 260/21 262/9 262/12 268/20 272/5 275/13 275/13 275/13 277/24 280/10 283/22 284/10 284/13 284/15 290/20 291/22 292/21 292/23 295/9 295/10 299/21 301/5 301/16 301/18 302/15 302/18 304/13 304/14 305/5 305/9 305/12 307/10 307/11 308/15 312/25 318/10 318/10 318/11 319/11 321/8 321/10 321/12 323/13 324/12 325/8 325/17 326/7 327/4 333/23 333/23 333/24 334/13 335/6 336/17 337/2 337/17 339/16 342/5 347/14 348/25 350/9 350/25 351/9 352/5 352/18 354/1 356/6 357/15 364/3 364/9 381/3 390/9 391/14 393/21 394/19 395/19 409/21 409/21 410/10 423/16 424/14 424/15 436/11 447/18 456/3 456/4 456/13 456/14 457/5 457/10 457/11 458/23 483/17 483/19

**Diego [1]** 371/5

**diet [3]** 448/9 448/11 450/9

**difference [1]** 270/18

**different [12]** 257/1 261/8 288/2 288/3 313/4 340/14 342/5 342/11 363/18 374/2 435/5 477/4

**differently [1]** 493/18

**difficult [2]** 292/2 387/5

**digit [1]** 377/5

**dining [1]** 430/3

**dire [7]** 252/11 252/20 253/3 255/22 255/23 257/10 267/17

**direct [23]** 252/11 252/20 253/3 265/4 302/9 308/21 317/4 329/23 332/14 358/21 370/1 386/12 401/4 436/9 442/1 452/13 460/6 461/8 462/7 463/6 468/16 472/9 475/9

**direction [17]** 294/17 295/2 303/20 315/1 315/4 315/21 320/25 335/15 355/17 355/23 377/21 391/11 408/12 408/19 409/9 412/23 414/15

**directly [5]** 304/1 307/16 314/6 316/7 324/12

**dirt [1]** 280/20

**disable [2]** 318/23 319/3

**disappeared [1]** 408/25

**disciplined [1]** 301/19

**discloses [1]** 270/2

**discovery [2]** 439/5 439/12

**discuss [5]** 410/25 431/24 476/14 482/7 494/16

**discussed [1]** 303/18

**discussion [1]** 266/14

**discussions [2]** 365/14 365/20

**disease [1]** 450/15

**dismiss [1]** 270/5

**dismissal [1]** 270/3

**dismissed [1]** 270/16

**disorder [4]** 483/10 484/6 484/8 484/14

**dispatch [10]** 273/20 281/22 325/7 325/13 453/9 469/9 469/12 471/22 472/5 472/13

**displayed [29]** 276/10 287/21 289/2 294/13 303/9 304/3 314/18 343/13 345/2 372/22 373/5 373/12 373/18 374/13 374/18 376/2 377/23 378/9 378/19 380/3 382/22 383/6 383/16 383/23 384/15 392/16 412/13 415/16 463/25

**dispute [1]** 466/12

**disregard [1]** 270/15

**distance [4]** 276/24 316/11 344/7 383/25

**distracted [3]** 269/12 433/20 435/15

**DISTRICT [2]** 250/1 250/2

**disturbance [1]** 382/9

**DIVISION [4]** 250/3 442/5 462/14 462/17

**do [214]** 255/10 255/11 255/11 256/1 256/4 256/17 256/19 256/25 257/1 260/20 263/15 263/16 264/3 264/19 264/19 264/23 265/15 268/4 272/6 272/11 273/7 273/8 280/6 280/10 281/9 281/12 282/7 291/2 291/19 291/25 301/1 304/10 311/20 312/18 312/18

**D**

do... [179] 313/1 313/11 313/13 313/14
316/17 317/10 318/13 318/15 318/18
319/9 320/6 321/24 322/6 328/23
331/23 332/1 332/16 332/16 333/9
333/9 333/11 334/10 335/14 336/25
337/17 340/1 341/20 343/15 346/11
349/12 349/14 350/4 351/2 352/3 352/7
352/14 352/15 352/19 354/13 356/15
357/13 357/20 357/23 360/6 360/13
360/21 363/5 363/21 364/4 367/13
367/13 369/13 369/16 370/3 370/14
371/17 372/24 373/20 376/23 377/5
378/21 381/17 382/1 382/24 383/18
383/21 384/7 384/8 384/18 384/22
384/24 384/25 385/4 385/6 385/24
386/14 386/16 386/19 387/1 387/2
387/2 387/21 388/5 388/11 388/12
391/1 392/18 392/20 393/25 396/2
398/21 400/18 400/21 401/6 401/18
401/23 401/25 402/5 402/14 403/6
403/25 404/8 406/19 406/22 407/21
410/6 410/19 419/14 421/17 421/20
422/23 424/4 427/1 429/18 430/15
431/11 432/9 434/11 435/19 438/1
441/16 441/19 443/19 443/25 444/2
444/15 446/14 451/3 451/25 452/4
452/7 452/17 453/4 453/8 457/16 458/6
458/16 461/3 461/24 462/2 462/11
462/13 464/2 464/2 464/14 464/22
466/4 466/21 466/24 467/25 468/1
468/4 468/18 469/17 469/19 470/15
471/12 473/8 475/21 475/23 476/6
481/19 481/19 481/24 483/7 484/20
484/22 484/25 486/1 488/1 488/7 491/2
491/16 491/18 491/19 491/20 492/6
493/21 494/25

**document [10]** 254/6 254/7 281/9
281/12 282/6 440/18 446/19 471/5
472/8 472/10

**documented [2]** 445/19 446/6

**documents [2]** 440/9 450/4

**does [44]** 259/10 269/10 286/5 292/17
297/23 307/20 307/23 307/25 308/2
311/15 311/17 312/2 313/18 313/25
319/22 331/16 332/21 357/3 369/5
370/7 376/23 378/2 383/3 383/8 383/11
385/16 400/11 426/8 426/22 427/1
427/3 427/9 438/14 438/16 442/6 446/3
451/24 463/2 463/20 469/12 470/13
475/25 486/2 490/15

**doesn't [13]** 271/4 307/24 363/8 433/8
434/3 434/8 451/9 455/23 461/7 461/15
483/4 487/5 490/17

**doing [25]** 278/9 293/23 304/22
306/23 311/20 312/17 320/6 332/24
333/25 334/2 334/5 352/20 361/2 371/2
403/16 404/14 404/22 405/9 406/12
406/14 407/16 421/12 437/21 437/23
475/8

**dollars [1]** 370/14

**don't [163]** 256/4 258/10 258/24
259/13 261/1 261/19 262/13 262/17
263/20 264/15 264/16 264/21 266/3
267/2 267/23 268/2 268/7 268/24
270/19 271/18 272/6 272/15 273/11
274/1 274/5 274/13 275/1 275/9 275/9

275/22 275/25 276/21 276/23 279/4
281/8 281/10 281/14 282/5 282/6
282/10 282/16 289/24 289/24 291/9
291/16 293/4 295/18 296/19 296/23
302/12 302/13 307/7 308/10 308/12
318/17 318/19 319/13 323/3 325/6
325/12 325/12 325/16 325/19 325/25
326/9 326/11 326/25 330/13 331/3
333/7 335/19 336/7 340/10 340/22
341/23 346/18 348/22 352/2 352/10
352/10 352/24 354/16 354/18 359/9
360/7 361/6 362/24 366/7 368/10 379/9
381/2 381/15 384/4 387/22 389/21
390/14 390/23 391/1 391/8 392/3 392/9
394/3 394/9 394/22 396/12 396/19
397/11 397/23 398/1 398/16 398/17
398/23 399/17 404/7 407/23 419/2
419/4 419/5 419/13 421/3 424/2 431/7
432/2 432/13 433/2 433/11 433/12
436/17 440/13 440/20 440/25 441/2
443/21 444/11 449/24 461/1 461/2
461/6 461/10 461/14 465/19 467/7
470/16 475/25 478/11 481/10 482/15
485/10 487/7 487/17 487/21 488/4
488/9 488/25 489/1 489/5 489/17 490/7
491/11 491/17 492/3 493/12 494/6

**done [17]** 268/15 312/7 312/8 328/14
334/7 361/9 361/11 361/14 364/12
366/10 366/15 417/13 417/16 436/20
473/14 473/25 474/3

**door [30]** 292/13 292/16 292/16
312/20 312/21 312/24 312/25 313/13
313/15 313/16 332/22 332/22 333/22
333/22 336/8 338/9 340/19 340/19
340/23 340/24 342/7 343/17 343/17
350/12 351/10 382/13 402/23 418/14
430/4 430/5

**door open [1]** 292/16

**door-to-door [3]** 332/22 340/19
343/17

**doors [7]** 323/7 361/18 384/10 384/10
384/18 419/24 419/24

**dot [2]** 345/9 345/11

**doubts [1]** 270/13

**DOUGLAS [1]** 250/9

**down [57]** 259/23 276/16 276/25 277/6
277/10 278/12 279/20 279/21 279/24
280/5 282/15 295/3 296/1 296/7 300/20
311/12 311/13 316/6 316/13 321/15
322/14 337/7 338/16 344/17 349/20
350/13 352/4 352/6 352/17 352/22
371/5 376/7 376/23 377/20 390/15
390/22 393/8 393/14 393/25 394/4
395/7 396/11 405/10 405/11 405/15
407/7 407/7 407/9 407/10 408/5 419/24
419/24 425/23 451/22 481/5 485/5
485/14

**Dr. [20]** 482/5 482/16 482/20 483/23
484/13 486/3 486/9 487/1 487/8 487/12
488/20 488/22 488/24 490/16 490/16
492/2 492/7 492/12 493/2 493/2

**Dr. Faerstein [3]** 483/23 488/22 493/2

**Dr. Faerstein's [1]** 490/16

**Dr. Victoroff [14]** 482/5 482/16 484/13
486/3 486/9 487/1 487/8 487/12 488/20
488/24 492/2 492/7 492/12 493/2

**Dr. Victoroff's [2]** 482/20 490/16

**draw [2]** 414/7 414/24

**drawing [1]** 494/25

**drew [1]** 299/16

**drive [22]** 294/4 296/19 302/8 303/25
304/1 337/24 337/24 347/22 347/24
349/14 351/6 393/14 401/24 404/1
418/4 425/21 425/22 425/23 426/19
426/23 426/23 449/1

**driver [2]** 347/20 348/22

**driver's [6]** 278/25 292/8 292/13
351/10 392/1 427/7

**drives [3]** 318/16 318/18 426/4

**driveway [10]** 345/22 345/23 404/19
406/11 408/2 410/7 417/25 419/8
423/14 426/24

**driving [30]** 273/6 273/10 273/13
273/24 277/20 288/18 296/16 337/13
338/20 338/21 338/22 348/11 353/25
372/9 388/15 395/7 397/13 399/9
408/19 417/18 417/21 418/9 423/4
423/5 424/11 425/8 425/25 428/3
442/15 476/11

**dropped [1]** 390/9

**drove [25]** 278/22 288/13 294/16
294/20 295/11 320/24 324/7 338/16
348/8 349/6 350/25 353/11 353/13
372/10 377/11 389/12 389/18 394/19
397/16 397/16 408/3 408/4 413/22
417/24 426/3

**DRUCKER [2]** 251/13 358/11

**drug [1]** 387/8

**drugs [1]** 387/14

**DSF [1]** 250/8

**due [2]** 409/25 450/23

**dump [13]** 302/4 302/10 302/14 303/2
304/17 317/5 321/17 321/21 329/15
372/5 377/8 377/10 377/12

**dumped [4]** 306/9 306/11 371/18
371/23

**dumping [2]** 305/6 407/13

**during [18]** 255/22 255/22 257/10
267/21 268/16 270/20 271/3 277/18
291/2 323/23 375/18 391/23 392/13
394/11 416/7 425/8 463/9 467/3

**duties [6]** 442/13 445/11 457/13
457/15 463/10 469/4

**duty [3]** 255/12 256/6 256/17

**E**

**e-mail [1]** 492/24

**each [2]** 363/22 366/19

**earlier [6]** 390/11 460/7 473/14 473/25
474/3 482/11

**early [1]** 299/6

**Earth [2]** 343/15 392/15

**easier [1]** 377/1

**easiest [2]** 315/4 315/8

**East [1]** 250/22

**effect [42]** 324/3 346/20 346/24 428/24

**efficient [1]** 436/23

**effort [3]** 267/13 459/14 476/19

**efforts [2]** 433/23 460/21

**eight [2]** 449/20 468/21

**EILEEN [1]** 251/2

**either [8]** 257/23 275/14 278/5 337/22
345/23 365/11 432/21 484/25

**elaborate [1]** 260/15

**electronic [1]** 443/10

**elevated [2]** 307/3 307/3

# E

Ellsworth [71] 260/9 260/12 261/20 262/6 273/2 282/11 302/3 320/13 331/8 334/22 334/24 335/10 335/13 336/5 336/15 356/10 388/3 388/13 388/15 388/22 391/20 392/1 392/11 394/25 395/4 395/25 397/4 397/18 399/9 404/16 405/8 406/12 408/10 408/13 410/14 410/21 413/22 419/1 419/10 421/7 424/10 429/19 454/3 454/5 454/19 455/11 462/25 464/19 465/9 471/19 471/21 472/13 472/22 473/14 473/19 473/25 474/3 474/9 474/12 476/10 476/17 476/25 477/11 478/19 478/24 479/1 479/4 479/11 479/21 480/13 480/15

Ellsworth's [8] 338/17 395/24 404/11 455/17 455/25 472/25 473/7 479/13

else [19] 262/20 271/19 302/23 302/24 341/23 351/1 388/13 407/18 409/22 432/21 440/24 457/6 460/12 467/8 481/19 481/24 489/10 490/1 493/1

else's [1] 309/15

elsewhere [1] 456/15

Elvira [2] 359/23 359/24

Elvira Morales [2] 359/23 359/24

emergency [2] 398/15 439/24

emotion [2] 260/17 261/17

emotionally [1] 268/18

emotions [2] 263/4 265/11

employee [1] 281/2

EMT [5] 440/9 442/14 442/15 442/22 444/17

encountered [1] 334/16

encourage [1] 268/22

end [17] 258/3 260/1 263/7 263/17 265/6 304/2 304/2 412/24 430/13 433/14 434/2 434/6 443/11 461/8 466/5 478/23 491/25

ended [4] 265/23 303/1 303/2 396/5

ends [2] 267/4 479/3

enforcement [22] 257/13 289/7 289/10 289/11 290/9 328/12 349/20 371/3 371/8 462/14 462/16 463/8 464/14 464/18 468/22 475/19 483/2 485/18 486/2 486/23 489/10 490/8

engaging [1] 483/13

engine [1] 291/2

enough [1] 296/17

enraged [9] 320/3 320/4 320/8 335/22 336/10 336/11 336/14 337/23 355/14

entail [2] 332/21 370/7

entails [1] 332/22

entered [5] 259/24 272/19 331/11 379/17 437/4

enthusiastic [1] 341/24

entire [5] 266/10 274/21 306/21 380/18 381/6

entirely [1] 489/3

entitled [2] 432/24 496/7

entity [1] 330/9

EPCR [1] 443/3

equally [1] 306/12

equipment [2] 307/19 307/20

equivalent [1] 257/8

escalate [2] 407/25 424/15

escalated [2] 317/13 321/21

escape [1] 315/4

especially [2] 449/18 488/22

essential [1] 492/17

essentially [4] 341/1 426/22 482/7 482/8

establish [1] 488/24

estate [4] 287/9 287/12 289/21 363/1

estimate [3] 276/24 316/25 492/12

evaluated [1] 267/18

even [27] 262/3 267/6 269/15 306/2 306/10 308/3 309/5 314/7 319/18 321/18 328/20 336/8 340/24 344/7 344/23 357/15 377/13 431/19 433/21 436/6 439/13 439/25 486/8 488/6 489/2 490/15 491/15

evening [1] 481/14

event [3] 386/21 387/16 476/23

events [7] 387/3 416/10 421/18 474/25 475/13 476/2 490/11

eventually [4] 324/13 410/21 438/5 479/18

ever [24] 304/5 307/8 311/7 316/10 318/14 320/8 324/23 359/15 359/20 360/4 360/18 360/24 361/8 362/21 362/25 381/11 393/16 403/13 403/18 417/15 425/9 425/11 461/12 465/15

every [7] 262/8 263/21 302/21 306/2 443/12 443/15 444/15

everybody [5] 265/12 265/14 330/21 331/12 495/2

everyone [7] 272/22 331/5 331/13 344/10 379/19 437/2 485/4

everything [20] 265/7 265/8 265/8 265/17 265/19 265/21 265/22 266/17 267/3 267/4 293/23 318/9 318/11 380/19 381/9 381/16 438/18 487/15 488/20 488/21

evidence [17] 254/3 255/13 256/11 256/18 266/20 267/6 269/3 286/20 326/19 415/15 438/17 482/8 482/8 484/11 484/16 485/4 488/6

exact [3] 257/11 322/6 346/18

exactly [21] 262/22 268/14 290/1 300/24 323/4 329/4 335/2 365/9 365/25 366/3 366/16 372/11 380/23 398/17 407/23 411/1 464/12 473/8 487/4 487/12 489/2

exaggerating [2] 301/10 301/11

examination [43] 265/5 267/21 273/3 302/1 320/21 328/3 329/10 332/14 340/8 355/3 358/21 362/6 362/7 370/1 379/5 380/14 386/12 390/5 390/6 399/14 401/4 412/2 412/3 430/14 437/8 437/12 442/1 447/13 448/3 448/4 449/16 452/13 457/2 457/3 457/23 462/7 465/22 468/16 480/9 482/4 482/22 484/22 488/22

examine [1] 487/1

examining [1] 269/16

example [2] 302/3 485/2

excellent [2] 269/15 436/25

exclamation [2] 260/10 260/11

exclude [1] 486/12

exclusion [1] 292/1

excusal [1] 267/15

excuse [6] 268/8 331/7 365/16 433/15 434/2 467/11

excused [13] 259/2 267/23 269/6 269/24 357/2 369/4 385/14 400/9 436/3 454/23 459/25 466/7 481/6

exercise [1] 448/13

exhibit [57] 254/3 276/9 276/10 285/4 286/20 287/21 289/2 294/13 303/9 303/12 304/3 314/17 314/18 343/11 343/13 345/2 372/18 372/22 373/4 373/5 373/11 373/12 373/18 374/12 374/13 374/18 376/1 376/2 377/22 377/23 378/8 378/9 378/18 378/19 380/2 380/3 382/22 383/6 383/16 383/23 384/15 392/16 396/4 402/17 408/18 412/13 412/15 413/3 413/5 413/8 415/15 415/16 444/4 444/6 463/25 467/16 470/18

Exhibit 12 [1] 372/18

Exhibit 13 [1] 373/4

Exhibit 14 [1] 373/11

Exhibit 18 [2] 378/18 380/2

Exhibit 206 [1] 376/1

Exhibit 22 [1] 377/22

Exhibit 23 [1] 378/8

Exhibit 25 [1] 374/12

Exhibit 32 [3] 402/17 412/15 413/8

Exhibit 509 [1] 343/11

Exhibit 514 [1] 303/12

Exhibit 518 [2] 276/9 314/17

Exhibit 521 [1] 444/4

exhibits [3] 254/1 266/18 440/16

existence [1] 483/10

exited [5] 272/10 330/18 379/14 432/7 481/16

experience [6] 262/11 265/14 265/17 268/17 309/7 450/5

experiences [1] 257/13

expert [3] 423/25 451/2 484/18

expertise [2] 450/20 451/10

explain [3] 262/13 326/14 484/21

explained [6] 261/5 358/13 380/20 455/19 457/10 457/14

explaining [2] 375/13 488/7

explanation [1] 489/24

express [8] 260/17 263/22 330/14 367/2 379/10 424/25 432/3 481/11

expressed [2] 258/16 423/21

expression [2] 287/16 424/7

expressions [1] 367/8

extent [3] 256/15 258/13 440/8 440/11 441/3

extraordinarily [1] 314/4 320/10

extreme [1] 450/25

extremely [1] 485/16

eyes [1] 371/19

# F

f'ing [2] 397/9 398/5

F.3d [3] 270/7 270/9 271/17

face [6] 307/23 308/14 315/7 325/15 325/16 367/8

facetious [1] 488/2

facilities [1] 287/1 290/11

facing [9] 303/20 303/23 307/16 314/25 315/2 315/3 315/4 315/10 404/15

fact [18] 264/4 267/2 273/16 292/1 293/12 304/13 308/3 309/3 312/8 327/17 349/4 379/7 419/15 431/3 431/25 467/19 486/11 488/19

**F**

facts [17] 255/13 255/14 257/1 257/2 263/10 263/13 267/8 329/22 371/12 434/2 435/12 467/22 484/12 485/22 487/23 487/24 488/17

Faerstein [4] 439/21 483/23 488/22 493/2

Faerstein's [1] 490/16

fair [2] 292/6 436/2

fairer [2] 473/12 476/1

fairly [2] 281/16 486/16

faith [1] 487/22

fall [3] 300/13 300/20 308/6

fallen [2] 390/15 390/22

familiar [4] 255/18 371/12 371/13 443/21

far [14] 276/24 277/1 301/1 343/19 343/22 344/8 344/18 360/15 391/14 443/18 475/20 481/21 486/10 489/25

farther [3] 366/17 393/25 394/4

fast [5] 299/12 397/25 398/1 426/11 448/22

fastest [1] 315/12

fasting [2] 446/11 450/13

fathom [1] 491/15

fear [1] 450/25

February [1] 387/13

February 18th [1] 387/13

federal [4] 250/22 329/2 371/8 480/18

feel [15] 256/9 260/13 261/6 261/15 261/16 261/20 262/18 263/19 264/2 266/4 266/5 267/9 281/3 433/12 434/22

feeling [1] 267/5

feelings [6] 265/10 265/12 266/12 266/16 267/24 268/5

feet [3] 299/9 300/1 335/20

felony [4] 370/8 370/13 370/17 485/24

felt [10] 261/1 261/14 262/1 262/2 262/4 264/1 264/1 268/14 296/16 437/25

female [4] 352/11 431/9 431/10 431/11

fence [7] 284/24 286/6 286/9 286/12 286/14 287/24 287/25

few [9] 309/2 333/8 338/20 352/25 391/22 427/9 429/17 444/11 487/13

field [2] 444/19 463/3

fields [1] 443/8

fifteen [10] 302/6 302/22 330/16 334/9 341/22 377/20 379/8 379/12 432/1 432/5

fifteen-minute [5] 330/16 379/8 379/12 432/1 432/5

figure [4] 300/21 406/17 416/4 482/14

figured [2] 299/6 339/24

figures [4] 483/6 483/6 483/9 489/23

file [7] 325/21 325/22 326/8 358/10 456/7 456/8 457/5

filed [4] 328/9 456/24 460/7 493/7

fill [3] 310/5 368/9 443/1

finally [6] 263/23 330/15 379/11 432/4 460/21 481/12

financial [1] 368/12

find [15] 255/12 256/19 256/24 269/7 269/8 281/22 302/5 302/18 363/1 363/5 377/10 380/5 384/7 441/7 472/14

fine [3] 260/1 491/23 494/7

finger [6] 343/21 344/2 393/1 393/8 412/18 446/8

finish [2] 478/12 478/13

finished [1] 433/4

fire [10] 354/7 395/21 401/21 429/4 442/16 442/17 442/17 444/25 447/19 450/3

firearm [5] 356/13 463/16 463/19 464/13 464/15

fireman [1] 401/20

fires [1] 370/8

first [30] 256/1 261/21 262/14 291/6 292/7 299/10 308/17 314/5 327/25 340/2 340/16 346/7 346/8 347/5 348/23 362/10 362/11 370/23 370/24 372/10 381/18 388/5 393/4 410/15 444/21 445/25 455/19 461/10 461/14 492/4

FISCHER [1] 250/4

fishing [1] 388/9

fists [4] 291/15 291/16 299/23 305/14

fit [3] 298/8 298/9 298/11

five [6] 327/8 327/10 327/12 359/3 362/16 434/9

fix [1] 287/19

fixed [2] 366/12 493/24

flagged [3] 279/20 316/13 349/19

flagging [1] 311/13

FLETC [1] 371/7

floor [1] 432/13

flooring [5] 372/17 375/9 375/10 375/19 375/19

floors [1] 361/18

Florida [10] 275/23 276/16 277/1 277/1 277/6 277/10 280/2 280/5 315/13 320/23

flung [1] 384/18

focus [1] 486/2

focused [1] 278/7

focusing [1] 483/12

follow [26] 255/15 256/20 256/21 257/20 257/20 257/25 258/25 259/10 263/11 263/17 265/9 265/20 266/1 266/7 266/24 268/3 268/6 269/17 269/20 315/15 384/25 425/25 433/24 434/24 435/11 460/21

follow-up [2] 384/25 460/21

followed [2] 275/18 275/19

following [40] 255/3 256/5 258/8 259/17 267/12 268/25 271/12 271/22 275/24 278/8 279/20 289/5 323/17 323/21 330/20 339/21 357/8 357/17 389/20 432/8 433/25 435/22 435/24 439/10 441/12 460/4 461/19 466/8 467/13 476/11 476/15 477/10 477/12 477/17 477/19 478/16 478/23 479/4 479/8 481/17

foot [1] 338/25

footnote [1] 270/8

for-cause [1] 256/22

force [18] 264/3 297/11 297/18 298/2 298/16 301/7 301/8 318/10 318/12 329/20 330/1 330/9 401/9 401/14 401/16 401/16 401/18 463/3

Ford [1] 418/3

foregoing [1] 496/5

foresee [1] 484/20

forest [35] 277/24 280/13 280/22 286/25 287/6 289/7 289/10 289/17 289/20 295/17 303/2 305/6 306/9 370/4 370/6 370/11 370/19 370/19 370/20 370/24 371/25 372/2 372/4 407/14 433/10 455/18 456/15 459/1 459/13 462/12 462/13 462/15 463/2 463/17 463/18 490/9

forestry [6] 334/20 338/4 404/2 406/7 456/5 457/9

forests [1] 302/11

form [14] 263/22 330/14 379/10 432/3 434/19 459/8 481/11 493/20 493/22 493/24 493/25 494/2 494/11 494/11

formal [1] 380/21

format [1] 496/7

formed [4] 264/16 434/20 435/12 435/17

formulate [1] 266/5

forth [4] 271/7 406/11 419/20 423/14

fortunately [1] 307/2

forward [18] 281/13 304/1 331/21 332/2 357/18 357/25 369/11 369/17 385/21 386/3 392/6 400/16 400/22 441/20 452/2 452/8 462/3 468/8

fought [1] 264/10

found [15] 258/10 261/4 302/6 323/1 377/7 377/12 377/19 378/3 378/5 380/16 384/20 384/21 407/14 485/2 485/4

foundation [12] 309/11 309/17 310/6 328/20 330/2 364/8 366/22 367/16 416/24 427/21 450/18 451/1

four [9] 294/5 294/20 327/6 327/9 328/1 390/2 414/8 434/9 444/22

Fred [10] 345/18 346/14 362/10 362/12 362/22 363/22 365/23 366/4 366/20 418/10

Fred Morales [4] 345/18 346/14 362/22 365/23

Fred's [5] 403/16 426/3 426/4 428/8 428/21

frequently [1] 364/25

friend [24] 333/2 333/25 335/16 337/1 337/13 342/23 344/14 345/20 347/16 347/19 347/23 348/10 348/12 348/13 348/16 348/25 350/2 350/9 350/12 350/20 353/6 354/1 358/24 362/2

friend's [2] 342/23 354/10

friendly [5] 333/24 335/12 342/6 342/8 355/7

frightened [4] 290/16 296/10 301/2 301/5

front [41] 278/19 303/19 314/6 324/17 336/8 338/8 348/10 348/12 354/12 382/13 383/2 387/22 387/23 391/9 392/4 393/10 393/23 394/12 395/3 395/6 401/25 402/23 405/16 408/18 414/3 414/5 414/22 414/25 416/4 418/14 418/14 419/21 420/9 420/25 421/1 421/21 425/11 430/2 430/3 430/4 430/5

frustrated [2] 306/12 367/9

frustration [1] 367/2

FTO [3] 444/16 444/18 444/25

fuck [1] 322/6

full [9] 332/3 358/1 369/18 386/4 386/5 400/23 441/21 452/9 462/4

fully [1] 480/21

further [21] 305/13 320/14 328/3 329/10 339/24 340/4 344/5 376/23

370/6 370/11 370/19 370/20 370/24 371/25 372/2 372/4 407/14 433/10

**F**

**further... [13]** 379/4 380/11 390/4 400/2 412/1 434/23 448/1 449/13 457/21 459/20 459/23 481/2 481/4
**Furthermore [1]** 257/10

**G**

**G-r-a-h-a-m [1]** 468/13
**game [2]** 492/21 492/23
**garage [2]** 428/21 428/21
**garbage [1]** 380/7
**gave [11]** 255/8 257/16 265/3 274/15 274/25 274/25 275/3 310/16 310/17 322/8 341/1
**gear [2]** 293/18 300/5
**Gee [1]** 278/13
**general [2]** 484/7 487/23
**generally [8]** 255/12 255/19 371/12 371/13 463/16 485/6 493/17 494/3
**gentlemen [8]** 324/2 326/13 330/13 358/13 379/9 432/2 467/22 481/10
**Georgia [1]** 297/15
**get [87]** 256/16 257/8 274/7 274/12 275/20 276/25 279/25 291/7 291/9 291/16 294/1 294/17 295/19 295/21 296/21 300/13 302/12 305/24 306/4 307/11 312/9 312/10 315/12 318/11 319/20 320/7 336/3 337/1 337/4 337/19 339/2 343/11 346/16 346/16 351/10 353/1 354/1 355/18 356/4 365/11 366/15 370/10 370/14 370/15 371/14 376/3 381/6 382/18 388/15 389/10 392/11 393/14 394/19 394/25 395/23 403/2 404/6 405/23 408/7 409/25 418/19 418/19 421/6 421/15 421/23 422/13 422/15 433/24 437/15 437/19 475/21 475/23 476/4 476/5 476/19 477/14 477/14 477/15 479/12 482/3 485/11 487/5 487/9 487/10 488/17 489/4 494/19
**get-go [1]** 257/8
**gets [3]** 259/1 351/17 410/1
**getting [15]** 258/15 264/2 295/25 307/3 323/10 325/13 335/4 366/17 394/18 395/2 422/3 434/14 453/8 473/12 490/4
**give [35]** 255/14 255/15 261/2 264/8 269/7 287/17 295/5 305/11 306/19 321/8 321/10 321/13 322/4 322/18 322/21 323/1 331/3 331/24 353/20 357/21 369/14 385/25 395/17 400/19 433/4 441/17 447/20 449/8 452/5 461/7 461/25 468/5 481/23 490/25 493/17
**given [10]** 255/18 320/3 320/4 330/25 344/11 436/3 436/9 439/19 440/9 446/7
**giving [6]** 257/24 274/14 305/13 310/11 311/1 321/17
**glass [1]** 361/19
**glasses [1]** 376/3
**glucose [11]** 446/5 446/6 446/10 446/11 448/8 448/8 450/8 450/11 450/11 450/13 450/14
**glucosometer [1]** 446/9
**gmail.com [1]** 250/24
**go [49]** 257/8 263/9 263/16 271/25 272/8 272/13 283/1 284/13 284/22 289/25 302/20 312/17 312/20 316/24

317/5 327/24 328/16 337/18 342/7 350/18 350/21 353/17 361/8 366/1 370/9 371/17 372/5 374/5 375/6 381/23 382/10 389/17 393/12 403/3 408/12 417/6 417/9 417/15 418/19 420/20 426/20 427/9 431/25 456/14 459/17 467/6 469/12 485/14 487/7
**God [11]** 324/3 331/25 357/22 369/15 386/1 397/11 400/20 441/18 452/6 462/1 468/6
**goes [5]** 276/16 303/1 315/20 426/1 435/2
**going [118]** 266/2 269/6 269/19 269/20 269/22 271/7 271/25 272/1 274/16 274/25 277/15 278/7 296/14 296/15 299/13 299/18 300/19 300/21 301/14 301/16 305/3 305/11 305/17 306/12 311/3 311/16 311/18 312/3 312/20 314/16 319/15 319/20 320/9 324/13 326/13 329/14 332/22 332/22 334/11 336/13 337/3 339/15 340/19 348/13 348/13 349/14 350/20 351/14 352/4 352/6 352/16 352/21 356/1 356/3 356/5 366/9 367/3 371/17 378/8 382/18 382/18 382/19 382/20 383/3 384/7 384/12 387/18 388/18 389/13 389/23 392/14 397/9 398/5 402/25 406/17 407/8 407/12 407/24 408/7 409/24 409/25 410/1 410/2 410/3 410/12 410/14 413/11 414/15 424/13 433/15 434/18 434/22 440/21 443/25 447/20 450/19 453/20 453/21 455/19 458/6 458/11 459/13 460/22 463/23 466/5 466/13 466/17 467/8 479/5 485/5 486/19 487/20 488/5 492/10 492/16 493/2 494/20 494/21
**gold [3]** 417/25 418/3 418/7
**gone [4]** 294/21 394/9 399/3 423/13
**good [21]** 255/4 257/15 257/17 260/3 260/4 261/15 272/21 323/16 337/2 340/10 364/14 374/20 387/6 390/8 415/11 436/19 468/10 468/11 481/14 487/22 488/7
**Google [2]** 343/15 392/14
**got [50]** 260/22 275/23 281/20 286/6 290/19 290/20 290/22 290/24 292/10 293/7 293/12 295/14 305/17 306/15 306/17 306/21 308/11 320/24 321/3 324/13 325/7 327/7 327/12 335/19 336/12 338/6 343/19 346/19 347/16 350/15 370/23 371/15 372/13 389/17 392/5 395/21 396/11 403/1 405/3 408/2 422/11 431/18 435/15 447/10 469/16 469/20 469/23 470/1 474/12 477/16
**gotten [2]** 343/22 481/21
**government [46]** 252/6 257/3 264/23 289/4 331/16 331/18 357/3 367/20 368/2 369/2 369/5 369/8 385/16 385/18 400/11 400/13 413/8 431/19 435/18 435/21 435/23 436/1 436/7 436/12 438/14 438/16 438/19 439/5 439/11 439/20 440/9 440/23 451/19 451/20 465/24 466/10 482/3 482/18 485/14 487/21 488/5 488/6 488/15 488/19 489/4 492/16
**government's [17]** 252/5 252/10 270/14 273/1 273/2 331/20 357/6 369/10 384/12 385/20 400/15 412/12

412/15 450/22 486/20 489/24 492/1
**Government's 7 [1]** 384/12
**GPS [1]** 372/11
**grabbed [2]** 374/22 374/23
**grade [1]** 486/10
**Graham [45]** 273/15 273/16 273/21 273/23 274/11 274/14 274/14 274/17 275/7 275/10 275/11 275/15 275/15 276/1 281/6 281/11 281/15 282/17 282/19 283/23 309/21 310/2 310/4 310/10 311/1 325/4 325/22 326/11 326/12 326/17 326/17 326/21 326/24 326/25 327/15 327/18 440/2 453/3 454/13 467/9 468/1 468/2 468/12 468/18 478/9
**Graham's [9]** 282/9 283/3 283/6 301/15 309/24 310/22 311/7 457/25 458/19
**Graham's conversation [1]** 310/22
**grass [1]** 423/14
**gray [1]** 415/9
**grayish [1]** 415/4
**great [2]** 357/16 376/21
**green [3]** 334/19 338/4 346/1
**grew [1]** 396/24
**grocery [1]** 288/20
**ground [1]** 482/12
**grow [1]** 467/2
**grown [1]** 396/21
**grows [1]** 370/11
**Guard [2]** 401/16 401/18
**guess [3]** 403/7 488/18 494/1
**guessing [1]** 447/23
**guilt [2]** 266/20 270/13
**guilty [5]** 260/11 261/22 262/3 433/22 434/18
**gun [49]** 262/17 278/13 291/2 291/19 301/4 325/18 348/17 350/3 350/8 389/16 390/3 395/14 395/14 395/15 395/16 397/10 398/6 404/7 404/7 404/9 405/4 405/12 405/12 405/13 405/18 408/6 408/7 409/24 410/16 419/1 419/2 419/4 419/5 419/13 419/14 420/3 420/4 420/6 420/7 420/8 420/15 423/11 423/12 426/15 428/24 451/12 456/18 459/7
**Guss [1]** 471/9
**guy [7]** 278/14 280/7 298/21 398/5 426/15 472/5 472/14
**guy's [2]** 389/13 397/14
**guys [3]** 349/1 413/23 421/15

**H**

**H-a-u-g [1]** 386/9
**had [192]** 256/13 257/12 257/13 260/20 260/24 271/6 273/20 274/17 275/4 275/15 277/25 279/6 280/23 280/23 282/2 282/2 283/10 283/13 283/16 283/24 286/25 287/9 287/12 289/10 291/4 291/23 291/25 295/6 296/11 296/17 304/21 305/15 306/25 307/3 310/12 311/2 311/2 321/21 325/10 325/17 325/18 325/20 325/23 326/7 326/23 334/6 334/7 334/18 334/24 338/4 338/14 339/12 339/13 339/13 340/1 340/2 340/16 341/19 342/20 342/20 342/21 343/2 344/11 344/21 344/22 347/4 347/17 348/17

had... **[124]** 349/17 349/19 349/23
350/1 355/17 356/16 359/2 362/18
362/25 364/19 364/23 366/4 366/20
371/23 372/11 372/15 373/2 374/8
374/15 374/22 374/22 374/23 375/15
376/13 377/2 380/17 380/19 380/25
381/3 381/4 381/9 387/5 388/6 388/8
390/11 390/15 390/21 390/22 391/9
391/22 394/24 395/3 395/25 396/14
396/14 397/4 397/14 397/20 399/3
401/11 403/13 403/18 405/18 407/14
407/22 409/7 414/3 416/6 416/11
416/14 416/21 417/13 420/15 421/21
423/13 425/18 428/23 432/22 433/18
433/18 434/20 435/5 435/23 436/5
437/7 440/10 440/24 443/3 443/5
449/10 449/21 449/21 450/5 450/6
453/25 454/12 454/20 455/3 455/6
455/20 456/14 456/18 457/18 457/25
458/24 458/25 459/6 459/6 459/12
460/7 465/12 471/15 471/18 471/21
472/18 473/14 473/14 473/25 474/3
476/25 479/24 479/25 480/2 480/3
480/3 481/22 482/14 486/20 491/8
491/9 494/3 494/4 494/4 494/25
**hadn't [9]** 296/13 302/16 312/7 312/8
350/13 455/7 457/13 457/25 458/12
**hair [2]** 334/18 443/23
**half [5]** 277/23 306/22 309/1 412/11
485/20
**halfway [2]** 344/2 344/17
**hand [20]** 277/12 331/22 345/5 357/19
369/12 377/3 384/10 385/23 400/17
405/21 409/2 413/11 415/2 431/18
441/15 452/3 461/23 468/3 470/23
494/25
**hand-drawing [1]** 494/25
**handcuffed [3]** 260/19 260/25 293/21
**handcuffing [1]** 264/10
**handcuffs [2]** 293/18 463/19
**handed [1]** 258/11
**handle [2]** 296/25 488/22
**handled [2]** 328/25 464/4
**hands [7]** 298/14 306/23 306/25 307/3
311/14 404/11 404/14
**handwriting [2]** 446/15 446/16
**handy [1]** 384/4
**handyman [1]** 366/20
**haphazard [1]** 341/13
**happen [1]** 387/16
**happened [34]** 255/20 264/3 269/12
274/18 274/23 275/25 281/18 281/19
284/16 299/16 306/20 323/14 329/4
335/18 337/6 347/4 380/20 387/19
389/9 399/2 402/22 403/1 404/18 405/2
405/14 406/8 406/15 407/4 408/1 421/4
431/1 433/18 476/3 476/4
**hard [11]** 259/10 266/2 336/13 337/23
355/21 377/4 405/25 406/1 441/7
485/21 486/1
**hardware [4]** 367/15 367/21 368/3
368/6
**harm [4]** 284/17 328/15 438/1 440/13
**has [54]** 255/20 255/25 256/16 257/4
258/15 258/23 258/24 265/12 265/14
267/18 267/20 267/20 267/24 268/2

268/3 268/5 269/4 269/9 271/1 271/9
271/11 306/3 309/3 312/21 314/1
317/12 331/2 331/4 331/5 367/20 368/2
374/6 374/7 390/23 407/1 434/6 435/11
439/5 439/11 447/21 450/16 451/9
460/8 461/6 467/1 475/7 477/10 477/21
478/10 482/9 482/17 486/3 487/16
490/8
**hasn't [3]** 268/1 387/6 458/7
**hastily [3]** 259/4 259/7 259/10
**HAUG [16]** 252/17 253/10 321/15
323/6 324/15 385/19 385/20 386/5
386/14 406/20 406/22 407/4 413/21
423/1 423/7 424/17
**have [224]** 255/10 255/21 256/4
257/19 259/25 263/10 263/20 264/14
264/17 264/19 264/22 265/16 265/21
266/10 266/11 266/16 267/2 267/4
267/22 269/10 269/23 269/23 270/1
270/7 271/4 271/6 271/19 271/25 272/3
272/11 272/16 277/22 278/2 278/4
282/11 282/16 284/11 288/2 288/5
288/9 288/21 289/25 293/18 294/21
296/10 298/12 298/13 299/5 300/12
300/14 301/6 301/19 301/19 301/20
301/21 301/21 301/22 302/13 302/15
302/20 304/5 305/3 306/8 306/21
308/15 308/16 311/7 312/25 313/2
313/3 315/7 315/14 315/16 316/18
322/20 324/23 327/11 327/22 331/12
331/16 332/4 332/4 336/17 339/14
339/15 339/22 340/24 342/6 343/22
348/25 352/2 353/3 354/25 357/3
357/13 360/4 362/15 362/17 365/14
365/17 365/20 368/24 369/5 370/18
371/6 375/16 376/3 376/19 379/6
379/22 380/21 381/7 383/13 384/4
384/22 385/4 385/16 387/5 387/12
388/11 389/21 390/25 390/25 391/1
396/15 398/7 398/20 398/23 399/17
400/11 401/14 405/24 407/1 408/16
408/16 412/9 413/14 415/4 417/20
417/23 422/14 429/17 431/23 434/3
434/16 436/22 438/11 438/14 439/7
440/25 441/5 441/7 444/20 447/16
447/18 450/2 450/5 450/16 451/3
451/24 452/19 453/2 453/21 455/13
455/15 455/16 456/4 458/3 459/18
459/25 460/2 460/15 460/20 461/1
461/5 461/7 461/9 462/16 462/21 463/3
463/16 463/17 464/11 465/20 466/3
466/4 466/7 467/14 467/23 467/25
468/20 469/4 469/23 470/13 470/22
477/1 477/1 477/8 478/10 478/14 480/1
481/14 481/18 481/19 481/20 481/24
483/22 483/23 483/23 486/25 490/15
490/17 491/9 491/14 491/15 492/6
492/8 492/24 492/24 493/6 493/16
494/5 494/6 494/15
**haven't [7]** 265/3 271/5 298/23
432/22 481/21 485/20 493/16
**having [9]** 255/18 266/13 290/3 299/25
300/16 312/10 318/5 318/12 482/19
**he [687]**
**he'd [1]** 325/5
**he'll [2]** 440/1 492/4
**he's [46]** 256/13 261/24 262/2 262/2
262/3 262/4 262/10 262/10 262/17

263/1 263/5 263/6 278/24 291/13
291/16 291/18 291/21 292/7 292/13
**head [11]** 263/4 264/22 300/14 307/21
307/25 351/25 352/3 352/5 352/16
352/18 357/9
**headed [4]** 346/1 348/2 348/3 355/24
**Heading [1]** 315/11
**health [1]** 342/25
**hear [49]** 262/16 262/23 280/1 280/2
291/22 291/24 307/8 307/10 307/11
308/19 336/13 336/17 336/18 346/11
349/1 351/3 351/4 351/7 351/9 351/15
354/8 354/10 355/22 382/7 387/20
387/24 388/19 389/11 389/23 391/5
391/16 395/10 395/13 404/17 410/13
420/18 421/3 422/9 422/11 422/19
428/23 429/1 430/6 437/16 437/18
482/16 487/12 493/18 494/15
**heard [33]** 267/20 268/1 269/2 271/14
298/23 308/23 308/25 335/20 335/20
343/23 344/18 346/10 346/16 346/20
346/24 351/5 353/9 388/14 388/21
389/8 402/23 403/2 411/1 418/17
418/19 418/22 418/23 418/25 419/6
422/2 434/9 435/14 454/11
**hearing [9]** 261/17 266/19 266/20
266/21 332/4 336/13 395/15 433/16
439/25
**hearings [1]** 490/7
**hearsay [23]** 317/14 325/24 326/14
343/5 363/2 363/7 363/14 363/16
363/23 367/4 416/18 449/23 453/19
453/21 454/15 454/16 454/22 456/19
466/20 467/5 473/1 473/16 474/4
**heart [8]** 339/14 339/15 342/21 343/1
446/4 449/21 450/6 487/7
**held [15]** 255/3 259/17 267/12 271/22
330/20 357/8 375/9 432/8 439/10 460/4
466/8 476/15 477/19 481/17 496/6
**help [17]** 276/8 284/11 331/25 357/22
369/15 371/16 386/1 400/20 421/7
421/15 421/23 437/15 437/19 441/18
452/6 462/1 468/6
**helped [6]** 363/1 363/10 371/21
390/14 390/14 390/17
**helpful [4]** 322/20 323/1 323/3 483/17
**helps [2]** 472/9 473/5
**Hemet [20]** 285/10 285/12 288/5 333/6
340/14 340/14 372/1 375/10 379/3
386/15 386/18 401/24 442/5 442/17
444/1 445/5 447/10 447/11 469/6
469/15
**her [84]** 256/5 256/8 256/17 256/17
256/19 256/23 257/5 257/6 257/11
257/11 257/14 258/2 258/3 259/9
259/19 259/21 259/22 260/21 260/21
260/24 260/25 262/15 264/4 264/8
264/11 264/11 265/20 265/20 268/8
268/12 268/13 268/14 268/14 268/17
268/22 269/1 269/4 269/6 269/10
269/13 269/16 269/22 271/5 271/8
271/10 271/11 359/25 363/11 363/16

# H

**her... [35]** 363/17 375/13 375/22 405/11 420/2 431/3 431/16 433/18 433/19 433/24 433/24 434/2 434/12 434/13 434/15 434/15 434/25 434/25 435/6 435/12 435/14 435/17 435/17 435/18 460/21 460/21 467/6 467/7 467/11 477/14 478/7 490/9 490/10 490/10 490/11

**here [53]** 257/16 259/13 261/19 267/8 271/5 280/8 285/6 291/13 294/16 295/3 303/23 306/13 312/20 324/3 333/10 333/16 343/11 343/25 344/6 345/21 346/2 346/3 346/16 349/6 352/19 360/6 360/9 376/12 382/19 389/1 393/3 393/14 396/5 396/6 396/7 398/19 403/6 403/7 412/24 413/17 415/6 415/8 415/24 416/3 421/8 434/5 444/8 444/15 467/1 478/10 480/4 481/8 491/1

**Here's [1]** 345/4

**hereby [1]** 496/3

**hesitation [1]** 324/11

**hey [1]** 434/10

**high [8]** 440/4 440/4 445/15 446/10 446/11 450/14 450/23 450/23

**higher [2]** 445/21 446/2

**highway [3]** 278/19 315/20 372/1

**him [314]**

**himself [8]** 366/20 398/6 410/15 420/2 424/23 426/13 470/12 471/6

**hired [4]** 306/11 306/11 370/24 487/19

**his [171]** 261/1 262/2 273/6 273/9 275/20 276/2 276/3 277/9 278/24 279/13 282/7 282/10 282/14 284/4 284/5 284/22 299/4 299/6 299/23 305/14 308/14 308/17 310/7 316/15 319/12 322/6 323/14 323/18 324/4 325/7 325/13 333/22 333/23 333/25 335/10 336/15 339/24 340/20 341/25 342/5 342/10 342/16 342/18 342/23 342/23 342/25 347/9 347/12 350/13 350/15 351/15 351/17 351/25 352/3 352/5 352/6 352/16 352/18 352/20 352/22 354/20 357/9 359/9 359/15 365/13 367/2 367/8 382/4 382/16 388/5 388/11 388/15 388/19 389/11 389/15 391/15 391/21 392/2 392/5 392/11 393/14 394/18 394/25 395/2 395/24 395/25 396/8 397/7 397/21 404/2 404/3 404/6 404/14 404/20 404/23 405/3 406/2 406/9 406/23 406/25 406/25 406/25 407/7 407/10 408/2 408/5 408/7 408/9 408/16 409/21 409/25 409/25 410/1 410/9 411/3 416/1 419/10 421/9 421/14 422/15 422/19 424/23 426/1 426/23 427/7 428/8 428/21 433/7 435/15 436/9 440/3 440/4 440/8 440/11 440/21 445/13 445/15 445/19 445/24 445/24 445/6 446/10 453/25 455/22 456/3 456/6 457/13 457/15 466/14 466/17 466/22 470/3 473/14 476/19 476/20 476/22 476/23 478/20 479/2 479/3 479/4 479/7 479/9 479/18 483/9 484/18 484/18 487/8 489/16 492/10 493/16

**history [1]** 488/14

**hit [13]** 276/2 276/3 276/12 276/15

**hits [1]** 277/1

**hitting [4]** 292/22 292/23 338/2 406/4

**holding [2]** 491/7 491/9

**holdout [1]** 270/21

**hollering [1]** 336/24

**holster [1]** 300/21

**home [28]** 255/9 285/15 285/20 290/13 291/13 352/8 355/5 355/7 355/10 359/15 360/18 360/22 360/24 360/25 361/8 361/11 362/18 363/1 363/5 374/5 380/17 406/25 412/7 416/16 418/11 427/9 431/10 495/1

**homeowner [1]** 306/10

**Honda [4]** 338/7 338/10 338/11 338/23

**honest [3]** 264/2 267/17 271/24

**honestly [4]** 325/12 437/25 493/12 494/3

**honking [12]** 273/9 273/11 273/12 273/24 274/1 274/3 274/6 275/20 275/22 476/18 477/10 479/11

**Honor [129]** 257/4 258/4 258/19 259/15 259/20 264/25 265/2 268/12 271/3 271/8 272/25 274/8 282/24 285/2 285/6 285/17 286/16 286/18 288/7 288/9 289/22 290/6 294/11 297/4 298/22 301/23 303/14 320/11 320/14 322/9 325/1 326/3 328/1 329/9 330/12 330/22 330/24 331/2 331/18 339/4 339/18 340/4 340/6 353/3 355/1 356/19 356/23 357/1 357/4 358/9 358/11 358/18 361/23 362/5 369/3 369/6 369/8 379/6 379/22 385/7 385/10 385/12 385/18 390/4 398/7 400/4 400/6 400/10 400/13 401/3 411/5 413/2 413/17 415/12 431/23 432/16 432/18 433/6 434/5 435/20 436/1 436/24 437/7 438/15 438/22 439/4 439/7 439/11 441/10 444/4 444/8 449/4 449/13 451/21 453/19 454/15 454/22 456/9 456/19 459/8 459/23 460/2 465/21 465/24 466/7 466/23 467/3 467/14 468/10 470/20 471/24 473/1 473/16 474/4 475/5 476/12 477/18 481/2 482/1 482/23 483/20 483/24 485/12 489/14 490/3 491/6 493/6 494/8 494/24

**HONORABLE [1]** 250/4

**hood [1]** 405/17

**hoping [1]** 324/12

**horn [6]** 273/9 274/3 274/6 275/20 476/18 479/12

**hospital [23]** 274/24 281/21 283/24 284/1 284/6 284/18 284/20 284/21 310/13 311/5 316/22 316/24 316/25 317/2 339/13 364/25 365/8 365/13 442/19 447/9 447/11 447/24 447/25

**hostile [2]** 322/5 322/18

**hour [1]** 390/24

**hours [5]** 277/23 284/12 429/21 466/14 467/1

**house [123]** 273/18 274/18 274/22 276/19 276/25 277/18 279/13 284/24 285/9 285/12 285/14 285/22 285/24 286/1 286/2 286/4 286/11 286/14 287/17 287/23 287/23 288/5 291/12 294/15 294/24 295/4 303/6 303/18 303/19 313/17 314/1 314/7 314/11 325/10 333/25 334/3 334/8 334/10 334/11 335/22 336/7 338/9 340/20 340/20 342/23 342/24 343/8 344/10 344/22 344/25 345/4 355/15 359/10 361/4 361/13 361/15 361/21 362/20 364/4 365/5 366/4 366/9 366/17 367/7 368/6 368/14 368/21 372/14 372/16 382/4 382/7 382/16 382/16 382/24 383/10 386/25 387/19 387/25 388/1 388/16 389/12 391/6 391/8 391/19 393/2 393/3 393/4 393/8 393/10 393/23 394/2 394/4 394/12 402/9 403/17 403/18 410/8 412/9 412/16 412/20 413/13 415/22 415/22 416/6 416/21 417/6 417/10 417/15 418/7 421/8 426/1 426/3 426/4 428/8 428/9 429/24 431/3 431/4 444/1 453/25 464/22 469/15 473/15

**houses [5]** 294/5 294/20 405/10 406/24 406/24

**how [78]** 262/13 262/17 264/14 266/3 266/5 266/24 267/9 276/24 277/1 278/15 280/9 291/20 300/21 302/4 305/20 305/23 306/5 309/4 316/23 334/8 336/11 336/19 337/21 338/24 342/21 343/19 343/22 359/2 359/18 360/13 363/5 363/21 365/5 365/18 365/20 367/2 368/10 370/18 378/2 378/2 381/12 384/22 387/12 389/20 390/1 390/21 392/21 393/8 401/11 401/14 404/16 405/25 406/22 408/9 409/7 410/13 412/9 415/9 421/14 421/17 421/20 427/12 429/12 429/18 437/21 437/23 437/24 438/7 449/18 452/19 462/16 462/21 468/20 469/1 470/4 478/11 484/20 484/25

**huh [11]** 263/12 263/24 264/7 279/7 287/18 333/14 341/5 346/21 346/22 402/18 447/8

**hundred [3]** 313/4 335/19 377/11

**hundreds [1]** 320/4

# I

**I am [1]** 483/15

**I'd [8]** 255/11 286/16 289/24 393/10 434/5 438/22 442/9 464/11

**I'll [23]** 259/12 267/3 267/8 270/25 282/25 286/19 297/5 312/23 314/3 353/20 357/13 357/13 389/16 395/16 415/12 432/16 442/15 459/16 471/25 473/5 481/20 481/22 494/15

**I'm [101]** 261/16 266/12 269/6 269/19 269/22 271/7 271/25 274/20 278/15 280/9 285/25 286/3 288/24 289/1 290/1 291/20 292/4 293/2 299/4 299/6 303/25 304/15 305/2 305/3 306/2 314/16 319/18 321/9 322/11 326/13 328/20 330/6 332/17 336/12 343/11 348/2 354/11 357/11 357/12 357/13 357/15 358/13 362/10 370/6 375/4 379/2 380/22 382/18 382/18 382/19 382/20 383/2 383/15 384/12 389/2 389/18 392/9 392/14 396/3 397/1 398/5 399/19 401/7 409/25 409/25 410/11 413/11 419/3 431/23 432/18 432/25 433/15 433/25 434/11 434/21 435/19 436/20 436/22 437/24 440/15 440/20 447/22 460/14 462/14 463/23 464/4 466/13

**I**

**I'm [14]** 472/4 472/10 476/13 487/19 487/20 488/1 488/5 492/9 492/14 492/22 492/23 492/24 493/1 494/1

**I've [21]** 268/24 282/9 286/2 288/18 305/24 306/8 311/8 320/3 320/3 320/4 320/5 320/5 320/8 371/2 422/11 433/14 435/6 449/19 481/21 488/21 494/4

**I.D [4]** 285/4 413/5 444/6 470/18

**idea [9]** 323/16 331/5 331/5 384/22 385/4 458/25 459/6 459/12 459/18

**identification [3]** 254/3 285/2 470/16

**identified [2]** 294/15 435/13

**identify [3]** 333/12 345/17 494/6

**if [177]** 255/22 255/23 256/1 256/2 256/12 256/15 256/19 256/21 256/24 257/1 257/19 257/21 258/7 258/22 258/25 259/13 262/17 263/15 264/1 265/3 265/7 265/15 266/7 266/12 266/15 267/6 267/14 268/6 268/13 269/8 269/19 270/2 270/11 271/12 272/15 273/11 274/1 275/25 276/6 276/21 283/2 285/7 286/3 292/21 292/23 293/4 294/10 294/20 295/1 295/2 299/12 299/15 299/18 300/13 300/13 303/25 304/1 305/2 308/3 308/8 308/10 311/19 313/6 315/6 315/12 315/14 316/17 318/14 318/15 318/18 319/14 319/17 319/18 323/14 325/6 325/12 325/16 327/22 328/23 329/2 330/3 330/5 336/8 340/23 348/25 350/14 360/8 360/21 366/6 366/6 366/24 375/14 375/22 376/6 376/10 377/12 379/2 381/2 381/3 381/9 381/15 387/22 390/19 391/8 392/3 397/9 397/23 407/11 407/17 408/16 409/20 410/1 410/10 410/11 410/16 412/23 416/10 421/11 425/25 429/13 429/13 429/17 432/19 432/25 433/3 433/6 433/8 434/6 434/8 434/15 434/16 436/19 438/18 440/23 441/2 442/19 442/21 442/21 444/12 446/20 447/16 448/15 448/21 450/16 451/3 455/20 461/6 461/9 461/14 469/11 470/11 472/6 472/9 473/5 475/3 475/15 476/13 477/13 479/24 479/25 480/22 480/3 480/15 483/22 484/13 486/6 487/15 487/25 488/3 488/12 488/22 489/19 490/15 492/15 493/1 493/2 494/14

**illegal [2]** 302/10 407/13

**illegally [1]** 371/23

**image [2]** 401/25 402/1

**imagine [1]** 363/8

**immediate [1]** 349/7

**immediately [3]** 295/20 317/8 319/19

**impact [2]** 326/20 326/20

**impartial [1]** 261/19

**impartially [2]** 459/7 459/14

**impeach [2]** 433/8 433/12 476/17

**impeaches [1]** 484/18

**impeachment [1]** 476/24

**impetus [1]** 270/3

**important [7]** 271/25 275/4 290/14 474/24 475/2 479/25 493/10

**improper [3]** 267/16 313/22 459/8

**impulsive [4]** 483/4 485/3 485/3 485/4

**impulsivity [2]** 482/25 483/11

**inappropriate [1]** 434/15

**incident [28]** 260/7 273/18 274/21 281/9 281/12 282/22 283/11 317/5 322/12 325/9 352/9 381/19 394/10 394/11 428/3 430/25 453/24 454/9 454/21 455/3 458/20 464/25 470/14 475/12 475/17 476/1 489/6 489/7

**incidents [8]** 306/8 476/7 482/9 486/11 488/14 489/5 489/8 490/18

**inclined [1]** 435/19 492/9

**include [1]** 275/4

**includes [1]** 297/21

**including [2]** 439/13 486/23

**Inclusive [1]** 250/19

**income [1]** 289/18

**increase [1]** 290/10

**incredibly [1]** 326/15

**independently [1]** 458/16

**INDEX [2]** 252/9 253/1

**indicate [6]** 345/19 345/25 352/21 393/8 395/24 414/14

**indicated [5]** 263/8 295/24 302/23 358/14 491/9

**indicating [25]** 276/18 294/16 303/23 315/2 315/10 333/17 343/25 344/6 345/21 346/3 346/3 360/11 376/20 389/5 393/3 393/11 393/15 396/6 396/6 396/7 403/9 412/19 412/24 426/1 471/22

**indication [2]** 450/14 461/12

**indicators [1]** 305/14

**individual [7]** 333/9 333/9 334/13 334/21 403/2 409/24 431/21

**individuals [8]** 279/20 279/23 316/13 323/23 324/17 324/19 484/17 485/5

**inform [3]** 268/13 311/18 312/3

**information [17]** 274/15 305/11 305/17 305/20 306/4 306/19 307/12 310/11 311/2 321/13 321/18 321/20 322/21 323/1 385/1 385/5 485/7

**initial [1]** 317/1

**initially [3]** 302/3 388/21 446/23

**initials [5]** 414/1 414/1 415/5 415/25 425/18

**injury [1]** 489/1

**innocence [1]** 266/20

**input [1]** 443/5

**inquire [1]** 271/9

**inquiry [8]** 252/4 255/6 256/4 256/19 259/11 434/6 434/23 435/4

**inside [14]** 319/14 334/8 335/7 337/10 340/20 340/23 341/12 391/6 391/8 392/11 406/13 417/15 431/4 483/24

**inspector [3]** 332/17 332/18 341/3

**instance [3]** 435/13 489/22 490/6

**instances [2]** 483/13 486/6

**instead [2]** 327/23 346/22

**instruct [3]** 255/12 255/19 256/2

**instructed [1]** 266/22

**instruction [4]** 255/18 265/3 493/8 493/13

**instructions [7]** 256/20 257/21 265/6 265/20 266/21 481/20 491/1

**instructs [1]** 265/16

**intend [1]** 433/11

**intending [1]** 440/20

**intent [2]** 270/15 346/18

**intention [1]** 307/10

**interacted [1]** 347/5

**interaction [1]** 389/2

**interactions [1]** 342/17

**interest [1]** 459/6

**interfering [3]** 292/23 292/25 293/2

**internal [1]** 328/13

**Internet [1]** 288/25

**interpretation [1]** 358/15

**INTERPRETER [5]** 251/13 358/3 358/8 358/16 358/19

**intersects [2]** 392/24 412/21

**interview [6]** 381/24 429/24 460/16 485/8 490/9 490/10

**interviewed [4]** 423/20 424/5 430/1 430/2

**interviewing [2]** 383/12 384/2

**interviews [2]** 371/17 441/4

**intimidating [1]** 269/18

**introduced [2]** 326/18 333/23

**introducing [1]** 476/13

**investigate [11]** 302/4 303/19 328/24 330/1 330/9 370/8 370/10 370/12 370/15 459/14 480/19

**investigated [7]** 302/12 328/17 329/19 329/23 457/6 457/8 458/24

**investigating [8]** 281/18 295/16 297/22 297/25 407/13 459/1 459/3 480/12

**investigation [15]** 304/22 312/17 317/10 317/22 321/12 321/19 328/14 329/12 329/14 329/21 371/9 380/24 381/5 384/25 458/16

**investigations [1]** 370/16

**Investigative [1]** 371/9

**investigator [14]** 352/7 352/11 371/1 430/22 431/9 431/10 431/11 433/9 433/12 436/6 440/24 441/6 460/19 460/24

**investigators [5]** 329/1 329/2 431/7 431/20 436/7

**Investor [2]** 378/15 384/22

**invite [2]** 313/7 342/8

**invited [4]** 255/21 334/1 340/25 431/3

**involved [4]** 298/3 370/14 371/14 476/2

**involving [3]** 386/22 483/2 489/23

**inward [1]** 303/20

**irate [2]** 280/23

**Irrelevant [6]** 304/25 310/23 313/8 317/19 318/2 319/4

**is [300]**

**isn't [9]** 281/4 284/20 306/14 340/13 363/13 408/6 435/10 448/6 493/2

**issue [11]** 257/11 258/7 431/24 432/17 433/13 433/25 435/10 486/2 490/6 493/6 494/4

**issued [3]** 464/10 464/11 464/15

**issues [3]** 271/20 450/6 482/24

**it [456]**

**it's [90]** 255/12 261/3 261/4 263/3 263/23 264/2 266/2 267/15 267/16 268/7 270/24 271/3 271/3 276/22 280/3 286/6 292/6 297/11 303/15 307/1 321/20 322/20 325/25 326/1 326/3 327/21 328/14 330/15 342/6 344/5 355/21 363/11 363/15 363/24 369/21 371/24 371/25 372/1 372/3 375/3 376/10 376/22 377/4 378/22 379/10

**I**

**it's...** [45]  386/17 387/2 388/9 393/4
397/10 397/11 397/17 399/1 399/4
399/19 401/17 403/7 411/1 412/20
414/19 432/3 434/8 435/10 435/11
436/23 440/21 442/17 453/20 454/16
463/18 463/22 466/17 466/19 466/22
475/17 477/10 481/12 482/1 483/12
484/20 485/21 486/5 487/9 488/3 488/9
488/25 489/3 490/11 492/21 493/10
**item** [2]  375/7 375/15
**items** [3]  368/3 380/25 485/1
**its** [4]  414/22 459/1 459/3 459/14
**itself** [1]  377/15
**IV** [1]  446/7

**J**

**J-o-h-n** [1]  441/22
**J.A** [1]  481/20
**jacked** [1]  338/14
**jacket** [1]  403/8
**jail** [3]  260/22 269/19 320/5
**January** [1]  359/7
**January 31st** [1]  359/7
**Jencks** [4]  433/10 439/15 461/9
461/15
**JENNIFER** [1]  251/4
**job** [18]  269/15 286/25 287/4 288/2
289/17 289/18 289/19 290/9 290/9
290/14 301/21 313/5 320/6 370/9 371/6
442/13 461/3 488/7
**John** [5]  439/2 439/3 439/13 439/23
441/22
**John Taylor** [1]  439/23
**joins** [1]  393/5
**journals** [1]  332/23
**judge** [3]  250/4 256/7 266/15
**Judicial** [1]  496/8
**JULIE** [2]  251/13 358/11
**jump** [2]  395/6 414/21
**jumped** [9]  339/24 414/3 414/5 414/9
414/16 414/21 416/4 420/9 421/21
**jumping** [1]  414/25
**June** [2]  440/11 482/11
**jurisdiction** [2]  456/7 456/15
**juror** [16]  252/4 255/6 255/8 255/12
256/1 256/5 257/8 259/24 268/12 269/5
270/5 270/16 272/10 272/14 433/13
433/15
**juror's** [4]  267/15 270/3 270/4 270/12
**jurors** [23]  258/9 258/13 258/16 263/8
263/9 263/14 263/22 266/19 268/3
271/9 271/10 272/3 272/19 330/18
331/11 343/20 343/21 345/25 379/14
379/17 432/7 437/4 481/16
**jury** [20]  250/19 255/20 256/24 257/22
263/9 263/16 265/6 272/1 272/2 272/8
330/24 436/8 477/9 477/21 478/2
481/20 491/1 491/10 494/4 494/5
**jury's** [11]  255/3 259/17 330/20 357/17
432/8 441/12 461/19 467/13 477/17
478/16 481/17
**just** [141]  256/21 258/2 258/21 259/10
259/22 259/25 260/16 260/16 261/1
261/4 261/6 261/7 261/8 261/14 261/16
261/17 262/1 262/4 262/10 262/11
262/12 262/18 262/21 263/3 263/4
264/3 264/3 264/4 264/11 264/15 268/3
271/2 271/16 275/7 278/13 280/7
285/18 286/24 294/1 294/10 296/11
301/3 303/14 303/24 308/11 310/4
311/15 312/20 314/11 315/14 320/16
323/6 325/7 327/7 331/5 336/21 337/1
337/13 339/4 339/18 340/6 340/19
342/22 342/24 343/2 344/9 344/10
346/23 348/13 349/12 350/19 355/7
356/19 361/13 361/23 363/24 364/12
364/15 369/6 372/17 374/9 381/12
388/6 388/17 390/20 400/4 402/17
406/18 410/8 410/8 410/15 411/2 411/5 413/7
414/8 415/3 415/20 431/24 431/25
433/16 433/17 434/5 434/21 434/21
435/7 435/21 436/13 438/18 439/13
444/11 449/4 449/7 455/16 458/3 458/5
458/10 460/5 466/21 467/6 473/2
476/23 477/10 477/20 478/3 478/12
481/8 481/9 482/12 484/3 484/7 485/6
485/11 485/15 486/12 487/9 488/3
488/11 488/16 490/14 491/21 492/23
494/5
**just if** [1]  294/10
**Justice** [2]  477/24 478/1
**justifiable** [1]  301/8
**justified** [1]  297/12
**justify** [1]  301/6

**K**

**Kay** [2]  466/6 466/13
**KAYE** [1]  251/7
**keep** [13]  258/2 267/1 285/7 290/14
305/3 305/8 324/22 337/13 348/13
356/1 356/3 357/12 477/13
**keeping** [3]  316/11 321/7 404/24
**keeps** [1]  482/20
**KENDALL** [6]  251/3 271/1 358/17
432/10 432/15 437/11
**kept** [9]  260/19 262/9 262/10 262/14
262/18 264/4 324/22 395/16 443/16
**kick** [1]  258/3
**kids** [1]  396/24
**kill** [17]  296/14 298/15 300/14 301/16
320/10 389/16 389/23 397/10 398/5
410/2 410/4 410/12 410/14 410/16
479/22 480/4 480/4
**kills** [1]  408/8
**Kim** [2]  352/8 352/15
**Kimberly** [2]  430/22 431/12
**kind** [18]  259/9 263/18 288/13 290/23
306/25 307/1 312/8 318/13 334/1 334/5
338/15 341/21 364/13 377/14 415/3
424/8 446/4 460/22
**kinds** [1]  373/16
**kitchen** [3]  334/7 341/20 361/19
**kmbllaw.com** [1]  251/11
**knew** [27]  281/21 283/7 284/16 284/17
288/13 288/14 300/10 301/2 301/6
301/12 301/14 312/7 312/7 322/23
322/24 323/7 323/11 325/4 325/6
362/22 363/22 372/11 394/5 396/21
407/17 409/20 435/16
**knock** [7]  298/14 312/20 312/21
312/25 313/13 313/15 313/16
**knocked** [3]  312/24 333/22 340/22
**knocking** [1]  394/21
**know** [167]  256/25 257/23 258/7

**264**/3 264/3 264/4 264/11 264/15 268/3
271/2 271/16 275/7 278/13 280/7
264/15 264/16 266/3 266/4 266/19
267/7 267/8 271/1 272/16 274/1 275/9
275/25 276/21 279/4 279/16 279/17
284/5 287/16 289/24 289/24 292/4
293/4 295/18 299/2 301/16 301/18
304/10 305/9 306/18 307/2 308/10
308/12 308/14 309/4 309/5 309/6
315/25 318/15 318/17 318/18 318/19
322/16 325/6 328/23 329/2 330/3 330/5
331/5 333/23 334/13 334/14 334/14
335/6 335/7 335/19 336/7 339/3 339/16
341/19 342/8 346/12 346/18 353/25
356/15 360/7 360/13 360/15 362/24
363/5 363/21 363/22 364/9 366/24
367/13 367/13 374/4 376/21 381/2
381/15 381/17 384/18 385/2 388/10
390/14 391/2 392/3 392/4 394/3 397/1
397/2 398/1 402/5 402/14 403/11 404/8
406/22 407/21 409/21 409/21 414/11
414/19 419/14 422/11 433/2 433/2
434/8 434/10 434/10 434/12 435/9
440/13 441/2 446/8 454/8 456/3 461/6
461/14 475/8 475/25 476/3 478/11
482/2 482/6 482/7 482/12 482/15
482/15 484/9 484/25 485/2 485/3
485/10 487/10 487/16 487/17 487/18
487/21 488/1 488/1 488/4 488/10
488/13 488/18 488/25 489/2 489/5
489/18 490/1 491/21 492/3 492/11
492/23 492/25 493/12
**know whether** [1]  264/16
**knowing** [1]  266/24
**knowledge** [9]  297/2 297/9 328/21
329/19 330/8 330/11 365/10 381/5
443/18
**knowledgeable** [1]  341/9
**knows** [4]  257/15 258/4 313/18 313/25
**Kogler** [10]  371/16 372/10 374/22
375/8 375/22 376/7 377/19 378/6
380/22 382/12

**L**

**L-u-i-s-a** [1]  358/5
**label** [1]  345/12
**Lacey** [1]  460/23
**Lack** [4]  309/11 309/17 310/6 330/2
**Lacks** [5]  364/8 416/24 427/21 450/17
451/1
**ladies** [7]  326/13 330/13 358/13 379/9
432/2 467/22 481/10
**lady** [3]  375/11 405/10 419/23
**lane** [16]  277/13 277/15 278/21 315/13
333/5 359/11 359/13 359/16 360/19
361/8 379/2 402/5 402/15 444/1 445/5
469/6
**language** [2]  255/17 268/9
**large** [2]  302/9 370/11
**larger** [1]  302/13
**last** [16]  258/6 270/23 371/2 386/7
386/21 387/5 387/14 387/15 389/17
394/18 401/20 401/20 436/2 469/5
481/22 493/7
**lasted** [1]  352/25
**late** [1]  299/6
**later** [18]  296/3 334/21 375/6 391/5
399/2 410/24 423/20 425/15 427/9

**L**

**later... [9]** 429/12 429/15 429/19 429/23 435/4 438/23 472/21 474/12 476/3

**LATKA [227]** 250/9 273/6 273/9 273/24 274/11 274/18 274/24 275/7 275/12 275/15 275/17 275/24 276/2 276/5 277/9 278/20 281/19 281/19 281/21 283/7 283/10 283/19 283/23 284/3 284/8 284/17 285/24 286/1 288/13 288/22 288/22 290/13 290/16 293/21 295/6 296/10 296/13 305/10 305/20 310/12 310/12 311/2 315/5 315/14 320/24 321/10 322/16 323/8 323/17 324/4 324/9 324/16 325/5 325/6 325/10 325/15 325/17 325/20 325/23 326/7 326/19 327/18 329/13 329/20 330/1 330/10 333/17 340/17 341/22 341/24 346/10 346/11 347/5 347/10 347/16 348/6 348/15 350/1 350/15 350/18 351/18 351/20 351/22 353/14 353/24 354/8 357/9 360/4 360/11 360/13 360/16 360/18 362/2 362/23 362/25 363/17 364/4 364/7 365/14 365/17 365/20 365/23 367/14 368/13 375/22 376/10 378/15 380/18 381/4 382/14 382/25 384/22 386/22 388/18 388/25 389/1 389/11 389/15 389/18 389/23 390/11 391/13 393/22 394/13 394/17 395/6 395/10 395/18 395/23 397/7 397/16 397/20 397/21 399/8 399/10 405/6 405/16 406/9 407/17 407/22 408/2 414/3 414/9 414/15 414/21 414/25 416/4 416/21 417/18 418/5 418/17 418/25 419/7 419/11 419/20 420/9 420/25 421/6 421/14 421/21 421/23 422/6 422/17 422/20 423/10 423/15 423/23 424/16 424/25 425/14 425/21 427/20 428/2 430/8 431/1 431/22 433/17 434/18 443/19 444/23 444/24 445/9 447/5 447/9 449/21 453/12 453/16 453/18 453/24 454/2 454/8 454/11 454/18 455/4 455/17 455/24 456/22 456/24 458/1 458/3 458/22 465/1 465/3 469/18 471/10 471/16 472/24 473/13 473/24 474/2 474/10 476/11 476/18 476/20 478/23 478/24 479/3 479/8 479/11 479/18 479/21 486/9 490/11 491/3 491/7 491/16

**Latka's [10]** 273/16 289/5 294/15 329/15 383/10 385/2 423/22 440/3 466/11 467/19

**Laughter [1]** 269/21

**law [57]** 251/8 255/14 255/15 256/18 256/21 257/13 257/20 257/25 258/25 263/11 263/13 263/17 265/7 265/9 265/16 265/21 266/1 266/7 266/8 266/12 266/16 266/23 266/25 268/3 268/5 268/25 269/2 269/17 269/20 270/16 289/7 289/9 289/10 290/9 328/11 349/20 371/3 371/8 433/25 433/25 434/24 435/11 435/24 462/14 462/16 463/8 464/18 464/18 468/22 475/19 483/2 485/18 486/2 486/23 489/10 490/8 493/14

**lawn [1]** 338/13

**laws [1]** 265/20

**lawyer [2]** 326/18 327/23

**lawyers [2]** 475/23 491/12

**leading [7]** 372/3 399/22 459/15 463/13 464/7 471/24 477/15

**learn [1]** 334/21

**learned [3]** 283/23 305/24 439/13

**least [3]** 269/11 486/5 489/4

**leave [21]** 290/19 290/20 290/22 291/3 295/24 304/21 315/15 322/25 334/10 337/2 349/12 403/3 404/6 407/24 408/10 421/3 424/14 432/13 438/3 481/8 481/9

**leaving [6]** 277/18 277/20 293/24 294/1 335/3 338/1

**lectern [1]** 357/13

**leeway [1]** 353/21

**left [38]** 275/18 275/24 277/15 277/16 278/25 295/6 314/20 315/16 315/18 337/9 343/8 344/22 345/5 345/13 348/2 348/3 349/6 355/15 355/15 355/16 374/11 384/10 387/23 391/14 395/7 405/21 406/9 415/2 415/24 420/21 420/23 420/24 421/15 427/7 427/7 428/2 438/4 478/11

**left-hand [4]** 345/5 384/10 405/21 415/2

**leg [1]** 308/2

**legal [1]** 490/11

**Leon [1]** 333/4

**less [5]** 277/3 277/4 344/7 344/8 344/18

**let [15]** 269/6 269/22 272/16 285/11 343/11 344/25 348/20 381/19 391/3 392/13 412/12 413/13 437/18 466/5 492/25

**let's [6]** 293/25 294/11 429/13 431/25 476/14 478/12

**letterhead [1]** 380/21

**letting [1]** 265/10

**level [5]** 308/15 308/15 370/17 450/11 450/13

**level of [1]** 308/15

**liar [1]** 433/22

**license [1]** 316/15

**lie [1]** 329/7

**lieu [2]** 493/19 493/21

**life [2]** 314/5 411/3

**lifetime [1]** 484/16

**lifted [1]** 361/18

**like [114]** 255/11 256/5 256/18 256/21 259/9 260/16 260/17 261/1 261/8 261/15 261/16 262/1 262/4 262/9 262/14 263/19 265/11 266/3 267/2 268/3 268/14 268/24 271/11 271/20 280/25 287/2 287/16 298/10 298/10 299/19 299/23 300/19 300/21 301/3 306/2 306/7 312/20 319/11 322/22 333/13 334/6 334/17 334/19 335/11 336/9 336/16 336/23 337/17 338/3 338/4 338/7 338/14 338/23 339/23 343/18 350/9 350/14 351/25 351/25 352/3 352/16 352/20 355/8 356/5 364/13 366/14 366/17 371/19 372/15 373/19 373/19 378/2 378/23 381/22 383/3 383/8 384/13 388/9 389/4 392/6 392/7 392/21 392/24 394/12 403/23 413/3 414/19 424/5 424/8 426/18 428/3

**431/16 431/20 434/22 434/25 438/22** 445/4 446/7 446/9 450/14 451/9 453/20 473/21 475/21 475/23 479/25 482/2 482/9 484/14 486/24 489/12 490/4 493/1 494/5

**likely [1]** 486/5

**Liliana [1]** 460/24

**Limbaugh [3]** 466/6 466/13 466/24

**line [5]** 396/5 414/18 472/9 473/6 485/5

**lines [3]** 375/3 375/4 489/23

**listen [26]** 256/6 256/9 256/13 256/17 256/18 260/12 260/21 262/6 262/9 262/23 263/3 263/5 265/4 265/5 265/6 265/8 265/16 265/19 265/20 265/21 266/17 267/3 267/3 267/7 268/20 268/23

**listened [2]** 267/19 466/15

**listening [11]** 257/7 257/17 262/12 262/13 262/19 265/18 267/8 268/18 269/13 433/20 435/14

**literal [1]** 327/22

**literally [1]** 262/22

**LITT [1]** 251/7

**little [31]** 258/12 286/6 322/24 324/5 342/11 344/7 344/8 344/18 345/9 349/6 350/16 353/20 355/21 377/1 383/5 383/25 384/5 396/3 397/7 397/11 397/17 397/21 417/25 418/3 423/15 423/23 425/9 427/19 434/11 485/21 494/1

**live [16]** 285/20 288/3 313/19 314/11 333/24 340/10 340/12 340/14 359/8 359/20 386/14 386/16 386/17 386/19 401/23 406/23

**lived [9]** 285/10 285/22 286/4 335/5 335/6 342/24 393/25 412/9 416/6

**living [7]** 290/3 332/16 359/21 361/3 401/6 402/21 416/8

**locate [1]** 472/5

**located [1]** 373/3

**location [5]** 371/22 391/17 469/8 471/13 472/18

**logic [5]** 257/6 260/9 261/12 268/14 433/19

**logically [1]** 261/19

**long [19]** 305/24 316/23 334/8 359/2 370/18 387/12 390/21 401/11 401/14 421/14 421/17 444/12 444/22 462/16 462/21 468/20 469/1 478/11 478/14

**longer [3]** 285/20 314/11 390/25

**look [29]** 266/18 270/25 289/25 294/11 295/1 295/2 298/11 302/15 302/18 334/1 334/3 334/16 337/2 338/3 347/2 360/8 361/9 364/14 374/20 378/2 382/10 383/3 383/8 399/17 403/23 430/8 440/21 444/11 464/11

**looked [26]** 258/5 301/3 302/16 334/6 338/4 338/7 338/12 338/13 338/21 338/23 339/23 356/5 366/14 372/14 372/15 375/16 375/18 376/11 376/13 377/20 382/13 384/13 387/23 391/11 487/18 493/16

**looking [22]** 273/21 287/16 295/3 303/11 316/14 323/20 329/22 334/12 371/20 375/14 376/7 376/7 377/14 377/14 383/10 389/2 459/7 471/5 472/4 472/8 472/10 485/16

# L

**looks [7]** 333/13 343/18 373/19 389/4
443/21 445/4 446/7
**Los [4]** 250/15 250/23 251/6 255/1
**love [2]** 301/21 389/13
**lot [14]** 258/4 304/12 307/19 309/2
309/20 314/9 366/14 372/14 372/17
374/8 375/19 430/20 432/19 484/15
**loud [3]** 292/2 347/1 406/3
**loudly [6]** 336/19 348/16 354/8 428/11
440/6 470/8
**Louie's [1]** 427/19
**love [3]** 271/18 271/21 289/19
**low [2]** 445/15 446/10
**Lowe's [15]** 367/15 367/20 368/3
368/6 374/5 375/6 375/10 380/16
380/18 380/19 380/25 380/25 381/2
381/6 381/7
**lower [4]** 344/3 345/5 345/13 415/2
**Luisa [5]** 357/5 357/6 358/2 358/5
490/7
**Luisa Alvarez [3]** 357/5 358/2 490/7
**lunch [1]** 372/6
**lungs [1]** 305/16
**lying [7]** 256/10 256/13 260/9 260/13
261/6 262/2 354/17

# M

**M-a-r-t-i-n [1]** 332/11
**ma'am [21]** 372/19 377/9 377/24 382/5
384/20 385/15 386/2 392/3 412/6
432/14 462/10 468/7 468/24 469/7
469/10 469/16 471/2 471/14 472/10
474/14 481/7
**made [45]** 256/12 261/6 261/11 263/19
267/22 268/21 268/24 269/1 269/4
269/10 271/6 271/11 280/15 299/10
304/21 309/5 314/7 315/16 325/10
337/7 349/15 364/7 367/14 380/17
381/7 409/1 409/2 410/7 415/20 425/18
431/21 433/16 435/7 436/6 440/25
441/6 473/15 474/10 477/9 479/22
480/11 480/12 480/16 492/3 492/4
**mail [6]** 302/4 302/7 302/22 303/1
304/16 492/24
**main [2]** 315/19 485/13
**maintain [2]** 494/20 494/21
**maintain it [1]** 494/20
**major [3]** 278/19 356/5 370/8
**make [35]** 259/11 260/6 266/19 269/2
269/14 272/6 292/2 327/4 336/1 357/10
358/18 364/3 364/13 386/11 390/13
405/21 410/1 424/14 434/6 436/23
438/23 447/12 459/13 469/17 469/20
477/8 483/18 484/21 488/4 488/4
491/22 492/2 492/8 494/22 495/1
**makers [1]** 263/10
**makes [1]** 469/11
**makeup [3]** 361/13 364/12 364/13
**making [6]** 290/3 399/2 414/18 421/22
433/3 467/19
**male [1]** 279/19
**man [14]** 283/10 284/14 300/21 318/21
318/22 333/5 346/1 349/19 354/16
403/23 414/24 417/12 420/15 456/18
**man's [2]** 262/16 267/25
**manager [3]** 375/17 375/17 380/20
**manifested [1]** 270/15
**manner [1]** 342/10
**many [15]** 302/4 359/18 359/19 364/23
364/23 365/5 375/20 390/1 410/13
412/9 416/7 440/17 449/18 452/19
486/22
**map [4]** 276/8 303/11 303/12 343/11
**March [1]** 442/9
**marijuana [1]** 370/11
**MARILYN [2]** 251/7 460/24
**mark [6]** 376/15 402/7 402/12 413/12
413/25 470/16
**marked [8]** 285/4 303/11 314/17 413/3
413/5 413/12 444/6 470/18
**market [1]** 289/25
**markings [2]** 406/5 415/19
**marks [1]** 260/10
**Marquez [5]** 352/8 352/10 352/15
430/22 431/12
**married [1]** 359/25
**marshals [2]** 477/20 491/8
**Martin [3]** 331/19 331/20 332/7
**Martin True [2]** 331/19 332/7
**Marywood [1]** 387/25
**Master [1]** 401/21
**match [2]** 376/8 376/11
**matched [2]** 376/12 377/7
**material [2]** 374/6 380/17
**materials [1]** 439/16
**matter [14]** 297/24 298/1 319/22
326/18 331/24 357/21 369/14 385/25
400/19 441/17 452/5 461/25 468/5
496/7
**matters [2]** 321/7 488/14
**may [42]** 272/24 276/22 276/22 285/5
285/7 288/9 305/3 332/4 332/13 336/17
348/22 353/3 358/17 369/23 379/6
381/7 398/7 398/20 398/23 401/2 413/4
413/16 437/5 438/24 439/7 440/20
441/24 444/5 444/7 444/9 448/15
452/12 460/2 462/6 468/14 470/22
483/22 486/6 487/23 487/24 488/19
496/11
**maybe [18]** 258/9 258/13 261/17 276/8
294/21 334/9 342/11 344/7 344/7 344/8
344/18 390/2 409/8 414/8 422/1 427/14
438/8 488/4
**mbednarski [1]** 251/11
**McLANE [1]** 251/7
**MDC [1]** 483/3
**me [171]** 256/5 256/10 261/6 263/19
263/25 264/1 264/10 266/3 270/1 274/2
274/14 274/23 275/1 275/18 275/18
278/7 278/8 278/14 278/19 279/20
279/21 283/3 283/9 284/11 284/22
285/11 290/2 290/20 291/10 291/18
292/24 293/1 293/2 293/15 295/20
296/14 296/15 296/18 296/18 296/25
298/1 299/16 299/17 299/18 299/21
299/23 300/13 300/14 300/24 301/5
301/9 301/16 301/18 302/20 302/25
303/3 304/18 305/13 306/18 308/5
308/6 309/2 309/3 309/4 309/5 310/5
310/11 310/11 311/2 311/3 311/13
311/18 314/6 314/9 315/6 315/15
315/25 316/13 317/12 319/10 319/18
319/19 320/7 320/10 321/22 324/2
324/13 325/16 325/19 325/22 326/11
326/12 326/25 328/15 328/15 328/16
329/16 332/22 337/10 337/12 339/18
343/11 344/25 365/16 377/19 381/19
387/7 387/25 389/16 390/3 391/3
392/13 395/4 395/14 395/14 395/15
395/16 396/19 397/10 398/6 399/18
404/7 404/7 405/12 405/12 405/13
405/24 407/12 408/6 409/24 410/24
412/12 413/14 419/1 419/2 419/4 419/5
419/13 419/14 420/3 420/4 420/5 420/7
420/7 420/8 422/12 422/13 423/11
423/12 424/12 434/25 435/18 437/18
441/8 442/14 443/11 444/12 450/3
455/16 455/23 457/12 466/5 479/24
480/2 481/8 485/15 486/5 487/13 488/7
488/8 489/19
**mean [37]** 260/15 261/8 261/12 261/22
262/7 262/22 266/9 277/1 285/11
302/20 308/25 311/15 311/17 312/2
313/6 314/4 317/11 364/12 387/2 387/3
396/2 397/10 397/17 398/1 398/1
399/17 405/6 406/19 424/13 434/16
446/3 451/5 473/8 485/22 486/20
488/19 493/21
**meaning [6]** 262/5 327/22 327/23
392/24 419/25 431/22
**means [2]** 312/3 320/17
**meant [5]** 261/23 262/2 262/22 424/7
435/6
**Medic [1]** 444/25
**medical [8]** 356/16 439/18 439/19
439/24 442/7 442/18 443/16 449/7
**meets [1]** 344/12
**members [1]** 256/24
**memory [7]** 393/19 395/5 398/25
399/11 470/14 475/17 476/9
**men [4]** 295/13 296/9 298/13 318/22
**mention [1]** 411/3
**mentioned [6]** 273/5 317/9 374/1
374/2 450/8 480/7
**mentioning [1]** 487/22
**mere [1]** 308/12
**merits [9]** 267/16 268/7 268/9 270/4
270/12 271/4 271/5 271/6 435/2
**mess [1]** 280/23
**messages [1]** 272/16
**met [11]** 280/12 334/24 340/17 353/6
360/4 362/18 362/21 362/22 388/8
430/22 466/14
**methodology [2]** 485/1 485/6
**methods [1]** 278/5
**middle [14]** 293/13 293/16 295/7
295/8 296/11 321/4 345/22 351/18
384/6 384/9 419/7 422/21 422/24
423/10
**midnight [1]** 493/7
**might [10]** 255/21 258/15 339/14
340/24 483/23 485/16 486/11 487/13
488/10 491/9
**mike [2]** 355/21 358/19
**mile [2]** 277/3 277/3
**miles [1]** 282/16
**military [3]** 289/15 289/16 430/17
**mind [27]** 261/8 262/9 262/14 262/19
263/2 264/13 264/17 264/19 266/3
266/4 266/19 267/6 269/1 269/2 269/4
269/10 271/11 308/17 309/24 310/7
319/22 363/12 363/16 434/16 434/16

**M**

mind... [2]  446/20 494/3
minds [1]  255/23
mine [2]  358/24 493/17
minimum [2]  313/1 357/12
minor [4]  261/4 297/24 298/1 305/5
minute [16]  277/4 279/25 306/22
308/25 330/16 344/23 344/24 357/7
379/8 379/12 422/1 428/2 428/4 432/1
432/5 446/4
minutes [22]  273/17 277/5 317/1
325/9 327/6 327/8 327/8 327/9 327/12
334/9 338/20 341/22 344/21 409/8
425/14 427/9 427/14 429/15 429/17
438/8 472/21 474/11
mirror [2]  323/20 324/9
misdemeanor [1]  485/25
miss [1]  269/11
missed [1]  256/10
missing [1]  272/14
missionary [1]  332/19
mistake [1]  299/15
mistaken [1]  327/10
mom's [7]  386/25 388/16 389/12 391/6
391/19 393/1 394/12
moment [19]  260/16 262/25 288/9
320/11 339/4 339/18 353/3 356/19
359/9 361/23 362/24 369/6 379/6 385/7
398/7 411/5 439/13 449/4 483/22
moments [1]  391/22
Monday [2]  465/6 486/15
money [2]  366/1 367/14
months [7]  297/2 297/9 364/23 365/5
440/10 449/20 469/3
Morales [35]  304/17 304/19 305/10
321/24 322/17 322/23 345/18 346/14
358/23 358/24 359/6 359/8 359/15
359/23 359/24 360/14 360/16 361/3
361/12 362/3 362/9 362/10 362/12
362/22 363/21 364/3 364/7 365/23
368/13 368/20 378/25 402/16 407/17
416/6 416/11
Morales's [5]  359/24 360/18 363/17
367/8 407/15
more [32]  260/16 264/9 264/9 264/11
267/6 269/7 278/8 284/12 298/13
306/22 309/5 322/4 322/18 330/6
344/23 355/8 356/23 362/5 366/19
373/15 373/15 383/25 389/24 438/9
440/14 472/11 485/19 489/18 489/18
489/19 490/19 494/24
morning [16]  255/4 260/3 260/4
272/21 340/10 340/16 390/8 390/8
390/10 390/11 390/19 391/5 429/14
435/6 464/23 492/5
most [8]  274/15 277/5 306/9 309/5
309/7 334/9 387/2 412/7
mother [1]  485/9
mother's [1]  393/3
motion [8]  312/22 315/22 316/2 392/6
392/7 460/7 483/16 483/18
motions [2]  438/23 491/22
motivated [1]  270/12
motorcycle [1]  318/18
mountains [1]  282/15
move [4]  285/17 286/16 319/19 358/19
moving [3]  299/23 428/19 428/21

Mr. [2]  361/3 389/10
Mr. [29]
Mr. Briot [3]  460/16 460/17 462/9
Mr. Ellsworth [13]  392/1 392/11 395/4
395/25 397/4 397/18 419/1 421/7
424/10 455/11 464/19 473/14 473/25
Mr. Ellsworth's [3]  395/24 455/17
455/25
Mr. Haug [11]  321/15 323/6 324/15
386/14 406/20 406/22 407/4 413/21
423/1 423/7 424/17
Mr. John [1]  439/2
Mr. Kendall [5]  271/1 358/17 432/10
432/15 437/11
Mr. Latka [201]  273/6 273/9 273/24
274/11 274/18 274/24 275/7 275/12
275/15 275/24 276/2 276/5 277/9
278/20 281/19 281/19 283/7 283/10
283/19 283/23 284/3 284/8 284/17
285/24 286/1 288/13 288/22 288/22
290/13 290/16 293/21 295/6 296/10
296/13 305/20 320/24 321/10 322/16
323/8 323/17 324/4 324/9 324/16 325/5
325/6 325/10 325/15 325/20 325/23
326/7 326/19 327/18 329/13 329/20
330/1 330/10 333/17 340/17 341/22
341/24 346/10 346/11 347/5 347/10
347/16 348/6 348/15 350/1 350/15
350/18 351/18 351/20 351/22 353/14
353/24 354/8 357/9 360/11 360/13
360/16 360/18 362/2 363/17 364/4
364/7 365/14 365/17 365/20 365/23
367/14 368/13 380/18 382/14 382/25
386/22 388/18 388/25 389/1 389/11
389/15 389/18 389/23 390/11 391/13
393/22 394/13 394/17 395/6 395/10
395/18 395/23 397/7 397/20 397/21
399/8 399/10 405/6 405/16 406/9
407/17 407/22 408/2 414/3 414/9
414/15 414/21 414/25 416/4 417/18
418/5 418/17 418/25 419/7 419/11
419/20 420/9 420/25 421/6 421/14
421/21 421/23 422/6 422/17 422/20
423/10 423/15 423/23 424/16 424/25
425/14 425/21 427/20 428/2 430/8
431/1 431/22 433/17 434/18 443/19
444/23 444/24 445/9 447/5 447/9
449/21 453/12 453/16 453/18 453/24
454/2 454/8 454/11 454/18 455/4
455/17 455/24 456/22 456/24 458/1
458/3 458/22 465/1 465/3 469/18
471/10 471/16 472/24 473/6 473/13
473/24 474/2 474/10 476/11 478/23
479/3 479/8 479/21 486/9 491/3 491/7
491/16
Mr. Latka's [8]  273/16 289/5 294/15
383/10 423/22 440/3 466/11 467/19
Mr. Morales [18]  304/17 304/19
305/10 321/24 322/17 322/23 359/6
359/8 359/15 360/16 361/12 363/21
364/3 364/7 368/13 368/20 416/6
416/11
Mr. Morales's [3]  360/18 363/17 367/8
Mr. Richard Latka [3]  362/23 362/25
416/21
Mr. Russ Tercero [1]  382/2
Mr. Taylor [1]  442/3
Mr. Tercero [13]  321/15 323/6 324/15

383/13 383/20 384/2 396/13 396/18
396/21 397/2 397/8 401/6 437/14
Mr. Tercero's [6]  382/7 382/13 383/2
383/9 396/24 397/1
Mr. True [1]  332/16
Ms [2]  265/3 466/24
Ms. [50]  255/10 258/11 258/20 259/13
259/21 259/22 265/1 267/13 269/15
272/24 297/6 307/5 316/3 320/15
322/10 326/5 331/14 356/25 357/14
358/23 362/9 362/11 379/7 379/21
380/12 386/11 400/3 430/22 433/23
438/10 438/21 439/14 449/14 453/22
457/22 458/14 460/8 461/21 467/25
474/7 478/17 481/3 481/24 482/7
486/18 490/25 491/11 491/20 493/13
494/22
Ms. Alvarez [2]  358/23 362/11
Ms. Bednarski [30]  255/10 258/20
265/1 267/13 269/15 272/24 297/6
307/5 320/15 322/10 326/5 356/25
379/7 379/21 380/12 400/3 438/10
438/21 439/14 449/14 453/22 457/22
458/14 460/8 467/25 474/7 478/17
481/3 481/24 491/20
Ms. Bednarski's [1]  433/23
Ms. Kimberly [1]  430/22
Ms. Morales [1]  362/9
Ms. Palmer [1]  316/3 386/11
Ms. Plato [8]  258/11 259/13 259/21
259/22 331/14 461/21 490/25 494/22
Ms. Weisberg [5]  357/14 482/7 486/18
491/11 493/13
much [29]  260/16 271/4 293/22 306/15
308/19 309/4 336/3 358/12 365/18
368/10 369/4 381/12 385/13 387/3
400/1 400/8 407/20 409/7 421/20
424/20 426/10 427/12 429/12 429/18
438/7 438/12 451/23 459/24 490/19
multiple [1]  268/21
murder [1]  494/12
must [7]  255/15 270/5 270/16 358/15
362/15 362/17 444/20
my [193]  255/19 260/7 260/8 260/8
260/9 260/18 261/7 261/8 261/17
261/17 261/18 262/9 262/11 262/13
262/19 262/19 263/2 263/3 264/3
264/22 265/10 265/15 266/3 266/4
266/5 266/10 267/6 267/8 267/23
268/24 269/25 276/3 277/22 277/22
278/13 279/16 279/17 279/23 279/23
282/3 282/15 283/2 283/9 284/4
284/21 285/15 286/2 288/18 290/19
291/9 292/23 293/22 296/16 296/24
298/12 299/16 299/21 300/14 300/18
301/9 301/17 305/11 305/12 305/25
306/21 306/25 307/3 307/10 308/3
308/12 310/17 311/3 311/18 312/3
312/9 312/10 313/5 314/5 314/7 314/25
315/3 316/14 316/14 316/16 317/6
317/7 317/7 317/8 317/12 319/11
319/20 320/6 322/8 323/9 325/14
326/12 327/7 328/13 328/16 328/18
328/25 329/14 329/21 329/23 330/11
332/7 335/16 337/1 337/13 337/15
340/17 348/12 348/13 348/25 350/9
350/12 354/1 354/10 361/3 363/20
369/19 370/9 370/16 375/16 376/3

**M**

**my... [68]** 386/5 386/17 386/25 387/23
387/24 387/25 387/25 388/1 388/15
389/12 393/3 393/19 395/5 399/11
401/20 401/20 402/4 402/21 403/2
410/7 418/19 418/20 425/25 430/22
431/10 432/18 433/6 433/9 434/16
434/23 435/7 436/2 436/6 436/15
436/20 437/7 441/6 441/22 443/11
443/18 443/20 443/23 444/16 444/17
444/25 446/16 449/11 452/10 464/4
466/13 466/21 470/13 470/14 472/6
474/25 475/17 476/24 481/20 483/16
487/19 487/23 488/11 488/12 491/4
491/22 492/9 492/11 493/14
**my understanding [1]** 488/11
**myself [8]** 286/10 312/9 314/8 318/13
323/13 375/8 394/24 480/20

**N**

**name [31]** 332/3 332/7 333/7 333/23
334/21 335/7 351/3 351/8 358/1 369/14
369/19 375/22 378/13 378/14 381/4
386/4 386/5 386/7 388/5 396/11 400/23
407/15 409/21 422/3 441/21 441/22
452/9 452/10 455/25 462/4 468/9
**named [7]** 352/7 360/4 417/13 431/11
453/3 454/3 462/24
**names [4]** 295/14 296/1 323/10 407/19
**narrative [1]** 446/21
**national [7]** 302/11 303/2 305/6
401/16 401/18 407/14 462/15
**Naturally [1]** 448/23
**nature [1]** 484/23
**near [2]** 315/6 372/1
**nearest [1]** 284/11
**necessarily [3]** 256/14 259/9 321/20
**need [35]** 256/19 256/23 259/11
262/21 263/14 280/7 294/1 302/18
305/25 306/4 312/18 312/25 313/11
313/13 323/11 335/8 346/23 421/4
433/9 433/12 436/17 440/14 440/20
441/9 455/22 464/16 466/24 467/2
467/7 477/18 481/19 482/12 485/10
487/11 494/10
**needed [5]** 295/20 323/13 380/21
396/15 442/19
**needs [4]** 258/14 269/6 331/14 483/7
**negative [1]** 257/13
**neighbor [1]** 387/25
**neighborhood [13]** 299/11 318/15
340/10 340/11 340/12 347/17 353/7
381/24 388/6 388/7 396/14 396/22
415/19
**neighbors [2]** 354/3 354/11
**Neither [2]** 431/10 491/11
**never [38]** 257/16 275/7 275/11 275/15
276/2 276/3 276/5 277/21 282/9 282/17
282/22 283/6 285/24 286/1 286/2
288/16 288/18 288/20 288/22 288/22
288/25 289/13 289/15 293/3 293/21
311/8 320/3 320/8 329/19 417/18
417/21 456/22 456/24 460/25 461/11
476/21 479/21 480/15
**new [4]** 266/13 374/9 486/16 486/17
**next [18]** 278/23 278/24 279/12 283/8
296/23 296/24 319/7 319/8 319/10

357/11 405/2 406/16 410/7 414/18
437/7 469/4 480/6 482/5
**Nice [1]** 267/13
**Nicholas [1]** 445/1
**night [2]** 258/6 493/7
**nine [1]** 462/18
**Ninth [3]** 268/10 270/8 270/24
**Nissan [6]** 288/14 303/8 324/5 338/14
350/16 384/5
**nitro [1]** 447/20
**nitroglycerine [2]** 447/13 450/6
**no [209]** 250/8 252/4 255/6 259/24
262/1 262/1 262/1 264/18 264/25
269/19 272/5 275/23 278/10 278/11
280/16 280/18 280/18 282/11 282/21
284/19 284/21 285/20 288/6 288/24
289/1 289/10 290/4 291/20 295/9
295/11 301/22 301/23 302/17 304/7
304/9 304/11 305/22 307/24 308/1
308/3 309/4 310/16 312/19 312/23
313/12 313/16 314/3 314/11 316/1
316/12 320/14 323/13 324/21 327/19
327/20 328/10 329/8 330/11 331/2
331/4 331/5 334/25 336/21 339/12
340/3 340/13 345/9 345/14 346/23
347/6 347/11 347/13 347/15 349/13
350/9 350/12 350/17 351/12 351/15
351/19 352/5 352/23 352/25 354/10
354/18 354/24 354/25 356/12 356/14
356/18 356/23 359/22 360/1 362/2
362/5 363/24 363/25 364/1 364/6
365/19 365/22 366/13 368/4 368/24
376/22 379/4 380/11 384/20 385/3
385/6 385/12 387/17 388/23 390/2
390/4 390/18 391/14 392/9 393/17
393/19 393/24 394/14 394/22 395/2
395/9 395/12 395/16 396/20 397/10
398/6 398/13 399/5 399/11 400/2 400/6
401/7 403/12 404/10 404/17 408/5
408/24 409/4 409/23 417/3 417/17
418/6 420/20 421/5 421/13 422/4
422/13 422/16 423/13 424/1 425/3
425/5 425/7 425/10 425/13 426/25
427/25 428/6 430/5 431/5 435/20
436/12 437/17 437/22 438/9 438/11
438/15 439/5 439/12 446/7 446/25
448/1 449/10 449/13 451/18 454/24
455/8 456/1 456/23 456/25 457/21
458/2 458/9 458/21 458/25 459/5 459/6
459/12 459/18 460/13 461/12 464/24
465/20 466/12 466/25 468/24 473/2
479/24 480/7 480/17 480/20 481/2
486/16 495/4 496/17
**Nobody [3]** 342/24 389/16 423/11
**Nonresponsive [2]** 311/21 314/14
**normal [6]** 342/12 444/14 445/21
446/2 446/11 450/11
**Normally [1]** 448/10
**north [5]** 335/16 408/20 410/8 412/25
425/23
**not [219]** 255/16 256/8 256/9 256/14
256/16 256/17 257/7 257/9 258/15
259/5 259/6 260/12 261/24 262/3 262/4
262/6 262/10 262/10 262/23 263/1
263/3 263/5 263/22 265/19 268/18
268/25 269/10 269/16 269/19 269/19
270/5 270/16 270/21 271/6 271/8
271/12 273/11 276/1 276/21 276/23

278/15 280/9 280/11 280/19 281/3
281/6 283/19 283/21 284/8 285/25
286/8 288/24 289/1 289/16 290/1
290/23 291/20 292/4 293/4 295/12
297/2 297/9 297/19 299/13 299/18
300/8 300/9 300/15 301/13 301/19
301/20 301/21 301/22 304/22 307/22
312/5 312/6 312/19 313/14 317/3
317/24 318/7 318/8 319/24 321/18
321/20 322/4 322/17 322/22 322/22
324/14 325/25 326/1 326/13 326/18
326/19 327/14 327/17 327/19 328/20
330/11 330/25 336/5 336/21 340/12
342/11 342/19 342/23 344/5 344/23
347/4 348/12 350/6 352/3 352/16 355/7
356/16 358/13 360/2 363/15 366/9
374/20 375/20 376/21 380/22 381/8
381/10 381/14 381/17 384/24 385/3
385/5 385/6 387/17 388/9 391/18
392/10 393/19 393/24 394/16 395/12
398/24 399/11 399/19 406/13 416/14
420/20 421/5 421/13 422/4 422/16
428/4 428/6 432/19 433/17 433/21
433/25 434/19 434/24 435/2 435/10
435/19 435/24 437/24 439/17 440/12
440/15 440/20 440/21 444/2 444/23
450/3 454/5 454/10 454/24 457/18
458/6 459/6 460/15 460/17 461/4 461/6
461/18 464/10 464/14 464/15 464/24
465/2 465/2 465/24 466/17 466/19
470/10 470/12 475/6 475/7 476/13
478/14 480/17 482/3 484/8 484/10
484/15 486/16 486/22 487/20 488/1
488/1 488/6 488/21 490/12 492/9 492/9
492/16 492/16 492/21 492/22 493/17
493/24
**note [12]** 255/8 256/1 256/8 258/10
255/13 258/24 259/4 259/5 259/6 260/5
491/2 491/6
**noted [1]** 257/4
**notes [9]** 255/21 256/3 421/11 432/21
441/3 460/15 461/13 461/15 461/17
**nothing [25]** 260/20 261/4 263/5
298/13 302/23 331/25 340/4 357/1
357/22 369/2 369/15 386/1 400/20
412/1 441/18 451/20 452/6 459/20
459/23 462/1 468/6 481/4 482/8 485/23
493/1
**notice [5]** 316/11 323/25 357/15 470/3
470/6
**noticed [5]** 273/6 316/7 324/11 338/6
427/12
**notify [1]** 326/12
**noting [1]** 282/10
**notion [1]** 484/5
**now [159]** 264/13 264/19 266/12
266/16 266/24 269/22 272/1 273/9
273/12 274/17 277/6 280/8 280/15
281/3 283/19 284/23 285/9 285/15
286/22 287/9 288/2 289/4 290/16 292/7
292/25 293/7 293/12 294/15 295/13
297/11 298/16 299/8 299/20 306/7
313/18 314/6 321/6 323/5 323/17
323/21 324/4 325/4 327/1 340/10
340/16 341/3 341/12 343/8 346/10
346/16 347/16 350/1 350/15 352/19
353/6 354/11 364/3 365/14 366/4
366/20 370/20 372/20 379/8 382/18

# N

now... [95]  383/12 383/22 390/19
391/5 392/6 392/8 392/13 393/1 393/22
395/6 396/21 398/11 398/14 398/21
403/3 405/23 405/24 412/9 413/12
414/21 415/2 416/6 416/21 417/9
417/18 417/18 417/24 418/11 418/20
419/10 419/23 420/18 421/6 422/12
422/12 422/14 423/4 423/10 423/15
424/10 424/14 425/24 425/8 425/14
425/17 426/8 427/7 427/19 428/7
429/12 430/13 430/17 434/9 434/12
434/16 441/9 442/10 442/12 443/19
446/3 446/5 446/14 449/19 449/21
450/8 450/22 453/7 454/5 454/11
455/24 456/22 460/20 461/7 463/8
464/22 465/15 469/4 469/17 469/23
471/7 471/12 472/24 474/11 474/18
476/10 477/5 479/7 482/18 488/5 489/3
489/16 491/22 492/1 492/9 492/12
nullify [1]  270/16
number [14]  304/15 307/6 314/25
359/9 377/1 388/11 396/3 396/11
437/15 455/25 456/4 464/12 464/17
480/25
numbers [5]  295/14 296/1 323/10
407/19 492/25
numerous [1]  482/24
nursing [1]  442/10

# O

Oak [40]  276/12 276/19 279/12 290/17
294/16 294/17 295/3 315/16 315/18
321/2 324/7 344/12 348/4 349/6 353/11
355/15 355/16 386/19 392/14 392/22
392/24 393/5 393/9 395/8 401/24 404/1
405/22 409/1 412/10 412/21 412/24
413/13 420/22 421/8 421/25 422/11
422/21 422/24 425/22 426/1
oath [4]  272/23 358/10 379/20 437/10
object [3]  464/3 464/4 477/15
objected [1]  436/2
objection [72]  286/17 288/7 289/22
290/6 297/4 304/25 309/11 309/17
309/23 310/6 310/23 311/21 312/14
312/22 313/8 313/20 314/2 314/14
315/22 316/19 317/14 317/19 318/2
318/25 319/4 325/1 325/24 328/19
341/15 342/13 343/5 353/17 363/2
363/7 363/23 364/8 366/22 367/4
367/10 367/16 367/22 368/7 368/15
368/22 399/22 416/18 416/24 423/17
423/24 427/21 436/11 445/16 449/23
450/17 451/1 451/15 453/19 456/9
456/19 459/15 463/13 464/7 466/19
466/20 467/4 467/4 471/24 473/1
473/16 474/4 476/12 495/3
observations [1]  447/4
observe [8]  299/3 342/16 368/18
368/19 428/4 428/7 428/11 470/1
observed [9]  299/5 299/7 341/21
354/20 354/22 391/20 416/14 423/22
440/5
observing [2]  342/10 354/16
Obstruction [2]  477/24 478/1
obtain [2]  375/6 375/24
obviously [4]  267/19 315/16 315/19
487/10

# O

OC [1]  463/19
occurred [17]  273/24 275/4 282/3
283/13 286/23 290/13 322/14 340/12
381/20 453/25 458/17 475/1 475/4
475/13 476/8 478/20 479/8
occurrences [1]  484/5
October [38]  250/17 255/1 283/19
283/22 332/24 334/24 352/9 361/5
361/6 364/20 365/6 365/8 366/7 366/8
371/15 381/20 381/25 386/21 387/14
387/15 390/8 390/10 402/14 402/19
403/20 415/5 416/11 416/12 416/22
442/3 442/21 443/25 453/2 453/7 453/8
462/23 464/23 469/5
October 12 [1]  464/23
October 12th [17]  283/19 283/22
332/24 334/24 381/20 390/8 390/10
402/14 402/19 403/20 416/11 416/22
443/25 453/2 453/7 462/23 469/5
October 13th [1]  453/8
October 16th [2]  371/15 381/25
October 2014 [1]  416/12
October 21st [1]  352/9
October 29 [1]  415/5
odd [1]  384/20
off [26]  276/6 278/22 300/13 324/7
336/3 339/25 345/7 346/17 350/25
351/13 366/1 370/9 372/1 397/13
397/16 397/16 403/2 404/6 418/19
418/20 422/17 430/3 478/24 478/24
478/25 493/2
offer [2]  425/6 466/9
offered [1]  363/15
office [5]  282/14 282/16 401/10
401/12 465/7
officer [153]  257/12 260/7 273/15
281/1 281/6 281/11 281/15 281/17
282/9 282/13 282/17 282/19 283/3
286/22 289/8 297/12 300/25 302/3
305/7 309/14 310/17 320/13 325/22
326/11 326/17 326/17 326/21 326/24
326/25 331/8 334/12 334/19 334/22
334/24 335/10 335/13 335/23 336/5
336/10 336/14 336/15 336/21 337/10
337/23 337/24 338/17 339/25 345/18
346/10 346/11 347/4 347/9 348/17
349/20 351/4 351/6 351/10 351/13
351/17 351/23 352/15 352/20 354/20
354/23 356/10 370/14 370/21 370/22
370/24 388/3 388/13 388/15 388/22
391/20 399/9 404/11 404/16 404/20
405/3 405/8 405/17 406/12 408/10
408/13 410/14 410/15 410/21 416/1
419/7 419/10 419/16 419/18 422/9
422/15 422/17 422/20 423/4 425/12
428/3 429/19 433/17 434/17 444/19
452/15 454/3 454/5 454/19 455/10
456/8 456/14 457/11 457/11 457/12
457/15 457/18 458/7 459/1 459/3 459/7
459/14 460/1 460/3 462/24 463/2 463/8
463/8 463/21 464/19 465/9 471/8
471/19 471/21 472/13 472/22 472/25
473/7 473/19 474/9 474/12 476/10
476/17 476/25 477/3 477/6 477/7
477/11 478/19 479/11 479/13 479/21
480/15 480/18 489/12
Officer Ellsworth [41]  302/3 320/13

OC [1]  463/19

331/8 334/24 335/10 335/13 336/5
336/15 356/10 386/13 388/13 388/15
388/22 391/20 399/9 404/16 405/8
406/12 408/10 408/13 410/14 410/21
419/10 429/19 454/19 465/9 471/19
471/21 472/13 472/22 473/19 474/9
474/12 476/10 476/17 476/25 477/11
478/19 479/11 479/21 480/15
Officer Ellsworth's [5]  338/17 404/11
472/25 473/7 479/13
Officer Graham [4]  281/6 281/11
281/15 282/17
Officer Graham's [1]  282/9
officer's [10]  337/9 337/21 350/18
350/21 421/17 421/25 422/23 425/9
455/21 490/9
officer-involved [1]  370/14
officers [14]  280/22 298/13 309/6
309/7 309/8 353/23 398/11 398/19
399/3 457/16 483/3 486/23 489/11
490/10
Official [2]  250/21 496/17
oh [12]  292/25 324/3 352/12 359/19
361/1 361/22 370/13 390/9 396/3
396/13 447/16 462/18
okay [95]  258/12 259/12 261/6 261/11
261/24 262/21 264/23 266/15 271/14
271/15 271/16 272/6 272/7 278/10
279/25 293/25 320/20 326/6 328/2
340/25 344/2 345/15 345/22 346/4
346/6 346/10 348/15 348/24 349/15
350/24 352/19 353/2 354/13 354/19
357/16 362/25 364/10 366/8 379/24
380/24 381/5 381/11 381/21 382/14
382/21 383/2 385/4 390/13 390/19
391/4 391/19 392/23 393/12 393/16
393/18 394/6 395/23 397/1 413/1
413/11 413/25 414/24 415/14 420/9
423/15 426/4 426/22 427/12 430/4
431/9 431/11 433/13 436/19 441/11
443/5 445/19 446/17 451/9 456/6
463/14 464/13 466/16 467/6 467/17
470/3 473/24 477/2 478/13 483/25
490/2 490/22 490/23 491/25 494/18
495/5
old [2]  300/20 384/22
older [5]  298/12 299/2 318/22 318/22
318/22
omission [2]  257/23 476/24
on [400]
once [8]  305/13 306/25 307/10 308/9
310/4 322/23 334/10 389/24
one [78]  256/25 257/12 262/3 262/3
262/4 270/20 270/21 280/16 281/1
281/1 289/8 289/9 294/21 294/22 298/5
298/5 298/19 298/19 299/2 304/15
314/25 320/11 324/2 330/6 338/14
344/3 344/21 345/9 349/15 368/19
371/25 372/3 373/2 374/14 379/22
380/6 382/1 383/18 384/1 384/4 385/7
390/3 393/21 394/6 394/7 395/16
397/10 398/6 408/5 409/23 412/20
417/12 417/18 417/24 431/8 432/19
434/13 435/21 439/23 444/16 445/21
445/25 458/4 458/5 458/6 462/23 465/2
467/22 472/11 476/17 484/3 485/19
486/6 487/13 490/3 490/9 493/6 494/24
one-on-one [2]  298/5 298/19

**O**

**one-third [1]** 344/3
**one-year [2]** 289/8 289/9
**ones [2]** 261/15 485/13
**ongoing [1]** 483/4
**only [14]** 258/3 258/22 263/24 268/21
 281/1 308/25 309/2 310/7 315/20
 352/25 395/2 434/4 485/4 492/12
**onset [1]** 446/24
**onto [4]** 300/16 345/23 405/22 426/23
**oOo [2]** 255/2 495/9
**open [22]** 264/17 264/19 269/10
 271/22 279/1 279/3 279/17 292/16
 292/17 338/9 340/24 357/17 384/11
 384/19 402/23 418/14 430/5 441/12
 461/19 467/13 477/17 478/16
**opening [1]** 262/14
**openminded [1]** 264/22
**operator [6]** 349/19 349/23 398/14
 398/15 398/18 398/21
**opinion [14]** 264/14 264/16 305/12
 363/17 363/20 364/11 364/17 423/25
 434/19 434/20 435/12 451/2 484/11
 484/19
**opinions [10]** 263/22 330/14 379/10
 432/3 434/7 434/13 481/11 487/8
 490/16 490/16
**opportunity [1]** 269/7
**opposed [1]** 484/6
**opposite [3]** 320/25 338/8 434/10
**or [154]** 255/16 255/24 256/16 257/23
 258/15 262/23 263/22 265/19 266/5
 266/20 270/13 271/11 271/11 272/4
 273/11 276/1 276/21 276/22 282/19
 292/1 293/4 296/18 300/13 300/25
 301/17 301/17 302/15 306/1 308/5
 308/9 308/16 309/3 309/7 310/18 315/6
 316/15 319/15 319/15 324/18 325/6
 325/13 325/16 326/17 327/6 327/8
 328/15 328/16 329/25 330/9 330/14
 330/14 333/1 333/9 336/5 336/24
 338/25 341/22 343/3 344/7 345/23
 346/4 346/11 346/23 348/2 349/12
 350/6 351/13 352/21 354/6 356/16
 360/24 363/24 363/25 365/11 366/6
 374/5 374/6 379/9 379/10 381/9 381/22
 381/23 382/16 383/11 385/2 385/5
 387/23 388/9 389/10 390/24 391/8
 392/4 392/7 395/19 398/24 406/10
 407/12 410/8 421/11 422/1 422/2
 422/17 425/22 428/24 432/2 432/3
 432/21 434/9 434/13 435/2 440/24
 441/3 442/17 443/1 444/23 445/15
 446/10 446/12 449/20 455/21 458/3
 458/23 459/6 460/15 461/6 461/16
 463/20 464/10 464/14 464/15 464/18
 470/10 470/12 473/2 473/11 480/4
 481/11 481/11 482/3 483/2 483/5 483/5
 483/7 483/18 484/7 485/1 485/15 487/8
 487/14 488/14 490/16 492/9 492/16
 494/12
**orally [1]** 269/9
**order [6]** 292/17 422/17 426/19 460/8
 477/8 482/6
**ordered [4]** 284/22 292/10 481/13
 481/14
**orders [1]** 435/22

**orient [4]** 344/10 350/19 390/20
 416/10
**orientation [1]** 429/17
**original [1]** 446/19
**other [88]** 256/2 256/24 258/7 258/9
 258/13 258/16 262/24 263/14 265/15
 266/18 268/1 268/3 270/14 271/9
 271/10 272/3 280/12 280/22 281/1
 281/1 289/8 289/13 295/2 301/23
 305/10 318/16 327/20 329/1 329/25
 330/7 335/8 335/15 336/2 338/5 338/10
 339/11 341/21 342/11 342/16 345/10
 346/12 354/2 354/25 361/14 363/22
 368/12 368/24 380/7 383/13 383/19
 384/13 399/5 399/8 400/6 401/19
 405/20 423/2 426/19 434/9 450/5
 451/18 452/24 458/3 458/20 465/20
 466/3 473/21 475/18 476/20 477/16
 479/1 480/7 483/1 483/15 485/19
 485/25 486/21 487/3 487/14 488/10
 488/13 488/14 488/23 488/25 489/7
 492/6 493/6 493/11
**others [2]** 257/12 297/1
**otherwise [1]** 327/24
**our [23]** 272/11 327/21 327/24 332/22
 336/12 337/25 355/19 355/23 358/15
 371/25 379/8 379/19 396/14 406/23
 407/19 407/19 427/2 432/1 433/13
 442/18 443/4 493/11 494/11
**ourselves [1]** 333/23
**out [146]** 256/19 256/24 259/19
 259/21 260/23 265/22 272/9 279/6
 282/16 283/13 283/16 284/16 284/18
 292/2 292/10 292/11 292/14 293/7
 293/12 294/1 295/19 295/21 295/25
 296/21 299/16 299/21 299/22 300/1
 300/13 300/21 300/23 306/21 307/11
 312/7 312/9 315/8 315/16 315/18
 316/14 318/11 319/20 320/24 321/3
 323/6 323/7 323/9 324/23 332/22
 334/11 336/1 337/8 337/19 343/11
 345/22 346/16 347/9 347/22 347/24
 348/8 348/10 348/17 349/7 350/3
 351/10 351/17 353/1 354/6 354/12
 356/4 356/10 356/13 361/12 364/25
 365/8 368/10 370/11 371/17 372/13
 372/16 372/16 374/9 376/3 381/23
 382/12 383/4 384/2 384/9 384/13
 384/21 386/17 387/22 387/22 387/23
 389/9 391/9 391/18 393/10 394/11
 394/12 394/25 395/3 395/6 395/14
 395/14 398/19 404/15 405/23 406/17
 407/22 408/2 410/9 414/3 414/5 414/9
 414/16 414/21 414/21 416/4 420/9
 421/21 422/13 422/15 423/11 426/16
 428/21 431/18 431/22 432/9 432/23
 443/1 444/1 444/14 446/24 458/17
 463/3 464/22 476/22 478/10 481/20
 482/9 482/14 483/16 483/18 486/21
 487/3 488/17
**outdoors [1]** 289/19
**outraged [1]** 492/15
**outset [1]** 258/1
**outside [32]** 255/3 256/23 259/17
 294/6 329/25 330/8 330/9 330/20
 340/21 377/15 382/9 382/10 383/9
 389/10 391/10 391/19 393/7 402/24
 403/1 418/23 419/6 425/18 427/15

**427/17 429/3 429/6 429/9 430/6 430/8
 432/8 432/12 481/17**
**over [49]** 286/24 290/23 300/20 315/21
 316/12 325/16 327/4 329/15 333/16
 337/14 346/2 348/6 348/15 350/18
 350/21 350/23 351/5 351/6 353/11
 353/13 357/14 361/8 366/9 370/13
 377/19 382/16 383/12 387/5 387/25
 390/21 391/14 393/13 393/16 396/19
 403/7 405/22 408/6 419/10 420/2 420/2
 421/7 421/16 421/24 422/10 423/1
 445/20 445/20 446/4 461/3
**overall [1]** 485/1
**overcome [3]** 257/14 268/14 268/18
**overrule [1]** 459/17
**overruled [18]** 288/8 289/23 305/1
 310/25 314/15 325/2 367/23 368/8
 399/23 416/25 424/1 427/23 445/17
 454/23 456/10 459/10 464/8 473/17
**overview [1]** 415/19
**own [12]** 287/12 298/15 314/12 314/13
 341/6 424/7 459/1 459/3 459/7 459/14
 463/21 476/7
**owned [4]** 287/12 341/6 362/18 402/14
**owner [1]** 362/20

**P**

**P-a-l-m-a-t-e-e-r [1]** 270/24
**P-a-t-r-i-c-k [1]** 369/21
**p.m [1]** 495/7
**pace [1]** 404/24
**pacing [1]** 423/13
**packages [1]** 372/17
**packaging [3]** 374/2 374/4 374/6
**page [9]** 250/19 252/3 444/21 444/22
 446/14 472/9 472/10 473/5 496/7
**pages [2]** 444/12 444/22
**paid [1]** 365/21
**pain [7]** 446/18 446/24 447/16 447/17
 447/18 447/21 447/22
**pains [1]** 429/1
**paint [2]** 364/15 364/16
**painted [1]** 361/19
**painting [2]** 334/7 341/20
**Palm [4]** 276/12 276/15 276/19 409/1
**Palmateer [3]** 259/1 270/24 271/16
**PALMER [3]** 251/3 316/3 386/11
**palms [1]** 404/15
**paper [5]** 402/21 418/11 478/4 478/6
 494/20
**papers [1]** 390/9
**paperwork [1]** 407/15
**paralegal [1]** 466/13
**parallel [1]** 290/23
**paramedic [11]** 442/14 442/15 444/23
 444/24 445/1 447/19 449/18 449/19
 450/3 450/5 451/5
**paramedics [2]** 429/4 429/16
**Pardon [1]** 332/9
**parents [8]** 386/16 386/17 386/19
 397/1 397/2 406/23 406/25 407/1
**parents' [2]** 387/18 388/1
**park [4]** 319/11 319/20 403/24 404/3
**parked [16]** 277/19 279/11 290/17
 291/11 303/7 303/8 303/13 303/19
 317/7 338/7 354/3 384/6 384/9 410/8
 421/25 422/10
**part [15]** 293/18 317/6 345/24 347/14

**P**

part... **[11]** 351/17 353/7 372/2 373/21
386/17 387/2 388/7 391/1 393/21
445/11 469/4
particular **[10]** 314/23 326/16 375/15
432/19 435/3 454/2 484/17 485/1 485/5
489/8
parties **[3]** 467/14 467/18 467/23
partner **[1]** 443/11
parts **[1]** 361/17
partway **[2]** 347/3 350/13
party **[1]** 484/10
Pasadena **[1]** 251/10
pass **[1]** 359/6
passed **[8]** 344/21 362/16 391/22
399/1 409/7 421/17 421/20 438/7
passenger **[8]** 279/1 279/3 279/12
280/3 296/6 347/19 396/9 407/10
passes **[5]** 427/12 429/13 429/19
475/3 475/15
past **[4]** 388/15 426/1 426/3 426/4
PAT **[4]** 250/21 496/3 496/16 496/17
patcuneo1600 **[1]** 250/24
path **[1]** 414/22
patient **[11]** 439/18 440/10 440/18
442/18 443/13 443/13 445/8 446/18
446/25 447/16 447/22
patient's **[2]** 445/10 447/2
patients **[1]** 444/16
Patrick **[3]** 369/9 369/10 369/19
Patrick Brown **[2]** 369/9 369/19
patrol **[10]** 317/7 317/7 327/7 370/21
370/22 370/24 371/4 371/10 392/5
464/18
patrolling **[1]** 370/25
pause **[7]** 260/2 296/12 303/4 331/15
354/14 400/5 484/1
pausing **[1]** 296/9
pay **[6]** 290/10 357/14 365/13 367/14
368/5 368/5
paying **[3]** 257/5 257/9 368/20
PCR **[2]** 443/4 444/14
pejorative **[1]** 269/17
Pellicano **[1]** 258/5
Pellicano-Christensen **[1]** 258/5
pen **[8]** 413/11 413/11 413/14 414/1
414/7 415/4 425/25 464/4
pending **[1]** 316/1
penetrate **[2]** 308/4 308/5
people **[35]** 265/15 265/18 280/13
280/21 280/22 291/12 294/6 305/8
305/25 313/4 320/5 320/5 320/7 321/7
322/21 332/23 333/8 371/20 375/19
375/20 381/24 382/1 394/7 395/10
395/13 420/12 421/7 430/20 434/9
450/6 452/25 462/24 467/2 475/18
476/2
per **[1]** 446/4
percent **[1]** 313/4
perfect **[1]** 482/1
performance **[1]** 457/15
performing **[1]** 457/13
perhaps **[3]** 483/19 484/6 491/21
period **[5]** 289/8 289/9 291/2 428/2
428/4
permission **[4]** 285/1 413/2 444/3
470/19

Persimmon **[24]** 276/19 325/10
343/16 343/25 344/10 344/12 345/4
347/23 353/11 368/6 379/2 383/10
393/5 393/16 393/23 394/1 394/4 402/4
405/15 414/4 416/3 419/25 421/9
469/15
Persimmons **[37]** 276/25 290/14
291/12 294/16 295/3 302/7 303/1 303/6
315/13 333/5 359/11 359/13 359/16
360/19 361/8 363/5 368/21 392/14
392/19 395/7 402/5 402/15 412/21
416/7 417/15 426/4 426/23 427/13
428/9 444/1 445/4 458/17 464/23 469/6
469/21 472/18 479/2
person **[26]** 265/5 267/24 270/20
278/16 284/11 298/3 303/25 313/6
329/25 329/25 330/8 334/13 334/14
334/15 334/16 335/5 335/22 336/23
336/24 337/10 354/6 391/13 403/4
403/6 440/16 453/11
person's **[2]** 335/6 448/9
personality **[3]** 342/5 342/11 484/7
personally **[4]** 367/13 368/18 368/19
385/3
personnel **[1]** 439/24
perspective **[2]** 383/4 383/9
pertaining **[1]** 458/20
phone **[24]** 262/16 262/16 273/17
277/25 277/25 288/23 295/14 296/1
325/16 348/20 348/25 349/17 388/11
395/11 396/11 407/19 425/4 454/18
455/6 455/25 458/25 472/12 480/24
492/24
photo **[6]** 304/5 304/6 304/8 313/17
392/15 494/22
photocopy **[1]** 376/22
photograph **[16]** 254/4 254/4 254/5
254/5 294/11 343/15 344/4 344/25
345/1 345/19 348/3 382/19 392/18
413/7 464/2 464/3
photographs **[6]** 381/18 383/15
383/18 384/1 384/5 384/5
phrase **[1]** 453/21
phrased **[1]** 435/10
physical **[5]** 284/17 312/10 448/16
448/19 470/3
physically **[2]** 296/18 470/1
pick **[1]** 277/25
picked **[2]** 309/2 374/15
picket **[3]** 286/6 286/14 287/25
pickup **[1]** 338/13
picture **[16]** 285/9 285/11 285/13
285/15 286/3 286/4 286/9 286/11
345/10 373/9 374/20 378/5 378/6 378/7
380/9 464/14
pictures **[2]** 280/21 314/6
piddly **[3]** 431/16 431/20 436/8
piece **[3]** 302/21 376/13 494/19
pieces **[4]** 302/4 302/7 302/22 304/16
piggybacking **[1]** 484/3
pile **[10]** 372/10 373/10 373/15 373/21
377/15 377/15 377/17 377/18 377/20
384/21
piles **[4]** 372/13 373/2 373/2 380/6
pistol **[2]** 349/21 356/11
place **[16]** 308/17 314/5 345/5 345/17
383/10 387/4 413/21 413/25 425/18
435/23

places **[4]** 401/19 437/2 485/24 485/25
placing **[1]** 476/20
Plaintiff **[2]** 250/7 251/2
Plaintiff's **[10]** 320/12 339/5 339/19
356/21 361/24 369/7 411/6 449/5
459/22 465/23
plan **[3]** 483/24 484/22 491/19
planning **[1]** 416/16
plans **[1]** 364/7
plate **[1]** 316/15
Plato **[8]** 258/11 259/13 259/21 259/22
331/14 461/21 490/25 494/22
play **[1]** 265/11
please **[39]** 272/20 330/6 331/21
331/21 332/2 332/8 332/10 333/12
357/7 357/18 357/18 357/25 358/4
363/25 369/11 369/17 369/20 379/18
385/21 385/23 386/3 386/6 400/16
400/22 400/25 421/19 441/14 441/15
441/20 452/2 452/2 452/8 461/23 462/3
468/3 472/2 472/6 472/11 474/6
plumber **[1]** 366/20
point **[71]** 260/11 261/16 264/2 296/13
296/14 297/1 304/21 305/12 323/5
323/10 324/24 329/1 329/16 329/18
335/13 336/25 339/1 339/22 343/20
344/15 345/4 345/16 347/9 356/10
366/8 382/6 393/1 396/19 396/25 398/3
404/7 404/7 404/18 405/12 405/14
405/19 406/4 406/16 407/5 408/1
408/10 408/25 409/5 410/6 410/7
412/18 419/2 419/4 419/5 419/13
419/14 420/3 420/4 420/4 420/6 420/7
420/7 422/4 422/5 426/18 427/3 433/2
433/11 435/21 438/2 439/15 477/14
485/11 486/20 486/21 488/3
pointed **[3]** 279/6 323/8 405/18
pointing **[6]** 283/17 301/3 333/14
333/15 405/4 464/4
points **[6]** 267/22 408/6 408/7 409/24
410/16 484/2
police **[15]** 257/12 260/7 278/2 300/25
306/5 309/6 309/7 309/8 309/14 354/6
403/24 404/2 404/4 419/16 419/18
police-type **[1]** 278/2
policies **[1]** 463/17
policy **[1]** 463/2
polite **[3]** 306/1 306/4 335/12
portion **[1]** 435/15
position **[6]** 319/21 462/19 462/19
486/20 490/21 492/15
positioning **[1]** 319/11
possibility **[5]** 267/15 268/7 270/3
270/11 488/9
possible **[9]** 305/4 305/8 306/1 399/1
399/4 434/9 436/24 489/4 492/25
possibly **[2]** 284/17 319/15
Post **[2]** 401/10 401/11
postal **[1]** 430/19
posture **[1]** 307/1
potential **[1]** 326/20
pounded **[1]** 291/1
pounding **[13]** 290/24 291/5 291/6
291/7 291/14 292/7 292/14 321/2
337/11 337/22 348/6 350/22 351/22
practical **[1]** 305/9
practically **[1]** 269/16
pre **[2]** 305/14 438/18

**P**

pre-admitted [1] 438/18
pre-assault [1] 305/14
precisely [2] 435/10 482/17
preclude [1] 488/5
prejudicial [1] 490/19
preliminary [2] 477/11 487/13
premise [3] 461/11 491/8 491/13
prepared [1] 492/17
preparing [1] 271/19
prescription [1] 378/23
presence [13] 255/3 256/24 259/17
308/12 330/20 357/17 432/8 441/12
461/19 467/13 477/17 478/16 481/17
present [6] 251/13 272/22 331/13
341/22 452/22 467/3
presenting [1] 493/25
presently [1] 481/21
PRESIDING [1] 250/4
pressure [6] 440/3 445/13 445/15
448/11 448/24 449/2
pressures [1] 445/20
presumably [1] 433/4
pretext [1] 487/9
pretrial [1] 490/7
pretty [8] 302/12 306/15 336/3 343/1
356/5 387/3 407/20 440/12
previous [1] 494/11
previously [3] 303/11 303/18 486/20
Primarily [1] 284/4
printout [2] 380/19 381/6
prior [18] 287/9 289/10 293/25 334/24
339/12 399/18 403/11 435/13 454/8
476/7 476/21 479/18 482/3 482/4 482/9
484/4 485/16 485/17
privacy [2] 321/7 321/11
private [3] 305/4 305/8 321/20
privy [1] 329/18
probably [19] 255/18 277/4 277/5
280/25 282/14 291/25 294/25 302/20
306/7 306/20 313/4 316/25 320/4 327/9
334/15 358/20 372/6 377/17 446/8
probative [1] 490/20
problem [4] 280/23 339/14 483/11
487/6
problems [2] 342/25 343/1
proceed [9] 332/13 358/17 369/23
386/11 401/2 441/24 452/12 462/6
468/14
proceeded [1] 302/19
proceedings [9] 252/3 260/2 303/4
331/15 354/14 400/5 484/1 495/7 496/6
process [1] 459/18
products [1] 374/5
profession [1] 341/3
professionals [1] 449/7
Program [1] 371/10
promoted [1] 371/1
prompted [1] 255/25
proof [1] 466/9
proper [1] 482/21
property [11] 314/12 314/13 321/18
336/3 336/6 346/17 370/12 403/2 404/6
418/19 418/20
proponent [1] 484/10
proposed [1] 493/14
proposition [1] 270/11

prosecutor [1] 430/13
prosecutors [1] 475/21
protect [5] 307/21 307/23 307/25
308/2 314/7
protective [1] 300/5
protocol [1] 447/21
proud [3] 312/8 318/13 341/25
provide [1] 455/24
provided [6] 439/20 439/21 447/5
463/20 463/22 480/24
province [1] 435/1
psychiatric [1] 424/8
public [1] 312/21
pull [14] 324/12 324/23 327/4 337/15
347/9 350/3 350/8 356/10 356/13
405/12 405/13 409/15 423/11 483/16
pulled [49] 277/12 278/20 279/6
279/19 299/21 299/22 301/8 307/13
307/16 315/25 316/12 316/13 319/7
319/8 319/10 319/19 321/14 323/7
323/9 324/11 324/15 324/20 325/18
348/17 349/20 373/3 395/4 395/5
395/13 395/14 395/15 395/18 395/23
407/6 408/2 409/19 416/1 419/1 420/15
422/6 424/16 426/15 427/2 428/23
444/14 451/13 456/18 459/7 479/22
pulling [5] 283/16 315/5 319/22
383/25 483/18
pulls [7] 389/16 390/3 395/16 397/10
398/6 423/12 427/4
pulse [6] 440/4 445/24 445/25 448/18
448/21 450/23
punched [1] 300/13
purchase [2] 363/6 368/3
purchased [4] 375/15 380/25 381/9
381/16
purchases [3] 368/5 380/17 381/7
purple [1] 389/4
purpose [14] 263/3 304/13 309/21
310/2 310/20 363/16 365/10 435/8
475/2 475/7 475/7 475/11 475/14
475/16
pursuant [2] 463/2 496/4
pursuit [4] 476/21 476/23 479/4
479/18
push [2] 345/11 345/12
pushed [2] 292/16 292/16
pushes [1] 292/17
put [24] 260/10 269/25 279/21 284/17
313/17 314/16 319/19 334/6 343/20
344/2 344/25 382/18 382/19 382/20
383/3 384/7 384/12 392/14 412/12
414/11 463/23 467/10 467/15 480/1
putting [4] 294/11 319/11 343/11
413/25

**Q**

quality [1] 341/10
quarter [2] 277/3 277/3
question [42] 256/23 263/25 265/15
265/25 279/16 285/18 293/6 297/5
298/24 311/24 316/1 316/3 322/8 325/2
326/4 346/14 363/13 363/18 363/24
379/23 391/3 430/13 430/15 435/18
436/2 436/3 436/15 436/17 458/13
459/9 466/21 471/5 472/1 472/11 473/3
474/6 477/3 483/8 484/11 484/22
488/16 494/24

questioned [6] 257/10 257/24 258/14
258/18 262/8 270/21
questioning [2] 268/22 317/9
questions [40] 264/7 264/8 264/24
275/1 283/13 283/16 285/5 301/23
304/12 318/6 320/14 327/20 327/22
328/1 330/7 354/25 356/23 362/5
368/24 379/4 380/11 390/4 399/5 400/2
400/6 413/17 437/19 438/9 438/11
444/7 448/1 449/13 450/22 451/18
457/21 465/20 478/10 480/7 481/2
487/13
quick [5] 274/15 281/16 310/17 446/21
460/2
quicker [1] 315/19
quickly [1] 424/21
quit [1] 292/8
quite [6] 333/8 342/3 342/12 485/10
486/5 486/7

**R**

radio [3] 277/21 278/2 278/4
rage [1] 308/20
raise [9] 331/21 357/18 369/12 385/23
400/16 441/15 452/2 461/23 468/3
ran [13] 293/12 293/15 295/6 321/3
348/6 348/10 348/12 348/15 355/25
375/21 405/16 405/22 422/23
ranch [1] 385/2
range [1] 485/23
ranger [10] 403/24 404/3 407/6 407/24
408/16 409/20 410/10 410/11 410/20
438/1
ranger's [2] 405/22 406/6
rapid [1] 398/2
rapidly [2] 470/10 470/11
rare [1] 484/5
rate [2] 446/4 448/18
rather [3] 270/15 271/19 483/12
RAYMOND [3] 252/17 253/10 386/5
reaching [2] 476/21 479/18
reaction [3] 301/11 451/12 483/9
read [13] 255/8 258/24 259/5 259/8
260/6 377/1 377/5 446/21 446/22
457/25 470/13 482/20 488/15
reading [3] 402/21 418/11 432/21
ready [6] 259/18 330/21 365/11 366/15
366/18 366/18
real [5] 287/9 287/12 289/21 363/1
446/21
really [20] 262/12 271/3 275/1 357/12
361/12 433/25 437/24 448/8 466/12
482/16 483/13 484/20 485/12 485/21
487/9 487/11 487/19 488/2 488/21
492/21
rear [5] 290/24 291/14 292/7 316/14
408/17
rearview [2] 323/20 324/9
reason [9] 263/24 302/25 315/5
315/20 339/11 434/22 458/23 461/16
469/14
reasonable [2] 267/15 270/2
reasons [2] 304/15 314/25
recall [60] 270/19 272/7 273/8 273/11
274/5 274/13 275/1 275/9 275/22
276/22 276/23 281/8 281/9 281/10
281/12 281/14 282/5 282/6 282/7
282/10 307/7 325/16 325/19 326/25

**R**

recall... [36] 334/6 336/2 336/22 338/7
338/12 341/21 342/19 348/22 350/4
352/2 352/3 352/7 352/10 352/15
352/19 352/24 354/7 354/13 354/16
366/9 382/1 384/7 384/8 387/1 390/23
391/1 393/25 394/22 396/19 399/2
414/25 422/5 430/15 453/8 470/11
485/17
recalled [2] 341/18 341/19
recalled as [1] 341/18
recalls [2] 433/1 433/7
recapped [1] 263/2
receipt [5] 375/6 375/21 375/24
376/21 380/5
receipts [5] 367/20 368/2 376/8 381/8
381/11 381/12
receive [5] 305/17 447/12 464/25
465/2 472/12
received [16] 255/7 260/5 286/20
310/11 311/19 371/6 376/21 381/8
415/15 439/5 439/12 439/18 460/15
460/25 465/4 465/7
receiving [2] 282/7 282/10
recent [3] 448/16 448/19 450/24
recently [2] 342/21 416/12
recess [6] 259/16 272/17 330/19
379/12 379/15 437/1
recognize [23] 343/15 372/24 372/25
373/25 374/14 378/21 382/14 382/24
383/18 392/18 392/21 396/16 402/1
443/19 443/21 444/12 446/14 451/6
464/2 464/2 464/14 469/18 471/12
recognized [1] 417/12
recognizes [1] 466/14
recognizing [1] 486/8
recollection [4] 282/12 440/21 475/4
476/8
recommend [2] 447/15 447/17
record [24] 270/1 270/2 270/2 270/11
303/14 332/3 358/1 369/18 386/4
400/23 402/17 434/21 435/7 440/18
441/21 444/12 452/9 462/4 467/10
467/15 468/9 475/2 476/2 489/16
recorded [1] 432/20
recording [1] 467/16
records [4] 399/17 439/19 443/1
443/17
recovering [1] 387/8
RECROSS [6] 252/11 252/20 253/3
320/21 329/10 459/21
RECROSS-EXAMINATION [2] 320/21
329/10
rectangle [1] 414/8
red [8] 308/14 334/18 346/1 413/11
413/14 414/1 415/22 425/25
red-headed [1] 346/1
REDACTED [1] 265/3
redirect [17] 252/11 252/20 253/3
301/25 302/1 328/3 355/2 355/3 369/1
385/11 399/13 399/14 436/22 437/12
449/16 457/23 487/2
refer [4] 371/24 455/17 472/6 473/5
referred [1] 270/1
referring [6] 375/5 376/15 376/16
388/2 489/9 489/22
refers [1] 476/22

reflection [1] 383/8
reflective [1] 450/25
refresh [5] 440/21 470/14 475/3
475/17 476/7
refuse [1] 450/6
refused [3] 447/22 448/6 449/8
refuses [1] 461/16
refusing [3] 268/2 268/6 434/24
regard [3] 475/16 482/12 494/25
regarding [7] 270/13 270/14 360/23
446/17 455/21 467/15 493/8
regular [2] 446/8 457/13
regulations [1] 496/8
rehabilitate [2] 433/24 487/25
reholster [1] 347/12
relate [1] 489/10
related [3] 257/11 475/16 482/24
relating [1] 371/6 485/17 486/9
relationship [4] 360/15 363/17 363/21
443/2
relative [4] 290/1 303/12 319/12 448/8
relatively [1] 486/22
relevance [23] 286/18 288/7 289/22
290/6 297/4 325/1 328/19 341/15
353/18 363/13 366/23 367/10 367/17
367/22 368/7 368/15 368/22 423/24
445/16 450/17 451/15 456/9 490/15
relevant [11] 363/11 440/13 485/17
486/3 486/3 486/6 487/24 488/7 488/21
488/23 489/19
relied [4] 475/18 484/12 485/8 485/8
reluctant [1] 434/11
rely [4] 475/15 475/21 475/23 476/6
remain [1] 272/1
remark [1] 436/6
remarks [2] 435/6 435/8
remember [51] 274/1 295/18 295/22
323/3 325/12 326/9 326/11 333/7
334/18 336/4 340/23 341/23 352/10
359/9 361/6 366/6 366/7 368/9 368/10
376/6 376/10 387/3 387/22 389/17
391/8 392/3 393/24 394/9 394/16 395/2
395/15 396/12 397/9 397/11 397/13
397/15 397/23 398/16 398/17 398/18
398/21 398/23 399/18 407/23 410/3
424/2 424/4 431/7 431/11 443/25
449/24
removed [5] 296/24 317/10 317/17
317/18 361/18
render [1] 308/6
renovated [1] 365/18 365/18
renovating [1] 360/24
renovation [4] 364/4 365/11 365/15
380/17
renovation-type [1] 380/17
renovations [1] 361/9 365/21 368/21
rent [4] 365/11 365/12 366/15 366/18
repairs [2] 368/13 403/16
repeat [2] 297/7 421/19
repeated [2] 267/20 325/23
repeatedly [6] 268/23 325/17 325/20
326/8 326/23 428/23
repeating [5] 398/6 420/2 424/23
426/13 470/12 471/6
repetitive [1] 342/17
rephrase [4] 285/11 310/10 437/18
474/6
replaying [1] 262/14

report [62] 281/7 281/8 281/20 282/6
282/19 282/23 283/3 283/6 310/12
310/15 311/7 322/12 323/15 325/7
325/13 327/17 328/11 439/18 440/10
440/16 440/19 441/8 443/10 443/14
444/21 446/17 454/21 455/2 455/7
457/25 458/19 460/20 460/25 463/3
463/5 470/13 471/12 471/15 472/6
474/11 474/15 474/23 474/25 475/2
475/6 475/12 475/16 476/1 479/15
479/24 480/1 480/11 482/20 482/21
482/24 482/25 488/12
reported [2] 328/13 496/6
reporter [3] 250/21 346/22 496/17
REPORTER'S [1] 250/14
reporting [4] 310/18 310/18 327/14
463/5
reports [9] 443/1 443/16 458/20
474/19 475/18 475/21 475/23 476/7
487/16
request [5] 255/19 380/21 439/15
456/6 474/10
requested [2] 380/23 436/16
reserve [7] 401/9 401/14 401/16
438/23
reserved [1] 492/1
residence [3] 302/7 478/23 479/2
residential [1] 276/22
resisting [1] 489/12
resolved [1] 264/15
resources [1] 302/13
respect [9] 258/8 342/17 363/16
363/20 364/11 456/6 458/22 464/13
468/25
respectful [2] 305/7 306/3
respond [13] 291/20 427/20 429/4
429/7 442/16 442/18 442/23 442/25
445/2 445/3 445/6 469/5 469/8
responded [8] 255/5 273/15 381/4
439/24 440/7 447/6 469/14 472/18
responding [2] 316/22 478/22
responds [1] 440/17
response [11] 346/12 357/10 417/3
439/18 442/7 443/17 450/22 450/25
471/13 472/5 493/8
responsible [1] 370/10
rest [3] 269/4 298/23 438/16
rests [2] 252/6 438/19
result [2] 447/4 469/8
RESUMED [4] 252/5 273/1 273/2
273/3
retake [1] 272/13
retire [1] 401/8
retired [7] 300/25 309/3 309/6 309/8
401/7 401/21 412/5
return [3] 409/5 438/5 481/13
reveal [1] 460/6
review [3] 455/2 461/12 481/22
reviewed [1] 455/7
revisions [1] 481/22
Rich [1] 376/9
RICHARD [8] 250/9 360/4 362/23
362/25 375/22 381/4 416/21 417/13
Richard Latka [2] 360/4 375/22
Richie [1] 445/1
Rick [4] 378/15 384/22 405/3 405/6
riding [1] 335/17

**R**

**right [387]**

**right-hand [3]** 277/12 377/3 409/2

**ripped [1]** 372/16

**rise [9]** 272/18 330/17 331/10 370/16 379/13 379/16 432/6 437/3 481/15

**Riverside [12]** 278/6 280/6 442/22 452/18 452/19 454/5 467/20 468/19 468/25 469/9 469/11 475/11

**road [10]** 278/18 322/3 338/21 355/20 371/18 371/24 371/25 373/3 377/12 427/5

**roads [2]** 372/1 372/3

**roll [10]** 296/25 311/3 311/15 311/16 312/2 352/4 352/6 352/17 352/22 407/9

**rolled [6]** 296/7 321/14 350/13 407/7 407/10 408/5

**room [10]** 250/23 263/9 263/16 272/1 272/8 402/21 418/14 430/2 430/3 430/3

**route [5]** 314/24 315/4 315/8 315/12 315/14

**row [1]** 376/18

**Roybal [1]** 250/22

**RT [1]** 415/25

**rule [7]** 257/19 257/23 271/3 432/20 432/23 484/10 491/22

**Rule 23 [2]** 257/23 271/3

**Rule 29 [1]** 491/22

**Rule 703 [1]** 484/10

**rules [4]** 258/8 278/17 326/14 482/13

**ruling [1]** 482/11

**run [4]** 296/11 350/1 375/14 422/20

**running [5]** 262/18 290/23 419/20 448/21 450/24

**runs [1]** 351/18

**Russ [4]** 382/2 396/19 400/14 400/15

**Russ Tercero [1]** 400/14

**Russell [1]** 400/24

**S**

**S-a-r-g-e-n-t [1]** 452/11

**S-c-o-t-t [1]** 452/10

**S-y-m-i-n-g-t-o-n [1]** 270/7

**sac [13]** 303/20 303/21 304/2 315/11 343/8 343/16 344/18 347/22 347/25 392/19 394/1 419/25 426/5

**safer [1]** 319/21

**said [144]** 256/9 256/14 257/5 257/7 257/14 259/22 259/22 260/13 260/14 261/21 261/21 262/5 262/6 263/25 263/25 267/20 268/2 268/4 268/6 268/16 268/20 268/20 268/23 268/23 269/1 269/3 269/9 271/3 271/14 274/1 274/1 275/7 275/11 275/12 278/21 280/25 290/22 291/24 292/25 293/3 293/4 293/9 296/14 299/13 299/15 299/19 301/16 305/10 306/15 307/13 308/19 309/1 311/15 311/16 311/23 314/20 315/9 316/7 316/10 320/9 322/16 323/17 325/12 326/19 326/21 327/10 329/16 335/1 335/7 336/23 337/18 337/20 338/2 341/18 341/18 342/22 346/8 349/13 349/20 355/6 356/1 364/19 371/22 375/16 375/23 376/12 389/8 389/13 389/17 390/2 397/9 397/14 398/5 398/17 404/1 404/3 404/6 405/13 405/23 406/4 407/14 407/16 407/23 407/24 408/6 408/7 409/20 409/23 409/24 410/1 410/3 410/10 410/11 410/15 412/5 419/15 419/17 419/17 420/6 422/13 424/15 424/25 425/14 426/18 431/18 433/23 434/1 434/19 435/15 441/2 450/22 457/10 458/19 473/11 473/14 473/19 473/21 475/7 479/8 479/21 487/11 487/18 493/23

**said she [1]** 256/14

**Salazar [1]** 417/13

**sales [1]** 375/21

**same [14]** 261/18 314/2 324/10 343/18 377/21 391/24 407/2 408/12 409/17 409/17 410/9 413/7 434/7 464/16

**San [4]** 282/15 371/5 372/2 462/15

**San Bernardino [3]** 282/15 372/2 462/15

**San Diego [1]** 371/5

**sand [1]** 364/15

**Sanderson [1]** 375/11

**SARGENT [7]** 252/23 253/11 452/1 452/10 452/15 452/15 480/21

**sat [5]** 279/8 290/17 376/7 382/4 434/5

**satisfied [2]** 302/25 303/3

**saw [51]** 258/13 286/1 288/16 288/20 288/22 308/8 308/9 315/9 323/14 323/14 333/10 338/21 339/21 341/12 346/8 350/7 350/18 353/14 355/11 356/15 372/10 373/24 384/9 384/20 387/16 387/24 388/13 388/14 389/10 389/10 390/22 391/10 391/13 392/11 394/18 405/13 410/2 410/10 411/1 417/6 417/18 417/21 418/4 419/6 419/23 420/7 421/3 425/8 446/19 491/11 491/12

**say [72]** 260/12 264/2 267/2 268/22 269/17 269/18 269/19 270/14 271/1 271/2 275/13 275/13 278/6 280/7 291/22 294/4 307/8 307/10 308/17 308/22 308/23 313/6 323/3 333/21 335/2 336/17 343/19 344/14 344/21 344/23 346/11 346/15 346/23 351/7 352/18 372/6 376/23 387/6 387/15 388/2 388/21 389/23 390/2 405/6 406/10 406/19 408/4 409/19 409/22 410/13 417/20 417/23 418/2 421/3 422/11 428/23 429/13 433/24 434/10 434/10 434/18 434/22 435/16 440/1 442/9 450/12 476/17 477/11 482/17 483/17 486/4 488/20

**say approximately [1]** 429/13

**saying [26]** 260/20 261/3 264/6 264/4 267/1 275/22 292/3 292/25 293/2 303/25 308/20 336/1 336/2 346/22 377/4 379/2 384/22 385/2 395/13 397/15 420/3 424/2 424/4 477/4 484/3 487/8

**says [22]** 256/8 256/9 256/25 257/1 260/7 264/10 337/15 345/6 345/13 375/19 377/4 378/15 434/16 445/7 445/10 445/20 447/22 476/21 476/23 477/24 477/25 487/15

**says 16 [1]** 377/4

**scared [2]** 275/16 354/23

**scenario [3]** 261/18 308/5 319/17

**scenarios [1]** 261/9

**scene [6]** 398/12 440/2 444/24 445/7

**471/7 471/9**

**scope [5]** 312/14 364/18 365/15 460/6 460/14

**SCOTT [4]** 252/23 253/11 452/1 452/10

**Scott Sargent [1]** 452/10

**scream [1]** 346/16

**screaming [42]** 275/17 290/20 292/2 304/20 305/13 306/14 306/20 306/24 306/25 307/11 308/20 309/1 335/21 335/24 336/12 336/16 337/12 344/19 347/1 387/20 387/24 388/14 388/20 388/21 388/22 388/24 389/8 395/16 402/23 403/4 404/25 405/4 405/17 418/17 418/22 418/25 419/11 419/13 422/2 422/9 422/25 423/11

**screen [54]** 276/10 287/21 287/23 289/2 289/4 294/12 294/13 295/2 303/9 304/3 313/18 314/16 314/18 343/12 343/13 343/16 343/20 343/21 345/2 345/6 345/12 372/20 372/22 373/5 373/12 373/18 374/13 374/18 376/2 377/23 378/9 378/19 380/3 382/22 383/6 383/16 383/22 383/23 384/8 384/15 392/15 392/16 401/25 402/9 408/21 409/13 409/14 412/12 412/13 413/8 415/16 415/18 463/24 463/25

**screening [1]** 388/19

**seat [4]** 259/25 260/1 331/12 481/18

**seated [4]** 272/20 379/18 437/5 443/19

**second [9]** 262/15 268/11 270/10 315/5 340/6 400/4 445/21 445/25 486/10

**seconds [5]** 258/22 306/17 306/20 344/23 352/25

**Section [1]** 496/4

**see [115]** 256/2 259/13 267/6 272/15 280/6 280/19 295/8 295/9 295/11 303/6 316/15 324/9 324/14 324/19 333/9 333/9 335/22 336/5 337/15 337/17 338/5 338/16 338/19 340/20 343/21 347/2 347/9 347/12 347/14 350/2 350/3 350/3 350/9 350/21 350/25 351/2 351/10 351/13 351/17 352/5 353/23 354/5 356/10 356/13 360/6 360/8 360/8 360/18 360/21 360/24 361/2 361/15 367/8 372/8 374/3 375/4 375/15 376/9 376/23 377/2 377/5 377/16 380/7 380/8 382/10 383/4 388/13 391/10 391/15 391/16 391/17 393/22 394/6 394/13 394/19 394/21 394/23 394/25 395/6 395/19 398/23 402/24 403/4 403/6 404/9 404/11 405/11 405/12 405/19 406/13 409/3 410/11 412/15 417/9 417/15 418/9 420/3 420/3 420/4 420/6 420/7 420/21 422/15 422/17 422/20 425/9 425/11 427/3 429/3 429/6 429/9 430/8 440/13 444/15 447/7

**seeing [5]** 341/19 354/7 366/9 374/8 374/10

**seek [1]** 415/12

**seem [13]** 258/2 259/10 301/5 342/10 366/10 366/17 397/18 397/21 399/25 404/16 424/19 485/15 489/19

**seemed [2]** 342/5 431/20

**seems [7]** 256/5 256/18 259/9 431/16 486/5 486/8 486/24

# S

seen [26]  280/21 282/9 282/17 286/2
288/18 288/21 298/12 304/17
311/8 318/14 320/4 320/8 337/15 340/2
346/7 347/4 348/17 350/14 354/5 354/6
374/22 377/2 403/13 403/18 416/11
sees [2]  285/15 314/8
self [1]  482/25
self-report [1]  482/25
sell [2]  287/17 365/11
selling [1]  416/16
send [3]  255/21 282/7 284/13
sense [6]  262/2 269/17 358/18 435/23
477/9 484/13
sensitive [1]  321/6
sent [3]  282/11 282/17 284/18
separate [2]  266/3 372/9
September [4]  366/5 366/6 430/23
431/12
sergeant [6]  401/21 452/15 452/23
452/24 480/21 480/21
Sergeant Sargent [2]  452/15 480/21
serial [2]  464/12 464/16
serious [3]  320/10 399/20 485/19
seriously [4]  275/12 275/14 319/25
320/9
serve [1]  441/6
service [25]  277/24 287/1 287/7 289/7
289/10 289/17 370/4 370/6 370/19
370/20 370/24 371/25 375/12 430/19
455/10 455/18 456/15 459/1 459/13
462/12 462/13 463/3 463/17 463/18
490/9
set [7]  256/25 257/2 266/5 267/7
481/22 493/13 493/14
several [3]  380/16 429/21 466/15
severe [1]  343/1
severity [1]  297/21
shaking [6]  351/25 352/3 352/5
352/16 352/18 357/9
she [129]  256/9 256/12 256/13 256/14
256/14 256/16 256/19 256/25 257/1
257/4 257/5 257/10 257/12 257/14
257/14 257/15 257/16 257/17 257/24
257/25 258/7 258/9 258/14 258/15
258/17 258/22 258/25 259/1 259/22
260/19 260/19 260/20 260/22 260/23
260/24 264/4 264/5 264/7 264/9 264/9
264/10 265/7 265/15 266/7 266/22
267/17 267/18 267/18 267/20 267/23
268/1 268/2 268/3 268/4 268/5 268/6
268/6 268/13 268/16 268/16 268/17
268/18 268/20 268/20 268/20 268/20
268/23 268/23 269/1 269/3 269/3 269/4
269/9 269/9 269/11 269/12 269/13
269/17 271/9 271/11 363/10 364/9
375/16 375/18 375/18 375/19 375/21
375/23 381/2 381/4 419/24 430/25
432/22 433/16 433/18 433/19 433/20
433/24 434/1 434/1 434/2 434/5 434/6
434/8 434/10 434/15 434/16 434/19
434/20 434/25 435/2 435/11 435/11
435/14 435/15 435/15 435/16 435/22
435/23 437/18 441/7 460/21 461/5
461/6 461/7 461/8 467/1 476/13 477/14
she'd [1]  435/16
she'll [3]  269/23 433/4 477/15

she's [22]  256/5 256/10 256/10 257/8
259/15 267/18 267/22 267/24 268/2
268/15 269/1 269/10 271/12 432/20
433/3 433/21 434/9 434/19 434/24
466/15 474/5 477/4
sheet [2]  478/4 478/5
sheriff [6]  282/19 354/6 452/20 454/6
469/9 469/12
sheriff's [8]  311/19 325/14 427/13
442/22 467/20 468/19 469/1 475/11
sheriffs [7]  278/6 280/6 284/13 284/15
395/22 438/2 452/18
shift [3]  355/10 355/13 357/14
shoot [4]  319/18 405/24 422/12
422/13
shootings [1]  370/15
short [3]  407/20 407/21 477/13
shorter [1]  391/1
shortly [1]  394/10
shot [3]  307/25 308/2 308/3
should [12]  255/23 258/17 264/14
267/23 337/1 406/10 432/23 436/8
447/12 467/23 482/21 493/24
shouldn't [1]  311/20
shouted [1]  319/7
show [6]  278/6 381/18 392/13 483/4
488/13 491/5
showed [5]  304/5 394/12 413/7
showing [7]  286/3 383/15 477/21
478/2 491/4 491/10 491/17
shown [2]  367/20 368/2
shows [6]  285/12 286/4 286/11 286/14
415/18 484/16
siblings [1]  407/1
sick [2]  364/20 364/23
side [31]  270/14 277/19 279/12 279/12
291/12 292/13 296/5 321/14 348/12
351/25 351/25 354/2 354/11 355/25
384/10 392/1 393/5 397/5 410/9 415/24
421/1 421/8 421/24 423/2 425/1 427/2
427/5 427/7 427/7 445/10 447/2
sidearm [2]  463/16 463/18
sidebar [9]  431/24 435/7 436/13
436/16 439/8 460/3 466/7 477/18
491/12
sidewalk [13]  300/16 313/11 335/4
335/5 335/8 338/15 345/21 345/23
345/24 346/4 346/5 354/4 354/11
sign [12]  277/6 278/12 278/13 278/17
280/1 280/16 320/23 443/10 444/15
477/1 477/21 477/23
signals [1]  327/13
signed [2]  440/9 440/16
signs [5]  276/20 276/21 276/23 445/11
450/23
silent [1]  462/9
similar [3]  261/8 306/8 486/22
Similarities [1]  261/9
similarity [2]  264/6 490/18
similarly [1]  270/9
simple [3]  317/13 321/21 414/8
simply [4]  365/12 381/3 476/23 488/20
since [11]  256/9 260/13 344/21 362/21
376/11 434/5 440/10 446/7 456/13
456/13 492/1
sincere [4]  262/4 262/10 263/2 263/5
single [1]  443/15
sink [4]  374/21 374/23 375/20 376/24

sit [26]  272/23 273/5 285/9 285/18
286/22 320/23 333/15 337/2 379/20
385/13 385/22 390/8 400/8 400/25
412/5 413/7 432/13 437/10 438/12
441/13 444/11 449/18 451/22 459/24
465/25 481/5
sirens [1]  353/9
sit [7]  261/19 266/9 267/3 267/4 269/3
290/20 352/19
site [3]  371/17 377/12 377/13
sites [1]  287/2
sitting [7]  277/19 279/11 333/12
357/11 382/7 403/7 421/9
situation [29]  256/21 261/4 261/7
261/8 261/18 262/19 266/13 270/22
271/11 295/22 295/23 297/17 298/5
298/19 306/2 308/12 310/17 312/9
314/21 318/12 321/21 324/23 339/22
339/23 340/1 399/20 406/18 407/25
424/11
six [3]  359/3 469/3 485/20
size [1]  298/3
sleeping [1]  257/8
slightest [1]  487/6
slow [1]  348/13
slowly [2]  367/3 423/5
small [3]  276/22 288/14 288/16
so [236]  259/4 259/6 259/7 259/10
259/23 260/16 260/22 260/24 261/11
263/2 263/15 263/21 264/1 264/6
264/13 265/15 265/25 266/10 266/15
266/22 267/22 268/1 268/17 269/6
269/12 269/14 269/22 271/5 277/4
277/24 278/10 278/12 278/20 278/25
279/3 279/23 279/25 280/1 281/25
282/10 282/13 284/14 284/23 287/6
291/2 292/2 292/11 293/5 293/25
293/25 294/2 294/4 294/20 295/6 296/5
296/14 296/19 298/19 300/25 302/25
303/17 303/23 303/24 303/24 305/7
305/9 305/10 306/1 306/12 307/13
309/1 309/5 311/18 311/18 312/19
312/24 314/9 315/2 315/3 315/4 315/6
315/14 315/18 316/13 316/15 317/7
318/12 319/19 319/20 320/3 320/8
321/6 321/12 324/15 327/8 327/10
329/23 329/24 331/25 332/4 335/7
335/8 335/13 335/24 336/25 337/7
337/14 338/16 339/16 341/9 343/3
343/19 343/20 344/2 344/17 345/22
346/4 346/24 347/14 348/2 351/2 354/1
354/16 355/8 357/10 357/22 362/16
365/12 369/15 370/16 371/20 372/6
372/11 375/21 375/24 376/15 377/14
380/22 384/3 386/1 387/18 387/21
388/8 388/13 389/8 389/12 391/16
391/19 392/1 393/4 393/7 393/20 394/9
396/15 398/16 398/25 400/1 400/20
402/24 407/4 407/25 408/21 408/25
409/12 412/7 412/20 414/11 414/19
415/22 419/17 424/14 424/20 425/21
425/25 426/4 426/10 427/3 429/15
429/21 432/22 433/17 433/20 434/2
434/2 434/20 435/4 435/6 435/18
436/13 436/16 440/13 440/17 441/18
443/5 444/16 444/20 446/23 448/21
449/20 452/6 453/21 457/25 458/6
458/22 460/22 462/1 464/18 465/6

**so... [28]** 466/13 467/10 467/23 468/6 472/21 475/3 475/14 476/2 476/14 477/10 479/1 483/18 484/20 485/2 486/1 486/11 487/21 487/23 488/8 488/11 489/19 489/25 492/18 493/16 493/25 494/9 494/14

**sold [1]** 288/5

**solve [1]** 487/5

**some [54]** 255/10 257/15 257/15 258/9 260/10 261/3 266/11 267/21 269/11 271/12 278/2 299/2 333/25 334/7 334/7 341/19 341/20 362/18 366/8 371/18 373/9 374/4 375/9 380/8 381/24 382/6 382/9 382/18 403/16 406/16 407/14 408/10 408/25 409/5 414/11 416/22 417/13 436/22 438/2 438/23 457/16 457/17 461/16 483/10 483/11 484/6 484/6 484/14 485/24 485/24 488/18 488/25 489/6 490/15

**somebody [19]** 284/13 305/2 305/15 306/3 306/11 306/11 313/1 319/14 319/15 319/17 328/14 328/15 335/7 335/21 335/21 342/7 353/15 394/2 450/16

**somehow [2]** 300/21 394/5

**someone [19]** 256/20 257/20 304/23 309/15 312/18 313/7 324/24 328/23 333/1 403/21 408/7 428/23 435/1 447/21 448/21 449/1 453/9 457/6 469/11

**someone's [3]** 313/13 448/15 448/18

**something [26]** 255/24 269/8 271/1 271/19 278/21 280/2 280/25 311/20 324/3 329/13 346/8 356/5 374/9 385/2 422/21 432/21 433/1 433/7 477/23 479/25 481/19 481/23 483/7 485/24 486/15 488/24

**sometime [2]** 429/20 486/7

**sometimes [2]** 417/24 417/25

**somewhat [1]** 484/21

**somewhere [3]** 299/10 327/11 423/3

**soon [6]** 306/15 306/17 319/10 378/5 492/23 492/25

**sorry [21]** 271/7 274/20 319/8 321/9 322/11 330/6 348/3 355/21 357/15 362/10 374/1 374/19 390/9 396/3 396/4 397/2 413/13 413/14 419/3 431/23 461/22

**sort [12]** 278/2 342/16 361/11 384/9 415/3 415/3 419/25 427/3 482/12 484/6 484/15 486/22

**sound [2]** 434/25 451/9

**sounded [2]** 342/25 485/19

**sounds [4]** 299/19 440/12 453/20 473/22

**sources [2]** 485/7 488/13

**south [5]** 409/11 420/22 425/22 425/24 426/20

**space [2]** 296/17 415/2

**SPANISH [4]** 251/13 358/7 358/14 358/16

**speak [14]** 279/19 279/21 312/17 316/7 321/23 321/24 322/17 333/19 358/14 410/21 453/9 453/11 455/22 480/25

**speaking [13]** 262/11 263/1 279/22

**special [4]** 370/6 370/18 371/1 380/2

**specific [2]** 482/19 483/12

**specifically [8]** 281/10 281/14 295/18 435/13 443/22 443/25 486/14 489/22

**specifics [1]** 274/13

**speculation [4]** 309/23 310/24 315/22 316/19

**spell [10]** 332/3 332/8 332/10 369/20 386/4 386/6 400/25 441/21 452/9 468/9

**spelling [1]** 358/3

**spent [1]** 367/14

**split [1]** 388/1

**spoke [19]** 260/12 262/5 274/14 281/6 325/6 325/9 325/13 335/1 345/17 375/11 379/22 413/22 454/18 471/21 472/24 473/6 474/12 476/10 478/19

**spoken [3]** 271/10 325/5 454/12

**spot [1]** 409/17

**spray [1]** 463/19

**Spring [1]** 251/5

**square [1]** 345/7

**squatting [2]** 394/2 394/7

**stalking [1]** 490/11

**stand [18]** 272/13 272/23 313/11 332/3 357/25 369/18 379/20 386/4 400/23 406/16 437/6 439/5 441/21 442/6 452/9 462/4 468/9 494/1

**standing [12]** 294/6 295/8 295/12 336/22 345/20 354/12 396/7 396/18 407/4 416/1 419/7 429/3

**start [5]** 274/18 337/24 350/22 388/15 445/8

**started [29]** 265/22 279/20 287/6 290/24 291/4 298/1 299/25 304/20 305/13 306/14 306/17 306/23 306/25 307/11 335/15 337/25 342/22 342/25 347/22 348/6 366/4 370/9 390/11 390/20 404/20 418/12 420/12 423/4 479/1

**starting [5]** 291/4 351/6 361/12 478/22 486/19

**starts [3]** 291/6 429/14 479/1

**state [19]** 263/11 264/13 308/17 309/24 332/3 357/25 361/21 363/11 363/16 369/18 386/4 398/15 400/23 441/21 452/9 462/4 468/9 481/21 485/20

**stated [4]** 306/7 391/8 435/12 467/4

**statement [7]** 262/15 280/15 439/17 473/13 476/1 477/9 480/3

**statements [12]** 295/20 326/16 326/17 421/22 433/3 433/9 433/10 440/25 440/25 461/9 461/17 476/25

**STATES [17]** 250/1 250/6 251/2 251/4 251/5 270/6 270/9 357/4 401/9 401/10 401/11 401/15 459/1 459/13 462/12 496/4 496/9

**station [1]** 282/15

**stationary [1]** 319/16

**status [3]** 284/4 284/5 284/22

**stay [6]** 269/6 269/22 298/9 324/13 365/5 421/14

**steadfastly [5]** 258/23 258/25 268/2 268/6 434/24

**steady [1]** 289/18

**stems [1]** 270/3

**stenographically [1]** 496/6

**step [24]** 292/11 300/20 337/21 332/2 357/18 357/25 369/11 369/17 385/21 385/22 386/3 395/1 400/16 400/22 432/9 432/12 441/14 441/20 451/22 452/2 452/8 462/3 468/8 481/5

**stepped [5]** 292/14 300/16 382/12 391/9 394/11

**stepping [1]** 383/9

**steps [3]** 299/12 299/17 299/25

**stick [3]** 414/24 416/4 446/8

**sticker [1]** 345/14

**sticks [2]** 258/23 258/25

**still [38]** 260/21 264/5 264/9 272/23 277/9 295/8 308/6 314/12 314/13 317/2 345/24 350/15 354/8 366/14 379/20 389/11 404/25 405/3 406/3 406/11 409/17 419/11 419/13 423/10 425/17 426/8 426/11 426/13 426/15 427/15 427/17 429/6 429/9 434/6 437/10 453/5 490/17 494/10

**stipulate [4]** 466/11 466/17 466/25 467/18

**stipulation [2]** 467/10 467/15

**stomping [1]** 406/9

**stood [2]** 389/21 393/13

**stop [28]** 276/20 276/21 276/23 277/6 278/12 278/12 278/13 278/17 280/1 280/16 292/21 292/23 294/8 294/10 294/22 320/23 324/9 327/4 328/5 339/2 354/1 369/11 405/16 426/2 435/14 442/8 466/16 476/25

**stopped [23]** 275/24 277/6 278/17 295/13 296/5 311/9 316/6 316/16 320/5 323/5 348/14 350/12 388/17 389/12 389/12 395/25 396/6 396/8 397/4 399/8 410/8 423/7 427/2

**stopping [3]** 296/12 414/22 479/3

**stops [1]** 426/5

**store [4]** 367/15 367/21 368/3 368/6

**stores [2]** 288/20 374/2

**straight [2]** 304/18 315/8

**strange [1]** 258/2

**strangers [1]** 342/7

**streaming [1]** 305/16

**street [66]** 250/22 251/5 276/15 276/22 279/5 288/16 288/19 291/7 291/13 293/13 293/16 294/5 294/21 295/7 295/8 295/12 296/5 296/12 307/4 315/6 315/19 321/2 321/4 321/14 323/6 333/7 334/11 334/12 334/16 337/7 337/8 337/18 337/18 338/8 338/16 345/23 346/4 347/7 349/14 350/11 351/18 354/3 355/11 355/23 384/6 384/10 392/19 393/9 393/23 396/7 397/5 402/4 402/24 403/16 405/10 406/16 406/23 407/22 410/9 413/20 422/21 422/24 423/2 423/11 425/1 427/2

**streets [1]** 355/19

**stress [2]** 262/16 484/14

**stretch [1]** 301/1

**stretcher [7]** 353/14 353/15 353/16 353/24 354/5 354/17 356/16

**stricken [3]** 315/24 316/4 454/16

**strike [2]** 285/17 312/22 315/23 316/2

**strong [4]** 266/11 268/5 269/14 269/23

**strongly [1]** 260/9

**S**

**study** [1] 289/25
**stuff** [5] 371/20 373/16 395/21 461/2
477/16
**subject** [1] 267/18
**subjects** [1] 482/21
**submit** [1] 491/22
**submitted** [6] 263/23 330/15 379/11
380/22 432/4 481/12
**subpoena** [1] 441/6
**subpoenaed** [1] 460/21
**subsequent** [2] 464/25 465/15
**subsequently** [1] 455/2
**such** [10] 308/20 370/8 372/15 374/4
431/16 431/20 431/21 436/7 443/13
464/19
**suggest** [1] 487/13
**suggesting** [4] 488/23 488/25 492/22
492/23
**suggests** [1] 434/12
**suit** [3] 389/4 443/20 469/18
**Suite** [1] 251/9
**summarize** [1] 475/13
**summarized** [1] 474/15
**summarizes** [1] 474/24
**summarizing** [1] 475/14
**summary** [2] 474/25 476/4
**Summer** [1] 460/23
**Sunday** [4] 283/23 284/1 418/11 453/7
**supervision** [2] 453/5 462/24
**supervisor** [46] 282/14 282/22 283/2
283/7 283/8 283/9 283/10 284/4 284/21
291/21 291/22 296/25 301/15 301/15
307/9 311/4 311/16 311/19 312/3 317/8
317/12 318/6 326/12 327/2 328/13
328/18 328/23 328/25 329/4 329/14
329/21 329/23 329/24 329/25 330/7
330/8 409/25 422/2 422/6 452/24
455/18 455/22 455/24 456/3 462/21
463/6
**supervisor's** [3] 351/3 351/7 422/3
**supervisory** [1] 462/19
**supports** [1] 270/11
**supposed** [4] 364/12 364/18 434/19
489/2
**supposedly** [1] 486/17
**sure** [39] 260/6 272/6 279/18 288/10
290/1 308/13 328/20 332/6 357/10
358/14 365/17 379/7 380/23 385/8
390/13 392/10 398/8 410/1 410/3
421/20 423/20 432/19 433/25 436/22
436/23 437/24 453/23 464/12 470/24
472/4 472/7 472/12 473/5 476/13
483/15 492/14 492/24 493/1 493/4
**surprise** [2] 460/18 461/2
**surrounding** [1] 300/18
**surroundings** [1] 300/17
**suspect** [2] 278/8 305/25
**sustain** [1] 436/11
**Sustained** [31] 274/9 290/7 309/12
309/18 309/25 310/9 311/22 312/15
313/9 313/23 315/24 316/20 317/15
317/20 318/3 319/1 319/5 328/7 341/16
342/14 343/6 363/3 367/5 367/11
367/18 368/16 368/23 416/19 449/25
451/16 456/20
**SUV** [17] 324/7 337/9 337/11 338/2
338/3 338/4 338/11 338/17 339/21
350/18 351/15 391/21 394/21 394/25
416/1 421/25 422/23
**sway** [1] 271/5
**swear** [9] 331/23 357/20 369/13
385/24 400/18 441/16 452/4 461/24
468/4
**SWORN** [9] 331/20 357/6 369/10
385/20 400/15 439/3 452/1 461/20
468/2
**Symington** [4] 268/9 268/10 270/6
271/2
**symptom** [1] 451/7
**synopsis** [4] 274/15 274/25 275/3
310/17

**T**

**T-a-y-l-o-r** [1] 441/23
**T-e-r-c-e-r-o** [1] 401/1
**T-r-a-c-e-y** [1] 270/24
**T-r-u-e** [1] 332/11
**table** [1] 443/20
**tablet** [2] 443/3 443/5
**tachycardic** [2] 446/1 446/3
**tag** [1] 396/4
**tail** [1] 316/10
**tailgating** [2] 301/5 301/18
**take** [35] 255/9 259/12 259/25 275/13
284/10 289/18 298/14 300/23 304/8
314/23 315/12 315/18 319/25 320/10
327/24 329/14 329/17 330/16 345/7
360/8 378/5 379/8 379/12 414/7 429/10
431/25 432/5 445/11 445/13 445/24
446/5 447/9 448/15 483/1 495/1
**taken** [16] 264/5 283/24 288/2 299/25
302/20 320/5 372/16 374/9 383/19
384/1 435/23 445/25 447/24 447/25
454/20 490/18
**takes** [2] 429/17 439/4
**taking** [3] 378/7 421/11 432/23
**talk** [46] 259/22 271/8 281/23 282/18
284/3 284/14 293/25 294/6 294/22
296/12 307/9 311/9 312/13 320/18
322/20 324/10 324/19 328/5 330/14
334/15 335/8 357/10 365/23 366/1
366/2 379/9 393/22 395/25 397/8 399/9
407/11 407/18 410/23 423/7 426/2
427/5 432/2 436/23 453/14 465/15
481/10 487/20 491/1 491/14 492/11
494/14
**talkative** [2] 342/3 355/8
**talked** [24] 272/3 273/17 274/17
274/21 282/22 283/3 295/13 312/12
321/15 323/5 348/22 352/9 354/3 382/4
396/8 397/4 398/14 422/6 424/16
430/25 440/24 459/12 460/23 489/25
**talking** [48] 258/9 262/17 271/1
281/19 282/20 296/6 296/9 310/15
316/12 323/22 323/23 323/25 329/12
329/24 332/23 335/11 335/13 336/17
339/12 340/11 342/1 342/22 342/25
354/8 354/11 381/19 382/8 394/13
397/25 399/8 412/23 413/20 413/22
419/23 422/5 423/21 426/11 426/15
428/8 428/11 428/14 431/12 431/19
436/6 440/6 440/18 471/10 489/15
**talks** [3] 312/12 426/5 426/8
**tall** [1] 439/2
**tangential** [1] 490/15
**tapped** [1] 316/7
**target** [1] 319/10
**targeting** [1] 484/16
**taser** [17] 279/6 283/17 299/16 299/21
299/22 301/9 307/14 307/17 323/9
324/24 347/9 347/12 463/19 463/20
464/5 464/10 464/11
**taught** [6] 297/14 297/15 297/17 298/2
298/16 319/13
**Taurus** [3] 417/25 418/3 418/7
**Taylor** [5] 439/2 439/3 439/13 439/23
441/22 442/3
**technical** [1] 382/18
**teens** [1] 406/25
**tell** [56] 255/23 261/3 263/21 264/1
266/15 274/3 274/6 274/11 292/8
292/14 303/12 304/13 304/14 304/19
304/20 304/23 308/8 310/2 329/4
336/11 336/19 336/21 338/22 342/24
349/11 350/6 351/13 351/20 352/6
353/15 362/25 381/3 381/9 394/25
406/13 406/14 416/16 421/11 421/12
430/11 433/17 444/12 449/21 454/11
456/13 467/6 478/5 482/16 485/21
486/1 488/5 489/3 490/23 492/16 494/5
494/6
**telling** [13] 274/23 295/22 324/22
325/19 326/11 326/25 352/15 398/18
398/21 434/17 472/5 479/17 483/7
**tells** [2] 266/8 309/3
**Temple** [1] 250/22
**tempted** [1] 269/18
**ten** [10] 287/14 334/9 341/22 401/20
409/8 425/14 428/2 428/4 429/15
452/21
**ten-minute** [2] 428/2 428/4
**Tercero** [17] 321/15 323/6 324/15
382/2 383/13 383/20 384/2 396/13
396/18 396/21 397/2 397/8 400/14
400/15 400/24 401/6 437/14
**Tercero's** [6] 382/7 382/13 383/2
383/9 396/24 397/1
**terminated** [3] 476/20 476/23 479/18
**terminating** [1] 479/4
**terms** [3] 424/7 436/9 485/1
**test** [1] 448/8
**testified** [5] 302/9 308/21 311/9 317/4
421/22
**testifies** [1] 487/12
**testify** [5] 299/17 310/7 476/5 476/6
493/3
**testifying** [2] 474/5 475/6
**testimony** [21] 256/6 262/23 267/19
268/16 268/19 269/11 294/2 331/23
357/20 369/13 385/24 400/18 433/8
435/15 436/9 440/8 440/11 441/16
452/4 461/24 468/4
**than** [28] 270/15 277/3 277/4 284/12
289/8 298/13 299/3 302/13 305/10
306/22 318/22 329/25 330/7 336/2
339/24 344/5 344/23 366/18 389/24
396/25 399/8 435/6 445/21 446/2 477/4
485/19 490/19 492/6
**thank** [58] 265/2 267/10 271/24 272/25
301/24 303/16 320/13 330/12 332/12
355/1 356/22 356/24 357/1 357/24
358/12 368/25 369/4 376/5 380/10

**thank...** [39] 380/13 385/10 385/13
385/15 386/10 399/12 400/7 400/8
400/10 401/3 435/25 436/25 437/9
438/9 438/12 438/24 441/10
448/2 449/12 449/15 451/17 451/23
457/1 459/24 465/21 465/25 466/2
467/21 468/15 471/2 471/4 478/18
480/7 481/4 481/5 481/7 489/14 493/5

**that** [1022]

**that's** [155] 255/17 256/8 256/11
256/25 257/1 260/1 263/2 263/18
265/16 265/25 266/8 266/22 266/23
266/24 266/24 267/22 268/14 268/25
270/6 270/10 270/17 271/24 275/6
275/25 276/3 276/4 276/7 276/13
277/17 278/15 278/17 279/23 280/9
280/17 281/5 282/4 283/12 283/21
284/2 284/20 284/25 285/14 286/15
286/24 287/3 287/23 287/23 288/1
289/4 289/6 289/14 291/20 293/14
293/15 293/17 293/24 294/19 294/24
296/21 297/10 298/4 298/25 299/13
300/9 300/24 301/13 303/11 303/18
305/9 305/15 305/15 306/5 306/19
313/4 314/22 315/10 317/6 321/5 321/8
323/3 327/2 327/16 328/13 328/14
329/9 336/3 340/12 340/25 345/9 346/7
346/18 354/7 355/23 364/19 364/24
370/13 373/2 374/10 374/14 374/20
374/21 374/23 380/9 381/9 388/1
391/22 395/5 396/3 397/3 397/15 399/1
407/16 412/25 414/11 415/18 415/25
416/3 418/23 424/12 429/13 433/7
434/14 435/4 435/25 436/19 438/18
439/17 440/11 440/18 443/3 446/11
446/16 447/23 455/12 460/18 461/3
464/14 466/19 467/22 476/4 477/4
486/1 486/17 487/4 487/11 488/1 488/3
488/21 489/25 490/12 490/21 490/23
491/4 493/14 493/17

**their** [23] 255/12 255/23 295/14
295/20 296/1 298/14 298/14 298/15
305/16 311/13 323/10 342/7 371/11
421/23 448/21 448/24 449/1 459/7
459/18 463/9 463/21 478/11 492/24

**them** [62] 255/19 255/22 256/2 263/23
270/1 279/21 279/22 295/16 295/18
295/19 295/20 295/22 295/23 296/3
296/3 296/6 296/12 298/14 298/15
316/7 321/16 322/21 323/4 323/24
323/25 324/14 324/18 327/24 349/13
349/24 381/11 391/15 394/5 399/18
408/24 420/18 420/19 421/3 428/11
428/15 433/4 433/5 438/3 442/8 461/4
461/5 463/9 468/20 475/21 475/24
476/17 486/6 486/12 486/22 487/1
487/17 487/18 487/20 488/23 492/25
494/6 494/15

**themselves** [1] 366/2

**then** [95] 256/2 256/18 256/25 258/3
259/1 259/1 260/11 261/16 262/17
263/10 270/16 276/15 277/12 277/20
277/20 278/25 281/14 282/2 290/22
292/8 294/21 320/9 322/7 324/4 324/7
326/2 327/23 328/17 328/23 335/14
335/18 335/20 337/6 337/8 344/14

**theories** [1] 485/13

**there** [192] 261/2 261/3 261/15 271/4
271/12 276/20 276/21 276/22 280/13
280/22 280/22 280/25 281/1 281/2
281/18 283/14 284/16 284/18 287/24
290/21 292/13 294/1 295/8 295/13
295/21 296/22 302/21 302/23 303/1
303/7 303/8 303/8 303/18 303/24
304/14 304/14 304/15 304/15 304/23
306/8 306/10 306/16 306/17 306/18
307/11 308/11 308/11 308/25 314/8
315/21 316/1 321/11 321/16 322/21
324/13 327/7 328/25 329/2 333/24
335/5 335/6 336/22 338/6 338/10
338/13 339/11 341/19 342/23 344/9
345/12 345/14 348/8 350/15 353/13
353/15 353/18 353/23 354/7 355/10
359/20 359/21 360/10 363/13 365/6
365/6 366/9 366/14 367/7 369/12
371/18 372/9 372/13 372/14 372/16
374/1 374/2 374/3 374/11 375/14
376/18 376/19 377/4 377/16 377/17
378/6 380/8 382/6 382/9 383/12 384/2
384/9 384/14 385/1 390/13 390/22
393/4 393/12 393/13 393/23 395/20
395/21 396/18 397/5 397/20 398/11
398/12 398/24 399/18 401/25 402/7
405/15 406/4 406/10 407/4 413/13
413/21 416/6 416/8 418/7 421/14
422/10 423/10 427/2 427/19 429/16
431/4 431/7 433/3 436/17 438/18 440/2
440/17 441/3 443/1 443/8 445/6 446/7
446/15 447/18 458/17 458/19 461/9
461/16 461/18 464/22 469/17 469/24
470/1 471/7 471/8 475/14 475/15
476/16 476/25 477/1 477/1 480/2 480/3
481/9 482/11 482/19 483/15 484/2
484/9 485/17 489/6 489/17
489/18 489/18 490/8 490/17

**there's** [24] 258/8 258/12 263/4
267/14 268/7 269/8 278/19 280/16
280/18 305/4 309/4 314/6 328/20
334/14 335/7 377/4 398/18 398/22
415/3 446/14 461/11 466/12 489/19
490/6

**thereafter** [4] 394/10 453/14 471/18
472/12

**therefore** [1] 493/24

**these** [24] 258/16 267/21 291/12
300/12 300/14 343/25 365/21 381/11
381/12 397/17 440/17 464/19 475/18
478/10 484/5 484/23 486/11 486/25
487/7 487/9 487/16 487/22 488/13
488/16

**they** [70] 255/23 256/2 260/20 260/21
260/24 260/25 261/9 263/10 264/8

264/9 264/11 264/11 295/19 302/12
304/6 304/9 305/5 306/10 306/11
311/12 311/13 320/6 323/14 323/14
323/15 329/17 360/17 363/21 366/1
366/1 370/13 371/8 372/11 373/20
374/8 381/12 391/14 391/14 394/9
398/23 404/15 404/19 406/24 408/19
408/20 408/25 409/1 409/2 409/3 424/4
439/17 439/20 439/20 441/7 447/16
450/24 459/6 460/20 461/2 463/16
463/16 466/12 486/25 487/10 487/23
490/19 493/1 493/24 494/5 494/6

**They'll** [1] 476/4

**they're** [10] 261/6 265/19 305/25
306/12 326/14 326/19 396/25 481/21
487/5 487/22

**they've** [4] 440/10 486/24 486/24
490/6

**thing** [15] 269/18 314/5 329/16 329/17
388/6 389/17 395/2 405/2 431/17
431/20 434/4 436/8 476/20 478/9
491/16

**things** [31] 255/22 262/18 262/24
267/20 267/20 269/14 300/22 309/2
309/2 365/24 367/3 372/14 372/15
377/16 377/16 419/17 424/14 424/15
432/23 476/16 482/19 483/16 484/14
484/23 486/9 487/22 488/15 488/16
488/23 490/3 493/11

**think** [95] 255/9 255/20 255/25 256/1
256/4 256/23 257/12 258/7 258/10
258/15 259/1 259/11 260/6 261/7
261/14 261/19 263/1 263/8 263/16
263/18 264/20 264/21 267/1 267/6
267/23 267/23 268/2 269/5 269/14
270/17 270/18 278/12 291/9 291/10
291/16 291/18 302/6 316/17 323/13
325/25 329/21 329/23 340/1 340/22
342/22 343/19 343/21 346/22 356/8
363/11 372/20 375/9 389/21 399/20
403/25 410/17 410/19 421/17 421/20
429/18 434/14 434/17 434/20 434/22
435/5 435/9 436/2 436/8 436/17 440/14
447/2 447/10 450/19 456/4 459/16
461/3 466/12 482/19 484/9 484/24
484/24 485/13 486/14 487/5 487/12
488/9 489/6 490/19 490/23 491/1 491/7
491/9 491/12 493/7 493/13

**thinking** [8] 262/9 262/11 262/24
263/4 268/17 269/12 339/1 339/2

**third** [2] 344/3 377/5

**this** [199] 256/1 256/5 256/21 256/22
257/11 257/19 257/21 258/8 260/8
261/17 263/5 266/13 266/13 267/17
268/12 269/5 270/18 270/21 270/21
271/9 271/20 273/18 276/18 277/18
278/13 278/14 280/7 280/15 282/18
284/14 285/20 285/22 286/23 287/23
290/13 294/10 295/1 295/3 297/24
298/5 298/19 299/23 300/20 302/13
304/5 304/6 304/8 305/5 305/5 305/9
313/15 313/22 315/2 315/10 315/18
317/12 322/22 326/16 326/20 329/16
331/1 331/24 331/24 332/5 340/11
342/23 345/15 345/19 347/24 349/7
350/19 350/19 352/9 352/25 353/18
357/21 359/9 362/18 369/14 371/12
371/14 375/7 375/8 375/10 375/14

**T**

**they** [70] 255/23 256/2 260/20 260/21
260/24 260/25 261/9 263/10 264/8

T

**this... [114]** 375/15 375/19 375/20
376/8 376/11 377/14 378/16 378/21
380/5 380/6 381/4 381/20 383/3 383/8
383/18 384/12 385/25 385/25 387/13
387/16 388/14 389/13 389/18 390/20
390/23 393/10 393/14 394/10 396/5
396/22 397/14 397/14 398/5 400/19
400/19 402/17 408/6 409/24 410/17
414/7 415/9 415/22 416/3 418/12 421/6
421/6 421/21 425/25 428/3 428/14
430/14 430/25 431/13 432/13 432/17
432/19 433/11 433/16 435/6 435/8
436/14 439/7 439/15 441/1 441/5
441/17 442/9 444/14 444/16 444/19
444/25 445/4 445/20 446/21 447/19
450/19 452/5 452/5 453/21 454/8 454/9
457/18 458/1 458/4 458/5 458/6 459/16
460/5 461/3 461/25 461/25 464/3 467/1
467/4 468/5 468/5 472/5 472/14 475/8
475/9 475/21 475/23 481/8 482/9
482/11 486/13 486/15 487/19 490/6
490/19 491/2 491/13 491/13 492/15

**Thomas [3]** 268/10 268/10 270/9

**those [45]** 255/13 262/18 266/16
269/14 270/18 270/19 280/21 293/3
293/4 300/22 300/22 314/8 324/19
364/7 365/24 375/5 381/15 382/1 394/6
394/7 395/13 401/19 419/17 421/18
432/18 433/9 435/8 438/23 440/25
442/23 442/25 443/2 443/16 445/21
446/1 450/23 463/15 482/6 483/9
485/12 486/6 487/23 488/14 488/23
489/5

**though [7]** 262/3 269/15 336/18 366/8
433/21 455/7 488/6

**thought [24]** 255/21 306/12 308/10
323/14 338/11 339/14 394/2 394/7
423/15 423/22 424/5 424/10 430/14
431/18 436/7 436/10 461/5 485/5
487/23 488/8 491/16 491/17 493/15
494/2

**thoughts [7]** 255/10 258/22 266/5
272/4 339/22 493/17 494/15

**thousand [1]** 370/13

**threat [7]** 291/20 410/17 430/15
436/10 479/22 480/4 480/18

**threaten [1]** 291/10

**threatened [4]** 275/8 281/3 314/5
316/23

**threatening [5]** 291/18 298/1 319/14
321/22 328/11

**threats [5]** 411/3 480/12 480/16 483/5
483/6

**three [16]** 277/5 327/6 327/8 327/9
327/11 370/21 370/23 370/25 371/4
390/2 395/22 407/1 410/7 426/18 427/3
449/19

**three-point [3]** 410/7 426/18 427/3

**threw [1]** 374/10

**through [22]** 250/19 257/22 257/23
260/18 262/18 266/9 269/3 278/13
280/3 296/6 302/15 302/16 302/18
302/21 328/16 354/1 360/14 376/7
396/8 396/14 430/19 478/23

**throughout [1]** 354/19

**tickets [1]** 320/5

**tie [1]** 389/4

**time [84]** 256/5 260/22 262/8 266/10
277/18 278/23 278/24 280/5 280/19
285/10 289/8 289/9 291/2 293/21
298/10 301/18 302/15 306/9 309/1
312/11 320/6 327/21 330/6 340/16
354/19 354/22 360/23 361/3 362/18
364/20 366/19 372/5 372/7 375/18
382/6 387/5 388/20 390/18 390/19
390/21 391/7 392/13 395/3 398/25
409/7 410/15 416/7 416/12 416/22
421/6 421/20 423/3 425/8 427/12 428/4
429/12 429/18 429/18 433/11 438/7
441/1 442/21 443/15 444/17 444/19
445/1 445/2 445/6 445/7 445/8 446/25
454/24 455/6 458/24 459/12 460/5
465/12 472/11 475/3 475/15 480/11
482/1 486/13 492/3

**timeframe [2]** 423/18 429/14

**times [10]** 268/21 313/1 359/18 359/19
359/21 359/21 390/1 410/13 437/15
466/15

**tires [2]** 414/8 414/11

**Titan [1]** 338/14

**title [7]** 370/5 452/22 496/4

**to what [1]** 290/1

**today [8]** 269/6 333/10 360/6 387/10
389/1 403/6 466/5 492/3

**today's [1]** 415/5

**together [2]** 344/15 371/19

**told [95]** 255/22 256/10 265/7 267/18
273/15 273/20 273/23 274/13 275/9
275/15 275/17 275/19 275/23 275/25
276/12 280/21 283/9 283/10 284/23
288/2 290/16 292/21 293/7 295/16
295/18 295/19 295/20 295/23 296/3
296/25 297/24 299/8 300/6 300/22
300/24 304/18 310/8 310/11 311/18
317/12 321/6 321/16 323/4 324/2 325/8
325/16 325/17 325/18 325/20 326/7
326/12 326/23 327/1 327/14 333/24
334/13 337/13 337/17 339/13 342/20
342/20 343/2 349/13 349/19 349/23
350/9 350/13 350/20 407/12 407/12
411/2 414/3 424/12 431/16 455/20
456/3 458/10 458/10 458/22 467/23
472/13 474/15 476/10 477/4 477/7
477/11 477/20 478/19 479/11 479/17
479/24 479/25 480/2 480/3 488/21

**tomorrow [10]** 434/3 481/13 491/2
491/15 491/19 492/5 492/18 493/18
494/15 495/2

**tone [7]** 306/6 322/10 355/10 355/13
398/2 406/2 428/14

**tonight [1]** 495/1

**Tony [1]** 333/4

**too [3]** 265/15 372/21 375/20

**took [27]** 260/21 264/11 275/11
276/25 277/4 287/4 289/17 289/19
290/9 296/1 299/12 299/17 304/10
314/24 320/9 329/15 339/25 375/8
375/10 378/6 383/15 387/4 436/13
440/3 440/3 440/4 461/15

**top [11]** 276/13 285/9 285/12 286/3
287/24 305/16 376/12 376/18 412/23
412/24 464/13

**torn [1]** 374/1

**total [3]** 381/11 381/15 410/13

**totaled [1]** 381/13

**touch [1]** 425/9

**tough [1]** 443/3

**tour [2]** 341/1 344/11

**towards [10]** 299/17 299/23 307/4
315/11 383/10 391/15 391/21 392/1
419/10 485/3

**Tracey [2]** 259/1 270/23

**traffic [1]** 327/13

**trained [9]** 278/15 280/9 291/20
300/16 305/24 322/20 474/18 474/21
474/23

**training [16]** 297/14 298/12 307/1
307/2 309/4 309/4 319/13 324/22 371/6
371/8 371/10 444/19 444/20 451/3
468/25 469/1

**traits [1]** 484/7

**transcript [3]** 250/14 496/5 496/7

**transport [1]** 442/19

**transported [6]** 274/24 281/21 310/13
311/4 447/10 447/11

**trap [1]** 487/4

**trash [33]** 261/3 280/13 280/20 295/16
297/25 302/4 302/10 302/11 302/14
302/16 302/19 302/21 303/2 304/16
305/6 306/9 306/10 317/4 321/16
321/21 329/15 371/18 371/23 372/5
372/17 373/2 373/10 373/15 373/21
377/8 377/10 384/21 417/21

**traumatic [1]** 489/1

**travel [2]** 414/15 414/22

**traveling [1]** 277/10

**treat [3]** 442/18 451/6 451/7

**treated [2]** 261/9 443/13

**treatment [2]** 448/6 449/8

**tree [2]** 377/17 377/18

**trees [2]** 344/1 344/3

**trial [15]** 250/19 256/11 257/22 258/3
261/25 262/4 263/7 263/17 265/21
269/4 381/20 433/22 482/9 490/4 490/5

**tried [8]** 288/22 288/25 298/9 420/23
420/24 449/7 460/19 482/14

**trigger [1]** 319/23

**trouble [1]** 290/3

**truck [4]** 338/14 354/7 417/19 417/21

**trucks [3]** 395/21 403/18 417/9

**true [14]** 283/12 293/14 293/17 298/4
298/25 331/19 331/20 332/7 332/16
364/24 435/25 439/17 467/24 496/5

**truth [44]** 281/3 281/4 281/5 281/6
300/8 300/9 300/10 300/12 300/15
301/2 301/6 301/10 301/13 325/25
326/18 331/24 331/25 331/25 357/21
357/22 357/22 369/14 369/15 369/15
385/25 386/1 386/1 400/19 400/20
400/20 434/17 441/17 441/18 441/18
452/5 452/6 452/6 461/25 462/1 462/1
468/5 468/6 468/6 476/14

**truthful [1]** 257/25

**try [11]** 268/4 305/3 305/8 306/3 306/4
319/17 326/14 405/16 407/24 441/6
486/25

**trying [32]** 263/3 268/22 274/11
275/22 291/7 291/9 291/10 291/16
295/21 296/21 305/7 315/15 315/15
322/24 337/22 337/24 339/2 353/1
355/18 357/12 389/18 397/15 405/21
406/17 421/6 421/15 421/23 424/10

**T**

**trying... [4]** 435/16 437/15 437/19 487/5
**tunnel [4]** 291/23 292/1 292/4 292/6
**turn [24]** 277/13 277/16 278/21 315/6 315/7 337/7 347/1 347/23 355/16 355/21 356/5 395/7 405/22 409/2 410/7 420/21 420/23 420/24 426/19 426/19 426/22 427/3 427/4 461/2
**turned [15]** 275/23 276/13 276/16 277/12 280/7 320/24 335/21 337/8 349/6 354/2 355/11 355/15 478/24 478/24 478/25
**turning [11]** 280/6 372/18 373/4 373/11 373/17 374/12 374/17 376/1 377/22 378/18 380/2
**twenty [1]** 438/8
**Twice [1]** 410/15
**two [48]** 257/12 270/1 275/5 277/22 277/23 279/19 284/12 294/5 294/20 294/21 296/9 296/22 304/15 311/10 314/25 316/12 323/22 324/17 338/25 344/1 344/3 344/21 371/19 371/20 372/13 389/21 390/24 405/10 407/1 413/21 421/18 422/1 423/20 427/14 431/7 445/19 462/22 466/4 467/1 476/16 478/10 484/2 485/13 485/17 489/5 489/8 489/10 489/17
**type [6]** 278/2 318/12 378/23 380/17 444/12 450/15
**types [3]** 306/8 442/25 484/17
**typically [1]** 371/19

**U**

**U-turn [3]** 337/7 347/23 427/4
**U.S [5]** 370/4 370/6 456/4 457/9 463/17
**uh [11]** 263/12 263/24 264/7 279/7 287/18 333/14 341/5 346/21 346/22 402/18 447/8
**uh-huh [11]** 263/12 263/24 264/7 279/7 287/18 333/14 341/5 346/21 346/22 402/18 447/8
**ultimately [1]** 492/10
**Umm [7]** 277/3 336/7 376/17 387/20 445/4 445/7 447/14
**unanimity [2]** 493/8 494/10
**unconscious [1]** 298/14
**under [16]** 257/19 257/22 259/1 272/23 337/10 453/5 454/12 454/20 455/3 462/24 484/10
**undercuts [4]** 483/10 484/4 484/4 484/17
**underlying [2]** 484/11 485/22
**underneath [1]** 453/3
**understand [12]** 261/24 269/19 287/20 303/25 424/13 454/20 455/9 456/17 490/21 491/2 492/14 492/22
**understanding [7]** 317/17 325/14 432/18 433/6 436/15 488/11 488/12
**understands [1]** 305/16
**understood [4]** 281/17 281/20 281/22 483/1
**unfair [1]** 484/21
**unholstering [2]** 309/8 309/14
**uniform [5]** 307/20 334/19 346/1

370/25 404/2
**unique [1]** 483/14
**UNITED [17]** 250/1 250/6 251/2 251/4 251/5 270/6 270/9 357/4 401/9 401/10 401/11 401/15 458/25 459/13 462/12 496/4 496/9
**United States v. Symington [1]** 270/6
**United States v. Thomas [1]** 270/9
**unless [7]** 268/5 297/11 363/10 435/18 461/15 461/16 493/18
**Unless she [1]** 363/10
**unsuccessful [1]** 460/20
**until [18]** 263/23 267/4 269/2 298/1 330/15 359/5 362/21 365/6 365/7 379/10 391/15 391/18 395/20 429/19 432/3 438/23 481/12 482/16
**unusual [1]** 342/6
**unwilling [3]** 257/20 257/20 257/25
**up [166]** 255/22 255/24 258/5 266/19 267/18 267/22 268/12 269/1 269/2 269/4 271/11 276/19 277/25 278/6 279/5 279/19 282/15 282/23 283/6 285/7 287/19 290/10 290/11 294/5 294/12 294/20 296/18 297/1 299/23 300/16 301/14 303/1 303/2 307/1 307/3 309/2 311/3 311/15 311/16 312/2 313/17 315/25 316/13 319/7 319/8 319/10 319/19 321/14 321/23 323/7 324/7 328/16 335/4 335/8 336/8 337/10 337/18 337/18 338/14 338/20 342/21 343/8 343/19 343/22 344/17 345/1 346/2 346/7 346/9 347/7 348/8 348/12 349/14 350/1 350/11 350/12 350/19 351/16 353/6 354/11 355/19 355/23 355/24 355/25 357/13 361/19 366/12 371/16 371/20 372/10 372/10 373/3 374/15 375/17 375/17 375/22 375/23 376/8 376/11 376/12 376/13 376/19 377/7 377/12 381/4 381/12 381/13 382/19 382/20 383/3 383/22 384/8 384/12 384/25 385/22 388/1 388/18 389/15 390/17 390/18 392/14 394/19 395/4 395/5 395/18 395/23 396/21 396/24 397/13 404/15 404/20 404/20 404/22 405/10 408/3 408/4 408/21 409/15 409/19 412/12 412/24 413/8 413/22 416/1 419/25 422/6 422/19 424/16 425/22 425/22 425/24 425/25 427/4 427/13 429/19 441/14 448/24 449/1 460/21 463/23 467/2 478/3 479/22 490/7 491/9 491/12
**upfront [1]** 488/4
**upon [12]** 268/21 449/10 449/11 484/12
**upset [2]** 308/8 320/7
**upward [1]** 294/17
**us [42]** 259/18 267/18 271/24 272/16 276/9 276/12 284/23 288/2 290/16 294/5 297/24 299/8 300/6 300/22 303/12 321/6 324/22 327/1 327/14 333/24 334/1 334/12 335/20 336/14 337/14 339/13 342/20 346/9 350/23 380/21 381/3 386/6 394/12 395/24 407/13 408/3 409/20 414/3 458/10 481/25 487/5 493/10
**use [15]** 278/5 297/11 297/18 301/7 301/8 318/10 318/12 329/20 330/1 330/9 332/5 413/14 414/1 425/4 463/3
**used [7]** 292/4 300/14 301/8 404/8

419/15 419/17 475/8
**using [6]** 296/22 298/13 298/16 387/14 415/4 488/6
**usual [1]** 302/13

**V**

**v. [2]** 270/6 270/9
**Vague [1]** 342/13
**Val [1]** 386/17
**Valley [1]** 447/11
**various [1]** 417/6
**vary [1]** 463/17
**vehicle [16]** 296/16 317/8 319/20 391/15 392/4 393/14 404/1 404/21 404/23 405/3 405/22 406/4 406/5 406/6 406/9 406/13
**vehicle's [4]** 274/3 274/6 476/18 479/12
**verbatim [1]** 461/17
**verdict [8]** 263/15 493/20 493/22 493/24 493/25 494/2 494/11 494/11
**verdict form [2]** 493/20 493/22
**verify [1]** 350/7
**version [2]** 478/20 490/10
**versus [1]** 489/1
**vertical [1]** 375/4
**very [63]** 257/17 267/22 269/14 269/18 269/23 274/15 281/15 302/9 316/15 320/9 333/24 335/12 336/14 336/14 337/23 337/23 338/25 342/6 348/13 351/20 354/8 355/7 355/14 358/12 364/20 366/10 369/4 385/13 397/6 397/24 400/1 400/8 405/5 406/1 406/3 406/3 406/11 407/20 409/23 415/11 424/20 424/21 426/10 426/11 428/17 428/17 434/8 436/19 437/24 437/25 438/12 440/6 450/14 451/23 453/21 459/24 460/20 470/8 477/13 483/12 484/16 493/10 493/13
**vest [3]** 307/21 308/3 404/3
**vicinity [1]** 349/7
**Victoroff [15]** 439/20 482/5 482/16 484/13 486/3 486/9 487/1 487/8 487/12 488/20 488/24 492/2 492/7 492/12 493/2
**Victoroff's [2]** 482/20 490/16
**videos [1]** 298/12
**view [7]** 258/17 269/23 294/24 316/14 408/25 434/23 435/5
**views [4]** 258/16 270/4 270/12 435/23
**violence [2]** 483/5 483/6
**virtually [2]** 409/17 485/23
**vision [4]** 291/23 292/1 292/4 292/6
**visit [1]** 359/15
**Vista [1]** 386/17
**vital [2]** 445/11 450/23
**vitals [1]** 440/3
**voice [11]** 285/7 306/6 391/24 398/2 406/2 428/14 466/11 466/14 466/17 466/22 467/19
**voir [7]** 252/10 252/20 253/2 255/22 255/23 257/10 267/17
**VOL [4]** 252/11 252/20 253/3 254/3
**vulnerable [1]** 308/7

**W**

**waiting [1]** 467/1
**Walgreen's [1]** 378/22

**W**

walk [3]  312/12 312/13 393/7
walk-and-talk [1]  312/13
walk-and-talks [1]  312/12
walked [25]  290/23 291/11 334/11
343/8 344/17 346/8 375/11 387/22
387/23 390/13 390/21 391/15 391/18
392/3 392/4 393/7 393/8 394/12 394/24
395/3 406/16 413/16 413/20 418/23
419/10
walking [11]  335/15 343/17 346/2
391/21 392/1 392/6 392/7 392/9 393/10
405/10 406/10
walks [1]  291/13
wall [1]  361/19
walls [1]  361/19
want [41]  258/21 260/6 264/15 264/15
264/24 269/8 287/17 287/19 294/11
319/14 320/6 321/8 321/10 321/24
322/6 330/25 331/5 345/16 346/12
354/1 356/3 356/6 372/6 377/12 381/18
387/15 393/21 424/15 432/9 434/12
460/10 477/13 478/5 481/8 482/6
482/15 485/11 487/10 487/25 488/1
488/3
wanted [30]  260/15 264/1 271/2 271/8
281/22 284/5 289/18 289/20 295/19
295/19 295/24 307/8 310/4 313/7
315/12 321/23 322/17 323/15 337/19
349/23 356/1 356/4 361/12 425/2
436/13 438/1 453/11 457/12 460/5
471/22
wanting [3]  353/25 453/9 474/2
wants [1]  435/18
warrant [4]  312/18 312/25 313/11
313/13
warranted [1]  434/23
was [796]
was ask [1]  421/22
was that [1]  390/19
wasn't [36]  257/5 257/17 257/24 258/8
262/12 262/13 262/19 263/3 269/13
304/18 305/10 305/11 305/16 308/14
308/14 310/16 310/18 310/18 313/16
315/15 321/12 322/23 329/18 336/22
336/23 336/23 336/24 352/5 352/21
366/12 427/25 433/19 435/22 447/18
455/19 458/13
watch [4]  322/10 388/6 388/7 396/15
watched [1]  393/13
watching [2]  278/9 406/18
waved [2]  316/6 407/6
waving [1]  311/12
way [41]  260/23 260/25 261/9 261/14
261/20 266/17 266/22 267/7 276/18
276/25 295/3 299/15 309/4 315/2
315/10 315/18 315/19 327/4 328/14
335/9 338/8 339/14 347/24 355/24
356/6 356/9 375/14 380/20 390/14
393/10 393/14 425/21 425/25 426/19
434/13 478/10 487/14 488/10 488/10
488/17 488/22
ways [1]  349/14
we [179]  255/7 256/2 256/19 256/21
256/23 257/19 259/11 259/18 262/21
265/22 268/7 271/7 272/11 274/14
295/1 295/2 302/12 303/17 330/25

331/7 333/20 333/22 333/22 333/23
334/4 334/11 334/11 334/13 334/19
335/3 335/3 335/6 335/7 335/8 335/15
335/19 335/20 335/20 337/1 337/1
337/5 337/7 337/8 337/17 337/17
337/18 337/19 338/6 338/6 338/18
338/20 338/21 338/21 340/22 342/6
342/7 343/10 343/23 344/16 345/21
345/24 346/7 346/8 348/8 349/13 350/7
350/9 350/13 350/25 350/25 351/5
351/15 352/25 353/10 353/13 353/25
353/25 354/1 354/1 355/17 355/24
364/9 371/19 371/24 372/9 372/9
372/10 372/13 373/2 373/3 374/8
374/10 374/15 374/22 374/23 375/8
375/8 375/10 375/11 375/14 375/16
376/6 376/8 376/11 376/11 376/13
377/2 377/11 377/11 377/14 377/14
377/16 379/22 380/21 381/8 382/12
383/4 384/20 388/6 388/9 406/17
406/18 406/23 407/6 407/7 409/20
410/9 414/11 429/17 431/23 432/22
432/23 434/12 434/15 436/13 436/14
436/22 438/17 439/7 439/15 439/25
440/25 441/9 442/15 442/18 442/19
443/3 443/4 446/20 446/23 446/24
447/17 451/25 457/14 460/2 460/7
460/15 460/25 461/5 466/7 466/9
466/24 467/6 470/16 476/14 477/18
478/8 482/12 487/16 488/22 491/1
491/8 492/1 494/1 494/5 494/5 494/10
494/16 494/19
we'd [2]  350/14 482/2
we'll [21]  272/8 279/25 327/24 329/16
330/16 337/18 337/19 345/15 349/11
349/12 376/4 379/7 379/12 395/23
432/5 436/23 439/2 478/15 491/7
491/14 492/11
we're [20]  265/25 266/13 270/25
272/14 294/10 295/2 312/19 342/7
349/13 384/7 412/23 429/15 440/18
450/19 458/6 461/18 466/5 490/4
492/10 494/21
we've [4]  265/22 280/21 381/19
489/25
weapon [10]  298/14 298/15 300/23
301/3 308/4 309/6 309/9 309/15 323/8
337/16
weaponry [1]  300/5
weapons [5]  300/12 300/14 463/9
463/15 464/20
wear [2]  334/19 463/9
wearing [7]  300/5 307/20 334/19
370/25 389/3 404/3 464/19
Wednesday [2]  250/17 255/1
week [3]  343/2 352/8 449/22
weekend [2]  313/2 313/3
weeks [3]  297/14 371/7 371/10
weigh [2]  435/1 436/9
WEISBERG [6]  251/8 357/14 482/7
486/18 491/11 493/13
well [59]  256/8 256/12 256/15 258/3
258/17 259/12 265/5 265/12 274/23
281/6 291/11 293/2 304/15 306/17
306/25 314/8 317/12 321/20 321/23
325/8 328/18 333/22 335/19 339/12
345/15 348/8 353/25 361/12 363/9
375/16 388/17 388/18 391/3 398/2

402/10 406/15 407/1 416/14 424/17
429/12 431/7 454/18 455/19 458/10
461/10 461/18 473/10 474/11 477/8
482/14 485/15 486/2 486/6 487/4
487/24 488/18 491/14 492/14 494/2
went [38]  260/18 261/7 279/8 280/12
280/20 282/14 284/1 284/3 284/4 284/6
284/16 284/20 284/21 290/17 302/3
312/24 315/20 316/25 317/4 317/6
317/7 318/9 327/1 335/8 337/18 340/20
345/9 361/15 367/7 371/22 375/8
380/16 388/9 402/24 408/20 409/3
419/6 443/12
were [204]  256/21 257/21 260/24
261/9 262/23 264/11 265/4 266/15
273/5 277/10 277/15 277/15 277/18
277/19 279/5 279/23 280/13 284/8
284/8 284/14 284/23 286/22 289/7
289/15 290/3 290/16 294/6 295/16
296/6 297/15 297/17 298/2 298/8 300/5
300/8 300/15 300/15 300/17 300/19
300/19 304/1 304/14 304/14 306/23
307/16 307/20 308/22 310/15 311/12
311/13 315/6 317/10 317/17 318/20
321/11 321/17 322/6 323/20 323/25
324/4 327/10 327/14 328/9 329/2
329/19 332/24 333/1 333/3 334/8
334/10 334/11 335/3 335/3 335/11
338/10 338/20 339/1 340/19 341/18
341/21 343/16 344/14 344/16 344/25
345/17 345/18 345/20 345/21 345/24
347/7 347/19 349/11 349/15 350/2
350/6 350/11 350/15 352/25 353/25
353/25 354/4 354/12 355/5 355/18
355/19 355/23 359/25 360/17 361/9
361/17 361/18 361/18 365/3 367/3
367/14 370/22 371/3 372/9 372/12
372/13 374/1 374/8 374/10 375/14
375/24 376/6 377/14 377/14 382/7
383/12 383/19 384/2 384/11 384/13
386/24 387/14 388/1 391/6 391/14
391/14 394/9 398/11 398/24 399/2
399/9 402/19 404/12 404/14 404/15
404/18 404/19 406/4 406/17 406/18
406/24 406/24 408/10 408/19 409/17
410/9 413/20 413/21 415/25 416/7
418/11 418/14 423/20 425/1 425/17
430/2 430/17 431/7 431/19 432/20
433/14 435/16 439/19 439/20 439/21
442/4 442/13 443/8 443/16 444/6 444/23
446/20 446/23 448/21 449/18 455/24
465/6 467/8 474/9 484/12 484/12 485/7
485/17 485/22 486/22 488/14 489/17
491/12 491/17 492/16 495/7
weren't [6]  321/17 427/19 458/11
464/22 480/11 493/25
WESTERN [1]  250/3
whacko [2]  423/15 423/23
what [303]
what's [10]  255/20 293/6 326/3 351/7
373/10 413/12 446/6 452/22 475/11
493/12
whatever [2]  302/25 374/6
whatnot [1]  327/13
wheel [1]  338/14
when [252]
whenever [1]  305/8
where [87]  256/22 258/10 261/15

**where... [84]**  264/2 276/12 277/1
280/20 282/14 291/12 294/22 295/6
295/6 297/17 298/12 303/13 303/17
303/17 306/8 313/19 313/25 321/21
324/23 331/5 333/12 333/15 338/9
340/11 344/10 344/11 345/17 345/19
345/25 346/8 348/3 351/17 355/18
355/19 359/8 360/7 370/3 371/18
371/22 371/23 372/11 374/8 376/15
377/4 380/5 386/14 386/24 393/5
393/12 395/25 396/5 401/23 402/5
402/19 402/24 404/11 404/18 407/17
408/10 409/3 412/15 412/20 413/21
413/22 414/9 414/24 415/3 415/9
415/24 415/25 421/16 422/5 425/18
426/4 431/6 436/14 441/13 443/12
483/4 483/13 490/4 490/10 494/1 494/4

**whether [39]**  255/15 256/16 258/15
264/16 265/18 271/9 305/25 318/20
325/15 336/5 345/18 348/17 350/6
350/7 352/19 352/21 356/16 358/14
367/8 385/1 385/4 398/23 430/14 435/2
435/11 436/5 442/17 444/23 454/12
459/6 459/12 464/14 480/12 482/2
482/18 486/15 492/2 492/9 492/16

**which [42]**  255/17 256/6 256/17 258/3
258/5 258/23 269/17 276/15 306/14
360/23 361/6 371/7 373/21 374/21
376/12 387/24 407/9 408/18 408/18
409/9 413/8 415/5 425/21 430/3 431/8
435/22 436/2 436/4 440/3 440/4 440/10
441/5 441/7 443/5 444/11 444/22 446/1
447/20 482/25 488/10 489/8 491/2

**while [15]**  270/25 273/5 273/9 273/12
323/23 323/25 353/23 376/11 382/7
384/4 429/3 430/1 430/1 464/20 476/11

**white [44]**  276/12 276/19 279/12 286/6
286/14 287/25 290/17 294/16 294/17
295/3 315/16 315/18 321/2 324/7
338/14 344/12 348/4 349/6 353/11
355/15 355/16 386/19 392/14 392/22
392/24 393/5 393/9 395/8 401/24 404/1
405/22 409/1 412/10 412/21 412/24
413/13 420/22 421/8 421/25 422/11
422/21 422/24 425/22 426/1

**White Oak [37]**  276/19 279/12 290/17
294/16 294/17 295/3 315/16 315/18
321/2 324/7 344/12 348/4 349/6 355/15
355/16 386/19 392/14 392/22 392/24
393/5 393/9 395/8 401/24 405/22 409/1
412/10 412/21 412/24 413/13 420/22
421/8 421/25 422/11 422/21 422/24
425/22 426/1

**White Oak-Persimmon [1]**  353/11

**who [62]**  256/20 257/9 257/12 267/24
280/13 294/6 296/10 304/10 305/9
321/17 328/17 333/3 335/6 335/24
338/22 349/15 353/16 354/17 358/23
359/23 365/23 370/9 370/9 375/11
375/15 378/24 388/10 388/24 391/17
394/7 402/14 403/4 403/23 409/20
409/21 417/13 418/4 418/9 426/15
427/7 428/8 439/13 439/22 440/9 442/3
443/19 444/25 447/19 447/21 450/6
450/16 452/17 453/11 456/3 457/8
457/12 462/11 467/8 468/18 483/6
483/23 484/10

**who's [3]**  282/3 318/21 466/14

**whoever [1]**  491/17

**whole [15]**  266/10 309/1 314/5 329/16
329/17 331/25 357/22 369/15 386/1
388/20 400/20 441/18 452/6 462/1
468/6

**why [66]**  257/19 259/13 260/20 261/2
263/24 264/4 264/5 264/10 272/15
279/3 279/16 279/17 279/23 284/20
293/24 302/18 304/13 304/14 304/14
304/23 306/18 312/6 314/23 317/5
317/17 317/25 318/8 320/2 321/8
321/10 321/24 322/16 322/21 328/5
339/9 346/11 355/16 355/24 356/3
356/8 360/2 384/18 388/1 388/5 399/16
403/25 407/21 410/19 433/17 434/22
435/4 439/25 441/7 444/11 455/19
457/10 457/11 458/23 459/7 469/14
470/15 476/5 482/22 487/11 488/7
491/15

**widow [1]**  360/3

**wife [2]**  359/24 387/25

**will [38]**  255/14 276/8 315/24 316/4
331/24 342/8 343/21 345/7 357/11
357/21 369/14 372/20 385/25 400/19
413/12 413/13 414/24 434/2 436/22
440/8 441/17 442/18 451/5 452/5
454/16 461/25 468/5 468/8 476/3
484/24 489/4 490/25 491/1 492/2 492/3
492/4 492/10 494/22

**WILLIAMS [1]**  251/4

**wind [3]**  377/13 377/16 377/21

**window [44]**  279/1 279/3 279/16
279/17 279/22 279/23 280/3 290/25
291/5 291/7 291/14 292/7 292/8 296/6
301/17 321/3 321/15 323/6 337/10
337/11 337/20 350/13 350/22 351/2
351/16 351/22 352/4 352/6 352/17
352/22 354/10 394/21 396/9 405/17
405/23 405/25 407/7 407/9 407/10
408/5 410/10 421/2 422/19 476/22

**windows [6]**  279/21 291/1 292/14
421/17 421/24 422/10

**with Fred [1]**  362/10

**within [7]**  306/17 338/20 338/25
434/25 456/7 461/9 490/5

**without [5]**  265/10 312/9 318/12
473/12 477/15

**witness [66]**  252/11 252/20 253/3
272/11 272/22 273/2 306/1 326/20
326/21 331/17 331/20 332/2 337/15
357/3 357/6 357/25 369/5 369/10
369/17 379/19 385/17 385/20 386/3
386/21 400/12 400/15 400/22 402/8
402/13 413/15 414/2 414/10 414/13
414/17 414/20 415/1 415/10 432/9
435/3 435/14 437/5 439/3 439/4 439/5
441/20 446/23 451/24 452/1 452/8
459/16 459/25 461/11 461/12 461/16
461/20 462/3 467/25 468/2 468/8 471/1
482/5 484/18 487/25 492/4 492/6
492/17

**witness's [2]**  357/10 450/20

**witnesses [18]**  252/9 253/1 256/6
265/4 268/1 280/18 311/10 328/5
405/24 421/4 422/12 422/14 432/19
438/14 439/12 439/16 466/3 466/4

**wives [3]**  353/6 355/19 355/23

**woman [6]**  287/19 319/3 393/22
393/25 394/8 394/13

**women [1]**  394/6

**won't [3]**  331/4 331/4 466/12

**woods [1]**  370/25

**word [2]**  292/5 446/3

**wording [1]**  346/18

**words [13]**  259/9 293/3 293/4 322/6
342/11 342/18 346/12 346/20 346/24
418/19 428/24 473/21 479/1

**work [40]**  282/16 289/20 333/25 334/1
334/5 334/7 341/12 341/20 341/21
341/24 341/25 361/11 361/14 364/4
364/11 364/12 364/13 364/13 364/13
364/18 366/4 366/14 370/3 370/4
371/19 401/6 417/13 417/16 430/19
430/20 442/12 452/17 454/5 455/23
456/14 462/11 462/12 462/13 468/18
468/22

**worked [5]**  289/13 401/11 449/19
452/19 468/20

**workers [2]**  417/6 417/12

**working [9]**  286/25 287/6 317/22
360/24 375/12 416/21 442/4 442/8
481/23

**works [4]**  266/17 266/22 266/24
372/21

**worse [1]**  424/14

**worst [1]**  319/17

**worth [1]**  258/15

**would [144]**  255/18 256/17 256/21
257/14 257/22 258/2 259/5 259/6 263/8
263/8 263/9 263/10 263/14 264/1 265/9
266/9 266/23 268/4 268/14 269/3
269/17 270/13 276/24 277/22 284/11
294/21 296/25 296/25 302/20 303/23
303/25 304/1 305/20 305/23 308/6
308/6 308/6 309/7 315/7 315/13 315/14
315/15 316/17 316/25 318/22 319/3
322/4 322/17 323/11 323/15 328/16
334/19 343/19 344/6 344/21 344/23
348/2 348/3 349/13 358/18 359/21
362/2 365/18 365/18 365/21 365/23
366/1 366/1 369/20 383/4 383/9 383/11
390/2 400/25 408/16 408/16 410/16
413/3 432/12 433/8 433/9 433/17
433/24 434/4 434/10 434/23 435/7
435/21 437/21 437/23 439/15 442/15
442/23 442/25 443/1 443/5 443/10
443/13 444/14 447/17 447/20 448/22
448/24 451/4 455/22 461/5 461/8
461/11 461/12 464/19 477/1 477/1
479/24 480/1 480/2 480/4 480/19 482/3
482/5 482/15 482/21 483/18 484/8
484/25 485/13 485/14 485/24 487/6
487/7 488/7 488/15 488/20 489/19
490/14 490/19 491/15 491/22 492/12
492/15 493/1 493/17 493/19 494/7
494/10

**wouldn't [14]**  259/8 261/2 261/3 264/8
296/17 300/25 306/19 308/5 308/16
323/3 396/15 407/25 457/14 486/12

**wrecked [1]**  366/11

**write [4]**  259/23 281/7 281/8 415/4

**writing [4]**  269/9 368/19 474/18
474/23

**written [6]**  259/4 259/7 259/10 282/23

## W

written... [2]  455/3 477/23
wrong [2]  312/8 427/4
wrongfully [1]  260/23
wrote [7]  282/19 293/15 322/12
322/14 441/8 474/11 479/15
www.patcuneo.com [1]  250/25

## Y

yard [6]  338/15 383/2 406/10 406/10
419/21 423/13
yards [3]  377/11 377/17 377/20
yeah [38]  260/15 266/2 285/15 287/15
290/12 292/16 302/11 303/24 310/4
314/9 320/19 324/17 333/7 339/23
345/24 349/11 350/7 355/9 394/5 398/5
398/6 442/14 443/11 443/18 444/14
444/20 445/19 445/22 446/23 447/6
447/6 447/10 447/16 448/7 448/23
450/16 473/12 488/19
year [29]  285/22 286/4 286/22 286/24
289/8 289/9 290/1 300/20 362/9 362/11
362/13 386/21 387/3 387/5 387/6
387/13 387/14 387/15 390/23 397/11
397/17 398/16 399/19 431/13 442/3
442/9 453/2 462/23 469/5
years [24]  287/4 287/14 359/3 362/16
370/20 370/21 370/23 371/1 371/2
371/4 401/13 401/17 401/20 401/20
412/9 416/7 449/18 449/19 452/19
462/18 462/22 468/21 485/21 486/12
yell [2]  280/2 403/2
yelled [4]  278/21 278/23 278/24
476/22
yeller [2]  382/15 391/17
yelling [49]  273/12 273/14 273/25
274/2 274/3 274/7 275/20 291/21
348/16 348/20 351/3 351/4 382/6
382/11 387/20 388/14 388/19 388/19
388/21 388/22 388/24 389/8 389/11
389/16 390/10 390/20 391/6 391/11
391/13 391/16 391/23 391/24 403/20
403/21 403/23 404/5 404/16 404/19
405/4 405/11 407/23 416/10 418/12
420/12 420/15 430/6 430/9 476/18
479/12
yes [438]
yes-or-no [2]  363/24 473/2
yesterday [10]  255/7 260/5 273/5
284/23 292/5 294/5 299/14 306/7
312/12 486/14
yet [12]  259/14 264/8 271/5 288/5
290/17 296/14 298/24 302/16 336/8
408/6 461/18 493/16
you [1620]
you'd [12]  271/18 292/21 296/3 296/7
301/2 318/14 323/7 348/17 396/21
399/17 423/22 472/13
you'll [3]  375/4 380/8 475/15
you're [88]  265/8 269/19 272/1 272/23
277/19 277/20 277/20 278/23 278/24
278/25 279/11 279/11 280/5 283/2
287/16 290/1 291/25 292/25 293/5
293/25 294/1 295/11 296/9 296/9
296/12 297/11 297/14 297/18 297/18
297/21 298/8 298/16 299/8 300/16
301/10 301/11 304/22 304/23 312/17
321/6 322/21 323/21 329/12 331/23
337/15 340/11 341/15 356/20 357/20
369/4 369/13 376/15 376/15 385/13
385/24 387/18 388/2 400/8 400/18
407/4 412/5 412/7 427/15 429/3 430/1
430/1 433/3 438/12 441/16 446/12
451/22 452/4 452/15 453/21 459/24
461/21 461/24 465/25 468/4 474/18
474/21 474/23 476/6 481/6 481/13
481/14 489/15 489/22
you're in [1]  430/1
you've [9]  264/16 269/2 288/20 300/6
344/2 421/22 430/20 485/2 492/14
young [3]  298/8 298/21 375/11
younger [4]  298/13 396/25 407/1
407/2
your [383]
Your Honor [1]  494/8
yours [1]  358/25
yourself [3]  284/6 323/12 446/22

## Z

zoom [3]  376/4 383/4 425/11
zoomed [1]  276/5