1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3               WESTERN DIVISION

4     THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6  UNITED STATES OF AMERICA,        )
                                    )
7                   Plaintiff,      )
                                    )
8          vs.                      ) NO. CR 15-95 DSF
                                    )
9  RICHARD DOUGLAS LATKA,           )
                                    )
10                  Defendant.      )
   _____)

11

12

13

14          REPORTER'S TRANSCRIPT ON APPEAL

15             Los Angeles, California

16

17      Thursday, October 29, 2015, 7:46 A.M.

18

19  Day 3 of Jury Trial, Page 497 through 603, Inclusive

20

21                         PAT CUNEO CSR 1600, CRR-CM
                           Official Reporter
22                         Roybal Federal Building
                           255 East Temple Street
23                         Room 181-E
                           Los Angeles, CA  90012
24                         213-894-1782
                           patcuneo1600@gmail.com
25                         www.patcuneo.com

498

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:    EILEEN M. DECKER
                           UNITED STATES ATTORNEY
 3                         BY:  CHRISTOPHER C. KENDALL
                           and  CASSIE D. PALMER
 4                         and  JENNIFER L. WILLIAMS
                           ASSISTANT UNITED STATES ATTORNEYS
 5                         United States Courthouse
                           312 N. Spring Street
 6                         Los Angeles, California 90012

 7   FOR THE DEFENDANT:    KAYE, McLANE, BEDNARSKI & LITT
                           BY:  MARILYN E. BEDNARSKI
 8                         and  CAITLIN WEISBERG
                               ATTORNEYS AT LAW
 9                         234 E. Colorado Boulevard
                           Suite 230
10                         Pasadena, California  91101
                           626-844-7660
11                         mbednarski@kmbllaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

499

**I N D E X**

| PROCEEDINGS | PAGE |
|---|---|
| DISCUSSION RE PROPOSED JURY INSTRUCTIONS | 502 |
| DEFENSE CASE-IN-CHIEF RESUMED | 516 |
| DEFENSE RESTS | 517 |
| REBUTTAL | 517 |
| RULE 29 MOTION | 517 |
| JURY INSTRUCTIONS BY THE COURT | 521 |
| CLOSING ARGUMENT BY MS. PALMER | 532 |
| CLOSING ARGUMENT BY MS. BEDNARSKI | 547 |
| REBUTTAL ARGUMENT BY MS. PALMER | 574 |
| FINAL JURY INSTRUCTIONS BY THE COURT | 584 |
| JURY NOTE | 592 |
| VERDICT | 594 |

**CHRONOLOGICAL INDEX OF WITNESSES**

| GOVERNMENT'S WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE | VOL |
|---|---|---|---|---|---|---|
| DANIEL BRIOT | 518 | 519 | | | | 3 |

**EXHIBITS**

| DEFENDANT'S EXHIBIT | DESCRIPTION | FOR IDENTIFICATION | IN EVIDENCE | VOL |
|---|---|---|---|---|
| 516 | Transcript of Tape Recording | . . . 516 | | 3 |

```
1    LOS ANGELES, CALIF.; THURSDAY, OCTOBER 29, 2015; 7:46 A.M.

2                              -oOo-

3         (The following was held outside the jury's presence:)

4              THE COURT:   Ms. Weisberg, you have no more

5    witnesses then?

6              MS. WEISBERG:   There are no more witnesses.

7              THE COURT:   You don't have rebuttal?

8              MS. PALMER:   We have one, very short.

9              MR. KENDALL:   Just to explain, Daniel Briot, we

10   learned late yesterday has a prior consistent statement from

11   Ellsworth of a phone call prior to the call with Graham

12   during which he said that he was -- the defendant threatened

13   to kill him.

14             THE COURT:   Say that again.

15             MR. KENDALL:   Ms. Palmer can explain it better

16   than I can.

17             MS. PALMER:   So Officer Ellsworth called Briot

18   right after the incident happened, and one of the things he

19   told him is that the defendant threatened to kill him.

20             There was an implication yesterday, because of

21   Deputy Graham's report, that Officer Ellsworth was making it

22   up or later fabricated this threat against him.  So this is

23   a prior consistent statement.

24             THE COURT:   When was the call to Briot?

25             MS. PALMER:   It was right after the incident and
```

1    it was before Officer Ellsworth talked with Deputy Graham.

2         THE COURT:  I'm not sure that qualifies, but

3    you'll go figure it out.  Thank you.

4         MS. PALMER:  Your Honor, are we going to wait for

5    Ms. Bednarski before we deal with any jury instruction

6    matters?

7         THE COURT:  Only if she's here at 7:45.

8         MS. WEISBERG:  She is coming up through security.

9         THE COURT:  Okay.  Great.

10                    *(Recess.)*

11   *(The following was held outside the jury's presence:)*

12        THE COURT:  All right.  Good morning.

13        MS. BEDNARSKI:  Good morning.

14        MR. KENDALL:  Good morning, Your Honor.

15        THE COURT:  All right.  So as I understand it, the

16   defense is going to rest and the government has one rebuttal

17   witness, very brief rebuttal witness?

18        MS. WEISBERG:  To be clear, Your Honor, we're

19   going to play the 911 tape.

20        THE COURT:  Okay.  With the transcripts?

21        MS. WEISBERG:  I don't think we're going to use

22   the transcripts.

23        MR. KENDALL:  We have a synched version if you

24   want to have that run.

25        MS. BEDNARSKI:  No.  I think it's so clear.  I

502

1    don't think we need the transcript.

2            MS. PALMER:   We would ask that they have the

3    transcripts, Your Honor.   Some of the wording, at least at

4    the end, is difficult to understand.

5            THE COURT:   Stipulate to the transcripts; right?

6            MS. PALMER:   Yes, we did stipulate to the

7    transcripts.

8            MS. BEDNARSKI:   Yes.   Well, I'm not going to use

9    their version.   I have my own transcripts.   I'll hand them

10   out.

11           THE COURT:   Okay.   Does it mean it's something

12   different from what --

13           MS. WEISBERG:   I think she was saying not the

14   version of the video that has the transcript on the bottom.

15   She said we're handing out the transcript.

16           THE COURT:   Didn't clarify anything for me.

17           MS. WEISBERG:   I'm sorry.

18           THE COURT:   Are you going to give the jury a

19   transcript that has been agreed to by both parties?

20           MS. WEISBERG:   Yes, Your Honor.

21           THE COURT:   Excellent.

22           DISCUSSION RE PROPOSED JURY INSTRUCTIONS

23           MS. PALMER:   Your Honor, with respect to the jury

24   instruction --

25           THE COURT:   Yes.   You can sit.

1          MS. PALMER:   Okay.

2          Given that the defense has not put on a case

3    regarding mental health, we would ask that the diminished

4    capacity instruction not be given or that it be modified

5    instead of saying "You've heard evidence of defendant's

6    mental health," to at least go back to the model

7    instruction.

8          Because the reason that the parties had

9    contemplated that instruction in the first place was in

10   anticipation of expert testimony regarding defendant's

11   mental condition and brain disorder of which there has not

12   been evidence.

13         THE COURT:   I don't think there has been any

14   evidence of a mental health condition.

15         MS. WEISBERG:   We would disagree, Your Honor.   We

16   think there has been evidence of a mental health condition,

17   both lay opinion evidence from Mr. Tercero saying he thought

18   he was 5150 with a psychiatric condition, and also in terms

19   of his behavior.   His behavior was erratic and irrational

20   and he was loud and nobody understood him and there are a

21   lot of things that would be consistent with a mental health

22   condition.

23         And the Ninth Circuit has held that you don't have

24   to put on an expert to be entitled to use the diminished

25   capacity instruction on the issue of mental health as long

1    as there's evidence in the record.

2           It's a defense theory instruction as long as there

3    is, you know, evidence supporting the defense theory, not a

4    mere scintilla but more than --

5           THE COURT:  What is the -- what do you tell them,

6    though?  I mean, if we keep in the -- it's listed among the

7    conditions as his physical and mental condition which is

8    tailored at your request.

9           MS. WEISBERG:  That's correct.  But that is not

10   specifically relating to the issue of intent which is what

11   the diminished capacity instruction, which is page 23,

12   accomplishes.

13          THE COURT:  Well, if you can come up with another

14   phrase other than "mental health condition" because that

15   suggests there's a specific condition or diagnosis and we

16   haven't had --

17          MS. WEISBERG:  "Mental health problems"?  I'm not

18   sure if that's better for the Court but --

19          THE COURT:  "Mental health issues"?  I don't know.

20          MS. PALMER:  Your Honor, we would just ask to take

21   out the first part, "Evidence has been admitted that he may

22   have suffered from."  And then as to the second paragraph,

23   just say "mental condition."

24          Because the other instruction relating to being

25   able to consider the context of the threat, we did agree to

 1   include the physical and mental condition of Latka on 18.

 2   Page 18.

 3           THE COURT:  So you may consider evidence of

 4   Latka's mental condition in deciding whether the government

 5   has proved beyond a reasonable doubt that he acted with the

 6   intent required to commit threatening a law enforcement

 7   officer?

 8           MS. PALMER:  Your Honor, we don't agree that

 9   should be given at all; but if the Court is so inclined,

10   that is how we would propose it.

11           MS. WEISBERG:  I think the first paragraph is

12   correct and I think it's important.  It's true the evidence

13   has been admitted.

14           THE COURT:  That's the weakest reference to mental

15   health condition from a guy who was in the Air Force and

16   then a postal worker.

17           MS. WEISBERG:  Well, we respectfully disagree.

18           I think that would give someone a lot of

19   experience in determining people have mental health

20   conditions.

21           THE COURT:  That's a little flippant.

22           MS. WEISBERG:  I'm sorry, Your Honor?

23           THE COURT:  That was a little flippant.

24           MS. WEISBERG:  I'm sorry.  I apologize.

25           As I said, there is a lot of evidence in the

1    record that supports his impression and would support an

2    impression by the jury that that is what's going on and

3    that's an inference that can be --

4            THE COURT:  What evidence are you going to point

5    to?  You're going to say the post office guy said he's 5150

6    which they have no idea what it means and shouldn't be

7    looking it up.

8            MS. WEISBERG:  He testified that when he said

9    that, he meant he had a psychiatric condition.

10           THE COURT:  Yes, for which there's absolutely no

11   basis for him to say.

12           MS. WEISBERG:  I think that the evidence in the

13   record does provide a basis.

14           THE COURT:  I'm going to leave it the way it is

15   without the first paragraph, "You may consider evidence."

16   That suggests there was evidence.

17           MS. PALMER:  Your Honor, are you leaving "mental

18   health condition"?

19           THE COURT:  "Mental condition."  Probably actually

20   better for them that way.

21           All right.

22           MS. WEISBERG:  I have a couple of jury instruction

23   issues as well, Your Honor.

24           THE COURT:  Okay.  I had a couple of jury

25   instruction issues.  We'll start with mine.

1          Okay.  So you are going to have the recording.

2     Do we need the other conduct instructions?

3          MS. WEISBERG:  No.  That was one of the things I

4     was --

5          THE COURT:  So page 13 should come out?

6          MS. PALMER:  Yes, Your Honor.  We agree.

7          MS. WEISBERG:  Oh, wait.  I'm sorry.  No.

8          THE COURT:  13 you want in?

9          MS. WEISBERG:  It is the --

10          THE COURT:  And 16 you want out?

11          MS. WEISBERG:  16.

12          MS. PALMER:  Yes, Your Honor.

13          THE COURT:  Okay.

14          All right.  What else, Ms. Weisberg?

15          MS. WEISBERG:  For number -- page 3, we now know

16     that the defendant is not going to testify.

17          THE COURT:  Yes.  I fixed that.

18          MS. WEISBERG:  Okay.  Page 9, the expert evidence.

19          THE COURT:  Okay.

20          MS. WEISBERG:  Page 11, I was going to ask to take

21     out because there was no transcript but now we have a

22     transcript.

23          THE COURT:  Okay.

24          MS. WEISBERG:  Page 18, which is one of -- which

25     is one of the substantive instructions, I'd like to request

1   to add at the end of the first paragraph "or in frustration"

2   as a pinpoint defense theory instruction.

3            We've all had the experience where you're, for

4   example, working with someone and they drop the ball and you

5   say, "I'm just going to kill that guy"; and I think it's a

6   correct statement of the law and it's important to the facts

7   of this case.

8            MS. PALMER:   Your Honor, we would disagree with

9   that.  It's careless talk.

10           THE COURT:   Just because your knee-jerk reaction

11  is to say no to anything the defense wants.  Based on my

12  nearly 18 years of experience, I would say generally if the

13  defense requests something that doesn't really cause any

14  problems for you, you should eliminate the issue on appeal.

15           MS. PALMER:   "Or in frustration" can imply that

16  someone is frustrated, then they make a threat and that's

17  okay.  I haven't seen any case law that would suggest that

18  this is the language used in all of the cases.

19           "Or in frustration," I mean, serious statement of

20  intent, you can be frustrated.  I think it would be

21  confusing because frustration, what level of frustration?

22           It makes it sound like you can have a lot of

23  frustration maybe and then it wouldn't constitute a serious

24  threat.

25           MS. WEISBERG:   I don't think that is what it

1    implied, and I agree that the language does come from case

2    law but it wasn't meant to be an exclusive list or an

3    exclusive way of distinguishing a true threat.

4                THE COURT:  What comes after the "from," though,

5    refers to a kind of statement, careless idle talk.  Careless

6    talk and a statement that's an exaggeration or something

7    said jokingly.

8                So it's referring to a specific form of statement,

9    not the cause of the statement so I'm not going to add

10   "frustration."

11               MS. WEISBERG:  Also on page 18 for the last

12   paragraph which we, of course, discussed before, I want to

13   request that it be changed to mirror the structure of the

14   earlier paragraph.  Say "It is not necessary that the

15   government prove that the defendant communicated the threat

16   directly to the intended target" and then delete the last

17   sentence as --

18               THE COURT:  Stop.  Stop.

19               MS. WEISBERG:  The last part.

20               THE COURT:  It is necessary -- do you want the

21   very last sentence that now starts with "Latka"?

22               MS. WEISBERG:  Yes.

23               THE COURT:  That's a different concept if I phrase

24   it that way.

25               MS. WEISBERG:  Do you mind explaining, Your Honor?

1    THE COURT:  It's just different.

2    MS. WEISBERG:  Well --

3    THE COURT:  Saying that he didn't have to

4    communicate it to a third person would be a crime is

5    different from saying it's not necessary that they prove

6    that.

7    All right.  Go ahead.  Finish your argument about

8    why you want it.

9    MS. WEISBERG:  Part of why I wanted it was that

10   the Court had indicated that we would be able to argue that

11   because it wasn't communicated directly and was communicated

12   to third parties without knowledge; that that means he

13   didn't intend to interfere or impede.

14   And I think this instruction, by saying "receipt

15   of the threat only by a third party" is sufficient, closes

16   off that argument, and makes it seem like we're arguing

17   something that's, you know, irrelevant.

18   MS. PALMER:  There is still that element.  You

19   still have to satisfy that element to link it.  So even

20   though it's to a third party, you can argue it's to a third

21   party but then how could that be to impede because it was a

22   third party?

23   THE COURT:  How about just leaving it as it is and

24   saying "Receipt of the threat only by a third party is

25   sufficient if all the other elements are met"?

1        MS. PALMER:   That's fine with the government, Your

2   Honor.

3        THE COURT:   Just to make the defense happier, "if

4   all the other elements have been proved beyond a reasonable

5   doubt."

6        Okay?

7        MS. WEISBERG:   Okay.

8        Page 19, Your Honor.   The last sentence of the

9   first paragraph, I have the same problem as the one that we

10  were just talking about.

11       The first sentence of the paragraph says, "The

12  government must prove beyond a reasonable doubt" -- blah,

13  blah, blah -- "but the government does not have to prove

14  Latka knew that Ellsworth was a federal law enforcement

15  officer."

16       And then "whether Latka knew whether Ellsworth was

17  a federal law enforcement officer at the time of the" -- "is

18  not relevant to your determination."

19       I think that's incorrect.   I think it is relevant,

20  again, to the proof of intent to impede and interfere with

21  an investigation.

22       I agree that the first statement is --

23       THE COURT:   Well, it's true that it's not

24  relevant.   I mean, it's not true that it's not relevant.   It

25  is relevant.   It's certainly something the government would

1    want to use.

2           So I didn't like that sentence anyway.  I put it

3    in here because you had asked for me to put them together

4    and didn't suggest a way.  But I don't even like the way

5    it's phrased.  So it's coming out unless you have a better

6    suggestion in about 30 seconds.

7           MS. PALMER:  I think it's fine, Your Honor.

8           THE COURT:  Fine to take it out?

9           MS. PALMER:  Yes.

10          THE COURT:  Okay.  Ms. Weisberg.

11          MS. WEISBERG:  Yes.  This is my last one on page

12   20.  The instruction, I think, at this point is unnecessary.

13   I think "impede, intimidate, and interfere" are words that

14   everybody is familiar with and it focuses too much on those

15   actions.

16          And we have other words in the elements

17   instruction that aren't defined because, you know, people

18   know what intent is, people know what knowledge is even

19   though those have legal and specific meanings.

20          And I request that it be taken out.

21          MS. PALMER:  I think the definitions are helpful

22   for the jury.  They've been included in all models for that

23   reason.  And I think specifically with respect to how you

24   would intimidate date someone in the performance of their

25   duties or how you would interfere or impede, that might be

1    something they wouldn't know.

2              THE COURT:  I think "impede" is not a word that

3    people generally use.  "Intimidate" probably has more

4    definitions than I would have expected.

5              MS. WEISBERG:  I think these are matters the

6    government can argue.

7              THE COURT:  Okay.  We'll leave it in.

8              All right.  That was your last one, Ms. Weisberg?

9              MS. WEISBERG:  Yes.  Thank you, Your Honor.

10             THE COURT:  And does the government have any other

11   jury instruction comments?

12             MS. PALMER:  No, Your Honor.

13             THE COURT:  Deb, tell the jury we'll be a few more

14   minutes.

15             MS. BEDNARSKI:  Your Honor, will we have clean

16   copies?

17             THE COURT:  I'll just go back and type these now

18   that you've made all these changes.

19             No.  I'm not holding the jury up.

20             MS. BEDNARSKI:  Exactly.

21             THE COURT:  So I go back to type.

22             MS. BEDNARSKI:  Okay.

23                  (Pause in the proceedings.)

24             THE COURT:  Does anyone have any objection to

25   having our alternate, the one alternate we have left, remain

1    on call?  Just release him in the courthouse and have him

2    remain on call?

3              MS. BEDNARSKI:   No.

4              MS. PALMER:   No, Your Honor.

5                   *(Pause in the proceedings.)*

6              THE COURT:   Okay.

7              We'll go ahead and we'll try to get you those

8    changes before we --

9              MS. PALMER:   Your Honor, we wanted to address --

10   is the Court going to address the note from yesterday?

11             THE COURT:   Not at the moment.

12             MS. PALMER:   Well, we wanted to ask that the Court

13   admonish the defendant specifically that if he were to do

14   that --

15             THE COURT:   I think he's gotten the idea that if

16   he were to do that again, because I ordered him not to, he

17   would be facing contempt charges which is certainly not

18   something if he isn't already.

19             MS. PALMER:   Thank you, Your Honor.

20             MS. WEISBERG:   Your Honor?

21             THE COURT:   And we are checking the video to see

22   if there's --

23             MS. WEISBERG:   Yes.   Sorry.

24             With respect to the verdict form, the defense has

25   one suggestion.

```
 1                 THE COURT:  Okay.
 2                 MS. WEISBERG:  And that's at the end of the first
 3      question of threatening a federal officer --
 4                 THE COURT:  Wait.
 5                 MS. WEISBERG:  Oh, yes.
 6                 THE COURT:  Go ahead.
 7                 MS. WEISBERG:  -- of threatening a federal law
 8      enforcement officer, comma, with each of us agreeing as to
 9      at least one threatening statement.
10                 THE COURT:  Let's talk about that.  Let's not hold
11      up the jury now because we need to do that later; and then I
12      need to have a discussion with you about the assault versus
13      murder.
14                 Ready to go?
15                 THE CLERK:  Okay.
16                      (Pause in the proceedings.)
17                 THE CLERK:  All rise.
18                   (The jurors entered the courtroom.)
19                 THE COURT:  Have a seat.  And our first alternate,
20      would you please take seat No. 9.
21                            (Juror complies.)
22                 THE COURT:  You'll now be Juror No. 9.
23                 All right, Ms. Bednarski, anything else from the
24      defense?
25                 MS. BEDNARSKI:  Thank you, Your Honor.
```

```
1              DEFENSE CASE-IN-CHIEF RESUMED
2              MS. BEDNARSKI:  Your Honor, we would like to admit
3   Defense Exhibit 515, the audio recording of the Latka 911
4   call.  I do have transcripts that I'd like to hand out to
5   the jury they can use to follow along.
6              THE COURT:  Thank you very much.
7              Ladies and gentlemen, you'll be given transcript
8   to perhaps assist you but it's what you hear on the actual
9   recording that is the evidence, not what's in the
10  transcript.
11             So if you hear something different from what you
12  read, you should rely on what you hear.  You'll have the
13  audio recording if you need it in the jury room.  You will
14  not have the transcripts.
15             MS. BEDNARSKI:  And, Your Honor, the transcript
16  has been marked for identification as 516.
17             THE COURT:  Thank you.
18                 (Exhibit 516 marked for I.D.)
19             THE COURT:  Is there one for me?
20             MS. BEDNARSKI:  There is.
21             Permission to approach?  I think it's in your book
22  as well.
23             THE COURT:  Oh, could be.
24             MS. BEDNARSKI:  Does everybody have one?
25                 (The jurors responded.)
```

```
 1              MS. BEDNARSKI:  How many do I need?  Just one?
 2    Thank you.
 3                   (Pause in the proceedings.)
 4              MS. BEDNARSKI:  All right.  We'll play the 911
 5    call.
 6                   (The recording was played.)
 7              MS. BEDNARSKI:  Thank you, Your Honor.
 8              The defense rests.
 9              THE COURT:  All right.  Does the government have
10    any rebuttal?
11                           REBUTTAL
12              MR. KENDALL:  Yes, Your Honor.  The government
13    calls Daniel Briot back to the stand.
14              MS. BEDNARSKI:  Your Honor, for the record, the
15    motion made yesterday is deemed submitted by me?
16              THE COURT:  Yes.
17              MS. BEDNARSKI:  Thank you.
18              Just to be clear, it's renewed now and
19    resubmitted.
20                   (Pause in the proceedings.)
21              MS. BEDNARSKI:  Your Honor, should I collect the
22    transcripts from the jurors?
23              THE COURT:  Just put them down and don't take them
24    with you into the jury room.  We'll collect them when we're
25    done.
```

```
 1            DANIEL BRIOT, GOVERNMENT'S WITNESS, RECALLED
 2            THE CLERK:  You're still under oath.
 3            THE COURT:  As Ms. Plato said, sir, you are still
 4   under oath.
 5            Mr. Kendall.
 6                       DIRECT EXAMINATION
 7   BY MR. KENDALL:
 8   Q.    Captain Briot, yesterday you testified that on
 9   October 12th, 2014, you had a call from Deputy Graham.
10            Do you remember that?
11   A.    I don't remember his name.  I remember being called by
12   a Riverside County deputy.
13   Q.    Before you had the call with the deputy, did you speak
14   with anyone else about the incident?
15   A.    Yes.  Officer Ellsworth called me.
16   Q.    About what time of day?
17   A.    I don't remember exactly.  It was the morning because I
18   was off that day and I was on the -- I was sitting at home.
19   Q.    Did Officer Ellsworth describe what happened on -- what
20   happened that day?
21   A.    Yes, he did.
22   Q.    And what did he say had happened?
23   A.    He informed me that had he encountered a trash dump on
24   the national forest and it was a large amount of trash; that
25   he had started to dig through it to look for information to
```

1    see if he could determine who had dumped the trash and he

2    found an address.  He then proceeded to that address.

3              MS. BEDNARSKI:  Objection.  Hearsay, Your Honor.

4              THE COURT:  Why don't we get to the point.

5    BY MR. KENDALL:

6    Q.    At some point did he describe something that happened

7    at an intersection?

8    A.    Yes.  He said that he had an encounter with the

9    defendant where the defendant threatened to kill him.

10             MR. KENDALL:  Thank you.

11             No more questions, Your Honor.

12             THE COURT:  Cross-examination?

13                       **CROSS-EXAMINATION**

14   BY MS. BEDNARSKI:

15   Q.    Sir, you work for the forest service?

16   A.    Yes, ma'am.

17   Q.    And you are Mr. Ellsworth's supervisor?

18   A.    Yes, ma'am.

19   Q.    And you were a year ago on this day?

20   A.    Yes, I was.

21   Q.    And in that regard, you were responsible for

22   supervising him?

23   A.    Yes.

24   Q.    And if he is not properly acting out in the field, you

25   would be responsible for consequences or follow-up on that?

1    A.    Yes, ma'am.

2    Q.    With respect to this call that you say occurred and the

3    statement you said was made, you have no notes of that

4    conversation, do you?

5    A.    No, I do not.

6    Q.    And you wrote no contemporaneous report of that

7    conversation, did you?

8    A.    No, I did not.

9              MS. BEDNARSKI:   No further questions.

10             THE COURT:   Redirect?

11             MR. KENDALL:   Nothing from the government, Your

12   Honor.

13             THE COURT:   All right.   Thank you very much, sir.

14   You are excused.

15             THE WITNESS:   Thank you.

16             THE COURT:   Counsel approach.

17              *(The following was held at the bench:)*

18             THE COURT:   I should have asked.   Usually I read

19   the jury instructions first and then have argument.

20             MS. BEDNARSKI:   That's fine.

21             THE COURT:   So we'll take a five-minute break so

22   we can get them finalized and then proceed.

23      *(The following was in open court in the jury's presence:)*

24             THE COURT:   All right, ladies and gentlemen, the

25   evidence has now been submitted to you so the next thing we

1    need to do is for me to instruct you on the law of the case

2    and then the attorneys will give their closing arguments.

3             We're five or ten minutes away from being ready

4    for that so we're going to ask you to take just another -- I

5    apologize that you were only out here for a short time, but

6    we'll get that done really quickly and then bring you back

7    out here and work on wrapping up the case.

8             THE CLERK:  All rise.

9                  *(The jurors exited the courtroom.)*

10                         *(Recess.)*

11      *(The following was held outside the jury's presence:)*

12            THE COURT:  All right.  Are we ready for the jury?

13            MS. BEDNARSKI:  Yes.

14            THE CLERK:  All rise.

15                 *(The jurors entered the courtroom.)*

16            THE COURT:  Have a seat.

17            All right.  Everyone is back.  Sit back and relax

18   but pay attention.

19                  JURY INSTRUCTIONS BY THE COURT

20            THE COURT:  Members of the jury, now that you've

21   heard all the evidence, it is my duty to instruct you on the

22   law that applies to this case.  A copy of these instructions

23   will be available in the jury room for you to consult.

24            It is your duty to weigh and to evaluate all the

25   evidence received in the case and in that process to decide

1    the facts.  It is also your duty to apply the law as I give

2    it to you to the facts as you find them whether you agree

3    with the law or not.

4            You must decide the case solely on the evidence

5    and the law and must not be influenced by any personal likes

6    or dislikes, opinions, prejudices, or sympathy.  You will

7    recall that you took an oath promising to do so at the

8    beginning of the case.

9            You must follow all these instructions and not

10   single out some and ignore others.  They are all important.

11           Please do not read into these instructions or into

12   anything I may have said or done any suggestion as to what

13   verdict you should return.  That is a matter entirely up to

14   you.

15           A defendant in a criminal case has an absolute

16   constitutional right not to testify.  The fact that

17   Richard Latka did not testify must not be discussed or

18   considered in any way when deliberating and in arriving at

19   your verdict, and you may not draw any inference of any kind

20   from the fact that Mr. Latka did not testify.

21           The evidence you are to consider in deciding what

22   the facts are consists of the sworn testimony of any

23   witness, the exhibits received in evidence, and any facts to

24   which the parties have agreed.

25           In reaching your verdict, you may consider only

the testimony and exhibits received in evidence.  The
following things are not evidence and you may not consider
them in deciding what the facts are:

        1.  Questions, statements, objections, and
arguments by the lawyers are not evidence.

        The lawyers are not witnesses.  Although you must
consider a lawyer's questions to understand the answers of a
witness, the lawyer's questions are not evidence.

        Similarly, what the lawyers have said in their
opening statements, will say in their closing arguments and
at other times is intended to help you interpret the
evidence but it is not evidence.

        If the facts as you remember them differ from the
way a lawyer states them, your memory of them controls.

        2.  Any testimony that I've excluded, stricken, or
instructed you to disregard is not evidence.

        In addition, some evidence was received only for a
limited purpose.  When I instructed you to consider certain
evidence in a limited way, you must do so.

        3.  Anything you may have seen or heard when the
court was not in session is not evidence.  You are to decide
the case solely on the evidence received at the trial.

        In deciding the facts in this case, you may have
to decide which testimony to believe and which testimony not
to believe.  As jurors, you are responsible for deciding the

1    credibility of witnesses and you determine the importance or

2    weight, if any, each witness's testimony deserves.  You may

3    believe everything a witness says or part of it or none of

4    it.

5             In considering the testimony of any witness, you

6    may take into account:

7             1.   The witness's opportunity and ability to see

8    or hear or know the things testified to.

9             2.   The witness's memory.

10            3.   The witness's manner while testifying.

11            4.   The witness's interest in the outcome of the

12   case if any.

13            5.   The witness's bias or prejudice if any.

14            6.   Whether other evidence contradicted the

15   witness's testimony.

16            7.   The reasonableness of the witness's testimony

17   in light of all the evidence.

18            8.   Any other factors that bear on believability.

19            Inconsistencies or discrepancies in the testimony

20   of a witness or between the testimony of different witnesses

21   may or may not cause you to disbelieve or discredit such

22   testimony or cause you to view it as unreliable.

23            Two or more persons witnessing an incident or a

24   transaction may simply see or hear it differently.

25            Further, innocent misrecollection like failure of

1    recollection is not an uncommon human experience.

2          In weighing the effect of a discrepancy, consider

3    whether it pertains to a matter of importance, whether it

4    results from innocent error or from intentional falsehood,

5    and whether it undermines the reliability of the testimony.

6          The weight of the evidence as to a fact does not

7    necessarily depend on the number of witnesses who testify.

8    What is important is how believable or reliable the

9    witnesses were and how much weight you think their testimony

10   deserves.

11         Evidence may be direct or circumstantial.  Direct

12   evidence is direct proof of a fact such as testimony by a

13   witness about what that witness personally saw or heard or

14   did.

15         Circumstantial evidence is indirect evidence, that

16   is, it is proof of one or more facts from which you can find

17   another fact.

18         You are to consider both direct and circumstantial

19   evidence.  Either can be used to prove any fact.  The law

20   makes no distinction between the weight to be given to

21   either direct or circumstantial evidence.  It is for you to

22   decide how much weight to give to any evidence.

23         The Spanish language has been used during this

24   trial.  The evidence you are to consider is only that

25   provided through the official court interpreter.

1          Although some of you may know the Spanish

2     language, it is important that all jurors consider the same

3     evidence.  Therefore, you must accept the evidence presented

4     in the English interpretation and disregard any different

5     meaning.

6          You heard a recording that has been received into

7     evidence.  A transcript of the recording was provided to

8     help you identify speakers and to help you decide what the

9     speaker said.

10         Remember that the recording is the evidence, not

11    the transcript.  If you heard something different from what

12    appears in a transcript, what you heard is controlling.

13         Listen carefully.  The transcript will not be

14    available during your deliberations.

15         As I said, the parties have agreed to certain

16    facts that have been stated to you and you should therefore

17    treat these facts as having been proved.

18         You're here only to determine whether the

19    defendant is guilty or not guilty of the charge in the

20    Indictment.  The defendant is not on trial for any conduct

21    or offense not charged in the Indictment.

22         The Indictment is not evidence.  The defendant has

23    pleaded not guilty to the charge.  The defendant is presumed

24    to be innocent unless and until the government proves the

25    defendant guilty beyond a reasonable doubt.

1          In addition, the defendant does not have to

2    testify or present any evidence to prove innocence.  The

3    government has the burden of proving every element of the

4    charge beyond a reasonable doubt.

5          Proof beyond a reasonable doubt is proof that

6    leaves you firmly convinced the defendant is guilty.  It is

7    not required that the government prove guilt beyond all

8    possible doubt.

9          A reasonable doubt is a doubt based on reason and

10   common sense and is not based purely on speculation.

11         It may arise from a careful and impartial

12   consideration of all the evidence or from lack of evidence.

13         If, after a careful and impartial consideration of

14   all the evidence, you are not convinced beyond a reasonable

15   doubt that the defendant is guilty, it is your duty to find

16   the defendant not guilty.

17         On the other hand, if after a careful and

18   impartial consideration of all the evidence you are

19   convinced beyond a reasonable doubt that the defendant is

20   guilty, it is your duty to find the defendant guilty.

21         Richard Latka is charged with threatening a

22   federal law enforcement officer.  In order for Latka to be

23   found guilty of that charge, the government must prove each

24   of the following elements beyond a reasonable doubt:

25         First, that Latka made a statement that

1    constituted a threat to an assault or murder Chad Ellsworth.

2            Second, that Latka intended the statement to be a

3    threat or made the statement knowing that the words would be

4    viewed as a threat.

5            Third, that a reasonable person making this

6    statement would foresee that the statement would be

7    interpreted by those to whom the maker communicated the

8    statement as a serious threat.

9            Fourth, that Ellsworth was a federal law

10   enforcement officer at the time the threat was made.

11           Fifth, that the threat was made with the intent to

12   impede, intimidate, or interfere with Ellsworth while he was

13   engaged in the performance of his official duties.

14           A threat is a serious statement expressing an

15   intention to inflict bodily injury or murder at once or in

16   the future as distinguished from idle or careless talk,

17   exaggeration, or something said jokingly.

18           To determine whether or not the statement

19   constitutes a threat, you should consider the circumstances

20   under which the alleged threat was made including its

21   context with respect to surrounding conversation, the

22   language Latka used, the reaction of those who heard the

23   statements, the physical and mental condition of Latka, and

24   whether the statements were conditional.

25           It is not necessary that the government prove that

1  Latka intended to carry out the threat or that he had the
2  present ability to carry out the threat.  It is not
3  necessary that the government prove the exact words of the
4  threat.

5          Latka need not communicate the threat directly to
6  the intended target.  Receipt of the threat only by a third
7  party is sufficient if all the other elements have been
8  proved beyond a reasonable doubt.

9          The government must prove beyond a reasonable
10  doubt that Ellsworth was a federal law enforcement officer
11  at the time the threat was made, but the government does not
12  have to prove that Latka knew that Ellsworth was a federal
13  law enforcement officer.

14          A federal law enforcement officer is any officer,
15  agent, or other employee of the United States Government who
16  is authorized by law or by a government agency to engage in
17  or supervise the prevention, detection, investigation, or
18  prosecution of any violation of federal criminal law.

19          The government must prove beyond a reasonable
20  doubt that Latka made the threat with the intent to impede,
21  intimidate, or interfere with Ellsworth while Ellsworth was
22  engaged in the performance of his official duties.

23          "Impede" means to stop the progress, obstruct, or
24  hinder.  "Intimidate" means to make timid or fearful, to
25  inspire or affect with fear, to frighten or to deter.

1    "Interfere with" means to come into collision
2    with, to intermeddle, to hinder, to interpose or to
3    intervene.
4         The government has alleged that defendant made
5    three statements that threatened Ellsworth.  For each
6    statement alleged by the government to be a threat, the
7    government must prove all of the elements of the offense
8    beyond a reasonable doubt.
9         To find the defendant guilty, you must unanimously
10   agree as to each element of the offense with respect to at
11   least one of the alleged statements.
12        If you do not unanimously agree that the
13   government proved each element of the offense with respect
14   to any of the alleged statements or if some of you believe
15   that the defendant is guilty for one of the alleged
16   statements and others believe that the defendant is guilty
17   for a different alleged statement, you must find the
18   defendant not guilty.
19        If you unanimously find that the government has
20   proven each element of the alleged offense beyond a
21   reasonable doubt, you must also decide whether the
22   government has proven beyond a reasonable doubt that:
23        1.   Latka made a threat to assault Ellsworth or
24        2.   That Latka made a threat to murder him.
25        You must unanimously agree on the type of threat

1    the government proved beyond a reasonable doubt.

2            To find that Latka threatened to assault

3    Ellsworth, you must find beyond a reasonable doubt that

4    Latka made an intentional or knowing threat to intentionally

5    strike Ellsworth or to willfully inflict bodily injury on

6    him.

7            To find that Latka threatened to murder Ellsworth,

8    you must find beyond a reasonable doubt that Latka made an

9    intentional or knowing threat to unlawfully kill Ellsworth

10   with malice aforethought.

11           To kill with malice aforethought means to kill

12   either deliberately and intentionally or recklessly with

13   extreme disregard for human life.

14           You may consider evidence of Latka's mental

15   condition in deciding whether the government has proved

16   beyond a reasonable doubt that Latka acted with the intent

17   required to commit threatening a federal law enforcement

18   officer.

19           And, ladies and gentlemen, those are all the

20   initial jury instructions; and, as I said, you've heard all

21   the evidence so it's now time to hear the arguments of

22   counsel.

23           I'll remind you again that what the attorneys say

24   during argument is not evidence.  Each attorney will outline

25   for you -- I'm not sure who's going to make the arguments so

1    I'll say his or her interpretation of the evidence but it is
2    not evidence itself.
3            If the attorneys state the evidence to you
4    differently from your recollection of the evidence, you
5    should rely on your own recollection of the evidence.
6            If the attorneys discuss the law and it's
7    different from my instructions on the law, you must rely on
8    the law as I have stated it to you.
9            First the government will give an opening
10   argument, then the defense will give an opening argument,
11   and then the government will give a closing argument.
12           The government?
13               CLOSING ARGUMENT BY MS. PALMER
14           MS. PALMER:  "Next time you're dead."  "If someone
15   points a gun at me, I kill him."  "If I see him, I kill
16   him."  "I'm going to kill him."
17           Those are the statements the defendant screamed
18   when he threatened to kill and murder Officer
19   Chad Ellsworth.
20           But it began with someone doing his job.  You
21   heard that Officer Ellsworth works as a forest service law
22   enforcement officer in the San Bernardino mountains.
23           That day he arrived at work and it was a normal
24   day for him.  He was called to investigate a trash dump
25   which he said, unfortunately, is all too common.  Trash

1  dumped illegally in the forest.

2         And he did what he was trained to do.  To go and

3  sift through that trash and try to figure out who dumped it.

4         And he said that before he was a law enforcement

5  officer he'd been a rec officer.  He cleaned up trash.  He

6  cleaned bathrooms.  And so sifting through trash, it had

7  been a part of his job before and it was a part of his job

8  that day.

9         And in that trash he found ten to fifteen pieces

10  of mail all addressed to the same person:  Alfredo Morales

11  at 43611 Persimmons Lane.

12         And so he did his job.  He did what he was trained

13  to do.  And he left the forest, which he said is common when

14  he's doing an investigation, and he drove to that house.

15         You heard that as he walked up to the house he ran

16  into two people.  One of them was Martin True and he was

17  going door-to-door talking to people about the Bible.

18         He said something very important about his

19  interaction with Officer Ellsworth which is heard just

20  moments before Officer Ellsworth talked to the defendant.

21         His exact words were "The officer was very

22  friendly and courteous."

23         And that's important because that's what

24  Officer Ellsworth also said.  He said:  I find that it's

25  much easier for me to do my job when I have -- when I am

1    courteous to people, when I'm nice.  That's how I approach

2    people.

3          But Officer Ellsworth continued walking.  They

4    said they didn't know the name of the person and so he kept

5    walking, and then he ran into the defendant.  And the

6    defendant was halfway up the driveway and Officer Ellsworth

7    was standing on the sidewalk.

8          And he said "Are you Alfredo Morales?"  And you

9    heard testimony from him.  The defendant immediately upon

10   seeing him in his uniform seemed upset.

11         He said:  No, I'm not Alfredo.  Alfredo is in the

12   hospital.  And then defendant said his words.  "What the

13   fuck are you doing and who the fuck are you?"

14         And you heard Officer Ellsworth say:  I was taken

15   aback.  I do these trash investigations.  I'm just writing a

16   citation, a ticket; and this person is already getting

17   upset.

18         He said that the defendant then started screaming

19   and demanding to know why he was there.  You heard why he

20   didn't tell them.  He's doing an investigation.  He doesn't

21   know who this man is.  Ofttimes other people are hired to

22   take trash.  He didn't know who this was.

23         And plus he couldn't get a word in edgewise

24   because the defendant was screaming at him, and he couldn't

25   make out a lot of what the defendant was saying.  But he

1    heard one thing that really affected him, that really scared

2    him.

3           The defendant said he was a retired police officer

4    or he was a cop or he used to be a cop, and he told you why

5    that scared him.  Because he knew and it's pretty much

6    common sense that police officers, retired police officers

7    often carry guns.  They often know how to disable someone.

8    They're better at hand-to-hand combat so he was scared at

9    that point.

10          And then the defendant advanced.  He balled up his

11   fists and he started coming towards him.  Officer Ellsworth

12   backed up, withdrew his taser and said:  Stop.  Stop.  And

13   the defendant did.

14          He kept screaming but he stopped; and then

15   Officer Ellsworth, as soon as he felt like he had a safe

16   enough distance, re-holstered his taser and started walking

17   backwards to his car.

18          We know that the taser could have only been on him

19   for a few seconds.  Why do we know that?  Because

20   Martin True had just met the officer and said he was only a

21   few houses down when he heard the screaming and he turned

22   around and he said:  I didn't see a taser.

23          We know it because Russ Tercero sitting in his

24   house reading his paper minding his own business hears

25   screaming, walks out, and what does he say he saw?  The

1    first thing he sees is the officer with his hands facing up

2    walking backwards.

3          And that's important because that's exactly what

4    Officer Ellsworth said he was doing.

5          So he walks backwards, gets into his car, and then

6    suddenly he hears a banging in the back of his car and then

7    fists banging right next to his face.  Right next to his

8    window.  Bang.

9          You heard what Martin True said about that

10   banging.  He said he thought the window would break.

11         So he's afraid.  Of course he's afraid.  And so he

12   pushes -- he thinks he might have a gun, he doesn't know, so

13   he pushes the door open.  The defendant withdraws.

14         He closes the door and he drives away.  At that

15   point he doesn't see where the defendant is and bystanders

16   wave him down.  He stops.  He rolls down the window.  Those

17   bystanders, as you know, were Russ Tercero and Daniel Haug.

18         They said:  We saw what happened.  Here's our

19   information.  He's writing it down and then one of them

20   says:  Here he comes again.

21         And he looks in his rearview mirror and the

22   defendant is now in his car directly behind him and

23   screaming.  And he told you what he thought at that point.

24   He'd lost sight of him.  If he didn't have a gun before,

25   he's gotten a gun and he's going to gun me down and he's

1    following me.   He was afraid and so he leaves.

2             And the defendant is screaming out the window and

3    he screams:  "If someone pulls a gun on me, I kill him."  He

4    screams that out of his window as he's pursuing the officer.

5             The officer goes turn by turn.   The defendant

6    follows him.   The witnesses said it seemed like you couldn't

7    even fit a person in between.   If you tapped on your breaks,

8    the defendant would have hit him.   He was right on his tail.

9    And you heard Officer Ellsworth talk about how afraid he

10   was.

11            So they pull up to the stop sign and

12   Officer Ellsworth talks about at that point he was

13   terrified.   He thought he was going to be shot.

14            So he started to get out of his car to go behind

15   and defendant screamed, "Next time you're dead."

16            And then as the officer walks a little bit back,

17   he peeled away and went and called 911.

18            Ten minutes later, the defendant came back.   And

19   what did he say then to the witnesses?  You heard it.  "I'm

20   going to kill him."  "If I see him again, I will kill him."

21            And that the why we're here today.

22            Those are the facts, that is the evidence, and now

23   we're going to go through how the facts and the evidence

24   apply to the law and how the facts and evidence prove beyond

25   a reasonable doubt the defendant threatened to murder and

1    assault Officer Ellsworth.

2              So there are five element.  The judge already read

3    them.  I'm not going to read all five again.  We'll go

4    through them one by one.

5              So the first element is that Officer -- well, not

6    first.  We're starting with the one that's the easiest.

7              The fourth element is that Officer Ellsworth was a

8    federal officer at the time the threat was made.  This

9    element is really not in dispute.  Why?  Because of the

10   evidence.

11             Officer Ellsworth testified that he's a federal

12   officer.  Specifically, he works for the United States

13   Forest Service and he's a law enforcement officer.  It's

14   part of the USDA.

15             And you heard that the government doesn't have to

16   prove that defendant knew that he was a federal officer but,

17   in fact, you have evidence that he knew.  His own 911 call.

18   He said that the officer was with the Department of

19   Agriculture.

20             The first element is that defendant made a

21   statement that constituted a threat; and as you consider

22   this, there are certain things that you should know the

23   government is not required to prove.

24             The government is not required to prove the

25   defendant intended to carry out the threat or that he

1    couldn't even -- or he was even able to.

2          We're not required to prove the exact words he

3    said.  You heard people say them a little bit different.  It

4    been a year ago.  But they was all consistent; that the

5    defendant made these statements.

6          Finally, he need not communicate the threat

7    directly to the intended target.  So when he said he was

8    going to kill him to Russ Tercero and Daniel Haug, that's

9    sufficient as long as all the other elements are met.

10          So when you're looking at this threat, how do you

11   assess whether something is a threat or not?

12          This instruction will help you with that.  You get

13   to consider all the circumstances.  You consider the

14   context, the language that the defendant used, the reaction

15   to those who heard the statements, whether the statements

16   were conditional.

17          And so what is a threat?  A threat is a serious

18   statement expressing an intent to inflict bodily harm,

19   bodily injury, or murder at once or in the future.

20          And that's as opposed to idle or careless talk,

21   exaggeration, something said jokingly.  You left the toilet

22   seat up again.  I'm going to kill you.  Okay?

23          So the government has identified three times the

24   defendant made statements.  As a jury, you'll be required to

25   find beyond a reasonable doubt that at least one of these

1   statements constitutes a threat to find the defendant

2   guilty.  You can find all of them, two of them, but you have

3   to find at least one of them to find him guilty.

4           And we will show you why you should find all, all

5   of the statements constituted a threat.

6           So the first is when he was pursuing Officer

7   Ellsworth and he said words to the effect of:  If someone

8   points a gun at me, I kill him.  Or I'm going to kill him.

9           When he pulled up next to Officer Ellsworth and he

10  screamed "Next time you're dead"; and, third, when he

11  returned from threatening Officer Ellsworth and he said to

12  True -- to Tercero and Haug:  I'll kill him if I see him

13  again.  I'm going to kill him.

14          So how do you know whether something is a serious

15  statement that is expressing an intent to inflict bodily

16  injury or murder?  Well, let's look at the evidence.  Let's

17  look at what the defendant said, his words, and how he said

18  those words.  Look at his actions and look at the reaction

19  of the other people who heard those statements.

20          The evidence is defendant's words, the words he

21  used.  He didn't say:  I'm going to kill you in the media.

22  He didn't say:  I'm going to take this up with your

23  supervisor.

24          He said:  Next time you're dead.  I'm going to

25  kill him.  I'm going to kill you.  I'm going to kill you.

1           Now, he did take it up with his supervisor.  It

2    doesn't matter.  He also said these other things and these

3    other things, when you look at how he said them, show that

4    he was serious.

5           He screamed them.  He was irate.  He repeated

6    them, and he didn't repeat them in a way:  I'm going to kill

7    him.  I'm going to kill him.  He repeated at different times

8    to different people in one continuous event but with

9    discrete division.

10          And he said:  I used to be a cop.  That strikes

11   fear.  That tries to show his authority.  And what did he do

12   as he was saying these words?  He charged him.  He ran

13   towards him.  He banged on the car window.

14          True said it looked like he would break the

15   window.  He pursued him in the car and then he continued and

16   continued even though the officer was running away from him.

17   That shows that he was serious.

18          What about the reaction of those who heard the

19   statements?  Officer Ellsworth ran away.  He was scared.  He

20   moved.  He changed jobs.  He talked to his kids about how to

21   avoid people.  What to look out for.

22          He said that he now carries a gun off duty and he

23   never did that before.  He made changes to his house.

24          Tercero, he said he thought it was a credible

25   threat.  His exact words were:  I felt like he wanted to do

harm to the ranger.  Bodily harm to the ranger.  Haug, he

called 911.  He said he thought it was a serious situation

and he reported the threat to the officers.

Element 2.  The government has to show that the

defendant intended for his words to communicate a threat or

that he knew his words would be viewed as a threat to

inflict bodily injury or murder.

Again, look at defendant's words and how he said

them.  The words "Next time you're dead," the words "I'm

going to kill you."  You know what those mean.  He knew what

that meant.

"I used to be a cop."  That shows in choosing

those words that he intended to communicate a threat.  He

communicated that threat; that it would be viewed as a

threat.

Again, screaming them, repeating them, and using

words that will strike fear.  And, again, what did he do.

You're familiar with it.  His actions show that that's what

he was intending to do.  To threaten.  And that he knew

someone who was receiving them would be frightened.

Again, how do people around him react?

The third element is a reasonable person making

the statement would foresee that the statement would be

interpreted by those to whom he communicated that it was

serious.

1    You're reasonable people.  The witnesses were

2  reasonable.  They all thought that this was a serious

3  threat.  All of the witnesses.

4        MS. BEDNARSKI:  Your Honor, that misstates the

5  evidence.

6        THE COURT:  Ladies and gentlemen, if anything the

7  attorneys say is different from what you remember from the

8  evidence, you should rely on your own recollection of the

9  evidence.

10        MS. PALMER:  Again, look at defendant's words,

11  what he said, what he did.

12        Let's look at element 5.  The first part of it is

13  that the defendant acted with intent to impede, intimidate,

14  or interfere with Officer Ellsworth while Officer Ellsworth

15  was engaged in the performance of his duty.

16        Again, this part of the element "engaged in his

17  official duties" is not an issue.  As you know, you heard

18  him testify that he was investigating; that he was doing his

19  job that day.  He was investigating a trash dump and that is

20  one of his duties.

21        So let's talk about whether the defendant intended

22  to impede, intimidate, or interfere.  "Impede" means to stop

23  the progress.  How did defendant do that?  Well, he stopped

24  the investigation.  He saw the officer there to investigate.

25  He's asking questions and he ran him off.  That satisfies

1   that.

2   He acted and the officer stopped.  He ran away.

3   Defendant wanted to stop the investigation and he did.  How

4   does he intimidate him.  Well, you intimidate someone by

5   means of making them timid, making them fearful, frightening

6   them.

7   Defendant's words and actions again.  He charged

8   the officer.  He pursued him.  He threatened his life.  And

9   you heard that Officer Ellsworth was afraid and you heard

10   many of the witnesses also were afraid.

11   "Interfere with" means to come into collision

12   with, to intermeddle, to hinder, to intervene and to

13   interpose.  He drove Officer Ellsworth away.

14   Now, the Court instructed you that to find that

15   the defendant threatened to assault Officer Ellsworth, you

16   must find beyond a reasonable doubt the defendant made an

17   intentional or knowing threat to strike Officer Ellsworth or

18   to willingly inflict bodily injury.

19   The words he used were "kill."  That satisfies

20   murder but it indeed, also with his conduct, shows assault

21   as well.

22   To find that the defendant threatened to murder

23   Officer Ellsworth, you must find that defendant made a

24   knowing or intentional threat to unlawfully kill him with

25   malice aforethought.

1          Again, you don't have to find that he actually
2    intended to carry out the threat.  But that in making the
3    threat, that's what these words were.  That's what these
4    actions were given the entire context and here it's clear.
5    He said he was going to kill him.  He screamed at him.  He
6    followed him.
7          The Court has instructed you that in considering
8    the evidence there are certain things you consider and
9    certain things you put aside, and we've heard a lot about
10   this during the selection process.
11         The things that you should consider are the law
12   and the elements we just went through and the facts of the
13   case, the evidence, the witness testimony, the photographs
14   and exhibits.
15         But things outside of the circle are things that
16   you're required as jurors to put aside.  Your emotions,
17   sympathy, speculation, your prejudice, your personal
18   opinions about the law, and the potential punishment.
19         So that's the evidence.  This isn't a case of he
20   said-he said.  It's not a case of defendant and
21   Officer Ellsworth.
22         You have testimony from three eyewitnesses that
23   support everything that Chad Ellsworth said to you.
24   Consider what all of the witnesses said the defendant said,
25   consider what all of the witnesses said defendant did,

1    consider what all of the witnesses said about how those
2    statements affected them.
3            Use your common sense and your reason; and after
4    looking at all of the evidence, you'll come to only one
5    logical conclusion and that's that the defendant is guilty.
6            Now, you're going to receive a jury verdict form
7    and we're not quite finished with it so I won't put it up on
8    the screen for you.
9            But the first question you're going to be asked is
10   whether you unanimously find beyond a reasonable doubt the
11   defendant is guilty or not guilty of threatening a law
12   enforcement officer with at least one of the statements we
13   talked about and you have to be unanimous as to that.
14           Ladies and gentlemen, the evidence and the law
15   demands only one answer to that and that's guilty.  After
16   you answer that, you're going to be asked whether -- you're
17   going to be asked to determine whether defendant threatened
18   to kill or threatened to assault Officer Ellsworth.
19           And you can find one or you can find both; but if
20   you decided that he's guilty, you at least have to find one.
21   Here the government has shown that he threatened to murder
22   him and he threatened to assault him.
23           Thank you.
24           THE COURT:  Ms. Bednarski?
25           MS. BEDNARSKI:  Thank you.

CLOSING ARGUMENT BY MS. BEDNARSKI

1

2          MS. BEDNARSKI:   Words.   Some people love words.

3   Some people are very precise with words, thoughtful and

4   deliberate, and choose their words carefully.

5          Lawyers are people whose job it is to choose words

6   carefully.   To be clear.

7          Mr. Latka is a person who on that day we heard

8   words just tumble out of.   Words that are like -- like chips

9   and scrabble blocks.   Words that are jumbled and mixed

10  around and mixed in with other words.

11         And the government's closing argument, you heard

12  them talk to you about a couple of words; right?   They pick

13  out the word.   Like in a scrabble game, there are a couple

14  of K's.   You can look on the list.   You can see how many K's

15  are they.   I need a K.

16         They pick out the word "kill" and they ignore the

17  other words because the words came out in a jumble; and why

18  is the jumble so important?   The jumble is important because

19  it's a window into somebody's mind.

20         And you're going to be asked to decide not just

21  what the words were but what was the purpose?   Because this

22  case is about intent.

23         The government's spent a lot of time in its

24  closing argument on what they do not have to prove.   This

25  case is about what Mr. Latka's purpose was.

1    In that jumble, when that jumble of words came

2    out, they were not deliberate, they were not thought out,

3    they were not purposeful.  They were careless.  There were

4    words of frustration.  It was an emotional storm.

5    This whole case while it took us three days, two

6    days, took ten minutes.  An emotional storm of ten minutes.

7    You hear it.  You hear it in the 911 call.  You

8    hear the confusion.  You hear the frustration.

9    The question in this case is not decided by:  Was

10   Chad Ellsworth afraid?  He gave you a whole story about that

11   and we're going to talk about that; and people can have

12   different opinions about whether or not he's lying or

13   exaggerating.

14   But it doesn't answer this case even if he was

15   afraid.  Let's give him that.  Let's say that for the

16   purpose of this argument.

17   That's not the answer to this case because the

18   question about this case is did Mr. Latka intend a serious

19   threat and, number two, did Mr. Latka intend to impede an

20   investigation about which he knew nothing, about which the

21   officer refused to give him details.

22   How can he intend to impede something he doesn't

23   even know about?

24   Other words.  Other words that were stated over

25   and over which are completely ignored.  Prosecution

1    completely ignores.

2           In that jumble that came out:  Report you.  In

3    fact, when he was going out on White Oak when he sees

4    Mr. Tercero and Mr. Haug, he's like:  I'm going to report

5    him to his supervisor.  I'm going to kill him if I see him

6    again.  I'm going to report him to his supervisor.

7           Those words were all mixed up and jumbled up at

8    the same time.  Get you in trouble.  Shoot me now.  Now that

9    there's witnesses.  Go ahead.  Shoot me now.  Now there's

10   witnesses standing around.

11          Chest pain.  Next time you do that.  911.  Your

12   supervisor.  What's his name?  And to the 911 operator, you

13   hear his words right away, the best window into his mind in

14   a few minutes after this happened.

15          And he says to that 911 supervisor:  The guy.  The

16   guy pointed a gun at me and the guy just took off.

17          He's asking for help.  He's asking the police to

18   come.  The clearest example of someone who doesn't believe

19   he did anything wrong.  The clearest example of that.

20          If you think you did something wrong, you don't

21   ask the police to come to you.  And that's immediately what

22   he went to do.

23          The government has failed to prove its case.  It's

24   failed to prove that Mr. Latka intended to make a serious

25   threat.  It failed to prove that he intended to interfere

1  with an investigation.

2          The government talks about reasonable people.

3  Reasonable people.   What would reasonable people have meant?

4  You're going to be asked to decide what he meant.   Not one

5  time in the government closing did they address all this

6  bizarre behavior that you heard about.

7          You have to look at this from what he intended and

8  what he meant, and look at all the things he did and say

9  that shows you what that is.

10          That morning when he was out there in his

11  driveway, the officer came up.

12          (The exhibit was displayed on the screen.)

13          MS. BEDNARSKI:   This picture was taken two days

14  later.   You remember when the agents were there and they

15  took some photos.   But it shows him in his daily life.   He's

16  puttering around in the garage.

17          He was in the driveway that morning when the

18  officer came up.   The officer came up to him and started

19  demanding his answers to the question.

20          The officer:   Are you Fred Morales?   Where is

21  Fred Morales?   And when Mr. Latka said he's in the hospital,

22  he asked why.   Why are you looking for him?

23          The officer says I don't have to tell you

24  anything.   The officer refuses to provide him with details,

25  refuses to tell him anything about why he is there, refuses

1    to tell him why he's looking for his friend Fred Morales.

2              And the officer told you that Mr. Latka became

3    more hostile when he refused to provide details and that

4    makes a lot of sense.   That makes a lot of sense.

5              Because when people come and they're asking you

6    questions, you want to know why.   This officer says he was

7    friendly.   This officer says he's such a nice guy.   He's out

8    there in the community doing -- you know, acting the way he

9    acts here in here with you?

10             That's not how he acts on the outside.   He's in

11   here on his best behavior.   But he comes out there in his

12   over-militarized, over-weaponryized gear, and starts

13   demanding answers to questions.

14             He told you that -- and witnesses have told you

15   that they heard Mr. Latka say:   You have a warrant?   Get off

16   my property.   Get off the property.   Leave.

17             Government not one time in their closing argument,

18   not one time addresses that the officer pulled a weapon out

19   and pointed it at Mr. Latka.

20             You've seen the photographs of the weapons that he

21   had on him.   This is just two of the four.   He didn't pull

22   out his pepper spray.   He didn't pull out his billy club.

23   He didn't choose to do that.

24             He pulled out cross-armed from across his body.

25   He says the item on the bottom.   The item on the top is a

1    gun.   The item only the bottom is a taser.

2         They both look like guns.   They both are black.

3    They both are the same shape and they both are about the

4    same size.   They both go in holsters.   You take them out the

5    same way and he drew it out across his body.

6         Mr. Latka would have seen him drawing it across

7    his body and would have seen that side view just like that.

8    Would have looked just like a gun.   Government says, oh,

9    well, the taser has a green square on it.   Has a little

10   green square on it.

11        Well, Mr. Latka we know perceived it as a gun

12   because he did nothing but talk about how the guy pulled a

13   gun out on him.   The government now wants to say, oh, it was

14   just a taser.

15        Well, a taser is a lethal weapon.   A taser shoots

16   electricity, shoots darts in your body that is connected to

17   a wire that shoots electricity at you to a man who had heart

18   problems.

19        But he thought it was a gun.   Now, why does the

20   government make such a big deal out of it?  Because they

21   want to back off the fact that the guy pulled out a gun on a

22   guy when he was doing a trash investigation.

23        A guy who he says was 20 to 30 feet away which is

24   about -- here's about 20 feet from you guys.   30 feet is a

25   little farther.   Who he says -- Officer Ellsworth said he

1    took a couple of steps towards him so you get between 15 and

2    25 feet away from him.

3            "Rambo" in his vest with all his gear and he

4    pulled out from across his body this black object that looks

5    just like a firearm.  Mr. Latka obviously perceived it that

6    way.

7            Now, you might have heard the expression if it

8    walks like a duck and talks like a duck, it's probably a

9    duck.  Well, if you put a green square on a duck, it's still

10   a duck; and that object that he pulled from across his body

11   in his movements and his look and in its reaction from

12   Mr. Latka was a firearm.

13           Witnesses say they saw things only after Mr. Latka

14   started screaming about that.  They didn't see the first

15   part.  They didn't see the provocation.  They didn't see the

16   part where the officer pulled his gun out.  Their attention

17   was drawn to what was happening by Mr. Latka's screaming.

18           So, you know, you could -- you can hear it.  You

19   can hear it.  The fear is still in him when he makes that

20   911 call just a couple minutes later.

21           (The exhibit was displayed on the screen.)

22           MS. BEDNARSKI:  Because he drives immediately

23   down -- and you'll see this in Exhibit 504.  It shows up a

24   little better in real life when you're looking at it

25   directly.  But Little Louie's Bar is down here and it says

1    Little Louie's Bar.

2          And it's in this first grouping of commercial

3    businesses where he goes immediately to find a phone, and he

4    tells that 911 operator in his confused, repetitious, loud

5    yelling, lost it, incoherent voice, what just happened; and

6    he wants a deputy to come.

7          And you can hear his difficulty in responding to

8    that officer who's trying to do her job.  She's trying to

9    find out the address.  She sees -- maybe she sees from like

10   some GPS or something.

11         Well, wait a minute.  You're on Florida and he's

12   telling her 43611 Persimmons Lane.  43611 Persimmons Lane.

13   Because he wants to meet that deputy.  He wants to go back

14   there and meet that deputy.  He wants to make a report.  He

15   wants to have that guy arrested.  He wants to have that guy

16   charged.

17         And she's like:  Well, sir, you're on Florida.

18   Wait a minute.  Florida?  And he's not slowing down and he's

19   having trouble listening to her question.  He's having

20   trouble answering it.

21         And finally he hangs up that phone in frustration

22   and maybe throws it on the ground and he goes home and then

23   meets Deputy Graham and makes the report.

24         How do you tell if something is intended to be

25   serious or not?  How do you tell if someone in their mind

1    meant someone to perceive something as a serious threat?

2          What is in our common life experience?  People

3    blurt things out all the time.  Some of the things people

4    say in their cars when they feel wronged by a car next to

5    them, they don't want to repeat anywhere.

6          Some things kids say.  They blurt them out.

7    People blurt things out when they're suddenly struck by

8    something, when they're in fear, when they're in shock,

9    sometimes when they're mad, sometimes when they're angry.

10          And the question is:  Was he thinking?  Was he

11    deliberate?  Was he purposeful?

12          We know that this is a person who people over and

13    over again told you he was acting differently and strange.

14    This is a person who we know there are signs all over the

15    place that he's different.

16          And so you can't say that he would act the same as

17    a person like a lawyer who loves their words, who chooses

18    things so carefully.  He's out there and what do we know

19    about him?

20          We know that Ellsworth told Haug immediately

21    driving across the street:  This guy has lost it.

22          Mr. True, you'll remember him?  He was the man who

23    owned the former construction company.  He's talking about

24    how haphazard this work was inside.  He goes inside and in

25    seconds he can see this haphazard stuff.

1          Mr. Latka is proud of it.  He's proud.  He's

2     enthusiastic about this work.  His perception of things is

3     not the same as other people.

4          Luisa Alvarez came in.  She said the place is like

5     destroyed.  She says it's like things are torn down and

6     walls are torn down and things have been broken.

7          Mr. Tercero, remember him?  The man who was in the

8     military and then worked as a postman for like 30 years?  He

9     describes him as like 5150.

10          We know that day that Mr. Latka was clearly beside

11     himself.  Everybody says.  Anxious, repetitious, very loud,

12     very loud voice.  He's running around all over the yard.

13     He's running out in the middle of the street stopping the

14     car.

15          (The exhibit was displayed on the screen.)

16          MS. BEDNARSKI:  You'll remember Mr. Tercero, the

17     man who lived across the street.  He talks about how

18     Mr. Tercero lived over here (indicating); and he walked

19     across the street and stood with Daniel Haug.

20          And that's when Mr. Tercero was testifying, he put

21     his initials here and Daniel Haug's initials next to him to

22     indicate where they were standing directly across the

23     street.

24          And he says Mr. Latka just runs out in front of a

25     blue car and blocks the car.  I mean, the car is like

1   driving down the street and he runs out there asking to use

2   the phone.  He wants to borrow the phone.  He wants to call

3   911.  He's asking the people call 911.

4            Who runs out in front of a moving car?  This is a

5   guy who's running back and forth in and out of his garage

6   and acting even when Deputy Graham arrives ten minutes later

7   after the 911 call and Mr. Latka is back home, Deputy Graham

8   describes him as going in and out of his garage.  Walking

9   all around.  Talking rapidly.  Talking very fast.

10           He thinks something is wrong with his heart.  He's

11   having chest pains.  He's clearly very agitated.

12           Mr. Haug had seen him fall down that morning,

13   earlier that morning outside, and had gone over to help him

14   up.

15           Mr. True thought his medical problems seemed

16   pretty serious.  That he had a car accident and a heart

17   attack recently.  A couple days later the agents are out

18   there in Mr. Tercero's house trying to talk with him and

19   they hear yelling.

20           And they look outside and they go outside and they

21   see Mr. Latka -- this is the day of the picture that they

22   take where he's in his garage.

23           (The exhibit was displayed on the screen.)

24           MS. BEDNARSKI:  But when they go outside, they see

25   him yelling again.  This is a person who is clearly

1   different.  Clearly, there's something wrong and there was

2   something wrong that day.

3          Now, the government has to prove and the judge is

4   going to give you these jury instructions.  You're going to

5   have them.  Let's just undo them.

6                  *(Pause in the proceedings.)*

7          MS. BEDNARSKI:  And instruction No. 13 is the

8   elements instruction, and this instruction tells you that

9   when the government doesn't prove all the elements beyond a

10  reasonable doubt, you cannot find Mr. Latka guilty.

11         And they have to prove to you -- see this second

12  element that Mr. Latka intended the statement to be a threat

13  or made the statement knowing that the words would be viewed

14  as a threat.

15         So the question for you is:  Looking at all the

16  evidence and the surrounding circumstances and your view

17  into his mind, whether or not he knew what he was doing at

18  the time?  Whether he knew whether the words that were

19  coming out of his mouth would be perceived that way?

20         And there's no evidence of any thoughtfulness or

21  deliberateness.  One of the things you're going to see is

22  that in the very next instruction, instruction No. 14, in

23  the very first paragraph, that a threat is a serious

24  statement expressing an intention to inflict bodily injury

25  or murder.  As distinguished from -- meaning not -- it is

not a truth that when someone is idle or careless, when
someone exaggerates.

These are examples of things because someone
doesn't mean something and doesn't know what they're doing;
and all the evidence in this case points to Mr. Latka not
being thoughtful or careful or deliberate or choice --
making choices of being purposeful in that regard.

He had one thing he wanted to do.  He was going to
report this officer.  He was going to report him pointing a
gun at him.  He said that to everybody he came across.  He
went directly down the hill to the 911 operator to borrow a
phone, the first phone he could get, and called the 911
operator and he spent the next two days reporting this
officer's conduct.  He went to every single supervisor.
That was his purpose and that was where he headed and that
is what he did.

Mr. Ellsworth provoked a situation that then
started a whole series or chain of events in motion; and he
told you that he would have to justify his use of force; and
having pulled out his weapon and pointing it at Mr. Latka
created a situation for him where he had to justify his
conduct out there.

He knew right away that this was a big mess.  He
told you.  The first thing he did.  He went to Bee Canyon.
There was one person there.  Another person who worked for

1   the forest service with him.

2          And he told that woman when he was there that it

3   was a big mess.  That he had gone out on his investigation

4   and the man had a problem and was irate and now it was a big

5   mess.

6          He knew immediately because Mr. Latka had kept

7   asking about a supervisor.  He knew immediately and he had a

8   motive to lie immediately about what occurred because he

9   talked to Deputy Graham right away and Graham said he was

10  going to roll this up.  He was going to roll up Latka's

11  complaint up to Ellsworth's supervisor.

12         So what did Ellsworth do?  He called his

13  supervisor to head this off at the pass.  And we know there

14  was no threat at the bottom of the hill or not the hill but

15  at Florida and 8th.  We know that because when Deputy

16  Graham called him and spoke to him about the events, he

17  spoke to him about what happened from the start to the

18  finish.  He spoke to him about what happened when he arrived

19  and what happened there at the house all the way through

20  when he turned left and he said Mr. Latka stopped following

21  him and went to the right and he drove to the left.

22         So we know that Deputy Graham covered the whole

23  scenario with him and we know -- and that makes sense

24  because Deputy Graham had just talked to Mr. Latka and

25  gotten Mr. Latka's side of the story and gotten Mr. Latka's

1   complaint and, in no uncertain terms, had been told by

2   Mr. Latka that he wanted that guy arrested and he wanted him

3   charged.

4            And Deputy Graham talks to Ellsworth within 35, 40

5   minutes immediately after hearing the other person's side of

6   the story.   And so we know how important it is that Officer

7   Ellsworth never -- never claimed that a threat to his life

8   had been made on Florida and 8th.

9            And that would have been something that would have

10  been in Deputy Graham's report had it occurred.   But we know

11  immediately he had a motive to have to justify his use of

12  force.

13           And under the chain of command and the way it

14  happens is he's got to answer to his supervisor first; and

15  he talked to his supervisor and he began his justification

16  right then and there.

17           We know what his motive to lie was and we see from

18  this trial how many times he's lied in the course of that.

19  What are some of those lies?

20           When I was asking him about how important it was

21  for him to keep his job because we know he wanted to keep

22  his job.   He was a real estate agent.   This guy had owned

23  his own real estate business for ten years.   That's what he

24  did.   He was never a law enforcement officer.   He'd only

25  been a law enforcement officer for one year before this.

1          Before that, he cleaned up campgrounds and cleaned

2    up the facilities around the campgrounds; and he got a pay

3    raise when he became a law enforcement officer.  He told you

4    it was better pay.  He wanted to keep that job and he wanted

5    to downplay how important that was.

6          And he knew that he had to justify his behavior

7    and justify his conduct and his job was on the line if that

8    wasn't justified.  He didn't want to lose his job, and we

9    know this is a guy -- and he lies to us about the -- he says

10   I didn't know the real estate market was bad in 2008 and

11   2009.

12         Give me a break.  The country's economy collapsed

13   because of the real estate market.  And out in Hemet?  Out

14   in the Inland Empire?  And he tries to tell us, the guy who

15   owned a real estate business for ten years, that he didn't

16   know that the real estate market wasn't good in Hemet?

17         MS. PALMER:  Misstates the testimony.

18         THE COURT:  Overruled.

19         MS. BEDNARSKI:  So basically why would he do that?

20   Because he wants to downplay the importance of keeping his

21   job because he knows he has to answer to this and he knows

22   that he has a motive to lie and he knows that we see that.

23         So what is another lie that he told?  He said

24   Mr. Latka -- he never heard, never heard Mr. Latka ever say

25   he pointed a gun at him.  Bald face lie.

1          How do we know that?  Because every single witness

2    out there heard it over and over and over.  There are

3    multiple people who came out of their houses, multiple

4    people heard that; and not only did multiple hear it but

5    they heard him say it over and over and over because he was

6    so loud and repetitious.

7          Even Mr. True heard it who is hard of hearing.

8    Mr. Tercero heard it when Mr. Latka was talking to the woman

9    who had come down the street and Mr. Tercero was far -- he

10   was even across the street at that point.  He wasn't even

11   standing with Daniel Haug.

12         The officer is lying because he knows he provoked

13   the incident and it spiraled out of control.

14         Another lie.  He says he got out of the SUV when

15   Mr. Latka was banging on the windows, and we know not

16   another person says he got out of the SUV when Mr. Latka was

17   banging on the window.

18         Lie number 4.  He says -- he tells you he took

19   this threat seriously.  He was terrified apparently.  Well,

20   we know he wasn't afraid.  Look at his conduct.

21         All of the witnesses say he was calm.  All the

22   witnesses say that he acted calmly.  Reacted calmly.  Never

23   looked scared, I think is what -- I think it was Mr. True

24   said it.  He didn't call for radio backup.  He didn't call

25   for the Riverside Sheriffs.

1        On every occasion that he told Mr. Latka to stop

2   or back off, Mr. Latka did.  So he knew that about him.  He

3   knew that when he was standing over in the driveway and

4   Mr. Latka had taken one or two steps and he told him to stop

5   and he did.

6        He knew that when he was pounding on the windows

7   and he told Mr. Latka to stop or he'd arrest him and he did.

8   Then he says he opened his door.  He says Mr. Latka ran away

9   into the middle of the street.  Mr. Latka was like a

10  scaredy-cat.  He was afraid of this guy because this guy had

11  a gun and had pulled it out on him but he was intent on

12  reporting him.

13       And we know that the behavior of the officer -- in

14  fact, Mr. Latka's behavior was the behavior of a person who

15  was afraid, not the other way around.

16       What else do we know about Officer Ellsworth is

17  that he says that he was afraid so he drove away but we know

18  he really didn't drive away.

19       This is Exhibit 506.  What we know is that he

20  moved his car from point A where he was parked on White Oak

21  right next to Mr. Latka's place (indicating) and he drove

22  slowly, we heard, across the street where he stopped and he

23  talked to Mr. Tercero and Mr. Haug.

24       And Mr. Tercero had told us that they were

25  standing directly in front of Daniel Haug's place; and you

1    can see this is the corner with this little sandy area here

2    (indicating).  I guess it's a little light-colored concrete

3    area.

4            So he drives slowly from point A to point B and

5    rolls down his window and pauses to talk to these people and

6    get their names and numbers.  This is not the conduct of

7    someone who is afraid.

8            We know that when he talked to Deputy Graham he

9    never says he was afraid.  He never says he was threatened.

10   He never says that Mr. Latka threatened to kill him.

11           Even if you think about it, even at the bottom --

12   I keep saying the bottom.  I don't mean to say that.  Even

13   at 8th and Florida --

14           (The exhibit was displayed on the screen.)

15           MS. BEDNARSKI:  -- when they both traveled down;

16   and I think Officer Ellsworth said it took about -- I don't

17   know.  I don't know if he said it was a quarter of a mile.

18   He said it might have taken a minute or two.

19           When they get to the stop sign and he's in the

20   left lane ready to turn left to go to Bee Canyon and

21   Mr. Latka is in the right lane ready to turn right to Little

22   Louie's Bar.

23           Even there he tells you that he pauses and he

24   stops at the stop sign.  You know, there's a guy -- if

25   you're afraid, you're going to gun it to get away from

1    someone.   You're going to gun your engine.   You're going to

2    use your car to get away.

3              And he tells us that he opens his door and steps

4    out.   That's not the behavior of someone who's afraid.

5    That's the behavior of someone who told some guy who he

6    knows is afraid of him to get away and to step back and to

7    leave him alone.

8              He says:   Oh, I was afraid of him because he said

9    I was a cop.   Well, there's no evidence in this case that

10   Mr. Latka was a cop.   Ever.

11             He says:   Oh, I was afraid of him because he said

12   he was a cop.   But even that's illogical because if someone

13   is going to say they're a cop to another person who they

14   know to be a cop, it would not be like something that

15   someone would say to cause fright.

16             It would be like something someone would say to

17   say:   Hey, I know when things are right or wrong.   I know

18   when you can't come on somebody's property and you need to

19   have a warrant and I know if you don't have one, you need to

20   leave.   And that's what the obvious intent is there.

21             And what's another lie that he tells?  This is the

22   fifth lie.   That this threat was made at the stop sign.   At

23   the bottom of the stop sign.

24             We know there's not any witness that can

25   corroborate that.   In fact, in this case the two most

1    important facts in this case, no witness corroborates.   That

2    means no witness can back Ellsworth up on this.

3            No witness backs up what he claims occurred at

4    first in the driveway which set everything in motion.   He

5    said Mr. Latka ran at me.   I was so afraid I had to pull out

6    my weapon.

7            No one says that occurred besides Ellsworth and no

8    one says anything occurred at the stop sign besides

9    Ellsworth; and everything else in between people have

10   different versions of and there are contradictions and there

11   are inconsistencies.

12           And so what do we know about the lie on the stop

13   sign at Florida?   We've talked about some about this.   We

14   know that Mr. Latka went directly to the right lane which is

15   the lane to turn in to go to the commercial businesses.

16           We know that he went immediately to call 911 and

17   we know what he said in that 911 call.   There was no threat

18   made on Florida.

19           And what's lie No. 6?   He says -- how many times

20   did he say to you:   I did nothing wrong.   I did nothing

21   wrong.   That shows you a window into Officer Ellsworth's

22   mind.

23           We know he did something wrong because on the face

24   of this, it's inappropriate to pull out a weapon in a minor

25   trash matter.

1          We know that he overreacted and then it set things
2     in motion and what it set in motion was obvious immediately
3     because Mr. Latka saying:  I'm going to your supervisor.
4     I'm calling your supervisor.
5          So he starts exaggerating about things.  He starts
6     trying to make you think:  Oh, he's worried about something
7     in Mr. Latka's hand.
8          There's no evidence ever that Mr. Latka had a
9     weapon.  His hands were in front of him.  His hands were
10    obvious to the officer.  His hands were balled up according
11    to the officer.  He had no weapon.  He had no bulge.  He
12    made no furtive movements.  There was never any evidence of
13    a weapon.
14         So he claims to you he did nothing wrong but what
15    do we know?  We know there's been no unbiased investigation
16    of him.  We know there's been no effort by some outside
17    person, someone outside the agency, to determine what
18    occurred out there with respect to his use of force against
19    Mr. Latka.
20         And we know that his -- the only thing we know is
21    that he talked to his own supervisor and his own supervisor,
22    Mr. Briot, told Mr. Latka that there wasn't anything that he
23    was going to do about it.
24         Mr. Latka is asking for an arrest.  He's asking
25    for a warrant.  He's asking for this guy to be charged with,

1    you know, because he assaulted him.  He assaulted him with a

2    weapon and he's asking for these things to happen and none

3    of that ever happens.

4            Mr. Latka essentially tried to take on the powers

5    that be and they snuffed him out.

6            And what's the 7th lie?  Ellsworth says:  Oh,

7    the reason why he wouldn't give Mr. Latka any information is

8    because that, of course, obviously made him more angry.

9            That he's making these demands but he's not

10   telling him why he's there.  Why is he looking for his

11   friend who is sick?  And he says:  Oh, confidentiality is

12   important and we know that's not true because he drove

13   slowly about, you know, I don't know how big is a little

14   street in a residential area?  30, 40 feet?

15           He drives slowly across and he is tells

16   Daniel Haug and Russ Tercero there on the other side of the

17   street everything about the investigation.

18           I'm investigating a trash dump.  I'm investigating

19   that there was some mail there with Fred Morales's name on

20   it.  I'm looking for Fred Morales because his name was on

21   this mail.

22           There's no issue as to confidentiality.  That's a

23   lie.  He knows that he's just set in motion some series of

24   circumstances that is beyond him.  This inexperienced guy

25   with poor training with too much military gear on, a badge,

1    a gun, and a show of force and walking around used to

2    getting answers from people.

3         And why would he try to make it seem he drove

4    farther up the street?  He says to you:  Oh, I drove away

5    and I drove, you know, somewhere between two and four houses

6    up the street.

7         Because he wanted to make it seem to you like he

8    was trying to get away, like he was afraid.  But we know

9    that's not the case because we know he only drove slowly

10   across the street just about a few feet like we've shown you

11   in this photograph.

12        Mr. Latka's big reaction all came in response to a

13   triggering event, a beginning event that the other witnesses

14   didn't see and that was the pulling out of the gun.

15        And he climbed up that chain of command and

16   complained to everyone he could.  First to Riverside 911,

17   then to Graham, then to Graham's supervisor.  All the

18   complaints being about:  Charge him.  Arrest him.  He

19   assaulted me with this gun.

20        When he was told by Sergeant Sargent, the guy from

21   Riverside who supervised Graham, that he needed to go to

22   Ellsworth's supervisor, he needed to make the complaint to

23   him, that's exactly what Mr. Latka did.  He called up

24   Ellsworth's supervisor and that was Mr. Briot, and he

25   complained to him about officer's misconduct out there.

1        That was his purpose and that was what was in his
2    mind.  His words that were said out of frustration.  There
3    were some words that were poorly chosen.  If we could go
4    back in time, would we take "I'm going to kill him" out of
5    there?  Yes.
6        If we could go back in time and change our
7    behavior when we're on the road and someone cuts us off and
8    you say things in the car sometimes.  You say them when
9    you're alone and then suddenly one day one of your friends
10   is in the car or one of your kids is in the car.  Oh, I just
11   said "I could kill that guy."
12       We say things and we blurt them out.  We blurt
13   them out because we respond to situations and we respond to
14   emotions, and he had an emotional storm and he was in that
15   emotional storm.
16       We chose you because the government has tremendous
17   power in the case to arrest someone, to charge someone, to
18   put their name in an Indictment and say:  United States vs.
19   Richard Latka.
20       But their power ends there because we have a
21   system in our country where jurors are asked to decide what
22   happened and jurors are asked to decide what really was
23   someone's intent.
24       And you people bring your experience and you bring
25   who you are and you bring your common experience, sense, and

1    you bring your common experience to judge these things.

2         Because police may see things one way and they're

3    trained -- police are trained to be vigilant and maybe to

4    see things in a certain way.  But that only serves them out

5    in the street.

6         And when we come into a courtroom, we need

7    unbiased people to look at things from everyone's point of

8    view and to stand between that tremendous power of the

9    government to arrest someone and charge someone and

10   convicting an innocent person.

11        It's a big job you have.  It's a big job.  But

12   because you know about human nature and because you know

13   about how people act outside, not necessarily when they're

14   on their best behavior when they're on the witness stand,

15   we've asked that you sit here.

16        I won't get a chance to talk to you again and so I

17   hand this responsibility of standing between the power of

18   the government and convicting an innocent man to you people

19   because all these facts show that Mr. Latka did not intend

20   to make a serious threat and he did not intend to impede an

21   investigation; and I ask you to find him innocent as he is.

22        Thank you.

23        THE COURT:   Thank you.

24        We'll take a fifteen-minute break, ladies and

25   gentlemen.   Don't talk about the case or form or express any

```
 1    opinions about the case until it's finally submitted to you.
 2              THE CLERK:  All rise.
 3              (The jurors exited the courtroom.)
 4         (The following was held outside the jury's presence:)
 5              THE COURT:  All right.  You may be seated.
 6              Ms. Weisberg, I assume what you wanted at the end
 7    of the first question was:  "With all of you agreeing to at
 8    least one statement"?
 9              MS. WEISBERG:  Yes.  "One threatening statement."
10              THE COURT:  "One threat"?
11              MS. PALMER:  It should mirror the language that's
12    in the other jury instruction.
13              MS. WEISBERG:  You actually said threatening.  I
14    mean, do you not want to --
15              MS. PALMER:  No.  I want what's in the jury
16    instruction.
17              MS. WEISBERG:  And I didn't do that but --
18              THE COURT:  Well, it should be at least one
19    threat.
20              MS. WEISBERG:  Okay.
21              MS. PALMER:  Well, I think the problem with saying
22    one threat is that the full duplicity and multiplicity is
23    skewed.  We don't want to imply that we've constructively
24    amended the Indictment to include three different threats.
25    It's one threat but three expressions of it.
```

1          THE COURT:   You're going to go with "threatening
2    statement"?
3          MS. PALMER:   The unanimity instruction --
4          THE COURT:   Just answer my question "yes" or "no."
5          MS. PALMER:   No, we just want one statement.
6          THE COURT:   So it's going to be one threatening
7    statement then because --
8          All right.   See you in fifteen minutes.
9                    (Recess.)
10      (The following was held outside the jury's presence:)
11         THE COURT:   Okay.   We're going to bring out the
12   jury.
13         THE CLERK:   All rise.
14           (The jurors entered the courtroom.)
15         THE COURT:   You may be seated.   Everyone is back
16   and we're ready for the government's closing argument.
17   Ms. Palmer.
18                 REBUTTAL ARGUMENT BY MS. PALMER
19         MS. PALMER:   The defense doesn't have to put on a
20   case but they did; and defense counsel said the 911 call is
21   the best evidence of defendant's mind, the window into his
22   mind that day.   And I actually agree.
23         Let's listen to it again.
24               (The recording was played.)
25         MS. PALMER:   This is someone who has to have it

1    his way.  You heard the operator.  She's just trying to do

2    her job.  Is he trying to get help?  There he is trying to

3    get help.  He's being selective about his answers.  He's not

4    telling her who it was, who pulled out a gun on him.

5            Why?  Because he knows the effect that that would

6    have on her.  And when she tries to ask him questions, he

7    gets angry.  He refuses to give her the answer and he says:

8    No, you have to give me the answer.

9            She's just doing her job.  But he won't be

10   challenged.  He gets angry.  He raises his voice and then he

11   screams.  "He said he was from the Department of

12   Agriculture" and slams down the phone.

13           He's a bully.  If he doesn't get his way, he's

14   going to scream at you; and if you're very unlucky, he's

15   going to threaten to kill you.

16           That day Officer Ellsworth was just trying to do

17   his job.  Like that operator.  She's just trying to do her

18   job.  She's remaining calm but she's being persistent.

19           He knew he was a forest service officer.  He said

20   it later in the call but he didn't want to give that

21   information.

22           Why?  Because he was making that call for his own

23   purpose.  He knew that he'd gone too far and he was trying

24   to cover up.  He knew that he had done something wrong.

25           Just like when the officer walked up to him and he

1    immediately knew that trash that he dumped or that someone
2    else dumped that had been at the house and now it was gone,
3    he knew when he saw him that he was in trouble and he was
4    going to do whatever he had to do to get out of trouble.
5         Officer Ellsworth was there to gather information,
6    just like the operator was trying to gather information, and
7    you heard how he treated her.
8         He knows what's happening.  You can tell he knows
9    what's happening.  He's very clear.  He knows where the
10   house is.  He's not in some state where he has no idea
11   what's going on.  He knows where the house is and he knew
12   who the person was but he was being selective because it
13   served his purpose.
14        You heard a lot about anger.  People being
15   frightened.  It's a very common human experience.  People
16   rage all the time at unfair store clerks or bad service.
17   But they don't chase them down in their cars.  They don't
18   run screaming towards them with their fists balled up.  They
19   don't threaten to take their life.
20        The government has to prove its case beyond a
21   reasonable doubt and we embrace that burden.  The Court's
22   instructed you that you must use reason and common sense and
23   your doubt cannot be based on pure speculation.  Think about
24   what is reasonable and use your common sense in thinking
25   about what happened that day.

```
1              I mentioned defendant's multiple statements.   He
2    screamed as he pursued Officer Ellsworth that he was going
3    to kill him.   He screamed it to Officer Ellsworth and he
4    screamed it when he came back.
5              You heard that there was no direct evidence of the
6    threat.   Well, that's simply not true.   Officer Ellsworth
7    told you what happened.   But he's not the only one.   It's
8    not he said-he said.
9              You heard from Russ Tercero and Daniel Haug and
10   there's no allegation that they lied about what they heard,
11   and you also know that the defendant saw them talking to the
12   officer and so he was aware that they had had contact at
13   that time.
14             And you also heard Officer Ellsworth say he
15   followed up with them and they did report the threats to him
16   and how that made him feel when he heard that not only had
17   he threatened him once, he had threatened him thrice.
18             For defendant to be found guilty, you only need to
19   agree as to one of those statements.   The government has
20   proven beyond a reasonable doubt all of the statements.
21             There was a suggestion or an assertion that
22   Officer Ellsworth was lying.   Does that make sense that he
23   would lie about defendant threatening to kill him?
24             Defendant was yelling to everyone else he was
25   going to kill him.   Why wouldn't he say it to the man
```

1    himself?  Did it make sense he would say it to everyone else

2    but not say it to that person?  It doesn't make sense.

3            And why would he think he's going to lose his job?

4    Didn't he do exactly what he should have done?  Which is

5    when someone ran towards him, he protected his life and used

6    as little force as possible, backed away and got out of

7    there.

8            He wasn't pulling out a taser to investigate a

9    trash dump.  He went there thinking it was going to be a

10   ticket.  He pulled out a taser to protect his life.

11           (The exhibit was displayed on the screen.)

12           MS. PALMER:  That's the taser.  Defendant said he

13   was a cop.  He would have known the difference.  And even if

14   he didn't, an officer pulling out a weapon in response to

15   you running towards them like you're going to hit them, is

16   not a reason that you get to pursue the officer, get in your

17   car, bang on the windows so hard that witnesses said they

18   thought they would break, and run him down.

19           It doesn't matter if he thought it was a gun.  You

20   don't get to act that way.  You don't get to threaten

21   people's lives.

22           You heard Officer Ellsworth.  You saw his

23   demeanor.  You heard what he said about how he approaches

24   his job, how he likes to interact with the public, how being

25   polite and courteous gets him a lot farther, gets him more

1    information than being a hard-charging cop.

2              But defense would have it both ways.  On the one

3    hand he's a hard-charging cop, comes in, whips out his taser

4    when nothing has even happened -- or gun.  But then he's

5    suddenly very calm?

6              You heard the other witnesses.  What did they say

7    about the Officer Ellsworth's demeanor?  They were

8    consistent.  Martin True ran into the officer moments before

9    the officer talked to the defendant.

10             And he said, quote, he was very polite and

11   courteous.  Does it make sense that he would go from being

12   very polite and courteous to just whipping out his taser at

13   someone for no reason?  Of course it doesn't.

14             And you heard from Russ Tercero who came out

15   moments after the screaming was heard.  He said the

16   officer's hands were open and he was backing away like this

17   (demonstrating) and that's exactly what Officer Ellsworth

18   testified to.

19             Officer Ellsworth's testimony was the same as so

20   many other witnesses on all of the important points.

21             It was suggested that the officer was really

22   afraid of losing his job.  He said he wasn't.  He said he

23   was actually really proud of himself for how he got out of

24   that situation without it getting worse.

25             He wasn't afraid of losing his job.  Why would an

1    officer lose his job for pulling out a taser in response to

2    someone running towards them with their fists balled up and

3    then running away from the person so he didn't use force, so

4    he didn't take him down?

5            So he didn't shoot him.  So he didn't tase him.

6    He didn't do any of those things because he didn't want to.

7    Because he was trying to do the right thing.

8            Again, remember the defendant's words.  This case

9    isn't just about the words he said.  It's about how he said

10   them, it's about what he did while he was saying them; and

11   what you have to consider is how everyone around him viewed

12   what he was saying.

13           You heard Tercero say he thought that the

14   defendant wanted to do bodily injury to the officer.

15           Let's talk about the ways.  Defendant hasn't

16   testified but a lot of his statements came in through other

17   people.  We already talked about the 911 call and how he's

18   being selective about the information he's giving, about how

19   he screams.

20           Let's talk about these heart palpitations and

21   heart pains he was having.  You heard the paramedic.  He got

22   this ambulance to come and then he refused treatment.  If he

23   was really having a medical emergency, why would he refuse

24   treatment?

25           You heard the other witnesses say he was back at

1    the house.  You heard Tercero say he was back at the house

2    within fifteen minutes of going in the ambulance.

3            You have to use his common sense.  He's trying to

4    cover up something he did wrong.  He's trying to stop the

5    investigation into the trash dump.  He went too far and he's

6    trying to shift the focus away from himself onto anyone else

7    and that person is Chad Ellsworth.

8            Ladies and gentlemen, the defendant did not need

9    to testify and I'm not suggesting by saying his statements

10   that were in the case that he should have testified.

11           I'm saying the statements that were in the case

12   that you were able to hear either from him on the 911 call

13   or from other people, they show what he was doing that day

14   and his intent and knowledge.

15           Now, you heard a lot about motive.  When you look

16   through all of the elements in the jury instructions, you're

17   not going to see that word.  We don't have to prove what

18   exactly what was in his head that day.  That would be

19   impossible.

20           We don't have to prove his purpose either.  You're

21   not going to see that word in any of the jury instructions.

22   What we have to prove is his intent and that when he made

23   the threat he knew that those receiving them would consider

24   them to be a serious threat to commit bodily injury or kill.

25   That's different from purpose.

1        We don't have to prove that he was thoughtful.

2   I'm not sure how one would make a thoughtful threat.  You

3   might think it was careless.  It was.  Threatening to kill

4   someone is careless.  It's always going to be careless.

5   That's fine.

6        You don't have to find that it made sense.

7   Threats don't make sense.  Threatening to kill an officer,

8   it doesn't make sense.

9        You might think it's odd, you might think it's

10  careless but the standard is intent and knowledge; and

11  defendant's words and actions and the reactions of all the

12  people who saw these things show that he intended his

13  statement and that he knew.

14        Whether defendant's decision was smart or rational

15  is irrelevant.

16        Now, you heard that the officer should have told

17  him why he was there.  Use your common sense about that.

18  Does it make sense for the officer to tell him why he's

19  there when the defendant is screaming at him and charging

20  him?  It doesn't make sense.

21        Anger is not an excuse to threaten to kill

22  someone.  Anger is not a defense.  In fact, I think a lot of

23  crimes are committed because people are angry.

24        It's common knowledge.  During the jury selection

25  process, you heard a lot about good cops and bad cops.

1     THE COURT:   Don't talk about jury selection,

2  Ms. Palmer.

3     MS. PALMER:   What type of officer was

4  Chad Ellsworth?  Was he -- did he appear to be a

5  hard-charging person based upon what you viewed and what you

6  heard from other people?

7     People described him as calm and friendly, polite.

8  Look at the facts of the case.  Look at who Chad Ellsworth

9  is.  He started in the rec department.  He liked being

10  outdoors.  He took the job.

11     He had been cleaning bathrooms and picking up

12  trash, and he became a sworn officer and he liked taking

13  care of the forest.  And he was surprised that day.  He

14  wanted to defuse the situation and he was scared.

15     Now, he's a trained professional and trained

16  professionals, like the duck, floating calmly on top of the

17  water but furiously churning underneath, are trained in the

18  face of danger to appear calm.

19     But that doesn't mean that their heart isn't

20  beating -- which he said his was -- out of his chest.  He

21  was scared.  Use your common sense.  Of course he was

22  scared.

23     Defendant was beating on his window right next to

24  him.  He charged him and he was following right behind him.

25  Of course he was scared.

1      It's not a case about defendant and Chad Ellsworth
2  and what they said.  There's a lot of other evidence.  Look
3  at all of the objective facts.  Look at all of the evidence.
4  Think about what all of the witnesses said and how what they
5  said corroborates and supports what Officer Ellsworth said.
6      You heard the defendant is not normal.  Something
7  might be wrong.  I agree.  He's an angry man who threatens
8  to kill someone and that is wrong.  It's illegal.
9      I urge you to think about what happened to
10 Officer Ellsworth that day.  Defendant screamed at him, he
11 ran at him with his fists balled up, he pursued him, he beat
12 on his window in a way that witnesses said they thought it
13 would break, and he threatened to take his life repeatedly.
14     This isn't about the way police see things.  It's
15 about how many witnesses saw this event including
16 Chad Ellsworth and they are all consistent.
17     Ladies and gentlemen, use your common sense.  Use
18 your reason.  Look at the evidence.  Listen to the evidence.
19 And when you do, the only verdict consistent with that
20 evidence and with the law is that defendant is guilty.
21     Thank you.
22          FINAL JURY INSTRUCTIONS BY THE COURT
23          THE COURT:  Ladies and gentlemen, when you begin
24 your deliberations, elect one member of the jury as your
25 foreperson who will preside over the deliberations and speak

1  for you here in court.

2          You will then discuss the case with your fellow

3  jurors to reach agreement if you can do so.  Your verdict,

4  whether guilty or not guilty, must be unanimous.

5          Each of you must decide the case for yourself but

6  you should do so only after you have considered all the

7  evidence, discussed it fully with the other jurors, and

8  listened to the views of your fellow jurors.

9          Do not be afraid to change your opinion if the

10 discussion persuades you that you should.  But do not come

11 to a decision simply because other jurors think it is right.

12         It is important that you attempt to reach a

13 unanimous verdict but, of course, only if you can do so

14 after having made your own conscientious decision.

15         Do not change an honest belief about the weight

16 and effect of the evidence simply to reach a verdict.

17         Because you must base your verdict only on the

18 evidence received in the case and on these instructions, I

19 remind you that you must not be exposed to any other

20 information about the case or to the issues it involves.

21         Except for discussing the case with your fellow

22 jurors during your deliberations, do not communicate with

23 anyone in any way and do not let anyone else communicate

24 with you in any way about the merits of the case or anything

25 to do with it.

1          This includes discussing the case in person, in

2    writing, by phone or electronic means, via e-mail, text

3    messaging, or any Internet chatroom, blog, website, or other

4    feature.

5          This applies to communicating with your family

6    members, your employer, the media or press, and the people

7    involved in the trial.

8          If you are asked or approached in any way about

9    your jury service or anything about this case, you must

10   respond that you have been ordered not to discuss the matter

11   and to report the contact to the Court.

12         Do not read, watch, or listen to any news or media

13   accounts or commentary about the case or anything to do with

14   it.  Do not do any research such as consulting dictionaries,

15   searching the Internet, or using other reference materials;

16   and do not make any investigation or in any other way try to

17   learn about the case on your own.

18         The law requires these restrictions to ensure the

19   parties have a fair trial based on the same evidence that

20   each party has had an opportunity to address.

21         A juror who violate these restrictions jeopardizes

22   the fairness of these proceedings and a mistrial could

23   result that would require the entire trial process to start

24   over.

25         If any juror is exposed to any outside

information, please notify the Court immediately.

Some of you have taken notes during the trial. Whether or not you took notes, you should rely on your own memory of what was said.  Notes are only to assist your memory.  You should not be overly influenced by the notes.

The punishment provided by law for this crime is for the Court to decide.  You may not consider punishment in deciding whether the government has proved its case against Latka beyond a reasonable doubt.

A verdict form has been prepared for you.  After you have reached unanimous agreement on a verdict, your Foreperson should complete the verdict form according to your deliberations, sign and date it, and advise the bailiff that you are ready to return to the courtroom.

If it becomes necessary during your deliberations to communicate with me, you may send a note through the bailiff signed by any one or more of you.

No member of the jury should ever attempt to communicate with me except by a signed writing and I will respond to the jury concerning the case only in writing or here in open court.

If you send out a question, I will consult with the lawyers before answering it which may take some time. You may continue your deliberations while waiting for the answer to any question.

1           Remember that you are not to tell anyone,

2   including me, how the jury stands numerically or otherwise

3   on any question submitted to you including the question of

4   guilt until after you have reached a unanimous verdict or

5   have been discharged.

6           I'm going to send you back to the jury room now

7   and I think we have our exhibits pretty well prepared so

8   we'll be getting you those.

9           I think we've got jury instructions for you.

10  We're doing a little bit of final work on the verdict form,

11  and then that will come in to you too just as soon as we've

12  got that ready.

13          So now I'll ask Ms. Plato to swear in our bailiff.

14              COURT SECURITY OFFICER SWORN

15          THE CLERK:  Yes, Your Honor.

16          Do you solemnly swear to keep this jury together

17  in some private and convenient place; that you'll not permit

18  any person to speak to or communicate with them nor do so

19  yourself unless on order of the Court or to ask whether they

20  have agreed upon a verdict; and that you will return them to

21  court when they have so agreed or when ordered by the Court,

22  so help you God?

23          THE COURT SECURITY OFFICER:  I do.

24          THE COURT:  All right.  You may take charge of the

25  jury.  Do you want the alternate to wait out in the hall?

| | |
|---|---|
| 1 | THE CLERK:  I think he needs to get his stuff. |
| 2 | THE COURT:   You can go in the jury room and pick |
| 3 | up your stuff. |
| 4 | THE CLERK:  Then meet me out here. |
| 5 | THE ALTERNATE JUROR:   Okay. |
| 6 | THE COURT:  But you're still under orders not to |
| 7 | talk to anybody or let anybody talk to you. |
| 8 | And how far are you away from the court? |
| 9 | THE ALTERNATE JUROR:  What do you mean? |
| 10 | THE COURT:  If we let you go, how quickly could |
| 11 | you get back here if we needed you? |
| 12 | THE ALTERNATE JUROR:  I took the train. |
| 13 | THE COURT:  Okay.  Then you'll have to stay then |
| 14 | until we release you. |
| 15 | *(At 10:57 a.m., the jury began deliberations.)* |
| 16 | *(The following was held outside the jury's presence:)* |
| 17 | THE COURT:  All right.  I made the change to the |
| 18 | verdict forms and I'll have my J.A. bring out copies. |
| 19 | *(Court and the clerk conferred.)* |
| 20 | THE COURT:  Was there anything else, Ms. Weisberg, |
| 21 | that you wanted to comment on about the verdict form? |
| 22 | MS. WEISBERG:  Yes, Your Honor. |
| 23 | The language, at least when it comes after, I'm |
| 24 | concerned that the clause actually implies they have to come |
| 25 | to find at least one threatening statement. |

1    THE COURT:  Well, I am too but you're the one that
2    asked for the language so now you need to figure out how to
3    do it.  It's in the instruction.  We can make it -- we can
4    make it a separate sentence that says "In order to find the
5    defendant guilty" --
6         MS. WEISBERG:  "You must all agree on the same
7    threatening statement."
8         THE COURT:  "You must all agree on at least one."
9         MS. WEISBERG:  So they have --
10        MS. PALMER:  Defendant was -- sorry.
11        THE COURT:  Sit down and work it out.  I mean, if
12   you can't work this out, then you've really got problems.
13        MS. BEDNARSKI:  Thank you, Your Honor.
14        THE COURT:  Here.  Let me give you what it looks
15   like now.
16        MS. BEDNARSKI:  Permission to approach?
17        THE COURT:  Yes.
18     (A conference among the attorneys held, not reported.)
19        THE COURT:  All right.  Is that okay?
20        MS. BEDNARSKI:  Yes.
21        MS. PALMER:  Great.
22        There's one problem.  The language at the end
23   should be taken off because we put the --
24        THE COURT:  Oh, yes.
25        MS. PALMER:  That was from the previous version.

```
1          THE COURT:  You're exactly right.
2          MS. BEDNARSKI:  Oh, the afterwards.  Line 6 and 7?
3          THE COURT:  You're exactly right.
4                         (Recess.)
5     (The following was held outside the jury's presence:)
6          THE COURT:  One more time.  All right?
7          MR. KENDALL:  All right with the government.
8          THE COURT:  Ms. Weisberg?
9          MS. WEISBERG:  Looks good.
10         THE COURT:  Ms. Plato, take it away.
11         All right, Ms. Bednarski.
12         MS. BEDNARSKI:  Yes.
13         THE COURT:  How long is it going to take for the
14    jury to send me a note?
15         MS. BEDNARSKI:  Oh, I think we're going to have
16    one within fifteen minutes.
17         THE COURT:  Okay.  Then don't go anywhere.
18         MS. BEDNARSKI:  Asking for a copy or --
19         THE COURT:  I was just going to say if the jury
20    sends out a note asking for Post-its, markers, or Diet Coke,
21    I will not call you.  I will merely answer their request.
22         Anything else, of course, I'll let you know.
23         Make sure Ms. Plato knows how to find you and
24    you're going to stay --
25         MS. BEDNARSKI:  We're going to stay in the
```

1    building.

2              THE COURT:   Okay.   All right.

3              MR. KENDALL:   Your Honor, just one question.   Does

4    the jury deliberate from 8:00 to 2:00 going forward or are

5    they back to a normal schedule?

6              THE COURT:   Are you suggesting that my schedule is

7    abnormal?

8                        *(Laughter.)*

9              MR. KENDALL:   I actually prefer the 8:00 to 2:00

10   so we need to know when we should be on call.

11             THE COURT:   Well, you should not think you're

12   released until you call Ms. Plato and are advised you're

13   released.   Because if they come in at two minutes to 2:00,

14   I'm going to expect you to be getting here.

15             But we did not tell them anything new about the

16   schedule so I'll just wait and see; and sometimes it's

17   shortly before 2:00 and they'll say:   We want to stay

18   another hour so, as I say, check before you leave.

19             MR. KENDALL:   Thank you, Your Honor.

20                        *(Recess.)*

21        *(The following was held outside the jury's presence:)*

22                        JURY NOTE

23             THE COURT:   I should say, as an initial matter,

24   I'm not sure I have any idea what this question means and so

25   I'm not sure that we can formulate an answer to it even

1  if -- I don't want to try to guess at what they're really

2  asking.

3           MS. BEDNARSKI:  I had the same problem when I was

4  reading it, and I think to guess at it then introduces the

5  problem that there's both a subjective element and an

6  objective element involved -- or subjective intent and

7  objective intent involved with respect to different

8  elements.

9           THE COURT:  Yes.  I don't want to start answering

10  a question that maybe they haven't asked.

11           MS. BEDNARSKI:  Right.  I agree.

12           THE COURT:  So what would you propose I say to

13  them?  "Please rephrase your question.  We don't understand

14  it"?

15              (Pause in the proceedings.)

16           MS. BEDNARSKI:  Right.  Something like that.  Like

17  we want to make sure we understand your question.  Can you

18  rephrase it or phrase it in a different way or something?

19           MS. PALMER:  Your Honor, I think -- because the

20  first two elements say Latka -- it's clear that they're

21  asking whether the third element is as to his state of mind

22  or a reasonable person's to which case I think the answer is

23  just no.

24           THE COURT:  Okay.  I'm not going to say that so

25  what is your second choice?

```
 1          MS. PALMER:  I mean fine if you want to have them
 2   rephrase.
 3          THE COURT:  I think that's safer because I don't
 4   think it's at all clear; and if it were clear, they wouldn't
 5   be asking the question and, therefore, I would be answering
 6   a question that I'm not at all sure they've asked.
 7          So I'll just use Ms. Bednarski's.  "We want to be
 8   sure we understand your question.  Please state it in a
 9   different way."
10          All right.  I'm just going to go type that out and
11   then send it to them.
12                         (Recess.)
13       (The following was held outside the jury's presence:)
14               (Judge hands document to counsel.)
15          MS. BEDNARSKI:  That's fine with me.
16          MS. PALMER:  That's fine with us.
17          THE CLERK:  I'll give it to the bailiff.
18           (Counsel and her client conferred.)
19               (Pause in the proceedings.)
20          THE COURT:  Ms. Plato.
21          THE CLERK:  Yes, Your Honor.
22          THE COURT:  This (indicating) is in your custody.
23             (Court and the clerk conferred.)
24          THE COURT:  Don't go anywhere.  I'll let you know
25   when we have another note.
```

```
 1                        (Recess.)
 2        (The following was held outside the jury's presence:)
 3              THE COURT:   The jury has advised the bailiff that
 4     they do not need an answer to the question.
 5              MS. BEDNARSKI:   Excellent.   Glad we didn't try to
 6     answer it, then.
 7              THE COURT:   They may have been knocking again.   I
 8     heard some noise so don't go anywhere until we figure it
 9     out.   Hang around another ten or fifteen minutes.
10                        (Recess.)
11        (The following was held outside the jury's presence:)
12              THE COURT:   All right.   Everybody is here.
13              Deb, will you have the bailiff bring out the
14     jurors.   Thank you.
15                  (The jurors entered the courtroom.)
16              THE COURT:   You may be seated.
17              Everyone is present.   And who is our Foreperson?
18              THE FOREPERSON:   (Raises hand.)
19              THE COURT:   And I understand the jury has reached
20     a unanimous verdict?
21              THE FOREPERSON:   Yes.
22              THE COURT:   Would you hand that form to the
23     bailiff, please.
24                  (The Foreperson complies.)
25
```

1          VERDICT

2          THE COURT:   The verdict form reads:

3          "United States of America vs. Richard Douglas

4     Latka, CR 15-95.

5          "We, the jury, unanimously find beyond a

6     reasonable doubt with respect to the same statement or

7     statements, defendant Richard Douglas Latka guilty of

8     threatening a federal law enforcement officer."

9          The jury then proceeded to the second question.

10         "We, the jury, unanimously find beyond a

11    reasonable doubt that defendant Richard Douglas Latka

12    threatened United States Forest Service law enforcement

13    officer Chad Ellsworth with murder and assault."

14         Both lines are checked and it's signed and dated

15    by the Foreperson.

16         Ladies and gentlemen, is this your verdict and

17    answer to the question?

18         THE JURORS:   Yes.

19         THE COURT:   Would counsel like to have the jury

20    polled?

21         MS. BEDNARSKI:   I would.

22         THE COURT:   All right.

23         Ladies and gentlemen, I'm going to ask each of you

24    separately whether this is your verdict, that is, guilty and

25    your answer to the question that is both murder and assault.

1           Juror No. 1?

2           JUROR NO. 1:   Yes.

3           THE COURT:   Juror No. 2?

4           JUROR NO. 2:   Yes.

5           THE COURT:   Juror No. 3?

6           JUROR NO. 3:   Yes.

7           THE COURT:   Juror No. 4?

8           JUROR NO. 4:   Yes.

9           THE COURT:   Juror No. 5?

10          JUROR NO. 5:   Yes.

11          THE COURT:   Juror No. 6?

12          JUROR NO. 6:   Yes.

13          THE COURT:   Juror No. 7?

14          JUROR NO. 7:   Yes.

15          THE COURT:   Juror No. 8?

16          JUROR NO. 8:   Yes.

17          THE COURT:   Juror No. 9?

18          JUROR NO. 9:   Yes.

19          THE COURT:   Juror No. 10?

20          JUROR NO. 10:   Yes.

21          THE COURT:   Juror No. 11?

22          JUROR NO. 11:   Yes.

23          THE COURT:   Juror No. 12?

24          JUROR NO. 12:   Yes.

25          THE COURT:   Is there any reason why the jury

1   should not be discharged?

2           MS. BEDNARSKI:   No.

3           MS. PALMER:   No, Your Honor.

4           THE COURT:   Members of the jury, you've now

5   completed your service as jurors on this case; and on behalf

6   of the United States District Court and all of us here, I

7   want to thank you for contributing to the administration of

8   justice in our community.

9           We all realize that it's an imposition to ask you

10  to serve as jurors and we want to thank you for taking the

11  time to do that.

12          I hope you, especially those of you who haven't

13  served as jurors before, now realize how important it is to

14  our system and that our system couldn't function without

15  citizens like you who are willing to take the time to serve

16  and we want you to know that we appreciate that.

17          You are no longer under orders not to speak to

18  anyone about the case.   You now have the absolute right to

19  discuss or not to discuss the jury deliberations or verdict

20  with anyone.

21          If you choose to do that, please remember that the

22  proceedings have been very important to the parties and the

23  attorneys as they were for you.   So please respect your

24  fellow jurors and their privacy and the views that they

25  shared in the jury room.

1          And I suggest that you not say anything that you

2     would not be willing to say in open court and under oath.

3          Attorneys often appreciate any comments you might

4     have that might assist them in the future.   That's purely

5     voluntary.   You don't have to speak to them if you don't

6     want to.

7          If you are willing to speak to them, you can wait

8     outside in the hall after you leave and they can join you

9     outside but, as I said, you are certainly not required to do

10    that.

11         Again, thank you for your service.   You can go

12    back in the jury room and pick up any of your items and

13    Ms. Plato will hand you some certificates that we have to

14    show you how much we appreciate your service.

15         Thanks again.   You're excused.

16              *(The jurors exited the courtroom.)*

17        *(The following was held outside the jury's presence:)*

18         THE COURT:   All right.   The defendant is remanded.

19         Ms. Bednarski, I assume you want to file something

20    in writing?   Or I shouldn't assume things.

21         MS. BEDNARSKI:   It would be nice to have some time

22    to consider that, whether I do or don't, so an extension

23    would be helpful.

24         THE COURT:   Okay.   What would you like?

25         MS. BEDNARSKI:   Maybe three weeks.

```
 1            THE COURT:  All right.  An extension of three
 2   weeks to file any post-trial motions.
 3            Government have any objection?
 4            MS. PALMER:  No, Your Honor.
 5            THE COURT:  All right.  Why don't we do that.  We
 6   probably should also set a sentencing date.  Is that --
 7            MS. BEDNARSKI:  Yes.
 8            THE COURT:  We usually do a minimum of 16 weeks
 9   just to make sure everybody has time if that will be enough
10   or --
11            MS. BEDNARSKI:  I think because there's so much
12   work has already been done on mitigation, my suggestion
13   would be 12 if we can; and then if it's not enough, we can
14   file a stip.  But I think more so than any other case I
15   think mitigation work is really already done.
16            THE COURT:  Yes, I think you're right.  So that
17   would be the end of January, beginning of February.  I'm not
18   here the first couple of days in February so we could do
19   it --
20            MS. BEDNARSKI:  Could you do it January 28$^{th}$?
21   Are you here the end of that week?  I think that's around 12
22   or 13 weeks if I'm counting right.
23            THE COURT:  That's not a Monday; right?  Or am I
24   looking at the wrong year?
25            MS. BEDNARSKI:  The 25$^{th}$ would be a Monday.
```

```
 1    Would you be here?  Would that be the last day before you go

 2    off?

 3               THE COURT:  Yes.  Don't make it sound like it's

 4    fun.  It's that committee again.

 5               Yes, we can go out to the 25th.

 6               MS. BEDNARSKI:  Okay.

 7               THE COURT:  Do you want to do that?  We can do

 8    that.  Does that work for the government?

 9               MS. PALMER:  That's fine, Your Honor.

10               THE COURT:  January 25th.  Why don't we make it

11    at, say, 10:00?

12               MS. BEDNARSKI:  Yes.

13               THE COURT:  All right.  Is there anything else?

14               MS. BEDNARSKI:  No, there's not.

15               THE COURT:  Government?

16               MS. PALMER:  No, Your Honor.

17               THE COURT:  All right.  Thank you.

18               THE DEFENDANT:  Your Honor --

19               THE COURT:  Yes.

20               THE DEFENDANT:  -- can I say something?

21               THE COURT:  I think it's better if you talk to

22    Ms. Bednarski.

23               THE DEFENDANT:  I wanted to address you.  I'd like

24    to address you.

25               MS. BEDNARSKI:  We're going to actually go right
```

1    down to the lockup on the third floor.

2              THE COURT:  Okay.

3              THE DEFENDANT:  Can I address you?

4              THE COURT:  No.  It's really Ms. Bednarski that

5    decides those things.

6              Thank you, everyone.

7              (At 1:34 p.m. proceedings were concluded.)

8

9                          -o0o-

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CERTIFICATE

2

3         I, PAT CUNEO, CSR 1600, hereby certify that

4    pursuant to Section 753, Title 28, United States Code, the

5    foregoing is a true and correct transcript of the

6    stenographically reported proceedings held in the

7    above-entitled matter and that the transcript page format is

8    in conformance with the regulations of the Judicial

9    Conference of the United States.

10

11   Date:  May 30, 2016

12

13

14

15

16                          /s/ PAT CUNEO                    _

17                          PAT CUNEO, OFFICIAL REPORTER
                            CSR NO. 1600
18

19

20

21

22

23

24

25

**JUROR NO. 10: [1]** 597/19
**JUROR NO. 11: [1]** 597/21
**JUROR NO. 12: [1]** 597/23
**JUROR NO. 1: [1]** 597/1
**JUROR NO. 2: [1]** 597/3
**JUROR NO. 3: [1]** 597/5
**JUROR NO. 4: [1]** 597/7
**JUROR NO. 5: [1]** 597/9
**JUROR NO. 6: [1]** 597/11
**JUROR NO. 7: [1]** 597/13
**JUROR NO. 8: [1]** 597/15
**JUROR NO. 9: [1]** 597/17
**MR. KENDALL: [11]** 500/8 500/14
501/13 501/22 517/11 519/9 520/10
591/6 592/2 592/8 592/18
**MS. BEDNARSKI: [57]** 501/12 501/24
502/7 513/14 513/19 513/21 514/2
515/24 516/1 516/14 516/19 516/23
516/25 517/3 517/6 517/13 517/16
517/20 519/2 520/8 520/19 521/12
543/3 546/24 547/1 550/12 553/21
556/15 557/23 558/6 562/18 565/14
590/12 590/15 590/19 591/1 591/11
591/14 591/17 591/24 593/2 593/10
593/15 594/14 595/4 596/20 598/1
599/20 599/24 600/6 600/10 600/19
600/24 601/5 601/11 601/13 601/24
**MS. PALMER: [47]** 500/7 500/16
500/24 501/3 502/1 502/5 502/22
502/25 504/19 505/7 506/16 507/5
507/11 508/7 508/14 510/17 510/25
512/6 512/8 512/20 513/11 514/3 514/8
514/11 514/18 532/13 543/9 562/16
573/10 573/14 573/20 574/2 574/4
574/18 574/24 578/11 583/2 590/9
590/20 590/24 593/18 593/25 594/15
598/2 600/3 601/8 601/15
**MS. WEISBERG: [49]** 500/5 501/7
501/17 501/20 502/12 502/16 502/19
503/14 504/8 504/16 505/10 505/16
505/21 505/23 506/7 506/11 506/21
507/2 507/6 507/8 507/10 507/14
507/17 507/19 507/23 508/24 509/10
509/18 509/21 509/24 510/1 510/8
511/6 512/10 513/4 513/8 514/19
514/22 515/1 515/4 515/6 573/8 573/12
573/16 573/19 589/21 590/5 590/8
591/8
**THE ALTERNATE JUROR: [3]** 589/4
589/8 589/11
**THE CLERK: [12]** 515/14 515/16
518/1 521/7 521/13 573/1 574/12
588/14 588/25 589/3 594/16 594/20
**THE COURT SECURITY OFFICER:
[1]** 588/22
**THE COURT: [170]**
**THE DEFENDANT: [4]** 601/17 601/19
601/22 602/2
**THE FOREPERSON: [2]** 595/17
595/20
**THE JURORS: [1]** 596/17
**THE WITNESS: [1]** 520/14

**-**

**-oOo [2]** 500/2 602/9

**/**

**/s [1]** 603/16

**1**

**10 [1]** 597/19
**10:00 [1]** 601/11
**10:57 [1]** 589/15
**11 [2]** 507/20 597/21
**12 [3]** 597/23 600/13 600/21
**12th [1]** 518/9
**13 [4]** 507/5 507/8 558/7 600/22
**14 [1]** 558/22
**15 [1]** 553/1
**15-95 [1]** 497/8
**16 [3]** 507/10 507/11 600/8
**1600 [3]** 497/21 603/3 603/17
**1782 [1]** 497/24
**18 [5]** 505/1 505/2 507/24 508/12
509/11
**181-E [1]** 497/23
**19 [1]** 511/8
**1:34 [1]** 602/7

**2**

**20 [2]** 512/12 552/23
**20 feet [1]** 552/24
**2008 [1]** 562/10
**2009 [1]** 562/11
**2014 [1]** 518/9
**2015 [2]** 497/17 500/1
**2016 [1]** 603/11
**213-894-1782 [1]** 497/24
**23 [1]** 504/11
**230 [1]** 498/9
**234 [1]** 498/9
**25 [1]** 553/2
**255 [1]** 497/22
**25th [2]** 600/25 601/5 601/10
**28 [1]** 603/4
**28th [1]** 600/20
**29 [3]** 497/17 499/7 500/1
**2:00 [4]** 592/4 592/9 592/13 592/17

**3**

**30 [4]** 512/6 556/8 569/14 603/11
**30 feet [2]** 552/23 552/24
**312 [1]** 498/5
**35 [1]** 561/4

**4**

**40 [1]** 561/4
**40 feet [1]** 569/14
**43611 [3]** 533/11 554/12 554/12
**497 [1]** 497/19

**5**

**502 [1]** 499/3
**504 [1]** 553/23
**506 [1]** 564/19
**515 [1]** 516/3
**5150 [3]** 503/18 506/5 556/9
**516 [3]** 499/4 516/16 516/18
**517 [3]** 499/5 499/6 499/7
**521 [1]** 499/8
**532 [1]** 499/9
**547 [1]** 499/10
**574 [1]** 499/11
**584 [1]** 499/12

**592 [1]** 499/13
**594 [1]** 499/14

**6**

**603 [1]** 497/19
**626-844-7660 [1]** 498/10

**7**

**753 [1]** 603/4
**7660 [1]** 498/10
**7:45 [1]** 501/7
**7:46 [2]** 497/17 500/1
**7th [1]** 569/6

**8**

**8:00 [2]** 592/4 592/9
**8th [3]** 560/15 561/8 565/13

**9**

**90012 [2]** 497/23 498/6
**911 [23]** 501/19 516/3 517/4 537/17
538/17 542/2 548/7 549/11 549/12
549/15 553/20 554/4 557/3 557/3 557/7
559/1 559/12 567/16 567/17 570/16
574/20 580/17 581/12
**91101 [1]** 498/10
**95 [2]** 497/8 596/4

**A**

**a.m [3]** 497/17 500/1 589/15
**aback [1]** 534/15
**ability [2]** 524/7 529/2
**able [4]** 504/25 510/10 539/1 581/12
**abnormal [1]** 592/7
**about [104]** 510/7 510/23 511/10
512/6 515/10 515/12 518/14 518/16
525/13 533/17 533/18 536/9 537/9
537/12 541/18 541/20 543/21 545/9
545/18 546/1 546/13 547/12 547/22
547/25 548/10 548/11 548/12 548/18
548/20 548/20 548/23 550/2 550/6
550/25 552/3 552/12 552/24 552/24
553/14 555/19 555/23 556/2 556/17
560/7 560/8 560/16 560/17 560/18
561/20 562/9 564/2 564/16 565/11
565/16 567/12 567/13 567/13 568/5
568/6 568/23 569/13 569/17 570/10
570/18 570/25 572/12 572/13 572/25
573/1 575/3 576/14 576/23 576/25
577/10 577/23 578/23 579/7 580/9
580/9 580/10 580/15 580/17 580/18
580/18 580/20 581/15 582/17 582/25
583/1 584/1 584/4 584/9 584/14 584/15
585/15 585/20 585/24 586/8 586/9
586/13 586/17 589/21 592/15 598/18
**above [1]** 603/7
**above-entitled [1]** 603/7
**absolute [2]** 522/15 598/18
**absolutely [1]** 506/10
**accept [1]** 526/3
**accident [1]** 557/16
**accomplishes [1]** 504/12
**according [2]** 568/10 587/12
**account [1]** 524/6
**accounts [1]** 586/13
**across [14]** 551/24 552/5 552/6 553/4
553/10 555/21 556/17 556/19 556/22
559/10 563/10 564/22 569/15 570/10

**A**

act [3]  555/16 572/13 578/20

acted [5]  505/5 531/16 543/13 544/2 563/22

acting [4]  519/24 551/8 555/13 557/6

actions [6]  512/15 540/18 542/18 544/7 545/4 582/11

acts [2]  551/9 551/10

actual [1]  516/8

actually [8]  506/19 545/1 573/13 574/22 579/23 589/24 592/9 601/25

add [2]  508/1 509/9

addition [2]  523/17 527/1

address [10]  514/9 514/10 519/2 519/2 550/5 554/9 586/20 601/23 601/24 602/3

addressed [1]  533/10

addresses [1]  551/18

administration [1]  598/7

admit [1]  516/2

admitted [2]  504/21 505/13

admonish [1]  514/13

advanced [1]  535/10

advise [1]  587/13

advised [2]  592/12 595/3

affect [1]  529/25

affected [2]  535/1 546/2

aforethought [3]  531/10 531/11 544/25

afraid [24]  536/11 536/11 537/1 537/9 544/9 544/10 548/10 548/15 563/20 564/10 564/15 564/17 565/7 565/9 565/25 566/4 566/6 566/8 566/11 567/5 570/8 579/22 579/25 585/9

after [18]  500/18 500/25 509/4 527/13 527/17 546/3 546/15 549/14 553/13 557/7 561/5 579/15 585/6 585/14 587/10 588/4 589/23 599/8

afterwards [1]  591/2

again [27]  500/14 511/20 514/16 531/23 536/20 537/20 538/3 539/22 540/13 542/8 542/16 542/17 542/21 543/10 543/16 544/7 545/1 549/6 555/13 557/25 572/16 574/23 580/8 595/7 599/11 599/15 601/4

against [3]  500/22 568/18 587/8

agency [2]  529/16 568/17

agent [2]  529/15 561/22

agents [2]  550/14 557/17

agitated [1]  557/11

ago [2]  519/19 539/4

agree [15]  504/25 505/8 507/6 509/1 511/22 522/2 530/10 530/12 530/25 574/22 577/19 584/7 590/6 590/8 593/11

agreed [2]  502/19 522/24 526/15 588/20 588/21

agreeing [2]  515/8 573/7

agreement [2]  585/3 587/11

Agriculture [2]  538/19 575/12

ahead [4]  510/7 514/7 515/6 549/9

Air [1]  505/15

Alfredo [4]  533/10 534/8 534/11 534/11

Alfredo Morales [2]  533/10 534/8

all [105]  501/12 501/15 505/9 506/21 507/14 508/3 508/18 510/7 510/25

511/4 512/22 513/8 513/18 515/17 515/23 517/4 517/9 520/13 520/24 521/8 521/12 521/14 521/17 521/21 521/24 522/9 522/10 524/17 526/2 527/7 527/12 527/14 527/18 529/7 530/7 531/19 531/20 532/25 533/10 538/3 539/4 539/9 539/13 540/2 540/4 540/4 543/2 543/3 545/24 545/25 546/1 546/4 549/7 550/5 550/8 553/3 555/3 555/14 556/12 557/9 558/9 558/15 559/5 560/19 563/21 563/21 570/12 570/17 572/19 573/2 573/5 573/7 574/8 574/13 576/16 577/20 579/20 581/16 582/11 584/3 584/3 584/4 584/16 585/6 588/24 589/17 590/6 590/8 590/19 591/6 591/7 591/11 592/2 594/4 594/6 594/10 595/12 596/22 598/6 598/9 599/18 600/1 600/5 601/13 601/17

allegation [1]  577/10

alleged [8]  528/20 530/4 530/6 530/11 530/14 530/15 530/17 530/20

alone [2]  566/7 571/9

along [1]  516/5

already [6]  514/18 534/16 538/2 580/17 600/12 600/15

also [11]  503/18 509/11 522/1 530/21 533/24 541/2 544/10 544/20 577/11 577/14 600/6

alternate [4]  513/25 513/25 515/19 588/25

Although [2]  523/6 526/1

Alvarez [1]  556/4

always [1]  582/4

am [3]  533/25 590/1 600/23

ambulance [2]  580/22 581/2

amended [1]  573/24

AMERICA [2]  497/6 596/3

among [2]  504/6 590/18

amount [1]  518/24

Angeles [4]  497/15 497/23 498/6 500/1

anger [3]  576/14 582/21 582/22

angry [6]  555/9 569/8 575/7 575/10 582/23 584/7

another [12]  504/13 521/4 525/17 559/25 562/23 563/14 563/16 566/13 566/21 592/18 594/25 595/9

answer [17]  546/15 546/16 548/14 548/17 561/14 562/21 574/4 575/7 575/8 587/25 591/21 592/25 593/22 595/4 595/6 596/17 596/25

answering [4]  554/20 587/23 593/9 594/5

answers [5]  523/7 550/19 551/13 570/2 575/3

anticipation [1]  503/10

Anxious [1]  556/11

any [57]  501/5 503/13 508/13 508/17 513/10 513/24 517/10 522/5 522/12 522/18 522/19 522/19 522/22 522/23 523/15 524/2 524/5 524/12 524/13 524/18 525/19 525/22 526/4 526/20 527/2 529/14 529/18 530/14 558/20 566/24 568/12 569/7 572/25 580/6 581/21 585/19 585/23 585/24 586/3 586/8 586/12 586/14 586/16 586/16 586/25 586/25 587/17 587/25 588/3 588/18 592/24 597/25 599/3 599/12

600/2 600/3 600/14

anybody [2]  585/7 589/7

anyone [8]  513/24 518/14 581/6 585/23 585/23 588/1 598/18 598/20

anything [19]  502/16 508/11 515/23 522/12 523/20 543/6 549/19 550/24 550/25 567/8 568/22 585/24 586/9 586/13 589/20 591/22 592/15 599/1 601/13

anyway [1]  512/2

anywhere [4]  555/5 591/17 594/24

apologize [2]  505/24 521/5

apparently [1]  563/19

appeal [2]  497/14 508/14

appear [2]  583/4 583/18

APPEARANCES [1]  498/1

appears [1]  526/12

applies [2]  521/22 586/5

apply [2]  522/1 537/24

appreciate [3]  598/16 599/3 599/14

approach [4]  516/21 520/16 534/1 590/16

approached [1]  586/8

approaches [1]  578/23

are [87]  500/6 501/4 502/18 503/20 506/4 506/17 507/1 510/25 512/13 512/21 513/5 514/21 518/3 519/17 520/14 521/12 522/10 522/21 522/22 523/2 523/3 523/5 523/6 523/8 523/21 523/25 525/18 525/24 527/14 527/18 531/19 532/17 534/8 534/13 534/13 534/21 537/22 538/2 538/22 539/9 545/8 545/11 545/15 547/3 547/5 547/8 547/9 547/13 547/15 548/25 550/20 550/22 552/2 552/3 552/3 555/14 556/5 556/6 557/17 559/3 561/19 563/2 566/17 567/10 567/11 571/21 571/22 571/25 572/3 582/23 582/23 583/17 584/16 586/8 587/4 587/14 588/1 589/8 592/4 592/6 592/12 596/14 598/15 598/17 599/7 599/9 600/21

area [3]  565/1 565/3 569/14

aren't [1]  512/17

argue [3]  510/10 510/20 513/6

arguing [1]  510/16

argument [18]  499/9 499/10 499/11 510/7 510/16 520/19 531/24 532/10 532/10 532/11 532/13 547/1 547/11 547/24 548/16 551/17 574/16 574/18

arguments [5]  521/2 523/5 523/10 531/21 531/25

arise [1]  527/11

armed [1]  551/24

around [13]  535/22 542/21 547/10 549/10 550/16 556/12 557/9 562/2 564/15 570/1 580/11 595/9 600/21

arrest [5]  564/7 568/24 570/18 571/7 572/9

arrested [2]  554/15 561/2

arrived [2]  532/23 560/18

arrives [1]  557/6

arriving [2]  522/18

as [81]  501/15 503/25 504/1 504/2 504/2 504/7 504/22 505/25 506/23 508/2 509/17 510/23 511/9 515/8 516/16 516/22 518/3 522/1 522/2 522/12 523/13 523/25 524/22 525/6

## A

**as... [57]** 525/12 526/15 526/17 528/4 528/8 528/16 530/10 531/20 532/8 532/21 533/15 535/15 535/15 536/17 537/4 537/16 538/21 539/9 539/9 539/20 539/24 541/12 542/6 542/14 543/17 544/21 545/16 546/13 552/11 551/1 555/16 556/3 556/8 556/9 557/8 558/14 558/25 569/22 572/21 577/2 577/19 578/6 578/6 579/19 583/7 584/24 586/14 588/11 588/11 592/18 592/23 593/21 598/5 598/10 598/13 598/23 599/9
**aside [2]** 545/9 545/16
**ask [13]** 502/2 503/3 504/20 507/20 514/12 521/4 549/21 572/21 575/6 588/13 588/19 596/23 598/9
**asked [15]** 512/3 520/18 546/9 546/16 546/17 547/20 550/4 550/22 571/21 571/22 572/15 586/8 590/2 593/10 594/6
**asking [17]** 543/25 549/17 549/17 551/5 557/1 557/3 560/7 561/20 568/24 568/24 568/25 569/2 591/18 591/20 593/2 593/21 594/5
**assault [11]** 515/12 528/1 530/23 531/2 538/1 544/15 544/20 546/18 546/22 596/13 596/25
**assaulted [3]** 569/1 569/1 570/19
**assertion [1]** 577/21
**assess [1]** 539/11
**assist [3]** 516/8 587/4 599/4
**ASSISTANT [1]** 498/4
**assume [3]** 573/6 599/19 599/20
**at [112]**
**attack [1]** 557/17
**attempt [2]** 585/12 587/18
**attention [2]** 521/18 553/16
**attorney [2]** 498/2 531/24
**attorneys [10]** 498/4 498/8 521/2 531/23 532/3 532/6 543/7 590/18 598/23 599/3
**audio [2]** 516/3 516/13
**authority [1]** 541/11
**authorized [1]** 529/16
**available [2]** 521/23 526/14
**avoid [1]** 541/21
**aware [1]** 577/12
**away [26]** 521/3 536/14 537/17 541/16 541/19 544/2 544/13 549/13 552/23 553/2 559/23 560/9 564/8 564/17 564/18 565/25 566/2 566/6 570/4 570/8 578/6 579/16 580/3 581/6 589/8 591/10

## B

**back [27]** 503/6 513/17 513/21 517/13 521/6 521/17 521/17 536/6 537/16 537/18 552/21 554/13 557/5 557/7 564/2 566/6 567/2 571/4 571/6 574/15 577/4 580/25 581/1 588/6 589/11 592/5 599/12
**backed [2]** 535/12 578/6
**backing [1]** 579/16
**backs [1]** 567/3
**backup [1]** 563/24
**backwards [3]** 535/17 536/2 536/5
**bad [3]** 562/10 576/16 582/25

**badge [1]** 569/25
**bailiff [7]** 587/13 587/17 588/13 594/17 595/3 595/13 595/23
**Bald [1]** 562/25
**ball [1]** 508/4
**balled [5]** 535/10 568/10 576/18 580/2 584/11
**bang [2]** 536/8 578/17
**banged [1]** 541/13
**banging [3]** 536/6 536/7 536/10 563/15 563/17
**Bar [3]** 553/25 554/1 565/22
**base [1]** 585/17
**based [6]** 508/11 527/9 527/10 576/23 583/5 586/19
**basically [1]** 562/19
**basis [2]** 506/11 506/13
**bathrooms [1]** 533/6 583/11
**be [98]** 501/18 503/4 503/4 503/21 503/24 505/9 506/3 506/6 508/20 508/20 509/2 509/13 510/4 510/10 510/21 512/20 512/25 513/13 514/17 515/22 516/7 516/23 517/18 519/25 521/23 522/5 522/17 525/11 525/19 525/20 526/13 526/24 527/22 528/2 528/3 528/6 530/6 535/4 537/13 539/24 541/10 542/6 542/12 542/14 542/20 542/23 546/9 546/13 546/16 546/17 547/6 547/20 550/4 554/24 558/12 558/13 558/19 566/14 566/14 566/16 568/25 569/5 572/3 573/5 573/18 574/6 574/15 575/9 576/23 577/18 578/9 581/18 581/24 582/4 583/4 584/7 585/4 585/9 585/19 587/5 588/8 590/23 592/10 592/14 594/5 594/5 594/7 595/16 598/1 599/2 599/21 599/23 600/9 600/13 600/17 600/25 601/1 601/1
**bear [1]** 524/18
**beat [1]** 584/11
**beating [2]** 583/20 583/23
**became [3]** 551/2 562/3 583/12
**because [75]** 500/20 503/8 504/14 504/24 507/21 508/10 508/21 510/11 510/21 512/3 512/17 514/16 515/11 518/17 533/23 534/24 535/5 535/19 535/23 536/3 538/9 547/17 547/18 547/21 548/17 551/5 552/12 552/20 553/22 554/13 559/3 560/6 560/8 560/15 560/24 561/21 562/13 562/20 562/21 563/1 563/5 563/12 564/10 566/8 566/11 566/12 567/23 568/3 569/1 569/8 569/12 569/20 570/7 570/9 571/13 571/16 571/20 572/2 572/12 572/12 572/19 574/7 575/5 575/22 576/12 580/6 580/7 582/23 585/11 585/17 590/23 592/13 593/19 594/3 600/11
**becomes [1]** 587/15
**BEDNARSKI [11]** 498/7 498/7 499/10 501/5 515/23 546/24 547/1 591/11 599/19 601/22 602/4
**Bednarski's [1]** 594/7
**Bee [2]** 559/24 565/20
**been [35]** 499/19 503/12 503/13 503/16 504/21 505/13 511/4 512/22 516/16 520/25 525/23 526/6 526/16 526/17 529/7 533/5 533/7 535/18 539/4

**556/6 561/1 561/8 561/9 561/10 561/25 560/5 568/6 576/2 583/7 586/19 587/10 588/5 595/7 598/22 600/12**
**before [18]** 501/1 501/5 509/12 514/8 518/13 533/4 533/7 533/20 536/24 541/23 561/25 562/1 579/8 587/23 592/17 592/18 598/13 601/1
**began [3]** 532/20 561/15 589/15
**begin [1]** 584/23
**beginning [3]** 522/8 570/13 600/17
**behalf [1]** 598/5
**behavior [12]** 503/19 503/19 550/6 551/11 562/6 564/13 564/14 564/14 566/4 566/5 571/7 572/14
**behind [3]** 536/22 537/14 583/24
**being [15]** 504/24 518/11 521/3 559/6 559/7 570/18 575/3 575/18 576/12 576/14 578/24 579/1 579/11 580/18 583/9
**belief [1]** 585/15
**believability [1]** 524/18
**believable [1]** 525/8
**believe [6]** 523/24 523/25 524/3 530/14 530/16 549/18
**bench [1]** 520/17
**Bernardino [1]** 532/22
**beside [1]** 556/10
**besides [2]** 567/7 567/8
**best [4]** 549/13 551/11 572/14 574/21
**better [8]** 500/15 504/18 506/20 512/5 535/8 553/24 562/4 601/21
**between [8]** 524/20 525/20 537/7 531/1 567/9 570/5 572/8 572/17
**beyond [31]** 505/5 511/4 511/12 526/25 527/4 527/5 527/7 527/14 527/19 527/24 529/8 529/9 529/19 530/8 530/20 530/22 531/1 531/3 531/8 531/16 537/24 539/25 544/16 546/10 558/9 569/24 576/20 577/20 587/9 596/5 596/10
**bias [1]** 524/13
**Bible [1]** 533/17
**big [8]** 552/20 559/23 560/3 560/4 569/13 570/12 572/11 572/11
**billy [1]** 551/22
**bit [3]** 537/16 539/3 588/10
**bizarre [1]** 550/6
**black [2]** 552/2 553/4
**blah [3]** 511/12 511/13 511/13
**blocks [2]** 547/9 556/25
**blog [1]** 586/3
**blue [1]** 556/25
**blurt [5]** 555/3 555/6 555/7 571/12 571/12
**bodily [11]** 528/15 531/5 539/18 539/19 540/15 542/1 542/7 544/18 558/24 580/14 581/24
**body [6]** 551/24 552/5 552/7 552/16 553/4 553/10
**book [1]** 516/21
**borrow [2]** 557/2 559/11
**both [14]** 502/19 503/17 525/18 546/19 552/2 552/2 552/3 552/3 552/4 565/15 579/2 593/5 596/14 596/25
**bottom [7]** 502/14 551/25 552/1 560/14 565/11 565/12 566/23
**Boulevard [1]** 498/9
**brain [1]** 503/11

**B**

**break [7]** 520/21 536/10 541/14 562/12
572/24 578/18 584/13
**breaks [1]** 537/7
**brief [1]** 501/17
**bring [8]** 521/6 571/24 571/24 571/25
572/1 574/11 589/18 595/13
**Briot [8]** 500/9 500/17 500/24 517/13
518/1 518/8 568/22 570/24
**broken [1]** 556/6
**building [2]** 497/22 592/1
**bulge [1]** 568/11
**bully [1]** 575/13
**burden [2]** 527/3 576/21
**business [3]** 535/24 561/23 562/15
**businesses [2]** 554/3 567/15
**but [73]** 501/2 504/4 504/9 504/18
505/9 507/21 509/2 510/21 511/13
512/4 516/8 521/5 521/18 523/12
529/11 532/1 532/20 534/3 534/25
535/14 538/16 539/4 540/2 541/8
544/20 545/2 545/15 546/9 546/19
547/21 548/14 550/15 551/11 552/12
552/19 553/25 557/24 560/14 561/10
563/4 564/11 564/17 566/12 568/14
569/9 570/8 571/20 572/4 572/11
573/17 573/25 574/20 575/9 575/18
575/20 576/12 576/17 577/7 578/2
579/2 579/4 580/16 582/10 583/17
583/19 585/5 585/10 585/13 589/6
590/1 592/15 599/9 600/14
**but more [1]** 504/4
**bystanders [2]** 536/15 536/17

**C**

**CA [1]** 497/23
**CAITLIN [1]** 498/8
**CALIF [1]** 500/1
**CALIFORNIA [4]** 497/2 497/15 498/6
498/10
**call [28]** 500/11 500/11 500/24 514/1
514/2 516/4 517/5 518/9 518/13 520/2
538/17 548/7 553/20 557/2 557/3 557/7
563/24 563/24 567/16 567/17 574/20
575/20 575/22 580/17 581/12 591/21
592/10 592/12
**called [10]** 500/17 518/11 518/15
532/24 537/17 542/2 559/12 560/12
560/16 570/23
**calling [1]** 568/4
**calls [1]** 517/13
**calm [5]** 563/21 575/18 579/5 583/7
583/18
**calmly [3]** 563/22 563/22 583/16
**came [14]** 537/18 547/17 548/1 549/2
550/11 550/18 550/18 556/4 559/10
563/3 570/12 577/4 579/14 580/16
**campgrounds [2]** 562/1 562/2
**can [45]** 500/15 500/16 502/25 504/13
506/3 508/15 508/20 508/22 510/20
513/6 516/5 520/22 525/16 525/19
540/2 546/19 546/19 547/14 547/14
548/11 548/22 553/18 553/19 554/7
555/25 565/1 566/24 567/2 576/8 585/3
585/13 589/2 590/3 590/3 592/25
593/17 599/7 599/8 599/11 600/13
600/13 601/5 601/7 601/20 602/3

**can't [3]** 555/16 566/18 590/12
**cannot [2]** 558/10 576/23
**Canyon [2]** 559/24 565/20
**capacity [3]** 503/4 503/25 504/11
**Captain [1]** 518/8
**Captain Briot [1]** 518/8
**car [20]** 535/17 536/5 536/6 536/22
537/14 541/13 541/15 555/4 556/14
556/25 556/25 556/25 557/4 557/16
564/20 566/2 571/8 571/10 571/10
578/17
**care [1]** 583/13
**careful [4]** 527/11 527/13 527/17
559/6
**carefully [4]** 526/13 547/4 547/6
555/18
**careless [11]** 508/9 509/5 509/5
528/16 539/20 548/3 559/1 582/3 582/4
582/4 582/10
**carries [1]** 541/22
**carry [5]** 529/1 529/2 535/7 538/25
545/2
**cars [2]** 555/4 576/17
**case [58]** 499/4 503/2 508/7 508/17
509/1 516/1 521/1 521/7 521/22 521/25
522/4 522/8 522/15 523/22 523/23
524/12 545/13 545/19 545/20 547/22
547/25 548/5 548/9 548/14 548/17
548/18 549/23 559/5 566/9 566/25
567/1 570/9 571/17 572/25 573/1
574/20 576/20 580/8 581/10 581/11
583/8 584/1 585/2 585/5 585/18 585/20
585/21 585/24 586/1 586/9 586/13
586/17 587/8 587/20 593/22 598/5
598/18 600/14
**CASE-IN-CHIEF [2]** 499/4 516/1
**cases [1]** 508/18
**CASSIE [1]** 498/3
**cat [1]** 564/10
**cause [5]** 508/13 509/9 524/21 524/22
566/15
**CENTRAL [1]** 497/2
**certain [6]** 523/18 526/15 538/22
545/8 545/9 572/4
**certainly [3]** 511/25 514/17 599/9
**CERTIFICATE [1]** 603/1
**certificates [1]** 599/13
**certify [1]** 603/3
**Chad [10]** 528/1 532/19 545/23 548/10
581/7 583/4 583/8 584/1 584/16 596/13
**Chad Ellsworth [10]** 528/1 532/19
545/23 548/10 581/7 583/4 583/8 584/1
584/16 596/13
**chain [3]** 559/18 561/13 570/15
**challenged [1]** 575/10
**chance [1]** 572/16
**change [4]** 571/6 585/9 585/15 589/17
**changed [2]** 509/13 541/20
**changes [3]** 513/18 514/8 541/23
**charge [8]** 526/19 526/23 527/4
527/23 570/18 571/17 572/9 588/24
**charged [8]** 526/21 527/21 541/12
544/7 554/16 561/3 568/25 583/24
**charges [1]** 514/17
**charging [4]** 579/1 579/3 582/19 583/5
**chase [1]** 576/17
**chatroom [1]** 586/3
**check [1]** 592/18

**checked [1]** 596/14
**checking [1]** 591/21
**chest [3]** 549/11 557/11 583/20
**CHIEF [2]** 499/4 516/1
**chips [1]** 547/8
**choice [2]** 559/6 593/25
**choices [1]** 559/7
**choose [4]** 547/4 547/5 551/23 598/21
**chooses [1]** 555/17
**choosing [1]** 542/12
**chose [1]** 571/16
**chosen [1]** 571/3
**CHRISTOPHER [1]** 498/3
**CHRONOLOGICAL [1]** 499/16
**churning [1]** 583/17
**circle [1]** 545/15
**Circuit [1]** 503/23
**circumstances [4]** 528/19 539/13
558/16 569/24
**circumstantial [4]** 525/11 525/15
525/18 525/21
**citation [1]** 534/16
**citizens [1]** 598/15
**claimed [1]** 561/7
**claims [2]** 567/3 568/14
**clarify [1]** 502/16
**clause [1]** 589/24
**clean [1]** 513/15
**cleaned [4]** 533/5 533/6 562/1 562/1
**cleaning [1]** 583/11
**clear [9]** 501/18 501/25 517/18 545/4
547/6 576/9 593/20 594/4 594/4
**clearest [2]** 549/18 549/19
**clearly [4]** 556/10 557/11 557/25 558/1
**clerk [2]** 589/19 594/23
**clerks [1]** 576/16
**client [1]** 594/18
**climbed [1]** 570/15
**closes [2]** 510/15 536/14
**closing [12]** 499/9 499/10 521/2
523/10 532/11 532/13 547/1 547/11
547/24 550/5 551/17 574/16
**club [1]** 551/22
**CM [1]** 497/21
**Code [1]** 603/4
**Coke [1]** 591/20
**collapsed [1]** 562/12
**collect [1]** 517/21 517/24
**collision [2]** 530/1 544/11
**Colorado [1]** 498/9
**colored [1]** 565/2
**combat [1]** 535/8
**come [18]** 504/13 507/5 509/1 530/1
544/11 546/4 549/18 549/21 551/5
554/6 563/9 566/18 572/6 580/22
585/10 588/11 589/24 592/13
**comes [5]** 509/4 536/20 551/11 579/3
589/23
**coming [4]** 501/8 512/5 535/11 558/19
**comma [1]** 515/8
**command [2]** 561/13 570/15
**comment [1]** 589/21
**commentary [1]** 586/13
**comments [2]** 513/11 599/3
**commercial [2]** 554/2 567/15
**commit [2]** 505/6 531/17 581/24
**committed [1]** 582/23
**committee [1]** 601/4

**C**

**common [16]** 527/10 532/25 533/13
535/6 546/3 555/2 571/25 571/7 576/15
576/22 576/24 581/3 582/17 582/24
583/21 584/17
**communicate [10]** 510/4 529/5 539/6
542/5 542/13 585/22 585/23 587/16
587/19 588/18
**communicated [6]** 509/15 510/11
510/11 528/7 542/14 542/24
**communicating [1]** 586/5
**community [2]** 551/8 598/8
**company [1]** 555/23
**complained [2]** 570/16 570/25
**complaint [3]** 560/11 561/1 570/22
**complaints [1]** 570/18
**complete [1]** 587/12
**completed [1]** 598/5
**completely [2]** 548/25 549/1
**complies [2]** 515/21 595/24
**concept [1]** 509/23
**concerned [1]** 589/24
**concerning [1]** 587/20
**concluded [1]** 602/7
**conclusion [1]** 546/5
**concrete [1]** 565/2
**condition [17]** 503/11 503/14 503/16
503/18 503/22 504/7 504/14 504/15
504/23 505/1 505/4 505/15 506/9
506/18 506/19 528/23 531/15
**conditional [2]** 528/24 539/16
**conditions [2]** 504/7 505/20
**conduct [8]** 507/2 526/20 544/20
559/14 559/22 562/7 563/20 565/6
**conference [2]** 590/18 603/9
**conferred [3]** 589/19 594/18 594/23
**confidentiality [2]** 569/11 569/22
**conformance [1]** 603/8
**confused [1]** 554/4
**confusing [1]** 508/21
**confusion [1]** 548/8
**connected [1]** 552/16
**conscientious [1]** 585/14
**consequences [1]** 519/25
**consider [26]** 504/25 505/3 506/15
522/21 522/25 523/2 523/7 523/18
525/2 525/18 525/24 526/2 528/19
531/14 538/21 539/13 545/13 545/8
545/11 545/24 545/25 546/1 580/11
581/23 587/7 599/22
**consideration [3]** 527/12 527/13
527/18
**considered [2]** 527/18 585/6
**considering [2]** 524/5 545/7
**consistent [7]** 500/10 500/23 503/21
539/4 579/8 584/16 584/19
**consists [1]** 522/22
**constitute [1]** 508/23
**constituted [3]** 528/1 538/21 540/5
**constitutes [2]** 528/19 540/1
**constitutional [1]** 522/16
**construction [1]** 555/23
**constructively [1]** 573/23
**consult [2]** 521/23 587/22
**consulting [1]** 586/14
**contact [2]** 577/12 586/11
**contemplated [1]** 503/9

**contemporaneous [1]** 520/6
**contempt [1]** 514/17
**context [4]** 504/25 528/21 539/14
545/4
**continue [1]** 587/24
**continued [3]** 534/3 541/15 541/16
**continuous [1]** 541/8
**contradicted [1]** 524/14
**contradictions [1]** 567/10
**contributing [1]** 598/7
**control [1]** 563/13
**controlling [1]** 526/12
**controls [1]** 523/14
**convenient [1]** 588/17
**conversation [3]** 520/4 520/7 528/21
**convicting [2]** 572/10 572/18
**convinced [3]** 527/6 527/14 527/19
**cop [12]** 535/4 535/4 541/10 542/12
566/9 566/10 566/12 566/13 566/14
578/13 579/1 579/3
**copies [2]** 513/16 589/18
**cops [2]** 582/25 582/25
**copy [1]** 521/22 591/18
**corner [1]** 565/1
**correct [4]** 504/9 505/12 508/6 603/5
**corroborate [1]** 566/25
**corroborates [2]** 567/1 584/5
**could [14]** 510/21 516/23 519/1
535/18 553/18 559/12 570/16 571/3
571/6 571/11 586/22 589/10 600/18
600/20
**couldn't [5]** 534/23 534/24 537/6
539/1 598/14
**counsel [6]** 520/16 531/22 574/20
594/14 594/18 596/19
**counting [1]** 600/22
**country [1]** 571/21
**country's [1]** 562/12
**County [1]** 518/12
**couple [8]** 506/22 506/24 547/12
547/13 553/1 553/20 557/17 600/18
**course [9]** 509/12 536/11 561/18
569/8 579/13 583/21 583/25 585/13
591/22
**court [29]** 497/1 499/8 499/12 504/18
505/9 510/10 514/10 514/12 520/23
521/19 523/21 525/25 544/14 545/7
584/22 585/1 586/11 587/1 587/7
587/21 588/14 588/19 588/21 588/21
589/8 589/19 594/23 598/6 599/2
**Court's [1]** 576/21
**courteous [5]** 533/22 534/1 578/25
579/11 579/12
**courthouse [2]** 498/5 514/1
**courtroom [9]** 515/18 521/9 521/15
572/6 573/3 574/14 587/14 595/15
599/16
**cover [2]** 575/24 581/4
**covered [1]** 560/22
**CR [2]** 497/8 596/4
**CR 15-95 [1]** 596/4
**created [1]** 559/21
**credibility [1]** 524/1
**credible [1]** 541/24
**crime [2]** 510/4 587/6
**crimes [1]** 582/23
**criminal [2]** 522/15 529/18
**cross [4]** 499/18 519/12 519/13 551/24

**cross-armed [1]** 551/24
**cross-examination [2]** 519/12 519/13
**CRR [1]** 497/21
**CRR-CM [1]** 497/21
**CSR [3]** 497/21 603/3 603/17
**CUNEO [4]** 497/21 603/3 603/16
603/17
**custody [1]** 594/22
**cuts [1]** 571/7

**D**

**daily [1]** 550/15
**DALE [1]** 497/4
**danger [1]** 583/18
**Daniel [11]** 500/9 517/13 518/1 536/17
539/8 556/19 556/21 563/11 564/25
569/16 577/9
**Daniel Briot [2]** 500/9 517/13
**Daniel Haug [6]** 536/17 539/8 556/19
563/11 569/16 577/9
**Daniel Haug's [2]** 556/21 564/25
**darts [1]** 552/16
**date [4]** 512/24 587/13 600/6 603/11
**dated [1]** 596/14
**day [22]** 497/19 518/16 518/18 518/20
519/19 532/23 532/24 533/8 543/19
547/7 556/10 557/21 558/2 571/9
574/22 575/16 576/25 581/13 581/18
583/13 584/10 601/1
**days [6]** 548/5 548/6 550/13 557/17
559/13 600/18
**dead [5]** 532/14 537/15 540/10 540/24
542/9
**deal [2]** 501/5 552/20
**Deb [2]** 513/13 595/13
**decide [13]** 521/25 522/4 523/21
523/24 525/22 526/8 530/21 547/20
550/4 571/21 571/22 585/5 587/7
**decided [2]** 546/20 548/9
**decides [1]** 602/5
**deciding [7]** 505/4 522/21 523/3
523/23 523/25 531/15 587/8
**decision [3]** 542/14 585/11 585/14
**DECKER [1]** 498/2
**deemed [1]** 517/15
**defendant [90]** 497/10 498/7 500/12
500/19 507/16 509/15 514/13 519/9
519/9 522/15 526/19 526/20 526/22
526/23 526/25 527/1 527/6 527/15
527/16 527/19 527/20 530/4 530/9
530/15 530/16 530/18 532/17 533/20
534/5 534/6 534/9 534/12 534/18
534/24 534/25 535/3 535/10 535/13
536/13 536/15 536/22 537/2 537/5
537/8 537/15 537/18 537/25 538/16
538/20 538/25 539/5 539/14 539/24
540/1 540/17 542/5 543/13 543/21
543/23 544/3 544/15 544/16 544/22
544/23 545/20 545/24 545/25 546/5
546/11 546/17 577/11 577/18 577/23
577/24 578/12 579/9 580/14 580/15
581/8 582/19 583/23 584/1 584/6
584/10 584/20 590/5 590/10 596/7
596/11 599/18
**defendant's [12]** 499/22 503/5 503/10
540/20 542/8 543/10 544/7 574/21
577/1 580/8 582/11 582/14
**defense [20]** 499/4 499/5 501/16

**D**

**defense... [17]** 503/2 504/2 504/3
508/2 508/11 508/13 511/3 514/24
515/24 516/1 516/3 517/8 532/10
574/19 574/20 579/2 582/22
**Defense Exhibit 515 [1]** 516/3
**defined [1]** 512/17
**definitions [2]** 512/21 513/4
**defuse [1]** 583/14
**delete [1]** 509/16
**deliberate [5]** 547/4 548/2 555/11
559/6 592/4
**deliberately [1]** 531/12
**deliberateness [1]** 558/21
**deliberating [1]** 522/18
**deliberations [9]** 526/14 584/24
584/25 585/22 587/13 587/15 587/24
589/15 598/19
**demanding [3]** 534/19 550/19 551/13
**demands [2]** 546/15 569/9
**demeanor [2]** 578/23 579/7
**demonstrating [1]** 579/17
**department [3]** 538/18 575/11 583/9
**depend [1]** 525/7
**deputy [18]** 500/21 501/1 518/9
518/12 518/13 554/6 554/13 554/14
554/23 557/6 557/7 560/9 560/15
560/22 560/24 561/4 561/10 565/8
**Deputy Graham [1]** 501/1
**describe [2]** 518/19 519/6
**described [1]** 583/7
**describes [2]** 556/9 557/8
**DESCRIPTION [1]** 499/23
**deserves [2]** 524/2 525/10
**destroyed [1]** 556/5
**details [3]** 548/21 550/24 551/3
**detection [1]** 529/17
**deter [1]** 529/25
**determination [1]** 511/18
**determine [6]** 519/1 524/1 526/18
528/18 546/17 568/17
**determining [1]** 505/19
**diagnosis [1]** 504/15
**dictionaries [1]** 586/14
**did [57]** 502/6 504/25 518/13 518/19
518/21 518/22 519/6 520/7 520/8
522/17 522/20 525/14 533/2 533/12
533/12 535/13 537/19 541/1 541/11
541/23 542/17 543/11 543/23 544/3
545/25 548/18 548/19 549/19 549/20
550/5 550/8 552/12 559/16 559/24
560/12 561/24 563/4 564/2 564/5 564/7
567/20 567/20 567/20 567/23 568/14
570/23 572/19 572/20 574/20 577/15
578/1 579/6 580/10 581/4 581/8 583/4
592/15
**didn't [37]** 502/16 510/3 510/13 512/2
512/4 534/4 534/20 534/22 535/22
536/24 540/21 540/22 541/6 551/21
551/22 551/23 553/14 553/15 553/15
562/8 562/10 562/15 563/24 563/24
564/18 570/14 573/17 575/20 578/4
578/14 580/3 580/4 580/5 580/5 580/6
580/6 595/5
**Diet [1]** 591/20
**differ [1]** 523/13
**difference [1]** 578/13

**different [23]** 502/12 509/23 510/1
510/3 516/1 524/20 526/4 526/11
530/17 532/7 539/3 541/7 541/8 543/7
548/12 555/15 558/1 567/10 573/24
581/25 593/7 593/18 594/9
**differently [3]** 524/24 532/4 555/13
**difficult [1]** 502/4
**difficulty [1]** 554/7
**dig [1]** 518/25
**diminished [3]** 503/3 503/24 504/11
**DIRE [1]** 499/18
**direct [8]** 499/18 518/6 525/11 525/11
525/12 525/18 525/21 577/5
**directly [10]** 509/16 510/11 529/5
536/22 539/7 553/25 556/22 559/11
564/25 567/14
**disable [1]** 535/7
**disagree [3]** 503/15 505/17 508/8
**disbelieve [1]** 524/21
**discharged [2]** 588/5 598/1
**discredit [1]** 524/21
**discrepancies [1]** 524/19
**discrepancy [1]** 525/2
**discrete [1]** 541/9
**discuss [5]** 532/6 585/2 586/10 598/19
598/19
**discussed [3]** 509/12 522/17 585/7
**discussing [2]** 585/21 586/1
**discussion [4]** 499/3 502/22 515/12
585/10
**dislikes [1]** 522/6
**disorder [1]** 503/11
**displayed [6]** 550/12 553/21 556/15
557/23 565/14 578/11
**dispute [1]** 538/9
**disregard [3]** 523/16 526/4 531/13
**distance [1]** 535/16
**distinction [1]** 525/20
**distinguished [2]** 528/16 558/25
**distinguishing [1]** 509/3
**DISTRICT [3]** 497/1 497/2 598/6
**division [2]** 497/3 541/9
**do [90]** 504/5 507/2 509/20 509/25
514/13 514/16 515/11 516/4 517/1
518/10 520/4 520/5 521/1 522/7 522/11
523/19 530/12 533/2 533/13 533/25
534/15 535/19 539/10 540/14 541/11
541/25 542/17 542/19 542/21 543/23
547/24 549/11 549/22 551/23 554/8
554/24 554/25 555/18 559/8 560/12
562/19 563/1 564/16 567/12 568/15
568/23 573/14 573/17 575/1 575/16
575/17 576/4 576/4 578/4 580/6 580/7
580/14 584/19 585/3 585/6 585/9
585/10 585/13 585/15 585/22 585/23
585/25 586/12 586/13 586/14 586/14
586/16 588/16 588/18 588/23 588/25
589/9 590/3 595/4 598/11 598/21 599/9
599/22 600/5 600/8 600/18 600/20
601/7 601/7 601/7
**document [1]** 594/14
**does [19]** 502/11 506/13 509/1 511/13
513/10 513/24 516/24 517/9 525/6
527/1 529/11 535/25 544/4 552/19
577/22 579/11 582/18 592/3 601/8
**doesn't [20]** 508/13 534/20 536/12
536/15 538/15 541/2 548/14 548/22
549/18 558/9 559/4 559/4 574/19

**doing [13]** 532/20 533/14 534/13
534/20 536/4 543/18 551/8 552/22
558/17 559/4 575/9 581/13 588/10
**don't [48]** 500/7 501/21 502/1 503/13
503/23 504/19 505/8 508/25 512/4
517/23 518/11 518/17 519/4 545/1
549/20 550/23 555/5 565/12 565/16
565/17 566/19 569/13 572/25 573/23
576/17 576/17 576/19 578/20 578/20
581/17 581/20 582/1 582/6 582/7 583/1
591/17 593/1 593/9 593/13 594/3
594/24 595/8 599/5 599/5 599/22 600/5
601/3 601/10
**done [7]** 517/25 521/6 522/12 575/24
578/4 600/12 600/15
**door [6]** 533/17 533/17 536/13 536/14
564/8 566/3
**door-to-door [2]** 533/17
**doubt [33]** 505/5 511/5 511/12 526/25
527/4 527/5 527/8 527/9 527/9 527/15
527/19 527/24 529/8 529/10 529/20
530/8 530/21 530/22 531/1 531/3 531/8
531/16 537/25 539/25 544/16 546/10
558/10 576/21 576/23 577/20 587/9
596/6 596/11
**DOUGLAS [4]** 497/9 596/3 596/7
596/11
**down [23]** 517/23 535/21 536/16
536/16 536/19 536/25 553/23 553/25
554/18 556/5 556/6 557/1 557/12
559/11 563/9 565/5 565/15 575/12
576/17 578/18 580/4 590/11 602/1
**downplay [2]** 562/5 562/20
**draw [1]** 522/19
**drawing [1]** 552/6
**drawn [1]** 553/17
**drew [1]** 552/5
**drive [1]** 564/18
**drives [4]** 536/14 553/22 565/4 569/15
**driveway [5]** 534/6 550/11 550/17
564/3 567/4
**driving [2]** 555/21 557/1
**drop [1]** 508/4
**drove [10]** 533/14 544/13 560/21
564/17 564/21 569/12 570/3 570/4
570/5 570/9
**DSF [1]** 497/8
**duck [6]** 553/8 553/8 553/9 553/9
553/10 583/16
**dump [6]** 518/23 532/24 543/19
569/18 578/9 581/5
**dumped [5]** 519/1 533/1 533/3 576/1
576/2
**duplicity [1]** 573/22
**during [9]** 500/12 525/23 526/14
531/24 545/10 582/24 585/22 587/2
587/15
**duties [5]** 512/25 528/13 529/22
543/17 543/20
**duty [7]** 521/21 521/24 522/1 527/15
527/20 541/22 543/15

**E**

**e-mail [1]** 586/2
**each [11]** 515/8 524/2 527/23 530/5
530/10 530/13 530/20 531/24 585/5

**E**

each... [2] 586/20 596/23
earlier [2] 509/14 557/13
easier [1] 533/25
easiest [1] 538/6
East [1] 497/22
economy [1] 562/12
edgewise [1] 534/23
effect [4] 525/2 540/7 575/5 585/16
effort [1] 568/16
EILEEN [1] 498/2
either [5] 525/19 525/21 531/12 581/12 581/20
elect [1] 584/24
electricity [2] 552/16 552/17
electronic [1] 586/2
element [19] 510/18 510/19 527/3 530/10 530/13 530/20 538/2 538/5 538/7 538/9 538/20 542/4 542/22 543/12 543/16 558/12 593/5 593/6 593/21
elements [13] 510/25 511/4 512/16 527/24 529/7 530/7 539/9 545/12 558/8 558/9 581/16 593/8 593/20
eliminate [1] 508/14
Ellsworth [81] 500/11 500/17 500/21 501/1 511/14 511/16 518/15 518/19 528/1 528/9 528/12 529/10 529/12 529/21 529/21 530/5 530/23 531/3 531/5 531/7 531/9 532/19 532/21 532/23 533/20 533/24 534/3 534/6 534/14 535/11 535/15 536/4 537/9 537/12 538/1 538/7 538/11 540/7 540/9 540/11 541/19 543/14 543/14 544/9 544/13 544/15 544/17 544/23 545/21 545/23 546/18 548/10 552/25 555/20 559/17 560/12 561/4 561/7 564/16 565/16 567/2 567/7 567/9 569/6 575/16 576/5 577/2 577/3 577/6 577/14 577/22 578/22 579/17 581/7 583/4 583/8 584/1 584/5 584/10 584/10 596/13
Ellsworth's [7] 519/17 560/11 567/21 570/22 570/24 579/7 579/19
else [13] 507/14 515/23 518/14 564/16 567/9 576/2 577/24 578/1 581/6 585/23 589/20 591/22 601/13
embrace [1] 576/21
emergency [1] 580/23
emotional [4] 548/4 548/6 571/14 571/15
emotions [2] 545/16 571/14
Empire [1] 562/14
employee [1] 529/15
employer [1] 586/6
encounter [1] 519/8
encountered [1] 518/23
end [7] 502/4 508/1 515/2 573/6 590/22 600/17 600/21
ends [1] 571/20
enforcement [19] 505/6 511/14 511/17 515/8 527/22 528/10 529/10 529/13 529/14 531/17 532/22 533/4 538/13 546/12 561/24 561/25 562/3 596/8 596/12
engage [1] 529/16
engaged [4] 528/13 529/22 543/15 543/16

engine [1] 566/1
English [1] 526/4
enough [3] 535/16 600/9 600/13
ensure [1] 586/18
entered [4] 515/18 521/15 574/14 595/15
enthusiastic [1] 556/2
entire [2] 545/4 586/23
entirely [1] 522/13
entitled [2] 529/24 603/7
erratic [1] 503/19
error [1] 525/4
especially [1] 598/12
essentially [1] 569/4
estate [6] 561/22 561/23 562/10 562/13 562/15 562/16
evaluate [1] 521/24
even [21] 510/19 512/4 512/18 537/7 539/1 539/1 541/16 548/14 548/23 557/6 563/7 563/10 563/10 565/11 565/11 565/12 565/23 566/12 578/13 579/4 592/25
event [4] 541/8 570/13 570/13 584/15
events [2] 559/18 560/16
ever [5] 562/24 566/10 568/8 569/3 587/18
every [4] 527/3 559/14 563/1 564/1
everybody [6] 512/14 516/24 556/11 559/10 595/12 600/9
everyone [8] 521/17 570/16 574/15 577/24 578/1 580/11 595/17 602/6
everyone's [1] 572/7
everything [5] 524/3 545/23 567/4 567/9 569/17
evidence [96] 499/23 503/5 503/12 503/14 503/16 503/17 504/1 504/3 504/21 505/3 505/12 505/25 506/4 506/12 506/15 506/16 507/18 516/9 520/25 521/21 521/25 522/4 522/21 522/23 523/1 523/2 523/5 523/8 523/12 523/12 523/16 523/17 523/19 523/21 523/22 524/14 524/17 525/6 525/11 525/12 525/15 525/15 525/19 525/21 525/22 525/24 526/3 526/3 526/7 526/10 526/22 527/2 527/12 527/12 527/14 527/18 531/14 531/21 531/24 532/1 532/2 532/3 532/4 532/5 537/22 537/23 537/24 538/10 538/17 540/16 540/20 543/5 543/8 543/9 545/8 545/13 545/19 546/4 546/14 558/16 558/20 559/5 566/9 568/8 568/12 574/21 577/5 584/2 584/3 584/18 584/18 584/20 585/7 585/16 585/18 586/19
exact [4] 529/3 533/21 539/2 541/25
exactly [9] 513/20 518/17 536/3 570/23 578/4 579/17 581/18 591/1 591/3
exaggerates [1] 559/2
exaggerating [2] 548/13 568/5
exaggeration [3] 509/6 528/17 539/21
examination [3] 518/6 519/12 519/13
example [3] 508/4 549/18 549/19
examples [1] 559/3
Excellent [2] 502/21 595/5
except [2] 585/21 587/19
excluded [1] 523/15
exclusive [2] 509/2 509/3
excuse [1] 582/21

excused [2] 520/14 599/15
exhibit [11] 499/23 516/3 516/18 550/12 553/21 553/23 556/15 557/23 564/19 565/14 578/11
Exhibit 504 [1] 553/23
Exhibit 506 [1] 564/19
exhibits [5] 499/21 522/23 523/1 545/14 588/7
exited [3] 521/9 573/3 599/16
expect [1] 592/14
expected [1] 513/4
experience [9] 505/19 508/3 508/12 525/1 555/2 571/24 571/25 572/1 576/15
expert [3] 503/10 503/24 507/18
explain [2] 500/9 500/15
explaining [1] 509/25
exposed [2] 585/19 586/25
express [1] 572/25
expressing [4] 528/14 539/18 540/15 558/24
expression [1] 553/7
expressions [1] 573/25
extension [2] 599/22 600/1
extreme [1] 531/13
eyewitnesses [1] 545/22

**F**

fabricated [1] 500/22
face [4] 536/7 562/25 567/23 583/18
facilities [1] 562/2
facing [2] 514/17 536/1
fact [12] 522/16 522/20 525/6 525/12 525/17 525/19 538/17 549/3 552/21 564/14 566/25 582/22
factors [1] 524/18
facts [19] 508/6 522/1 522/2 522/22 522/23 523/3 523/13 523/23 525/16 526/16 526/17 537/22 537/23 537/24 545/12 567/1 572/19 583/8 584/3
failed [3] 549/23 549/24 549/25
failure [1] 524/25
fair [1] 586/19
fairness [1] 586/22
fall [1] 557/12
falsehood [1] 525/4
familiar [2] 512/14 542/18
family [1] 586/5
far [4] 563/9 575/23 581/5 589/8
farther [3] 552/25 570/4 578/25
fast [1] 557/9
fear [5] 529/25 541/11 542/17 553/19 555/8
fearful [2] 529/24 544/5
feature [1] 586/4
February [2] 600/17 600/18
federal [16] 497/22 511/14 511/17 515/3 515/7 527/22 528/9 529/10 529/12 529/14 529/18 531/17 538/8 538/11 538/16 596/8
feel [2] 555/4 577/16
feet [6] 552/23 552/24 552/24 553/2 569/14 570/10
fellow [4] 585/2 585/8 585/21 598/24
felt [2] 535/15 541/25
few [5] 513/13 535/19 535/21 549/14 570/10
field [1] 519/24

**F**

**fifteen [6]** 533/9 572/24 574/8 581/2 591/16 595/9
**fifteen-minute [1]** 572/24
**fifth [2]** 528/11 566/22
**figure [4]** 501/3 533/3 590/2 595/8
**file [3]** 599/19 600/2 600/14
**final [3]** 499/12 584/22 588/10
**finalized [1]** 520/22
**finally [3]** 539/6 554/21 573/1
**find [37]** 522/2 525/16 527/15 527/20 530/9 530/17 530/19 531/2 531/3 531/7 531/8 533/24 539/25 540/1 540/2 540/3 540/3 540/4 544/14 544/16 544/22 544/23 545/1 546/10 546/19 546/19 546/20 554/3 554/9 558/10 572/21 582/6 589/25 590/4 591/23 596/5 596/10
**fine [9]** 511/1 512/7 512/8 520/20 582/5 594/1 594/15 594/16 601/9
**finish [2]** 510/7 560/18
**finished [1]** 546/7
**firearm [2]** 553/5 553/12
**firmly [1]** 527/6
**first [31]** 503/9 504/21 505/11 506/15 508/1 511/9 511/11 511/22 515/2 515/19 520/19 527/25 532/9 536/1 538/5 538/6 538/20 540/6 543/12 546/9 553/14 554/2 558/23 559/12 559/24 561/14 567/4 570/16 573/7 593/20 600/18
**FISCHER [1]** 497/4
**fists [5]** 535/11 536/7 576/18 580/2 584/11
**fit [1]** 537/7
**five [4]** 520/21 521/3 538/2 538/3
**five-minute [1]** 520/21
**fixed [1]** 507/17
**flippant [2]** 505/21 505/23
**floating [1]** 583/16
**floor [1]** 602/1
**Florida [8]** 554/11 554/17 554/18 560/15 561/8 565/13 567/13 567/18
**focus [1]** 581/6
**focuses [1]** 512/14
**follow [3]** 516/5 519/25 522/9
**follow-up [1]** 519/25
**followed [2]** 545/6 577/15
**following [19]** 500/3 501/11 520/17 520/23 521/11 523/2 527/24 537/1 560/20 573/4 574/10 583/24 589/16 591/5 592/21 594/13 595/2 595/11 599/17
**follows [1]** 537/6
**force [7]** 505/15 559/19 561/12 568/18 570/1 578/6 580/3
**foregoing [1]** 603/5
**foreperson [5]** 584/25 587/12 595/17 595/24 596/15
**foresee [2]** 528/6 542/23
**forest [10]** 518/24 519/15 532/21 533/1 533/13 538/13 560/1 575/19 583/13 596/12
**form [10]** 509/8 514/24 546/6 572/25 587/10 587/12 588/10 589/21 595/22 596/2
**format [1]** 603/7

**former [4]** 555/23
**forms [1]** 589/18
**formulate [1]** 592/25
**forth [1]** 557/5
**forward [1]** 592/4
**found [4]** 519/2 527/23 533/9 577/18
**four [2]** 551/21 570/5
**fourth [1]** 528/9 538/7
**Fred [5]** 550/20 550/21 551/1 569/19 569/20
**Fred Morales [4]** 550/20 550/21 551/1 569/20
**Fred Morales's [1]** 569/19
**friend [2]** 551/1 569/11
**friendly [3]** 533/22 551/7 583/7
**friends [1]** 571/9
**fright [1]** 566/15
**frighten [1]** 529/25
**frightened [2]** 542/20 576/15
**frightening [1]** 544/5
**front [4]** 556/24 557/4 564/25 568/9
**frustrated [2]** 508/16 508/20
**frustration [11]** 508/1 508/15 508/19 508/21 508/21 508/23 509/10 548/4 548/8 554/21 571/2
**fuck [2]** 534/13 534/13
**full [1]** 573/22
**fully [1]** 585/7
**fun [1]** 601/4
**function [1]** 598/14
**furiously [1]** 583/17
**further [2]** 520/9 524/25
**furtive [1]** 568/12
**future [3]** 528/16 539/19 599/4

**G**

**game [1]** 547/13
**garage [4]** 550/16 557/5 557/8 557/22
**gather [2]** 576/5 576/6
**gave [1]** 548/10
**gear [3]** 551/12 553/3 569/25
**generally [2]** 508/12 513/3
**gentlemen [11]** 516/7 520/24 531/19 543/6 546/14 572/25 581/8 584/17 584/23 596/16 596/23
**get [29]** 514/7 519/4 520/22 521/6 534/23 537/14 539/12 549/8 551/15 551/16 553/1 559/12 565/6 565/19 565/25 566/2 566/6 570/8 572/16 575/2 575/3 575/13 576/4 578/16 578/16 578/20 578/20 589/1 589/11
**gets [5]** 536/5 575/7 575/10 578/25 578/25
**getting [5]** 534/16 570/2 579/24 588/8 592/14
**give [18]** 502/18 505/18 521/2 522/1 525/22 532/9 532/10 532/11 548/15 548/21 558/4 562/12 569/7 575/7 575/8 575/20 590/14 594/17
**given [6]** 503/2 503/4 505/9 516/7 525/20 545/4
**giving [1]** 580/18
**Glad [1]** 595/5
**gmail.com [1]** 497/24
**go [34]** 501/3 503/6 510/7 513/17 513/21 514/7 515/6 515/14 533/2 537/14 537/23 538/3 549/9 552/4 554/13 557/20 557/24 565/20 567/15

**former [4]** 555/23
**forms [1]** 589/18

**570/21 571/3 571/6 574/1 579/11 589/2 589/10 591/17 594/10 594/24 595/8 599/11 601/1 601/5 601/25
**God [1]** 588/22
**goes [4]** 537/5 554/3 554/22 555/24
**going [92]** 501/4 501/16 501/19 501/21 502/8 502/18 506/2 506/4 506/5 506/14 507/1 507/16 507/20 508/5 509/9 514/10 521/4 531/25 532/16 533/17 536/25 537/13 537/20 537/23 538/3 539/8 539/22 540/8 540/13 540/21 540/22 540/24 540/25 540/25 541/6 541/7 542/10 545/5 546/6 546/9 549/4 549/5 549/6 550/4 557/8 558/4 558/4 558/21 559/8 559/9 560/10 560/10 565/25 566/1 566/1 566/13 568/3 568/23 571/4 574/1 574/6 574/11 575/14 575/15 576/4 576/11 577/2 577/25 578/3 578/9 578/16 581/2 581/17 581/21 582/4 588/6 591/13 591/15 591/19 591/24 591/25 592/4 592/14 593/24 594/10 596/23 601/25
**gone [4]** 557/13 560/3 575/23 576/2
**good [6]** 501/12 501/13 501/14 562/16 582/25 591/9
**got [10]** 561/14 562/2 563/14 563/16 578/6 579/23 580/21 588/9 588/12 590/12
**gotten [5]** 514/15 536/25 560/25 560/25
**government [59]** 501/16 505/4 509/15 511/1 511/12 511/13 511/25 513/6 513/10 517/9 517/12 520/11 526/24 527/3 527/7 527/23 528/25 529/3 529/9 529/11 529/15 529/16 529/19 530/4 530/6 530/7 530/13 530/19 530/22 531/1 531/15 532/9 532/11 532/12 538/15 538/23 538/24 539/23 542/4 546/21 549/23 550/2 550/5 551/17 552/8 552/13 552/20 558/3 558/9 571/16 572/9 572/18 576/20 577/19 587/8 591/7 600/3 601/8 601/15
**government's [5]** 499/17 518/1 547/11 547/23 574/16
**GPS [1]** 554/10
**Graham [15]** 500/11 501/1 518/9 554/23 557/6 557/7 560/9 560/9 560/16 560/22 560/24 561/4 565/8 570/17 570/21
**Graham's [3]** 500/21 561/10 570/17
**Great [2]** 501/9 590/21
**green [2]** 552/9 552/10 553/9
**ground [1]** 554/22
**grouping [1]** 554/2
**guess [3]** 565/2 593/1 593/4
**guilt [2]** 527/7 588/4
**guilty [29]** 526/19 526/19 526/23 526/25 527/6 527/15 527/16 527/20 527/20 527/23 530/9 530/15 530/16 530/18 540/2 540/3 546/5 546/11 546/11 546/15 546/20 558/10 577/18 584/20 585/4 590/5 596/7 596/24 596/25
**gun [27]** 532/15 536/12 536/24 536/25 536/25 537/3 540/8 541/22 549/16 552/1 552/8 552/11 552/13 552/19 552/21 553/16 559/10 562/25 564/11 565/25 566/1 570/1 570/14 570/19**

**G**

**gun... [3]** 575/4 578/19 579/4

**guns [2]** 535/7 552/2

**guy [27]** 505/15 506/5 508/5 549/15
549/16 549/16 551/7 552/12 552/21
552/22 552/23 554/15 554/15 555/21
557/5 561/2 561/22 562/9 562/14
564/10 564/10 565/24 566/5 568/25
569/24 570/20 571/11

**guys [1]** 552/24

**H**

**had [56]** 503/8 504/16 506/9 506/24
508/3 510/10 512/3 518/9 518/13
518/22 518/23 518/25 519/1 519/8
529/1 533/6 535/15 535/20 551/21
552/17 557/12 557/13 557/16 559/8
559/21 560/3 560/4 560/6 560/7 560/24
561/1 561/8 561/10 561/11 561/22
562/6 563/9 564/4 564/10 564/11
564/24 567/5 568/8 568/11 568/11
571/14 575/24 576/2 576/4 577/12
577/12 577/16 577/17 583/11 586/20
593/3

**halfway [1]** 534/6

**hall [2]** 588/25 599/8

**hand [11]** 502/9 516/4 527/17 535/8
535/8 568/7 572/17 579/3 595/18
595/22 599/13

**hand-to-hand [1]** 535/8

**handing [1]** 502/15

**hands [6]** 536/1 568/9 568/9 568/10
579/16 594/14

**Hang [1]** 595/9

**hangs [1]** 554/21

**haphazard [2]** 555/24 555/25

**happen [1]** 569/2

**happened [16]** 500/18 518/19 518/20
518/22 519/6 536/18 549/14 554/5
560/17 560/18 560/19 571/22 576/25
577/7 579/4 584/9

**happening [3]** 553/17 576/8 576/9

**happens [2]** 561/14 569/3

**happier [1]** 511/3

**hard [5]** 563/7 578/17 579/1 579/3
583/5

**hard-charging [3]** 579/1 579/3 583/5

**harm [3]** 539/18 542/1 542/1

**has [49]** 500/10 501/16 502/14 502/19
503/2 503/11 503/13 503/16 503/23
504/21 505/5 505/13 513/3 514/24
516/16 520/25 522/15 525/23 526/6
526/22 527/3 530/4 530/19 530/22
531/15 539/23 542/4 545/7 546/21
549/23 552/9 552/9 555/21 558/3
562/21 562/22 571/16 574/25 576/10
576/20 577/19 579/4 586/20 587/8
587/10 595/3 595/19 600/9 600/12

**hasn't [1]** 580/15

**Haug [12]** 536/17 539/8 540/12 542/1
549/4 555/20 556/19 557/12 563/11
564/23 569/16 577/9

**Haug's [2]** 556/21 564/25

**have [133]**

**haven't [4]** 504/16 508/17 593/10
598/12

**having [9]** 513/25 526/17 554/19

554/19 557/11 559/20 580/21 580/23
585/14

**he [587]**

**he'd [5]** 533/5 536/24 561/24 564/7
575/23

**he's [70]** 506/5 514/15 533/14 534/20
536/11 536/11 536/19 536/25 536/25
536/25 537/4 538/11 538/13 543/25
546/20 548/12 549/4 549/17 549/17
550/15 550/21 551/1 551/7 551/7
551/10 554/11 554/18 554/18 554/19
555/15 555/18 555/23 556/1 556/1
556/12 556/13 557/3 557/10 557/11
557/22 561/14 561/18 565/19 568/6
568/24 568/25 569/2 569/9 569/9
569/10 569/23 575/3 575/3 575/13
575/13 575/14 576/9 576/10 577/7
578/3 579/3 579/4 580/17 580/18 581/3
581/4 581/5 582/18 583/15 584/7

**head [2]** 560/13 581/18

**headed [1]** 559/15

**health [12]** 503/3 503/6 503/14 503/16
503/21 503/25 504/14 504/17 504/19
505/15 505/19 506/18

**hear [17]** 516/8 516/11 516/12 524/8
524/24 531/21 548/7 548/7 548/8 548/8
549/13 553/18 553/19 554/7 557/19
563/4 581/12

**heard [65]** 503/5 521/21 523/20
525/13 526/6 526/11 526/12 528/22
531/20 532/21 533/15 533/19 534/9
534/14 534/19 535/1 535/21 536/9
537/9 537/19 538/15 539/3 539/15
540/19 541/18 543/17 544/9 544/9
545/9 547/7 547/11 550/6 551/15 553/7
562/24 562/24 563/2 563/4 563/5 563/7
563/8 564/22 575/1 576/7 576/14 577/5
577/9 577/10 577/14 577/16 578/22
578/23 579/6 579/14 579/15 580/13
580/21 580/25 581/1 581/15 582/16
582/25 583/6 584/6 595/8

**hearing [2]** 561/5 563/7

**hears [2]** 535/24 536/6

**Hearsay [1]** 519/3

**heart [6]** 552/17 557/10 557/16 580/20
580/21 583/19

**held [16]** 500/3 501/11 503/23 520/17
521/11 573/4 574/10 589/16 590/18
591/5 592/21 594/13 595/2 595/11
599/17 603/6

**help [9]** 523/11 526/8 526/8 539/12
549/17 557/13 575/2 575/3 588/22

**helpful [2]** 512/21 599/23

**Hemet [2]** 562/13 562/16

**her [12]** 532/1 554/8 554/12 554/19
575/2 575/4 575/6 575/7 575/9 575/17
576/7 594/18

**here [28]** 501/7 512/3 521/5 521/7
526/18 536/20 537/21 545/4 546/21
551/9 551/9 551/11 553/25 556/18
556/21 565/1 572/15 585/1 587/21
589/4 589/11 590/14 592/14 595/12
598/6 600/18 600/21 601/1

**here's [2]** 536/18 552/24

**hereby [1]** 603/3

**Hey [1]** 566/17

**hill [3]** 559/11 560/14 560/14

**him [158]**

**himself [4]** 556/11 578/1 579/23 581/6

**hinder [1]** 539/24 530/2 544/12

**hired [1]** 534/21

**his [155]**

**hit [2]** 537/8 578/15

**hold [1]** 515/10

**holding [1]** 513/19

**holstered [1]** 535/16

**holsters [1]** 552/4

**home [3]** 518/18 554/22 557/7

**honest [1]** 585/15

**Honor [49]** 501/4 501/14 501/18 502/3
502/20 502/23 503/15 504/20 505/8
505/22 506/17 506/23 507/6 507/12
508/8 509/25 511/2 511/8 512/7 513/9
513/12 513/15 514/4 514/9 514/19
517/12 517/14 517/21 519/3 519/11
520/12 543/4 588/15 589/22 590/13
592/3 592/19 593/19 594/21 598/3
600/4 601/9 601/16 601/18

**HONORABLE [1]** 497/4

**hope [1]** 598/12

**hospital [2]** 534/12 550/21

**hostile [1]** 551/3

**hour [1]** 592/18

**house [11]** 533/14 533/15 535/24
541/23 557/18 560/19 576/2 576/10
576/11 581/1 581/1

**houses [3]** 535/21 563/3 570/5

**how [61]** 505/10 510/21 510/23 512/23
512/25 517/1 525/8 525/9 525/22 534/1
535/7 537/9 537/23 537/24 539/10
540/14 540/17 541/3 541/20 542/8
542/21 543/23 544/3 546/1 547/14
548/22 551/10 552/12 554/24 554/25
555/24 556/17 561/6 561/18 561/20
562/5 563/1 567/19 569/13 572/13
576/7 577/16 578/23 578/24 578/24
579/23 580/9 580/11 580/17 580/18
582/2 584/4 584/15 588/2 589/8 589/10
590/2 591/13 591/23 598/13 599/14

**human [4]** 525/1 531/13 572/12
576/15

**I**

**I'd [3]** 507/25 516/4 601/23

**I'll [12]** 502/9 513/17 531/23 532/1
540/12 588/13 589/18 591/22 592/16
594/7 594/17 594/24

**I'm [52]** 501/2 502/8 502/17 504/17
505/22 505/24 506/14 507/7 508/5
509/9 513/19 531/25 532/16 534/1
534/11 534/15 537/19 538/3 539/22
540/8 540/13 540/21 540/22 540/24
540/25 540/25 541/6 541/7 542/9 549/4
549/5 549/6 568/3 568/4 569/18 569/18
569/20 571/4 581/9 581/11 582/2 588/6
589/23 592/14 592/24 592/25 593/24
594/6 594/10 596/23 600/17 600/22

**I've [1]** 523/15

**I.D [1]** 516/18

**idea [4]** 506/6 514/15 576/10 592/24

**identification [2]** 499/23 516/16

**identified [1]** 539/23

**identify [1]** 526/8

**idle [4]** 509/5 528/16 539/20 559/1

**if [84]** 501/7 501/23 504/6 504/13

**I**

**if... [80]** 504/18 505/9 508/12 509/23
510/25 511/3 514/13 514/15 514/18
514/22 516/11 516/13 519/1 519/24
523/13 524/2 524/12 524/13 526/11
527/13 527/17 529/7 530/12 530/14
530/19 532/3 532/6 532/14 532/15
536/24 537/3 537/7 537/20 540/7
540/12 543/6 546/19 548/14 549/5
549/20 553/7 553/9 554/24 554/25
562/7 565/11 565/17 565/24 566/12
566/19 571/3 571/6 575/13 575/14
578/13 578/19 580/22 585/3 585/9
585/13 586/8 586/25 587/15 587/22
589/10 589/11 590/11 591/19 592/13
593/1 594/1 594/4 598/21 599/5 599/7
600/9 600/13 600/13 600/22 601/21
**ignore [2]** 522/10 547/16
**ignored [1]** 548/25
**ignores [1]** 549/1
**illegal [1]** 584/8
**illegally [1]** 533/1
**illogical [1]** 566/12
**immediately [14]** 534/9 549/21 553/22
554/3 555/20 560/6 560/7 560/8 561/5
561/11 567/16 568/2 576/1 587/1
**impartial [3]** 527/11 527/13 527/18
**impede [15]** 510/13 510/21 511/20
512/13 512/25 513/2 528/12 529/20
529/23 543/13 543/22 543/22 548/19
548/22 572/20
**implication [1]** 500/20
**implied [1]** 509/1
**implies [1]** 589/24
**imply [2]** 508/15 573/23
**importance [3]** 524/1 525/3 562/20
**important [19]** 505/12 508/6 522/10
525/8 526/2 533/18 533/23 536/3
547/18 547/18 561/6 561/20 562/5
567/1 569/12 579/20 585/12 598/13
598/22
**imposition [1]** 598/9
**impossible [1]** 581/19
**impression [2]** 506/1 506/2
**inappropriate [1]** 567/24
**incident [5]** 500/18 500/25 518/14
524/23 563/13
**inclined [1]** 505/9
**include [2]** 505/1 573/24
**included [1]** 512/22
**includes [1]** 586/1
**including [4]** 528/20 584/15 588/2
588/3
**Inclusive [1]** 497/19
**incoherent [1]** 554/5
**inconsistencies [2]** 524/19 567/11
**incorrect [1]** 511/19
**indeed [1]** 544/20
**INDEX [1]** 499/16
**indicate [1]** 556/22
**indicated [1]** 510/10
**indicating [4]** 556/18 564/21 565/2
594/22
**Indictment [5]** 526/20 526/21 526/22
571/18 573/24
**indirect [1]** 525/15
**inexperienced [1]** 569/24

**inference [2]** 506/3 522/19
**Inflict [7]** 528/15 531/5 539/18 540/15
542/7 544/18 558/24
**influenced [2]** 522/5 587/5
**information [10]** 518/25 536/19 569/7
575/21 576/5 576/6 579/1 580/18
585/20 587/1
**informed [1]** 518/23
**initial [2]** 531/20 592/23
**initials [2]** 556/21 556/21
**injury [9]** 528/15 531/5 539/19 540/16
542/7 544/18 558/24 580/14 581/24
**Inland [1]** 562/14
**innocence [1]** 527/2
**innocent [6]** 524/25 525/4 526/24
572/10 572/18 572/21
**inside [2]** 555/24 555/24
**inspire [1]** 529/25
**instead [1]** 503/5
**instruct [2]** 521/1 521/21
**instructed [5]** 523/16 523/18 544/14
545/7 576/22
**instruction [26]** 501/5 502/24 503/4
503/7 503/9 503/25 504/2 504/11
504/24 506/22 506/25 508/2 510/14
512/12 512/17 513/11 539/12 558/7
558/8 558/8 558/22 558/22 573/12
573/16 574/3 590/3
**instructions [19]** 499/3 499/8 499/12
502/22 507/2 507/25 520/19 521/19
521/22 522/9 522/11 531/20 532/7
558/4 581/16 581/21 584/22 585/18
588/9
**intend [6]** 510/13 548/18 548/19
548/22 572/19 572/20
**intended [17]** 509/16 523/11 528/2
529/1 529/6 538/25 539/7 542/5 542/13
543/21 545/2 549/24 549/25 550/7
554/24 558/12 582/12
**intended for [1]** 542/5
**intending [1]** 542/19
**intent [20]** 504/10 505/6 508/20
511/20 512/18 528/11 529/20 531/16
539/18 540/15 543/13 547/22 564/11
566/20 571/23 581/14 581/22 582/10
593/6 593/7
**intention [2]** 528/15 558/24
**intentional [5]** 525/4 531/4 531/9
544/17 544/24
**intentionally [2]** 531/4 531/12
**interact [1]** 578/24
**interaction [1]** 533/19
**interest [1]** 524/11
**interfere [11]** 510/13 511/20 512/13
512/25 528/12 529/21 530/1 543/14
543/22 544/11 549/25
**intermeddle [2]** 530/2 544/12
**Internet [2]** 586/3 586/15
**interpose [2]** 530/2 544/13
**interpret [1]** 523/11
**interpretation [2]** 526/4 532/1
**interpretation of [1]** 532/1
**interpreted [2]** 528/7 542/24
**interpreter [1]** 525/25
**intersection [1]** 519/7
**intervene [2]** 530/3 544/12
**intimidate [10]** 512/13 512/24 513/3
528/12 529/21 529/24 543/14 543/22

**544/4 544/4**
**introduces [1]** 599/4
**investigate [3]** 532/24 543/24 578/8
**investigating [4]** 543/18 543/19
569/18 569/18
**investigation [15]** 511/21 529/17
533/14 534/20 543/24 544/3 548/20
550/1 552/22 560/3 568/15 569/17
572/21 581/5 586/16
**investigations [1]** 534/15
**involved [3]** 586/7 593/6 593/7
**involves [1]** 585/20
**irate [2]** 541/5 560/4
**irrational [1]** 503/19
**irrelevant [2]** 510/17 582/15
**is [253]**
**isn't [5]** 514/18 545/19 580/9 583/19
584/14
**issue [5]** 503/25 504/10 508/14 543/17
569/22
**issues [4]** 504/19 506/23 506/25
585/20
**it [215]**
**it's [67]** 501/25 502/11 504/2 504/6
505/12 505/12 508/5 508/6 508/9 509/8
510/1 510/5 510/20 510/20 511/23
511/23 511/24 511/24 511/25 512/5
512/5 512/7 516/8 516/21 517/18
531/21 532/6 533/24 535/5 538/13
545/4 545/20 547/19 549/23 553/8
553/9 554/2 556/5 565/2 567/24 572/11
572/11 573/1 573/25 574/6 576/15
577/7 580/9 580/10 582/4 582/9 582/9
582/24 584/1 584/8 584/14 590/3
592/16 593/20 594/4 596/14 598/9
600/13 601/3 601/4 601/21 602/4
**item [3]** 551/25 551/25 552/1
**items [1]** 599/12
**its [7]** 528/20 547/23 549/23 553/11
576/20 587/8 591/20
**itself [1]** 532/2

**J**

**J.A [1]** 589/18
**January [3]** 600/17 600/20 601/10
**January 25th [1]** 601/10
**January 28th [1]** 600/20
**JENNIFER [1]** 498/4
**jeopardizes [1]** 586/21
**jerk [1]** 508/10
**job [26]** 532/20 533/7 533/7 533/12
533/25 543/19 547/5 554/8 561/21
561/22 562/4 562/7 562/8 562/21
572/11 572/11 575/2 575/9 575/17
575/18 578/3 578/24 579/22 579/25
580/1 583/10
**jobs [1]** 541/20
**join [1]** 599/8
**jokingly [3]** 509/7 528/17 539/21
**judge [5]** 497/4 538/2 558/3 572/1
594/14
**Judicial [1]** 603/8
**jumble [6]** 547/17 547/18 547/18 548/1
548/1 549/2
**jumbled [2]** 547/9 549/7
**juror [16]** 515/21 515/22 586/21
586/25 597/1 597/3 597/5 597/7 597/9
597/11 597/13 597/15 597/17 597/19

**J**

juror... [2] 597/21 597/23

Juror No. 9 [1] 515/22

jurors [24] 515/18 516/25 517/22
521/9 521/15 523/25 526/2 545/16
571/21 571/22 573/3 574/14 585/3
585/7 585/8 585/11 585/22 595/14
595/15 598/5 598/10 598/13 598/24
599/16

jury [63] 497/19 499/3 499/8 499/12
499/13 501/5 502/18 502/22 502/23
506/2 506/22 506/24 512/22 513/11
513/13 513/19 515/11 516/5 516/13
517/24 520/19 521/12 521/19 521/20
521/23 531/20 539/24 546/6 558/4
573/12 573/15 574/12 581/16 581/21
582/24 583/1 584/22 584/24 586/9
587/18 587/20 588/2 588/6 588/9
588/16 588/25 589/2 589/15 591/14
591/19 592/4 592/22 595/3 595/19
596/5 596/9 596/10 596/19 597/25
598/4 598/19 598/25 599/12

jury's [13] 500/3 501/11 520/23 521/11
573/4 574/10 589/16 591/5 592/21
594/13 595/2 595/11 599/17

just [53] 500/9 504/20 504/23 508/5
500/10 510/1 510/23 511/3 511/10
513/17 514/1 517/1 517/18 517/23
521/4 533/19 534/15 535/20 545/12
547/8 547/20 549/16 551/21 552/7
552/8 552/14 553/5 553/20 554/5
556/24 558/5 560/24 569/23 570/10
571/10 574/4 574/5 575/1 575/9 575/16
575/17 575/25 576/6 579/12 580/9
588/11 591/19 592/3 592/16 593/23
594/7 594/10 600/9

justice [1] 598/8

justification [1] 561/15

justified [1] 562/8

justify [5] 559/19 559/21 561/11 562/6
562/7

**K**

K's [2] 547/14 547/14

KAYE [1] 498/7

keep [6] 504/6 561/21 561/21 562/4
565/12 588/16

keeping [1] 562/20

KENDALL [2] 498/3 518/5

kept [3] 534/4 535/14 560/6

kids [3] 541/20 555/6 571/10

kill [45] 500/13 500/19 508/5 519/9
531/9 531/11 531/14 532/15 532/15
532/16 532/18 537/3 537/20 537/20
539/8 539/22 540/8 540/8 540/12
540/13 540/21 540/25 540/25 540/25
541/6 541/7 542/10 544/19 544/24
545/5 546/18 547/16 549/5 565/10
571/4 571/11 575/15 577/3 577/23
577/25 581/24 582/3 582/7 582/21
584/8

kind [2] 509/5 522/19

kmbllaw.com [1] 498/11

knee [1] 508/10

knee-jerk [1] 508/10

knew [27] 511/14 511/16 529/12 535/5
538/16 538/17 542/6 542/10 542/19

**J**

548/20 558/17 558/18 559/23 560/6
560/7 562/6 562/2 564/3 564/8 575/19
575/23 575/24 576/1 576/3 576/13
581/23 582/13

knocking [1] 595/7

know [87] 504/3 504/19 507/15 510/17
512/17 512/18 512/18 513/1 524/8
526/1 534/4 534/19 534/21 534/22
535/7 535/18 535/19 535/23 536/12
536/17 538/22 540/14 542/10 543/17
548/23 551/6 551/8 552/11 553/18
555/12 555/14 555/18 555/20 556/10
559/4 560/13 560/15 560/22 560/23
561/6 561/10 561/17 561/21 562/9
562/10 562/16 563/1 563/15 563/20
564/13 564/16 564/17 564/19 565/8
565/17 565/17 565/24 566/14 566/17
566/17 566/19 566/24 567/12 567/14
567/16 567/17 567/23 568/1 568/15
568/15 568/16 568/20 568/20 569/1
569/12 569/13 569/13 570/5 570/8
570/9 572/12 572/12 577/11 591/22
592/10 594/24 598/16

knowing [6] 528/3 531/4 531/9 544/17
544/24 558/13

knowledge [5] 510/12 512/18 581/14
582/10 582/24

known [1] 578/13

knows [12] 562/21 562/21 562/22
563/12 566/6 569/23 575/5 576/8 576/8
576/9 576/11 591/23

**L**

lack [1] 527/12

ladies [11] 516/7 520/24 531/19 543/6
546/14 572/24 581/8 584/17 584/23
596/16 596/23

lane [7] 533/11 554/12 554/12 565/20
565/21 567/14 567/15

language [10] 508/18 509/1 525/23
526/2 528/22 539/14 573/11 589/23
590/2 590/22

large [1] 518/24

last [8] 509/11 509/16 509/19 509/21
511/8 512/11 513/8 601/1

late [1] 500/10

later [8] 500/22 515/11 537/18 550/14
553/20 557/6 557/17 575/20

LATKA [82] 497/9 505/1 509/21
511/14 511/16 516/3 522/17 522/20
527/21 527/22 527/25 528/2 528/22
528/23 529/1 529/5 529/12 529/20
530/23 530/24 531/2 531/4 531/7 531/8
531/16 547/7 548/18 548/19 549/24
550/21 551/2 551/15 551/19 552/6
552/11 553/5 553/12 553/13 556/1
556/10 556/24 557/7 557/21 558/10
558/12 559/5 559/20 560/6 560/20
560/24 561/2 562/24 562/24 563/8
563/15 563/16 564/1 564/4 564/7 564/7
564/8 564/9 565/10 565/21 566/10
567/5 567/14 568/3 568/8 568/19
568/22 568/24 569/4 569/7 570/23
571/19 572/19 587/9 593/20 596/4
596/7 596/11

Latka's [11] 505/4 531/14 547/25
553/17 560/10 560/25 560/25 564/14
564/21 568/7 570/12

**Laughter [1]** 592/8

law [41] 498/8 503/6 506/6 508/11
509/2 511/14 511/17 515/7 521/1
521/22 522/1 522/3 522/5 525/19
527/22 528/9 529/10 529/13 529/14
529/16 529/18 531/17 532/6 532/7
532/8 532/21 533/4 537/24 538/13
545/11 545/18 546/11 546/14 561/24
561/25 562/3 584/20 586/18 587/6
596/8 596/12

lawyer [2] 523/14 555/17

lawyer's [2] 523/7 523/8

lawyers [5] 523/5 523/6 523/9 547/5
587/23

lay [1] 503/17

learn [1] 586/17

learned [1] 500/10

least [13] 502/3 503/6 515/9 530/11
539/25 540/3 546/12 546/20 573/8
573/18 589/23 589/25 590/8

leave [7] 506/14 513/7 551/16 566/7
566/20 592/18 599/8

leaves [2] 527/6 537/1

leaving [2] 506/17 510/23

left [7] 513/25 533/13 539/21 560/20
560/21 565/20 565/20

legal [1] 512/19

let [6] 585/23 589/7 589/10 590/14
591/22 594/24

let's [12] 515/10 515/10 540/16 540/16
543/12 543/21 548/15 548/15 558/5
574/23 580/15 580/20

lethal [1] 552/15

level [1] 508/21

lie [14] 560/8 561/17 562/22 562/23
562/25 563/14 563/18 566/21 566/22
567/12 567/19 569/6 569/23 577/23

lied [2] 561/18 577/10

lies [2] 561/19 562/9

life [10] 531/13 544/8 550/15 553/24
555/2 561/7 576/19 578/5 578/10
584/13

light [2] 524/17 565/2

light-colored [1] 565/2

like [50] 507/25 508/22 510/16 512/2
512/4 516/2 516/4 524/25 535/15 537/6
541/14 541/25 547/8 547/8 547/13
549/4 552/2 552/7 552/8 553/5 553/8
553/8 554/9 554/17 555/17 556/4 556/5
556/8 556/9 556/25 564/9 566/14
566/16 570/7 570/8 570/10 575/17
575/25 576/6 578/15 579/16 583/16
590/15 593/16 596/19 598/15
599/24 601/3 601/23

liked [2] 583/9 583/12

likes [2] 522/5 578/24

limited [2] 523/18 523/19

line [2] 562/7 591/2

lines [1] 596/14

link [1] 510/19

list [2] 509/2 547/14

listed [1] 504/6

listen [4] 526/13 574/23 584/18 586/12

listened [1] 585/8

listening [1] 554/19

LITT [1] 498/7

little [15] 505/21 505/23 537/16 539/3
552/9 552/25 553/24 553/25 554/1

**L**

little... [6] 565/1 565/2 565/21 569/13 578/6 588/10
lived [2] 556/17 556/18
lives [1] 578/21
lockup [1] 602/1
logical [1] 546/5
long [4] 503/25 504/2 539/9 591/13
longer [1] 598/17
look [24] 518/25 540/16 540/17 540/18 540/18 541/3 541/21 542/8 543/10 543/12 547/14 550/7 550/8 552/2 553/11 557/20 563/20 572/7 581/15 583/8 583/8 584/2 584/3 584/18
looked [3] 541/14 552/8 563/23
looking [10] 506/7 539/10 546/4 550/22 551/1 553/24 558/15 569/10 569/20 600/24
looks [4] 536/21 553/4 590/14 591/9
Los [4] 497/15 497/23 498/6 500/1
lose [3] 562/8 578/3 580/1
losing [2] 579/22 579/25
lost [3] 536/24 554/5 555/21
lot [16] 503/21 505/18 505/25 508/22 534/25 545/9 547/23 551/4 551/4 576/14 578/25 580/16 581/15 582/22 582/25 584/2
loud [5] 503/20 554/4 556/11 556/12 563/6
Louie's [3] 553/25 554/1 565/22
love [1] 547/2
loves [1] 555/17
Luisa [1] 556/4
Luisa Alvarez [1] 556/4
lying [3] 548/12 563/12 577/22

**M**

ma'am [3] 519/16 519/18 520/1
mad [1] 555/9
made [33] 513/18 517/15 520/3 527/25 528/3 528/10 528/11 528/20 529/11 529/20 530/4 530/23 530/24 531/4 531/8 538/8 538/20 539/5 539/24 541/23 544/16 544/23 558/13 561/8 566/22 567/18 568/12 569/8 577/16 581/22 582/6 585/14 589/17
mail [4] 533/10 569/19 569/21 586/2
make [30] 508/16 511/3 529/24 531/25 534/25 549/24 552/20 554/14 568/6 570/3 570/7 570/22 572/20 577/22 578/1 578/2 579/11 582/2 582/7 582/8 582/18 582/20 586/16 590/3 590/4 591/23 593/17 600/9 601/3 601/10
maker [1] 528/7
makes [8] 508/22 510/16 525/20 551/4 551/4 553/19 554/23 560/23
making [9] 500/21 528/5 542/22 544/5 544/5 545/2 559/7 569/9 575/22
malice [3] 531/10 531/11 544/25
man [9] 534/21 552/17 555/22 556/7 556/17 560/4 572/18 577/25 584/7
manner [1] 524/10
many [7] 517/1 544/10 547/14 561/18 567/19 579/20 584/15
MARILYN [1] 498/7
marked [2] 516/16 516/18
markers [1] 591/20

market [3] 562/10 562/13 562/16
Martin [4] 533/16 535/20 536/9 579/8
Martin True [4] 533/16 535/20 536/9 579/8
materials [1] 586/15
matter [8] 522/13 525/3 541/2 567/25 578/19 586/10 592/23 603/7
matters [2] 501/6 513/5
may [29] 504/21 505/3 506/15 522/12 522/19 522/25 523/2 523/20 523/23 524/2 524/6 524/21 524/21 524/24 525/11 526/1 527/11 531/14 572/2 573/5 574/15 587/7 587/16 587/23 587/24 588/24 595/7 595/16 603/11
maybe [6] 508/23 554/9 554/22 572/3 593/10 599/25
mbednarski [1] 498/11
McLANE [1] 498/7
me [27] 502/16 512/3 516/19 517/15 518/15 518/23 521/1 532/15 533/25 536/25 537/1 537/3 540/8 549/8 549/9 549/16 562/12 567/5 570/19 575/8 587/16 587/19 588/2 589/4 590/14 591/14 594/15
mean [13] 502/11 504/6 508/19 511/24 542/10 556/25 559/4 565/12 573/14 583/19 589/9 590/11 594/1
meaning [2] 526/5 558/25
meanings [1] 512/19
means [12] 506/6 510/12 529/23 529/24 530/1 531/11 543/22 544/5 544/11 567/2 586/2 592/24
meant [7] 506/9 509/2 542/11 550/3 550/4 550/8 555/1
media [3] 540/21 586/6 586/12
medical [2] 557/15 580/23
meet [3] 554/13 554/14 589/4
meets [1] 554/23
member [2] 584/24 587/18
members [3] 521/20 586/6 598/4
memory [4] 523/14 524/9 587/4 587/5
mental [20] 503/3 503/6 503/11 503/14 503/16 503/21 503/25 504/7 504/14 504/17 504/19 504/23 505/1 505/4 505/14 505/19 506/17 506/19 528/23 531/14
mentioned [1] 577/1
mere [1] 504/4
merely [1] 591/21
merits [1] 585/24
mess [3] 559/23 560/3 560/5
messaging [1] 586/3
met [3] 510/25 535/20 539/9
middle [2] 556/13 564/9
might [10] 512/25 536/12 553/7 565/18 582/3 582/9 582/9 584/7 599/3 599/4
mile [1] 565/17
militarized [1] 551/12
military [2] 556/8 569/25
mind [10] 509/25 547/19 549/13 554/25 558/17 567/22 571/2 574/21 574/22 593/21
minding [1] 535/24
mine [1] 506/25
minimum [1] 600/8
minor [1] 567/24
minute [5] 520/21 554/11 554/18

565/18 572/24
minutes [14] 513/4 521/3 537/16 548/6 548/6 549/14 553/20 557/6 561/5 574/8 581/2 591/16 592/13 595/9
mirror [3] 509/13 536/21 573/11
misconduct [1] 570/25
misrecollection [1] 524/25
misstates [2] 543/4 562/17
mistrial [1] 586/22
mitigation [2] 600/12 600/15
mixed [3] 547/9 547/10 549/7
model [1] 503/6
models [1] 512/22
modified [1] 503/4
moment [1] 514/11
moments [3] 533/20 579/8 579/15
Monday [2] 600/23 600/25
Morales [6] 533/10 534/8 550/20 550/21 551/1 569/20
Morales's [1] 569/19
more [14] 500/4 500/6 504/4 513/3 513/13 519/11 524/23 525/16 551/3 569/8 578/25 587/17 591/6 600/14
morning [8] 501/12 501/13 501/14 518/17 550/10 550/17 557/12 557/13
most [1] 566/25
motion [7] 499/7 517/15 559/18 567/4 568/2 568/2 569/23
motions [1] 600/2
motive [5] 560/8 561/11 561/17 562/22 581/15
mountains [1] 532/22
mouth [1] 558/19
moved [2] 541/20 564/20
movements [2] 553/11 568/12
moving [1] 557/4
Mr. [83] 503/17 518/5 519/17 522/20 547/7 547/25 548/18 548/19 549/4 549/4 549/24 550/21 551/2 551/15 551/19 552/6 552/11 553/5 553/12 553/13 553/17 555/22 556/1 556/7 556/10 556/16 556/18 556/20 556/24 557/7 557/12 557/15 557/18 557/21 558/10 558/12 559/5 559/17 559/20 560/6 560/20 560/24 560/25 560/25 561/2 562/24 562/24 563/7 563/8 563/8 563/9 563/15 563/16 563/23 564/1 564/2 564/4 564/7 564/8 564/9 564/14 564/21 564/23 564/24 565/10 565/21 566/10 567/5 567/14 568/3 568/7 568/8 568/19 568/22 568/25 568/24 569/4 569/7 570/12 570/23 570/24 572/19
Mr. Briot [2] 568/22 570/24
Mr. Ellsworth [1] 559/17
Mr. Ellsworth's [1] 519/17
Mr. Haug [3] 549/4 557/12 564/23
Mr. Kendall [1] 518/5
Mr. Latka [52] 522/20 547/7 548/18 548/19 549/24 550/21 551/2 551/15 551/19 552/6 552/11 553/5 553/12 553/13 556/1 556/10 556/24 557/7 557/15 558/10 558/12 559/5 559/20 560/6 560/20 560/24 561/2 562/24 562/24 563/8 563/15 563/16 564/1 564/2 564/4 564/7 564/8 564/9 565/10 565/21 566/10 567/5 567/14 568/3 568/8 568/19 568/22 568/24 569/4

# M

**Mr. Latka... [3]**  569/7 570/23 572/19
**Mr. Latka's [8]**  547/25 553/17 560/25
560/25 564/14 564/21 568/7 570/12
**Mr. Tercero [10]**  503/17 549/4 556/7
556/16 556/18 556/20 563/8 563/9
564/23 564/24
**Mr. Tercero's [1]**  557/18
**Mr. True [4]**  555/22 557/15 563/7
563/23
**MS [6]**  499/9 499/10 499/11 532/13
547/1 574/18
**Ms. [25]**  500/4 500/15 501/5 507/14
512/10 513/8 515/23 518/3 546/24
573/6 574/17 583/23 588/13 589/20
591/8 591/10 591/11 591/23 592/12
594/7 594/20 599/13 599/19 601/22
602/4
**Ms. Bednarski [7]**  501/5 515/23
546/24 591/11 599/19 601/22 602/4
**Ms. Bednarski's [1]**  594/7
**Ms. Palmer [3]**  500/15 574/17 583/2
**Ms. Plato [7]**  518/3 588/13 591/10
591/23 592/12 594/20 599/13
**Ms. Weisberg [7]**  500/4 507/14 512/10
513/8 573/6 589/20 591/8
**much [10]**  512/14 516/6 520/13 525/9
525/22 533/25 535/5 569/25 599/14
600/11
**multiple [4]**  563/3 563/3 563/4 577/1
**multiplicity [1]**  573/22
**murder [16]**  515/13 528/1 528/15
530/24 531/7 532/18 537/25 539/19
540/16 542/7 544/20 544/22 546/21
558/25 596/13 596/25
**must [29]**  511/12 522/4 522/5 522/9
522/17 523/6 523/19 526/3 527/23
529/9 529/19 530/7 530/9 530/17
530/21 530/25 531/3 531/8 532/7
544/16 544/23 576/22 585/4 585/5
585/17 585/19 586/9 590/6 590/8
**my [12]**  502/9 508/11 512/11 521/21
532/7 533/25 551/16 567/6 574/4
589/18 592/6 600/12

# N

**name [6]**  518/11 534/4 549/12 569/19
569/20 571/18
**names [1]**  565/6
**national [1]**  518/24
**nature [1]**  572/12
**nearly [1]**  508/12
**necessarily [2]**  525/7 572/13
**necessary [6]**  509/14 509/20 510/5
528/25 529/3 587/15
**need [18]**  502/1 507/2 515/11 515/12
516/13 517/1 521/1 529/5 539/6 547/15
566/18 566/19 572/6 577/18 581/8
590/2 592/10 595/4
**needed [3]**  570/21 570/22 589/11
**needs [1]**  589/1
**never [11]**  541/23 561/7 561/7 561/24
562/24 562/24 563/22 565/9 565/9
565/10 568/12
**new [1]**  592/15
**news [1]**  586/12
**next [16]**  520/25 532/14 536/7 536/7

537/15 540/9 540/10 540/24 542/9
542/11 545/4 556/21 558/22 559/13
564/21 583/23
**nice [3]**  534/1 551/7 599/21
**Ninth [1]**  503/23
**no [68]**  497/8 500/4 500/6 501/25
506/6 506/10 507/3 507/7 507/21
508/11 513/12 513/19 514/3 514/4
519/11 520/3 520/5 520/6 520/8 520/9
525/20 534/11 558/20 560/14 561/1
566/9 567/1 567/2 567/3 567/7 567/7
567/17 568/8 568/11 568/11 568/12
568/15 568/16 569/22 573/15 574/4
574/5 575/8 576/10 577/5 577/10
579/13 587/18 593/23 597/3 597/5
597/7 597/9 597/11 597/13 597/15
597/17 597/19 597/21 597/23 598/2
598/3 598/17 600/4 601/14 601/14
602/4 603/17
**No. [6]**  515/20 515/22 558/7 558/22
567/19 597/1
**No. 1 [1]**  597/1
**No. 13 [1]**  558/7
**No. 14 [1]**  558/22
**No. 6 [1]**  567/19
**No. 9 [1]**  515/20
**nobody [1]**  503/20
**noise [1]**  595/8
**none [2]**  524/3 569/2
**normal [3]**  532/23 584/6 592/5
**not [174]**
**note [7]**  499/13 514/10 587/16 591/14
591/20 592/22 594/25
**notes [5]**  520/3 587/2 587/3 587/4
587/5
**nothing [7]**  520/11 548/20 552/12
567/20 567/20 568/14 579/4
**notify [1]**  587/1
**now [36]**  507/15 507/21 509/21 513/17
515/11 515/22 517/18 520/25 521/20
531/21 536/22 537/22 541/1 541/22
544/14 546/6 549/8 549/8 549/9 549/9
552/13 552/19 553/7 558/3 560/4 576/2
581/15 582/16 583/15 588/6 588/13
590/2 590/15 598/4 598/13 598/18
**number [4]**  507/15 525/7 548/19
563/18
**numbers [1]**  565/6
**numerically [1]**  588/2

# O

**Oak [2]**  549/3 564/20
**oath [4]**  518/2 518/4 522/7 599/2
**object [2]**  553/4 553/10
**objection [3]**  513/24 519/3 600/3
**objections [1]**  523/4
**objective [3]**  584/3 593/6 593/7
**obstruct [1]**  529/23
**obvious [3]**  566/20 568/2 568/10
**obviously [2]**  553/5 569/8
**occasion [1]**  564/1
**occurred [7]**  520/2 560/8 560/10 567/3
567/7 567/8 568/18
**October [3]**  497/17 500/1 518/9
**October 12th [1]**  518/9
**odd [1]**  582/9
**off [13]**  510/16 518/18 541/22 543/25
549/16 551/15 551/16 552/21 560/13

564/2 571/7 590/23 601/2
**offense [5]**  528/21 530/7 530/10
530/13 530/20
**office [1]**  506/5
**officer [124]**
**Officer Ellsworth [45]**  500/17 500/21
501/1 518/15 518/19 532/21 533/19
533/20 533/24 534/3 534/6 534/14
535/11 535/15 536/4 537/9 537/12
538/1 538/7 538/11 540/11 541/19
543/14 543/14 544/9 544/13 544/15
544/17 544/23 545/21 546/18 552/25
564/16 565/16 575/16 576/5 577/2
577/3 577/6 577/14 577/22 578/22
579/17 584/5 584/10
**Officer Ellsworth's [3]**  567/21 579/7
579/19
**officer's [3]**  559/14 570/25 579/16
**officers [3]**  535/6 535/6 542/3
**official [6]**  497/21 525/25 528/13
529/22 543/17 603/17
**often [2]**  535/7 535/7 599/3
**Ofttimes [1]**  534/21
**oh [15]**  507/7 515/5 516/23 552/8
552/13 566/8 566/11 568/6 569/6
569/11 570/4 571/10 590/24 591/2
591/15
**okay [31]**  501/9 501/20 502/11 503/1
506/24 507/1 507/13 507/18 507/19
507/23 508/17 511/6 511/7 512/10
513/7 513/22 514/6 515/1 515/15
539/22 573/20 574/11 589/5 589/13
590/19 591/17 592/2 593/24 599/24
601/6 602/2
**on [121]**
**once [3]**  528/15 539/19 577/17
**one [69]**  500/8 500/18 501/16 507/3
507/24 507/25 511/9 512/11 513/8
513/25 514/25 515/9 516/19 516/24
517/1 525/16 530/11 530/15 533/16
535/1 536/19 538/4 538/4 538/6 539/25
540/3 541/8 543/20 546/4 546/12
546/15 546/19 546/20 550/4 551/17
551/18 558/21 559/8 559/25 561/25
564/4 566/19 567/7 567/8 571/9 571/9
571/10 572/2 573/8 573/9 573/10
573/18 573/22 573/25 574/5 574/6
577/7 577/19 579/2 582/2 584/24
587/17 589/25 590/1 590/8 590/22
591/6 591/16 592/3
**one of [1]**  507/24
**only [29]**  501/7 510/15 510/24 521/5
522/25 523/17 525/24 526/18 529/6
535/18 535/20 546/4 546/15 552/1
553/13 561/24 563/4 568/20 570/9
572/4 577/7 577/16 577/18 584/19
585/6 585/13 585/17 587/4 587/20
**onto [1]**  581/6
**oOo [2]**  500/2 602/9
**open [5]**  520/23 536/13 579/16 587/21
599/2
**opened [1]**  564/8
**opening [3]**  523/10 532/9 532/10
**opens [1]**  566/3
**operator [2]**  549/12 554/4 559/11
559/13 575/1 575/17 576/6
**opinion [2]**  503/17 585/9
**opinions [4]**  522/6 545/18 548/12

## Q

opinions... [1] 573/1
opportunity [2] 524/7 586/20
opposed [1] 539/20
or [162]
order [3] 527/22 588/19 590/4
ordered [3] 514/16 586/10 588/21
orders [2] 589/6 598/17
other [42] 504/4 504/24 507/2 510/25
511/4 512/16 513/10 523/11 524/14
524/18 527/17 529/7 529/15 534/21
539/9 540/19 541/2 541/3 547/10
547/17 548/24 548/24 556/3 561/5
564/15 569/16 570/13 573/12 579/6
579/20 580/16 580/25 581/13 583/6
584/2 585/7 585/11 585/19 586/3
586/15 586/16 600/14
others [2] 522/10 530/16
otherwise [1] 588/2
our [12] 513/25 515/19 536/18 555/2
571/6 571/21 588/7 588/13 595/17
598/8 598/14 598/14
out [109]
outcome [1] 524/11
outdoors [1] 583/10
outline [1] 531/24
outside [24] 500/3 501/11 521/11
545/15 551/10 557/13 557/20 557/20
557/24 568/16 568/17 572/13 573/4
574/10 586/25 589/16 591/5 592/21
594/13 595/2 595/11 599/8 599/9
599/17
over [19] 548/24 548/25 551/12 551/12
555/12 555/13 555/14 556/12 556/18
557/13 563/2 563/2 563/5 563/5 563/5
563/5 564/3 584/25 586/24
over-militarized [1] 551/12
over-weaponryized [1] 551/12
overly [1] 587/5
overreacted [1] 568/1
Overruled [1] 562/18
own [12] 502/9 532/5 535/24 538/17
543/8 561/23 568/21 568/21 575/22
585/14 586/17 587/3
owned [3] 555/23 561/22 562/15

## P

p.m [1] 602/7
page [13] 497/19 499/2 504/11 505/2
507/5 507/15 507/18 507/20 507/24
509/11 511/8 512/11 603/7
pain [1] 549/11
pains [2] 557/11 580/21
PALMER [8] 498/3 499/9 499/11
500/15 532/13 574/17 574/18 583/2
palpitations [1] 580/20
paper [1] 535/24
paragraph [9] 504/22 505/11 506/15
508/1 509/12 509/14 511/9 511/11
558/23
paramedic [1] 580/21
parked [1] 564/20
part [11] 504/21 509/19 510/9 524/3
533/7 533/7 538/14 543/12 543/16
553/15 553/16
parties [7] 502/19 503/8 510/12
522/24 526/15 586/19 598/22

party [7] 510/15 510/20 510/21 510/22
510/24 529/7 586/20
Pasadena [1] 498/10
pass [1] 560/13
PAT [4] 497/21 603/3 603/16 603/17
patcuneo1600 [1] 497/24
Pause [8] 513/23 514/5 515/16 517/3
517/20 558/6 593/15 594/19
pauses [2] 565/5 565/23
pay [3] 521/18 562/2 562/4
peeled [1] 537/17
people [47] 505/19 512/17 512/18
513/3 533/16 533/17 534/1 534/2
534/21 539/3 540/19 541/8 541/21
542/21 543/1 547/2 547/3 547/5 548/11
550/2 550/3 550/3 551/5 555/2 555/3
555/7 555/12 556/3 557/3 563/3 563/4
565/5 567/9 570/2 571/24 572/7 572/13
572/18 576/14 576/15 580/17 581/13
582/12 582/23 583/6 583/7 586/6
people's [1] 578/21
pepper [1] 551/22
perceive [1] 555/1
perceived [3] 552/11 553/5 558/19
perception [1] 556/2
performance [4] 512/24 528/13
529/22 543/15
perhaps [1] 516/8
Permission [2] 516/21 590/16
permit [1] 588/17
Persimmons [3] 533/11 554/12
554/12
persistent [1] 575/18
person [26] 510/4 528/5 533/10 534/4
534/16 537/7 542/22 547/7 555/12
555/14 555/17 557/25 559/25 559/25
563/16 564/14 566/13 568/17 572/10
576/12 578/2 580/3 581/7 583/5 586/1
588/18
person's [2] 561/5 593/22
personal [2] 522/5 545/17
personally [1] 525/13
persons [1] 524/23
persuades [1] 585/10
pertains [1] 525/3
phone [9] 500/11 554/3 554/21 557/2
557/2 559/12 559/12 575/12 586/2
photograph [1] 570/11
photographs [2] 545/13 551/20
photos [1] 550/15
phrase [3] 504/14 509/23 593/18
phrased [1] 512/5
physical [2] 504/7 505/1 528/23
pick [4] 547/12 547/16 589/2 599/12
picking [1] 583/11
picture [2] 550/13 557/21
pieces [1] 533/9
pinpoint [1] 508/2
place [6] 503/9 555/15 556/4 564/21
564/25 588/17
Plaintiff [2] 497/7 498/2
Plato [7] 518/3 588/13 591/10 591/23
592/12 594/20 599/13
play [2] 501/19 517/4
played [2] 517/6 574/24
pleaded [1] 526/23
please [8] 515/20 522/11 587/1 593/13
594/8 595/23 598/21 598/23

plus [1] 534/23
point [13] 506/4 512/12 519/4 519/6
535/9 536/15 536/22 537/12 563/10
564/20 565/4 565/4 572/7
pointed [3] 549/16 551/19 562/25
pointing [2] 559/9 559/20
points [4] 532/15 540/8 559/5 579/20
police [8] 535/3 535/6 535/6 549/17
549/21 572/2 572/3 584/14
polite [4] 578/25 579/10 579/12 583/7
polled [1] 596/20
poor [1] 569/25
poorly [1] 571/3
possible [2] 527/8 578/6
post [3] 506/5 591/20 600/2
Post-its [1] 591/20
post-trial [1] 600/2
postal [1] 505/16
postman [1] 556/8
potential [1] 545/18
pounding [1] 564/6
power [4] 571/17 571/20 572/8 572/17
powers [1] 569/4
precise [1] 547/3
prefer [1] 592/9
prejudice [2] 524/13 545/17
prejudices [1] 522/6
prepared [2] 587/10 588/7
presence [13] 500/3 501/11 520/23
521/11 573/4 574/10 589/16 591/5
592/21 594/13 595/2 595/11 599/17
present [3] 527/2 529/2 595/17
presented [1] 526/3
preside [1] 584/25
PRESIDING [1] 497/4
press [1] 586/6
presumed [1] 526/23
pretty [3] 535/5 557/16 588/7
prevention [1] 529/17
previous [1] 590/25
prior [3] 500/10 500/11 500/23
privacy [1] 598/24
private [1] 588/17
probably [4] 506/19 513/3 553/8 600/6
problem [6] 511/9 560/4 573/21
590/22 593/3 593/5
problems [5] 504/17 508/14 552/18
557/15 590/12
proceed [1] 520/22
proceeded [2] 519/2 596/9
proceedings [13] 499/2 513/23 514/5
515/16 517/3 517/20 558/6 586/22
593/15 594/19 598/22 602/7 603/6
process [4] 521/25 545/10 582/25
586/23
professional [1] 583/15
professionals [1] 583/16
progress [2] 529/23 543/23
promising [1] 522/7
proof [5] 511/20 525/12 525/16 527/5
527/5
properly [1] 519/24
property [3] 551/16 551/16 566/18
propose [2] 505/10 593/12
PROPOSED [2] 499/3 502/22
prosecution [2] 529/18 548/25
protect [1] 578/10
protected [1] 578/5

**P**

**proud [3]** 556/1 556/1 579/23
**prove [31]** 509/15 510/5 511/12 511/13 525/19 527/2 527/7 527/23 528/25 529/3 529/9 529/12 529/19 530/7 537/24 538/16 538/23 538/24 539/2 547/24 549/23 549/24 549/25 558/3 558/9 558/11 576/20 581/17 581/20 581/22 582/1
**proved [8]** 505/5 511/4 526/17 529/8 530/13 531/1 531/15 587/8
**proven [3]** 530/20 530/22 577/20
**proves [1]** 526/24
**provide [3]** 506/13 550/24 551/3
**provided [3]** 525/25 526/7 587/6
**proving [1]** 527/3
**provocation [1]** 553/15
**provoked [2]** 559/17 563/12
**psychiatric [2]** 503/18 506/9
**public [1]** 578/24
**pull [5]** 537/11 551/21 551/22 567/5 567/24
**pulled [12]** 540/9 551/18 551/24 552/12 552/21 553/4 553/10 553/16 559/20 564/11 575/4 578/10
**pulling [4]** 570/14 578/8 578/14 580/1
**pulls [1]** 537/3
**punishment [3]** 545/18 587/6 587/7
**pure [1]** 576/23
**purely [2]** 527/10 599/4
**purpose [10]** 523/18 547/21 547/25 548/16 559/15 571/1 575/23 576/13 581/20 581/25
**purposeful [3]** 548/3 555/11 559/7
**pursuant [1]** 603/4
**pursue [1]** 578/16
**pursued [4]** 541/15 544/8 577/2 584/1
**pursuing [1]** 537/4 540/6
**pushes [2]** 536/12 536/13
**put [13]** 503/2 503/24 512/2 512/3 517/23 545/9 545/16 546/7 553/9 556/20 571/18 574/19 590/23
**puttering [1]** 550/16

**Q**

**qualifies [1]** 501/2
**quarter [1]** 565/17
**question [26]** 515/3 546/9 548/9 548/18 550/19 554/19 555/10 558/15 573/7 574/4 587/22 587/25 588/3 588/3 592/3 592/24 593/10 593/13 593/17 594/5 594/6 594/8 595/4 596/9 596/17 596/25
**questions [9]** 519/11 520/9 523/4 523/7 523/8 543/25 551/6 551/13 575/6
**quickly [2]** 521/6 589/10
**quite [1]** 546/7
**quote [1]** 579/10

**R**

**radio [1]** 563/24
**rage [1]** 576/16
**raise [1]** 562/3
**raises [2]** 575/10 595/18
**Rambo [1]** 553/3
**ran [11]** 533/15 534/5 541/12 541/19 543/25 544/2 564/8 567/5 578/5 579/8

**ranger [2]** 542/1 542/1
**rapidly [1]** 557/9
**rational [1]** 582/14
**re [3]** 499/3 502/22 535/16
**re-holstered [1]** 535/16
**reach [3]** 585/3 585/12 585/16
**reached [1]** 587/11 588/4 595/19
**reaching [1]** 522/25
**react [1]** 542/21
**Reacted [1]** 563/22
**reaction [7]** 508/10 528/22 539/14 540/18 541/18 553/11 570/12
**reactions [1]** 582/11
**read [6]** 516/12 520/18 522/11 538/2 538/3 586/12
**reading [2]** 535/24 593/4
**reads [1]** 596/2
**ready [8]** 515/14 521/3 521/12 565/20 565/21 574/16 587/14 588/12
**real [7]** 553/24 561/22 561/23 562/10 562/13 562/15 562/16
**realize [2]** 598/9 598/13
**really [14]** 508/13 521/6 535/1 535/1 538/9 564/18 571/22 579/21 579/23 580/23 590/12 593/1 600/15 602/4
**rearview [1]** 547/6
**reason [10]** 503/8 512/23 527/9 546/3 569/7 576/22 578/16 579/13 584/18 597/25
**reasonable [39]** 505/5 511/4 511/12 526/25 527/4 527/5 527/9 527/14 527/19 527/24 528/5 529/8 529/9 529/19 530/8 530/21 530/22 531/1 531/3 531/8 531/16 537/25 539/25 542/22 543/1 543/2 544/16 546/10 550/2 550/3 550/3 558/10 576/21 576/24 577/20 587/9 593/22 596/6 596/11
**reasonableness [1]** 524/16
**rebuttal [8]** 499/6 499/11 500/7 501/16 501/17 517/10 517/11 574/18
**rec [2]** 533/5 583/9
**recall [1]** 522/7
**RECALLED [1]** 518/1
**receipt [3]** 510/14 510/24 529/6
**receive [1]** 546/6
**received [7]** 521/25 522/23 523/1 523/17 523/22 526/6 585/18
**receiving [2]** 542/20 581/23
**recently [1]** 557/17
**Recess [8]** 501/10 521/10 574/9 591/4 592/20 594/12 595/1 595/10
**recklessly [1]** 531/12
**recollection [4]** 525/1 532/4 532/5 543/8
**record [4]** 504/1 506/1 506/13 517/14
**recording [10]** 499/24 507/1 516/3 516/9 516/13 517/6 526/6 526/7 526/10 574/24
**RECROSS [1]** 499/18
**REDIRECT [2]** 499/18 520/10
**reference [2]** 505/14 586/15
**referring [1]** 509/8
**refers [1]** 509/5
**refuse [1]** 580/23
**refused [3]** 548/21 551/3 580/22
**refuses [4]** 550/24 550/25 550/25

**regard [2]** 519/21 559/7
**regarding [2]** 503/3 503/10
**regulations [1]** 603/8
**relating [2]** 504/10 504/24
**relax [1]** 521/17
**release [2]** 514/1 589/14
**released [2]** 592/12 592/13
**relevant [5]** 511/18 511/19 511/24 511/24 511/25
**reliability [1]** 525/5
**reliable [1]** 525/8
**rely [5]** 516/12 532/5 532/7 543/8 587/3
**remain [2]** 513/25 514/2
**remaining [1]** 575/18
**remanded [1]** 599/18
**remember [14]** 518/10 518/11 518/11 518/17 523/13 526/10 543/7 550/14 555/22 556/7 556/16 580/8 588/1 598/21
**remind [2]** 531/23 585/19
**renewed [1]** 517/18
**repeat [2]** 541/6 555/5
**repeated [2]** 541/5 541/7
**repeatedly [1]** 584/13
**repeating [1]** 542/16
**repetitious [1]** 554/4 556/11 563/6
**rephrase [3]** 593/13 593/18 594/2
**report [12]** 500/21 520/6 549/2 549/4 549/6 554/14 554/23 559/9 559/9 561/10 577/15 586/11
**reported [3]** 542/3 590/18 603/6
**Reporter [1]** 497/21 603/17
**REPORTER'S [1]** 497/14
**reporting [1]** 559/13 564/12
**request [5]** 504/8 507/25 509/13 512/20 591/21
**requests [1]** 508/13
**require [1]** 586/23
**required [9]** 505/6 527/7 531/17 538/23 538/24 539/2 539/24 545/16 599/9
**requires [1]** 586/18
**research [1]** 586/14
**residential [1]** 569/14
**respect [11]** 502/23 512/23 514/24 520/2 528/21 530/10 530/13 568/18 593/7 596/6 598/23
**respectfully [1]** 505/17
**respond [4]** 571/13 571/13 586/10 587/20
**responded [1]** 516/25
**responding [1]** 554/7
**response [3]** 570/12 578/14 580/1
**responsibility [1]** 572/17
**responsible [3]** 519/21 519/25 523/25
**rest [1]** 501/16
**restrictions [2]** 586/18 586/21
**rests [2]** 499/5 517/8
**resubmitted [1]** 517/19
**result [1]** 586/23
**results [1]** 525/4
**RESUMED [2]** 499/4 516/1
**retired [2]** 535/3 535/6
**return [3]** 522/13 587/14 588/20
**returned [1]** 540/11
**RICHARD [7]** 497/9 522/17 527/21

## R

**RICHARD... [4]** 571/19 596/3 596/7 596/11
**Richard Douglas [1]** 596/3
**Richard Douglas Latka [2]** 596/7 596/11
**Richard Latka [3]** 522/17 527/21 571/19
**right [61]** 500/14 500/25 501/12 501/15 502/5 506/21 507/14 510/7 513/8 515/23 517/4 517/9 520/13 520/24 521/12 521/17 522/16 536/7 536/7 537/8 547/12 549/13 559/23 560/9 560/21 561/16 564/21 565/21 565/21 566/17 567/14 573/5 574/8 580/7 583/23 583/24 585/11 588/24 589/17 590/19 591/1 591/3 591/6 591/7 591/11 592/2 593/11 593/16 594/10 595/12 596/22 598/18 599/18 600/1 600/5 600/16 600/22 600/23 601/13 601/17 601/25
**rise [5]** 515/17 521/8 521/14 573/2 574/13
**Riverside [4]** 518/12 563/25 570/16 570/21
**road [1]** 571/7
**roll [2]** 560/10 560/10
**rolls [2]** 536/16 565/5
**room [8]** 497/3 516/13 517/24 521/23 588/6 589/2 598/25 599/12
**Roybal [1]** 497/22
**RULE [1]** 499/7
**run [3]** 501/24 576/18 578/18
**running [7]** 541/16 556/12 556/13 557/5 578/15 580/2 580/3
**runs [3]** 556/24 557/1 557/4
**Russ [6]** 535/23 536/17 539/8 569/16 577/9 579/14
**Russ Tercero [6]** 535/23 536/17 539/8 569/16 577/9 579/14

## S

**safe [1]** 535/15
**safer [1]** 594/3
**said [101]** 500/12 502/15 505/25 506/5 506/8 509/7 518/3 519/8 520/3 522/12 523/9 526/9 526/15 528/17 531/20 532/25 533/4 533/13 533/18 533/24 533/24 534/4 534/8 534/11 534/12 534/18 535/3 535/12 535/20 535/22 536/4 536/9 536/10 536/18 537/6 538/18 539/3 539/7 539/21 540/7 540/11 540/17 540/17 540/24 541/2 541/3 541/10 541/14 541/22 541/24 542/2 542/8 543/11 545/5 545/20 545/20 545/23 545/24 545/24 545/25 546/1 550/21 552/25 556/4 559/10 560/9 560/20 562/23 563/24 565/16 565/17 565/18 566/8 566/11 567/5 567/17 571/2 571/11 573/13 574/20 575/11 575/19 577/8 577/8 578/12 578/17 578/23 579/10 579/15 579/22 579/22 580/9 580/9 583/20 584/2 584/4 584/5 584/5 584/12 587/4 599/9
**said-he [2]** 545/20 577/8
**same [14]** 511/9 526/2 533/10 549/8 552/3 552/4 552/5 555/16 556/3 579/19

586/19 590/6 593/3 596/6
**San [1]** 532/22
**San Bernardino [1]** 532/22
**sandy [1]** 565/1
**Sargent [1]** 570/20
**satisfies [2]** 543/25 544/19
**satisfy [1]** 510/19
**saw [10]** 525/13 535/25 536/18 543/24 553/13 576/3 577/11 578/22 582/12 584/15
**say [61]** 500/14 504/23 506/5 506/11 508/5 508/11 508/12 509/14 518/22 520/2 523/10 531/23 532/1 534/14 535/25 537/19 539/3 540/21 540/22 543/7 548/15 550/8 551/15 552/13 553/13 555/4 555/6 555/16 562/24 563/5 563/21 563/22 565/12 566/13 566/15 566/16 566/17 567/20 571/8 571/8 571/12 571/18 577/14 577/25 578/1 578/2 579/6 580/13 580/25 581/1 591/19 592/17 592/18 592/23 593/12 593/20 593/24 599/1 599/2 601/11 601/20
**saying [16]** 502/13 503/5 503/17 510/3 510/5 510/14 510/24 534/25 541/12 565/12 568/3 573/21 580/10 580/12 581/9 581/11
**says [35]** 511/11 524/3 536/20 549/15 550/23 551/6 551/7 551/25 552/8 552/23 552/25 553/25 556/5 556/11 556/24 562/9 563/14 563/16 563/18 564/8 564/8 564/17 565/9 565/9 565/10 566/8 566/11 567/7 567/8 567/19 569/6 569/11 570/4 575/7 590/4
**scared [9]** 535/1 535/5 535/8 541/19 563/23 583/14 583/21 583/22 583/25
**scaredy [1]** 564/10
**scaredy-cat [1]** 564/10
**scenario [1]** 560/23
**schedule [3]** 592/5 592/6 592/16
**scintilla [1]** 504/4
**scrabble [2]** 547/9 547/13
**scream [1]** 580/19
**screamed [9]** 532/17 537/15 540/10 541/5 545/5 577/2 577/3 577/4 584/10
**screaming [13]** 534/18 534/24 535/14 535/21 535/25 536/23 537/2 542/16 553/14 553/17 576/18 579/15 582/19
**screams [4]** 537/3 537/4 575/11 580/19
**screen [7]** 546/8 550/12 553/21 556/15 557/23 565/14 578/11
**searching [1]** 586/15
**seat [4]** 515/19 515/20 521/16 539/22
**seated [3]** 573/5 574/15 595/16
**second [5]** 504/22 528/2 558/11 593/20 596/9
**seconds [3]** 512/6 535/19 555/25
**Section [1]** 603/4
**security [2]** 501/8 588/14
**see [31]** 514/21 519/1 524/7 524/24 532/15 535/22 536/15 537/20 540/12 547/14 549/5 553/14 553/15 553/15 553/23 555/25 557/21 557/24 558/11 558/21 561/17 562/22 565/1 570/14 572/2 572/4 574/8 581/17 581/21 584/14 592/16
**seeing [1]** 534/10

**seem [3]** 510/16 570/3 570/7
**seemed [3]** 534/10 576/5 557/15
**seen [6]** 508/17 523/20 551/20 552/6 552/7 557/12
**sees [4]** 536/1 549/3 554/9 554/9
**selection [3]** 545/10 582/24 583/1
**selective [3]** 575/3 576/12 580/18
**send [5]** 587/16 587/22 588/6 591/14 594/11
**sends [1]** 591/20
**sense [22]** 527/10 535/6 546/3 551/4 551/4 560/23 571/25 576/22 576/24 577/22 578/1 578/2 579/11 581/3 582/6 582/7 582/8 582/17 582/18 582/20 583/21 584/17
**sentence [6]** 509/17 509/21 511/8 511/11 512/2 590/4
**sentencing [1]** 600/6
**separate [1]** 590/4
**separately [1]** 596/24
**Sergeant [1]** 570/20
**Sergeant Sargent [1]** 570/20
**series [2]** 559/18 569/23
**serious [19]** 508/19 508/23 528/8 528/14 539/17 540/14 541/4 541/17 542/2 542/25 543/2 548/18 549/24 554/25 555/1 557/16 558/23 572/20 581/24
**seriously [1]** 563/19
**serve [2]** 598/10 598/15
**served [2]** 576/13 598/13
**serves [1]** 572/4
**service [11]** 519/15 532/21 538/13 560/1 575/19 576/16 586/9 596/12 598/5 599/11 599/14
**session [1]** 523/21
**set [5]** 567/4 568/1 568/2 569/23 600/6
**shape [1]** 552/3
**shared [1]** 598/25
**she [8]** 501/8 502/13 502/15 554/9 554/9 556/4 556/5 575/6
**she's [8]** 501/7 554/8 554/17 575/1 575/9 575/17 575/18 575/18
**Sheriffs [1]** 563/25
**shift [1]** 581/6
**shock [1]** 555/8
**shoot [3]** 549/8 549/9 580/5
**shoots [3]** 552/15 552/16 552/17
**short [2]** 500/8 521/5
**shortly [1]** 592/17
**shot [1]** 537/13
**should [31]** 505/9 507/5 508/14 516/12 517/21 520/18 522/13 526/16 528/19 532/5 538/22 540/4 543/8 545/11 573/11 573/18 578/4 581/10 582/16 585/6 585/10 587/3 587/5 587/12 587/18 590/23 592/10 592/11 592/23 598/1 600/6
**shouldn't [2]** 506/6 599/20
**show [10]** 540/4 541/3 541/11 542/4 542/18 570/1 572/19 581/13 582/12 599/14
**shown [2]** 546/21 570/10
**shows [7]** 541/17 542/12 544/20 550/9 550/15 553/23 567/21
**sick [1]** 569/11
**side [4]** 552/7 560/25 561/5 569/16
**sidewalk [1]** 534/7

**S**

sift [1]  533/3
sifting [1]  533/6
sight [1]  536/24
sign [8]  537/11 565/19 565/24 566/22 566/23 567/8 567/13 587/13
signed [3]  587/17 587/19 596/14
signs [1]  555/14
Similarly [1]  523/9
simply [4]  524/24 577/6 585/11 585/16
single [3]  522/10 559/14 563/1
sir [4]  518/3 519/15 520/13 554/17
sit [4]  502/25 521/17 572/15 590/11
sitting [2]  518/18 535/23
situation [3]  542/2 559/17 559/21 579/24 583/14
situations [1]  571/13
size [1]  552/4
skewed [1]  573/23
slams [1]  575/12
slowing [1]  554/18
slowly [5]  564/22 565/4 569/13 569/15 570/9
smart [1]  582/14
snuffed [1]  569/5
so [97]  500/17 500/22 501/15 501/25 505/3 505/9 507/1 507/5 509/8 509/9 510/19 512/2 512/5 513/21 516/11 520/21 520/21 520/25 521/4 522/7 523/19 531/21 531/25 533/6 533/12 534/4 535/8 536/5 536/11 536/11 536/12 537/1 537/11 537/14 538/2 538/5 539/7 539/10 539/17 539/23 540/6 540/14 543/21 545/19 546/7 547/18 553/1 553/18 555/16 555/18 558/15 560/12 560/22 561/6 562/19 562/23 563/6 564/2 564/17 565/4 567/5 567/12 568/5 568/14 572/16 574/6 577/12 578/17 579/19 580/3 580/3 580/5 580/5 585/3 585/6 585/13 588/7 588/13 588/18 588/21 588/22 590/2 590/9 592/10 592/16 592/18 592/24 593/12 593/24 594/7 595/8 598/23 599/22 600/11 600/14 600/16 600/18
solely [2]  522/4 523/22
solemnly [1]  588/16
some [26]  502/3 519/6 522/10 523/17 526/1 530/14 547/2 547/3 550/15 554/10 555/3 555/6 561/19 566/5 567/13 568/16 569/19 569/23 571/3 576/10 587/2 587/23 588/17 595/8 599/13 599/21
somebody's [2]  547/19 566/18
someone [38]  505/18 508/4 508/16 512/24 532/14 532/20 535/7 537/3 540/7 542/20 544/4 549/18 554/25 555/1 559/1 559/2 559/3 565/7 566/1 566/4 566/5 566/12 566/15 566/16 567/18 571/7 571/17 571/17 572/9 574/25 576/1 578/5 579/13 580/2 582/4 582/22 584/8
someone's [1]  571/23
something [37]  502/11 508/13 509/6 510/17 511/25 513/1 514/18 516/11 519/6 526/11 528/17 533/18 539/11 539/21 540/14 548/22 549/20 554/10 554/24 555/1 555/8 557/10 558/1 558/2

sometimes [4]  555/9 555/9 571/8 592/16
somewhere [1]  570/5
soon [2]  535/15 588/11
sorry [6]  502/17 505/22 505/24 507/7 514/23 590/10
sound [2]  508/22 601/3
sound like [1]  601/3
Spanish [2]  525/23 526/1
speak [6]  518/13 584/25 588/18 598/17 599/5 599/7
speaker [1]  526/9
speakers [1]  526/8
specific [3]  504/15 509/8 512/19
specifically [4]  504/10 512/23 514/13 538/12
speculation [3]  527/10 545/17 576/23
spent [2]  547/23 559/13
spiraled [1]  563/13
spoke [3]  560/16 560/17 560/18
spray [1]  551/22
Spring [1]  498/5
square [3]  552/9 552/10 553/9
stand [3]  517/13 572/8 572/14
standard [1]  582/10
standing [7]  534/7 549/10 556/22 563/11 564/3 564/25 572/17
stands [1]  588/2
start [4]  506/25 560/17 586/23 593/9
started [9]  518/25 534/18 535/11 535/16 537/14 550/18 553/14 559/18 583/9
starting [1]  538/6
starts [4]  509/21 551/12 568/5 568/5
state [4]  532/3 576/10 593/21 594/8
stated [3]  526/16 532/8 548/24
statement [38]  500/10 500/23 508/6 508/19 509/5 509/6 509/8 509/9 511/22 515/9 520/3 527/25 528/2 528/3 528/6 528/6 528/8 528/14 528/18 530/6 530/17 538/21 539/18 540/15 542/23 542/23 558/12 558/13 558/24 573/8 573/9 574/2 574/5 574/7 582/13 589/25 590/7 596/6
statements [26]  523/4 523/10 528/23 528/24 530/5 530/11 530/14 530/16 532/17 539/5 539/15 539/15 539/24 540/1 540/5 540/19 541/19 546/2 546/12 577/1 577/19 577/20 580/16 581/9 581/11 596/7
states [14]  497/1 497/6 498/2 498/4 498/5 523/14 523/15 538/12 571/18 596/3 596/12 598/6 603/4 603/9
stay [4]  589/13 591/24 591/25 592/17
stenographically [1]  603/6
step [1]  566/6
steps [3]  553/1 564/4 566/3
still [7]  510/18 510/19 518/2 518/3 553/9 553/19 589/6
stip [1]  600/14
stipulate [2]  502/5 502/6
stood [1]  556/19
stop [18]  509/18 509/18 529/23 535/12 535/12 537/11 543/22 544/3 564/1 564/4 564/7 565/19 565/24

566/22 566/23 567/8 567/12 581/4
566/6 579/24 581/1 584/6 593/16
593/18 599/19 601/20
stopped [5]  533/14 543/23 544/2 560/20 564/22
stopping [1]  556/13
stops [2]  536/16 565/24
store [1]  576/16
storm [4]  548/4 548/6 571/14 571/15
story [3]  548/10 560/25 561/6
strange [1]  555/13
street [18]  497/22 498/5 555/21 556/13 556/17 556/19 556/23 557/1 563/9 563/10 564/9 564/22 569/14 569/17 570/4 570/6 570/10 572/5
stricken [1]  523/15
strike [3]  531/5 542/17 544/17
strikes [1]  541/10
struck [1]  555/7
structure [1]  509/13
stuff [3]  555/25 589/1 589/3
subjective [3]  593/5 593/6
submitted [4]  517/15 520/25 573/1 588/3
substantive [1]  507/25
such [5]  524/21 525/12 551/7 552/20 586/14
suddenly [4]  536/6 555/7 571/9 579/5
suffered [1]  504/22
sufficient [4]  510/15 510/25 529/7 539/9
suggest [3]  508/17 512/4 599/1
suggested [1]  579/21
suggesting [2]  581/9 592/6
suggestion [5]  512/6 514/25 522/12 577/21 600/12
suggests [2]  504/15 506/16
Suite [1]  498/9
supervise [1]  529/17
supervised [1]  570/21
supervising [1]  519/22
supervisor [20]  519/17 540/23 541/1 549/5 549/6 549/12 549/15 559/14 560/7 560/11 560/13 561/14 561/15 568/3 568/4 568/21 568/21 570/17 570/22 570/24
support [2]  506/1 545/23
supporting [1]  504/3
supports [2]  506/1 584/5
sure [11]  501/2 504/18 531/25 582/2 591/23 592/24 592/25 593/17 594/6 594/8 600/9
surprised [1]  583/13
surrounding [2]  528/21 558/16
SUV [2]  563/14 563/16
swear [2]  588/13 588/16
sworn [3]  522/22 583/12 588/14
sympathy [2]  522/6 545/17
synched [1]  501/23
system [3]  571/21 598/14 598/14

**T**

tail [1]  537/8
tailored [1]  504/8
take [24]  504/20 507/20 512/8 515/20 517/23 520/21 521/4 524/6 534/22 540/22 541/1 552/4 557/22 569/4 571/4 572/24 576/19 580/4 584/13 587/23 588/24 591/10 591/13 598/15
taken [7]  512/20 534/14 550/13 564/4

taken... [3]  565/18 587/2 590/23
taking [2]  583/12 598/10
talk [21]  508/9 509/5 509/6 515/10
 528/16 537/9 539/20 543/21 547/12
 548/11 552/12 557/18 565/5 572/16
 572/25 580/15 580/20 583/1 589/7
 589/7 601/21
talked [13]  501/1 533/20 541/20
 546/13 560/9 560/24 561/15 564/23
 565/8 567/13 568/21 579/9 580/17
talking [7]  511/10 533/17 555/23
 557/9 557/9 563/8 577/11
talks [5]  537/12 550/2 553/8 556/17
 561/4
tape [2]  499/24 501/19
tapped [1]  537/7
target [3]  509/16 529/6 539/7
tase [1]  580/5
taser [15]  535/12 535/16 535/18
 535/22 552/1 552/9 552/14 552/15
 552/15 578/8 578/10 578/12 579/3
 579/12 580/1
tell [13]  504/5 513/13 534/20 550/23
 550/25 551/1 554/24 554/25 562/14
 576/8 582/18 592/15
telling [3]  554/12 569/10 575/4
tells [7]  554/4 558/8 563/18 565/23
 566/3 566/21 569/15
Temple [1]  497/22
ten [9]  521/3 533/9 537/18 548/6 548/6
 557/6 561/23 562/15 595/9
Tercero [20]  503/17 535/23 536/17
 539/8 540/12 541/24 549/4 556/7
 556/16 556/18 556/20 563/8 563/9
 564/23 564/24 569/16 577/9 579/14
 580/13 581/1
Tercero's [1]  557/18
terms [2]  503/18 561/1
terrified [2]  537/13 563/19
testified [7]  506/8 518/8 524/8 538/11
 579/18 580/16 581/10
testify [8]  507/16 522/16 522/17
 522/20 525/7 527/2 543/18 581/9
testifying [2]  524/10 556/20
testimony [21]  503/10 522/22 523/1
 523/15 523/24 523/24 524/2 524/5
 524/15 524/16 524/19 524/20 524/22
 525/5 525/9 525/12 534/9 545/13
 545/22 562/17 579/19
text [1]  586/2
than [6]  500/16 504/4 504/14 513/4
 579/1 600/14
thank [25]  501/3 513/9 514/19 515/25
 516/6 516/17 517/2 517/7 517/17
 519/10 520/13 520/15 546/23 546/25
 572/22 572/23 584/21 590/13 592/19
 595/14 598/7 598/10 599/11 601/17
 602/6
Thanks [1]  599/15
that [524]
that the [1]  573/22
that's [53]  504/9 504/18 505/14 505/21
 506/3 508/16 509/6 509/23 510/17
 511/1 511/19 515/2 520/20 533/23
 533/23 534/1 536/3 536/3 538/6 539/8
 539/20 542/18 545/3 545/3 545/19

546/5 546/15 548/17 549/21 551/10
 556/20 561/23 566/7 566/8 566/11
 566/20 569/12 569/22 570/9 570/23
 573/11 577/6 578/12 579/17 581/25
 582/5 594/3 594/15 594/16 599/4
 600/21 600/23 601/9
their [24]  502/9 512/24 521/2 523/9
 523/10 525/9 547/4 551/17 553/16
 554/25 555/4 555/17 563/3 565/6
 571/18 571/20 572/14 576/17 576/18
 576/19 580/2 583/19 591/21 598/24
them [64]  502/9 504/5 506/20 512/3
 517/23 517/23 517/24 520/22 522/2
 523/3 523/13 523/14 523/14 533/16
 534/20 536/19 538/3 538/4 539/3 540/2
 540/2 540/3 541/3 541/5 541/6 541/6
 542/9 542/16 542/16 542/20 544/5
 544/5 544/6 546/2 547/12 552/4 555/5
 555/6 558/5 558/5 571/8 571/12 571/13
 572/4 576/17 576/18 577/11 577/15
 578/15 578/15 580/2 580/10 580/10
 581/23 581/24 588/18 588/20 592/15
 593/13 594/1 594/11 599/4 599/5 599/7
then [53]  500/5 504/22 505/16 508/16
 508/23 509/16 510/21 511/16 515/11
 519/2 520/19 520/22 521/2 521/6
 532/10 532/11 534/5 534/12 534/18
 535/10 535/14 536/5 536/6 536/19
 537/16 537/19 541/15 554/22 556/8
 559/17 561/16 564/8 568/1 570/17
 570/17 571/9 574/7 575/10 579/4 580/3
 580/22 585/2 588/11 589/4 589/13
 589/13 590/12 591/17 593/4 594/11
 595/6 596/9 600/13
theory [3]  504/2 504/3 508/2
there [67]  500/6 500/20 503/11 503/13
 503/16 503/20 504/2 505/25 506/16
 507/21 510/18 516/19 516/20 534/19
 538/2 538/22 543/24 545/8 547/13
 548/3 550/10 550/14 550/25 551/8
 551/11 554/14 555/14 555/18 557/1
 557/18 558/1 559/22 559/25 559/25
 560/2 560/13 560/19 561/16 563/2
 563/2 565/23 566/20 567/10 567/10
 567/17 568/12 568/18 568/22 569/10
 569/16 569/19 569/19 570/25 571/2
 571/5 571/20 575/2 576/5 577/5 577/21
 578/7 578/9 582/17 582/19 589/20
 597/25 601/13
there's [21]  504/1 504/15 506/10
 514/22 549/9 549/9 558/1 558/20
 565/24 566/9 566/24 568/8 568/15
 568/16 569/22 577/10 584/2 590/22
 593/5 600/11 601/14
therefore [3]  526/3 526/16 594/5
these [28]  513/5 513/17 513/18 521/22
 522/9 522/11 526/17 534/15 539/5
 539/25 541/2 541/2 541/12 545/3 545/3
 558/4 559/3 565/5 569/2 569/9 572/1
 572/19 580/20 582/12 585/18 586/18
 586/21 586/22
they [85]  502/2 506/6 508/4 508/16
 510/5 513/1 516/5 522/10 534/3 534/4
 535/7 536/18 537/11 539/4 543/2
 547/12 547/15 547/16 547/16 547/24
 548/2 548/2 548/3 548/3 550/5 550/14
 551/15 552/2 552/2 552/3 552/3 552/4
 552/20 553/13 553/14 553/15 553/15

555/4 555/9 555/6 556/22 557/19
 557/20 557/20 557/20 557/21 557/24
 557/24 558/11 563/5 564/24 565/15
 565/19 566/13 569/5 574/20 576/17
 576/17 576/18 577/17 577/10 577/12
 577/15 578/17 578/18 579/6 579/7
 581/13 584/2 584/4 584/12 584/16
 588/19 588/21 589/24 590/9 592/5
 592/13 593/10 594/4 595/4 595/7
 598/23 598/24 599/8
they'll [1]  592/17
they're [14]  535/8 551/5 555/7 555/8
 555/8 555/9 555/9 559/4 566/13 572/2
 572/13 572/14 593/1 593/20
they've [2]  512/22 594/6
thing [7]  520/25 535/1 536/1 559/8
 559/24 568/20 580/7
things [40]  500/18 503/21 507/3 523/2
 524/8 538/22 541/2 541/3 545/8 545/9
 545/11 545/15 545/15 550/8 553/13
 555/3 555/3 555/6 555/7 555/18 556/2
 556/5 556/6 558/21 559/3 566/17 568/1
 568/5 569/2 571/8 571/12 572/1 572/2
 572/4 572/7 580/6 582/12 584/14
 599/20 602/5
think [58]  501/21 501/25 502/1 502/13
 503/13 503/16 505/11 505/12 505/18
 506/12 508/5 508/20 508/25 510/14
 511/19 511/19 512/7 512/12 512/13
 512/21 512/23 513/2 513/5 514/15
 516/21 525/9 549/20 563/23 563/23
 565/11 565/16 568/6 573/21 576/23
 578/3 582/3 582/9 582/9 582/22 584/4
 584/9 585/11 588/7 588/9 589/1 591/15
 592/11 593/4 593/19 593/22 594/3
 594/4 600/11 600/14 600/15 600/16
 600/21 601/21
thinking [3]  555/10 576/24 578/9
thinks [2]  536/12 557/10
third [13]  510/4 510/12 510/15 510/20
 510/20 510/22 510/24 528/5 529/6
 540/10 542/22 593/21 602/1
this [103]  500/22 500/22 508/7 508/18
 510/14 512/11 512/12 519/19 520/2
 521/22 523/23 525/23 528/5 534/16
 534/21 534/22 538/8 538/22 539/10
 539/12 540/22 543/2 543/16 545/10
 545/19 547/21 547/24 548/5 548/9
 548/14 548/16 548/17 548/18 549/14
 550/5 550/7 550/13 551/6 551/7 551/21
 553/4 553/23 554/2 555/12 555/14
 555/21 555/24 555/25 556/2 557/4
 557/21 557/25 558/8 558/11 559/5
 559/9 559/13 559/23 560/10 560/13
 561/18 561/22 561/25 562/9 562/21
 563/19 564/10 564/10 564/19 565/1
 565/1 565/6 566/9 566/21 566/22
 566/25 567/1 567/2 567/13 567/24
 568/25 569/21 569/24 570/11 570/19
 572/17 574/25 579/16 580/8 580/22
 584/14 584/15 586/1 586/5 586/9 587/6
 588/16 590/12 592/24 594/22 596/16
 596/24 598/5
those [25]  512/14 512/19 514/7 528/7
 528/22 531/19 532/17 536/16 537/22
 539/15 540/18 540/19 541/18 542/10
 542/13 542/24 546/1 549/7 561/19
 577/19 580/6 581/23 588/8 598/12

**T**

**those... [1]** 602/5
**though [5]** 504/6 509/4 510/20 512/19 541/16
**thought [14]** 503/17 536/10 536/23 537/13 541/24 542/2 543/2 548/2 552/19 557/15 578/18 578/19 580/13 584/12
**thoughtful [4]** 547/3 559/6 582/1 582/2
**thoughtfulness [1]** 558/20
**threat [72]** 500/22 504/25 508/16 508/24 509/3 509/15 510/15 510/24 528/1 528/3 528/4 528/8 528/10 528/11 528/14 528/19 528/20 529/1 529/2 529/4 529/5 529/6 529/11 529/20 530/6 530/23 530/24 530/25 531/4 531/9 538/8 538/21 538/25 539/6 539/10 539/11 539/17 539/17 540/1 540/5 541/25 542/3 542/5 542/6 542/13 542/14 542/15 543/3 544/17 544/24 545/2 545/3 548/19 549/25 555/1 558/12 558/14 558/23 560/14 561/7 563/19 566/22 567/17 572/20 573/10 573/19 573/22 573/25 577/6 581/23 581/24 582/2
**threaten [5]** 542/19 575/15 576/19 578/20 582/21
**threatened [21]** 500/12 500/19 519/9 530/5 531/2 531/7 532/18 537/25 544/8 544/15 544/22 546/17 546/18 546/21 546/22 565/9 565/10 577/17 577/17 584/13 596/12
**threatening [18]** 505/6 515/3 515/7 515/9 527/21 531/17 540/11 546/11 573/9 573/13 574/1 574/6 577/23 582/3 582/7 589/25 590/7 596/8
**threatens [1]** 584/7
**threats [3]** 573/24 577/15 582/7
**three [8]** 530/5 539/23 545/22 548/5 573/24 573/25 599/25 600/1
**thrice [1]** 577/17
**through [13]** 497/19 501/8 518/25 525/25 533/3 533/6 537/23 538/4 545/12 560/19 580/16 581/16 587/16
**throws [1]** 554/22
**Thursday [2]** 497/17 500/1
**ticket [2]** 534/16 578/10
**time [30]** 511/17 518/16 521/5 528/10 529/11 531/21 532/14 537/15 538/8 540/10 540/24 542/9 547/23 549/8 549/11 550/5 551/17 551/18 555/3 558/18 571/4 571/6 576/16 577/13 587/23 591/6 598/11 598/15 599/21 600/9
**times [5]** 523/11 539/23 541/7 561/18 567/19
**timid [2]** 529/24 544/5
**Title [1]** 603/4
**today [1]** 537/21
**together [2]** 512/3 588/16
**toilet [1]** 539/21
**told [23]** 500/19 535/4 536/23 551/2 551/14 551/14 555/13 555/20 559/19 559/24 560/2 561/1 562/3 562/23 564/1 564/4 564/7 564/24 566/5 568/22 570/20 577/7 582/16

**too [7]** 512/14 532/25 569/25 575/23 581/5 588/17 590/17
**took [11]** 522/7 548/5 548/6 549/16 550/15 553/1 563/18 565/16 583/10 587/3 589/12
**top [2]** 551/25 583/16
**torn [2]** 556/5 556/6
**towards [1]** 535/11 541/13 553/1 576/18 578/5 578/15 580/2
**train [1]** 589/12
**trained [7]** 533/2 533/12 572/3 572/3 583/15 583/15 583/17
**training [1]** 569/25
**transaction [1]** 524/24
**transcript [17]** 497/14 499/24 502/1 502/14 502/15 502/19 507/21 507/22 516/7 516/10 516/15 526/7 526/11 526/12 526/13 603/5 603/7
**transcripts [9]** 501/20 501/22 502/3 502/5 502/7 502/9 516/4 516/14 517/22
**trash [19]** 518/23 518/24 519/1 532/24 532/25 533/3 533/5 533/6 533/9 534/15 534/22 543/19 552/22 567/25 569/18 576/1 578/9 581/5 583/12
**traveled [1]** 565/15
**treat [1]** 526/17
**treated [1]** 576/7
**treatment [2]** 580/22 580/24
**tremendous [2]** 571/16 572/8
**trial [10]** 497/19 523/22 525/24 526/20 561/18 586/7 586/19 586/23 587/2 600/2
**tried [1]** 569/4
**tries [3]** 541/11 562/14 575/6
**triggering [1]** 570/13
**trouble [5]** 549/8 554/19 554/20 576/3 576/4
**true [17]** 505/12 509/3 511/23 511/24 533/16 535/20 536/9 540/12 541/14 555/22 557/15 563/7 563/23 569/12 577/6 579/8 603/5
**truth [1]** 559/1
**try [6]** 514/7 533/3 570/3 586/16 593/1 595/5
**trying [16]** 554/8 554/8 557/18 568/6 570/8 575/1 575/2 575/2 575/16 575/17 575/23 576/6 580/7 581/3 581/4 581/6
**tumble [1]** 547/8
**turn [5]** 537/5 537/5 565/20 565/21 567/15
**turned [2]** 535/21 560/20
**two [14]** 524/23 533/16 540/2 548/5 548/19 550/13 551/21 559/13 564/4 565/18 566/25 570/5 592/13 593/20
**type [5]** 513/17 513/21 530/25 583/3 594/10

**U**

**unanimity [1]** 574/3
**unanimous [6]** 546/13 585/4 585/13 587/11 588/4 595/20
**unanimously [7]** 530/9 530/12 530/19 530/25 546/10 596/5 596/10
**unbiased [2]** 568/15 572/7
**uncertain [1]** 561/1
**uncommon [1]** 525/1
**under [7]** 518/2 518/4 528/20 561/13 589/6 598/17 599/2

**undermines [1]** 525/5
**underneath [1]** 583/17
**understand [7]** 501/15 502/4 523/7 593/13 593/17 594/8 595/19
**understood [1]** 503/20
**undo [1]** 558/5
**unfair [1]** 576/16
**unfortunately [1]** 532/25
**uniform [1]** 534/10
**UNITED [13]** 497/1 497/6 498/2 498/4 498/5 529/15 538/12 571/18 596/3 596/12 598/6 603/4 603/9
**unlawfully [2]** 531/9 544/24
**unless [3]** 512/5 526/24 588/19
**unlucky [1]** 575/14
**unnecessary [1]** 512/12
**unreliable [1]** 524/22
**until [6]** 526/24 573/1 588/4 589/14 592/12 595/8
**up [51]** 500/22 501/8 504/13 506/7 513/19 515/11 519/25 521/7 522/13 533/5 533/15 534/6 535/10 535/12 536/1 537/11 539/22 540/9 540/22 541/1 546/7 549/7 549/7 550/11 550/18 550/18 553/23 554/21 557/14 560/10 560/10 560/11 562/1 562/2 567/2 567/3 568/10 570/4 570/6 570/15 570/23 575/24 575/25 576/18 577/15 580/2 581/4 583/11 584/11 589/3 599/12
**upon [3]** 534/9 583/5 588/20
**upset [2]** 534/10 534/17
**urge [1]** 584/9
**us [9]** 515/8 548/5 562/9 562/14 564/24 566/3 571/7 594/16 598/6
**USDA [1]** 538/14
**use [21]** 501/21 502/8 503/24 512/1 513/3 516/5 546/3 557/1 559/19 561/11 566/2 568/18 576/22 576/24 580/3 581/3 582/17 583/21 584/17 584/17 594/7
**used [12]** 508/18 525/19 525/23 528/22 535/4 539/14 540/21 541/10 542/12 544/19 570/1 578/5
**using [2]** 542/16 586/15
**usually [2]** 520/18 600/8

**V**

**verdict [25]** 499/14 514/24 522/13 522/19 522/25 546/6 584/19 585/3 585/13 585/16 585/17 587/10 587/11 587/12 588/4 588/10 588/20 589/18 589/21 595/20 596/1 596/2 596/16 596/24 598/19
**version [4]** 501/23 502/9 502/14 590/25
**versions [1]** 567/10
**versus [1]** 515/12
**very [21]** 500/8 501/17 509/21 516/6 520/13 533/18 533/21 547/3 556/11 556/12 557/9 557/11 558/22 558/23 575/14 576/9 576/15 579/5 579/10 579/12 598/22
**vest [1]** 553/3
**via [1]** 586/2
**video [2]** 502/14 514/21
**view [4]** 524/22 552/7 558/16 572/8
**viewed [6]** 528/4 542/6 542/14 558/13 580/11 583/5

**V**

views [2] 585/8 598/24
vigilant [1] 572/3
violate [1] 586/21
violation [1] 529/18
voice [1] 554/5 556/12 575/10
VOIR [1] 499/17
VOL [2] 499/18 499/23
voluntary [1] 599/5

**W**

wait [8] 501/4 507/7 515/4 554/11
554/18 588/25 592/16 599/7
waiting [1] 587/24
walked [3] 533/15 556/18 575/25
walking [6] 534/3 534/5 535/16 536/2
557/8 570/1
walks [4] 535/25 536/5 537/16 553/8
walls [1] 556/6
want [30] 501/24 507/8 507/10 509/12
509/20 510/8 512/1 551/6 552/21 555/5
562/8 573/14 573/15 573/23 574/5
575/20 580/6 588/25 592/17 593/1
593/9 593/17 594/1 594/7 598/7 598/10
598/16 599/6 599/19 601/7
wanted [17] 510/9 514/9 514/12
541/25 544/3 559/8 561/2 561/2 561/21
562/4 562/4 570/7 573/6 580/14 583/14
589/21 601/23
wants [11] 508/11 552/13 554/6
554/13 554/13 554/14 554/15 554/15
557/2 557/2 562/20
warrant [3] 551/15 566/19 568/25
was [272]
wasn't [10] 509/2 510/11 562/8 562/16
563/10 563/20 568/22 578/8 579/22
579/25
watch [1] 586/12
water [1] 583/17
wave [1] 536/16
way [30] 506/14 506/20 509/3 509/24
512/4 512/4 522/18 523/14 523/19
541/6 551/8 552/5 553/6 558/19 560/19
561/13 564/15 572/2 572/4 575/1
575/13 578/20 584/12 584/14 585/23
585/24 586/8 586/16 593/18 594/9
ways [2] 579/2 580/15
we [145]
we'll [12] 506/25 513/7 513/13 514/7
514/7 517/4 517/24 520/21 521/6 538/3
572/24 588/8
we're [20] 501/18 501/21 502/15
510/16 517/24 521/3 521/4 537/21
537/23 538/6 539/2 546/7 548/11 571/7
574/11 574/16 588/10 591/15 591/25
601/25
we've [8] 508/3 545/9 567/13 570/10
572/15 573/23 588/9 588/11
weakest [1] 505/14
weapon [10] 551/18 552/15 559/20
567/6 567/24 568/9 568/11 568/13
569/2 578/14
weaponryized [1] 551/12
weapons [1] 551/20
website [1] 586/3
week [1] 600/21
weeks [4] 599/25 600/2 600/8 600/22

weigh [1] 521/24
weighing [1] 525/2
weight [6] 524/2 525/6 525/9 525/20
525/22 585/15
WEISBERG [8] 498/8 500/4 507/14
512/10 513/8 573/6 589/20 591/8
well [27] 502/8 504/13 505/17 506/23
510/2 511/23 514/12 516/22 538/5
540/16 543/23 544/4 544/21 552/9
552/11 552/15 553/9 554/11 554/17
563/19 566/9 573/18 573/21 577/6
588/7 590/1 592/11
went [11] 537/17 545/12 549/22
559/11 559/14 559/24 560/21 567/14
567/16 578/9 581/5
were [43] 511/10 514/13 514/16
519/19 519/21 521/5 525/9 528/24
533/21 536/17 539/16 541/25 543/1
544/10 544/19 545/3 545/4 547/21
548/2 548/2 548/3 548/3 548/3 548/24
549/7 550/14 556/22 558/18 564/24
568/9 568/9 568/10 571/2 571/3 571/3
579/7 579/16 581/10 581/11 581/12
594/4 598/23 602/7
WESTERN [1] 497/3
what [129]
what's [10] 506/2 516/9 549/12 566/21
567/19 569/6 573/15 576/8 576/9
576/11
whatever [1] 576/4
when [82] 500/24 506/8 517/24 522/18
523/18 523/20 532/18 533/13 533/25
533/25 534/1 535/21 539/7 539/10
540/6 540/9 540/10 541/3 548/1 549/3
549/3 550/10 550/14 550/17 550/21
551/3 551/5 552/22 553/19 553/24
555/4 555/7 555/8 555/8 555/9 555/9
556/20 557/6 557/24 558/9 559/1 559/1
560/2 560/15 560/18 560/20 561/20
562/3 563/8 563/14 563/16 564/3 564/6
565/8 565/15 565/19 566/17 566/18
570/20 571/7 571/8 572/6 572/13
572/14 575/6 575/25 576/3 577/4
577/16 578/5 579/4 581/15 581/22
582/19 584/19 584/23 588/21 588/21
589/23 592/10 593/3 594/25
where [16] 508/3 519/9 536/15 550/20
553/16 554/3 556/22 557/22 559/15
559/21 564/20 564/22 571/21 576/9
576/10 576/11
whether [32] 505/4 511/16 511/16
522/2 524/14 525/3 525/3 525/5 526/18
528/18 528/24 530/21 531/15 539/11
539/15 540/14 543/21 546/10 546/16
546/17 548/12 558/17 558/18 558/18
582/14 585/4 587/3 587/8 588/19
593/21 596/24 599/22
which [29] 500/12 503/11 504/7
504/10 504/11 506/6 506/10 507/24
507/24 509/12 514/17 522/24 523/24
523/24 525/16 528/20 532/25 533/13
533/19 548/20 548/20 548/25 552/23
567/4 567/14 578/4 583/20 587/23
593/22
while [15] 524/10 528/12 529/21 543/14
548/5 580/10 587/24
whipping [1] 579/12
whips [1] 579/3

White [2] 549/3 564/20
White Oak [2] 549/3 564/20
who [53] 505/15 519/1 525/7 528/22
529/15 533/3 534/13 534/21 534/22
539/15 540/19 541/18 542/20 547/7
549/18 552/17 552/23 552/25 555/12
555/14 555/17 555/17 555/22 556/7
556/17 557/4 557/25 559/25 562/14
563/3 563/7 563/9 564/14 565/7 566/5
566/5 566/13 569/11 570/21 571/25
574/25 575/4 575/4 576/12 579/14
582/12 583/8 584/7 584/25 586/21
595/17 598/12 598/15
who's [4] 531/25 554/8 557/5 566/4
whole [4] 548/5 548/10 559/18 560/22
whom [2] 528/7 542/24
whose [1] 547/5
why [33] 510/8 510/9 519/4 534/19
534/19 535/4 535/19 537/21 538/9
540/4 547/17 550/22 550/22 550/25
551/1 551/6 552/19 562/19 569/7
569/10 569/10 570/3 575/5 575/22
577/25 578/3 579/25 580/23 582/17
582/18 597/25 600/5 601/10
will [26] 513/15 516/13 521/2 521/23
522/6 523/10 526/13 531/24 532/9
532/10 532/11 537/20 539/12 540/4
542/17 584/25 585/2 587/19 587/22
588/11 588/20 591/21 591/21 595/13
599/13 600/9
willfully [1] 531/5
WILLIAMS [1] 498/4
willing [3] 598/15 599/2 599/7
willingly [1] 544/18
window [15] 536/8 536/10 536/16
537/2 537/4 541/13 541/15 547/19
549/13 563/17 565/5 567/21 574/21
583/23 584/12
windows [3] 563/15 564/6 578/17
wire [1] 552/17
withdraws [1] 536/13
withdrew [1] 535/12
within [3] 561/4 581/2 591/16
without [4] 506/15 510/12 579/24
598/14
witness [18] 499/18 501/17 501/17
518/1 522/23 523/8 524/3 524/5 524/20
525/13 525/13 545/13 563/1 566/24
567/1 567/2 567/3 572/14
witness's [8] 524/2 524/7 524/9
524/10 524/11 524/13 524/15 524/16
witnesses [30] 499/16 500/5 500/6
523/6 524/1 524/20 525/7 525/9 537/6
537/19 543/1 543/3 544/10 545/24
545/25 546/1 549/9 549/10 551/14
553/13 563/21 563/22 570/13 578/17
579/6 579/20 580/25 584/4 584/12
584/15
witnessing [1] 524/23
woman [2] 560/2 563/8
won't [3] 546/7 572/16 575/9
word [6] 513/2 534/23 547/13 547/16
581/17 581/21
wording [1] 502/3
words [52] 512/13 512/16 528/3 529/3
533/21 534/12 539/2 540/7 540/17
540/18 540/20 540/20 541/12 541/25
542/5 542/6 542/8 542/9 542/9 542/13

**W**

**words... [32]**  542/17 543/10 544/7
544/19 545/3 547/2 547/2 547/3 547/4
547/5 547/8 547/8 547/9 547/10 547/12
547/17 547/17 547/21 548/1 548/4
548/24 548/24 549/7 549/13 555/17
558/13 558/18 571/2 571/3 580/8 580/9
582/11

**work [11]**  519/15 521/7 532/23 555/24
556/2 588/10 590/11 590/12 600/12
600/15 601/8

**worked [2]**  556/8 559/25

**worker [1]**  505/16

**working [1]**  508/4

**works [2]**  532/21 538/12

**worried [1]**  568/6

**worse [1]**  579/24

**would [79]**  502/2 503/3 503/15 503/21
504/20 505/10 505/18 506/1 508/8
508/12 508/17 508/20 510/4 510/10
511/25 512/24 512/25 513/4 514/17
515/20 516/2 519/25 528/3 528/6 528/6
536/10 537/8 541/14 542/6 542/14
542/20 542/23 542/23 550/3 552/6
552/7 552/8 555/16 558/13 558/19
559/19 561/9 561/9 562/19 566/14
566/15 566/16 566/16 570/3 571/4
575/5 577/23 578/1 578/3 578/13
578/18 579/2 579/11 579/25 580/23
581/18 581/23 582/2 584/13 586/23
593/12 594/5 595/22 596/19 596/21
599/2 599/21 599/23 599/24 600/13
600/17 600/25 601/1 601/1

**wouldn't [5]**  508/23 513/1 569/7
577/25 594/4

**wrapping [1]**  521/7

**writing [6]**  534/15 536/19 586/2
587/19 587/20 599/20

**wrong [15]**  549/19 549/20 557/10
558/1 558/2 566/17 567/20 567/21
567/23 568/14 575/24 581/4 584/7
584/8 600/24

**wronged [1]**  555/4

**wrote [1]**  520/6

**www.patcuneo.com [1]**  497/25

**Y**

**yard [1]**  556/12

**year [4]**  519/19 539/4 561/25 600/24

**years [4]**  508/12 556/8 561/23 562/15

**yelling [4]**  554/5 557/19 557/25 577/24

**yes [56]**  502/6 502/8 502/20 502/25
506/10 507/6 507/12 507/17 509/22
512/9 512/11 513/9 514/23 515/5
517/12 517/16 518/15 518/21 519/8
519/16 519/18 519/20 519/23 520/1
521/13 571/5 573/9 574/4 588/15
589/22 590/17 590/20 590/24 591/12
593/9 594/21 595/21 596/18 597/2
597/4 597/6 597/8 597/10 597/12
597/14 597/16 597/18 597/20 597/22
597/24 600/7 600/16 601/3 601/5
601/12 601/19

**yesterday [5]**  500/10 500/20 514/10
517/15 518/8

**you [465]**

**you'll [11]**  501/3 515/22 516/7 516/12

539/24 546/4 553/23 555/22 556/16
588/17 589/13

**you're [43]**  506/5 508/3 518/2 526/18
532/14 537/15 539/10 540/10 540/24
542/9 542/18 543/1 545/16 546/6 546/9
546/16 546/16 547/20 550/4 553/24
554/11 554/17 558/4 558/21 565/25
565/25 566/1 566/1 571/9 574/1 575/14
578/15 581/16 581/20 589/6 590/1
591/1 591/3 591/24 592/11 592/12
599/15 600/16

**you've [7]**  503/5 513/18 521/20 531/20
551/20 590/12 598/4

**your [126]**

**yourself [2]**  585/5 588/19